IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon



NITV FEDERAL SERVICES, LLC
    Plaintiff
      Vs.
Dektor Corporation and
Arthur Herring III
    Defendants

### DEFENDANTS MOTION TO DISMISS MOTION TO COMPEL

Defendant Arthur Herring III, acting as his own lawyer, hereby files this Motion to Dismiss Plaintiff's Motion to Compel.

    As this court is aware, Herring III/Dektor Corporation fired law firm Eckard & Associates representing Herring III/Dektor because of Eckard's gross incompetence and mismanagement in the handling the Herring's case and gross waste of Herring's funds. Defendant Herring III/Dektor is located in Pennsylvania. Eckard was hired, sight unseen, because no suitable attorney could be found and because of severe time restrictions of only a few days left to reply to the lawsuit before legal repercussions could be placed upon Herring III/Dektor. Herring III/Dektor has no ties in Florida, either personal or business as stated in a previous document. Because of that, it places a severe hardship on Herring trying to find legal counsel that is familiar with federal law and is financially feasible.

1. I/Dektor am asking more time, at least 3 more weeks from current due date of November 23, to locate a lawyer to hire that is within the financial means of Dektor/Herring III unless this case is dismissed because it has been proven in a previously submitted document that Herring/Dektor have absolutely NO personal or business ties for this case to be located in Florida and this case must be dismissed based on that submitted proof. Herring/Dektor certainly understands lawsuits should proceed if they have merit but, this case is no different than any lawsuit that may takes years before it is heard in court. This court certainly understands an out of state person has many obstacles in finding the correct lawyer. Herring III is aware that he can represent himself, but cannot represent Dektor because it is a corporation. Dektor is a one person corporation.
2. I/Dektor am insisting discovery be limited only to the issue of jurisdiction at this time, nothing else, referring to Motion to Compel by plaintiffs. Herring/Dektor has always answered all questions by plaintiff's lawyers honesty, truthfully and completely. No new deposition pertaining to jurisdiction is needed.

3. Plaintiff's lawyers have strongly suggested/accused Herring/Dektor, without any facts, of somehow destroying information on a broken hard drive. Facts prove when a new hard drive was bought as a replacement because the original one had crashed. The crash was more than a month BEFORE any lawsuit was filed. Plaintiff's lawyers want to go on a fishing expedition with their demands to have a computer expert analyze the ruined hard drive for any information that maybe, maybe would indicate some type of connection to Florida. The facts prove this completely unwarranted lawsuit should be dismissed, especially due to lack of jurisdiction in Florida. Plaintiff's lawyers are clearly trying to rack up a bigger paycheck for themselves by increasing their billing hours for unneeded busywork.

4. This court must be aware, because the defendant himself now is responding, this lawsuit is totally worthless and has absolutely no legal merit or purpose. This lawsuit is by a known serial litigator who uses the federal court routinely only as a weapon by filing worthless lawsuits against people and/or their businesses, including against ex-employees, to "steal" their money. Plaintiff's federal lawsuits always cause defendants to waste huge amounts of money on lawyer fees to defend themselves. Defendants can never recover those fees even when defendants win. After spending all of their money to defend themselves, the defendants have no more money to pursue damages owed to them by plaintiff. The plaintiff uses "shell" tactics using various nitv names to always hide his assets from being seized. That has always been plaintiff's method. One by one, plaintiff is using expensive lawsuits to eliminate all competition so he is the only one left selling his "voice lie detectors" that have no proven accuracy in real crimes, his made up training and his continuous, large recertification fees of cvsa examiners that for the plaintiff are extremely financially rewarding.

5. The lawyers for plaintiff humble, D'Loughy and DeSouza, should be sanctioned and heavily fined by this court for not doing any type of evaluation of Plaintiff's claims to verify there was at least some credibility for a lawsuit before they decided to grab the paychecks from humble/kane/nitv. FACTS PROVE this case has NO MERIT. It is very clear both D'Loughy and DeSouza filed this lawsuit only for money. Courts today are flooded and overcrowded with worthless lawsuits because lawyers are only looking for a paycheck, instead of being professionals and refusing clients that have no justifiable causes of action.

6. Plaintiff uses various "shell" companies and their various names to keep any judgement monies from being collected. That is the situation now with a 8 year old, $800,000 judgement against nitv/humble/kane that is trying to be collected by an attorney who is trying to "pierce the corporate veil".

7. Those "shell" companies always use the same "nitv" first name, with the second part being different to fool debt collectors. Actual examples include Nitv LLC, Nitv FS(Federal Services), Nitv GS(Government Services).

8. Plaintiff has a 15 year old cvsa examiner association called NACVSA that is registered in Delaware at what seems to be only a mail drop. BUT, the phone rings in Nitv's Florida's office which means it is part of the nitv business. NACVSA is NOT registered as a business in Florida.

