UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No: 18-cv-80994-MIDDLEBROOKS

NITIV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION
and ARTHUR HERRING, III,

    Defendants.

_____/

## OMNIBUS ORDER

THIS CAUSE comes before the Court upon Defendant Arthur Herring III's ("Defendant Herring") Motion to Dismiss Plaintiff's Motion to Compel, filed on November 14, 2018 (DE 47) and Plaintiff NITV Federal Services, LLC's ("Plaintiff NITV") Motion for Extension of Time to Respond to Motion to Dismiss. (DE 48).

On September 5, 2018, Defendant Herring and Defendant Dektor Corporation jointly filed a Motion to Dismiss Plaintiff's Complaint for lack of jurisdiction. (DE 15). At that time, both Defendants were represented by counsel. Counsel for Defense subsequently filed an Unopposed and Stipulated Motion to Withdraw as Counsel (DE 31), which this Court granted on November 2, 2018. (DE 41). This Court set a deadline of twenty-one days for Defendant Dektor Corporation to retain new counsel. (*Id.*).

On October 30, 2018, Plaintiff NITV filed a Motion to Compel Deposition Testimony, Production of Documents, and Forensic Examination. (DE 39). Plaintiff's Motion to Compel

seeks jurisdictional discovery materials in order to inform its forthcoming response to Defendant's Motion to Dismiss.

Rather than file a response to Plaintiff's Motion to Compel, Defendant Herring moved, *pro se*, to dismiss Plaintiff's Motion to Compel. (DE 47). Plaintiff subsequently moved for an extension of time to respond to Defendants' Motion to Dismiss on the basis that it needs the information sought by its Motion to Compel in order to properly respond to the Motion to Dismiss. (DE 48).

In order to permit Defendant Dektor Corporation to respond to the Motion to Compel, the deadline for Defendant Dektor Corporation to retain counsel shall be extended to December 7, 2018. Rather than construing Defendant Herring's Motion to Dismiss the Motion to Compel as a response to Plaintiff's Motion to Compel, Defendant Herring's Motion to Dismiss the Motion to Compel shall be stricken without prejudice and the deadline for Defendants to respond to the Motion to Compel shall be extended to December 14, 2018. The deadline for Plaintiff to respond to the Motion to Dismiss shall accordingly be extended to January 7, 2019.

Defendants are advised that further extensions are unlikely to be granted absent a showing of compelling cause supported by specific facts. Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

1. The deadline for Defendant Dektor Corporation to retain counsel is **EXTENDED** to December 7, 2018.
2. Defendant Arthur Herring, III's Motion to Dismiss Motion to Compel (DE 47) is **STRICKEN** without prejudice.

3. Plaintiff NITV Federal Services, Inc.'s Motion for Extension (DE 48) is **GRANTED**. Plaintiff may file an Amended Response to Defendants' Motion to Dismiss (DE 15) on or before January 7, 2019.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this $\underline{19}$ day of November, 2018.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record;
Dektor Corporation and Arthur Herring III
400 E. Station Avenue
Coopersburg, PA 18036
admin@dektorpse.com

3