**EXHIBIT "2"**



ABC News Exposes NITV's CVSA Scam

# NITV CVSA LIES EXPOSED

- The NITV CVSA Scam
- Fake NITV CVSA Study Exposed
- NITV's Fake CVSA Study Revealed
- NEW: Dirk Bells Lies About Dektor For NITV
- NEW: "Insane" Dirk Bells Lies & Threatens Dektor For Humble
- NEW: NITV Owner Kane Promises CVSA Accuracy 98%
- NEW: NITV Humble Bought Fake Doctor Title From Fake University
- NEW: NITV Disgraces Great Seal of U.S. & Lies To Customers for Monetary Profit
- NEW: How Could NITV Staff Past and Present of Former High Level Law Enforcement Sell and Train Cvsa With No Study Proving CVSA Accuracy?
- NEW: Library of Congress Says Journal of Chapman Study Does NOT Exist
- NEW: NITV Threatens Dektor With Lawsuit 15 Years Ago
- NEW: Major Article Reveals Many Lies About NITV & CVSA
- NEW: "Crazy" Dirk Bell Sends Letter to Humble in 2004 About Herring
- NEW: Dektor's Lawyer Orders Dirk Bell to Stop Harassment, But Bell Ignores
- NEW: Fake Humble "Doctor" Title by Fake University
- NEW: NITV's Humble Owed Huge Debt to Collection Business For 4 Years
- NEW: NITV Posts Groveport Police Lies About Dealing With Dektor
- NEW: When CVSA Envers Purchase CVSA, NITV Does NOT Let Them Own It
- NEW: Humble Claims CVSA 98% Accurate Despite NO Studies Proving It
- NEW: Humble Convicted in 1988 of Copyright Fraud
- NEW: NITV Says in Court CVSA Not a Lie Detector, but NITV Website Says It Is
- NEW: Disgusting Lies About Dektor & Owner Sent Twice by NITV to Law Enforcement
- NITV Hires Disgraced Ex-cop
- NITV Promotes Incompetent Disgraced Ex-cop as Director
- NITV Uses Fake DoD "Survey" to Sell CVSA
- NITV Lies About DoD CVSA Study
- Humble Lied! NO DoD Funded Study Ever Validated CVSA
- NITV CEO Charles Humble Dedicates a Website to Himself
- Humble Pretends National Company Wanted Him to Invent Their New Voice Lie Detector
- ABC News Video Exposes NITV/CVSA Scam
- Primetime Investigation Prove NITV/CVSA Lies
- Groveport Police Lied about Dektor
- Groveport Mayor & City Council Ignore Police Fake Lie Detector
- NITV Owner Lied About Inventing New Lie Detector
- Major Law Enforcement Association Protects NITV Scam
- Politicians & Law Enforcement Refuse To Stop NITV Scam
- Did NITV Bribe SOCOM?
- NITV LIES! CVSA Was Not PSE in Vietnam War
- NITV Found Guilty by U.S. Government
- SCAM! Computer Voice Stress Analyzer(CVSA) Sold for 8 Years NEVER Had a Computer!
- NITV Admits Never Inventing New Lie Detector
- Charles Humble Demands Promise Not To Sue Him
- Charles Humble Admits NO Study Proves CVSA Accuracy
- NITV Owes Massive Judgement
- Dirk Bell Lies About Dektor
- NITV Lets Dirk Bell Lie About Dektor & It's Owner
- Newsmedia Quotes About NITV, CVSA & Humble
- Humble Sanctioned by US Commerce Department for Export Violations
- Ex CVSA Users Condemn CVSA & Training