# EXHIBIT "F"

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Sunday, August 12, 2018 9:29 AM |
| **To:** | sforzato@attorneygeneral.gov |
| **Subject:** | police lie detector scam |

Dear Dep. Chief Forzato,

      Since 1990, various law enforcement department types (police, sheriff, prison, prosecutors, college police, internal affairs,  etc.) nationwide and in Canada have been using a so-called "voice lie detector" called cvsa. In Pennsylvania, about 63 departments bought the cvsa. So far, about 1,500 departments have bought cvsa and many thousands have been trained to use it.

      Cvsa is sold in Florida by a company called nitv. Various news medias and the courts have shown the nitv, cvsa and their "creator/seller/owner" humble are not what they claim. For example, very recently, nitv hired a former ICAC investigator, crotty, who was fired/quit as a sheriff deputy. Read the full article at https://www.bradenton.com/news/local/article207831829.html .  ICAC investigates crimes against children. Crotty now is Director of Law Enforcement Sales at nitv. To read crotty being hired by nitv, go to  https://www.cvsa1.com/announcements.htm .   Those documents and many others about this scam can be found on our website www.dektorpse.com. On our homepage, you will see much information at the section titled "News Media Exposes NITV". We also have a massive 28 page section about nitv/cvsa/humble scam under the section titled "Information", click "cvsa". That information proves the cvsa, nitv and training are not reliable for lie detection.

    My company, Dektor Corporation, is the sole inventor of the PSE and Voice Stress Analysis system for lie detection. PSE was first sold by Dektor in 1969. About 10 years later, various imitation "voice lie detectors" were sold. Some used blinking lights, meters, numbers, patterns, etc, to indicate "lies". None of them used our exclusive and invented system of Voice Stress Analysis and training for lie detection. Those gadgets had no accuracy that was better than a coin toss, about 50%. Most of those gadgets never made their sellers any money.

    To give you some background information on nitv, cvsa and humble, about 1990 an ex-police patrol officer called, charles humble, began to sell his "voice lie detector" gadget he called cvsa: computer voice stress analyzer. The joke was there was no computer in it.  It was not until about 1998 that a cvsa software program was sold in a laptop. Humble has used a fake title of "Dr" (PhD) to impress people. Various news media have proven it is only a store bought type diploma. Cvsa/nitv has never used Dektor's system of Voice Stress Analysis that only Dektor invented in 1969. Nitv/cvsa never has used our proven training, test formats and our proven chart analysis techniques.

    Nitv hires only ex high level law enforcement types as a way to trick law enforcement into buying cvsa and training. Humble was only a traffic police officer for only a few years. He knows the slogan: "cops don't lie to other cops". Because of that, he knows law enforcement cvsa buyers would believe the many untruths about cvsa accuracy being "98%" being told to them by the ex-high level law enforcement sales people at nitv. Nitv has always claimed cvsa was "98" accurate since cvsa was first sold in 1990. Various studies, facts and admissions by humble and others at nitv and former employees of nitv show cvsa accuracy was only about 50% in real crimes, just a coin toss. For the past several years, humble/nitv have bragged about a so-called "study" called the Chapman Study that claims cvsa is 98% accurate. The FACT is, chapman WORKED at nitv for about 20 years. That is hardly a independent study. Plus, chapman died a few years before the study was released. One can only imagine how much information in the study was changed to make cvsa look better.

      Humble only sells to law enforcement types because he knows even when the cvsa buyers realized their test results were not reliable, they would not sue nitv because the cvsa buyers would have to reopen and reinvestigate all of the cases they used cvsa on. The buyers would have to reveal they never checked out the cvsa before they bought them, then wasted taxpayers money buying them, training all of their cvsa examiners and paying a very wasteful $400 "recertification fee" per cvsa examiner, per year, for LIFE! Every cvsa law enforcement, city and  detective would also be sued for falsely accusing people of crimes. Lawsuits have happened through the years to law enforcement because of cvsa being used and nitv's unreliable training. The cvsa scam was put together very well and protects the seller completely. Nitv also demands every cvsa buyer sign a document that says the cvsa buyer will not hold nitv responsible

for any lawsuits resulting from cvsa/training use. Most would read that as nitv saying cvsa/training are unreliable and Cover Your Ass (CYA).

I have used PSE for 37 years: 20 years using PSE for testing nationwide and 17 years as owner of Dektor. Since 1982, I have been trained by the four top PSE experts, including two former government trained polygraph examiners and the co-inventor of the PSE system. I have learned to be an expert on all devices and techniques for lie detection. They include gadgets that claim they are "voice lie detectors". Some of those imitation "voice lie detector" gadgets and training are sold by former high level people from nitv. One of those gadgets is called vipre. Much more information about vipre can be found on our website under "Information". I am also extremely familiar with the various computer polygraph machines.

Our website also has a 28 page section about cvsa, nitv and humble. We also have the full news investigation story and the short 5 minute(of the original 35 minute) video that ABC News did on cvsa/nitv/humble scam in 2006. Our website also has a large section discussing other various imitation "voice lie detectors". People continue to try to make money by selling fake devices and techniques for lie detection. Those gadgets and techniques do serious harm to investigations, innocent people's lives, including law enforcement officers when they are accused of wrong doing.

Lie detection accuracy does not start at 0%. It starts at 50%. A person is either lying or telling the truth. A coin toss will get the right answer 50% of the time. More and more departments with cvsa are either not using it anymore or they use it only as a prop: telling everyone they flunked the test and hoping for a confession. According to information received, because of the lack of cvsa sales and "recertification fees", for the past 10 years nitv has also been selling a body language type course for lie detection called AIS. The course sells for about $500 for a 3 day course. There are no studies that can be found that show any accuracy for AIS. As a matter of fact TSA, in 2013, stopped training TSA airline screeners after they wasted almost $1 billion in 7 years teaching their screeners body language(not humble's course) for lie detection. TSA stopped teaching body language for lie detection because they found it did not have any credibility for accuracy.

This matter is NOT about competition. It is about a different type of money making scam by people lying and cheating law enforcement, ruining criminal cases and destroying the lives of innocent people.

Accurate lie detection solves crimes and protects the innocent people when they are accused. Today, the PSE system still has the proven superiority over every device, including computer polygraph, for truth verification in criminal cases, employment screening and psychological evaluations.

You can email me at admin@dektorpse.com or call me at 215.631.1448(est) from 8:30am to 12 noon if you want to discuss this matter in more detail.

