IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC  :     9:18-cv-80994-DLB
    Plaintiff

                                  :

vs

                                  :

ARTHUR HERRING III, AND
DEKTOR CORPORATION  :
    Defendants  :

FILED BY PDC  D.C.
JUN 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO DISCLOSE NACVSA LOCATION

    I, Arthur Herring III, Defendant, is filing this Motion to Disclose for Nitv to provide the physical location of their Cvsa member association office called Nacvsa, including the physical location of where Nacvsa's phone number rings. Nacvsa is a FOR profit business, NOT a non-profit one.

    Dektor is being sued by Nitv/owners for, among other things, lying about Nitv, owners Humble and Kane and their "voice lie detector" gadget called Cvsa for 30 years.

    Nitv claims Nacvsa office, in their literature and in their website, is located in Delaware. Delaware does not charge state income tax on businesses. Nacvsa charges its thousand or so of members $400, every two years, for life. Nacvsa has a 800 type number.

    The actual location Nacvsa gives is only a store renting PO boxes in Delaware. The reliable information obtained by a private investigator is the Nacvsa 800 type phone number actually rings in the Nitv office located in Florida. Nacvsa is not registered in Florida as a business. Therefor, Nitv/owners seem to be avoiding paying Florida state income tax on the Nacvsa income for many years, also known as income tax evasion, a major felony.

    This information is needed by me and it is only one, of many facts needed, vital to prove this lawsuit was filed only for the purpose of wasting Dektor/Herring's money and to, as Nitv lawyer Desousa told my former lawyer many months ago, to "litigate me out of business" because I have exercised my constitutional rights of freedom of speech, freedom of expression and freedom of the press because I have been exposing the Nitv scam for 30 years. I also have a news website, along with my other websites that were ordered, by Nitv lawyers and allowed by this court, to be shut down. The location information will add to the proof that I have been truthful for many years that Nitv/owners have only been a scam for the many lies, I and the news media, have documented for 30 years about Nitv/cvsa/owners. The location information will prove just one, of many facts, I have posted about nitv/cvsa/humble, that proves nitv/cvsa/owners have been a scam on law enforcement and the public for 30 years. I had every right to disclose such information to protect the image of my company from being severely tarnished, my reputation and the reputation of the world's only proven system of Voice Stress Analysis, PSE®, from counterfeit "voice lie detectors" that have taken millions of dollars from my business since Nitv started 30 years ago.

Arthur Herring III, Plaintiff
400 E. Station Ave. #225

Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

## CERTIFICATE OF SERVICE

I certify that on June 12, I filed this document with the Clerk of Court by U.S. mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy to their addresses listed on their documents.

Arthur Herring III

Exhibit A — Nacvsa claim it is in Delaware

📞 1-888-266-7263   ✉ nitvfs@cvsa1.com

 

Exhibit A

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   A

# 18-Year Field Study Validates Truth Verification Technolo

Lewes, DE —(SBWIRE) A newly published research study in the 2012 annual edition of the scientific journal Crim rate of the Computer Voice Stress Analyzer (CVSA®) is greater than 95%, an assertion long made by the system's bolstered by current US Government funded voice analysis research which has established voice technologies pe

The CVSA has been available to law enforcement agencies in the US since 1988, first as an analog device, and sin Voice Stress Analyzer in the world with two US Patents and the only system worldwide incorporating the FACT® s processes to reliably and precisely evaluate the results of CVSA examinations. The CVSA is now used by close to 2 verification system in the US.

The 18-year field study was conducted by the recently deceased Professor James L. Chapman. The study, titled "L In a North American Criminal Justice Setting" is the crowning achievement of Professor Chapman's legacy. Profes authority on the application of Voice Stress Analysis technologies, and at the time of his passing he also served a: National Association of Computer Voice Stress Analysts (NACVSA), the world's largest professional association of spanned over 40 years as a criminologist, educator and researcher, during which he conducted more than 15,00( author, Marigo Stathis, a neuroscientist and research analyst, has been the primary or co-author of 27 published topics related to the human brain and biology.

Professor Chapman used the CVSA to conduct the research and the results achieved were highly consistent throi The study's findings revealed the CVSA, when used as an investigative support tool, can accurately predict wheth deceptive. The study's findings are supported by scientifically-accepted statistical models, and by the 96.4% valid. during the course of the 18-year study. According to current scientific research and meta-analyses, police confes: even the most experienced police interviewers only achieving a 50-55% confession rate. Empirical data collected and US military CVSA users have long supported such findings; however, this is the first independent and peer re Additional studies and research are planned for the future.

For further information please contact Carol Graham, Administrator for the NACVSA at admin@nacvsa.org.

33401-511352

U.S. District Court
Southern District of Florida
701 Clematis St,
Room 202 Clerks Office
W. Palm Beach, FL 33401

[return address, partially visible]
Station Ave #225
burg Pa 18036