IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC  :        9:18-cv-80994-DLB
    Plaintiff
                             :
vs
                             :
ARTHUR HERRING III, AND
DEKTOR CORPORATION  :
    Defendants  :

FILED BY _PAC_ D.C.
JUN 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO DISMISS NITV LAWSUITS

I, Arthur Herring III, Defendant filing Pro Se am filing this Motion to Dismiss the Nitv lawsuits.

The attached email document, by Nitv lawyers Desousa and D'loughy, dated June 1 2019, PROVES beyond any legal doubt the ONLY purpose of the current Nitv lawsuit against Dektor/Herring was to gain FREE ownership of the PSE® software program for lie detection that is owned by me so I would be put out of business.

Nitv has clearly acted and conducted their business through the years as a international criminal enterprise. Nitv has sold their proven grossly unreliable Cvsa "voice lie detectors" and made up training to many countries around the world. Nitv has never cared who they sold their Cvsa gadgets to. The fact is, about 2005, Nitv was found guilty by the U.S. government of selling their gadgets, for many years, to countries not considered friendly to the U.S. and was heavily fined for that. Nitv's criminal conduct of fraud and false advertising, for 30 years worldwide, using made up studies, lies about themselves, business and their cvsa "voice lie detector" have been established by various media stories, lawsuits, Nitv's own admissions and contradictions and other facts. Nitv's lawyers, Desousa and D'loughy, are very involved in the scam. BEFORE Nitv lawyers filed the lawsuit, they went to and examined the Dektor website. They even took sections from it for their complaint. The lawyers saw various facts in my 51 page section called "Cvsa" about Nitv, Cvsa and owner Humble. Then, they knew Nitv was only a scam and any lawsuit would have NO justification. For ONLY the purpose of enriching themselves with billing hours, Nitv lawyers went ahead and filed the lawsuits. When those Nitv lawyers demanded my other website www.nitvcvsaexposed.com be taken down, they saw and KNEW again what documents were in it: Facts proving Nitv was only a scam and con on law enforcement and the public for 30 years. Desousa and D'loughy NEVER reached out to me to get my side of the alledged matter. Both lawyers KNEW before the Nitv lawsuit was filed the lawsuit would not have no credibility and they would be filing a frivolous lawsuit and abusing civil procedures. Instead, Nitv lawyers deliberately violated the lawyer's sworn code of ethics and conduct ONLY to enrich themselves with billing hours.

The extortion email, Exhibit A, that was sent to Mr. Vanderhoff, by Desousa and D'loughy, CLEARLY proves they committed extortion by using threats of a expensive, major lawsuit (force) against my IT person, Matt Vanderhoff. Mr. Vanderhoff is a single parent with sole custody of two small children. He does not have the money to fight a unjustified and worthless lawsuit. Nitv knew that if Nitv could get the complete ownership of Dektor's PSE® program for lie detection for FREE from Vanderhoff, Nitv could sell and use the program worldwide as they had been doing with their own poorly written and problem plagued Cvsa systems for 30 years. Nitv/lawyers knew if they had the PSE® program source codes, besides using this lawsuit to deplete my bank accounts with lawyer fees and put me out of business, Nitv/lawyers would also deprive me of ever being able to sell and train with PSE®, my only business for 19 years. Nitv has used the courts as weapons for decades to sue many businesses and people, including ex-employees, only to waste other's money on lawyer fees so Nitv will be the only business selling "voice lie detectors" worldwide. With PSE, Nitv would have a completely proven and reliable system of Voice Stress Analysis™ that only the original owners of Dektor

Counterintelligence/Security created in 1969. When Vanderhoff REFUSED to give them the PSE codes, Nitv/lawyers decided to use another threat.

This week, Nitv/lawyers used the same, extreme, illegal strong arm tactics of threatening my longtime business IT person and personal friend Matt Vanderhoff with a expensive lawsuit if Vanderhoff: Ever gives back my PSE source codes to me, ever has ANY business contact with me, does any IT work for me, has any personal contact with me, ever talks to me, ever does any website work for me and ever emails me for LIFE. What is Nitv/lawyer's point? Vanderhoff has NO part of my company. He simple does work as his business. Nitv also REFUSES to compensate Vanderhoff for any loss of his income because he will not have income from my business.

I ask this court accept this lawsuit NEVER had any justification to be filed and accept that the lawsuit was filed only as a weapon to financially ruin me, destroy my business and deprive me of ever having a business selling and training lie detection with the PSE system because I never would have the PSE to sell. Fortunately, I always kept a backup of the PSE program in case something happened to Mr. Vanderhoff. His IT expertise and friendship have been invaluable to me. Now I am without that expertise and friendship.

I am asking this court to throw out the lawsuits against myself and Dektor, sanction (suspension or disbarment) both Desousa and D'Loughy for their gross criminal conduct, heavy fines for both and demand Nitv and/or lawyers to reimburse me the $30,000 I have lost in attorney fees because of this wasteful and unjustified lawsuit. This lawsuit is about one year old. I will NOT be getting any reimbursement for all the time wasted in this matter and the emotional distress suffered as a 65 year old man facing bankruptcy. I had filed bankruptcy because of this matter two months ago, but Nitv lawyers made sure it was not allowed.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

EXHIBIT

Exhibit A- Extortion demand by Nitv/lawyers to Mr. Vanderhoff

CERTIFICATE OF SERVICE

I certify that on June 12, 2019, I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herr [III]
400 E. Station Ave #225
Coopersburg, Pa 18036

LEHIGH VALLEY PA 180
13 JUN 2019 PM 3 L

U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
W. Palm Beach, FL 33401

33401-511352