IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED BY ___ D.C.
JUN 21 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

NITV FEDERAL SERVICES, LLC   :     9:18-cv-80994-DLB
    Plaintiff
                           :

vs
                            :

ARTHUR HERRING III, AND
DEKTOR CORPORATION   :
    Defendants   :

---

## MOTION TO DEMAND REMOVAL OF JUDGE BRANNON AS INCOMPETANT

    I, Arthur Herring III, Defendant filing Pro Se, am filing this Motion to Demand the Removal of Judge Brannon from this case because his actions have shown gross incompetence in this case. In fact, he has seem to have shown a complete dedication to help an international criminal enterprise to continue and has clearly violated the constitutional rights of Arthur Herring III. Such actions by a federal judge demand the immediate removal of that judge and the case dismissed to be retried again.

    His orders from his May 17 order clearly show he has not taken this case seriously. This case is not just a everyday lawsuit. It involves a business that has been documented for 30 years by news media, documents on defendant's website and various court cases that prove the plaintiff nitv has been selling a fake "voice lie detector" called cvsa to law enforcement nationwide since 1988. The plaintiff claims 2,500 various law enforcement types: police sheriff, prisons, college police, probation and even the U.S. Military have bought the cvsa gadgets and training by nitv. The accuracy of the cvsa gadget has NEVER been shown better than about 50%, a coin toss. Nitv has NEVER released the names of those buyers, so that number cannot be considered a fact. Among the cvsa buyers is Plant City Police in Florida. Florida Attorney General Moody grew up in Plant City.

    Mr. Brannon, by his ruling and the many demands and conditions he placed on me, he seems to think he suspend a person's constitutional rights of freedom of speech, freedom of expression and freedom of the press. I have a news website for 15 years and plaintiff's lawsuit has been on that site. He also believes he has the power to censor what the world public can see, including by ordering my websites be taken down because nitv does not like them because they expose and prove the nitv/humble/kane cvsa fraud of 30 years. He has succeeded, with his direct involvement, to help nitv/owners to financially prosper, to continue to prosper and for nitv to also obtain a monopoly in the voice lie detection market worldwide. He did so while ignoring the facts that he had observed yourself and evaluated on my websites, with documents from many undisputable sources (news media, nitv's own websites through the years, etc). Those documents prove beyond any legal doubt nitv/owners have been conducting a international criminal enterprise for 30 years by selling a fake "voice lie detector" that has NEVER had any independent studies proving its accuracy better than a coin toss, about 50%. In fact, nitv owner humble, in 2006, on national TV on ABC news ADMITTED he had no such studies proving any accuracy for cvsa. It was also proven by ABC News that his title of "Dr" (PhD) was a fake. Humble bought it at a local store selling fake educational titles. The store called itself Indiana Christian University. That same ABC News investigation also proved the entire U.S. military BANNED the cvsa, in about 2005, after only several years because the cvsa accuracy was no better about 50%. Mr. Brannon's action of demanding my complete silence on this nitv matter of corruption keeps the public ignorant of nitv's criminal actions of fraud and false advertising by me proves he did not want the world to see these proven facts and admissions. Why? It must be stated that those facts on my website are published in many different areas on the internet, including the ABC News investigation video from 2006 on Nitv, humble and cvsa proving nitv is only a scam. The massive website I created called nitvcvsaexposed.com that has many

documents proving nitv/cvsa is a fraud, was ordered removed by Mr. Brannon. However, a person in another country archived my website and it is back up on the internet. So why is Mr. Brannon forbidding me to even speak about it when that information is still up on the internet and can NEVER be removed. The public knowing about the information on nitv/owners has a direct bearing on my business, personally and financially.

