IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



NITV FEDERAL SERVICES, LLC :  9:18-cv-80994-DLB
    Plaintiff

vs

ARTHUR HERRING III, AND
DEKTOR CORPORATION :
    Defendants :

---

## MOTION TO PRODUCE

I, Arthur Herring III, Defendant filing Pro Se am filing this Motion to Produce.
Nitv has claimed on their website and in their literature that since 1988, nitv has sold cvsa to 2,500 law enforcement departments in the U.S. But, they never list them to verify they actually did sell to that many. I want to have a list of all the various cvsa buyers (police, sheriff, prisons, college police, etc,) and their full contact information: name, phone, email, address. I want names and full contact information of all the people nitv trained since nitv started in 1988. I want to verify nitv's claims of sales and people trained. If those numbers of buyers by nitv is not correct, that is false advertising by nitv, the same charge they are accusing me of.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

### EXHIBITS

Exhibit A - Copy from nitv website of number of cvsa buyers in each state, but no contact information to prove such sales exist.

### CERTIFICATE OF SERVICE

I certify that on June 18 2019, I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

https://www.cvsa1.com/agencies.htm

1-888-266-7263  nitv5@cvsa1.com




Home   About ˅   Products ˅   Training ˅   Real Cases Solved   Resources ˅   Science ˅   AIS Course ˅

## Number of Agencies per State

| State | Agencies | State | Agencies | State | Agencies |
|---|---|---|---|---|---|
| Alaska | 10 | Illinois | 41 | Mississippi | 24 |
| Alabama | 33 | Indiana | 120 | Montana | 4 |
| Arkansas | 41 | Iowa | 6 | Nebraska | 1 |
| Arizona | 28 | Kansas | 23 | New Jersey | 50 |
| California | 196 | Kentucky | 8 | New Mexico | 9 |
| Colorado | 31 | Louisiana | 49 | Nevada | 33 |
| Connecticut | 4 | Maine | 1 | New York | 80 |
| Delaware | 7 | Massachussetts | 7 | North Carolina | 79 |
| Florida | 175 | Maryland | 37 | Ohio | 207 |
| Georgia | 99 | Michigan | 3 | Oregon | 9 |
| Hawaii | 3 | Minnesota | 22 | Pennsylvania | 63 |
| Idaho | 10 | Missouri | 177 | Rhode Island | 10 |