IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :         9:18-cv-80994-DLB
      Plaintiff

                :

vs

                :

ARTHUR HERRING III, AND
DEKTOR CORPORATION          :
      Defendants           :

...................................................................................................................................................

Defendants Reply to Plaintiffs Motion for Sanctions for Spoliation of Evidence and Discovery Abuse

On this date of June 18, 2019, I, Arthur Herring III, President and sole person of Dektor Corporation is filing this Reply to Plaintiff's Motion for Sanctions as Pro Se as a defendant in this case against myself and Dektor Corporation filed by Nitv FS.

BACKGROUND

Nitv/owners have been established, by various documents and news media for 30 years, as a international criminal enterprise since Nitv started in 1988. Since 1988, Nitv/owners have been promoting and selling a fraud, by their own admissions and contradictions, to law enforcement types (police, sheriff, prisons, college police, military, etc). Nitv first sold a cvsa (computer voice stress analyzer) from 1988-1998, but it NEVER had a computer. Since nitv started selling their cvsa's, to this day, they still do NOT have one independent study that says cvsa and training get any better accuracy than about 50%, a coin toss. Therefore, Nitv has been and still is selling a fake "voice lie detector at $10,000 each and and made up training at $1,400 per person for the Nitv's 5 day course. Plus, nitv charges recertification fees of $400, per person, every four years for LIFE.  Nitv's own made up training has never had any independent study's that proves any accuracy better than 50%, a coin toss. Nitv, for 30 years, has simply claimed "98%" accuracy for its gadget in their ads and in their brochures by saying Cvsa sales proves it works (whatever that means) and claiming its patents "proves" Cvsa works when in fact patents are ONLY legal protection over an idea. Patents NEVER proves something works or is accurate. Selling products that have no CREDIBILITY is a multi billion dollar business every year in the U.S. Those products are called counterfeit goods. The law demands proof that every product is real, with proof, if it is being sold. Conmen selling pills that claim weight loss, creams promising wrinkle remover, etc, that do not work and may cause serious side effects to people, are prosecuted daily to the fullest extent of the law. In the early 1980's, two federal cases, dealing with people selling fake "voice lie detectors" were established. Both businesses were independent of each other. Both were accused of mail fraud for using the U.S. mail to perpetuate their fraud selling fake "voice lie detectors". One company was called Telstar and the other was Omnitronics. In both cases, the courts asked the company owners for independent proof that their gadgets were real. In both cases, the owners said the gadgets were real because they (owners) said they were. Both courts said independent proof was needed to prove their gadgets were real. The courts found both businesses guilty of mail fraud. Nitv/Cvsa are perfect examples of conducting mail fraud by sending out their brochures and business related materials in the U.S. mail.

As owner of Dektor® Corporation, I have the RIGHT to protect myself and my business, including its reputation and image, from fake "voice lie detectors". I have the RIGHT to inform and educate Dektor's possible clients, in many ways, about fake voice lie detector gadgets that will do them harm, others harmed and get people sued if people buy them. The government calls people who reveal such information on fake(counterfeit goods) as whistle blowers. They are

considered heros. NO business tolerates other businesses selling fake imitations of their products, including using names that sound like the real businesses name or its product's name that would cause long term harm and loss of money to a business selling the real product. For 30 years, Nitv/owners have deliberately lied to law enforcement buyers and others that its Cvsa is a real "voice lie detector" and Nitv training is as good or better than Dektor's 50 year <u>proven</u> PSE and Dektor's 50 year <u>proven</u> training. To this day, nitv has NO independent studys that back their claims. What is worse, in about 2005, nitv INVENTED fake studys by the military that nitv claimed they proved cvsa was 98% accurate and in 2012, Nitv made up another study and this time invented a so-called "scientific journal" nitv claims the study was published in called Criminalistics and Court Expertise. To this day, NOBODY can find that journal, including Library of Congress.

Among nitv's claims in this invented lawsuit, Nitv/lawyers have accused Dektor/myself in their lawsuit of claiming to be the same and/or a descendant of the original Dektor business called Dektor Counter-Intelligence/Security, and its owners Bell and McQuiston. The fact is, I have NEVER done that in any way. Since I have been the ONLY person in Dektor since I started using the name as a business in 2000, how would Nitv know anything about my company, its technology or its inner workings as by their claims in their invented lawsuit of false advertising and deceptive business practices? Nitv would NOT, they only made up the accusations for a lawsuit. Nitv is claiming I am deceiving the public in different ways. The FACT is, I am using the exact same proven technology as the original analog PSE 101 from the original Dektor in 1969. The FACT is I am also using the exact same proven training and proven chart analysis techniques as created by the original Dektor inventers. The FACT is, since I started the new Dektor in 2000, I am giving the PSE buyers much MORE than the original Dektor did. The FACT is, I increased the training days from 5 days to 10 days. Nitv only has 5 day training. About 15 years ago, I had a software writer create a software program using the original PSE technology. Today, only Dektor's PSE system can run on ALL Windows operating systems AND Android smart phones AND touch tablets AND Apple's IOS Iphone AND Ipad. Nitv JUST started selling Cvsa III in Windows 10 only, NO Android and NO Ios. Who has the proven superior system and proven superior training? Only Dektor®!

Contrary to Nitv's lie in their lawsuit, I did NOT "reverse engineer" the PSE. I did not have to. The co-inventer of the PSE, the late Allan Bell, gave me the blue prints and explained how it should be done. I then took those documents to a highly qualified electrical engineer to make a new PSE model called the PSE 4202. Allan Bell told me there were many different "trap doors" in his design so nobody could duplicate the PSE and use it in illegal ways or against this country, such as communist countries. Bell was in the CIA and a retired U.S. Army Colonel of Counter-Intelligence, just like the other co-creator Col. McQuiston.  Nitv actually did admit what nitv falsely accused me of doing. Nitv actually bought a old analog PSE 101 from about 1970's to try to duplicate it to make Nitv/humble first Cvsa gadget to be sold in 1988 for about 10 years and later used that same poorly duplicated cvsa imitation to make nitv's very flawed and problematic cvsa software program sold today. To do that, Nitv contacted Nick Torfino in North Carolina, a so-called garage type mechanic/engineer. Torfino did not have the abilities to reverse engineer such a complicated piece of equipment. Nitv/humble then bragged to all the media that he, "Dr" Humble, had "INVENTED" a "New" type of lie detector and sold it as such. Years ago, I had bought a analog cvsa that a police department sold me because they did not want it anymore because of the poor accuracy. That poorly made imitation did NOT display the correct patterns from vocal responses. "Dr" (PhD)Humble has always claimed he invented the analog cvsa. Shortly after humble started to sell his cvsa, the fact came out that the "Dr"(PhD) Humble used was only bought by humble from a store in 1987 that sells fake educational title. ABC News and many other media have proven that for decades.  According to a former high level person at Nitv, Nitv's Cvsa analog copy was seriously flawed and Nitv's software program was created from that flawed PSE duplicate attempt. In 1988, the same year humble started to sell cvsa, Humble was convicted of copyright fraud. In 1986, Humble claimed he was trained in polygraph at a polygraph school in Florida. The American Polygraph Association stated that school never existed.

Nitv/humble admitted on their website many years ago, they used the PSE 101 and tried to copy it to make their cvsa.  Their Cvsa 1 analog gadget, sold from 1988-1998, looks almost identical to the PSE 101 sold from 1969 to 2000 by the original Dektor. Pictures PROVE it. Nitv claims in their lawsuit I "reversed engineered" the PSE 101 to make a PSE. FALSE. The fact is, I was given both permission and the blueprints of the ONLY real system of Voice Stress Analysis called PSE® by the creator and former co-owner of the original Dektor, Allan Bell, in 2000 shortly before his death in 2000. Both names Dektor® and PSE® were legally registered by a patent attorney in 2000, contrary to Nitv/lawyers lie in their lawsuit claiming otherwise.  Only Dektor® sells the proven system and training for Voice Stress Analysis™. Nobody

else. There are about 25 other sellers of "voice lie detectors" sold in the world. None of them, including Nitv, have any independent proof of accuracy better than a coin toss. Again, contrary to Nitv/lawyers lies in their lawsuit, the original Dektor did NOT go out of business because of lack of sales. Allan Bell CHANGED the name Dektor to Allan Bell Enterprises in 1990 after the other co-inventer, McQuiston left Dektor about 1979 to start Verimetrics. Verimetrics was the first, real digital(computer) system of Voice Stress Analysis. Humble copied the idea of a computer name for lie detection to sell his gadget that he named Cvsa: Computer Voice Stress Analyzer, even though his gadget was NOT a computer and had NO computer to it for the first 10 years. Those lies by Nitv are called FRAUD and FALSE ADVERTISING. Because Ihave been theonly person in Dektor for 18 years of its existence, how can Nitv claim they know anything about my business, including equipment and training? The answer is they do not. I used the names Dektor® and PSE® solely for marketing purposes because people knew the names to represent the real system of voice lie detection and its proven training. I shortened the name to Dektor because the original company name of Dektor Counterintelligence and Security (Dektor/CIS) because I only sell PSE and train to use it. I do not make any electronic equipment that the original Dektor business did. Clients have been getting a more superior PSE product and training today from Dektor than the previous Dektor business owners.

Nitv/owners continue to use their made up training ideas with NO independent proof of any accuracy beyond a coin toss and a body language "lie detection" course called AIS that also never had any independent accuracy studys that proves it is better than a coin toss. That is called FRAUD and FALSE ADVERTISING. ABC News did a in depth news investigation on Nitv/Humble/cvsa, in 2006. ABC News PROVED: Humble's "Dr" PhD title was a fake title bought from a store selling fake diploma titles in 1988 and calling itself Indiana Christian University, Humble ADMITTING on national TV that he had NO, repeat NO independent studies that proved his gadget and his made up training had any accuracy better than a coin toss and the U.S. military, after spending almost $1 million of taxpayer money to buy some Cvsa's and training to use in national defense, after several years BANNED the Cvsa from ALL military services after the military found the Cvsa and training had NO credible and reliable accuracy. The fact is, the person that approved the $1 million Cvsa sale to the military was CONVICTED several years later of taking bribes. Many, many other news stories also proved those points that Cvsa has NO reliable accuracy for lie detection. So how can Nitv/owners claim in their lawsuit I have disparaged their product when the news media, for 30 years, has proven cvsa and training are a fraud?

Did Nitv/Humble ever sue the media and the polygraph business that wrote stories about the poor accuracy of the Cvsa and the lies told by Nitv? NO. Why not? It seems he only sues the "little people" so that he can waste their money and destroy any business they have. Those are FACTS from the nitv/humble history. Those people and businesses sued also include former employees who quit on him, all former high level ex-law enforcement. Some formed new businesses that Humble/nitv later sued, like Vipre. Vipre also sells a imitation "voice lie detector" since about 2003. Vipre won the lawsuit by Humble/Nitv and according to a Vipre representative, the lawyer fees were about $2 million. It was also proven in court that nitv has a person, Tom Golden, that does "dirty tricks" for them, like following people to harass them, making false statements on various websites to imply the person and/or product are no good that is being sold. In another legal case involves Nitv by a seller of another unreliable voice lie detector. He sued Nitv in about 2008 for liable and won. Today, with interest, that judgement is up to about $800,000. Nitv/humble have refused to pay, even though the Florida Supreme Court ruled Nitv must pay. Nitv has many Nitv named entity's and shuffle their assets around so nobody can find them. Nitv uses a person whose business is hiding assets from others, like the IRS. Humble also has a reported 8 bedroom mansion in Panama. Panama and surrounding Cayman Islands and Belize have the same strict banking privacy laws as Switzerland for hiding money. Conmen never want to give up their money, except to buy things for themselves. Court dockets PROVES Nitv/Humble/Kane are serial litigators and use the courts only as weapons to ruin people in various ways by wasting their money in lawyer fees so they go out of business or simply become broke. Their case against Dektor/Herring is a perfect example of weaponizing the courts to ruin someone.

News articles, news video by ABC News in 2006 and other independent documents PROVING the Nitv/owners have been committing fraud for 30 years on law enforcement and the public were on a massive website www.nitvcvsaexposed.com . It was not a surprise that Nitv/owners/lawyers lied to this court and this federal judge about its contents and demanded the site be removed. This court did so WITHOUT reviewing its contents or contacting Herring/Dektor. That was a clear violation of my constitutional rights of free speech, freedom of expression and freedom of the press. I have a news website that is owned by me, that has been live for 15 years and known by Nitv lawyers from

a deposition in about September 2018, also had a link to www.nitvcvsaexposed.com. That link was also ordered down by this court by Nitv/owners/lawyers. Again, another violation of my constitutional right of my freedom of the press. Websites CANNOT be ordered to be shut down or censored just because someone does not like them or if the sites contents prove they are liars and conmen.

It must be noted that ALL documents and video on www.nitvcvsaexposed.com had existed before and had been posted in some way on the internet on various websites, including from Nitv's website. Searching Google locates many of them, including using the Google Wayback Machine. Does Nitv plan to sue those media sites, including TV, American Polygraph Association website and others because they also posted true and FACTUAL details of the Nitv/owners scam? Of course not because those organizations have the financial resources to have any of that kind of legal lunacy thrown out. Because Nitv using their lies about their cvsa and training expertise and also using lies against Dektor and myself, in my opinion Nitv has taken about $12 million from Dektor/myself in sales and training since 2000. If more funds were available to me, the court can be assured that a counter-lawsuit would have been filed last year against Nitv/humble/kane for filing a frivolous lawsuit, gross abuse of civil procedures, lible and defamation of character. .

<center>Nitv's REAL REASON FOR THE LAWSUIT</center>

Contrary to all lawsuit proceedings, Nitv/lawyers NEVER contacted me at all to discuss this matter BEFORE they filed this frivolous lawsuit. When I first began Dektor in 2000, Nitv had a lawyer send me a letter threatening me with a lawsuit if I ever said anything "unkind" about humble. The lawyer also demanded I send them a letter promising never to say anything "unkind" about humble. I totally ignored their demands. After 19 years of having a huge section on my Dektor website detailing facts about humble/nitv scam, Nitv decides to sue now? Nitv claims they lost millions of dollars because of what I have said about humble and cvsa. Every lawyer will say the truth is your best defense. The documents posted below PROVE that nitv/humble/kane and cvsa are what I have always said: they are a fraud and scam on the public, law enforcement and the criminal cases. This lawsuit must be thrown out for not having any basis, Nitv must be heavily fined for wasting the courts time. The Nitv lawyers should be heavily fined and  heavily sanctioned (suspended or disbarred) because they reviewed both my Dektor website of information and also the website www.nitvcvsaexposed .com that contained a massive amount of documents proving nitv/cvsa/humble has been a scam for 30 years BEFORE those lawyers filed Nitv's lawsuit. The lawyers KNEW nitv would lose in court for what they were claiming in their Complaint, but the lawyers did not care. The lawyers ONLY desire was to enrich themselves with billing hours, completely disregarding the real purpose of courts: justice, NOT harassment or as a weapon against someone only so the defendants would waste their limited money, while Nitv has money "to burn". Might(money) does not make right. Why would any intelligent person WAIT until they lost millions of dollars of sales before they file a lawsuit to get it back? Why not sue after the first $100,000 lost or after $1 million lost? After 30 YEARS of the news media EXPOSING nitv/cvsa scam, why is Nitv blaming me for their loss of sales? Is nitv/humble/kane saying none of the media's mass exposure of their scam had any effect on their loss of sales?  More proof this lawsuit is totally bogus. I knew of Humble's past using lawyers as weapons.

The real and ONLY reason for this lawsuit is PROVEN by Nitv lawyer Desousa's extortion email to my IT person Vanderhoff.  About 10 days ago, Desousa/D'loughy sent a email (that clearly shows an extortion attempt) to the owner of a international IT business that Dektor has used solely for 10 years for its business of lie detection. Desousa/D'loughy/Nitv are clearly attempting to seize the PSE software program source codes for nitv to sell for Nitv's lie detection business. Desousa/D'loughy/nitv's email PROVES Nitv's lawyers knew, from the beginning, the lawsuit against Dektor and Herring was a fraud and Nitv/lawyers would be deliberately using the courts as a weapon ONLY to get the PSE codes and bankrupt Herring and Dektor out of business using expensive lawyer fees. Nitv had no desire to purchase the codes legally. Nitv's sole desire would be to sell the proven PSE program, instead of Nitv's decades old, problem plagued and unreliable Cvsa software program for lie detection.

Full sanctions need to apply, both legally and monetary, against Desousa, D'Loughy and Nitv owners Humble and Kane for filing this unjustified lawsuit that they knew from the beginning had no merit and no purpose, except to eliminate another business impeding Nitv's desire to "own" the voice lie detection market. Checking Florida's court docket for Nitv/Charles Humble, this court will see the massive number of times they have used the courts as weapons.

Nitv/Humble/Kane almost always lose, but Nitv/humble/Kane still "win" because they had depleted the other's bank account and it puts that business out of business. A "lose-win" situation for Nitv owners. Nitv still OWES about $800,000 from a lawsuit they lost about 9 years ago, but Nitv/owners still REFUSES to pay. FACT: When Desousa and D'loughy demanded the removal of the massive, UNBIASED website called www.nitvcvsaexposed.com from the internet, THEY had to have REVIEWED ALL of its documents, including the ABC News investigation video of Humble, Nitv and Cvsa in 2006 proving Humble and Cvsa are only a scam on law enforcement and ruining criminal case. Humble ADMITTED, nationwide, in the 2006 ABC News video: he had a fake title of "Dr" (PhD), Cvsa had No, repeat NO independent accuracy studies, just Humble's claim cvsa was accurate and the ABC News investigation showed the US. military BANNED the Cvsa because of its poor and unreliable accuracy.   Desousa and D'loughy saw my nitvcvsaexposed website ONLY had documents and news articles PROVING the claims made on Dektor's website about Nitv, its owners, its history of lies and poor accuracy of the Cvsa for the past 30 years since Nitv/Humble started. Thus, Nitv lawyers KNEW for a fact, the nitvcvsaexposed.com website was ONLY stating FACTS that had been independently proven by others. Websites and its information cannot be deleted or stopped by the courts because someone does not like it. That is called freedom of speech, a Constitutional right of all Americans. The same Nitv lawyers knew that by filing their unjustified lawsuit for Nitv against Herring/Dektor, without doing ANY type of due diligence, they were knowingly using the courts and Nitv's money only as a weapon to eliminate someone in Nitv's path to make themselves more money. Nitv/lawyers/court's action of banning facts about a lie detector scam on law enforcement for 30 years will allow millions more criminal cases be ruined and innocent people will be falsely accused. FACT: No seller of any type of goods will simply stand by and watch counterfeit goods, sold by conmen, ruin the reputation and name of their product and lower sales income of their real product. Ask Rolex, Coke and other products if they would allow counterfeits taking their income and damaging their good names. Nitv has been selling a so-called "voice lie detector" and training, for 30 years, but has NO independent studies, repeat NO independent studies that shows its accuracy is better than a coin toss, about 50%. That PROVES nitv/humble/ Kane are conmen and their cvsa gadget and training are a fraud. For example, I have asked personally Nitv lawyers for the contact information of the so-called "scientific journal" Criminalistics and Court Expertise that Nitv claims its Chapman study is in. Nitv claims the study proves cvsa is 95% accurate.   It is generally agreed by almost everyone the journal and its Chapman Study do NOT exist. The study and journal were totally made up by Nitv to make people think they were real only to make Nitv's fake and made up Chapman Study was real. See my exhibit on Chapman Study.

