IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

## PLAINTIFF'S MEMORANDUM IN OPPOSITION
## TO HERRING'S MOTION TO PRODUCE

Plaintiff NITV Federal Services, LLC ("Plaintiff"), by and through undersigned counsel, hereby submits this memorandum in opposition to defendant Arthur Herring, III's ("Herring") Motion to Produce (the "Motion") [D.E. 118], and states as follows:

1.    The Motion seeks production of "a list of all the various cvsa buyers (police, sheriff, prisons, college police, etc,) and their full contact information…." According to the Motion, Herring (who readily admits to contacting thousands of such individuals/agencies to send disparaging e-mails/messages) needs this information "to verify nitv's claims of sales and people trained."

2.    It appears that the Motion is dated June 18, 2019 – one day prior to the Court's entry of its Omnibus Order Denying Motions [D.E. 116]. In addition to denying a motion to dismiss, that Order denied two motions to "disclose" filed by Herring which sought similar relief as sought here – namely, the production of documents through motion practice rather than through service of a formal discovery document.

3.       Here, the Court should deny the Motion for the same reasons stated in the Omnibus Order – Herring's continued failure to confer as required by Local Rule 7.1(a)(3) (and to provide a certification of such conferral) and his failure to seek the information at issue through a discovery request prior to occupying the Court's time with a barrage of improper motions.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) denying the Motion; (b) awarding Plaintiff its reasonable attorneys' fees incurred in opposing the Motion pursuant to Fed. R. Civ. P. 37(a)(5)(B); and (c) for such further relief as the Court deems proper.

June 25, 2019.

|  Respectfully submitted | Respectfully submitted, |
|---|---|
| ADVISORLAW PLLC<br>2925 PGA Boulevard<br>Suite 204<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 622-7788<br>Jdloughy@advisorlaw.com | DESOUZA LAW, P.A.<br>101 NE Third Avenue<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>Telephone:  (954) 603-1340<br>DDesouza@desouzalaw.com |
| By:/s/ James D'Loughy<br>    James D'Loughy, Esq.<br>    Florida Bar No: 052700 | By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.:  19291 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.  I further certify that on June 25, 2019, I served the foregoing document via US Mail to Dektor Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

/s/ Daniel DeSouza____
Daniel DeSouza, Esq.

4841-1795-7485, v. 1