IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC  :      9:18-cv-80994-DLB
    Plaintiff

:

vs

:

ARTHUR HERRING III, AND
DEKTOR CORPORATION  :
    Defendants  :

FILED BY___PAC___D.C.
JUL 12 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

Reply to Plaintiffs Memorandom in Opposition to Herring's Motion to Dismiss nitv Lawsuit

I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's Memorandom above.

    This totally fake lawsuit, that has been dragged on for over a year by nitv's clearly desperate billing hour starved "lawyers" (one of them brags that he helps clients cheat the U.S. government out of tax money) has NO business being in any court, let alone a federal court. The Florida court docket PROVES beyond any doubt nitv owners, established conmen humble, kane and their wives, have found a sure fire way of eliminating anyone in their way of being the only "voice lie detector" business by using lawyers as weapons to bankrupt people with unjustified lawsuits and lawyer fees. Threats of lawsuits include to those in the news media business. My own massive news website, using actual documents proving the nitv/cvsa scam, judge Brannon ORDERED me to shut it down because of nitv's displeasure with it. Those news websites have stated FACTS and documents about nitv/cvsa/humble that proves them to be liars and their business a fraud. For 30 years, nitv/humble/kane have been spreading their scam buying huge ads in police type magazines and on their website with total lies as its content.

    To make sure nobody ever gets in their way of stealing taxpayers money, instead of breaking kneecaps like organized crime, who simply say: "it's nothing personal, it's just business", nitv uses lawyers who have clearly violated their oaths as lawyers: using the courts as weapons instead of for the purpose of justice. Even though nitv always loses, they "win" by wasting the Plaintiffs money to the point where that person or business is ruined. Let's look at nitv's made up claims in their Complaint.

1. False advertisement- Since I have been the only one working at Dektor since I owned it since 2000, then how can nitv claim I am falsely advertising anything in or about my business, such as the PSE quality and our training? They have NO ability to do so.
2. Unfair competition- I guess a conman can certainly try to claim the ONLY real and proven system of Voice Stress analysis technology (PSE), the ONLY proven training methods and ONLY proven chart analysis techniques that the original Dektor CI/S company created and perfected in 1969 and still used EXACTLY today by Dektor Corporation, might be, in some way, "competition" to him. Humble bought a fake title of "Dr" (PhD) and still uses it since 1987 from a store calling itself a university (with a actual picture of himself parading in a cap and gown at his kingdom's website: www.charleshumble.com. Also on his majesty's website, king humble has many proven, self-inflated lies about himself, his established unreliable cvsa gadget and his made up training. Based on that, I should be suing HIM for unfair competition. Let's look at nitv/cvsa/humble's history of lies and deceit.

    Convicted of unemployment fraud in 1976; lying about being a trained polygraph examiner at a non-existent polygraph school in 1986; about 1987 claiming some unknown national company wanted him to design a "new type" of lie detector (he changed his story later to say "HE" alone decided to invent a new lie detector

