IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :          9:18-cv-80994-DLB
     Plaintiff

                      :

vs

                      :

ARTHUR HERRING III, AND
DEKTOR CORPORATION    :
     Defendants    :

```
FILED BY____PAC____ D.C.

JUL 12 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.
```

................................................................................................................................................

Reply to Plaintiffs Memo in Opposition to Defendants Motion to Disclose.


    I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to Plaintiff's memo above.

    A judge, at any time, can demand information and/or bypass certain rules that would prove a lawsuit has no merit, the lawsuit was filed ONLY to use the court as a weapon and if true, the lawsuit must be dismissed for the sake of the defendant from being further harmed financially and other ways.
    The following FACTS prove why this lawsuit must be dismissed, based on the fact that nitv/humble/kane have NO justification or cause to sue Dektor/myself and are only using the courts, as they have in the past, as a weapon to eliminate their enemies in business and to punish ex-employees. Court dockets do not lie. The nitv scam is about a counterfeit good: a fake "voice lie detector" and made up training sold for 30 years that has NO independent proof that it works. Nobody can sell a product legally without PROOF that it works, whether it is a cream to remove wrinkles or it grows hair. Without independent PROOF, it is a FRAUD and CON. Sales do not prove something works and patents do not prove something works, something nitv claims both do in their website and brochures for 30 years.
    The FACT is, nitv/humble/kane still OWE about $800,000 by a judgement for liable, upheld by the Florida Supreme Court, but nitv/owners simply REFUSE to pay after 10 years. Nitv/owners were sued because they were sending out "Law Enforcement Alert" letters lying about another business, the same type of "Alert" letters nitv/owners sent out about Dektor/PSE/myself millions of times with various lies to stop people from buying PSE. Nitv/owners posted those lies and continues to post those lies on nitv's website for the past 18 years. Nitv's website also included lies for 9 years by Groveport police about Dektor/myself. Nitv website also includes lies by a obviously mentally unstable person by the name of dirt bell who was allowed by nitv to post his lies about Dektor/myself for 18 years on nitv's website, even though bell has NEVER met me and was NEVER involved in Dektor in any way. For 18 years, bell has been sending me very disgusting and vulgar emails, even though bell was told to stop by my local police department, my lawyer and the FBI,, but bell refuses to stop.
    ALL of those FACTS and others proving the nitv scam were documented and posted on the nitvcvsaexposed.com website that you (Judge Brannon) ordered removed, along with 51 pages of facts on my Dektorpse.com website. By doing so, you denied me my constitutional rights of freedom of speech, freedom of expression and freedom of press. By ordering my sites down, you are keeping law enforcement ignorant about a scam on them. Do you realize you are protecting the scam and their conmen, destroying criminal cases and having people falsely accuse because of a fake "voice lie detector"? Why did you do that?
    Many news organizations ( including 750 newspapers, TV, magazines, websites nationwide) many district attorneys and attorney generals nationwide, are now and have been watching this case closely since they were contacted by me after I was first sued by nitv a year ago. That fact was documented in my deposition last year. This lawsuit is ONLY about

trying to stop me from further exposing a massive worldwide scam on about 2,500 (nitv numbers) various law enforcement types for 30 years involving a fake "voice lie detector" and its made up training. This scam was originally started and promoted by one man: Humble, a self-admitted liar (in his own words), hard core Republican that has donated massive amounts of money to high level Republicans still in office and former Republicans in office. The facts about humble and this scam have been documented in detail by various news media nationwide and in legal actions against nitv/humble. This scam was further promoted by former high level ex-police working at nitv in sales and as instructors.

Dektor/Herring wishes to thank those people who have come forward through the years and supplied much more information about the scam and its owners. Those people include Wainscott, Slater, Hughes, Roebuck, Olsen and others.

Facts proving nitv/cvsa/owners have been a scam include those supplied by ex-employees, actual cvsa devices(analog and computer) that were used by Dektor for evaluation and dissection, actual documents from many sources (including from nitv's website of 30 years posted on Dektor's website for 18 years) and a massive news website named nitvcvsaexposed.com PROVING nitv/0wners have been operating a international criminal enterprise for 30 years. Nitv has stated it has sold the cvsa in about 20 countries, including those that nitv/humble were prosecuted for by the US government and found guilty of in 2005 because a few of those countries were not considered friendly to the US. Documentation also includes the 15 minute ABC News investigation on humble/nitv/cvsa in 2006 where it was proven humble's "Dr" (PhD) title was a fake (store bought) and humble admitted, on camera nationwide, he had NO independent studies that proved his cvsa gadget and his made up training had any accuracy. By 2006, humble (later kane) had been conning unsuspecting and gullible law enforcement types and US. military, for about 20 years.

