

**ADVISORLAW**
ATTORNEYS & COUNSELORS AT LAW

Exhibit A

June 17, 2019

Via E-mail: antipolygraph.org@protonmail.com

AntiPolygraph.org
c/o G.W. Maschke
Else Mauhslaan 39
2597 HA The Hague
The Netherlands

    RE:   **ORDER AND PERMANENT INJUNCTION**
             *NITV Federal Services, LLC. v. Dektor Corporation and Arthur Herring, III*
             United States District Court, Southern District of Florida
             Case No. 9:18-cv-80994 ("Lawsuit")

Dear Mr. Maschke:

    The undersigned represents NITV Federal Services, LLC and its President, Dr. Charles Humble. As the sole owner and publisher of Antipolygraph.org, we are writing you concerning the following twelve web links hosted through Antipolygraph.org:

1. https://antipolygraph.org/blog/2019/05/19/federal-judge-orders-immediate-removal-of-website-critical-of-computer-voice-stress-analysis/

2. https://antipolygraph.org/blog/2018/07/31/nitv-hires-disgraced-ex-cop-jerry-w-crotty-ii-as-director-of-law-enforcement-operations/

3. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1263627833/3

4. https://antipolygraph.org/blog/tag/cvsa/

5. https://antipolygraph.org/blog/

6. https://antipolygraph.org/blog/2018/07/08/nailing-the-pretest-interview-a-presentation-by-skip-webb/

7. https://antipolygraph.org/blog/category/voice-stress/

G.W. Maschke
AntiPolygraph.org
June 17, 2019
Page 2


*Exhibit A*

8. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1298124260

9. https://antipolygraph.org/blog/2009/03/12/baker-dvsa-loses-a-customer/

10. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?action=RSSboard&board=cvsa

11. https://antipolygraph.org/blog/?s=cvsa

12. https://antipolygraph.org/blog/2019/06/06/nitv-threatens-competitors-it-consultant-with-federal-lawsuit/

The foregoing web links are being hosted in violation of the Court's May 17, 2019 Order and Permanent Injunction ("Order") entered in the above referenced case whereby it prohibits the publishing or posting of any website, blog, or other writing accessible via the internet which contains any false or disparaging remarks or statements about NITV, its CVSA product, or Dr. Charles Humble. For a detailed description of the injunction, you should refer to pages 16 through 18 of the Order which is attached hereto.

As such, you are required to permanently remove the above referenced offending web links and any other web links or materials that are governed under the Order. In addition, you are required by the Order to immediately forward a copy of this letter to all other persons or companies with custodial responsibilities to ensure compliance with the Order.

Last, you are also requested to reply to the undersigned to confirm compliance with the Order within ten (10) days of your receipt of this letter.

**ANTIPOLYGRAPH.ORG'S FAILURE TO FULLY COMPLY WITH THE ORDER AND PERMANENT INJUNCTION MAY RESULT IN THE COURT IMPOSING SEVERE SANCTIONS AGAINST ANTIPOLYGRAPH.ORG.**

We look forward to your written notification of compliance with the Court's Order. Thank you in advance for your cooperation.

Very truly yours,

James D'Loughy

JDD/da

Enclosure: May 17, 2019 Order and Permanent Injunction

2925 PGA BOULEVARD, SUITE 200
PALM BEACH GARDENS
FLORIDA 33410, USA

T +1-561-622-7788
F +1-800-734-5289
WWW.ADVISORLAW.COM

ADMITTED TO PRACTICE:
FLORIDA, GEORGIA
& DISTRICT OF COLUMBIA