

Charles Wayne Humble in "Heartbeat of America" promotional video

AntiPolygraph.org has received a rather unpleasant letter from James D'Loughy, a lawyer representing NITV Federal Services, LLC (NITV), which markets a scientifically baseless voice-based lie detector called the

AntiPolygraph.org is a non-profit, public interest website dedicated to exposing and ending waste, fraud, and abuse associated with polygraphs and other pseudoscientific "lie detectors," including voice stress analyzers.

D'Loughy avers that a default judgment in a lawsuit NITV filed against its competitor, Dektor PSE, and which, among other things, compelled Dektor to remove a website with content critical of NITV, also compels AntiPolygraph.org—which was not a party to this litigation and which has no privity with Dektor—to remove the twelve links.

NITV's contention that its judgment against Dektor binds AntiPolygraph.org is absurd. Through our counsel, noted attorney (and former Westchester County, New York police commissioner) George N. Longworth of the law firm Grant & Longworth, we have declined NITV's demand to remove the twelve links.

While NITV's demand is without merit, it does serve to highlight the content on AntiPolygraph.org that most upsets NITV and "Dr." Charles Humble, so it's worth examining these links here:

Exhibit B

1. A recent blog post titled Federal Judge Orders Immediate Removal of Website Critical of Computer Voice Stress Analysis;
2. A blog post from 2018 titled NITV Hires Disgraced Ex-Cop Jerry W. Crotty II as Director of Law Enforcement Operations;
3. A message board thread titled Jury Returns $575,000 Award Against NITV for Defamation;
4. Every post on the AntiPolygraph.org News blog tagged "CVSA";
5. The entire AntiPolygraph.org News blog (yes, really);
6. A blog post about a presentation on polygraph pre-test interviews (we are uncertain why this is of concern to NITV and Humble, who are not mentioned in the post);
7. All blog posts in the category "voice stress" (the demand at #5 that we delete the entire blog should have covered this);
8. A message board thread dating to 2011 titled Canadian police and press believe in CVSA;
9. A blog post from 2009 titled Baker DVSA Loses a Customer;
10. The RSS feed for our message board forum on "CVSA and other Voice Stress Analysis Applications;"
11. Search results for "cvsa" on our blog;
12. A recent blog post titled NITV Threatens Competitor's IT Consultant with Federal Lawsuit

Exhibit B

For background on NITV and Charles Humble, see ABC Primetime's 2006 investigative report on the Computer Voice Stress Analyzer:



Exhibit B