**Arthur Herring III**

| | |
|---|---|
| From: | Dirk Bell <bellda2005@gmail.com> |
| Sent: | Saturday, May 18, 2019 5:16 PM |
| To: | DektorPSE |
| Cc: | Charles Humble; Dirk (me) |
| Subject: | Authur You Pathetic Liar |

Dear Authur,

I heard about your misfortune with NITV. Sucks to be you. ☺

I also found your relatively new website (www.nitvcvsaexposed.com) where you blatantly slander me (and NITV of course). people I write the truth and let the truth lead the reader to the right conclusions. Never a lie in anything I say. I know yo yourself to be objectionable, because it showed you for who you are, or maybe you were afraid it would cost you busin had. What you said about me was totally slanderous. Full of the "Arthur Herring the Turd" demented dishonesty.

If there is anything of substance left of you when NITV gets finished with you, I will hire an attorney to wring the last c you. Unfortunarely, I suspect you will be left as withered as a centenarian's balls.

You are truly a pathetic little man. You have given new meaning to the classification of LOSER.

Don't bother to erase anything on your websites, it is preserved for posterity on The Wayback Machine website, as are t web sites.

Regards,

Dirk

1

# Arthur Herring III

**From:** Me <bellda2005@gmail.com>
**Sent:** Saturday, June 22, 2019 2:34 AM
**To:** admin@dektorpse.com
**Subject:** Hey Turd Face

Hey Arthur the Turd,

I like how you misidentified me as dirt bell in an official document. What a dumb ass you are. Of course that is not news.

Is it time you find a PA bridge and see if Turds float?

Best Regards,
dirt

Sent from my iPhone

1

## AntiPolygraph.org Message Board
**Polygraph and CVSA Forums >> CVSA and other Voice Stress Analysis Applications >> Jury Returns $575,000 Award Against NITV for Defamation**

https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1263627833

**Message started by George W. Maschke on Jan 16th, 2010 at 7:43am**

---

**Title: Jury Returns $575,000 Award Against NITV for Defamation**
Post by George W. Maschke on Jan 16th, 2010 at 7:43am

AntiPolygraph.org has received an undated press release (see attachment) issued by Baker Group International announcing that "after a four day trial, a Palm Beach County, Florida jury has concluded that [E. Gary Baker's] competitor, NITV, LLC defamed him through its January 2005 publication of a 'Law Enforcement Alert' and 'Law Enforcement Scam Alert.'"

NITV markets the Computer Voice Stress Analyzer (CVSA), which competes with Baker's Digital Voice Stress Analyzer (DVSA).

The press release includes a copy of the jury's verdict report, dated 19 November 2009, awarding Baker a total of $575,000 in damages as well as Judge Timothy P. McCarthy's order dated 20 December 2009 stating: "Pursuant to the verdict rendered by jury after trial in this action, It is adjudged that Plaintiff, ELWOOD GARY BAKER, whose address is PO Box 191, Cape Canaveral, FL 32930, shall recover from Defendant NITV, LLC, whose address is 11400 Fortune Circle, West Palm Beach, FL 33414 and whose EIN Number is 020531279, the sum of $575,000.00 that shall bear interest at the rate of 8% per year for which let execution issue forthwith."

https://antipolygraph.org/cgi-bin/forums/YaBB.pl?action=downloadfile;file=baker-press-release.pdf ( 130 KB | Downloads )

---

AntiPolygraph.org Message Board » Powered by YaBB 2.6.11!
YaBB Forum Software © 2000-2019. All Rights Reserved.

Exhibit D