IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :           9:18-cv-80994-DLB
        Plaintiff

                              :

vs

                              :

ARTHUR HERRING III, AND
DEKTOR CORPORATION            :
        Defendants            :

```
┌─────────────────────────────┐
│ FILED BY    PCS       D.C.  │
│                             │
│      JUL 18 2019            │
│    ANGELA E. NOBLE          │
│  CLERK U.S. DIST. CT.       │
│  S.D. OF FLA. – W.P.B.      │
└─────────────────────────────┘
```

................................................................................................................................

Defendants Reply to Plaintiffs Reply Memorandom of Further Support of Motion for Sanctions

I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's memo above.

It must be clear to this court and judge by now, Nitv owners, Humble and Kane, are using the courts as weapons again ( as they have many times against others) to protect their current 30 year scam on law enforcement and the public. This time nitv/owners and their proven,  unprofessional lawyers against my 18 year company Dektor and me personally. "Unprofessional" refers to the various very derogatory and libelous statements and insults against me throughout this made up lawsuit for a year. For example, Nitv lawyers knowingly submitted a fake document under penalty of perjury almost a year ago by a current high level Nitv employee, Mosquera, to promote this so-called lawsuit. Along with Nitv using the courts as weapons, not for justice, but they also are using the courts for revenge and to create a monopoly for Nitv's illegal, international criminal enterprise of selling counterfeit "voice lie detectors" and made up training that have NO independent studys proving them any better than a coin toss. Adding to their fraud are made up studys and a made up, non-existent journal to make it look like nitv's gadget, cvsa, has accuracy. Lawyers Dsousa and dloughy are more than eager and pleased to be involved in nitv's scam and con only to line their pockets with massive billing hours, paid for by nitv/humble/kane/wives from their victims wallets. Those "lawyers", who have claimed their feelings have been hurt by my facts, have been richly rewarded by their involvement in their so-called lawsuit against me, nitv's unwarranted lawsuits against Baker for 4 years only because Baker won the so far unpaid $800,000 judgement by Nitv after 9 years AND very recently a obvious lawsuit type letter threatening Mr. Maschke. Maschke is owner of www.antipolygraph.org that publishes various articles critical of lie detection. Nitv lawyers are DEMANDING Maschke REMOVE ALL references to nitv/cvsa/humble, kane, etc or nitv will sue Maschke. Clearly, Nitv will be using the courts and the lawyers again to try to RESHAPE nitv's past and current illegal and corrupt image to one more to Nitv's liking. Too bad for nitv that history can NEVER be remade.

Those nitv proven counterfeit gadgets, cvsa, and Nitv's made up training have been sold to law enforcement types worldwide for 30 years and also to the U.S military in about 2002. Within a few years of buying about $1 million of them, the military BANNED them from the ENTIRE U.S. military. Various news media have documented those facts and more about nitv/cvsa/humble/kane lies. The cvsa gadget "inventer" humble has used a store bought "diploma", from a fake, one room "university" called Indiana Christian University that sells fake educational titles in 1987 to make buyers think his scam was real and he was a genius. Humble makes that claim on his personal website charleshumble.com. Humble has also ADMITTED on nationwide TV and in print he has NO, repeat NO independent studies that proves his cvsa and made up training are "98% accurate", as claimed by Nitv's co-owner Kane just 2 years ago in a letter (posted on the website www.nitvcvsaexposed.com that was ordered shutdown by this court, but is back up thanks to www.antipolygraph.org). Nitv/humble claim cvsa is the "gold standard" in lie detection. Facts have proven for 30 years

that cvsa and its training are only fools gold. In 2005, nitv/humble/kane started to INVENT, MADE UP studies by the U.S. military that Nitv/humble/kane claimed "proved" cvsa was accurate. In 2012, nitv/humble/kane MADE UP another "study" called the Chapman Study, in a FAKE "scientific journal" called Criminalistics and Court Expertise that DOES NOT EXIST ANYPLACE. The "study" was written by Chapman, a 20 year employee of Nitv and who died in 2011! Obviously, any claim made by Chapman (if he actually did write it) would not be considered valid. Nitv/humble/kane have created this massive scam on law enforcement and the public using a fake gadget for lie detection, instead of using Ponzi schemes, fake diet pills, fake wrinkle remover, etc. In this case, millions of criminal cases have been ruined and as many innocent people have been falsely accused of crimes. The real criminals got away with their crimes.

