IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :           9:18-cv-80994-DLB
      Plaintiff

               :

vs

               :

ARTHUR HERRING III, AND
DEKTOR CORPORATION     :
      Defendants     :



FILED BY_____P<S_____ D.C.

JUL 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

........................................................................................................................................

Reply to Plaintiffs Memorandum in Opposition to Herring's Motion to Produce Motion to Produce.

I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's memorandum above.

    As in many times before, plaintiff is hiding behind legalese to avoid and denying very simple requests that this court and judge MUST DEMAND: proof that something about this fake law suit has merit for being in a federal court or for that matter, ANY court. Instead, as in many other lawsuits by nitv in the past 20 years, the courts are being used only as weapons by nitv/lawyers against defendants only to waste their money and to put them out of business so nitv/owners can have a "voice lie detector" scam all to themselves worldwide. In nitv's case, it is NOT a business, only a scam, using a great deal of advertising and promotion that has rewarded both nitv/owners Humble, Kane, and their wives (kanes wife is CFO) financially. A product is a scam when it has NO proof that it works. Nitv, after 30 years, still has NO independent studies that proves it is better than a coin toss and in fact makes up fake studies to fool buyers.

    If this court wants actual cases to prove fraud involving "voice lie detectors", then it should look up the federal cases of mail fraud of two different businesses, in about 1980, that were also selling their own "voice lie detectors". They used the U.S. mail to promote their scam and the sellers also had NO independent proof that their gadgets worked. One business was called Telestar and the other called Omnitronics. In both cases, the judges stated since the business owners only claimed the gadgets worked, without any independant proof, the products were fake and convicted both companys of mail fraud.

    Fraud is fraud. The defendant never has to prove they are innocent, the plaintiff has to PROVE their guilt (law school 101). So far, after a full year, nitv/lawyers have bumbled their way through a federal court case with only their opinion's; a false affidavit submitted under penalty of perjury (Mosquera); false unproven accusations; an extortion demand that PROVES this lawsuit was only about getting the PSE program for nitv to sell replacing their own unreliable, problem plagued cvsa program of 20 years; a worthless "agreement" that nitv lawyers are using as "facts" and using the threat of a lawsuit to get it signed; a nitv handpicked and in their pocket IT person that submitted unreliable statements for the benefit to nitv; desousa admitting in the Complaint nitv NEVER lost any law enforcement sales because of actions by defendant but is suing me anyway for those fake "losses"; claims of losses of $200,000 from a Texas meeting that never happened; claims of huge losses because a national association decided not to allow a very disgraced, 20 sheriff deputy (hiredby nitv as law enforcement sales director) to speak at their conference; nitv/lawyers demanding and getting a massive website removed by this court of documents proving nitv is only a scam; nitvlawyer d'loughy demanding another news site remove ANY references to nitv/humble/cvsa under threat of a lawsuit (extortion again?) and many other "throw something against the wall and see what sticks" unproven claims.

Nitv/lawyers are now demanding attorney fees and relief for their participation in this fake and made up law suit and have made vast amounts of money by suing someone that has exposed this scam by a 30 year so-called " business" committing fraud against law enforcement worldwide, U.S. military, on the public and getting taxpayers money for it that has been funding nitv's scam and nitv's extremely lavish lifestyles.

NO such money must not be rewarded to those so-called lawyers for their unethical activities in this made up lawsuit that has used the court only as a weapon.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on July 12, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring
400 E. Station Ave
Coopersburg Pa 18036

15 JUL 2019   FM 6 L

U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
W. Palm Beach, FL 33401

33401-511352