9. Because of this unjustified and fraudulent lawsuit against Dektor and Herring, Herring has created a huge website www.nitvcvsaexposed.com proving the cvsa/nitv/humble/kane lie detector scam. The website shows many types of documents and the full video of the ABC News expose proving that nitv, cvsa and owners humble/kane have been and continue to be doing a scam on various law enforcements (police, sheriff, prisons, probation departments, college police, military, government, etc.) nationwide and worldwide. This scam on the public and law enforcement results in millions of criminal cases ruined and

millions of innocent people being falsely accused of crimes or being claimed they had lied in their accusations against someone. Those cases include sexual assault and date rape. For many years, various lawsuits against nitv have proven those facts.

10. Plaintiff humble has made about $20 million or more, since about 1989, by selling his "voice lie detector" and made up training that still has NO independent studies that prove they are better than a coin toss, about 50%.

11. Plaintiff claims about 175 departments in Florida have bought the cvsa gadget and training since 1990. He claims about 2,000 departments nationwide bought cvsa since 1990.

12. For many years, plaintiff claimed in 1989 he had "invented" a new type of "voice lie detector" he called cvsa(computer voice stress analyzer). But, many years later plaintiff admits he only bought an old analog PSE-101 and using a less than qualified person, tried to reverse engineer the old PSE 101. Nitv sold what was created as their cvsa, which was actually a very inferior and unreliable gadget for lie detection compared to the PSE 101. The PSE 101 was Dektor's original instrument and only proven system of Voice Stress Analysis invented by the original Dektor owners in 1970.

13. From that poorly reversed and unreliable analog cvsa gadget, a very poorly written and problem riddled cvsa software program was written and is sold in laptop computers. That same problem riddled cvsa program is still sold today.

14. Plaintiff(humble) calls himself the "father of voice stress analysis". The real system of Voice Stress Analysis (PSE) was invented only in 1970 by Dektor. Humble did not come out with his very inferior imitation of the PSE called cvsa until 1990. The facts prove humble NEVER invented any lie detector, he only tried to COPY one.

15. Plaintiff claims his cvsa is the "gold standard" of lie detectors. The lies told by plaintiff for 25 years prove cvsa is only be "fools gold".

16. For about 15 years, plaintiff has been using the completely false testimony of Dirk Bell, the 60 year son of Allan Bell, the co-inventor of the PSE. On the nitv website Dirk Bell says Herring/Dektor are running a scam by selling fake lie detectors. Plaintiff uses Bell to condemn Dektor/Herring and to convince people not to buy from Dektor. The fact is everything Bell says are total lies because Dirk Bell has never worked at the current Dektor, has NO knowledge of how Dektor is operated, has no knowledge how Dektor trains or how the PSE 7010 works.

17. About two years ago, somehow Bell found out who some of Dektor's clients were worldwide, contacted them and told them they were lied to by Dektor about their PSE systems.

18. For about 9 years, plaintiff uses completely false testimony on his website from Groveport Police to make people want to avoid buying PSE from Dektor. About nine years ago, Groveport police bought a PSE and sent three people to be trained. All three flunked the training because every night, during the 10 day course, they got drunk, did not study and flunked the tests. When they got home, they traded their state of the art PSE 7010 for a cvsa and free training in exchange for their testimony condemning Herring and Dektor on the nitv website.

19. For about 25 years, various major news media, including ABC News in 2006, have exposed the many lies of nitv, cvsa, humble and his staff.

20. Plaintiff admitted in a 2005 news article, there were no independent studies that prove cvsa is accurate for lie detection.