Sincerely

Arthur Herring III, President

Dektor Corporation

 Virus-free. www.avast.com

**Daniel DeSouza**

---

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Wednesday, January 2, 2019 10:52 AM |
| **To:** | info@attorneygeneral.gov |
| **Cc:** | jgaskill@attorneygeneral.gov; mbrunelle@pa.gov; ybane@pa.gov; elcross@pa.gov |
| **Subject:** | lie detector scam on law enforcement |

No replies from any of you?
Arthur herring III

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Friday, December 28, 2018 11:09 AM
**To:** info@attorneygeneral.gov
**Cc:** admin@dektorpse.com; jgaskill@attorneygeneral.gov; mbrunelle@pa.gov; ybane@pa.gov; elcross@pa.gov
**Subject:** lie detector scam on law enforcement

No replies from any of you.
Arthur Herring III

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Thursday, December 27, 2018 11:00 AM
**To:** info@attorneygeneral.gov
**Cc:** admin@dektorpse.com; jgaskill@attorneygeneral.gov; mbrunelle@pa.gov; ybane@pa.gov; elcross@pa.gov
**Subject:** lie detector scam on law enforcement

Dear Mr. Wade,
      Are you really chief of staff for AG Shapiro?????? I have sent you emails about the massive scam on law enforcement nationwide and in PA, by a conman in Florida selling fake lie detectors, since beginning of September 2018. I talked to Gaskill once, but after that  I have tried to leave messages with Gaskill (his mailbox full cannot leave messages), secretaries, receptionists(Shawnice), Brunelle, Cross.
      As you can see, I send copies back to myself. I will not give up and I have contacted news media about the AG office not returning calls or emails on this massive lie detector scam involving 61 police departments and 6 district attorney offices in PA alone, about 2,000 nationwide.
       One of them scammed was Lehigh DA office of Martin. He denied ever having one and had one of his "goons' Milan call me and make a terroristic threat against me stating "you better not call martin's office again and if you do, you better bring lots of cash for lawyer fees." I do not take threats as a joke. Obviously, I cannot file a complaint with the PA AG about Martin or Milan office because Wade, etc do not return calls or emails.
       I have a massive website of various documents showing the extent of the scam at www.nitvcvsaexposed.com . The conman has been selling his gadgets since 1990, including to US military that eventually banned it and the newsmedia, including ABC News(among many other news articles) did a investigation story on the seller and his gadget in 2006.
       This is NOT about competition. This is about millions of criminal cases being ruined and innocent people having their lives ruined by a fake "voice lie detector" sold that has no studies that show its accuracy is any better than a coin toss.
       Sincerely,
Arthur Herring III, President
Dektor Corporation

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Wednesday, December 26, 2018 1:51 PM
**To:** info@attorneygeneral.gov
**Subject:** lie detector scam on law enforcement

Mr. Wade,
No answer from you.
Arthur herring III

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Thursday, December 20, 2018 8:49 AM
**To:** info@attorneygeneral.gov
**Cc:** admin@dektorpse.com
**Subject:** lie detector scam on law enforcement

Mr. Wade,
  No answer from you.
Arthur herring III

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Wednesday, December 19, 2018 9:12 AM
**To:** info@attorneygeneral.gov
**Cc:** admin@dektorpse.com
**Subject:** lie detector scam on law enforcement

Mr. Wade,
No answer from you.
Arthur herring III

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Tuesday, December 18, 2018 9:50 AM
**To:** info@attorneygeneral.gov
**Cc:** info@attorneygeneral.gov; admin@dektorpse.com
**Subject:** lie detector scam on law enforcement

Dear Mr. Wade,
        I have called and left many messages to Shapiro's office and to you for several months. No reply from shapiro, you or your staff on this matter. I have been threatened by a district attorney's detective in this matter.
        WHAT THE HELL ARE YOU PEOPLE WAITING FOR?

Arthur Herring III
        215.631.1448

2

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Matt Vanderhoff <mvanderhoff@vanderson.net> |
| **Sent:** | Wednesday, January 2, 2019 4:48 PM |
| **To:** | Arthur Herring III |
| **Subject:** | RE: #4 include humble picture |

<mark>What should this title be for the NITV Exposed website?</mark>

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Tuesday, January 1, 2019 10:11 AM
**To:** 'Matt Vanderhoff' <mvanderhoff@vanderson.net>
**Subject:** RE: #4 include humble picture

Hi Matt,
    Happy new year. Please put his picture at the top of the nitv staff list which includes their pictures and bio's. It shows what kind of a pompus ass he is.
a

---

**From:** Matt Vanderhoff [mailto:mvanderhoff@vanderson.net]
**Sent:** Tuesday, January 01, 2019 9:50 AM
**To:** 'Arthur Herring III'
**Subject:** RE: #4 include humble picture

What should this title be for the NITV Exposed website?

---

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Saturday, December 15, 2018 11:15 AM
**To:** Arthur Herring III <admin@dektorpse.com>
**Subject:** #4 include humble picture

---

Virus-free. www.avast.com

1

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Matt Vanderhoff <mvanderhoff@vanderson.net> |
| **Sent:** | Thursday, January 3, 2019 11:07 AM |
| **To:** | Arthur Herring III |
| **Subject:** | RE: revisions |

Arthur

It will be interesting to see how they react to your discovery as that information is important to disprove your claims, not giving that information shows that your claims are valid and their lawsuit is baseless.

With regards to the hard drive. It would not be possible for a professional to do the work needed at my office, they need a professional clean room. If they choose a person in Pennsylvania I can gladly go there to observe and make sure nothing malicious is done. I highly doubt anything will be recovered from your hard drive unfortunately due to the extent of damage the platters sustained from the failed motor/needle.

Sounds good with regards to the $50, I will pick it up after Neals

Matt

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Thursday, January 3, 2019 10:31 AM
**To:** 'Matt Vanderhoff' <mvanderhoff@vanderson.net>
**Subject:** RE: revisions

Hi Matt,
    Thanks. I talked to my lawyer yesterday and he said he will send me his version of my discovery list today to review before he sends it out. They have 30 days to comply. I believe they will object just to delay and to add billing hours to me. As per hard drive, they have to hire and pay for a independent person to look at it. Any information he finds must be given to my lawyer to review before it is disclosed. But, based on the person that signed the document who actually works for nitv, based on his business card, I cannot believe that person would be independent. My source said to demand the person come to your office so nothing can be downloaded, like child porn. I totally agree. Nitv cannot be trusted at all. They feel if they can ruin me, they will have the entire market to sell voice lie detectors. My discovery list, demands the actual journal the chapman study was "published" in. It does not exist by all efforts by me and others, including Library of Congress. When they confirm they cannot get the actual journal or provide contact information of its publisher, along with their other fake "studies" by SoComm and DoD, they will not be able to explain those massive lies that their accuracy claims are based on fake studys.
        I will drop off the $50 tomorrow and let you know where I put it since you work at Neal's on Friday.
Thanks for the help.
a

**From:** Matt Vanderhoff [mailto:mvanderhoff@vanderson.net]
**Sent:** Thursday, January 03, 2019 9:20 AM
**To:** 'Arthur Herring III'
**Subject:** RE: revisions