  Because nitv never had a study that proved cvsa was better than a coin toss, about 2005, humble/kane/nitv started to make up studies/surveys, two from the military and one called Chapman Study in 2012. Nitv claimed those studies/surveys "proved" cvsa was 98% accurate. But, the Chapman Study NEVER mentions nitv or cvsa at all. So how can nitv claim the study proves cvsa is accurate if no mention of cvsa or nitv is made in the study? It has also been proven the "journal", Criminalistics and Court Expertise, that the Chapman Study was in was a FAKE, only made up by nitv to make the study look real so law enforcement would buy it. Nitv has a cvsa examiner member association called Nacvsa. It is "located" in tax free Delaware. The "office" is only a P.O. box and the association's 800 phone number rings in their Florida office. Nitv has avoided paying state taxes on all the income the association makes every year, about $50 dues per person each year, $400 per person "recertification fee, per cvsa examiner, every two years, for LIFE, for about 15 years. How many thousands of examiners did nitv train? Humble/kane's action is called income evasion, a felony. In addition, nitv, for 30 years, has used the Great Seal of the U.S. as Nitv's personal symbol, a federal crime. For 30 years, nitv has used the U.S. mail millions of times to assist in their fraud. That is mail fraud. Two federal cases, Telstar and Omnitronics, from about 1980, involve two businesses that sold their own voice lie detectors. They were charged with mail fraud. The judges demanded proof that they their gadgets were real lie detectors. The owners said the devices worked because they said they worked. Both judges said that was not proof at all and found them both guilty of mail fraud.

  Mr. Brannon has ordered many, many other important facts of mine removed from the world public view and from this case that prove nitv's lawsuit against Dektor and myself NEVER had merit (just like the other lawsuits filed by nitv against other people and entities for 30 years), except to waste my money and eliminate a business for purpose of creating a monopoly for humble/kane. Among other documents Mr. Brannon forced me to remove from my two websites and my news website include humble prosecuted and found guilty by the U.S. for selling his cvsa to countries that are not considered friendly to the US in 2005, nitv's refusal to pay a court ordered judgement against nitv/humble/kane of about $800,000 from 9 years ago and nitv NEVER giving any proof of their many claims about themselves, their made up training and their cvsa gadget. The first cvsa gadget humble claimed he invented, but later changed his story to say he simply bought a old Dektor PSE and hired a person to attempt to have it copied to sell as humble's own "new" lie detector. Nitv sold that poorly made imitation of a PSE for 10 years. That lie of humble's "new" lie detector and humble's store bought title of "Dr" (PhD) in 1987 helped to promote and sell the cvsa and training to law enforcement worldwide. Nitv brags it has patents on its cvsa gadget. Patents do NOT prove something works, it only legally protects an idea. Nitv's gadget has always been called cvsa(computer voice stress analyzer), but the first cvsa sold, for 10 years, NEVER had a computer, it was only analog. That is called fraud and false advertising. Mr. Brannon is also protecting the public and law enforcement buyers FROM knowing humble was convicted of copyright fraud in 1988, the same year he started selling his cvsa's. Those facts, as documented on my website www.nitvcvsaexposed.com Mr. Brannon saw and evaluated before he ordered that website removed. That indicates Mr. Brannon seems to only trying to help protect nitv from any harm, including loss of income from lost sales and from criminal prosecution in all 50 states. Nitv claims to have sold cvsa in every state and to about 20 countries. I estimate Nitv has made about $25 million from their scam so far. I seriously doubt a business and owners that sells fake lie detectors would pay all of its taxes, personal and business. I seriously do not believe nitv/humble/humble's wife lourdes/kane/kane's wife olga(CFO of Nitv) paid the income tax they should have. Information provided by a former employee is that nitv uses a business whose expertise is hiding assets. Humble has a 8 bedroom mansion in Panama. Panama is very close to the Cayman Islands and Belize. All three countries have the same strict banking laws that Switzerland had about releasing information to anyone. Mr. Brannon also demanded the removal of any reference to nitv, humble, etc, on my Dektor business website. In his order, he demanded I never utter a word of anything remotely connected to nitv, its business and everything connected to them, to ANYBODY, ever. His order came with the threat of financial sanctions and other sanctions if I violated it. But, Nitv is allowed to say all the lies it wants about me and Dektor it wants to and has done so in their literature and in their websites for the 19 years I have owned Dektor. But, the court is allowing Nitv to continue their disgusting campaign of

lies and harrassment against Dektor and myself as they have been for 19 years. Nitv is allowed to continue to sponsor people (dirt bell, Groveport police) on nitv's website who have out and out lied about Dektor and myself (Groveport police for 10 years and dirt bell for 15 years) about me and Dektor on nitv's website for 19 years? THAT is OK by Mr. Brannon? Really?