        Will this court standby and allow a fake lie detector and its seller to win this worthless lawsuit, even by default, ruin a legitimate business with lawyer fees wasted by Dektor/myself paid and probably losing the two cases filed against Dektor because Dektor has no more money to throw awaythere is no money to hire a lawyer at $400 per hour?. Will this court further allow a conman to ruin millions more criminal cases, falsely accuse innocent people, have defendants money wasted on legal fees proving their innocence, those maybe pleading guilty to a lesser charge only for less jail time and have the real criminals get away to commit more crimes? If nitv lawyers are not heavily sanctioned for their "extortion email" and Nitv heavily fined for filing this worthless lawsuit, then nitv will be allowed to cause further pain to others.

## INTRODUCTION

Nitv/lawyers sole purpose has been and still is weaponizing the courts for nitv/humble/kane and Nitv/humble/kane using its vast fortune selling their fraud for the sole purpose of eliminating everyone in the voice lie detection business (including anyone its owners do not like, including ex-employees), thus creating a monopoly for Nitv/owners to continue to make money selling the independently, documented, unreliable Cvsa, their unproven AIS body language course for lie detection and training. Under U.S. law, that is forbidden because selling counterfeit goods and services is ILLEGAL.

        In this lawsuit and other lawsuits, Nitv is using its wealth (estimated to be about $25 million or so) made over 30 years by selling its extremely unreliable (fake) products (cvsa, training, AIS body language lie detection course) to sue someone else: me. After 30 years, cvsa and its training still have NO independent accuracy study's that have ever shown for them to be better than 50% accurate. FACTS prove Nitv/owners have a massive history of lying about themselves and their business. The FACT is, because Nitv had no studies proving the cvsa and training had any credibility, Nitv made

up TWO studies/surveys they claimed the military did about 2006 "proving" Cvsa was 98% accurate. When Humble was interviewed by ABC News in 2006, Humble admitted to reporter Brian Ross there were NO studies that proved Cvsa was accurate for lie detection. Before that, in 1999, after Nitv lost a major product liability case involving murder, Nitv's former long time director and police captain, David Hughes, admitted under oath, that "Cvsa was not capable of lie detection". But, they still advertise and promote themselves and Cvsa as lie detection on Nitv's website and in their brochures. The two "military studies/surveys" were actually INVENTED by Nitv to make buyers think the military thought the Cvsa was 98% accurate. However, the military had already BANNED the Cvsa because of extremely poor accuracy. Nitv keeps claiming the polygraph business was behind the ban, but Nitv has NEVER provided any documented proof to back up their claim.  In 2012, Nitv again got bolder and INVENTED another fake "accuracy study" that is referred to as the Chapman Study. Nitv claims the 14 page Chapman Study was published in a "scientific journal" call Criminalistics and Court Expertise, 2012 Annual Issue, #57. The "study" is only 14 pages, but does not give any contact information of the publisher, address, phone, etc. FACT: NO SUCH JOURNAL EXISTS. The journal name was made up by Nitv to make buyers think the Chapman Study was published in a real journal. FACT: Chapman WORKED for Nitv for 20 years so any study he might have done would be biased for Nitv, NOT independent. Chapman died a year BEFORE the "study" was released by Nitv. With Nitv's reputation of lying, who knows if Chapman actually did the "study" or what lies were put into it after he died. The "study" had a co-author, Marigo Statis, who works for John Hopkins University in Maryland and is a neuro scientist. According to a former Nitv employee, she is paid by Nitv to promote the "study" nationwide to sell Cvsa using her title of scientist to convince buyers the study is real.  Nitv claims the Chapman study proves Cvsa is 98% accurate. THE CHAPMAN STUDY NEVER MENTIONS CVSA OR NITV!  SO HOW CAN NITV CLAIM THE STUDY PROVES 98% ACCURACY FOR CVSA IF CVSA AND NITV ARE NEVER MENTIONED IN THE Chapman article? The Library of Congress says the journal does not exist, many hours of Google searches show the journal does not exist and many major university librarians cannot find the journal in their vast databases. Chapman worked part time at a small college in New York. The college's library does not even have a copy. If you call Marigo Stathis she hangs up on you and she does not return email. Why? Various news articles and admissions by Nitv's owner Humble and employees have established those facts about Cvsa not having any accuracy more than a coin toss. More proof of fraud by Nitv. In 2014, a well respected polygraph examiner did a expose of the Chapman Study. A copy is an exhibit attached.

For the past 30 years, Nitv has used the Great Seal symbol (American eagle with arrows in its claws) as Nitv's trademark and to promote their scam. That is illegal under U.S. patent law and it is a felony every time it is used. How many millions of times did nitv violate the law?

FACT: Nitv has used the U.S. mail in their business for 30 years to perpetuate their cvsa fraud. That is called mail fraud. How many millions of times did Nitv commit mail fraud?

FACT: Nitv has had a association of their Cvsa examiners for about 15 years called Nacvsa. Nacvsa is located in Delaware. It is registered in Delaware as a business by Nitv because Delaware does not charge state income tax. Nacvsa also has a 800 type number. FACT: Nacvsa "address" is actually another business renting PO boxes. The 800 number of Nacvsa actually rings at the Nitv office in Florida. Nacvsa is NOT registered in Florida as a business and that is illegal. That means for 15 years, Nacvsa/Nitv has NOT been paying Florida state taxes for income from membership dues of about $400, every two years, for LIFE. Nacvsa has at least 1,000 members.  Income tax evasion is a felony.

Using the courts seemly allowed practice of low standards for filing lawsuits to sue anybody for anything without any facts to back it up at the time of filing, has only allowed "might (money) makes right. This court seems to have totally disregarded the facts in this case, provided by Dektor/Herring in my November 2018 documents proving this case has no merit. The court is contributing to and adding more harm to myself,  because I have not made the money to be able to have a lawyer for this entire case. Those costs are estimated to be about $100,000 to go to trial. So far, I have spent about $30,000 on legal fees, not to mention an entire year, every day dealing and thinking about this case. Because I did not have a lawyer at various times because they were grossly incompetent and were more concerned about building up their billing hours, I had to allow various proceedings go unanswered. Even the sole owner of a corporation cannot represent it and the fact is court proceedings and its legalese is NOT what people understand, no more than auto mechanics, dentistry, etc. At 65, this lawsuit so far has caused me unnecessary harm in my life, my Dektor business and my 38 year history of using PSE: 20 years doing testing using the PSE and 18 years as owner of the company selling the only proven system of Voice Stress Analysis.  The court so far has completely ignored the facts

previously submitted by me about the plaintiff proving nitv and its owners are a international criminal enterprise of 30 years because Nitv has sold Cvsa in about 20 foreign countries since 1988. As a matter of fact, Nitv/humble was convicted in about 2005 of selling his Cvsa's to countries that were not considered friendly to the U.S. The documentation was also posted on the nitvcvsaexposed.com website before it was ordered taken down by this court. However, a person in another country has archived the full site and it is back up and can be reviewed at a different web address. Dektor/Herring had nothing to do with it. Even though I submitted my November 10, 2018 mailing to this court, the Dektor website documents and also the vast contents of the website www.nitvcvsaexposed.com, this court still ordered the removal of that information apparently without looking at the contents and video to see documents and facts cannot be disputed or considered "disparagement" of any kind as claimed by Nitv's lawsuit. It seems so far, the court has ignored the documented FACTS of this case and that the court has been and seems to be still manipulated by the plaintiff's lawyers for this year by nitv/lawyers using lies that cannot be responded to for various reasons, mainly because of grossly incompetent lawyers: two in this civil case and the two in my bankruptcy case. That bankruptcy case was dismissed because my lawyers did not have the documents needed in that court hearing to win. The fact is, I cannot respond to the Dektor Corporation court documents because the law says only a lawyer can represent a corporation, even though I am the only person in Dektor. Savings and income can only go so far for lawyers at $400 per hour.  Due to the incompetence of my two civil lawyers, the case was allowed to stay in Florida, even though I have NEVER had ANY ties to Florida. I have lived in Pennsylvania all of my life.

　　　To this day, the original Complaint of this lawsuit has NEVER been responded to by me/lawyers after one year. How can that be? It certainly is not my fault. Justice is denied when it makes no room for exceptions to the normal operation of usually only lawyers handling cases and knowing the legalese forms and language. I am fully able to present the massive number of documents (some included as exhibits) and willing to submit to mediation exposing Nitv, cvsa, Humble, Kane and its claims as the various frauds that they have been for 30 years.

## REPLY TO SANCTIONS

　　　When a court has enough evidence to see that a lawsuit's ONLY purpose was to be used as a financial weapon to waste the defendants money, to put the business and its owner out of business ONLY to create a monopoly for itself, it had NO facts to justify it being in court and the lawsuit taking up valuable time from other cases, the court and its judge has a duty and obligation to throw the case out. In addition, if there is enough proof provided that the lawyers for such a unjustified case knew that, but proceeded anyway just to enrich themselves for the sake of billing hours, then the lawyers must be fined, heavily sanctioned(suspended) and if their conduct was serious enough, they must be disbarred. This joke of a lawsuit is the perfect example where those penalties must apply because of the actions of this case created by Nitv/owners and their lawyer puppets Desousa and D'loughy.

　　　Because of the very lengthy, informative and educational background information I have provided here and out of the thousands of documents I have about this scam and its actors, I have attached some of those thousands of documents as exhibits along with the relevance of them. They prove, beyond any legal doubt, this lawsuit and this court are only being used as weapons by plaintiffs, including their greedy unprofessional lawyers to ruin a person and business and put that business out of business, ONLY so the plaintiff, Nitv/owners can have the entire "voice lie detector" market to themselves to further ruin, destroy criminal cases, have innocent people falsely accused and to have their lives ruined.

　　　Due to the extensive information I have provided so far and the exhibits attached, I will only briefly answer those untruthful statements and allegations by Nitv/lawyers.

　　　Nitv is demanding sanctions for alleged misconduct in several areas.

　　　As per the deposition of me last year, the facts are, the first time I had to cancel because of a stomach flu during the night. The next time, my lawyer gave me the wrong day and time. The third time, I was there an hour early. No foul, no harm.

As per the hard drive crash, my former IT person, Matt Vanderhoff, still has the receipt, with my credit card number, to prove when I bought the new hard drive. It was bought way before nitv filed their worthless lawsuit. Vanderhoff was recently forced to sign some kind of document, under threat of a federal lawsuit by Nitv/lawyers, that says he is not allowed to even show that document to anyone, I was told by him to stay away from him, no phone contact, no social contact, no business contact in any way (depriving him of income) and he was ordered never to give back the PSE source codes that I own, otherwise Nitv will sue him in federal court. That is clearly extortion and nitv/lawyers know that. The email sent to Vanderhoff is listed as a exhibit. Vanderhoff is a single parent of two small children. Clearly, again Nitv/lawyers is using the court as a weapon to deprive me of the program that my business sells for lie detection for 18 years and depriving me of accessing a 10 year business relationship with my IT person that is vital to my business. Besides knowingly wasting my money for massive lawyer fees in the past, nitv/lawyers have now succeeded in keeping me away from my property, PSE source codes, so I would not have anything to sell. Again, using the court as a weapon and trying to create a monopoly for nitv only.

Nitv/lawyers demanded a hard drive examination under false pretenses, the ONLY purpose was to see who I deal with, my customers and my emails. This court allowed nitv to pick who was to clone my hard drive and I objected to that as strongly as I could because I knew what nitv really wanted and their past of lying and cheating in their so-called business. Facts and documents cannot be ignored. In a court filing, desousa called me "paranoid". Is that how a real lawyer acts? Since he has never met me or has any education or training in psychology, then his statement is libel. I was also very afraid because I knew what nitv has done to others in the past and I was very afraid that something illegal could be put on my hard drive, like child porn. After it was cloned, nitv /lawyers were supposed to give me/lawyer look at the list of items to say which ones should not be viewed by nitv. That NEVER happened, so nitv got the whole list and is now claiming they "found" certain items they are using to make allegations. All matters that have to do with that hard drive must be dropped. Nothing nitv claims can be believed because the attached documents PROVE nitv/owners/cvsa have only been a scam on the public and law enforcement for 30 years. News storys do not lie about the nitv scam for 30 years. Nitv and their lies about themselves, training, cvsa gadget and their fake "study's are proof their business has been as much of a scam as pills that promise weight loss or creams that promise to remove wrinkles. This country prosecutes sellers of counterfeit goods all the time and prosecutes fake financial investment scams all the time. Nitv/cvsa/owners are just another example of a money making scam.

## Exhibits

Exhibit A- Extortion type email sent to Vanerhoff, my IT person for 10 years. The only point of this fake lawsuit was to get  the PSE codes so I would have nothing to sell. Vanderhoff told nitv/lawyers no. Then nitv demanded he sign an agreement that he would never give back my PSE program to sell, never have any business or personal contact with me ever.

Exhibit B- Affadavitt submitted by Nitv lawyers under penalty of perjury. Lawyers claimed mosquera saw my dektor website on the internet and because the my website goes into florida, that meant the lawsuit must be in florida. Facts prove mosquera WORKS for nitv as the head of nitv international sales. *False*

Exhibit C- Submitted to this court novemebr 2018 with many facts proving nitv and cvsa is only a scam on law enforcement and the public and the lawsuit had no merit.. The court ignored those facts.

Exhibit D- Humble holding his fake title of "Dr" (PhD) in 1987 in a cap and gown. He bought it from a store called Indiana Christian University that sells fake education titles. Enlarged copy of "diploma" it was not an "honorary' diploma as humble later claimed. Humble used the fake title to make people think he was a genius. ABC News confirmed it was a fake title in 2006.

Exhibit D1- humble created a website dedicated to himself to glorify his image.

Exhibit D2- Indiana Christian University claims it is a accrediteduniversity, but factsprove they only bought a fake accreditation certificate.

Exhibit D3- Humble convicted of copyright fraud in the same year he started selling his cvsa gadget.

Exhibit D4 – 2004 nitv sued many people, including vipre (another unproven voice lie detector)claiming ex-employees and other people were selling cvsa without permission. Nitv lost. It was proven nitv used a person, tom

golden, to do dirty tricks for nitv to create problems for them, such as posting fake information about people on the internet to ruin people.

Exhibit D5-Nitv/hmble convicted of selling cvsa's for three years to countries not considered friendly to the U.S.

Exhibit D6- In 2009, nitv/humble were sued for liable for sending out flase documents against someone else selling unproven voice lie detectors. Nitv lostand oreder to pay $600,000, now up to $800,00 with interest. To this day, nitv has not paid a dime.

Exhibit E- Document signed by co-owner Kane I 2016 claiming the cvsa is 98% accurate. Other documents attached also claim that 98% but NO independent studies ever proved that.

Exhibit F- In a major 1999 lawsuit nitv lost involving a murder case, nitv director Hughes admitted under oath cvsa was NOT a lie detector

Exhibit G- 2005 news article humble states there are NO studies that prove cvsa has any accuracy.

Exhibit H- Humble claimed in 1986 that a "nationally recognized company" chose him to make a new lie detector for them. Humble changed his story two years later to say he invented it by himself. He also claims he invented a new test format to make accuracy 50% better. He NEVER produced any study to prove his claim.

Exhibit I- The original Dektor PSE was analog sold from 1969 to 2000. Nitv hired a person to try to duplicate the PSE to sell it as his own. He called it cvsa, Computer Voice Stress Analyzer, BUT it NEVER had a computer sold from 1988 to 1998. . Cvsa not copied correctly and it produces faulty patterns that will cause a person to be called a liar.

Exhibit J- Actual independent news quotes that prove Nitv and cvsa were not credible or accurate.

Exhibit K- Nitv/humble make people sign agreements promising to NEVERsue nitv for any reason.

Exhibit L- Nitv hired a disgrace 20 year cop of crimes against chidren as their new director of law enforcement sales. Why would anyone want to hire a person like that?

Exhibit M- In 2005, nitv was involved in a major scandal involved in paying a bribe to get a major military contract.

Exhibit N- Nitv has a cvsa examiner member association call nacvsa. It is "located" in Delaware because they do not charge any state income tax. It also has a 800 type number. But, the association address is only a place renting PO boxes and the phone rings in nitv office in florida. The association is NOT registered as a business in florida. Nitv has not paid state income tax for about 15 year on $50 a years member dues, $400 per person, every 2 years recertification fees, for life. Nitv claims it has over a 1,000 members. How much money did not pay as taxes in florida.

Exhibit O- Nitv claims 1,900 polygraph examiners switched to cvsa. NO documents back that up.

Exhibit P- A massive investigation story in 2011 proved nitv, kane and humble lied about many things. Among the findings, cvsa has no independent studies that prove any accuracy; DoD after spending almost $1million to buy cvsa and trained stopped using the cvsa after about 2 years because of the very poor accuracy; humble's "dr" title was a fake; no nitv instructor ever saw a independent study that proves cvsa was accurate; chapman who worked at nitv for 20 years became enraged when the reporter asked to actually see the study chapman wrote that chapman claimed proved cvsa was 98% accurate.

Exhibit Q- Press release by cvsa member association claiming Chapman study proves cvsa was 98% accurate. Study was "published" in a journal called Criminalistics and Court Expertise. Facts prove the chapman study was made up by nitv to make it look like cvsa was 98% accurate for lie detection. The so-called journal was also made up by nitv only to get people to buy cvsa.

Exhibit R- Library of congress says the journal Criminalistics and Court Expertise does not exist.

Exhibit S- Email to nitv lawyer asking for contact information of journal Criminalistics and court Expertise. Nitv lawyer Desousa has refused to give that information.

Exhibit T- In 2014, a long time expert in lie detection did an in-depth analysis of the Chapman Study. He also could not find the journal. He concluded the so-called study seemed to have been made up and falsified.

Exhibit U- Nitv used the Great Seal for 30 years as their symbol which is illegal under federal law and a felony.

Exhibit V- As part of their lawsuit, nitv took a quote from my website that I say in 2006 sales of cvsa became so low that nitv stopped advertising like they had been for 15 years. Nitv lawyer said I lied andnitv had no loss of sles.so why is nitv suing me for loss of cvsa sales?

Exhibit W- nitv uses lawyers all the time to bully ex-employees and other businesses, just like they are dong to Dektor now. Nitv files lawsuits never expecting to win, just to get their enemies to lose money.

Exhibit X- Nitv routinely sends out fake emails to piss people off.

Exhibit Y- Nitv claims 2500 departments bought their cvsa gadget. NO names are ever given to prove that.