without any electronics or engineering skills);  buying the fake title of "Dr" in 1987; being convicted of copyright fraud in 1988; in 1988 started to sell a fake analog, voice lie detector called cvsa (computer voice stress analyzer) for 10 years that NEVER had a computer to it or in it (fraud); using the Great Seal of the U.S. millions of times in letters and on nitv website as HIS personal symbol (a felony, punishable by fine and jail); using the U.S mail millions of times to spread his lies about his unproven gadget and made up training that NEVER had any proof of credibility and ADMITTED so in various news articles, such as ABC News in 2006 (mail fraud); being convicted by the U.S. of selling his gadgets to countries considered not friendly to the U.S. in 2005; being BANNED by the military after nitv/humble getting about $1 million from them for cvsa's and training in 2005 and the military discovering the cvsa accuracy for lie detection was extremely unreliable; with NO independent study that would prove any accuracy for cvsa, humble MAKES UP a study/survey by the military claiming "98%" accuracy that had NO contact information as who wrote it or exactly where it came from; about 2007 humble makes up ANOTHER fake military study/survey claiming cvsa was "98%" accurate, again with NO contact information as to who wrote it or where it came from; about 2007, nitv creates their cvsa member association called nacvsa in Delaware to avoid paying state tax on its revenue of members dues. Nacvsa claims it has thousands of members.  The nacvsa address is ONLY a PO box. But, the phone rings in nitv office in Florida as proven by phone records. (felony, income tax evasion); about 2008 admitting his cvsa was developed from the PSE. Humble actually hired a person who bought a old PSE and remade it to look like a different lie detector. My company actually bought a analog cvsa years ago, evaluated it and found the patterns had NO quality to the real PSE. Humble admitted on his website that the original cvsa was ONLY analog, not digital that all computers are (fraud, false advertising); 2012, nitv/humble/kane MADE UP another fake "study" referred to the Chapman Study. "Written" a year AFTER Chapman, a 20 year employee of nitv DIED. It is only a 14 page article that nitv/humble/kane "proves" cvsa is 98% accurate. BUT, the "study" NEVER mentions cvsa or nitv at all. So how can nitv/humble/kane claim it proves cvsa is accurate when it NEVER mentions cvsa or nitv at all? The article was "published in a "scientific journal" called Criminalistics and Court Expertise that NEVER existed and was MADE UP by humble/kane to give their gadget credibilty, despite many attempts by many people to find the contact information of it. Its co-author, Marigo Stathis refuses to return phone calls and emails to answer any questions and is paid by nitv to promote this fake "study" to law enforcement nationwide to get much needed sales revenue for nitv. According to a former nitv source, nitv co-owner kane and Stathis are seriously romantically involved; about 2012, nitv/humble/kane were found guilty of liable of Baker, also selling a "voice lie detector". Baker won almost $600,000. Nitv REFUSES to pay anything so far, even though the judgement was upheld by the Florida Supreme Court. With 8% interest each year, the judgement is up to about $800,000; About 2016, nitv/humble/kane sue Baker out of revenge. That lawsuit is still going on; 2018 nitv/kane/humble sue Dektor and Herring on made up claims to put Dektor/Herring out of business. WOW! What a history that I KNOW about. Who knows what ELSE went on with nitv/humble/kane/wives? Kane's wife Olga is CFO, Chief Financial Officer. She knows where the real accounting books are and nitv lawyer d'lousy, who brags he can hide client's money from the IRS, knows where the secret nitv bank accounts are, such as in Panama (where humble has a reported 8 bedroom mansion), Belize and Cayman Islands. All of those places have extremely protected banking laws from other countries (income tax evasion, felony).
3. Product disparagement- What a joke. A conman, selling a fake "voice lie detector" for 30 years, using made up information about himself and his "business", taking taxpayers money and ruining people's lives, does not like people, including news media, pointing out those facts. Too bad.
4. Deceptive and Unfair Trade Practices- Nitv has yet to show where that has any truth. Nitv/lawyers ASSUME what they say is true, with NO facts to back them up. As stated before, nobody else worked at Dektor, so nitv/lawyers are ONLY taking the word of a clearly, mentally unbalance person, Dirt Bell, who has never met me and does not know anything about my business. Nitv has allowed Dirt Bell to post his lies on nitv's website for 18 years. Nitv/lawyers are claiming Dektor is saying we are the same Dektor CI/S as the original company in 1969. That has NEVER been claimed by me. Nitv/lawyers are claiming I am claiming my PSE technology is the same as the original Dektor CI/S. True. In 1990, Dektor CI/S original owner, Allan Bell, changed the business name to Allan Bell Enterprises. He only changed the name, he never went out of

business as humble has claimed for 30 years. Before he died in 2000, he contacted me and wanted me to take over the sales and training of PSE. Bell provided me with the blueprints of the PSE. After he died, I decided to use the name Dektor and keep the name PSE because the public, private and public, knew the proven quality of the PSE system. Everything was done legally, no secrets. I kept the SAME proven PSE technology, the SAME training techniques, SAME proven chart analysis techniques as the original Dektor and I also INCREASED the training from 5 days to 10 days. PSE buyers were now getting more from their PSE system. For the past 13 years, PSE has been a highly advanced computer program that can be used in all Windows, Android and Apple systems. Cvsa only recently could be used in Windows 10 ONLY. Humble changed all of Dektors proven training ideas and is using his extremely unreliable, made up training and extremely unreliable, duplicating attempts of the original PSE that nitv admitted they tried to copy.