Humble had bought a fake, unearned diploma from a one room store selling fake educational titles. It was called Indiana Christian University(ICU). ICU BOUGHT their fake accreditation certificate from a business selling fake accreditation certificates in California called Transworld Accreditation Commission International (TACI). Contrary to humbles lawyers claim, looking at the diploma, pasted on humble's own egotistical website called charleshumble.com for 15 years, that store bought "diploma" clearly PROVES the fake "Dr" title was NEVER a "honorary title", it was store BOUGHT in 1987. Another huge lie by humble is he claims he was trained in 1986 at a polygraph "school" called International School of Lie Detection and Interrogation, in Florida. The APA (American Polygraph Association) stated that school NEVER existed. Humble was convicted in 1988 of copyright fraud. Humble's first cvsa (computer voice stress analyzer) gadget sold in 1988 also, NEVER had a computer to it or in it, but he advertised it as being one for 10 years worldwide. Nitv/humble used the US mail to send out his brochures on his fake cvsa. That is called mail fraud, a FEDERAL offense. Nitv/humble/kane keep making constant claims about the "98% accuracy" of their cvsa gadget and made up training, but humble admitted in many articles and nationwide TV he had NO independent accuracy studies. One document, on the removed by demand website, is a letter by co-owner kane two years ago that cvsa was "98% accurate". After humble's disasterous ABC News investigation exposing nitv/humble/cvsa as a scam, nitv/humble/kane decided to actually MAKE UP "studies" that claimed cvsa and its made up training was "98% accurate". To this day, NO such independent proof exists. NO contact information is ever put on those fake/made up studies to prevent people from finding out they are fake/made up. For 30 years, nitv has used the Great Seal as nitv's symbol, a FELONY punishable by fine and jail. The crimes of mail fraud, fraud and false advertising are now PROVEN.

The two Dektor website/sections mentioned above were ordered removed by this judge. Why? This judge has allowed nitv to continue to post false information (lies) on nitv's website about Dektor, PSE and Defendant, thus taking sales away from Dektor. Why? Nitv has posted many lies about Dektor/Herring for 18 years, including outright lies by a police department (Groveport, OH) and clearly, a very mentally unstable and very ignorant person (dirt bell, son of PSE inventer Allan Bell) of Dektor's business who was allowed to post on nitv website for 18 years a long article of outright lies. Nitv/humble/kane did so trying to take sales away from Dektor.

Did this judge ever review the material on the Dektor and nitvcvsaexposed websites before he ordered them down? If so, this judge clearly saw ALL the documents, news articles and ABC News video were REAL and accurate proving nitv/cvsa/humble were only a scam? The order to remove the websites, without question, violated Defendants constitutional rights of freedom of speech, freedom of expression AND freedom of the press.

Why did nitv allow the huge 51 page section on the Dektor website exposing the lies by nitv/owners for 18 years before nitv "decided" in 2018 it was causing them loss of sales because people were seeing for themselves nitv/cvsa was

only a scam? The fact is, nitv lawyer desousa, took a section of Dektor's website a for the Complaint that stated nitv stopped advertising in 2006 because of lack of sales. Desousa in the very next line said my statement was false, nitv NEVER lost any law enforcement sales. Since nitv only sells to law enforcement, then desousa is saying nitv never lost any sales. So WHY is nitv suing for loss of millions of dollars?

Various people and organizations had already copied Defendant's websites and/or information and reposted them on the internet for the world to see. Nobody can censor the internet.

Does nitv/lawyers plan to sue EVERYONE who posted/posts any facts about the nitv/cvsa/humble/kane scam, including ABC News, Bradenton Herald, who wrote a article about a disgraced 20 year sheriff deputy who later became nitv's head of law enforcement sales, Vancouver Sun who did a massive, three part article exposing the cvsa/humble scam in 2011, and all the other news sites?

Last month, nitv/lawyers threatened a lawsuit on another massive, 20 year old news website called antipolygraph.org. The site is a news website exposing fraud and lies in the lie detection business. Besides polygraph, nitv/cvsa/humble articles have been posted there. Those two nitv "lawyers" desousa and d'lousy ACTUALLY are telling the owner, Maschke, that he must do what nitv lawyers tell him or he will also be sued. Those "lawyers" are trying to RESHAPE what people are supposed to believe about nitv/cvsa/humble, using the court as a weapon, based on nitv's many worthless lawsuits against others for the past 20 years. See attached Exhibit A. In non-lawyer words: WTF?

I clearly hit a nitv/lawyer nerve last month when I demanded the full contact information for a so-called "scientific journal" (as described by nitv) that "published" a 14 page "study" in 2012 that is referred to as the Chapman Study. The "study" claims it proves cvsa is "98% accurate". But, the "study" NEVER mentions cvsa or nitv. So how can nitv claim it proves cvsa is "98% accurate"? Nobody can find the "journal, including myself, the Library of Congress, major universities, American Polygraph Association and Google. Since 2012, nitv pays a person, "article" co-author Marigo Stathis, to travel around the country promoting the fake article/journal to get law enforcement sales.