WHEN WILL THIS COURT AND JUDGE DEMAND NITV/HUMBLE/KANE PROVIDE INDEPENDENT PROOF, INCLUDING THE CONTACT INFORMATION OF THAT FAKE "JOURNAL" MENTIONED, TO PROVE NITV IS SELLING A REAL "VOICE LIE DETECTOR". IF NO PROOF IS PROVIDED, THEN MY CLAIMS ON MY WEBSITE, EMAILS, BROCHURES, ETC, HAVE BEEN FACTS AND NITV HAS NO BASIS OF A LAWSUIT AGAINST MYSELF AND DEKTOR FOR ANY CLAIMS. HOW MANY TIMES DO I HAVE TO KEEP SAYING THAT?

I will respond to nitv/lawyers various false and outrageous allegations they have made.

1. A. B. File deletion software is legal to buy and use. It is used to free up hard drive space. B. Nitv/lawyers made up claim that it was used to hide or delete something is only their opinion, NOT a fact. Cvsa being a proven, unreliable, fake lie detector is a fact. Against my constant, strong objections to this court because I knew nitv/owners were still conmen after 30 years, I did not want nitv/lawyers to hand pick who would be cloning and examining my hard drive. I knew the results and findings would be made up for the benefit to nitv/lawyers. The court was blind to that fact and has allowed those reports to be accepted as facts. There was NO reason why the court could not have chosen a place in Pennsylvania where my IT person could have watched for my benefit. NO results from those finding should be accepted. I was not able to see the results before they were handed over to nitv lawyers because I did not have a lawyer at the time. I was not aware there was a certain time limit on it. There was NEVER a made up sickness before the deposition in 2018. If I could go back in time, I would gladly save my vomit from that night and personally give it to dsousa and d'loughy.  C. The claim by nitv/lawyers that I used a "secret" email account is a joke. There are many types and are legal to use. Everybody uses them so hackers cannot have easy access to people' private emails. So very silly that nitv/lawyers make an issue about that. D. I did not recall at that time I had another email account. No big deal, as opposed to did nitv/lawyers "forget" their Mosquera, who handle's humble's website and is head of nitv international sales. Nitv lawyers claimed Mosquera was a "passer by" who just happened to see my website on the internet and claimed he had no connection at all to nitv in the matter of jurisdiction a year ago. That document by Mosquera was submitted by nitv lawyers to the court under penalty of perjury. Why weren't desousa and dloughy sanctioned by the court for commiting perjury in a federal court?? The proof about Mosquera was also posted on www.nitvcvsaexposed.com that this court and judge ordered totally removed from the internet. E. I never destroyed any hard drive or ever took it home as claimed by nitv lawyers. The statement saying that and signed by my IT person was done so under extreme duress: nitv lawyers threatening to sue him and waste his money if he refused. My IT person is a single parent with 2 small children. He had to sign it. The hard drive failed, as millions do every year. Due to two grossly, incompentant lawyers I had, I NEVER got to see nitv's hard drives and see the many millions of times they sent out their emails lying about Dektor, PSE and myself. I did have copies of nitv's false documents. Nitv's website also had a false testimony against Dektor, PSE and myself by Groveport police for 9 years and nitv also posted on their website, for 15 years, lies about Dektor, PSE and myself by a clearly, very mentally unbalanced person, Dirt Bell, who has NO knowledge about anything he posted pertaining to Dektor, PSE or myself. Bell has continued to send very vulgar, disgusting emails to me, despite being told by law enforcement and my lawyer to stop. Bell has had humble and kanes full permission to post those lies. Those various documents were posted on my website www.nitvcvsaexposed.com, that this court and judge ordered removed from the internet, but is now back up thanks to antipolygraph.org.

2. Nitv/lawyers claim their some of their claims are backed up by a "statement" signed by my IT person. They fail to mention that nitv lawyers threatened my IT person with a federal lawsuit if he did not sign it, even though it was a fake statement of lies. Nitv/lawyers have learned to use the federal courts as weapons instead of using

hired thugs to get what they want. Keeping in mind, that those nitv lawyers, who claim their feelings are hurt because I have told them what they are, no longer can claim they are officers of the court. In reality, they are only "legal whores" who will do anything to get money, including d'loughy bragging he hides assets for people from the U.S. government to avoid paying taxes and for others from paying judgements. Nitv still OWES $800,000 on a judgement by the courts from 9 years ago. Nitv does not want to pay, but sues others to get paid.