21. Plaintiff has made up stories about ex-nitv employees to get them fired from their new jobs and uses a specific person to do dirty tricks for Nitv
22. Plaintiff is very much aware his illegal, immoral and unethical actions of using the legal system as weapons will give him more and more of a monopoly in the business of voice lie detection and of every other lie detection system made.
23. Plaintiff is aware that he, nitv and others have engaged in activities they knew were illegal, dishonest and/or untruthful against Dektor and defendant Arthur Herring III whose only purpose was to put Dektor out of business and deprive Herring of millions of dollars of income.
24. Plaintiff was convicted by the U.S. in 2006 of selling his cvsa gadgets secretly to countries that were not considered friendly to the United States.
25. Plaintiff was convicted of copyright fraud in 1988, the same year he claims he was selling his cvsa.
26. Plaintiff was convicted in 1976 of unemployment fraud.
27. Plaintiff was selling his first cvsa(computer voice stress analyzer) model for about 10 years to law enforcement, but it never had a computer.
28. Plaintiff claims he was trained as a polygraph examiner at a polygraph school in Florida in 1986, but the APA (American Polygraph Association) states the plaintiff's "polygraph school" never existed.
29. Plaintiff uses many planted stories in various media to make his scam look like a real lie detection type business.
30. A major worldwide law enforcement organization of about 25,000, allowed nitv to put full page ads in every month promoting cvsa from about 1994 to about 2005, even though that organization knew the cvsa, training and owner were not reliable and not reputable. That same organization refused Dektor to advertise allowing law enforcement to only know about nitv/cvsa for lie detection.
31. Plaintiff created a huge website dedicated to himself about 15 years ago called www.charleshumble.com to make people think he is a "genius" of some type.
32. Plaintiff has been promoting a 14 page "study" since 2012 that is in a "scientific journal" that he claims proves cvsa is completely accurate for lie detection. BUT, various facts, Google and the Library of Congress, prove the "journal" does not exist and the so-called "study" does not exist. The "study" Nitv says proves cvsa is completely accurate does not mention cvsa or nitv at all.
33. The "author" of that 14 page "study" was a 20 year employee of nitv and died before the so-called "study" was released in 2012. The co-author of the "study" is a neuro scientist from John Hopkins University. When contacted, she hangs up on people and emails to her are never returned. Nitv pays her to speak at Nitv functions using the "study" to convince law enforcement to buy cvsa.
34. A so-called "study/survey" about cvsa in 2007, nitv claims it was created and paid for by the DoD(Department of Defense). Nitv claims that "study/survey" proves cvsa is completely accurate/reliable for lie detection. But, NO information is given in the "study/survey" as to who did the study or where it came from. Nothing can be found on the internet on this DoD "study/survey". This "study/survey" is not real.
35. Plaintiff admitted in 2006, on ABC News, there were NO independent studies that prove cvsa is more accurate than a coin toss for lie detection.
36. Nitv admitted in court, about 2003, the cvsa was not capable of lie detection. But, the nitv website clearly says it is.

37. For about 15 years, nitv has been selling a "body language" course called AIS it claims can do lie detection. No studies can be found anyplace about AIS or its ability to do lie detection.
38. Plaintiff is aware nitv/humble/kane have compensated people who deliberately lied about Dektor and Herring in various ways, including false testimonials on nitv website against Dektor/Herring to convince people not to buy from Dektor only to put Dektor out of business and deprive Herring out of many millions of dollars. Herring has lost millions of dollars because of those actions by plaintiff.
39. Various documents prove plaintiff did even worse actions against Dektor/Herring than were done against another lie detection business (Baker) where nitv/humble/kane was sued and lost the lawsuit. Judgement against humble/kane/nitv was about $500,000. Plaintiff appealed case all the way to the Florida Supreme Court and still lost. That judgement total today, with interest, is about $800,000 and still has not been paid by humble/kane/nitv.
40. Court records will show plaintiff sued Baker three years ago, again using the court as a weapon, to put Baker out of business. Case is still ongoing.
41. Court records will show plaintiff humble just completed paying off $26,000. It was a four year debt owed to a former lawyer of plaintiff for lawyer fees that plaintiff refused to pay.
42. Court should be aware of Herring's huge website www.nitvcvsaexposed.com providing various documents, including plaintiffs own documents, proving plaintiff has lied about himself, his business(nitv) and his so-called "voice lie detector" called cvsa.
43. Court should be aware plaintiff has used a fake title of "Dr"(PhD) that was bought in 1987 from a business selling unearned education titles in Indiana and has used that unearned title to convince various law enforcement departments that he has some type of expertise of "inventing" a voice lie detector, creating nitv's training and also creating plaintiff's AIS body language course. Both of which, after 25 years, still has NO independent studies proving any accuracy above a coin toss.

Certificate of Service

I hereby certify that on November 10, 2018, I sent copies to plaintiff's attorneys on record DeSouza, D'Loughy and to the Clerk of Court by certified mail.

_____
Arthur Herring III, President
Dektor Corporation
400 E. Station Ave, #400
Coopersburg, PA 18036
215.631.1448
admin@dektorpse.com

Daniel DeSouza, Esq.
101 NE Third Ave. #1500
Fort Lauderdale, FL  33301
(954) 603.1340
ddesouza@desouzalaw.com

James D'loughy, Esq
2855 PGA Bl.
Palm Beach Gardens, FL  33410
(561) 622.7788
jdloughy@advisorlaw.com

Herring IV
400 E. Station Ave
Coopersburg Pa 18036



7016 1370 0000 6303 0641

U.S. District Court
Southern District
Clerk of Court
701 Clematis St
W. Palm Beach, Fl 33401

Attn: Judge Middlebrooks

U.S. POSTAGE PAID
FCM LETTER
COOPERSBURG, PA
18036
NOV 10, 18
AMOUNT
$4.16
R2305K141373-08

USMS INSPECTED

3340185101 C028