All revisions should be made

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Wednesday, January 2, 2019 9:17 PM
**To:** 'Matt Vanderhoff' <mvanderhoff@vanderson.net>
**Subject:** RE: revisions

Hi Matt,
    Sorry about my mistake per #4. I have 2 versions of what #4 is and I do not know which one I sent. If it pertains to pictures of nitv employees and their bios it should go under the title you have on the nitv exposed website about how can high ranking ex law enforcement not ask for a study before selling cvsa.
        The other #4 I have is about the business selling fake accreditation degrees that accredited the fake "university" that gave humble his "Dr" title.
Let me know which #4 we are discussing.
Thanks
a

**From:** Matt Vanderhoff [mailto:mvanderhoff@vanderson.net]
**Sent:** Wednesday, January 02, 2019 4:20 PM
**To:** 'Arthur Herring III'
**Subject:** RE: revisions

I should be able to get the additions you just sent done tonight or tomorrow. I am still waiting a response for the #4 question I sent.

Matt

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Tuesday, January 1, 2019 9:56 PM
**To:** Matt Vanderhoff <mvanderhoff@vanderson.net>
**Subject:** revisions

Hi Matt,
    Will you be posting the last several changes/additions I sent today soon?
a

Virus-free. www.avast.com

## Daniel DeSouza

**From:**          Arthur Herring III <admin@dektorpse.com>
**Sent:**          Thursday, January 3, 2019 11:34 AM
**To:**            jgaskill@attorneygeneral.gov
**Subject:**       corrupt politicians
**Attachments:**   SnipImage.JPG

Mr. Gaskill,

    I am still waiting for the letter you said you were going to send me yesterday on the phone stating your office is investigating the cvsa scam matter. Attached is the section on my  www.nitvcvsaexposed    website about the corrupt politicians I have talked to about the cvsa scam in Pennsylvania and nationwide for about 20 years, but they never did anything about it, including ex-DA Castor and current and past politicians in office.

      If you read the entire website, you will find many, many useful documents and information pertaining to this scam on law enforcement and the people. Try starting with false advertising and deceptive trade practices pertaining to cvsa's promised accuracy of 98% for 25 years( including by James Kane, Nitv's co-owner), but NO studies to back it up. Arthur he

 Virus-free. www.avast.com

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Sunday, January 6, 2019 10:00 AM |
| **To:** | glenn@dglennfoster.com |
| **Subject:** | humble |

Dear Mr. Foster,

As you may know, I am the current president and owner of Dektor Corporation, in Pennsylvania. Dektor invented the PSE and Voice Stress Analysis for lie detection in 1970. I have owned Dektor for about 18 years and used the PSE in my business doing PSE tests for about 20 years before that. Our website is www.dektorpse.com

About three months ago, humble(nitv) filed a $10 million lawsuit against Dektor and myself claiming that I have "stolen" about $7 million of sales away from them. Totally false. Since then, I had a massive website created exposing nitv/humble/cvsa lies. It is www.nitvcvsaexposed.com  I have various documents and news media documents to prove nitv/humble have only been a scam on law enforcement since he started in 1988.

I was told by a source that you do not like humble. If so, if you have any information you want to share, you can email me at admin@dektorpse.com  It is a private email address. Documents are also appreciated. I keep all sources, as I have with others, in complete confidence.

Sincerely,

Arthur Herring III, President

Dektor Corporation

---

 Virus-free. www.avast.com

1

## Daniel DeSouza

**From:** Matt Vanderhoff <mvanderhoff@vanderson.net>
**Sent:** Wednesday, January 16, 2019 10:31 AM
**To:** Arthur Herring III
**Subject:** RE: FORENSIC ANAYSIS

Okay just let me know where to mail the hard drive to. I will make sure it is with signature confirmation.

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Wednesday, January 16, 2019 10:26 AM
**To:** Arthur Herring III <admin@dektorpse.com>
**Subject:** FORENSIC ANAYSIS

Hi Matt,

Just saw this. I left a message for him to call me. I emailed him asking him why were those images attached. I talked to him on Monday and told him to give desouza my settlement offer of $250,000 humble pays me and to drop the case or we will let the judge know about the fake affidavit by mosquera who claimed he did not know anyone at nitv, but who actually works for nitv. It was pertaining to the jurisdiction issue. If they refuse my settlement offer (I am sure they will) I am sure the judge will be pissed at nitv and will demand to know who came up with the false affidavit. That will show who committed perjury. If nitv refuses my offer, then I will mail out my 2 page letter explaining to the cvsa buyers about nitv/humble lies. I have a semi complete list of 1,500 police, sheriff, prisons, college police, DA's, etc. Nitv claims 2,000 buyers. In my discovery, I want ALL buyers, including those in government, state and military, plus the actual journal the chapman "study" was in. My letter also includes the nitvcvsaexposed website address and my 12 page, envelope sized, booklet about PSE, Dektor, etc that I have out to potential customers for many years. Maybe I can get some people to buy pse. Those cvsa buyers also included 45 district attorney offices nationwide (including 6 in PA)whose investigators bought cvsa and got trained. Maybe they will be pissed enough to go after humble, either for their money back and/or criminal charges.

Wellikoff does not remember that nitv/desouza can have a person look at the hard drive, but it must be someone in PA so we can watch. Lousy lawyers.

a

**From:** Scott Wellikoff [mailto:swellikoff@adwellgroup.com]
**Sent:** Wednesday, January 16, 2019 7:33 AM
**To:** admin@dektorpse.com
**Subject:** Fwd: FORENSIC ANAYSIS

Please see below. I am discussing the issue of keeping hardware on your premises. Due to technician issues, Dan may have a point that can be difficult to argue against. Thoughts?

Begin forwarded message:

> **From:** Daniel DeSouza <ddesouza@desouzalaw.com>
> **Date:** January 16, 2019 at 6:49:41 AM EST
> **To:** Scott Wellikoff <swellikoff@adwellgroup.com>, JAMES D'LOUGHY <JDLOUGHY@advisorlaw.com>
> **Subject: RE: FORENSIC ANAYSIS**
>
> Scott,

I can't agree in advance that all hardware remain on premises. Nobody knows the condition of the damaged laptop hard drive or whether it can be imaged on premises. I'm willing to agree that any hardware removed by the expert remains in the possession of the expert until returned to your client, but I'm not going to hamper the forensic review based on your client's paranoia. That's non-negotiable from my perspective.