It will not be the first time law enforcement, judges, politicians have been prosecuted and found guilty of serious corruption and incompetence while on the job.

Due to the severe lack of money and wasting what I had on two extremely incompetent lawyers in Florida, I had to proceed on my own doing what I could trying to understand legalese, formats and rules. Mr. Brannon NEVER allowed me, an out of state person whose case should have been sent to Pennsylvania (if not dismissed as the case was only a way to waste the defendant's money), to be given enough time to get a lawyer that I could evaluate correctly for representation. I had to simply get any lawyer because of my severe lack of time given to me by Mr. Brannon. Money was also a very important factor to consider before hiring a lawyer. The last one said he was a trial lawyer and lied to me. He turned out to be only a title search lawyer. Dektor is a corporation and a person (even if they own it themselves) cannot represent it in legal matters. Dektor had to allow many actions taken against it by the court and could not respond to because no lawyer was representing Dektor during most of this case.

Nitv lawyers recently committed extortion on my longtime IT person. Nitv lawyers demanded my IT person give nitv the PSE source codes for FREE that my IT person uses to make a PSE program for me to sell to OR nitv lawyers said they would sue my IT person. Nitv lawyers knew he would not have the money, about $150,000, to defend himself in court. That PROVES the only reason why nitv filed this lawsuit to start with was to get the proven PSE system to sell. Once Nitv had the PSE program codes, they would stop selling their longtime, problem plagued cvsa program. My IT person is a single parent with two small children. A lawsuit in federal court, with nitv lawyers using their time proven tactics of wasting expensive lawyer billing hours on the defendant, surely nitv lawyers felt they would take possession of the PSE codes at some point. When my IT person refused to give the PSE to them, they made him sign a document, under threat of another lawsuit, that he would never talk to me again, have no business contact with me (including websites, emails, etc) and NEVER give back my PSE source codes to me to sell just to bankrupt me because I would have no PSE's to sell. Plus, nitv making me waste my money on expensive lawyer fees. My IT person had to sign it so he would have the money to support his family.

THIS is nitv, the conmen that you strongly seem to be protecting Mr. Brannon. In Florida, about 175 police and sheriff departments bought the fake cvsa since 1988. Many have stopped using it or only use it as a prop to try to scare people into a confession by telling them they flunked the lie detector tests. Do YOU care if criminal cases are ruined and innocent people are falsely accused and have their lives ruined because law enforcement, including district attorney offices, are using a fake voice lie detector sold by conmen?

I am stating for the record, I will NOT obey any of Mr. Brannon's rulings of what I can and cannot do or speak. I do not and will not give up any of my constitutional rights. Any sanctions against me WILL be told to the news media, local and national, by me and the news media will further expose the nitv scam. Many people will come forward and sue nitv, humble, kane, law enforcement and their cities in every state because those people were falsely accused OR called liars because they "flunked" the fake cvsa tests.

Those lawsuits would soon end the scam and fraud by nitv/humble/kane and their wives who would soon be going to prison very quickly.


Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

## EXHIBITS

Exhibit A- Judge Brannons demands of restrictions on Herring and Dektor

## CERTIFICATE OF SERVICE

I certify that on June 18, I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Case 9:18-cv-80994-DLB Document 95 Entered on FLSD Docket 05/17/2019 Page 16 of 18
Case 9:18-cv-80994-DLB Document 117 Entered on FLSD Docket 06/24/2019 Page 5 of 7
Exhibit A

detailed documentation (in the form of affidavits and/or declarations, plus supporting exhibits) in support of its claimed money damages against Dektor, together with a proposed final judgment in this case that is consistent with this Order and includes an award of damages.

2. The five-day jury trial set for October 28, 2019, shall be **CANCELED**. All existing pretrial deadlines shall be **TERMINATED**.