Exhibit Z- Nitv admits in 2000 that their first cvsa was analog (not a computer that nitv had claimed to sell their gadgets) and was only a copy of the PSE and that there was NEVER a "new type of lie detector invented by humble" as he claimed in 1988.

Exhibit AA- Nitv has used many unethical and sleazy tactics to make businesses not want to do business with any business other than nitv. One example nitv used against Dektor was allowing a person, dirt bell, to liable Dektor and Herring for the past 15 years to promote bell's sleaze and lies posted on nitv website to take sales away from Dektor.  Bell never worked for herring/Dektor and has no idea about any information bell claims he knows. Bell simply makes up things. He seems to be mentally very unstable.

Exhibit BB- Bell contacts nitv/humble in 2004 to be friends because bell knows I know nitv is a fraud and taking money away from Dektor in sales.

Exhibit CC- Another example of nitv allowing bell to insult and liable Dektor by connecting to bell's website.

Exhibit DD- Bell has been continuing harassing Dektor/Herring using many, many emails using very disgusting language. In 2014,my lawyer sent Bell a letter telling him to stop, but bell refused. The FBI and my local police told him to stop, but bell simply thought that was funny.

Exhibit EE- Nitv claims I lie on my website about them. I have only printed and posted documents and truth about the nitv/cvsa scam. In 2005, I was sent a copy of the "Alert" letter huble/nitv sent out tens of thousands of people claiming PSE and Dektor were not honest so people would only buy cvsa. Nitv has done this for 18 years I have owned Dektor, the only company that sells the proven system of Voice Stress Analysis invented by the the original Dektor CIS in 1969.

Exhibit FF- Example of lies by about Dektor, PSE and Herring by nitv

Exhibit GG- Another example of lies about Dektor and PSE by nitv.

Exhibit HH- Another example of lies about Dektor, PSE and Herring by nitv

Exhibit II- Groveport police is another set of lie on nitv's website for 10 years. They had 3 police trained at Dektor on PSE. All 3 failed because they got drunk every night and failed their tests. Groveport police claimed I should have passed them because they were police. I refused. Then they went to nitv and for a free cvsa and training, Groveport police allowed their insults to be used by humble to take sales away from nitv.

Exhibit JJ- Another post of lies by Groveport police on nitv website.


CERTIFICATE  OF  SERVICE


I certify that on June 14, 2019, I these documents with the Clerk of Court by certified mail and served these documents by U.S. mail to plaintiff's lawyers desousa and D'Loughy to their addresses listed on their documents.

Arthur Herring III/Dektor Corporation, Defendants


EXHIBITS

*Exhibit A*

**Arthur Herring III**

Subject:                    FW: NITV - FOR SETTLEMENT PURPOSES ONLY

-------- Original message --------
From: Daniel DeSouza <ddesouza@desouzalaw.com>
Date: 6/1/19 2:35 PM (GMT-05:00)
To: Matt Vanderhoff <mvanderhoff@vanderson.net>
Cc: "James D'Loughy - Advisor Law PLLC (JDLOUGHY@advisorlaw.com)"
<JDLOUGHY@advisorlaw.com>
Subject: NITV - FOR SETTLEMENT PURPOSES ONLY

Mr. Vanderhoff,

This e-mail is sent pursuant to Fed. R. Civ. P. 408 and is for settlement purposes only.

I recognize and respect your prior e-mails asking that we not contact you further regarding this matter, but
unfortunately this e-mail needs to be sent and it is my hope that you review it carefully (preferably with your
own legal counsel). Through our review of the documents produced during the forensic investigation,
conclusions reached regarding the 'damaged' hard drive, and positions taken by Mr. Herring concerning
ownership of the PSE intellectual property, it is our intention to file a Complaint against both you and
Vanderson Corporation in the United States District Court for the Southern District of Florida for aiding and
abetting Mr. Herring in his tortious activities and for conspiring with him to engage in such activity.  Please
note I am not sending this e-mail to convince you that we are right or to argue the point with you back and forth
– the bottom line is that our client has pushed for a lawsuit to be filed against you and your company for some
time now and we agree with our client's position.

That said, I am not looking for my client to spend more money on this matter than necessary. My expectation is
that the lawsuit with Mr. Herring will soon be over, with a monetary judgment against both Dektor and Herring
and a permanent injunction entered. We are awaiting dismissal of Mr. Herring and Dektor's bankruptcy cases
before we proceed in that manner. Given the above, we have 2 choices on how to proceed here. The first option
is you ignore this e-mail (your right to do so) and we proceed with suing you in Florida as we did with Mr.
Herring. The second option (which I sincerely hope you give serious thought) is that we enter into a settlement
agreement wherein NITV will exchange mutual releases with you and Vanderson (with no money to be paid by
you or judgment entered against you) in exchange for: (a) the transfer of any ownership or use rights you may
have in the PSE software/intellectual property/source codes etc. to NITV and (b) the agreed entry into a
permanent injunction that prohibits you from further assisting Mr. Herring with his anti-NITV activities (with a
liquidated damages provision in the event of a violation). We would need to agree on the language and other
material terms, but that is the gist of what my client will accept in lieu of filing a lawsuit against you and
seeking a money judgment therein. The above would also be contingent on the Court allowing entry of an

1

injunction against you as a non-party – if not, we would probably need to file a lawsuit with agreement to immediately dismiss it upon entry of an injunction.

Again, I encourage you to review this with counsel, but understand that we are poised to move forward with the lawsuit if you are not willing to settle along the above terms.  If you are interested, please let me know by Wednesday, June 5 at the latest.  If I do not hear back from you by then, we will proceed with the lawsuit.

**Daniel DeSouza**

DeSouza Law, P.A.
3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)

101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301

954.603.1340 (office) | 954.551.5320 (mobile)
ddesouza@desouzalaw.com | www.desouzalaw.com

EXHIBIT "2" β

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon

NITV FEDERAL SERVICES, LLC,

     Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

     Defendants.

---

## DECLARATION OF MIGUEL MOSQUERA

Miguel Mosquera does hereby declare pursuant to 28 U.S.C. § 1746:

1.    *This declaration is based on my personal knowledge.*

2.    I am not a member, owner, director, officer, manager, or employee of Plaintiff.

3.    I am a resident and citizen of the State of Florida.

4.    I have been informed that this lawsuit was filed on July 27, 2018.  Prior to that date, I accessed Dektor's website (www.dektorpse.com) from a computer within the State of Florida and viewed the material thereon concerning Plaintiff and its CVSA product.

5.    I am also aware of other individuals within the State of Florida (who are likewise not members, owners, directors, officers, managers, or employees of Plaintiff) who accessed Dektor's website and viewed the same material concerning Plaintiff and its CVSA product prior to the filing of this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Case 9:18-cv-80994-DMM   Document 50-2   Entered on FLSD Docket 11/16/2018   Page 2 of 2

Dated: November 16, 2018

Miguel Mosquera



**FEDERAL SERVICES**

**Miguel Mosquera**                                    Cell: 1.407.970.3349
International Sales - Advanced CVSA II Examiner          E-mail: mian243@aol.com

11400 Fortune Circle  |  West Palm Beach, FL 33414
*www.cvsa1.com*

*Exhibit C*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon

NITV FEDERAL SERVICES, LLC
     Plaintiff
       Vs.
Dektor Corporation and
Arthur Herring III
     Defendants

---

## DEFENDANTS MOTION TO DISMISS MOTION TO COMPEL

Defendant Arthur Herring III, acting as his own lawyer, hereby files this Motion to Dismiss
    Plaintiff's Motion to Compel.

As this court is aware, Herring III/Dektor Corporation fired law firm Eckard & Associates representing
Herring III/Dektor because of Eckard's gross incompetence and mismanagement in the handling the Herring's
case and gross waste of Herring's funds. Defendant Herring III/Dektor is located in Pennsylvania. Eckard was
hired, sight unseen, because no suitable attorney could be found and because of severe time restrictions of
only a few days left to reply to the lawsuit before legal repercussions could be placed upon Herring III/Dektor.
Herring III/Dektor has no ties in Florida, either personal or business as stated in a previous document. Because
of that, it places a severe hardship on Herring trying to find legal counsel that is familiar with federal law and is
financially feasible.

1. I/Dektor am asking more time, at least 3 more weeks from current due date of November 23,  to locate a
   lawyer to hire that is within the financial means of Dektor/Herring III unless this case is dismissed
   because it has been proven in a previously submitted document that Herring/Dektor have absolutely NO
   personal or business ties for this case to be located in Florida and this case must be dismissed based on
   that submitted proof. Herring/Dektor certainly understands lawsuits should proceed if they have merit
   but, this case is no different than any lawsuit that may takes years before it is heard in court. This court
   certainly understands an out of state person has many obstacles in finding the correct lawyer.  Herring III
   is aware that he can represent himself, but cannot represent Dektor because it is a corporation. Dektor is
   a one person corporation.
2. I/Dektor am insisting discovery be limited only to the issue of jurisdiction at this time, nothing else,
   referring to Motion to Compel by plaintiffs. Herring/Dektor has always answered all questions by
   plaintiff's lawyers honesty, truthfully and completely. No new deposition pertaining to jurisdiction is
   needed.

3. Plaintiff's lawyers have strongly suggested/accused Herring/Dektor, without any facts, of somehow destroying information on a broken hard drive. Facts prove when a new hard drive was bought as a replacement because the original one had crashed. The crash was more than a month BEFORE any lawsuit was filed. Plaintiff's lawyers want to go on a fishing expedition with their demands to have a computer expert analyze the ruined hard drive for any information that maybe, maybe would indicate some type of connection to Florida. The facts prove this completely unwarranted lawsuit should be dismissed, especially due to lack of jurisdiction in Florida. Plaintiff's lawyers are clearly trying to rack up a bigger paycheck for themselves by increasing their billing hours for unneeded busywork.

4. This court must be aware, because the defendant himself now is responding, this lawsuit is totally worthless and has absolutely no legal merit or purpose. This lawsuit is by a known serial litigator who uses the federal court routinely only as a weapon by filing worthless lawsuits against people and/or their businesses, including against ex-employees, to "steal" their money. Plaintiff's federal lawsuits always cause defendants to waste huge amounts of money on lawyer fees to defend themselves. Defendants can never recover those fees even when defendants win. After spending all of their money to defend themselves, the defendants have no more money to pursue damages owed to them by plaintiff. The plaintiff uses "shell" tactics using various nitv names to always hide his assets from being seized. That has always been plaintiff's method. One by one, plaintiff is using expensive lawsuits to eliminate all competition so he is the only one left selling his "voice lie detectors" that have no proven accuracy in real crimes, his made up training and his continuous, large recertification fees of cvsa examiners that for the plaintiff are extremely financially rewarding.

5. The lawyers for plaintiff humble, D'Loughy and DeSouza, should be sanctioned and heavily fined by this court for not doing any type of evaluation of Plaintiff's claims to verify there was at least some credibility for a lawsuit before they decided to grab the paychecks from humble/kane/nitv. FACTS PROVE this case has NO MERIT. It is very clear both D'Loughy and DeSouza filed this lawsuit only for money. Courts today are flooded and overcrowded with worthless lawsuits because lawyers are only looking for a paycheck, instead of being professionals and refusing clients that have no justifiable causes of action.

6. Plaintiff uses various "shell" companies and their various names to keep any judgement monies from being collected. That is the situation now with a 8 year old, $800,000 judgement against nitv/humble/kane that is trying to be collected by an attorney who is trying to "pierce the corporate veil".

7. Those "shell" companies always use the same "nitv" first name, with the second part being different to fool debt collectors. Actual examples include Nitv LLC, Nitv FS(Federal Services), Nitv GS(Government Services).

8. Plaintiff has a 15 year old cvsa examiner association called NACVSA that is registered in Delaware at what seems to be only a mail drop. BUT, the phone rings in Nitv's Florida's office which means it is part of the nitv business. NACVSA is NOT registered as a business in Florida.

9. Because of this unjustified and fraudulent lawsuit against Dektor and Herring, Herring has created a huge website www.nitvcvsaexposed.com proving the cvsa/nitv/humble/kane lie detector scam. The website shows many types of documents and the full video of the ABC News expose proving that nitv, cvsa and owners humble/kane have been and continue to be doing a scam on various law enforcements (police, sheriff, prisons, probation departments, college police, military, government, etc.) nationwide and worldwide. This scam on the public and law enforcement results in millions of criminal cases ruined and

millions of innocent people being falsely accused of crimes or being claimed they had lied in their accusations against someone. Those cases include sexual assault and date rape. For many years, various lawsuits against nitv have proven those facts.

10. Plaintiff humble has made about $20 million or more, since about 1989, by selling his "voice lie detector" and made up training that still has NO independent studies that prove they are better than a coin toss, about 50%.

11. Plaintiff claims about 175 departments in Florida have bought the cvsa gadget and training since 1990. He claims about 2,000 departments nationwide bought cvsa since 1990.

12. For many years, plaintiff claimed in 1989 he had "invented" a new type of "voice lie detector" he called cvsa(computer voice stress analyzer). But, many years later plaintiff admits he only bought an old analog PSE-101 and using a less than qualified person, tried to reverse engineer the old PSE 101. Nitv sold what was created as their cvsa, which was actually a very inferior and unreliable gadget for lie detection compared to the PSE 101. The PSE 101 was Dektor's original instrument and only proven system of Voice Stress Analysis invented by the original Dektor owners in 1970.

13. From that poorly reversed and unreliable analog cvsa gadget, a very poorly written and problem riddled cvsa software program was written and has been sold by nitv since 1998 as the cvsa II. That same problem riddled cvsa program is still sold today.

14. Plaintiff(humble) calls himself the "father of voice stress analysis". The real system of Voice Stress Analysis (PSE) was invented only in 1970 by Dektor. Humble did not come out with his very inferior imitation of the PSE called cvsa until 1990. The facts prove humble NEVER invented any lie detector, he only tried to COPY one.

15. Plaintiff claims his cvsa is the "gold standard" of lie detectors. The lies told by plaintiff for 25 years prove cvsa is only be "fools gold".

16. For about 15 years, plaintiff has been using the completely false testimony of Dirk Bell, the 60 year son of Allan Bell, the co-inventor of the PSE. On the nitv website Dirk Bell says Herring/Dektor are running a scam by selling fake lie detectors. Plaintiff uses Bell to condemn Dektor/Herring and to convince people not to buy from Dektor. The fact is everything Bell says are total lies because Dirk Bell has never worked at the current Dektor, has NO knowledge of how Dektor is operated, has no knowledge how Dektor trains or how the PSE 7010 works.

17.  About two years ago, somehow Bell found out who some of Dektor's clients were worldwide, contacted them and told them they were lied to by Dektor about their PSE systems.

18. For about 9 years, plaintiff uses completely false testimony on his website from Groveport Police to make people want to avoid buying PSE from Dektor. About nine years ago, Groveport police bought a PSE and sent three people to be trained. All three flunked the training because every night, during the 10 day course, they got drunk, did not study and flunked the tests. When they got home, they traded their state of the art PSE 7010 for a cvsa and free training in exchange for their testimony condemning Herring and Dektor on the nitv website.

19. For about 25 years, various major news media, including ABC News in 2006, have exposed the many lies of nitv, cvsa, humble and his staff.

20. Plaintiff admitted in a 2005 news article, there were no independent studies that prove cvsa is accurate for lie detection.

21. Plaintiff has made up stories about ex-nitv employees to get them fired from their new jobs and uses a specific person to do dirty tricks for Nitv

22. Plaintiff is very much aware his illegal, immoral and unethical actions of using the legal system as weapons will give him more and more of a monopoly in the business of voice lie detection and of every other lie detection system made.

23. Plaintiff is aware that he, nitv and others have engaged in activities they knew were illegal, dishonest and/or untruthful against Dektor and defendant Arthur Herring III whose only purpose was to put Dektor out of business and deprive Herring of millions of dollars of income.

24. Plaintiff was convicted by the U.S. in 2006 of selling his cvsa gadgets secretly to countries that were not considered friendly to the United States.

25. Plaintiff was convicted of copyright fraud in 1988, the same year he claims he was selling his cvsa.

26. Plaintiff was convicted in 1976 of unemployment fraud.

27. Plaintiff was selling his first cvsa(computer voice stress analyzer) model for about 10 years to law enforcement, but it never had a computer.

28. Plaintiff claims he was trained as a polygraph examiner at a polygraph school in Florida in 1986, but the APA (American Polygraph Association) states the plaintiff's "polygraph school" never existed.

29. Plaintiff uses many planted stories in various media to make his scam look like a real lie detection type business.

30. A major worldwide law enforcement organization of about 25,000, allowed nitv to put full page ads in every month promoting cvsa from about 1994 to about 2005, even though that organization knew the cvsa, training and owner were not reliable and not reputable. That same organization refused Dektor to advertise allowing law enforcement to only know about nitv/cvsa for lie detection.

31. Plaintiff created a huge website dedicated to himself about 15 years ago called  www.charleshumble.com to make people think he is a "genius" of some type.

32. Plaintiff has been promoting a 14 page "study" since 2012 that is in a "scientific journal" that he claims proves cvsa is completely accurate for lie detection. BUT, various facts, Google and the Library of Congress, prove the "journal" does not exist and the so-called "study" does not exist. The "study" Nitv says proves cvsa is completely accurate does not mention cvsa or nitv at all.

33. The "author" of that 14 page "study" was a 20 year employee of nitv and died before the so-called "study" was released in 2012. The co-author of the "study" is a neuro scientist from John Hopkins University. When contacted, she hangs up on people and emails to her are never returned. Nitv pays her to speak at Nitv functions using the "study" to convince law enforcement to buy cvsa.

34. A so-called "study/survey" about cvsa in 2007, nitv claims it was created and paid for by the DoD(Department of Defense). Nitv claims that "study/survey" proves cvsa is completely accurate/reliable for lie detection. But, NO information is given in the "study/survey" as to who did the study or where it came from. Nothing can be found on the internet on this DoD "study/survey". This "study/survey" is not real.

35. Plaintiff admitted in 2006, on ABC News, there were NO independent studies that prove cvsa is more accurate than a coin toss for lie detection.

36. Nitv admitted in court, about 2003, the cvsa was not capable of lie detection. But, the nitv website clearly says it is.

37. For about 15 years, nitv has been selling a "body language" course called AIS it claims can do lie detection. No studies can be found anyplace about AIS or its ability to do lie detection.

38. Plaintiff is aware nitv/humble/kane have compensated people who deliberately lied about Dektor and Herring in various ways, including false testimonials on nitv website against Dektor/Herring to convince people not to buy from Dektor only to put Dektor out of business and deprive Herring out of many millions of dollars. Herring has lost millions of dollars because of those actions by plaintiff.

39. Various documents prove plaintiff did even worse actions against Dektor/Herring than were done against another lie detection business (Baker) where nitv/humble/kane was sued and lost the lawsuit. Judgement against humble/kane/nitv was about $500,000. Plaintiff appealed case all the way to the Florida Supreme Court and still lost. That judgement total today, with interest, is about $800,000 and still has not been paid by humble/kane/nitv.