5. Defamation and Business Disparagement- The Constitution guarantee's freedom of speech. Facts are facts, as much as any criminal, especially a conman, does not like them. Documentation and the conman's own words have proven the cvsa and its training are a fake and nitv/humble/kane/wives have been conducting a scam for 30 years.

6. Tortious Interference- Clearly, no conman wants anyone interfering with and exposing his scam that would cause him to lose money and go to jail. A fraud is a fraud when NO facts or proof exists that a product is credible. For 30 years, nitv/humble/kane have NEVER provided any proof of cvsa credibility. About 1980, two different owners of businesses, Telstar and Omnitronics, selling "voice lie detectors" were charged with mail fraud selling their gadgets. When the judge asked for proof their gadgets were real, they said they were real because THEY said they were real. They were convicted of mail fraud.

In #7 of Plaintiffs Memorandom, the lawyers claim their feelings are hurt because of my comments against them. They FAIL to mention the numerous times the lawyers called my facts as ramblings and me as being "paranoid". Stating I am paranoid, in federal filings is liable and defamation. Desousa has NO training in psychology and has never met me. Desousa used the term paranoid because I demanded the court, NOT nitv lawyers, choose a INDEPENDENT person in Pennsylvania for the hard drive analysis so my IT person could watch it. Nitv, in the past, had claimed their ex-director Hughes had child porn on his work computer. In a Deposition, nitv claimed they destroyed the hard drive, a felony destroying evidence. Clearly, ANYONE knowing nitv and their lies for 30 years, would never trust who nitv chose for such a important matter. I made my objection extremely clear to this court, but was overruled. I knew they would choose someone who would lie for them, just as the current lawyers lie for nitv about this made up case and about me. I do not and NEVER will accept ANY of the so-called findings of their IT person. I NEVER saw the list BEFORE it was released to nitv lawyers, but I am sure it was given to them BEFORE and I have no doubt the list was manipulated for the benefit of nitv use. I also state as fact that my IT person, Vanderhoff, NEVER advised me in any way how to erase a hard drive or how to "escape liability" as nitv lawyers have stated. Not everyone is as corrupt as the nitv lawyers have shown to be in this case by ignoring the facts only for the sake of their expensive billing hours. The hard drive failed long before the nitv lawsuit was filed and proof of purchase of a new hard drive was saved. The lawyers have proven they are only interested in hiding behind legal rules and procedures instead of dealing with a matter that affects people' lives to "win". Would they want their doctors or auto mechanics to be more concerned with only making money off of them by ripping them off, instead of doing only the work that is needed?

Nitv seems to forget that the emails and letters I sent out for my business only stated FACTS about them and their gadget. I have no doubt nitv does not like those FACTS taking money out of their pocket. Nitv also forgets the MILLIONS of times they sent out their "Law Enforcement Alert" letters and faxes of LIES about me, Dektor and PSE and also put on their website for the past 18 years. Also, their posting of lies by Groveport police for 9 years and the very, mentally unbalanced Dirk Bell for 18 years. Lies are lies.

In #8, nitv lawyers claim I gave away ownership of the PSE source codes to Vanderhoff. That is not true. He was holding them as collateral until he was paid. As I had told Desousa, I also retained the ability to make a PSE because if something should ever happen to Mr. Vanderhoff. That extortion email sent to Mr, Vanderhoff demanding the source codes, with the threat of a lawsuit if he did not, PROVES this lawsuit was only about getting the PSE to put me out of business, along with wasting my money on lawyer fees in this lawsuit.

This Reply again PROVES, without any legal doubt, that the entire lawsuit by nitv/lawyers has no merit and MUST be dismissed. The lawsuit was filed only as revenge against Dektor/myself exposing the nitv/humble/kane scam and also trying to eliminate Dektor and the PSE from the marketplace to leave nitv as the only seller of a "voice lie detector. Anything less than a complete dismissal of this fraudulent lawsuit would prove this court is more interested in procedures and format than the court being used as a weapon and the destruction it has caused.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on July 9, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring
400 E. Station Ave #225
Coopersburg Pa 18036

U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
West Palm Beach, FL 33401




1000    33401