If no such journal exists, that proves, among many, many other facts, my claim and by many others for 30 years, that nitv/cvsa has been a COMPLETE FRAUD and SCAM for 30 years. This lawsuit, among many other facts, is ONLY a way to waste Defendant's money and/or putting Defendant out of business by nitv filing federal lawsuits against Dektor/myself and many others through the years for no legal purpose, ONLY to waste their money. The EXTORTION email(submitted last month by Defendant) written by desousa to my IT person of 12 years, demanding the PSE source codes under threat of a federal lawsuit, PROVES nitv was only after the proven PSE system of lie detection to sell , by any means: legal or otherwise. No "rewording" by desousa calling the email a type of "settlement", is nothing less than BS. It was EXTORTION by a lawyer. After my IT person said no, nitv/lawyers several days later came up with a new way of putting me out of business. Several days later, nitv/lawyers again threatened my IT person with a federal lawsuit by demanding he sign a agreement that he NEVER talk to me again, never call me, email or text me, do any work for me and NEVER give back my PSE program codes, FOREVER. My IT person is a single parent, supporting two small children. He had no choice, he had to sign. Whatever happened to lawyers going to court getting to court to PROVE their case. Nitv lawyers wanted a jury trial. Is nitv/lawyers now afraid AFRAID of the FACTS coming out and nitv/owners being criminally prosecuted and sued nationwide because of those facts about cvsa accuracy and their made up training being on websites that are protected by federal law?

This judge has the power, duty and obligation to demand such simple contact information from nitv/lawyers AND verify the publisher has been in existence for at least since 2012, the date of the "journal". If no such "journal" exists, that proves I have never said or did anything to be sued for: nitv/owners are a scam and deserve to be exposed to protect the public. I repeat VERIFY the contact information because nitv has a cvsa member association, nacvsa, "located" in Delaware to avoid paying state income tax on membership dues. The so-called "location" of nacvsa is only a PO box in a store. The nacvsa 800 type number used actually rings in the nitv Florida office for 15 years and was verified by the phone company as being in nitv's office in Florida. But, by having nacvsa registered in Delaware, nacvsa/nitv/humble/kane avoid paying Florida state income tax on it large membership fees, per person, per year. Nitv claims its members total several thousands. Nacvsa is about 15 years old. That is called massive income tax evasion. One of nitv's lawyers, d'lousy, BRAGS on his website his business specializes how people can secretly avoid paying owed income tax and various offshore banks to hide their money in. Clearly, that has worked for nitv because they still have

NOT paid any of the $800,000 judgement owed to Baker from 10 years ago. Four years ago, nitv sued Baker using the court as a weapon in retaliation for Baker's win.

Something as easy as getting demanding "journal" contact information that would prove no such "journal" ever existed would prove fraud and false advertising by nitv/owners. The court will have no choice: this lawsuit MUST be dismissed, plaintiff's lawyers be sanctioned (including suspended) for knowingly filing a lawsuit that NEVER had any merit, for violating my constitutional rights and refunding all of my legal fees.

Nitv/lawyers are trying to hide behind their various legal mumbo jumbo babble to avoid having to expose the fact their clients and their "business" are a scam, selling worthless "voice lie detectors" and made up training for 30 years, using many elaborate media ads and other gimmicks to suck in law enforcement victims just so humble, kane and their wives can continue to live a wealthy lifestyle (new Mercedes, 8 bedroom mansion in Panama, various U.S. mansions, etc) off of the taxpayers $30 million or so paid to nitv (almost tax free thanks to d'lousy's tax evasion help) so far. That money was from the suffering of the million or so people falsely accused by a fake cvsa gadget and who had their lives ruined.

As per d'sousa's statement that this request is really discovery, many months ago I submitted a list of 52 items for discovery. After the 30 day deadline, D'sousa REFUSED to provide one item.

Exhibit A- Nitv lawyer letter threatening antipolygraph.org.
Exhibit B- antipolygraph.org article about nitv lawyer letter.
Exhibit C- latest vulgar emails by dirt bell.
Exhibit D- massive, unpaid judgement against nitv/owners

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on July 8, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring III
400 E. Station Ave #225
Coopersburg Pa 18036

  

U.S. POSTAGE PAID
FCM LG ENV
QUAKERTOWN, PA
18951
JUL 09, 19
AMOUNT
$1.30
R2305K134932-18

1000       33401

U.S. District Court
Southern District of Florida
701 Clematis St.
Room 202 Clerks Office
West Palm Beach, FL 33401

Back is blank