3. Facts are facts. Nitv/humble/kane/cvsa have been PROVEN to be a scam and con by independent news reports, THEIR own words, THEIR documents, THEIR fake and made up studies and the lawsuit nitv lost and still is UNPAID. Many documents on nitvcvsaexposed.com PROVED those FACTS BEFORE it was ordered to be removed by this court. No freedom of speech or press here.

4. Nitv lawyers claim I have had "opportunities" to act or respond. That is a lie. A business (law) that is written in a foreign language (legalese) and forms written in legalese CANNOT be stated by lawyers that non-trained people should be able to understand those rules and forms. If that were true, then why should people go to law school?

5. 6. "Feigned illness"? Were you there at my toilet, lawyers? Nitv lawyers are taking words out of context about what was in my emails to suit their own made up claims. I have replied earlier here as to the so-called IT people hired by nitv CANNOT be trusted as to their claims or findings because they were NOT INDEPENDENT examiners. That should be clear and obvious. As per my IT person, he signed what he had to so he would not be broke and be able to support his family. The EXTORTION note, demanding my PSE program for free and sent by desousa was NOT any "settlement offer" as claimed by desousa, it was a clear DEMAND using EXTORTION: give nitv the PSE program codes for FREE or we will WASTE your money in a fake lawsuit. This court and judge CANNOT excuse any lawyer for such action and MUST sanction with large fines and suspend EVERY lawyer who does such illegal action in any court, especially a federal court.

6. See previous information about the hard drive failing and Mr. Vanderhoff being forced to sign a fake document.

7. See #6

8. That so-called "counsel" (#2) was also fired after I discovered his "expertise" was not in court as a trial lawyer, but only as a title search type lawyer. Any non-replies by Dektor was because It pertained to Dektor Corporation. I am not allowed to respond those by law and also (see #4) I am not a lawyer and this legal"business" is as confusing to me as lie detection, auto mechanics, flying, surgery, etc would be to any lawyer without extensive training.

9. See previous stated information.

10. See previous information given. When will this court and this judge demand PROOF that the gadget cvsa has 1 independent study that proves it is better than a coin toss and what is the full contact information that PROVES the fake "journal" Criminalistics and Court Expertise exists? If not, HOW can this COURT and JUDGE continue to waste my money and so far a years time on a made up lawsuit against me using the court only as a weapon for the benefit of a conman to eliminate people in his way of more scamming????????????????????

11. Words cannot describe my disgust and anger at such low life people, using titles and training as lawyers, to ruin a person financially and their 18 year business, Dektor (38 years total in the business of using PSE) ONLY so they enrich themselves by taking money from conmen and their illegal financial gains of over 30 years. Did these lawyers do any DUE DILIGENCE before they took the case to verify it was a REAL case and had merit in a court of law? Obviously NOT! In fact, desousa, in his original complaint took a section from my website that I said nitv stopped their massive advertising campaign, in a major international police magazine, they did for almost 20 years  because nitv was not getting sales like they had been because word was spreading that cvsa was a fake lie detector. Nitv ONLY sells to law enforcement, not the public. Desousa replied my statement was not true. So why is nitv suing me for the loss of millions of dollars of cvsa sales and training IF they did not lose any sales? Desousa, without realizing it, admitted the lawsuit was a fake only to put me out of business. Desousa and d'loughy must be sanctioned for that lie promoting this lawsuit for a year and its grave damage it has caused to me financially, to my IT friend and to my business that has been demeaned and ridiculed in a fake lawsuit. If nitv is claiming I cost them millions of dollars because of lost sales, WHY did they wait so long if they were losing that much money? Why didn't they sue when they had lost $100,000, $500,000, $1 million, etc? Nitv claims they lost $200,000 because of me at a state board meeting in Texas about 6 years ago. The Texas meeting was about