Here's the problem with the "non-relevant, personal materials" – you're obligated to give me a privilege log of each document withheld from us. We're talking about a laptop hard drive with years of your client's musings. Is he going to pay you to draft a privilege log of tens of thousands of items within the span of a week? You can insist on it, but I'm going to hold your feet to the fire and require you to specifically identify every document you're withholding (date, author, recipient, subject, basis for withholding, etc.). That doesn't seem like a particularly efficient use of your time or your client's money, but that would be the requirement under the order you've circulated. And your client obviously can't be the one making the judgment call on what is personal/non-relevant given that his game playing is what got us here in the first place. So that means you being required to put eyes on every document and every e-mail collected as part of the review.

Today, please let me know your position on these 2 items. I'd rather submit a joint order, but I'm happy to submit competing orders with an explanation as to the differences. I want to submit the order(s) by end of day today.

**Daniel DeSouza**

DeSouza Law, P.A.
3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)
101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301
954.603.1340 (office) | 954.551.5320 (mobile)
ddesouza@desouzalaw.com | www.desouzalaw.com

---

 Virus-free. www.avast.com

**Daniel DeSouza**

---

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Friday, January 18, 2019 11:25 AM |
| **To:** | Gaskill, John D. |
| **Subject:** | RE: lie detector scam on law enforcement |

Dear Mr. Gaskill,
    I have not received your email confirming your Attorney General's office is investigating the fake lie detector scam on 61 police and 6 district attorney offices in PA as we have discussed previously.
Sincerely,
Arthur herring III

**From:** Gaskill, John D. [mailto:jgaskill@attorneygeneral.gov]
**Sent:** Friday, January 11, 2019 9:56 AM
**To:** 'Arthur Herring III'
**Subject:** RE: lie detector scam on law enforcement

Mr. Herring,
Thanks for your message. Our office will have a letter to you soon confirming the receipt of the information you provided.
-John Gaskill
717-497-9815

**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Friday, January 11, 2019 9:53 AM
**To:** Gaskill, John D. <jgaskill@attorneygeneral.gov>
**Subject:** lie detector scam on law enforcement

Dear Mr. Gaskill,
    I have not received the email you said you would send in our conversation on 1/2/19 confirming your office is investigating the matter of the fake voice lie detector called cvsa sold to 61 law enforcement and 6 district attorney offices in Pennsylvania and the business selling it called Nitv.
Sincerely,
Arthur Herring III, President
Dektor corporation

---

Virus-free. www.avast.com

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

1

This message has been scanned for malware by Websense. www.websense.com

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Friday, January 18, 2019 2:32 PM |
| **To:** | news@titusvilleherald.com |
| **Subject:** | nitv fake mosquera affidavit docs |
| **Attachments:** | mosquera a (69.0 KB); mosquera b (37.1 KB); mosquera business card (17.7 KB) |

Dear Ms. Dodd,

    In Nitv's <u>federal</u> lawsuit against Dektor, they submitted a fake affadavit by a person(Mosquera) who claimed he had no contacts and no connection with Nitv. He is fact head of Nitv's International Sales. Nitv used that fake document to claim Florida was the jurisdiction for their <u>federal</u> lawsuit against Dektor and myself instead of Pennsylvania where Dektor is located. I caught their lie. My lawyer is demanding the judge sanction Nitv lawyers who did that and Nitv for lying.

Sincerely,

Arthur Herring III, President

Dektor Corporation

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Wednesday, January 23, 2019 12:02 AM |
| **To:** | gellis@beltontexas.gov |
| **Subject:** | lie detector scam on law enforcement |

Dear Chief Ellis,

Since 1988, a very unreliable "voice lie detector" and training have been sold nationwide to law enforcement for their investigations and employment screening. The device is called Cvsa: Computer voice stress analyzer. Nitv sells Cvsa in Florida. Cvsa has been sold since 1988. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. Those departments include police, sheriff, district attorney's, prisons, college police, probation, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. About 2,000 law enforcement departments have bought Cvsa and training. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen and instructors to convince law enforcement to buy Cvsa. Nitv has always claimed Cvsa is "98% accurate", but admit they have NO independent studies as proof after being sold for 25 years.

There are about 25 various "voice lie detector" gadgets sold. Only Dektor invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

Dektor must maintain our image as an honest and ethical business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False! Dektor has been exposing the Nitv scam for 25 years. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all.

Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. Nitv has filed lawsuits against ex-employees and others in federal court only to waste people's money and/or to destroy their business. Dektor does not know one case Nitv ever won.

Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a store in 1987 selling fake education titles. Humble admitted to ABC News there were no studies that Cvsa had any reliable accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the

military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

Accurate lie detection is extremely important for solving crimes and employment screening. Accurate lie detection saves expensive investigative manhours.  Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's huge website is www.dektorpse.com. Dektor sells the world's ONLY real system of Voice Stress Analysis™: PSE®. Dektor uses the ONLY proven training, created in 1969, for accurate lie detection. The PSE technology is in a software program. PSE will never break and never wear out.

Each PSE license is $3,500 per computer. Dektor's complete training course is 10 days and only $2,500 per person. You can be trained at Dektor (Pennsylvania) or have an instructor at your location. The PSE® software program can be used in all desktop and laptop Windows systems: 7, Vista, 8, 10 and Windows Touch screen. PSE can be used in all Android (phone & tablet) and Apple IOS (Iphone, Ipad). Dektor never has "recertifications" and never expensive "recertification fees" that Nitv charges only to make more money.

Dektor looks forward to providing your investigators with PSE, the accurate lie detection system. Please contact us if you have any questions. You can call 215.631.1448(est) or email us at admin@dektorpse.com

Sincerely,

Arthur Herring III, President

Dektor Corporation

---

 Virus-free. www.avast.com

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Wednesday, January 30, 2019 9:57 AM |
| **To:** | todd.prussman@bostonherald.com |
| **Subject:** | law enforcement scammed |

Dear Editor,

Since 1988, a extremely, unreliable "voice lie detector" and training have been sold nationwide to 2,000 various law enforcement departments to be used for their investigations and employment screening.

The lie detector gadget is called Cvsa: Computer voice stress analyzer. Nitv sells Cvsa in Florida. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. Those various departments include police, sheriff, district attorney's, prisons, college police, probation, U.S. military, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen or instructors to convince law enforcement to buy Cvsa. In 2018, Nitv hired a very disgraced former detective to be in charge of law enforcement sales. Nitv has always claimed Cvsa is "98% accurate", but admit they still have NO independent studies as proof after being sold for 25 years.

There are about 25 imitation "voice lie detector" gadgets sold. Only my company, Dektor®, invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

Dektor has been exposing the Nitv scam for 25 years. Dektor must maintain our image as an honest and ethical business. Nitv sues ex-employees and others in federal court either to waste the defendants money and/or to put them out of business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all. How can Nitv claim the Chapman study proves cvsa is accurate when it never mentions Cvsa or Nitv at all?

Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. The Florida Supreme Court ruled Nitv had to pay. Dektor does not know one case Nitv has ever won. Nitv has many Nitv named "businesses", so when they lose a lawsuit they seem to transfer the money to their other Nitv "businesses" so the money cannot be located and seized. Their current name is Nitv, Federal Services. For 25 years, their logo is the Great Seal of the United States. Nitv's name is superimposed over the Great Seal. It is a federal crime to use the Great Seal for that, including fines and jail.

Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted recently he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and

try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a one room store in 1987 called Indiana Christian University(ICU). The store only sells fake education titles. But, ICU is "accredited" by a fake business called Transworld Accreditation Commission International (TACI) in Southern California that SELLS fake accreditation certificates. Humble admitted to ABC News there were no studies that Cvsa had any reliable accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

Accurate lie detection is extremely important to solve crimes and it saves expensive investigation manhours. Fake lie detection will waste taxpayers money, ruin cases and falsely accuse people. Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's website is www.dektorpse.com

Please contact us if you have any questions. If you know someone that was falsely accused because of a Cvsa test, contact us. You can call us at 215.631.1448(est) or email us at admin@dektorpse.com

      Sincerely,

      Arthur Herring III, President

      Dektor Corporation

**Daniel DeSouza**

| | |
|---|---|
| **From:** | GM Opio <floridastarnewspaper@gmail.com> |
| **Sent:** | Thursday, January 31, 2019 11:56 AM |
| **To:** | Arthur Herring III |
| **Subject:** | ***SPAM*** Re: lie detector scam on law enforcement |

Thank you

On Thu, Jan 31, 2019 at 11:50 AM Arthur Herring III <admin@dektorpse.com> wrote:

boxbe Arthur Herring III (admin@dektorpse.com) is not on your Guest List | Approve sender | Approve domain

Dear Sir,

Since 1988, a very unreliable "voice lie detector" and training have been sold nationwide to law enforcement for their investigations and employment screening. Florida has about 175 departments that bought the fake lie detector. The device is called Cvsa: Computer voice stress analyzer. Nitv sells Cvsa in Florida. Cvsa has been sold since 1988. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. The buyers include police, sheriff, district attorney's, prisons, college police, probation, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. About 2,000 law enforcement departments have bought Cvsa and training. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen and instructors to convince law enforcement to buy Cvsa. Nitv has always claimed Cvsa is "98% accurate", but admit they have NO independent studies as proof after being sold for 25 years.

There are about 25 various "voice lie detector" gadgets sold. Only Dektor® invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

Dektor must maintain our image as an honest and ethical business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False! Dektor has been exposing the Nitv scam for 25 years. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all.

Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. Nitv has filed lawsuits against ex-employees and others in federal court only to waste people's money and/or to destroy their business. Dektor does not know one case Nitv ever won.

Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a store in 1987 selling fake education titles. Humble admitted to ABC News there were no studies that Cvsa had any reliable accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

Accurate lie detection is extremely important to solve crimes and it saves expensive investigation manhours.  Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's huge website is www.dektorpse.com. Dektor sells the world's ONLY real system of Voice Stress Analysis™: PSE®. Dektor uses the ONLY proven training, created in 1969, for accurate lie detection.

Please contact us if you have any questions. You can call 215.631.1448(est) or email us at admin@dektorpse.com

Sincerely,

Arthur Herring III, President

Dektor Corporation

--
*General Manager Opio Sokoni*
*The Florida Star Newspaper*
*Excellence In News Since 1951*
*904-766-8834*

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Sunday, February 3, 2019 9:31 AM |
| **To:** | Arthur Herring III |
| **Subject:** | nitv usps complaint |
| **Attachments:** | SnipImage.JPG |

 Virus-free. [www.avast.com](www.avast.com)





CONTACT US

I am...

USPS Customer

Do you wish to remain anonymous?

No

First Name

arthur

Last Name

herring III

Address

400 e station ave #225

City

coopersburg

State

pa

Primary Phone Number (home or cell)

215.631.1448

Secondary Phone Number (work or cell)

E-Mail Address

admin@dektorpse.com

Zip Code

18036

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Sunday, February 3, 2019 10:31 PM |
| **To:** | Bridget Wingert |
| **Subject:** | RE: letter to editor |

Dear Ms. Wingert,

This is a most urgent matter that people and law enforcement must know about. Why should politicians who have known about this scam, Lehigh district attorney and the attorney general be allowed to protect a scammer that takes taxpayers money for a worthless "lie detector", law enforcement wasting taxpayers money, criminal cases ruined and people's lives destroyed because they are being falsely accused of crimes. Keep in mind also after a person is told they flunked the fake lie detector and prosecuted, if they have proof of their innocence, they will sue the city and department with cvsa, as people have done nationwide.

I have the emails to prove that I sent AG Shapiro and Wolf information about the scam for months and they refused to reply to calls or emails. Should that be condoned and protected? My huge website www.nitvcvsaexposed.com has many documents and the ABC News video from 2006 that proves a few of my points and other news articles that also verify my statements.

As you know, the purpose of the news media is to inform and educate the public. Who knows how many victims will come forward and finally get their justice after my letter is published.

I urge you to publish my letter. All contents are factual.

Sincerely,
Arthur Herring III, President
Dektor corporation

**From:** Bridget Wingert [mailto:bridget@buckscountyherald.com]
**Sent:** Sunday, February 03, 2019 8:12 PM
**To:** Arthur Herring III
**Subject:** RE: letter to editor

Got it. I am not sure I will use it.

Bridget Wingert, Editor
Bucks County Herald
5761 Lower York Road
Lahaska, Pa. 18931
215-794-1096 x101
bridget@buckscountyherald.com
www.buckscountyherald.com

**From:** Arthur Herring III <admin@dektorpse.com>
**Sent:** Sunday, February 03, 2019 9:14 AM
**To:** Bridget Wingert <bridget@buckscountyherald.com>
**Subject:** letter to editor

Dear Ms. Wingert,

1

Attached is the 500 word letter you said I could write and be published in the letters section on Friday about the fake voice lie detector scam.