3. NITV's Verified Motion for Entry of Permanent Injunction [DE 89] is **GRANTED** as follows. Dektor, its shareholders, directors, officers, agents, servants, employees, successors, assigns, affiliates, joint venturers, and any and all other persons in active concert, in privity with them are **PERMANENTLY ENJOINED** from:

(a) Sending or transmitting any e-mails, text messages, letters, or other written correspondence to any entity (including any law enforcement agency or government agency) or person which contains any false or disparaging remarks or statements about NITV, its CVSA product, or NITV's founder/President, Charles Humble. For the avoidance of doubt, this restriction specifically includes, but is not limited to: (1) any statement concerning the purported accuracy/reliability of CVSA; (2) any statement suggesting that NITV and/or its products are a scam or ineffective; (3) any statement concerning the PSE's supposed proven superiority over the CVSA; (4) any statement comparing or equating NITV, its product, or its employees to the German Nazi party or Joseph Goebbels specifically; (5) any statement that NITV's products (including the CVSA) are no more accurate than a coin toss; (6) any statement misrepresenting the pricing of Plaintiff's products; (7) any statement that Mr. Humble received an unearned, fake, or 'store bought' diploma; (8) any statement suggesting that the CVSA is just an expensive prop; (9) any statement that law enforcement agencies continue to use NITV's products in some conspiratorial effort to avoid overturned verdicts or lawsuits from defendants falsely convicted; (10) any

16

statement that any law enforcement officer has been wrongly fired because he flunked/failed a CVSA test yet was being truthful; (11) any statement that the processes/procedures used by Plaintiff (such as numeric scoring, DSR [Delayed Stress Response], cold calling, kinesics, F.A.C.T. and DBR [Defense Barrier Removal]) have no real substance or credibility; (12) any statement that any of the enjoined parties has "heard from" current or former CVSA examiners that there are serious flaws with the CVSA; (13) any statement that some purported 2007 study found serious design flaws with the CVSA that will produce flawed patterns/incorrect results; (14) any statement suggesting that CVSA tests were affected/ruined by persons holding the microphone during the test; (15) any statement that NITV's recertification courses are 'bullshit' type classes and the same information taught in NITV's original training courses; (16) any statement suggesting that NITV 'stole' or misappropriated Dektor's technology; and/or (17) any suggestion that NITV was somehow banned from advertising in insurance magazines or stopped advertising as a result of a drop in sales to law enforcement.

(b) Making any oral statement (whether in-person, telephonically, or otherwise) to any entity (including any law enforcement agency or government agency) or person which contains any false or disparaging remarks or statements about NITV, its CVSA product, or NITV's founder/President, Charles Humble—including, but not limited to, the examples provided in subparagraph (a) above.

(c) Publishing or posting any website, blog, or other writing accessible via the internet which contains any false or disparaging remarks or statements about NITV, its CVSA product, or NITV's founder/President, Charles Humble – including, but not limited to, the examples provided in subparagraph (a) above. For the avoidance of doubt, this includes all information published on the www.NITVCVSAexposed.com website, all information published on the

17

http://www.dektorpse.com/information/cvsa/ sub-page, and all mentions of NITV/CVSA/Humble on http://www.dektorpse.com/information/imitations/. The enjoined parties are ordered to *immediately* remove the aforementioned information from the subject websites and to *immediately* remove from public view/unpublish the www.NITVCVSAexposed.com website in its entirety. If the enjoined parties fail to comply with this directive, they will not only be exposed to potential contempt proceedings, but NITV is also authorized to demand any webhost, web provider, registrar, or ICANN freeze and remove the aforementioned domain names from public view.

(d) Representing or suggesting, explicitly or implicitly, that Dektor and Dektor Counterintelligence and Security, Inc. have any relationship or affiliation, that Dektor has been in business since 1969, that Dektor and Dektor Counterintelligence and Security, Inc. have cooperated in any way, or that Dektor's PSE product is in any way related to the PSE product sold by Dektor Counterintelligence and Security, Inc.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 17th day of May, 2019.

*Dave Lee Brannon*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

18