40. Court records will show plaintiff sued Baker three years ago, again using the court as a weapon, to put Baker out of business. Case is still ongoing.

41. Court records will show plaintiff humble just completed paying off $26,000. It was a four year debt owed to a former lawyer of plaintiff for lawyer fees that plaintiff refused to pay.

42. Court should be aware of Herring's huge website www.nitvcvsaexposed.com providing various documents, including plaintiffs own documents, proving plaintiff has lied about himself, his business(nitv) and his so-called "voice lie detector" called cvsa.

43. Court should be aware plaintiff has used a fake title of "Dr"(PhD) that was bought in 1987 from a business selling unearned education titles in Indiana and has used that unearned title to convince various law enforcement departments that he has some type of expertise of "inventing" a voice lie detector, creating nitv's training and also creating plaintiff's AIS body language course. Both of which, after 25 years, still has NO independent studies proving any accuracy above a coin toss.


Certificate of Service


I hereby certify that on November 10, 2018, I sent copies to plaintiff's attorneys on record  DeSouza, D'Loughy and to the Clerk of Court by certified mail.


Arthur Herring III, President
Dektor Corporation
400 E. Station Ave, #400
Coopersburg, PA 18036
215.631.1448
admin@dektorpse.com




**Humble Bought Fake "Dr" Title From Fake University Using Fake Accreditation Sold By Fake Accreditation Business**

   In 1987 Humble, now only co-owner of Nitv, bought a fake title of "Dr" (PhD) from a fake university called Indiana Christian University(ICU) in Indiana. It was NOT any kind of school. It was only a one room store in the same shopping mall as Humble's lie detection business that sold various unearned education degrees, a so-called "diploma mill".
   ICU could claim it was accredited. But, it bought its "accreditation" certificate from a fake business in Southern California called Transworld Accreditation Commission International(TACI). TACI sells fake accreditation certificates to anyone who has a business with a name of school, college, university, etc., for a price. Then, that business sells fake education diploma titles, such as Masters, PhD and others just to make money.
   *Pictured here is Humble holding his fake diploma at the fake "university" in 1987.*

Exhibit
D

# Indiana Christian University

Indianapolis                    Indiana

On recommendation of the Faculty and the Board of Regents

Certifies That

## Charles W. Humble

has met all requirements as prescribed by this University

and is hereby awarded the degree of

## Doctor of Psychology

In Witness Whereof, we have hereunto affixed our

seal and the signatures, this ___31 st___ day of ___July 1987___

_President_

_Secretary_

www.charleshumble.com

# Charles Wayne Humble

About



Considered by his friends to be a Renaissance Man, Charles' a
include: inventor, entrepreneur, decorated police officer, tead
helicopter pilot (1,500 hrs pilot-in-command), Sergeant in the
musician, photographer, and successful businessm



https://ipfs.io/ipfs/QmXoypizjW3WknFiJnKLwHCnL72vedxjQkDDP1mXWo

# Indiana Christian University

**Indiana Christian University** (ICU) is a conservative C
located in the Indianapolis suburb of Noblesville, Indiana
main campuses in Indianapolis and South Bend, Indiana
extension campuses across the United States and also i
Christian University is an accredited member of the Tran
Commission International.[1] Transworld Commission Inte
faked accreditor.[2]

OCTOBER 31-NOVEMBER 6, 1988 • INDIANAPOLIS BUSINESS JOURNAL: 3A

# Rock Island, others slapped with judgment in lie-detector case

11/6/88

BY JOHN KETZENBERGER

Two subsidiaries of Rock Island Refining Corp. and several individuals were found guilty of copyright infringement in a case that stems from administering written examinations to prospective service-station employees.

U.S. District Court Judge William E. Steckler fined United Oil Service Inc.; R.I. Marketing Inc.; Richard Jones, United's vice president; and Charles W. Humble and Gary L. Nelson, both independent psychological-stress examiners, nearly $61,800 for copying a written examination developed and copyrighted by Reaume & Associates Inc.

A motion by the defendants to reconsider the decision was rejected by Steckler, and Christopher Braun, an attorney for United Oil, said the company is considering an appeal. The defendants have until Nov. 18 to decide whether to make an appeal.

The judge ruled that the defendants should pay $30,000 in statutory damages to Reaume for copying and using the written test without permission from the authors, Henry J. and Ann Reaume. The remainder of the judgment covers costs and attorney's fees.

The Reaumes were hired in July 1979 by United Oil to conduct voice-stress evaluations on prospective service-station em-

INSIDE

ployees. United Oil subsequently purchased several hundred copies of a written test developed by the Reaumes called ASSIST, which received copyright and trademark protection in 1979.

In June 1980, United Oil hired Charles Humble to replace the Reaumes and conduct voice-stress exams on prospective employees, those seeking promotions and those suspected of specific acts. According to court documents, at some point between 1980 and 1983, United VP Jones gave Humble several hundred copies of the ASSIST test, customized to United's specifications, to use in conjunction with the voice tests.

Humble used the ASSIST test until September 1985, when he concluded that the test had "limited value" in screening applicants based on theft, drug use and honesty criteria. It is unclear, however, how many times Humble used the test, because United Oil destroyed all of its business records for 1982 and 1983. At the same time, Humble destroyed all of his copies of invoices to United for the same two years, according to the court's findings.

Widespread copying of the test occurred beginning in 1983, when United and R.I. Marketing merged. The resulting addition of numerous service stations meant testing outside Humble's office, where it had previously occurred, and further copying and use.

## United Oil...(conducted) voice-stress exams on prospective employees.

The copying was discovered by the Reaumes in 1985, when Nelson, a former student of Humble's, offered to sell the ASSIST test to two other oil companies, including another that was a client of the couple.

An out-of-court settlement of $2,010 plus costs was rejected by the Reaumes shortly after they filed suit in October 1985. Additional claims of unlawful trade practices, unfair competition and trademark infringement brought by the Reaumes against United Oil, R.I. Marketing and Jones were dismissed last August. ▪



Radnor Corporation wishes to thank **William Ehret** of **F.C. Tucker Company**, as it welcomes **Summit Bank** as a new tenant to 101 West Ohio.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 06-81027-CIV-MARRA/JOHNSON**

**NITV, LLC,**

           Plaintiff,

    vs.

**DAVID HUGHES; ROBERT MARTIN;**
**COMPUTER VOICE STRESS TESTING**
**& CONSULTING INC.**, a Florida corporation;
**VIPRE SYSTEMS, LLC**, a Florida limited liability
company; **VIPRE-VOICE STRESS SALES &**
**TRAINING, LLC**, a Florida limited liability
company; and **INTERNATIONAL LAW**
**ENFORCEMENT TRAINING SOLUTIONS,**
**LLC**, a Florida limited liability company;

           Defendants.

_____/

**DEFENDANT VIPRE SYSTEMS, LLC'S RESPONSE IN OPPOSITION**
**TO MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**
**FOR WILLIAM THOMAS GOLDEN (DOCKET NO. 268)**

Defendant, VIPRE Systems, LLC, ("VIPRE") through counsel, hereby responds

in opposition to Plaintiff, NITV, LLC ("NITV") and third-party William Golden's Motion for

Protective Order and to Quash Subpoena (Docket No. 268), and states as follows:

**I.**      **INTRODUCTION**

As part of its discovery in both this action and the earlier-filed VIPRE Action

pending in the Middle District of Florida, VIPRE seeks the deposition of NITV agent,

William Golden.  The deposition has been noticed in both cases, and because the

actions mirror each other, the parties agreed to use discovery interchangeably in the

1

Ryan and Mr. Flood were former defendants in this action but recently settled with NITV. NITV has taken the position in the past that Mr. Flood along with Mr. Ryan and his company were somehow involved in a RICO conspiracy with VIPRE and the other defendants to infringe NITV's copyrights. Certainly the individual who investigated Mr. Ryan for NITV - William Golden - is relevant to the issues of access and non-infringement. VIPRE seeks to close the door on any theory NITV might offer that VIPRE obtained NITV source code from Mr. Ryan, and this deposition is relevant to that pursuit. This is an issue that is directly and indisputably tied to the core issue in this case -- NITV's claim of copyright infringement.

Mr. Golden was apparently disingenuous with this Court when he stated in his sworn declaration that he has "never heard of" VIPRE. VIPRE has obtained evidence of numerous acts Mr. Golden has engaged in against VIPRE, which will provide evidence in support of an unclean hands defense and numerous claims for affirmative relief. For example, on **September 14, 2007**, Mr. Golden went onto a popular Internet blog for a website, www.antipolygraph.org, on which polygraph and voice stress products are discussed. Mr. Golden registered himself under the name Cape_Canaveral_Kid. Mr. Golden started a new thread with the message:

> Anyone know what the real deal is with VIPRE Systems? We are hearing a lot of negative comments about their system and their people and they may be out of business shortly. My department is considering VIPE along with two competitors. Does anyone have any real experience with VIPRE Systems?

(Excerpt of Web Blog, Ex. 2). Mr. Golden then went on to create at least **seven (7) other user names** and had a "conversation" about VIPRE **with his own newly created identities**. Of Course, those reading the posts would believe the comments had come

<div align="center">3</div>

from multiple users.   In Mr. Golden's responses to his own query about VIPRE, and acting as NITV's agent, he states that the VIPRE product is a "knock off" of the CVSA, that VIPRE is under federal investigation, and that VIPRE is expected to go out of business soon.   (*Id.*).   Mr. Golden then attacks the owners of VIPRE calling them "con" men.   These communications support an unclean hands defense in this case, affirmative claims pending in the Middle District and affirmative claims to be asserted here.

VIPRE subpoenaed the website administrator and learned that the posts attacking VIPRE, while posted under different names, originated from the **same IP address**.   VIPRE then subpoenaed AT&T for the customer information associated with that IP address and discovered that it was **Mr. Golden**, NITV's "investigator."   (AT&T Response to subpoena, Ex. 3).   So while Mr. Golden has represented to the Court in his November 28, 2007 sworn declaration that he "never heard of" VIPRE, discovery has shown a different story – he, acting on NITV's behalf, tortiously interfered with VIPRE's customers, publicized false statements and attempted to use the lawsuit as a "proven" claim of infringement.

In addition to acts discussed above, VIPRE has learned that Mr. Golden was retained by NITV to disparage VIPRE and its owners in numerous other ways.   Mr. Golden has pretended to be third party competitors and police departments in distributing defamatory letters about VIPRE.   Mr. Golden relies on *Jones v. Hershfeld*, 219 F.R.D. 71 (S.D.N.Y. 2003), for the proposition that a sworn statement regarding lack of relevant knowledge can be considered in the context of a Motion for Protective Order; however, the *Jones* case involved a sworn statement from President Clinton and

4

there was certainly no evidence of the President engaging in the type of conduct Mr. Golden has on behalf of NITV. The acts of Mr. Golden for NITV clearly establish NITV's misuse of its copyrights and unclean hands as well as tortious interference and unfair competition. This is not as Mr. Golden suggests a "fishing expedition," since Mr. Golden has already been caught. VIPRE seeks testimony on the acts Mr. Golden engaged in for NITV. There is no legitimate argument that Mr. Golden has no knowledge of the dispute between VIPRE and NITV.

### B.   Golden's Claim Of Undue Burden

Mr. Golden did not appear concerned with the undue burden placed on VIPRE in having to investigate his acts against the company and its owners. Moreover, while NITV's attorneys also represent Mr. Golden, they refused to accept service of a subpoena on his behalf claiming he had not authorized them to do so, and even suggested that it might be difficult to serve Mr. Golden. (Correspondence, Ex. 4). Of Course, once VIPRE located and served Mr. Golden, NITV's attorneys are suddenly authorized to represent him again. It appears they were playing a little game to avoid discovery. Nonetheless, <u>VIPRE did clear the date of the deposition with Mr. Golden's attorneys</u> before serving the subpoena. (Correspondence, Ex. 4).

VIPRE also would have been willing to work with Mr. Golden's attorneys to set a place for the deposition, however, Mr. Golden and his attorney's refused to cooperate aside from providing an available date to use "if" VIPRE could serve Mr. Golden. Thus, the deposition was set in Little Rock, AR, which is well within 100 miles from Mr. Golden's residence in Hot Springs, AR, and thus within the distance dictated by Rule 45, Fed.R.Civ.Proc. Mr. Golden has made every attempt to obfuscate discovery, even

S:\AIMDOCS\VIPRE\0041717\54960.DOC

violation of the EAR. In 2001, LogicaCMG's predecessor company, CMG Telecommunications, exported telecommunications equipment to Cuba via Panama without the required export license. LogicaCMG also agreed to pay a $99,000 administrative penalty to settle charges in connection with this export. This telecommunications equipment was controlled for national security, anti-terrorism, and encryption reasons.

*Energy Equipment to Iran, Iraq, Libya, and Cuba* – On May 23, 2006, Dresser Inc. and its subsidiaries were ordered to pay $1.1 million in administrative fines for EAR violations. Between June 2000 and April 2004, Dresser and its subsidiaries made 169 exports of energy related equipment from the U.S. to Iran, Iraq, Libya, and Cuba without the required licenses. Dresser voluntarily self-disclosed these violations and cooperated fully with the investigation.

*Failure to Abide by Licensing Conditions on Undersea Mapping Equipment* – On September 1, 2006, WesternGeco LLC. was ordered to pay an administrative penalty in the amount of $925,000 and Western Geophysical Company of America was also ordered to pay administrative penalties totaling $1,965,600 for failing to abide by licensing conditions between August 1998 and January 2001. During this time period, both companies failed to abide by conditions placed on export licenses issued for underwater geophysical mapping equipment exported to the China. This equipment was controlled for national security reasons.

*Crime Control Items to South Africa* - On September 7, 2006, the Springer MaGrath Company was sentenced to a criminal fine of $50,000 for knowingly and willfully exporting crime control items to South Africa without the required export license from BIS. Springer MaGrath also paid an administrative fine of $451,000 to BIS and received a three year suspended denial of export privileges.

*North Carolina Company President Convicted for Illegal Export of Crime Control Products* – On March 22, 2006, John Carrington, the former President of Sirchie Fingerprint Laboratories and a former North Carolina state Senator, was sentenced to 12 months' probation and agreed to pay an $850,000 criminal penalty. On December 15, 2005, Carrington entered a guilty plea for his part in illegally exporting approximately $1.2 million dollars in crime control equipment to China through intermediaries in Italy and Hong Kong. In September 2005, Carrington settled administrative charges by agreeing to a five year denial of export privileges. Sirchie also settled administrative charges and agreed to pay $400,000 and accepted a five year suspended denial.

*Polygraph Machines to China* – In February 2005, Stoelting Company, of Wood Dale, Illinois, and its president, LaVern Miller, were sentenced for criminal export violations in connection with the illegal export of polygraph machines to China without required export licenses. These items are restricted to China for human rights reasons. Stoelting was sentenced to two and half years' corporate probation and a $20,000 criminal fine; while Miller was sentenced to two and a half years' probation, including six months of electronically monitored home confinement, 500 hours community service, and a criminal fine equivalent to the costs of his probation and monitoring, estimated to be $18,000. In June 2004, Stoelting and Miller each agreed to pay $44,000 in administrative penalties to BIS and Stoelting agreed to a five year suspended denial of export privileges as part of agreements to settle charges related to these unlicensed transactions.



*Crime Control Items to South Africa and Mexico* –On April 7, 2006, the National Institute for Truth Verification (NITV) agreed to pay a $77,000 administrative penalty to settle charges that it violated the EAR in connection with <u>unauthorized exports of voice stress analyzer equipment and technology</u> controlled for crime control reasons to Mexico and South Africa. Between March 2003 and January 2006, the NITV caused the export of computers containing voice stress

 analyzer software and technology specifically designed for the use of the voice stress analyzer equipment.

***Administrative Fine for Chemicals Export to Israel*** – On March 22, 2006, Ameribrom, Inc. of Fort Lee, New Jersey was fined $82,500 by BIS for 11 violations of the EAR for failure to obtain and submit required end-use certificates in connection with 11 shipments of a chloropicrin based pesticide and soil fungicide, an item classified under ECCN 1C335, to Israel. EAR Section 745.2 requires that an end-use certificate from the government of the recipient of the applicable items be submitted to BIS for exports of Chemical Weapons Convention (CWC) Schedule 3 chemicals to countries not party to the CWC.

***Failure to File Shipper's Export Declarations on Aircraft Parts*** – On February 16, 2007, Aviacsa Airlines of Houston, Texas was ordered to pay an administrative fine $450,000. Between February 2002 and May 2003, Aviacsa Airlines failed to file Shipper's Export Declarations on 75 separate occasions. These improperly documented exports were for aircraft parts subject to the EAR that were valued at $2,500 per Harmonized Tariff Schedule/Schedule B number to Mexico.

***Sodium Cyanide to South Africa*** – On October 5, 2005, ProChem (Proprietary), Ltd., as successor corporation to Protea Chemicals (Proprietary), Ltd., based in Gauteng, South Africa, paid administrative penalties totaling $1.54 million to settle charges pertaining to unauthorized resales of U.S.-origin sodium cyanide and potassium cyanide to end users in South Africa. On 112 occasions between November 1999 and December 2003, Protea resold U.S.-origin sodium cyanide and potassium cyanide to various unauthorized business entities in South Africa. BIS further charged that Protea committed an additional 112 violations of the EAR by reselling these controlled commodities with knowledge that conditions on its Department of Commerce licenses did not authorize resale to the end users. These resales were made in violation of conditions set forth in Department of Commerce licenses issued to Protea and in violation of the EAR.

*BIS Export Enforcement: Keeping the most sensitive goods out of the most dangerous hands.*

*To Report Illegal Exports: 1-800-424-2980 or www.bis.doc.gov*

*For more information contact:*
BIS Public Affairs 202-482-2721 or www.bis.doc.gov

## COUNT I
## (FRAUDULENT TRANSFERS UNDER THE ACT
## NITV FED, IRIMIA, HUMBLE and KANE)

Plaintiff incorporates the General Allegations in paragraphs 1-11 as set forth above.

12. Third Party Defendants, NITV FED, IRIMIA, HUMBLE and KANE

are liable under the ACT for the DEBT by virtue of any or all of the following:

    a.   The fraudulent transfer of money, or other assets from the JUDGMENT

       DEBTOR to the INSIDERS and/or **SUCCESSOR/ ALTER EGO** after the

       DATE, at a time when the JUDGMENT DEBTOR was insolvent under the

       ACT, without the JUDGMMENT DEBTOR'S receipt of reasonably

       equivalent value for the transfer; or

    b.   The fraudulent transfer of money, or other assets from the JUDGMENT

       DEBTOR to the INSIDERS and **SUCCESSOR/ ALTER EGO** after the

       DATE, without the JUDGMENT DEBTOR'S receipt of reasonably

       equivalent value for the transfer, which transfer caused the JUDGMENT

       DEBTOR to become insolvent under the ACT, and the INSIDERS knew the

       transfer would make the JUDGMENT DEBTOR insolvent; or

    c.   Further, the insiders conspired amongst themselves to fraudulently transfer

       JUDGMENT DEBTOR assets either to themselves or to **SUCCESSOR/**

       **ALTER EGO** to carry on the JUDGMENT DEBTOR's business.

13. The foregoing conduct violates either F.S. 726.105 and/or F.S. 726.106, subjecting the

insiders to liability.