allowing voice lie detectors in Texas. Each vendor, including myself, was allowed to speak about anything for 15 minutes, but nitv spoke for 45 minutes. My FACTS stated in Texas about nitv/cvsa/humble are called FREEDOM OF SPEECH, protected in the Constitution. Has desousa and d'loughy ever heard of it? They must be sanctioned for that worthless claim of loss in Texas because there is NO proof of any such loss of money. Can nitv deny almost 30 years of independent news articles proving their cvsa is a worthless gadget have nothing to do with loss of sales? Nitv/lawyers are claiming nitv lost a lot of money because of me contacting a organization called ICAC. ICAC had a conference in Texas several years ago. ICAC investigates crimes against children nationwide. A very disgraced former sheriff deputy, a ICAC investigator in Florida called Jerry Crotty, was to be a speaker at ICAC in Texas about 2 years ago. Nitv also had a vendor's table there. Nitv had hired Crotty as their new director of law enforcement. I found out about Crotty speaking there and I contacted (freedom of speech) ICAC. I said it was wrong that Crotty should be allowed to speak praising cvsa because it was a scam that had ruined millions of criminal cases. ICAC reviewed the matter and agreed with me. Crotty was not allowed to be a speaker, but did keep the nitv booth at the ICAC conference. I have EVERY right to protect my business from counterfeit gadgets claiming lie detection. I have been the one that has lost millions of dollars because of the made up accuracy claims of cvsa and its training. I have no doubt the nitv lawyers would also take money from any type of low life criminal for money. Who is next for nitv lawyers: drug dealers, child pornographers, sex traffickers, etc?  Is this why people go to law school, only to enrich themselves at any cost, instead of using the courts to seek justice for those who were wronged. Should a established conman of at least 30 years, who has admitted it on national TV and in various documents, including on his own websites, be allowed to sue only to waste a person's money because they were a disliked ex-employee or also selling a fake gadget for lie detection (like his own) just to eliminate anybody like himself from the market? Should that same conman, because he has made about $30 million from his scam be allowed to sue the company selling the only original and proven system of Voice Stress Analysis and training, PSE, just so the conman can have the whole world to himself to sell his fake gadget? In this case, he was allowed to sue and destroy a person and his business. Recently, nitv/lawyers are threatening a person, in the Netherlands, for reporting facts on his website www.antipolygraph.org  about nitv for about 20 years. Will nitv/lawyers sue its owner, Maschke, because nitv does not its "dirty laundry" revealed to the public? If nitv/lawyers do sue, it will be more abuse of the courts using a fake lawsuit by nitv/lawyers?

For the record, nitv/lawyers brag that nitv has sold to about 2,500 law enforcement departments worldwide in 30 years. But, nitv NEVER lists them, ONLY UNVERIFIED numbers by nitv. Nitv has claimed for 30 years cvsa is "98% accurate" for 30 years. There are about 15,000 police and sheriff departments in the US, not including prisons, college police, probation departments, prosecutors, federal agency's, etc. Why has nitv ONLY sold to a TOTAL of 2,500 departments if cvsa is a perfect lie detector for accuracy in investigations and employment screening? Why don't ALL of the 15,000 police and sheriff departments own them for investigations and employment screening since cvsa has been sold nationwide/worldwide for 30 years? Slowly, the word has been spreading that nitv/cvsa is only a scam.

I filed complaints against desousa and d'loughy 6 months ago for their unethical actions and will be filing another one soon for their most recent unethical and illegal conduct. Lawyers are disbarred every day for such unethical and illegal behavior and actions.

Basing any type of sanctions that are demanded by nitv/lawyers against me based on their made up allegations, especially by "claims" asserted by nitv's/lawyer, whose hand picked and paid for IT person, with NO independent verification of those claims about the hard drive and its contents proves those "findings" CANNOT be accepted as fact by this or any court. Because my IT person refused to return the PSE program codes to Nitv, nitv/lawyers made up a secret document several days later that said my former IT person can NEVER talk to me again, NEVER do any work for me again, NEVER email or text me, NEVER return the PSE source codes to me and he can NEVER show me that document. He was forced to sign it to protect his family from poverty. He signed under duress because of a threat of a lawsuit that would result in poverty to him and his family. Such a document, signed under that type of threat, would NEVER, NEVER be accepted by any court as being a worthy and credible document. This court must remember the extortion note sent to my former IT person and friend DEMANDING the PSE program for free for NITV to sell. That email PROVES this lawsuit was only a fake to put

Dektor/myself out of business and for nitv to have the extremely versatile PSE program to sell to replace their very unreliable cvsa program that has had many problems and glitches, including freezing and crashing since 1998. For desousa to claim the extortion email was a "settlement offer" is a total LIE. My IT person offered to sell it to desousa/nitv, but nitv refused to pay a penny. Is desousa trying to claim the "give it to me or I will break your legs" type threat a settlement offer?  Really? Organized crime also makes those "settlement offers". They say: It's nothing personal, it's just business.