If you have any questions, please call me 215.631.1448

Sincerely

Arthur Herring III, President

Dektor corporation

---

Virus-free. www.avast.com

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Engelhardt, Joel <jengelhardt@pbpost.com> |
| **Sent:** | Monday, February 4, 2019 4:47 PM |
| **To:** | DektorPSE |
| **Subject:** | Fwd: lie detector scam on law enforcement |

Arthur, I see you called again.
I am forwarding you my message from December. Nothing has changed since then but I can tell you we have no immediate plans to pursue your story proposal.
Thanks for checking in.
Joel

---------- Forwarded message ---------
From: **Engelhardt, Joel** <jengelhardt@pbpost.com>
Date: Thu, Dec 6, 2018 at 10:12 AM
Subject: Re: lie detector scam on law enforcement
To: DektorPSE <admin@dektorpse.com>


Arthur,
Got your phone messages. So far, I do not have a reporter to pursue your story suggestion. I or a reporter will call you if we decide to pursue. Thanks.
Joel

On Tue, Nov 20, 2018 at 9:31 PM Arthur Herring III <admin@dektorpse.com> wrote:


   Dear Reporter,

        Since 1970, the Dektor® name has been the only name that sells the only proven system of Voice Stress Analysis™, for lie detection, called PSE®. There are imitation gadgets that claim they do the same thing as the PSE®. But, many various studies have proven their accuracy is only about 50%, a coin toss. For more information about Dektor and the PSE® system, please visit Dektor's website at www.dektorpse.com

        About two months ago, a business in Florida called NITV, that sells one of those imitation "voice lie detectors" called cvsa(computer voice stress analyzer), filed a $10 million lawsuit in federal court against Dektor to try to put Dektor out of business. Nitv has been selling those gadgets since 1990. Dektor is preparing a counter-lawsuit against nitv. Named will be owner Charles Humble, director James Kane, Kane's wife Olga(CFO), Jerry Crotty(director of law enforcement sales), Nitv Board of Directors, Nitv's association of examiners called Nacvsa, its Board of Directors, Groveport Police(OH), Det. Dalton(Groveport Police) and many others.

        Dektor has a special, massive website www.nitvcvsaexposed.com that provides various documents and video showing the many various lies by Nitv, Humble and their cvsa that are part of the Nitv scam.

        NO independent study has ever shown Cvsa accuracy is better than about 50% in real crimes, a coin toss. The facts indicate Nitv has only been a scam. According to Nitv, Cvsa has been sold nationwide to about 2,000 law enforcement types. Those buyers include police, sheriff, district attorney's, prisons, college police, probation, government and military. Each Cvsa is $10,000, training is $1,400 per person and "recertification fees" of cvsa

examiners are $300 per person, every other year, for life. Usually, 2 Cvsa's are bought by small departments and as many as 15 are bought by larger departments.

Nitv claims in their lawsuit Dektor uses false information about Nitv and has cost Nitv millions of dollars in lost sales and training. That is a complete lie. For 18 years, Dektor's website has a huge section stating FACTS proving the lies by Nitv and its owner/seller Humble. For many years, Nitv has used various individuals, who were compensated for their testimonials, to deceive potential Dektor customers from buying from Dektor.

Only Dektor invented the PSE® and the technology called Voice Stress Analysis™ in 1969. Dektor® is located in Coopersburg, Pennsylvania. PSE® is used worldwide by the private sector, various law enforcement, government and mental health experts. PSE® is used for lie detection, employment screening and psychological evaluations. PSE® has no attached wires that polygraphs must use. PSE® only uses the subject's recorded vocal responses from test questions. Those vocal responses become various patterns after being filtered through Dektor's exclusive technology called Voice Stress Analysis™. The trained PSE® examiner evaluates the patterns for truth or deception. The PSE has been proven far superior over the computer polygraph and all other imitation "voice lie detectors" in many ways.

Nitv has lied and continues to lie. For example, in 2012, Nitv released a "study" written by James Chapman. Nitv claims the "study" spanned 20 years and claims it proves Cvsa is about 98% accurate. The "study" was "published" in a "journal" called Criminalistics and Court Expertise. BUT, the "study" that does not even look like any study. It was created(made up) by Nitv, it seems, only to get much needed sales and money. NO such real "study" can be found, only 14 pages of "techno babble" that does even mention cvsa or Nitv. NO "journal" called Criminalistics and Court Expertise can be found, including at the federal Library of Congress. Chapman died in 2012 before it was published. Chapman WORKED at Nitv for 20 years when he died. Obviously, a study by Chapman  would have been extremely biased. The study's co-author is neuro-scientist Marigo Stathis. She works at John Hopkins University in Maryland. Nitv pays her to promote the "study" at various law enforcement locations nationwide, using her title of scientist, to get Cvsa sales for Nitv. Her email is mstathi1@jhmi.edu. Her phone is 410.955.8010. When contacted, Stathis hangs up or refuses to answer emails. Another Nitv created(made up) "study" is claimed to have been created and paid for by the DoD (Department of Defense) in 2007. It is about 58 pages and Nitv claims it "proved" Cvsa is completely accurate for lie detection. NO information is in that study as to who wrote the study and NO department is given who did it at DoD.  DoD NEVER did any "study/survey" validating cvsa and the training for it.

Since 1990, Nitv and its owner/seller Humble have been exposed by the news media and in law suits telling many serious lies about himself, Cvsa, its training and its employees on a regular basis. For example, 2006 Humble was convicted by the government of selling Cvsa'a to unfriendly countries. In 1988, Humble was convicted of copyright fraud. In 1987 Humble claimed he was given a PhD by Indiana Christian University. ABC News proved in 2006 Indiana Christian University was only a small business selling fake diploma titles. In 1986 Humble claimed he was trained as a polygraph examiner at a polygraph school. The APA (American Polygraph Association) stated no such school ever existed. In 1976, humble was convicted of unemployment fraud. About 2006, the Cvsa was banned by the military because of its poor accuracy. About 2006, ABC News did a major expose showing Nitv/Humble was not truthful and Cvsa was not accurate for lie detection. Poor Cvsa accuracy has ruined millions of criminal cases and probably to as many innocent people falsely accused of crimes or not believed when they claimed they were victims of crimes, such as date rape, spousal abuse, etc. Nitv has been sued and lost. Nitv still owes about $800,000 in a federal lawsuit judgment from about 9 years ago. Nitv routinely sues people just to put them out of business. Nitv recently hired Jerry Crotty, a recently fired/resigned disgraced detective from Manatee County Sheriff, who was in charge of investigating crimes against children, including child pornography cases. Nitv hired Crotty to be Nitv's Director of Law Enforcement Sales. Today, Nitv is generally regarded as a scam by most people when they learn about the massive number of lies by Nitv, Humble, Nitv's made up training ideas and Cvsa's poor accuracy when used in real crimes.

This is NOT about competition. This is about stopping a scam on law enforcement, taxpayers paying for useless equipment, preventing criminal cases from being ruined and preventing innocent people from being falsely accused.

If you have any questions, you may email them to admin@dektorpse.com or call for an interview at 215.631.1448(est).