**WHEREFORE** Plaintiff, BAKER, request judgment plus interest, costs and such fees as are

allowable against the Third Party Defendants, NITV FED, IRIMIA, HUMBLE and KANE, and

INSIDERS. The INSIDER, HUMBLE, breached his duty to Plaintiff by allowing the misappropriation of the assets.

e.   The INSIDER, HUMBLE , had an affirmative duty to acquire knowledge and experience to perform his director duties, and a continuing obligation to keep informed about the JUDGMENT DEBTOR'S business activities and not ignore the illegal conduct of other INSIDERS.

f.   The INSIDER, HUMBLE failed to properly capitalize the JUDGMENT DEBTOR.

**WHEREFORE** Plaintiff, BAKER, request judgment plus interest, costs and such fees are allowable against the Third Party Defendant, HUMBLE, and such other relief as the Court deems equitable and just.

<u>COUNT III</u>
<u>BUSINESS CONTINUATION</u>
(NITV FED)

18. Plaintiff incorporates the General Allegations in paragraphs 1-11 as set forth above.

19. The SUCCESSOR/ALTER EGO was set up by the INSIDERS, IRIMIA, HUMBLE and KANE, for the purpose of engaging in substantially the same business activities as the JUDGMENT DEBTOR.

20. The SUCCESSOR/ALTER EGO was capitalized with the assets fraudulently transferred from the JUDGMENT DEBTOR.

21. The SUCCESSOR/ALTER EGO reflects a continuity of JUDGMENT DEBTOR ownership, business operations, personnel, officers and directors, and of product sold or service rendered.

22. By virtue of the foregoing, the SUCCESSOR/ALTER EGO is either a business continuation, a successor corporation, or the surviving corporation of a de factor merger between SUCCESSOR/ALTER EGO and the JUDGMNET DEBTOR, and is liable for the JUDGMENT DEBT.

**WHEREFORE** Plaintiff, BAKER, request judgment plus interest, costs and such fees are allowable against the Third Party Defendant, IRIMIA, HUMBLE and KANE and for such other relief as the Court deems equitable and just.

Dated: May 5, 2014

STEPHEN B. GEBELOFF, P.A.
5255 N Federal Highway
Third Floor
Boca Raton, FL 33487
561-953-4600
steve@gebeloff law.com

STEPHEN B. GEBELOFF, ESQUIRE
FL BAR NO.: 0695947

Exhibit E

# NITV ← Great Seal

FEDERAL SERVICES

[redacted]

Dear Customer,

Please be advised that the National Institute for Truth Verification Federal Service (NITVFS) is the **Sole Source** for the Computer Voice Stress Analyzer II (CVSA® II) and its training programs.

NITVFS is the exclusive manufacturer/distributor of both the CVSA® CVSA® [illegible] and has no U.S. distributors. The CVSA II incorporates two US Patents: U.S. Patent Number 7,321,855 "*Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples*" and US Patent Number 7,[illegible] "*Quantifying Psychological Stress Levels Using Voice Patterns.*" NITVFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. The [redacted] [illegible] solely created by NITVFS and can precisely quantify stress in the human voice [illegible] [redacted] Additionally, the CVSA is an approved GSA item for all US Federal Agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 U.S. and International Law Enforcement Agencies as well as elements of the U.S. Military and other US Federal Agencies.

For more information please visit our company website at www.[illegible].

Sincerely,

[redacted]

James A. Kane
Executive Director

NITV

Great Seal

FEDERAL SERVICES

October 10, 2018

*Excellence in Technology, Training and Service*

**Sole Source Letter**

Dear Customer,

Please be advised NITV Federal Service (NFS) is the **Sole Source** for the Computer Voice Stress Analyzer III (CVSA® III), the CVSA® II, the CVSA®, as well as all manufacturer approved certification training programs related to any version of the CVSA®.

NFS is the exclusive manufacturer/distributor of the CVSA® III, CVSA® II, and CVSA® and has no US distributors. Both the CVSA® III and CVSA® II incorporate version-unique and specialized processes protected by two US Patents: US Patent Number 7,321,855 "*Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples*," and US Patent Number 7,571,101 "Quantifying Psychological Stress Levels *Using Voice* Patterns."

NFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. [redacted] Additionally, the CVSA® is an approved item for all US Federal agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 US and International Law Enforcement Agencies, as well as elements of the US Military and US Federal Agencies.

For more information please visit our website at www.cvsa1.com or contact us by calling (561) 798-6280.

## Lie Detection Training using the
# COMPUTER VOICE STRESS ANALYZER® (CVSA®II)
## 5-Day CERTIFIED EXAMINERS COURSE

*The CVSA® II Instrument is used to Identify Deception, Validate Truths and Solve Crimes.*

Upcoming Class
## Hosted by: Plainfield Police Dept.
Indianapolis, IN area

June 25-29, 2018
Recertification class June 26-28

*To register go to   http://www.cvsa1.com/Trainingenroll.htm*

The CVSA II is used by over 2,000 local, state and federal agencies, as well as by ICAC Task Forces, US Military Special Operations and Intelligence Units. The CVSA is the only voice stress analyzer with Voice Imaging™ Technology, Report Auto-Write, and a Patented scoring algorithm. Using the CVSA in conjunction with NITV Federal Services' widely acclaimed Defense Barrier Removal® interview technique ("DBR") you will find the results are swift and dramatic.

The CVSA® requires no wires to be attached to the subject being tested and only uses a microphone plugged into the computer to analyze the subject's responses. Unlike the polygraph, drugs do not affect the results of the exam. There are no known counter-measures that will cause the ubiquitous "inconclusive" results associated with the polygraph. Learn about CVSA and Polygraph cases at http://www.cvsa1.com/News.htm

Our mission is to develop the latest in truth verification instruments to identify the guilty and absolve the innocent. NITV FS is the manufacturer and sole source for the patented Computer Voice Stress Analyzer ® II with the Fact Analysis Confirmation Tool® ("ACT")® scoring algorithm. U.S. Patent Numbers 7,321,855 and 7,571,101

*Find out why over 2,000 Law Enforcement Agencies use the CVSA®*

Please contact NITV Federal Services at
888-266-7263 or email nitvfs@cvsa1.com and visit NFS website at www.cvsa1.com

## LIMITED TIME SPECIAL
Computer Voice Stress Analyzer (CVSA® II) - $8,955.00
**Includes Training for Two New Examiners (Valued at $2590.00!)**

*******Ask about our Trade In and Pre-Owned CVSA® Systems*******

# AntiPolygraph.org Message Board

https://antipolygraph.org/cgi-bin/forums/YaBB.pl
**Polygraph and CVSA Forums >> CVSA and other Voice Stress Analysis Applications >> CVSA Maker Admits Device Cannot Detect Lies!**
https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1099830263

**Message started by George W. Maschke on Nov 7th, 2004, 10:24am**

---

Title: **CVSA Maker Admits Device Cannot Detect Lies!**
Post by **George W. Maschke** on Nov 7th, 2004, 10:24am

The National Institute of Truth Verification (http://www.cvsa1.com), which markets the Computerized Voice Stress Analyzer (CVSA), has admitted in a court filing that their device "is not capable of lie detection." John Tuohy reports this in an *Indianapolis Star* article titled, "Voice analyzers draw praise, flak." (http://www.truthinjustice.org/CVSA.htm) Here is the relevant excerpt:

*Quote:*
Police departments across Indiana and the country are spending thousands of dollars apiece on a truth verification device that some scientists say doesn't work.

The Computer Voice Stress Analyzer, designed by a former Indianapolis Police Department officer, claims to help officers assess truthfulness by measuring changes in one's voice.

Eighty-five Indiana police departments, including IPD, use the machines, which start at $10,700 each.

The designer, Charles Humble, now is chairman and CEO of the National Institute for Truth Verification, which makes the machines. In its literature, the Palm Beach, Fla., company touts it as "a very reliable investigative tool for verifying statements of witnesses, denials of suspects and for determining the validity of allegations made against police officers."

But several scientific experiments have shown the machine, which went on the market in 1988, is no more than 50 percent reliable — in other words, a coin toss.

In addition, the manufacturer conceded in a product liability lawsuit in California that the machine can't measure whether someone is lying.

...

In San Diego, murder charges were dropped against two teenagers after it was determined their confessions were coerced after they flunked voice stress tests.

One of the boys sued the National Institute for Truth Verification, claiming the analyzer was used to get the false confession.

In a court filing, the manufacturer said: "NITV acknowledges that the CVSA is not capable of lie detection and specifically cautions its users regarding the proper use of the device."

;D

---

Title: **Re: CVSA Maker Admits Device Cannot Detect Lies!**
Post by **George W. Maschke** on Dec 3rd, 2004, 4:27am

Note that although the National Institute of Truth Verification has admitted in court that the Computer Voice Stress

*Arizona Republic 10/10/05*

## LAW ENFORCEMENT

# Arguments rage over voice-stress lie detector

**By Dennis Wagner**
THE ARIZONA REPUBLIC

At least 20 Arizona law enforcement agencies are relying on a voice-measuring lie detector for criminal investigations even though experts say the device does not stand up to scientific scrutiny and may prompt innocent suspects to make false confessions.

The Computer Voice Stress Analyzer, or CVSA, purportedly measures FM radio waves produced by muscles around the larynx. Deceptive answers cause stressful "micro-tremors" in the voice that are charted by the device's software program, the manufacturer says.

Yet, independent experts have consistently found the in-

See **CVSA** Page A14



### CVSA
*Continued from A1*

strument to be dubious, at best, when it comes to separating truth from lies. And, while increasingly more police agencies are using it to interrogate suspects and assess witnesses, they don't use the machine for internal investigations or to screen recruits.

The Department of Defense Polygraph Institute concluded that CVSA produced "dismal results" and "no examiner did better than the chance level."

Two years ago, the National Academy of Sciences reviewed voice-stress studies and concluded there is "little or no scientific basis" to consider the device an alternative to polygraph machines.

And a report done for the International Association of Chiefs of Police found: "Whatever the CVSA may record, it is not stress. ... The poor validity for the current voice stress-technology should provide a caveat to agencies considering adding voice stress to their investigative toolboxes."

Despite those critiques, the company behind CVSA claims its device is more accurate than a polygraph machine, and has solved hundreds of crimes across the country.

Charles Humble, chairman and chief executive officer of the business known as National Institute for Truth Verification, said voice-stress technology helps detectives target the bad guys during investigations, and clears innocent suspects who might otherwise remain under suspicion. It also is used to check witnesses' veracity.

"We believe the system is 100 percent accurate," Humble added.

### Widespread popularity

According to the institute, 1,400 American law enforcement agencies have purchased Computer Voice Stress Analyzers in recent years, at $10,760 per machine.

The device is purportedly used in Iraq by counterintelligence forces and at the military's terrorism detention cen-

ter in Guantanamo Bay, Cuba.

In Arizona, it is employed by the state Department of Public Safety, Maricopa County Sheriff's Office and police in Mesa, Glendale, Gilbert and Avondale, to name a few. It also has been used in training programs at Fort Huachuca, the Army's intelligence training center in southern Arizona.

The institute's literature identifies research works that seem to endorse the instrument. One study found "100 percent agreement between CVSA and the polygraph." Another concluded it is "accurate when utilized as a truth verification device, and produced a confession rate of 94.8 percent."

Humble acknowledged, however, that no independent testing has demonstrated the machine's integrity. He claimed CVSA cannot be evaluated under laboratory conditions because stressful deviations occur only when an interrogation subject is afraid of prison or the death penalty.

"We never really had the funding to do that, to take it to a university and pay for all the researchers," he said.

### Competes with polygraph

Peoria police Detective Tom Stewart, who has administered dozens of CVSA exams, said suspects often crack when told they are facing a foolproof deception-detector.

"I don't know if this thing works," Stewart admitted. "But it works for me in getting people to see the light. ... They deny doing it right up to the point of me asking the first question. Then they break down and say, 'You don't need to do the test. I'm guilty.'"

Before CVSA, Stewart said, police departments had to pay $150 for private polygraph exams or wait days for state examiners to be available. With voice-stress testing, he said, getting confessions is faster, cheaper and easier.

CVSA technology is based on research first conducted by the Army four decades ago. A pair of retired officers took their findings to the public in 1970

In 1986 a nationally-recognized company made the decision to produce a new voice stress analyzer utilizing the latest in technology. In searching for an individual with the expertise to head up the project, they chose Charles Humble, a voice stress and polygraph examiner from Indianapolis, IN, who had not only built a successful lie detection business, but who had also discovered 'delayed stress reaction' while forming his own training school for voice stress analysis in 1981. Humble published his findings and restructured test formats accordingly, dramatically changing the face of voice stress analysis by greatly increasing its accuracy rate (50% of all deceptive reactions displayed in the pattern of the following question). Humble also developed an interviewing technique which he called Defense Barrier Removal (DBR). DBR incorporated the Kinesic Interviewing Technique and utilizing it greatly increased the interviewer's ability to identify guilty subjects and to then elicit confessions from them. The combination of an accurate system, validated formats and testing protocols, as well as a dynamic training program was the formula for the future success of voice stress analysis in the law enforcement community.

In 1988 the **Computer Voice Stress Analyzer**™ was debuted by the National Institute for Truth Verification to a market that had less than fond memories of voice stress analysis. Although it was initially difficult to convince law enforcement to take the CVSA™ seriously, many in the Midwest law enforcement community were so convinced by their previous experience with Humble that they gave it a try. Very slowly word spread throughout law enforcement that the CVSA, along with the outstanding training at the NITV, was replacing the polygraph in every agency which purchased it. Because the NITV did not advertise and relied solely on word-of-mouth for its sales, the polygraph community, disorganized by the

Exhibit H






INDEPENDENT NEWSMEDIA SAID THIS ABOUT NITV,
CVSA AND THE OWNER!

NITV agreed to pay.... Civil penalty (almost $100,000)... in connection with
unauthorized exports of CVSA to countries not considered friendly to the U.S.
Dept. of Commerce, 2006

"NITV acknowledges that the CVSA is not capable of lie detection"....
Indianapolis Star, November 2004

William E. Burke, 49, of Odessa, a defense contractor at SoCom, pleaded guilty to bribery... The type of Federal contracts Burke would have overseen ranged.... To $690,000 for a field interrogation tool (CVSA) that would analyze stress in the voice...."
St. Petersburg Times, Oct. 15, 2005

Oklahoma Department of Mental Health, 2007
Another study, using real crimes, that showed the accuracy of the CVSA
was only chance level and the system had serious design flaws.

"The Pentagon is also actively halting the use of the CVSA in the field".
American Spectator, Dec. 15 2005

"Whatever the CVSA may record, it is not stress"
IACP (International Association Chiefs of Police) Arizona Republic, Oct.
2005

"...no independent testing has demonstrated the machines integrity"
Charles Humble, owner NITV, referring to his CVSA;  Arizona Republic,
Oct. 2005

"there is no one like that"
Charles Humble, owner NITV, when asked for the name of any person that did a validity study on his CVSA
ABA Magazine, 1995

"No validity from the scientific community"
FBI, KTNV-TV, 1997

"...we have found no credible evidenc(CVSA)... for determining deception".
Department of Defense letter, 1996

"It is an honorary degree...awarded by a storefront college"
Referring to the title of "Dr" of "Dr" humble, owner of NITV.
John Wilkens, Union Tribune, 1998

1

"...the analyzer (CVSA) results were close to chance level.."
      National Academy of Sciences, 2003, referring to the study by John
      Palmatier, Certified CVSA examiner and scientist.

"NITV opted out of the study"
      Security Management Magazine, 2001, referring to NITV refusing to allow
      CVSA to be used in a validity study by the Air Force Research Lab

"Charles Humble, former ISSA member #399, was expelled from the Society for unethical conduct"...
      International Society for Stress Analysts newsletter, 1987

"Armstrong vs Maricopa County sheriff, 2005
      Another lawsuit involving CVSA and unreliable training

Virus-free. www.avast.com

## Waiver of Liability and Hold Harmless Agreement

1.  In consideration for receiving permission to purchase a license as an authorized end-user of the Computer Voice Stress Analyzer® (CVSA®) software "**Commercial Version**," I hereby **release, waive, discharge and covenant not to sue** the National Institute for Truth Verification  Federal Services ® (NITV FS ®), its affiliates, owners, officers, agents, servants, or employees (hereinafter referred to as **releasees**) from any and all liability, claims, demands, actions and causes of action whatsoever arising out of or related to any loss, damage, or injury, including death, that may be sustained by me, or any of the property belonging to me, **whether caused by the negligence of the releasees,** or otherwise, while utilizing any product or service provided by **releasees**, or while in, on or upon the premises where **releasee-related** activity is being conducted.

2.  I am fully aware of the legal and NITV FS -required restrictions involved and liabilities connected with use of the commercial version of the CVSA, and I hereby elect to voluntarily utilize the CVSA with full knowledge that said activity may be cause jeopardy to me and my property. **I voluntarily assume full responsibility for any risks of loss, property damage or personal injury, including death,** that may be sustained by me, or any loss or damage to property owned by me, as a result of being engaged in such an activity, **whether caused by the negligence of releasees or otherwise.**

3.  I further hereby **agree to indemnify and hold harmless the releasees** from any loss, liability, damage or costs, including court costs and attorney fees, that they may incur due to my use of NITV FS products or service **whether caused by negligence of releasees** or otherwise.

4.  I understand that the NITV Federal Services does not maintain any insurance policy covering any circumstance arising from **my use of** NITV FS products or services or any activity associated with or facilitating that use.  As such, I am aware that I should review my personal insurance portfolio.

5.  It is my express intent that this Waiver of Liability and Hold Harmless Agreement shall bind the members of my family and spouse, if I am alive, and my heirs, assigns and personal representative, if I am deceased, and shall be deemed as a **release, waiver, discharge and covenant not to sue** the above-named **releasees.**   I hereby further agree that this Waiver of Liability and Hold Harmless Agreement shall be construed in accordance with the laws of the State of Florida.

6.  **In signing this release, I acknowledge and represent that** I have read the foregoing Waiver of Liability and Hold Harmless Agreement, understand it and sign it voluntarily as my own free act and deed; no oral representations, statements, or inducements, apart from the foregoing written agreement, have been made; I am at least eighteen (18) years of age and fully competent; and I execute this release for full, adequate and complete consideration fully intending to be bound by same.

**In witness whereof, I** have hereunto set my hand and seal on this _____day

of _____ , 20_____ .