I started testing, with the PSE as a business, in 1982. Back then, there were other gadgets that claimed to be "voice lie detectors". I knew then how dangerous fake gadgets for lie detection were and how they could ruin the reputation of the PSE.

Nitv/humble did not get prosper and getaway with their scam by themselves. They had a great deal of help. Humble/nitv started to sell his cvsa gadget in 1988. About 1990, humble was taking out half page ads, then full page ads , then double full page ads in a major, international police magazine called the Police Chief. It is published each month by a international law enforcement association called the IACP, International Association of Chiefs of Police. Humble was claiming back in 1990 his gadget cvsa was "98% accurate", cvsa had no inconclusives and cvsa was not affected by any counter-measures. Those claims by nitv/humble/kane STILL go UNPROVEN today. As far back as 1994 and until only several years ago, I routinely contacted the new presidents of IACP each year telling the their magazine was allowing a fake lie detector to be sold to law enforcement that would ruin criminal cases, falsely accuse innocent people and at some point those falsely accused would sue the users. IACP did not care and told me so. They were ONLY interested in the money from the ads. I also contacted the editor of the magazine, Higgenbothom and the IACP director Rosenblatt. They did not care either, it was only about the money. Nitv/humble also advertised in another police type magazine. Its owners also did not care about taking money for a worthless lie detector gadget and helping a conman steal from law enforcement. Protecting one's product from losing its reputation and income from it by a counterfeit is a huge problem today. Counterfeit products can be deadly if used.

Many various associations (mostly law enforcement) and others have been contacted through the years by Dektor so they do not get taken by fake "voice lie detectors" or their people suffer because of them. Many news media have also been contacted by me to expose those scams, including the cvsa scam. A major media contacted about the nitv/cvsa scam was ABC News in 2005. I supplied much information and documents to ABC News. They did a major, nationwide story on the humble/cvsa scam in 2006 where it was proven humble's "Dr" title was a fake, he had NO studies that said his gadget and training had NO independent proof of accuracy, innocent people were falsely accused for crimes because of the cvsa gadget and the U.S. military had BANNED the cvsa from its departments. That investigation video by ABC was on my Dektor website and my news website nitvcvsaexposed.com  that this court and judge ordered REMOVED from the internet. However, the video is still available at other locations on the internet.

As nitv/lawyers know from my hard drive, many politicians, district attorney's, state attorney general's offices, various associations and others have also been contacted about the nitv/cvsa/humble/kane scam for many years. Politicians include local, state and national. Some have left office and some are still in office. Since humble and kane are hard core republicans and have given much money to republicans and their campaigns through the years, it seems they have been protected by those republican politicians against any kind of prosecution.

I have the right of free speech and the right to protect my product and my company's image from vastly inferior counterfeits. More state authorities are being contacted now about the nitv/cvsa scam. This scam of a fake and unproven "voice lie detector" by conmen will not continue to ruin criminal cases, take taxpayers money and falsely accuse innocent people who will have their lives ruined.

Go ahead desousa and d'loughy, make some of your unprofessional and slimy remarks against me as you have done in your previous filings and about the facts stated in my other filings. Why are you/nitv still REFUSING to provide the contact information of the fake "journal" called Criminalistics and Court Expertise of 2012, with the made up Chapman Study? The fact is, the "journal" just does not exist and never did. Made up to fool people into buying a fake gadget. That is called fraud and false advertising. It is documented that nitv's cvsa examiner

association has only a P.O box address in Delaware  to avoid Florida taxes on its dues revenues, but the phone actually rings in nitv office in Florida. That is called tax fraud.


Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com


## CERTIFICATE OF SERVICE

I certify that on July 12, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III



3340188113 0036

U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
W. Palm Beach, FL 33401

Fulton Ave
burg Pa 18036

USA
NON-MACHINEABLE SURCHARGE