Sincerely,

Arthur Herring III, President

Dektor Corporation

--

**Joel Engelhardt**

*Investigative Team Editor*



voice: 561.820.4732

cell: 561.346.9489

jengelhardt@pbpost.com
http://www.palmbeachpost.com

--

**Joel Engelhardt**

*Investigative Team Editor*



voice: 561.820.4732

cell: 561.346.9489

jengelhardt@pbpost.com
http://www.palmbeachpost.com

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any

information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

**Daniel DeSouza**

---

**From:** Arthur Herring III <admin@dektorpse.com>
**Sent:** Wednesday, February 6, 2019 10:49 AM
**To:** rich.zeoli@entercom.com
**Subject:** Voice lie detector scam on law enforcement

Dear Sir,

I would like to be a guest speaker on your show. I would be speaking about a very serious matter that involves about 2,000 various law enforcement departments nationwide and in Pennsylvania buying a fake lie detector for their criminal cases to decide if a person is lying. The business selling the device has been proven by various news media as being basically a scam on those various law enforcement departments. My attempts to stop this scam has resulted in from indifference threats of jail if I pursued this matter.

Since 1988, a extremely, unreliable "voice lie detector" and training have been sold nationwide to various law enforcement departments for their investigations and employment screening. In Pennsylvania, about 61 police departments and 6 district attorney offices bought the gadget. Lehigh County district attorney's office has one, along with several police departments in the area. The Lehigh County DA's office has threatened me with arrest if I pursue this matter involving them because it would involve hundreds or thousands of cases ruined by them and the police departments using cvsa in their district. There are current Pennsylvania politicians in office and who had been in office, including a former DA, that were told about this scam, but they refused to do anything. Governor Wolf's office was contacted many times, but never returned calls or emails. Attorney General Shapiro's office was contacted many times, but also refused to return emails or phone calls on this matter.

The lie detector gadget is called Cvsa: Computer voice stress analyzer. Nitv sells Cvsa in Florida. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. Those various departments include police, sheriff, district attorney's, prisons, college police, probation, U.S. military, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. About 2,000 law enforcement departments have bought Cvsa and training nationwide. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen and instructors to convince law enforcement to buy Cvsa. Nitv has always claimed Cvsa is "98% accurate", but admit they have NO independent studies as proof after being sold for 25 years.

There are about 25 various "voice lie detector" gadgets sold. Only my company, Dektor®, invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

Dektor has been exposing the Nitv scam for 25 years. Dektor must maintain our image as an honest and ethical business. Nitv sues ex-employees and others in federal court either to waste the defendants money and/or to put them out of business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all. How can Nitv claim the Chapman study proves cvsa is accurate when it never mentions Cvsa or Nitv at all?

1

Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. The Florida Supreme Court ruled Nitv had to pay.  Dektor does not know one case Nitv has ever won.

Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a one room store in 1987 called Indiana Christian University. It only sells fake education titles. Humble admitted to ABC News there were no studies that Cvsa had any reliable accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

Accurate lie detection is extremely important to solve crimes and it saves expensive investigation manhours.  Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's huge website is www.dektorpse.com

Please contact us if you have any questions.  You can call us at 215.631.1448(est) or email us at admin@dektorpse.com

Sincerely,
Arthur Herring III, President
Dektor Corporation

---

Virus-free. www.avast.com

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Wednesday, February 6, 2019 10:51 AM |
| **To:** | domshow@aol.com |
| **Subject:** | Voice lie detector scam on law enforcement |

Dear Sir,

I would like to be a guest speaker on your show. I would be speaking about a very serious matter that involves about 2,000 various law enforcement departments nationwide and in Pennsylvania buying a fake lie detector for their criminal cases to decide if a person is lying. The business selling the device has been proven by various news media as being basically a scam on those various law enforcement departments. My attempts to stop this scam has resulted in from indifference threats of jail if I pursued this matter.

Since 1988, a extremely, unreliable "voice lie detector" and training have been sold nationwide to various law enforcement departments for their investigations and employment screening. In Pennsylvania, about 61 police departments and 6 district attorney offices bought the gadget. Lehigh County district attorney's office has one, along with several police departments in the area. The Lehigh County DA's office has threatened me with arrest if I pursue this matter involving them because it would involve hundreds or thousands of cases ruined by them and the police departments using cvsa in their district. There are current Pennsylvania politicians in office and who had been in office, including a former DA, that were told about this scam, but they refused to do anything. Governor Wolf's office was contacted many times, but never returned calls or emails. Attorney General Shapiro's office was contacted many times, but also refused to return emails or phone calls on this matter.

The lie detector gadget is called Cvsa: Computer voice stress analyzer. Nitv sells Cvsa in Florida. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. Those various departments include police, sheriff, district attorney's, prisons, college police, probation, U.S. military, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. About 2,000 law enforcement departments have bought Cvsa and training nationwide. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen and instructors to convince law enforcement to buy Cvsa. Nitv has always claimed Cvsa is "98% accurate", but admit they have NO independent studies as proof after being sold for 25 years.

There are about 25 various "voice lie detector" gadgets sold. Only my company, Dektor®, invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

Dektor has been exposing the Nitv scam for 25 years. Dektor must maintain our image as an honest and ethical business. Nitv sues ex-employees and others in federal court either to waste the defendants money and/or to put them out of business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all. How can Nitv claim the Chapman study proves cvsa is accurate when it never mentions Cvsa or Nitv at all?

1

Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. The Florida Supreme Court ruled Nitv had to pay.  Dektor does not know one case Nitv has ever won.

Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a one room store in 1987 called Indiana Christian University. It only sells fake education titles. Humble admitted to ABC News there were no studies that Cvsa had any reliable accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

Accurate lie detection is extremely important to solve crimes and it saves expensive investigation manhours.  Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's huge website is www.dektorpse.com

Please contact us if you have any questions.  You can call us at 215.631.1448(est) or email us at admin@dektorpse.com

Sincerely,
Arthur Herring III, President
Dektor Corporation

---

Virus-free. www.avast.com

**Daniel DeSouza**

---

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Saturday, February 9, 2019 8:43 AM |
| **To:** | steve.pelham@governor.alabama.gov |
| **Subject:** | lie detector scam on law enforcement |

Dear Mr. Pelham,

    Since 1988, a very unreliable "voice lie detector" and training have been sold nationwide to law enforcement for their investigations and employment screening. The device is called Cvsa: Computer voice stress analyzer. Alabama has about 33 police and sheriff departments with Cvsa. Nitv sells Cvsa in Florida. Cvsa has been sold since 1988. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. The buyers include police, sheriff, district attorney's, prisons, college police, probation, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. About 2,000 law enforcement departments have bought Cvsa and training. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

     Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen and instructors to convince law enforcement to buy Cvsa. Nitv has always claimed Cvsa is "98% accurate", but admit they have NO independent studies as proof after being sold for 25 years.

     There are about 25 various "voice lie detector" gadgets sold. Only Dektor® invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

     Dektor must maintain our image as an honest and ethical business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False! Dektor has been exposing the Nitv scam for 25 years. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all.

     Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. Nitv has filed lawsuits against ex-employees and others in federal court only to waste people's money and/or to destroy their business. Dektor does not know one case Nitv ever won.

     Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

    Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a store in 1987 selling fake education titles. Humble admitted to ABC News there were no studies that Cvsa had any reliable

accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

   This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

   Accurate lie detection is extremely important to solve crimes and it saves expensive investigation manhours.  Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's huge website is www.dektorpse.com. Dektor sells the world's ONLY real system of Voice Stress Analysis™: PSE®. Dektor uses the ONLY proven training, created in 1969, for accurate lie detection.

   Please contact us if you have any questions. You can call 215.631.1448(est) or email us at admin@dektorpse.com

   Sincerely,

   Arthur Herring III, President

   Dektor Corporation

**Daniel DeSouza**

---

**From:**       Arthur Herring III <admin@dektorpse.com>
**Sent:**        Saturday, February 9, 2019 8:43 AM
**To:**          steve.pelham@governor.alabama.gov
**Subject:**     lie detector scam on law enforcement

Dear Mr. Pelham,

        Since 1988, a very unreliable "voice lie detector" and training have been sold nationwide to law enforcement for their investigations and employment screening. The device is called Cvsa: Computer voice stress analyzer. Alabama has about 33 police and sheriff departments with Cvsa. Nitv sells Cvsa in Florida. Cvsa has been sold since 1988. The website www.nitvcvsaexposed.com has many documents and video proving Nitv/Cvsa has been basically a scam on law enforcement. The buyers include police, sheriff, district attorney's, prisons, college police, probation, etc. Independent studies show Cvsa accuracy about 50%, a coin toss. Millions of criminal cases have been ruined and Cvsa buyers sued. About 2,000 law enforcement departments have bought Cvsa and training. Tens of millions of tax dollars were wasted buying Cvsa ($10,000 each), unreliable made up training ($1,400 per person) and "recertification fees" of $300 per Cvsa examiner, every two years, for life.

        Nitv's owners are Charles Humble, James Kane and their wives. Nitv only hires former, high level law enforcement as salesmen and instructors to convince law enforcement to buy Cvsa. Nitv has always claimed Cvsa is "98% accurate", but admit they have NO independent studies as proof after being sold for 25 years.

        There are about 25 various "voice lie detector" gadgets sold. Only Dektor® invented and uses the proven technology called Voice Stress Analysis™ for lie detection. Our instrument is called Psychological Stress Evaluator(PSE®). PSE® was invented in 1969. The PSE® and Dektor's training have been shown to be reliable, effective, and valid for lie detection and employment screening. PSE is not affected by drugs, alcohol or any counter-measures that affect polygraph results. PSE is superior over any imitation "voice lie detector" gadget sold.

        Dektor must maintain our image as an honest and ethical business. Recently, Nitv filed a lawsuit against Dektor. Nitv is using lies posing as a lawsuit. Nitv claims Dektor has not been truthful about Nitv, Cvsa and Humble. False! Dektor has been exposing the Nitv scam for 25 years. Nitv uses fake "studies/ surveys" they claim were done by DoD(Department of Defense), SOCOM(Special Operations Command) and from the private sector to convince buyers Cvsa is a real lie detector. One of them was "published" in 2012. It is referred to as the "Chapman study" and is 14 pages. Nitv claims it was "created" by James Chapman and researcher Marigo Stathis. Nitv implies this study proves Cvsa is the perfect lie detector. Nitv says it was "published" in a "scientific journal" called Criminalistics and Court Expertise in 2012. FACTS: Chapman died in 2011. He worked for Nitv for about 20 years. If he had done ANY study about Cvsa and Nitv training, it would NOT be independent and unbiased. FACT: The "journal" does NOT exist. Nobody can find the "journal", including the Library of Congress. The "Chapman study" has various graphs and vague talk about VSA (Voice Stress Analysis). But, it never mentions Nitv or Cvsa at all.

        Nitv lost a major lawsuit about 9 years ago, but refuses to pay the current judgement of about $800,000. Nitv has filed lawsuits against ex-employees and others in federal court only to waste people's money and/or to destroy their business. Dektor does not know one case Nitv ever won.

        Nitv has admitted their first Cvsa (Computer voice stress analyzer) gadget sold from 1988 to 1998 was only analog. Computers are digital. It had NO computer. Humble told people he invented Cvsa. Humble told people in ads Cvsa was a NEW type of lie detector. Humble told people Cvsa was a computer and sold Cvsa as a computer. All lies by Humble/Nitv. Humble has admitted he hired someone to buy an analog PSE-101 (sold from 1969 to 2000) and try to duplicate the PSE-101. Humble sold that imitation as HIS new "invention". The Cvsa imitation did NOT have many functions and abilities of Dektor's PSE-101. Nitv's unreliable Cvsa software program (sold since 1998) appears to have been based on Nitv's poor imitation of the PSE-101.

        Many news stories have been done worldwide exposing the lies of Nitv, Cvsa and Humble. In 2006, ABC News did a major investigation on the Nitv/Cvsa/Humble scam. Go to www.nitvcvsaexposed.com to see the full video and many, many documents proving the Nitv scam. ABC News proved Humble's "Dr" title is fake. Humble bought it at a store in 1987 selling fake education titles. Humble admitted to ABC News there were no studies that Cvsa had any reliable

accuracy. ABC News showed the U.S. military paid almost $1 million for many Cvsas and training. ABC News said the military stopped using Cvsa and banned Cvsa because of very poor accuracy. Nitv demands Cvsa buyers sign a contract that says Cvsa buyers can NEVER sue Nitv for any reason and buyers can NEVER sell or give away their Cvsa. Cvsa buyers think they own their Cvsa, but they never do. It has been recently proven Nitv/Humble/Kane submitted a false affidavit (perjury) in their federal lawsuit against Dektor. Nitv's lawsuit claims Dektor cost Nitv $7 million in lost sales, BUT Nitv lawyer deSouza says in the same lawsuit Nitv never lost any sales. The list of Nitv/Humble/Kane lies goes on and on.

This matter is NOT about competition. Competition is about equal quality products. For 25 years, Nitv's money making gimmicks include the unreliable Cvsa, made up and unreliable Cvsa training, Nitv's made up and unreliable AIS body language course and "recertification fees" for life. There will always be conmen trying to make money with fake products.

Accurate lie detection is extremely important to solve crimes and it saves expensive investigation manhours.  Dektor®, PSE® and our training have 50 years of proven excellence. Dektor's huge website is www.dektorpse.com. Dektor sells the world's ONLY real system of Voice Stress Analysis™: PSE®. Dektor uses the ONLY proven training, created in 1969, for accurate lie detection.

Please contact us if you have any questions. You can call 215.631.1448(est) or email us at admin@dektorpse.com

Sincerely,

Arthur Herring III, President

Dektor Corporation