_____          _____
**Purchaser- print name**                              **Purchaser signature**

*Exhibit 6*

# Former supervisor of Manatee sheriff's child protection division opt to retire after demotion and facing suspension



**BY JESSICA DE LEON**

April 04, 2018 06:08 PM

MANATEE — A former supervisor in the Manatee County Sheriff's Office Child Protectio: Investigative Division has retired to avoid a demotion and discipline after an internal affai investigation concluded he had been inappropriate and demeaning toward child protective workers. His supervisor was suspended and reassigned after a related internal affairs investigation concluded he did nothing to stop the behavior and participated in the beratin of others.

Former Sgt. Jerry Crotty announced he would be retiring in a letter dated Feb. 4 to Capt. Brian Schnering in the Professional Standards Section. According to an internal affairs investigation concluded on Feb. 20, allegations that Crotty violated three general orders – harassment on the basis of disability, conduct unbecoming and failing to adhere to genera orders -- were sustained against him.

# NEW DIRECTOR OF LAW ENFORCEMENT OPERATIONS

NITV Federal Services (NFS) is pleased to welcome Detective Jerry Crotty as its Director of Law Enforcement Operations. Jerry will oversee all aspects of law enforcement operations for NFS and provide direct advice and assistance to law enforcement agencies worldwide, as well as oversee our Technical Services Divisio

Jerry joins the NSF team from the Manatee County Sheriff's Office in Florida where he served for 20 years in various positions, including supervisory positions in su specialized disciplines as Crimes Against Children, Domestic Violence and Internet Crimes Against Children (ICAC). While assigned to the State and Federal ICAC Ta Force, Jerry developed ground-breaking techniques for using the CVSA® to identify and bring to justice serial child predators, which are now taught nationally. Th techniques were so significant and effective that in 2015 he received the National Association of Computer Voice Stress Analysts (NACVSA) annual **Professor James Chapman Award for Excellence.** Jerry is considered an expert in interviewing and interrogation and has a confession rate well above 95%. He is also an expert utilizing the CVSA and is highly experienced in conducting specialized covert and structured examinations. Jerry holds a Master's Degree in Science from the University of Central Florida.

Charles Humble, Founder of NITV Federal Services and the developer of the CVSA, states "We are very excited to have an individual with the qualifications and stro moral character of Jerry Crotty joining our team. With his law enforcement background, especially in the ICAC arena, Jerry will bring a new dimension to an organization that is already recognized as the Gold Standard for our industry."

*Exhibit      M*

# St. Petersburg Times

## SOCom bribery scandal widening; [SOUTH PINELLAS Edition]

*PAUL DE LA GARZA, JENNIFER LIBERTO.* **St. Petersburg Times.** St. Petersburg, Fla.: Oct 15, 2005. pg. 1.A

**Abstract** (Document Summary)

William E. Burke, 49, of Odessa, a defense contractor at SOCom, pleaded guilty to bribery in a plea deal and agreed to cooperate with federal investigators and identify associates in the scheme. He could face up to 15 years in prison.

"Once SOCom completes its review of contracts Mr. Burke was involved with and receives information from any criminal investigations, we will decide the appropriate course of action on a case-by-case basis," [Sam Taylor] said.

[Steve Cole] said SOCom initiated the investigation, but declined to say when it began or what prompted it. The agencies involved include the Pentagon inspector general, criminal investigators at SOCom and the FBI.

**Full Text** (936 words)

*Copyright Times Publishing Co. Oct 15, 2005*

Faced with a widening bribery scandal, officials at Special Operations Command said Friday they would review all contracts to determine if the kickback scheme left the nation's secret military commandos with inferior war-fighting equipment.

William E. Burke, 49, of Odessa, a defense contractor at SOCom, pleaded guilty to bribery in a plea deal and agreed to cooperate with federal investigators and identify associates in the scheme. He could face up to 15 years in prison.

As word spread of other criminal targets in the investigation, panic spread among employees and private consultants.

Some scrambled to retain legal counsel, according to high- profile attorneys, including Patrick Doherty of Palm Harbor. "Innocent people are concerned," said Doherty, who has been hired to represent a consultant.

Late Friday, SOCom - based at MacDill Air Force Base - said it would review all contracts handled by Burke, who was in charge of determining which weapons and military equipment would be tested and used by special operations forces.

 The type of federal contracts Burke would have overseen ranged from $115,000 for a gunfire detection system to $690,000 for a field interrogation tool that would analyze stress in the voice.

In an e-mail to the St. Petersburg Times, SOCom spokesman Col. Sam Taylor said that Burke "worked on what can best be described as soldier systems, which includes things like lightweight communications systems, ammunition, small arms, etc."

SOCom oversees special ops forces such as the Green Berets and Navy SEALS, and has been at the forefront of the war on terror since Sept. 11.

"SOCom takes all allegations of wrongdoing seriously and will, as it did in this case, ensure they are thoroughly investigated and the appropriate action is taken," Taylor wrote in the e-mail.

Burke worked for Virginia-based Sentel Corp., a multimillion- dollar company that employs about 300 people nationwide, with employees like Burke on special assignments.

Burke started working at SOCom in Tampa in 1999. His job was to test and evaluate equipment

Case 9:18-cv-80994-DLB   Document 119   Entered on FLSD Docket 06/24/2019   Page 49 of 81

and rank which private defense contractors deserved federal contracts.

He gave preferential treatment to defense companies that were represented by an unindicted co-conspirator in exchange for a $3,000 bribe in January, according to federal prosecutors. He also accepted another $9,000 in exchange for providing both market research and also preferential treatment for the co-conspirator, they said.

Burke's suggestions opened doors.

If a proposal was not placed on the SOCom "nomination list" to the Office of the Secretary of Defense, it could not receive congressional funding, the plea deal said.

In his e-mail to the Times, Taylor said SOCom was conducting a review to determine which contracts Burke had handled.

"Once SOCom completes its review of contracts Mr. Burke was involved with and receives information from any criminal investigations, we will decide the appropriate course of action on a case-by-case basis," Taylor said.

In addition, Taylor said SOCom was trying to determine if special operations forces had been left with inferior equipment as a result of the bribery scheme.

"SOCom will not be able to answer this question," he said, "until we have completed our review and received the applicable information from criminal investigations."

Steve Cole, a spokesman for the U.S. Attorney's Office in Tampa, said the ongoing investigation sought to answer several questions.

For example, what will happen to the companies that were given preferential treatment or awarded contracts as a result of the bribery scam? Were the companies aware that they were paying a bribe, and which companies were involved?

"Many of these questions concern the ongoing investigation we have and at this time we can't comment," Cole said in a statement.

Cole said SOCom initiated the investigation, but declined to say when it began or what prompted it. The agencies involved include the Pentagon inspector general, criminal investigators at SOCom and the FBI.

Doherty, the Palm Harbor lawyer, said one question people at SOCom are asking is what constitutes a bribe.

"What if I took five people out to Ruth's Chris Steak House, and I paid," Doherty said.

"The charge may depend on whether you had wine or not. It might come down to that, and people are concerned."

Burke said in court Friday that he worked as a systems analyst and project manager at SOCom for Sentel, a private engineering firm ranked among the top minority-owned firms in the country.

He stopped working for Sentel in June. In a statement, Sentel president James Garrett said Burke's activities did not involve the company.

"Unbeknownst to Sentel Corp., Mr. Burke was working independently from his house with his own business," Garrett said. "Sentel has a long, successful history of working with the federal government and we do not tolerate unethical or illegal behavior from our employees."

Burke didn't appear to live a lavish life. He owns a house valued at $200,000 in Farmington

DE - NATIONAL ASSOCIATION OF COM
ANALY

**NATIONAL ASSOCIATION OF COMPUTER VOICE STRESS ANALYSTS LLC (Filing State: Delaware / Incorpora**

Incorporation State: **DE**
Filing Date: **02/05/2008**
**NATIONAL ASSOCIATION OF COMPUTER VOICE STRESS ANALYSTS LLC (Primary)**
Filing Number: **4500242**
FEIN: **None Found**
D-U-N-S® Number: **None Found**
Filing Office Link Number: 1807690010
Corporation Type: **Corporation**
Registration Type: **Limited Liability Company**
Verification Date: **02/16/2008**
Date First Seen: **02/27/2008**
Date Last Seen: **03/28/2008**
Received Date: **02/23/2008**
Misc Details: **ENTITY TYPE: GENERAL**
Filing Office Name: **SECRETARY OF STATE/CORPORATIONS DIVISION**
Filing Office Address: **401 FEDERAL ST, DOVER, DE 19901-3639 (KENT COUNTY)**
File Date: **06/17/2010**
Sec Status: **Status Not Available**

<u>**Corporate Officers and Directors**</u>
<u>**HARVARD BUSINESS SERVICES, INC.**</u>, Titl
16192 COASTAL HWY, LEWES, DE 19958-3
COUNTY)

# Polygraph Being Replaced with Newer Technology by US Law Enforcement

PR Newswire

LEWES, Del., Jan. 27, 2014

LEWES, Del., Jan. 27, 2014 /PRNewswire/ -- Nearly 1,900 US law enforcement agencies have dropped the old polygraph in favor of the Computer Voice Stress Analyzer (CVSA®) according to the National Association of Computer Voice Stress Analysts (NACVSA), an organization representing over 2,000 law enforcement, security and military agencies worldwide.

Starting in 1989, mostly with smaller police agencies, the switch to the CVSA includes such large metropolitan police agencies as Atlanta, Nashville, New Orleans, Miami, the California Highway Patrol, as well as many state and federal agencies. According to the NACVSA, this is due to the low cost, ease of operation, adaptability, and high accuracy rate of the CVSA. Additionally, the old polygraph has been discredited at the highest levels of government because of its many high-profile failures including: NSA defector Edward Snowden, CIA traitor Aldrich Ames, the mass murderer known as the "Green River Killer," and Defense Department traitor and Cuban spy Ana Montes.

Interest in the CVSA by government agencies worldwide has increased dramatically due to a recently published research study in the 2012 annual edition of the scientific journal

## DIGITAL JOURNAL

NEWS    TECH + SCIENCE    SOCIAL MEDIA    BUSINESS    ENTERTAINMENT    LIFE    SPORTS

foremost authority on the application of Voice Stress Analysis technologies. The peer-reviewed study, titled "Long-Term Field Evaluation of Voice Stress Analysis In a North American Criminal Justice Setting" was ground-breaking in that it validated the tremendous decades-long success of the CVSA in the criminal justice system.

Further, a recently released book, "The Clapper Memo" by investigative journalist and author Bob McCarty, provides details about the failed efforts of the US polygraph community to maintain its relevancy based on the worldwide success of the CVSA.

NITV Federal Services, a West Palm Beach (FL) based company, is the manufacturer and sole source of the CVSA with the Final Analysis Confirmation Tool (FACT). FACT is the world's only patented and validated automated scoring algorithm for quantifying and evaluating voice stress analysis patterns and charts. For information on what over 2,000 agencies worldwide call "One of the most important investigative tools available today," visit CVSA1.com, call 561-798-6280, or Email.

For further information on the NACVSA, contact the NACVSA at Email.

Media Contact:

Diana Montoya
561-798-6280

Read more news from National Association of Computer Voice Stress Analysts.

SOURCE National Association of Computer Voice Stress Analysts (NACVSA)

Case 9:18-cv-80994-DLB   Document 119   Entered on FLSD Docket 06/24/2019   Page 52 of 81

*Exhibit P*

"Even if there were, there are simply too many factors to foul up reliable results. What might be viewed as voice stress might actually be due to pathological speech, natural or medication-induced tremor, illicit narcotics and so on. For all we know, a mild case of hay fever could interfere with vocal stress."

She concluded: "No product, method or technique that has the potential to alter the course of someone's life should be on the market without rigorous testing." On its website, ITV claims that clinical studies show the device, used in conjunction with the "expert interrogation techniques used and taught by ITV," is 98-per-cent accurate "with no inconclusives."

But neither ITV, nor the National Institute of Truth Verification -the Florida company that licenses the technology to ITV and makes the same boast -can produce an independent study to back up this assertion.

Fadden dismisses their claim as "preposterous .. The polygraph is probably the best we have, but there is darn good reason it's not admissible in court, either."

Despite its dubious accuracy, the device has proved to be popular, particular after the 9/11 terrorist attacks.

NITV claims the CVSA device "is used by 1,800 local, state and federal agencies," but it doesn't name the agencies, which makes this figure impossible to confirm.

NITV also claims the device is used by "U.S. Military Special Operations and Intelligence units." However, the U.S. Department of Defense prohibited the use of voice stress analyzers in 2005.

"Merely getting people to talk is not sufficient," Robert Rogalski, Acting Deputy Under Secretary of Defense (Counterintelligence and Security), explained in a March 2006 letter to the American Spectator.

"That information must be assessed for accuracy and truthfulness. . Until scientific testing adequately proves the reliability and accuracy of CVSA, the Department of Defense would be irresponsible to condone the acquisition of such an instrument."

Rogalski noted that researchers at the University of Florida had just completed a study of voice stress analysis "and we await the opportunity to review that study."

Case 9:18-cv-80994-DLB   Document 119   Entered on FLSD Docket 06/24/2019   Page 53 of 81



Within days, that study was released. It concluded that "neither CVSA nor [a similar device] showed any sensitivity to the presence of deception or stress."

Despite all these concerns, CVSA tests are being routinely administered in B.C. In addition to the corrections branch, the University of Victoria uses the device to screen security personnel; the Saanich and Oak Bay police forces use it to screen prospective police recruits; and sundry financial institutions use it to ferret out malfeasance.

dbaines@vancouversun.com Read David Baines' blog at www.vancouversun.com/baines

March 12: Computerized Voice Stress Analyzers are increasingly popular, but their usefulness is being questioned.

March 15: We learn that NITV's founder, Dr. Charles Humble, obtained his 'doctorate' from a diploma mill in Indiana.

today: Are job applicants being unfairly disqualified?

© Copyright (c) The Vancouver Sun

I asked Wiebe what he thought when Humble provided details of his doctorate:

"I thought it was a personal thing on him. I didn't think it had anything to do with the CVSA itself," he said.

During the ABC interview, Humble repeated the 98-per-cent accuracy claim.

Ross asked whether there had been an independent study to corroborate that.

"I don't believe that there has been an independent scientific study that shows this actually works," Humble admitted.

It does not appear that any corroborating studies have been done since the ABC interview. NITV lists 15 "studies validating voice stress analysis," but they all predate the interview. Wondering whether any studies had been done since the interview, I called NITV's office in West Palm Beach. A short while later, I received a call from somebody who introduced himself as "professor emeritus" Jim Chapman.

Chapman said he has "no real connection" to NITV. However, he is a director — along with Wiebe and several other certified CVSA examiners — of the National Association of Computerized Voice Stress Analysts.

The association is dedicated to promoting the CVSA device. Given that NITV is the "manufacturer and sole source" for the device, the association essentially acts as NITV's promotional arm.

Chapman told me he has just completed a 19-year study confirming that the CVSA device is 96.4-per-cent accurate. He also said the study has been peer reviewed, but when I asked for a copy, he said it has not yet been published, and until it is, he could not provide one.

When I asked whether he could refer me to any other study confirming a 98-per-cent accuracy rate, as advertised by NITV, he suddenly became quite angry:

"You are a dangerous man," he said. "What you are doing is putting people's lives in jeopardy. I resent that you are trying to put U.S. troops and people in [criminal enforcement] in jeopardy by casting aspersions [on the CVSA device.]"

One of the studies referenced on both NITV's and ITV's websites was conducted in 2005 by the U.S. air force Research Laboratory on behalf of the U.S National Institute of Justice.

Case 9:18-cv-80994-DLB   Document 119   Entered on FLSD Docket 06/24/2019   Page 55 of 81

The B.C. Corrections branch, which administers the province's correctional facilities and programs, says ITV has conducted 645 CVSA tests to screen job applicants during the past three years.

The University of Victoria campus security department says ITV has conducted about 50 similar tests on prospective security personnel during the past five years.

Sundry financial institutions have also used ITV to test employees who are suspected of internal malfeasance. ITV says it has conducted 15 to 20 such tests.

Saanich police also use the device to screen prospective recruits.

On its website, ITV states that clinical studies show the device, used in conjunction with the "expert interrogation techniques used and taught by ITV," is 98-per-cent accurate "with no inconclusives."

However, when I asked Wiebe for scientific proof, he was unable to provide any. He said he was simply relying on NITV, from which it licenses the rights to sell the device and administer the tests in Canada.

NITV lists as its founder Charles Humble, "widely considered the 'father' of modern day voice stress analysis."

Humble is a former U.S. army officer and Indianapolis police officer. In March 2006, he was the subject of an ABC Primetime News expose.

Pressed by ABC reporter Brian Ross, Humble admitted he got his "doctorate" in psychology from an unaccredited university, Indiana Christian University — which at the time was located in the same strip mall that NITV had its office — after just six hours of bible study.

"And you call yourself 'Dr.' Humble based on that?" Ross asked.

"Yes," Humble replied.

"Is that honest, do you think?"

"I think it is."

NITV must also think it's honest, because it continues to refer to him as "Dr." Humble, and he is still listed as an NITV director.

Case 9:18-cv-80994-DLB   Document 119   Entered on FLSD Docket 06/24/2019   Page 56 of 81

When he is not available, the force hires ITV to screen prospective applicants. To date, ITV has conducted seven such tests, all in 2009.

Sampson also contracts his services to ITV on an as-needed basis. (He has written permission from the Saanich Police Board to perform this outside work and, in any event, he does not do any work for ITV that involves Saanich police.)

Insp. Rob McColl, who is head of Saanich's detective division (and Sampson's boss) said the force stopped using the CVSA device for criminal investigations in 2007, not because they lost faith in its ability to detect lies, but because the RCMP installed a polygraph operator in Victoria, which made it more economical to use that device.

He said Saanich police still use the CVSA device to screen prospective recruits.

I asked McColl whether he has seen any scientific study to support ITV's claim that the device is 98-per-cent accurate.

"Personally, no." he replied. "I have no technical data to back it up or take issue with it. My view of these instruments [polygraphs and CVSA devices] is that any of them are only as good as the operators. It's a tool we use, and in my view, it's an effective tool."

I asked Wiebe to show me the "clinical studies" that show the device is 98-per-cent accurate, as he advertises on his website.

To my surprise, he said he had never seen any of them. He said he simply took the claim at face value from the National Institute of Truth Verification, the Florida company that manufactures the device and sold ITV the licensing rights in Canada.

NEXT: We learn that the founder of the National Institute of Truth Verification, Dr. Charles Humble, earned his PhD in a strip mall in Indiana after six hours of bible study.

dbaines@vancouversun.com Read David Baines' blog at www.vancouversun.com/baines

© Copyright (c) The Vancouver Sun

## Arthur Herring III

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Saturday, June 8, 2019 9:49 AM |
| **To:** | admin@dektorpse.com |
| **Subject:** | nitv chapman study other claims |

    

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Scienc

# 18-Year Field Study Validates Truth Verification Tech

Lewes, DE — (SBWIRE) A ████████████████████████████████████████████ edition of █████████████ journal rate of the Computer Voice Stress Analyzer (CVSA) is greater than 95%, a conclusion ████████ by the bolstered by current US Government funded voice analysis research which has established voice technol

The █CVSA█ has been available to law enforcement agencies in the US since 1988. ████████████████████ Voice Stress Analyzer in the world with two US Patents and the only system worldwide incorporating the processes to reliably and precisely evaluate the results of CVSA examinations. The CVSA is now used by c verification system in the US.

The ███████████████ study was conducted by the recently deceased Professor James L. Chapman. The study ██████████████████████████████████ the crowning achievement of Professor Chapman's legacy authority on the application of Voice Stress Analysis technologies, and at the time of his passing he also s National Association of Computer Voice Stress Analysts (NACVSA), the world's largest professional associa spanned over 40 years as a criminologist, educator and researcher, during which he conducted more tha author, Marigo Stathis, a neuroscientist and research analyst, has been the primary or co-author of 20 p ██████ related to the human brain and the ████.

Professor Chapman used the CVSA to conduct the research and the results achieved were highly consist The study's findings revealed the CVSA, when used as an investigative support tool, can accurately predic deceptive. The study's findings are supported by scientifically accepted statistical ██████████ by the 96 during the course of the 18-year study. According to current scientific research and meta-analyses, police even the most experienced police interviewers only achieving a 50-55% confession rate.  Empirical data o and US military CVSA users have long supported such findings; however, this is the first independent stu Additional studies and research are planned for the future.

1

Exhibit R

# LIBRARY
**LIBRARY OF CONGRESS**

## CATALOG

LC Catalog Quick Search

SEARCH OPTIONS ⌄

# Advanced Search

**Your search found no results.**

- Check spelling and punctuation
- Select another search type
- Enter fewer search words; Remove search limits
- Refer to Help; Ask a Librarian; or Contact your local library

**Please note:** The Library of Congress does not keep a copy of every title ever published

Search

criminalistics and court expertise                    all of these    ▾    within    Keyword Anywhere (GKEY)

⦿ AND ⚬ OR ⚬ NOT

                                                        all of these    ▾    within    Keyword Anywhere (GKEY)

⦿ AND ⚬ OR ⚬ NOT

                                                        all of these    ▾    within    Keyword Anywhere (GKEY)

Exhibit 5

## Arthur Herring III

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Thursday, June 6, 2019 1:32 PM |
| **To:** | 'Daniel DeSouza' |
| **Subject:** | chapman study |

Mr. Desousa,

Please contact nitv and find out the contact information for the so-called "scientific journal" called Criminalistics and Court Expertise, Annual Issue, #57 that the Chapman Study of 2012 was published in. Nobody, including Library of Congress, many hours on Google and various library huge data bases at major universities  have been able to find its location, phone number, address and/or email since nitv claimed the 14 page study was in. For that matter, none of any other issues of that "journal" can be found.

If that information cannot be provided, than there can be no doubt that the "journal" is a complete fake and it was made up in 2012 by nitv only to make buyers (law enforcement) think cvsa is "98%" accurate" as Kane had stated in a letter about two years ago. I am sure that would be considered false advertising (lying).

Arthur herring III

1

# The Chapman Study

## by Jim Wygant

A flurry of press releases, purportedly originating from the National Association of Computer Voice Stress Analysts (NACVSA), has recently promoted a "new" study showing 96 per cent validity for voice stress analysis. Sometimes referred to as the "Chapman Study," it is described by NACVSA in one of their press releases as:

> The 18-year field study was conducted by Professor James L. Chapman, the world's foremost authority on the application of Voice Stress Analysis technologies. The peer-reviewed study, titled "Long-Term Field Evaluation of Voice Stress Analysis In a North American Criminal Justice Setting" was ground-breaking in that it validated the tremendous decades-long success of the CVSA in the criminal justice system.

The study was published in a journal identified as *"Criminalistics and Court Expertise."* Although it is claimed by NACVSA to be a once-a-year, peer reviewed scientific journal, no trace of a publication by that name can be found on the Internet, although copies of the article itself are available.

James L. Chapman died in 2011 at the age of 69 after spending many years using and advocating voice stress analysis. His study, published in 2012, is offered as a counter to abundant research papers published in recognized peer reviewed journals, repeatedly showing results at chance levels, as good as flipping a coin, when used to assess deception. Chapman's study is sometimes misrepresented as being drawn from thousands of cases over nearly two decades. In reality, Chapman's selection process from his cases would probably

Jim Wygant has been a private polygraph examiner in the State of Oregon for over 35 years. He is also an author and has contributed many articles that have appeared in the publications of the APA. The opinions expressed in this article may not necessarily represent those of the American Polygraph Association.

not be acceptable to most known peer reviewed journals.

As Chapman explained in his report, "The original group of total case subjects (n > 3,000) tested over an 18-year period was culled for those that could be retrospectively studied, such that they met the following requirements: a confession had been a potential outcome (i.e., a crime had been committed in which the individual was implicated); there was no involvement with non-criminal statement veracity testing; no employment clearance was involved; the case was not used as a confirmation of witness testimony; and controlled testing had occurred (i.e., responses could be verified by the VSA [voice stress analysis] process by means of structured re-questioning). Following the excluded group, the cases that remained were (n=2,109)." Chapman then numbered those cases and conducted a random sampling using the numbers alone as a means of selecting files. He wrote, "From this final set of cases (n=236), there were (n=329) possible confession outcomes." There is some confusion regarding his counts, since it appears that some "cases" must have included more than one examination. Chapman excluded from his count of "possible confession outcomes" any confessions to something other than the issue being tested.

To add to the confusion about how many examinations and how many people he included in his study, he reported that the number of people was 279, ranging in age from 5 to 74, and 84 per cent male. Of that total number of people tested, 259 were suspects and 20 were alleged victims.

The testing procedure did not follow any formal routine. He described the test process as "initial VSA questions asked (9-31 questions, yes/no answers)", which was followed by "retest, as required, using reformulated questions for those issues where stress was observed until no stress was observed or stress could not be eliminated." There were only two possible conclusions to a test: "no stress indicated" meant that he had "cleared subject", while "stress indicated" led to "post-exam interview of subject to determine reason for stress." The lack of a rigid, repetitive test format, as is customary in most validity studies, is again contrary to usual practices.

Chapman concluded, "In each of the cases reviewed here (n=236), inclusive of (n=329) confession possibilities, stress was indicated in 92 per cent of the examinations (n=303), leaving 8 per cent of the exams with a no-stress result (n=26). Confessions were obtained from 89 per cent of the interviewees

(n=292), leaving an overall 11 per cent no-confession rate (n=37). Most notably, among all interviews conducted, where stress was indicated, 96.4 per cent resulted in suspects making self-incriminating confessions."

Within the small number of no-stress results (26), apparently 19 of those came from one case in which 20 people were examined for the same theft. One was reported as stress and then confessed, which would verify the no-stress results of the other 19.

If a polygraph examiner wrote a report claiming to establish the validity of his work based upon his review of his own work, no one would believe him. Polygraph validity studies that rely upon test results verified by confession are typically reviewed in a double-blind fashion: the review being done by a different examiner than the one who conducted the test, who also does not know what the original examiner decided. In other words, the charts themselves are reviewed, not just the conclusions of the original examiner.

It seems odd that 89 per cent of all of those included in Chapman's study made "self-incriminating confessions," since that figure far exceeds that norm in criminal investigations. It is well known

that the standard for what constitutes a "confession" varies among interrogators, who have a stake in establishing their expertise and might include partial admissions or even non-denials that help bolster their confession rates. Because nearly no one in this study was reported as truthful, the selection process and the determination of the accuracy of individual tests is questionable. Ultimately, ground truth was not established for these cases. Legitimate studies of VSA validity published in reputable scientific journals have been done by disinterested third parties, such as academic institutions and the federal government, which have no stake in establishing or refuting the validity of VSA. Chapman's report of 96 per cent accuracy is based entirely on his analysis of a small portion of his own work, in which he presumably maintained an interest in establishing himself as an expert. No study exists, published in any conventional scientific journal, that supports Chapman's conclusion or even comes close to the results he reported.

The results of this "study" are frequently misquoted. We have heard claims that this was a study of several thousand cases, which is untrue. We have also heard the oft repeated claim that it proves 96 per cent accuracy, which can not reasonably be concluded from the methods used.

Repeated "press releases" from NACVSA have identified Chapman as the world's foremost authority on voice stress analysis and have emphasized 96 per cent accuracy. Any claims by NACVSA are suspect, since it appears to be an arm of the National Institute of Truth Verification (NITV), the primary marketer of voice stress analysis devices in the United States. NACVSA requires that members buy classes from NITV to maintain membership. If the American Polygraph Association required that members buy classes from any equipment manufacturer to maintain membership, there might be some suspicion of collusion between the marketer and the Association.

## THE POLYGRAPH QUESTION

Countermeasure question

Who is responsible for the following quotation regarding respiratory suppression?

"In studying the influence of intellectual and emotional states upon the respiratory movements, the writer, in a series of experiments, found in general that concentration of thought, as in mathematical calculations or in reading, lessens the respiratory movements considerably."

A.   Howard Timm, 1982
B.   Cleve Backster, 1958
C.   John Reid, 1945
D.   John Larsen, 1925
E.   Vittorio Benussi, 1914
F.   Arthur MacDonald, 1905

answer on page 70

# VOTE

## ☑ Daniel Mangan

### APA PRESIDENT ELECT



Screen capture of a Matte Quadri-Track ZCT. Subject is masked to protect his identity.

*Dedicated to Truth*

©2014 DANIEL MANGAN     A PAID POLITICAL ADVERTISEMENT

**Make sure your contact information is correct.**
**Email:  manager@polygraph.org**
**or call 1-800-APA-8037**





*Exhibit U*



**FEDERAL SERVICES**

Home  About ⌄  Products ⌄  Training ⌄  Real Cases Solved  Resources ⌄  Science ⌄  AIS Course ⌄  Blog  Contact Us  Visit Us

The CVSA is sold only to law enforcement/government agencies... The CVSA is n

The phrase is used both for the physical **seal** itself, which is kept by the United States Secretary of State, and more generally for the design impressed upon it. The **Great Seal** was first used publicly in 1782. The obverse of the **Great Seal** is used as the national coat of arms of the United States.



From the U.S. Department of State (www.state.gov)

5    Use of the Great Seal of the United States is governed by Public Law 91-651, Title 18 of the United States Code. This is a criminal statute with penal provisions, prohibiting certain uses of the Great Seal that would convey or reasonably be calculated to convey a false impression of sponsorship or approval by the Government of the United States or any department, agency, or instrumentality thereof.

You can ultimately be fined and imprisoned for up to 6 months for use of the seal without written permission. You can read the details of the legislation here:

79.   The Dektor website further states: "In late 2006, NITV

insurance magazines with full page ads. It appears they were trying to r

drop in CVSA sales to law enforcement. NITV tried to get insurance co

and use it as a over-the-phone lie detector for insurance fraud. If they o

claims would be denied because of the poor accuracy caused by unrelia

and unreliable NITV training. Dektor contacted the magazine and educa

Soon, NITV was banned from advertising in those insurance mag

http://www.dektorpsc.com/information/cvsa/).

80.   This statement is false.   Plaintiff did not experience any

enforcement and was never banned from advertising in insurance magazi

# MCHALE & SLAVIN, P.A.

### ATTORNEYS AT LAW

PALM BEACH
FIRST UNION CENTER
SUITE 402, 4440 PGA BOULEVARD
PALM BEACH GARDENS, FLORIDA 33410
e-mail: palmbeach@mspatents.com
TELEPHONE (561) 625-6575
FACSIMILE (561) 625-6572

U.S. & INTERNATIONAL
PATENTS, TRADEMARKS, COPYRIGHTS,
RELATED LICENSING & LITIGATION

MIAMI
e-mail: miami@mspatents.com
TELEPHONE (305) 374-3311
FACSIMILE (305) 374-5232

CHICAGO
e-mail: chicago@mspatents.com
TELEPHONE (312) 939-2515

May 2, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Mr. Arthur Herring
Dektor Corp.
462 Cowpath, Suite 358
Lansdale, PA 19446

Dear Mr. Herring:

We represent National Institute for Truth Verification in intellectual property matters.

The company has recently filed a civil action against The Baker Group as a result of false statements being made in interstate commerce.  (A copy of our Complaint is enclosed.)

You have previously made false statements against the interests of the company and its founder, Dr. Charles Humble.  These statements are demonstrably false and will subject you to civil penalties, as well as punitive damages, for the malicious nature of the statements.

The company is prepared to file a civil action against you, however, it is willing to resolve this matter in the form of a written agreement, whereby you will agree to immediately cease all such further statements.

I would ask that you or your attorneys contact me within seven (7) days of receipt of this letter so that we may know your intentions.

Sincerely,

McHALE & SLAVIN, P.A.

Edward F. McHale
EFM:cac
Enclosure

**From:** gregr@liedetectionservices1.com <gregr@liedetectionservices1.com>
**Sent:** Friday, November 13, 2015 3:16 PM
**Subject:** RE: Greg Roebuck

I plan on moving forward with Dirk Bell for all of our collective benefits. Herring's system simply does not work and it is a problem for the industry. He is truly polygraph's best friend. Let's hope that do not start a legal defense fund for him!

While I agree with what you say Herring will NOT see it that way and that is why I mentioned it in the form I did. He is not living in the real world and will have his own perception of what his 1st amendment and other legal rights are.

Here again, the man with Nothing to Lose is the most dangerous man in the room.

Greg Roebuck


Sent using Hushmail

*Exhibit*

📞 **1-888-266-7263**  ✉ **nitvfs@cvsa1.com**




NITV
FEDERAL SERVICES

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course

# NITV Federal Services Wins Massive Judgement Against Dektor

West Palm Beach, FL, March 14, 2019 – The US Federal District Court for the Southern District of Florida has granted NITV Fe
judgement against the Dektor Corporation, a Pennsylvania business owned and run by Arthur Herring, specializing in the ma
of voice-type lie detection equipment, the PSE.

NITV Federal Services sued both Dektor Corporation and Arthur Herring for False Advertising, Deceptive and Unfair Trade Pra
Disparagement, and Tortious Interference. The suit alleged that for over 20 years Mr. Herring and Dektor had disparaged th
its employees and calculated damages to be 7 million dollars. Over the twenty-year period Mr. Herring regularly told many p
I'm saying is not true, why don't they sue me?" In an attempt to avoid a judgement against him, Mr. Herring filed for personal
judgement against Dektor.

NITV Federal Services manufactures the Computer Voice Stress Analyzer® (CVSA®), a voice-based lie detector that replaces th
training classes a month hosted by select law enforcement agencies around the US. Currently over 2,500 law enforcement ag
and background investigations including many major law enforcement agencies on the local, state and federal level as well as
recent research showing the CVSA® to be over 98% accurate, most of those agencies have discontinued the old polygraph as
more costly, less accurate technology.

NFS also offers a very lucrative trade-in policy for older CVSA® systems as well as for other VSA's. Recently the Florida Inspec
Corrections, traded-in 10 Vipre voice stress analyzers and purchased 10 CVSA® III's.

NITV Federal Services recently unveiled the latest version of the CVSA®, the CVSA® III, to rave reviews at the 31st annual one-
Development/Advanced Examiners program held by the National Association of Computer Voice Stress Analysts (NACVSA). A
enforcement/government agents as sales of the CVSA® are restricted to government agencies.

For further information on NITV FS or the CVSA®, visit the Website at CVSA1.com, contact sales and marketing specialist Caro
561-798-6280.

eb.archive.org/web/20000115232354/http://www.cvsa1.com:80/

NOV **JAN 15 2000** FEB 2001

# NATIONAL INSTITUTE
# FOR
# TRUTH VERIFICATION

## VOICE STRESS ANALYZERS PRICE COMPARISON

**Device:** Computer Voice Stress Analyzer (CVSA)
**Manufacturer:** The National Institute for Truth Verification (NITV), West Palm Beach, FL
**Date Introduced:** March, 1988
**Number of Known Law Enforcement Users:** 800
**Price:** $9,250.00
**Cost and Length of Training:** $1,215.00 per student. 6 days. Re-certification required every 3 years.
**Voice:** 561-798-6280
**Fax:** 561-798-1594
**Comments:** This system was developed from the original PSE and has evolved over the years from an analog to
a notebook computer. It is the only voice stress analyzer whose accuracy and ease of use has allowed it to be wid
community. The CVSA is sold only to certified law enforcement agencies. Recertification is required for all U.S.



**📞 1-888-266-7263    ✉ nitvfs@cvsa1.com**



Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄

# Posers and Imposters

Inventors are eager to patent their inventions because there are always people who will attempt reverse engineer a successful product. Such was the case with Dektor's invention.

Another company is currently using the name "Dektor® Corporation" and is selling their version Stress Evaluator (PSE). Their claims have been discredited by Dirk Bell—the son of Allan Bell and original Dektor—who calls it an "imitation." This manufacturer claims to be producing the same p founders of Dektor Counterintelligence and Security, Inc. invented and has even credited Bell, Fo men who developed *his* product. While it is a similar product, it was created by reverse engineer claims of accuracy and superior quality should be scrutinized as most of the company's claims ar Dirk Bell—who has the full facts about this matter and posted them online for all to see.

→ The trademarked and patented product that the three men of Dektor invented is no longer availa honored their invention and adapted it for the next generation. The work of Bell and his colleagu day in the interview rooms of over 2,000 police agencies across the U.S. That doesn't mean we ar researchers are constantly searching for new ways to improve the work processes of the law enf work hard to protect their communities. We continue drawing from the original Dektor's legacy to in the world of modern truth verification.

To:       nitv@cvsa1.com
Subject:  PSE
CC:       dektor@fast.net
Date:     Mon, 28 Jun 2004 22:12:14 GMT
Status:   3
From:     "dirkman@erols.com" <dirkman@erols.com>
Reply-to  dirkman@erols.com

[ Add to Contacts ]   [ Save Address ]

I just had a conversation with a man from Dektor Corporation who seems to
think that a Mr Humble at your company is the biggest piece of shit on the
face of the earth (not an exact quote). The man's name is Aurthur Herring.
I ran across his company doing a web search for a former Dektor CIS
employee.

I phoned this gentleman because I saw his web site which implies that his
company is the Dektor that invented the PSE in the early 70's. It, of
course, is not. I know this because my father started the original company
(Allan Bell, Dektor CIS), a company that many people (including myself)
owned stock in, a company that went bankrupt. Therefore this Mr Herring
has no association with the original Dektor, much in conflict with
statements on the man's website. I am greatly offended at the
misrepresentation and the trading on the good reputation of an unrelated
company.

If this information can help you do anything to the good Mr Herring, who I
gather you don't like either, please use it. I plan on calling the Attorney
General's Office in PA tomorrow to see about filing a complaint.

Dirk Bell

-------------------------------------------------------------------
mailzweb - Check your email from the web at

*Exhibit   BB*

**Arthur Herring III**

| | |
|---|---|
| **From:** | Dirk Bell <bellda2005@gmail.com> |
| **Sent:** | Saturday, May 18, 2019 5:16 PM |
| **To:** | DektorPSE |
| **Cc:** | Charles Humble; Dirk (me) |
| **Subject:** | Authur You Pathetic Liar |

Dear Authur,

I heard about your misfortune with NITV. Sucks to be you. ☺

I also found your relatively new website (www.nitvcvsaexposed.com) where you blatantly slander me (and NITV of course). When I write things about people I write the truth and let the truth lead the reader to the right conclusions. Never a lie in anything I say.  I know you found the truth about yourself to be objectionable, because it showed you for who you are,  or maybe you were afraid it would cost you business you should never have had. What you said about me was totally slanderous. Full of the "Arthur Herring the Turd" demented dishonesty.

If there is anything of substance left of you when NITV gets finished with you, I will hire an attorney to wring the last drop of your livelihood out you. Unfortunarely, I suspect you will be left as withered as a centenarian's balls.

You are truly a pathetic little man. You have given new meaning to the classification of LOSER.

Don't bother to erase anything on your websites, it is preserved for posterity on The Wayback Machine website, as are the previous versions of your web sites.

Regards,

Dirk

1


 ⓘ 🔒 https://www.cvsa1.com/news.htm  📄 ••• ♥ ☆ 

📞 **1-888-266-7263**   ✉ **nitvfs@cvsa1.com**  **Re**





NITV
FEDERAL SERVICES

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course ⌄

# Dektor, Inc.

For many years NITV Federal Services. LLC, its product the CVSA®, its management and employees have suffered malicious wr[...]
Herring III of Dektor, Inc. which are baseless and deceptive. In response to these unrelenting and decades-long attacks. NITV F[...]
suit against both Mr. Herring and Dektor, Inc., a copy of which can be found **here**. The suit against Dektor and Mr. Herring alle[...]

1. Count 1 – False Advertising, Unfair Competition and Product Disparagement under the Lanham Act.
2. Count 2 – Deceptive and Unfair Trade Practices.
3. Count 3 – Defamation/Business Disparagement
4. Count 4 – Tortious Interference

Background information about Dektor, Inc (not to be confused with the original Dektor Counterintelligence and Security, Inc) a[...]
Founder/President of the original Dektor Counterintelligence and Security, Inc., can be found **here**.

Exhibit
DD

# Daniel W. McCartney, Jr., P.C.

### Attorneys and Counselors at Law
### One East Airy Street
### Norristown, PA 19401

Daniel W. McCartney, Jr.*

~

Liam O'Shaughnessey*

daniel.mccartney.esq@gmail.com

Tel: (610) 272-2260
Fax: (610) 272-6801
*Licensed in Pennsylvania and New Jersey

August 22, 2014

Dirk Bell

    RE:   Dektor

Dear Mr. Bell:

      I represent Arthur Herring, III, the principal of Dektor. It has come to his attention that you have undertaken a campaign of slander and libel against Dektor and Mr. Herring. It is imperative the you cease and desist from posting, commenting, slandering, libeling, defaming or communicating in any way pertaining to Dektor and or Mr. Herring. Further, you must immediately remove the numerous defamatory posts and comments you have set forth. Failure to immediately comply will result in the filing of an injunction against you as well as claims for compensatory and punitive damages.

                Very truly yours,

                Daniel W. McCartney, Jr., Esquire

c.c.    Arthur Herring, III

*Exhibit EE*

## Alert:

### NITV's Response To Dektor Flyer

Quite a few law enforcement agencies have received flyers from a company called Dektor, Lansdale, PA, concerning voice stress analysis and have requested a response. Unfortunately, the flyers contain false and misleading information that you should be aware of.

The voice stress analyzer (PSE) that Arthur Herring, a private investigator, is selling is used by very few, if any, law enforcement agencies. *In fact, Herring operates out of Lansdale, PA, and the Lansdale P.D. does not use Herring's PSE, they use the CVSA.* It is also unfortunate that Herring has a history of attempting to discredit the CVSA, NITV, and the NITV's founder, Dr. Humble.

It is also interesting to note that when the federal government recently decided to test voice stress analysis as a truth verification device in three separate studies, they chose the most widely used and accepted voice stress analyzer, the CVSA, not Herring's PSE. These studies are being conducted at the Air Force Laboratory, the University of Florida and at the University of Oklahoma. Additionally, many elements of the federal government use the CVSA, not Herring's PSE.

The original company named Dektor was the manufacturer of the Psychological Stress Evaluator (PSE), back in the 70's. However, because the owners did not keep up with the advances in technology and due to the fierce attacks by the polygraphers, they filed bankruptcy in 1984. After the owner passed away, Herring started his own voice stress analysis company and named it Dektor. Likewise, his voice stress analyzer is not the original PSE. Herring's literature claims to have a trademark on 'Voice Stress Analysis' and 'Filter-Scan.' A check of the trademarks shows that he has neither.

From his literature, it appears that the system that Herring is trying to sell is a very primitive voice stress analyzer that still requires the examiner to tape record the interview and then run each response through a laptop computer (not real-time analysis). It also appears that the computer displays only one response at a time

Herring touts the fact that he requires NO re-certification/continuing education. Any examiner that is worth his or her salt will tell you that continuing education/re-certification is essential to the long-term success of conducting examinations and to not require it could be considered irresponsible. Additionally, examiners trained by the NITV may re-certify at any of the four regional associations' re-certification courses for a very nominal fee, not the "tens of thousands of dollars" that Herring mentions.

Herring also claims that imitators (anyone but Herring) use "Compensated" testimonials. The NITV lists all of our users on our Web site so that anyone may call to check how satisfied our customers are. Herring does not.

In conclusion, you may want to ask Herring why, after having the PSE on the market since 1970, there are few, if any, law enforcement agencies using it and there are more than 1,400 using the CVSA (his answer should be interesting). You may also want to ask him why the US Military and the interrogators at GTMO use the CVSA exclusively, not the PSE. You may also want to check Herring's credentials to teach law enforcement personnel.



*r®(CVSA®)*
Truth Verification (NITV), West Palm Beach, FL
rsion introduced April, 1997. CVSA II with FACT Scoring Algorithm introduced in January 2007.
ers: Over 1,800 + federal agencies & U.S. Military.
overnment clients only.
per student. Certified Examiner Course is 5 days in length. Recertification ($350) required every 2 years.

ed on the scientific research/studies and work related to the original PSE. It has evolved over the years from an analog to a digital system wh
mputer or the military-version notebook/hand-held version. An independent survey commissioned by the U.S. Military's Special Operatio
zing the CVSA produced an accuracy rate of 92%. Further field studies in 2007 and 2008 by the US Special Forces in Iraq produced a confirm
rored by the extensive testing done in 2007 with a number of major metropolitan law enforcement agencies for the CVSA II – all found t
he new FACT Scoring Algorithm to be 96-98%. The CVSA is the only voice stress analyzer whose accuracy and ease of use has allowed it to
enforcement and the U.S. military.

---

*5128 (PSE)*

ers: 1

per student, 14 days training, no re-certification required.

riginal company and the original voice stress analyzer, but that's where the similarities end. In its current configuration, this PSE is not state-
automatic scoring algorithm - light years behind today's technology. Anyone considering the PSE should contact Chief Gary York at the Grovep
*and its owner, I feel confident the CVSA will better assist the Det. Bureau in doing their jobs.*" Following Detective Dalton's graduation from NIT
*g had an experience going through PSE training with DEKTOR, NITV as well as its instructors are head and shoulders above. The CVSA technology is*
*tors, and ultimate professionalism company wide. A very pleasing experience... Thank you!*" A number of agencies have traded in their PSE's for t

EX

*Exhibit FF*

**Device:** Psychological Stress Evaluator 5128 (PSE)
**Manufacturer:** Dektor, Lansdale, PA
**Date Introduced:** January, 1970
**Number of Known Law Enforcement Users:** 0
**Price:** $6,500.00
**Cost and Length of Training:** $1,400.00 per student. 7 days. No re-certification required.
**Voice:** 215-631-1448 **Fax:** 215-631-1449
**Comments:** This is the name of both the original company and the original voice stress analyzer, but that's where the similarities end. In its current configuration, this PSE appears to be is primitive. It appears to require the examiner to record the test and then to go back and manually produce a chart from each response (this adds 20-30 mins. to each test). From the literature it also appears that only one pattern is displayed on the screen at a time. The examiner must then analyze each response individually - light years behind today's technology. The PSE is sold mostly to P.I.'s. Note: The Lansdale P.D. uses the CVSA.

**Device:** Diogenes Lantern Pro
**Manufacturer:** Diogenes Company, Kissimmee, FL
**Date Introduced:** Dec. 1997
**Number of Known Law Enforcement Users:** 6
**Price:** $8,500.00/$7,700.00/$4,700.00
**Cost and Length of Training:** $1,100.00 per student. 5 days.
**Voice:** 407-933-4839 **Fax:** 407-935-0911
**Comments:** This device was first introduced in 1997 but failed to generate much of a law enforcement following. Sold mostly to P.I.'s and foreign governments. Note: The Kissimmee P.D. uses the polygraph.

**Device:** Computer Voice Stress Analyzer (CVSA)
**Manufacturer:** The National Institute for Truth Verification (NITV), West Palm Beach, FL
**Date Introduced:** March, 1988. Digital version introduced April, 1997
**Number of Known Law Enforcement Users:** 1,400 + federal agencies & U.S. Military
**Price:** $9,995.00
**Cost and Length of Training:** $1,440.00 per student. 6 days. Re-certification required every 3 years.
**Voice:** 561-798-6280 **Fax:** 561-798-1594
**Comments:** This system, which was developed from the original PSE and has evolved over the years from an analog to a digital system, is loaded into either a standard a notebook computer or the military-version TOUGHBOOK. An independent survey commissioned by the U.S. Military's Special Operations Command of law enforcement agencies utilizing the CVSA produced a perceived accuracy rate of 92%. It is the only voice stress analyzer whose accuracy and ease of use has allowed it to be widely accepted and utilized in both the law enforcement and the U.S. military. The CVSA is sold only to government/law enforcement agencies. Note: The West Palm Beach P.D. and Palm Beach Co. Sheriff's Office use the CVSA.

**Device:** Truster/TrusterPro/Vericator/LVA & 'V'
**Manufacturer:** Nemesysco, Israel. Sold under various names & by various companies. LVA & TiPi are sold by "V".
**Date Introduced:** February, 1997. Updated and reintroduced in 2001 as the LVA 6.50 and TiPi 6.40
**Number of Known Law Enforcement Users:** 1
**Price:** $29.99/$150.00/ $1,500.00/ $2,500.00/$9,500.00, $16,000.00
**Cost and Length of Training:** Manual is provided with purchase
**Voice:** 972-55-746-019, 516-625-5787 **Fax:** 972-894-1783. 561-625-0988
**Comments:** On their Web Site under 'Hot Press Release' the manufacturer states that the Truster was used to analyze President Clinton's statement made on January 26, 1988 in which Mr. Clinton denied having sex with Monica Lewinsky. The Truster found that Mr. Clinton was telling the truth. In light of his later admissions, it appears that the Truster was incorrect. Other reviews of the Truster have found the same results. Recently the rights to market the Truster in the U.S. have been purchased by several different companies and it is being marketed under several different names as "The latest in lie detection/emotion detection technology" and "The DNA of thought." Nemesysco also sells a 'Love Detector'.

**Device:** Baker DVSA
**Manufacturer:** The Baker Group, Brevard Co., FL
**Date Introduced:** June, 2002
**Number of Known Law Enforcement Users:** 4
**Price:** $5,995.00 (software only) to $9,995.000
**Cost and Length of Training:** $1,000.00 - $1,250.00 per student. 5 days. Re-certification required annually.
**Voice:** 321-799-3634 **Fax:** 321-799-3634
**Comments:** This system is very similar to the Diogenes Lantern. Gary Baker, a private investigator that formerly taught for The Diogenes Company, left that company in 2002 and introduced his own system, the Baker DVSA. From the literature the system appears to be a very comprehensive and up-to-date vsa. However, after a careful analysis and rigorous testing of the Baker DVSA, it was determined that the literature was very misleading. Sold mostly to P.I.'s. Note: The Brevard Co. Sheriff's Office uses the CVSA.



p://www.cvsa1.com/pricing.php  Go  AUG

captures
p 2003 - 7 Apr 2007  2005

**Top Law**
**Enforcement**
**Endorsements**

**CVSA Training &**
**Class Schedule**

**Advanced / Recert**
**Training**

**Training Registration**

**Request Information**

**Contact Us**

was incorrect. Other reviews of the Tru
Recently the franchise rights to market
purchased by several different individua
several different names as "The latest i
DNA of thought. " Nemesysco also ma

*Device: Psychological Stress Evaluator 51*
Manufacturer: Dektor Corporation, La
Date Introduced: January, 1970
Number of Known Law Enforcemen
Price:$9,500.00 - $6,500.00 (software
Cost and Length of Training: $1,400
Voice: 215-631-1448
Fax: 215-631-1449
Comments: This is the original voice s
improved form, it still requires the exam
go back and manually produce a chart
test). The examiner must then analyze
years behind today's technology. Some
named Arthur Herring III acquired the P
P.D., where Dektor is located, uses the
P.I.'s.

http://web.archive.org/...

ookmarks here on the bookmarks bar. Import bookmarks now...

http://www.nitv1.com:80/Comparisons.htm                                            Go

a "Love Detector".

### Device: Psychological Stress Evaluator 5128 (PSE)
Manufacturer: Dektor, Lansdale, PA
Date Introduced: January, 1970
Number of Known Law Enforcement Users: 1
Price: $6,500.00
Cost and Length of Training: $1,400.00 per student, 7 days, no re-certification required.
Voice: 215-631-1448
Fax: 215-631-1449
Comments: This is the name of both the original company and the original voice stress analyzer, but that's where the similarities end. In its current configuration, this PSE appears to be primitive. It appears to require the examiner to record the test and then go back and manually produce a chart from each response (this adds 20-30 minutes to each test). From the literature it also appears that only one pattern is displayed on the screen at a time. The examiner must then analyze each response individually- light years behind today's technology. The PSE is sold mostly to P.I.'s. Note: The Lansdale Police Department uses the CVSA.

### Device: Baker DVSA
Manufacturer: The Baker Group, Cape Canaveral, FL
Date Introduced: June, 2002
Number of Known Law Enforcement Users: less than 10
Price: $5,595.00 (Software only) to $9,995.00
Cost and Length of Training: $1,000.00 to $1,250.00 per student, 5 days. Re-certification required annually.
Voice: 221-799-3634
Fax: 221-799-3634
Comments: This system is remarkably similar to the Diogenes Lantern. Gary Baker that formerly taught for The Diogenes Group, left the company in 2002 and introduced own system, the Baker DVSA. From the literature, the system appeared to be a very comprehensive and up-to-date VSA. However, after a careful analysis and rigorous of the Baker DVSA, it was determined that the literature was very misleading and the system appears to be simply a copy of the old Diogenes Lantern (formerly Verimetrics with a few cosmetic changes. This system also requires periodic re-licensing of the software which is sold at an additional cost. A number of law enforcement agencies traded in their Baker DVSA's for the CVSA. Sold mostly to P.I.'s.

Case ... Document ... Entered on FLSD Docket 06/24/2019   Page 80 of 81

roveport P.D. Drops Old PSE for CVSA® II

 Training Schedule

## Groveport Police Department Discontinues Old

**Groveport P.D., Groveport OH.** The Computer Voice Stress Analysis ... dominate the truth verification market as agencies such as the Ga... abandon outdated and far less accurate technologies in favor o... technologically advanced CVSA II. The NITV's Trade-In Program al... Groveport that are not satisfied with older or less technologically ... systems to <u>acquire the new CVSA II at a significant discount.</u>

The Groveport Chief of Police stated, *"I appreciate the NITV's willingn... of Groveport and the Groveport Police Department. After my expe... owner, I am confident that the CVSA will better assist the Detectiv... better for the residents and businesses of our community."*

Following graduation from the NITV's world-renowned Certified Ex... Delbert Dalton of the Groveport P.D. wrote to the NITV, *"Having had a... PSE training with DEKTOR, NITV as well as its instructors are head... technology is up-to-date, with 1st class, knowledgeable instructors, a... company-wide. A very pleasing experience... Thank you!"*

<u>For additional details, Detective Dalton can be contacted by telephone</u>

Since the introduction of the CVSA II, with the <u>patented F...</u> Tool® (FACT®) scoring algorithm in 2007, the NITV has added ove... agencies to its list of US clients. This brings the total number of US ag... over 1,800, including many US Federal agencies as well as the US M... CVSA II, along with its ease of operation, the NITV's superior trai... support by the NITV staff, has ensured NITV's continued worldwide l... the field of Truth Verification.

Recently, technical experts from the National Association of Comp... (NACVSA) conducted a professional evaluation of the old PSE. The...

1-888-266-7263 | nitv@cvsa1.com

Register for Training   Español




*Exhibit JJ*

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course ⌄   Blog   Contact Us   Visit Us

# Groveport Police Department Discontinues Old PSE for CVSA®II

by admin | Oct 15, 2015 | News Gen. | 0 comments

Groveport P.D., Groveport OH. The Computer Voice Stress Analyzer (CVSA®) continues to dominate the truth verification market as agencies such as the Groveport Police Department abandon outdated and far less accurate technologies in favor of the patented and more technologically advanced CVSA II. The NITV's Trade-In Program allows departments, such as Groveport, that are not satisfied with older or less technologically advanced truth verification systems to acquire the new CVSA at a significant discount.

The Groveport Chief of Police stated, "I appreciate the NITV's willingness to work with the Village of Groveport and the Groveport Police Department. After my experience with the PSE and its owner, I am confident that the CVSA will better assist the Detective Bureau in doing their job better for the residents and businesses of our community."

Following graduation from the NITV's world-renowned Certified Examiners Course, Detective Delbert Dalton of the Groveport P.D. wrote to the NITV, "Having had a experience going through PSE training with DEKTOR, NITV as well as its instructors are head and shoulders above. The technology is up-to-date, with 1st class, knowledgeable instructors, and ultimate professionalism company-wide. A very pleasing experience... Thank you!"

For additional details, Detective Dalton can be contacted by telephone at 614-836-5301.

Since the introduction of the CVSA II, with the patented Final Analysis Confirmation Tool®(FACT®) scoring algorithm in 2007, the NITV has added over 500 new law enforcement agencies to its list of US clients. This brings the total number of US agencies utilizing the CVSA to over 1,800, including many US Federal agencies as well as the US Military. The accuracy of the CVSA II, along with its ease of operation, the NITV's superior training, and around-the-clock support by the NITV staff, has ensured NITV's continued worldwide leadership and dominance in the field of Truth Verification.

Recently, technical experts from the National Association of Computer Voice Stress Analysts (NACVSA) conducted a professional evaluation of the old PSE. The NACVSA is now the largest professional truth verification organization in the world, with well over 1,000 members, and has more members than all other US truth verification organizations combined. To view the results of the NACVSA's technical evaluation of the old PSE, click here.