IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :         9:18-cv-80994-DLB
    Plaintiff
                                                                                                                   :

vs

                                                                                                                   :

ARTHUR HERRING III, AND
DEKTOR CORPORATION        :
    Defendants                         :

FILED BY _____ D.C.
JUL 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

---

Reply to Plaintiffs Memorandum in Opposition to Herring's Motion to Demand Removal of Judge Brannon as Incompetant

    I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's memorandum above.

        About a month ago, I had requested a two week delay of action pertaining to this lawsuit because I had a long planned business trip out of country and would not have access to email, internet or voice mail. That request, was known by all parties, but was denied by this court and judge. The filings, submitted by the plaintiff while I was gone, were taken full advantage of by the plaintiff and obviously denied me the time normally allowed to respond. The answer to my request, by the court, was basically that this trial had gone on too long and no more delays should be given. I must point out that the first judge, Middlebrooks, delayed responding to lawyers motions so often that both plaintiff and defendant's lawyers demanded his removal as the judge and it was granted. I am insisting this judge be removed for different reasons that are far more serious.

        The legal expression used "justice delayed is justice denied" is very true. Especially, in this worthless case, justice has been both delayed and denied by the court and this judge because they REFUSE to ask plaintiff for answers to defendant's many facts stated and posted on the internet for 30 years about plaintiff and their fake lie detector and training that have been documented in various ways by nitv's own website and news media stories for 30 years proving nitv and cvsa are frauds. Those FACTS PROVE the plaintiffs are only conmen, operating a 30 year, international criminal enterprise as a scam selling fake "voice lie detectors", selling made up training and a body language course for lie detection called AIS that have been documented as frauds by many news media types, major websites and from the plaintiff's own websites (cvsa1.com and charleshumble.com) for 30 years. None of the claims of accuracy for their cvsa gadget, training and AIS body language course for lie detection, by nitv/owners, have EVER been backed up by facts by nitv/owners, only empty claims by owners kane and especially nitv's fake title "Dr" humble. The fact he still uses the well-known, documented fake title of "Dr" after buying it 32 years ago from a made up university selling fake diploma titles gives the public a clue as to his self-admitted mental insanity of selling fake lie detectors as real ones. That and along with being a conman for 30 years preying upon unsuspecting and gullible law enforcement departments who believe the nitv lies without checking them out and humble allowing innocent victims of his fake voice lie detector to have their lives ruined by being falsely accused. All that lying and scamming just so humble, his sidekick kane, and their wives, Lourdes and nitv CFO Olga Kane, can enjoy a luxurious lifestyle for the past 30 years that includes owning a new Mercedes humble's wife Lourdes drives, multi million dollar homes in Florida, a 8 bedroom mansion in Panama, helicopters, Rolex watches, a company credit card used to charge everything to avoid paying income tax (thanks to the skills of dloughy and his ways of hiding assets from the government) and much more. That lifestyle is all possible

because nitv/owners have a lawyer, d'loughy, who brags on his website that he knows how to hide people's money from the IRS. Tax evasion? Felony?

Such answers demanding proof of cvsa being a real lie detector by plaintiff are manatory to show this so-called lawsuit has any merit. Without such proof would legally prove this lawsuit has NO merit and was ONLY filed to waste the defendants money and ruin my 18 year Dektor business so plaintiff can have a monopoly selling "voice lie detectors" however fake, worldwide. Plaintiffs have used the courts before many times as weapons to ruin people, WITH NO justification. This judge, for some unknown reason REFUSES to ask those questions and thus further allows defendant to suffer needlessly, personal and financially. Another reason this judge must remove himself from this case. A indifferent judge, who does not care about his case, cannot be allowed to judge the case.

It is inconceivable that a federal judge, who was a federal public defender for 25 years, give a order that would positively violate a person's constitutional rights of freedom of speech and freedom of press, when such proof of a worthless lawsuit is brought forward to his attention. This court and judge not only ignores those facts that would prove both the plaintiff lied about such accusations in their lawsuit, but also the plaintiff's lawyers NEVER did any type of due diligence to determine if the lawsuit would have any justification in a federal court. Instead, this judge decides to overlook and refuse to act on such documented information, causing extreme hardship to the defendant and his business. In addition, this judge unjustly decided to demand the complete section on defendant's Dektor website REMOVED from the public documenting those lies by nitv/owners FOREVER and also demanding the REMOVAL FOREVER from the public of a massive news website (nitvcvsaexposed.com) of actual documents (including those by nitv/owners) and a ABC News video proving nitv/owners have been operating a international, criminal enterprise, so far for 30 years.

By keeping such information from the public's view, this judge will ALLOW millions of more people to be falsely accused by a fake lie detector because those cvsa gadgets were bought by law enforcement who did not have the benefit of knowledge because the information on my Dektor website and the nitvcvsaexposed.com website were ordered REMOVED, FOREVER from public view INTERNATIONALLY by this judge. Also, this judge has ordered that NO mention of nitv, cvsa, owners, any lies by nitv, cvsa, etc,etc, can ever be disclosed in any way, in any form by me. This judge also demanded anyone who hosts such website must remove it.

Is this judge's order deliberately violating my constitutional rights of freedom of speech, freedom of expression and freedom of press? YES, a million times over.

Didn't nitv lawyers take an oath or at the very least, they will follow and obey the laws of this country? Those laws include the constitution. Are nitv lawyers claiming they have never heard of the constitution? Do they have ANY ethical or moral conscience against taking cases that have no merit, UNLESS it makes them big money? Does nitv lawyers care about the harm such fake cases will do to any defendant? Obviously not. Reading that, nitv lawyers are probably laughing by now as they clearly enjoy making money off of anyone, for any reason, who has it, no matter how the client made that client money or how worthless a lawsuit is as long as they make money from it. Would nitv lawyers also take clients who are sex traffickers or who are child pornographers? Recall that nitv hired Crotty as their director of law enforcement sales last year. Crotty was "let go" as a cop because he was a disgraced, 20 year sheriff deputy who was found to be extremely incompetent as a investigator of child crimes, including child pornography. One hand meet the other hand and shake.

In April 2012, Judge Brannon, as a federal public defender of 25 years, in federal court DEFENDED so-called "house manager" Rodriguez, of well- known convicted child sex molester Jeffrey Epstein. Epstein was found guilty of sex crimes back then. Rodriguez knew what was going on by Epstein with underage girls being molested and probably also participated. Mr. Brannon cared then about people's rights, even a person deeply involved with child molesting. Why does he not defend my constitutional rights now? By denying me my constitutional rights, judge Brannon is allowing a plague to continue and prosper. That plague is allowing a fake lie detector to be sold and used on innocent people, who will be falsely accused and have their lives ruined. By NOT verifying that cvsa is a real lie detector by asking basic questions of nitv/owners of independent proof that it works, Brannon is allowing a lawsuit to continue that has NO merit and further causing grave harm to me and my company.

Nitv lawyers point out several reasons for a judge to be removed or remove themselves. They state 28 usc #144 and 28 usc #455. By their own words, nitv lawyers are GIVING the reasons why Mr. Brannon should not have this case. I have proven those reasons many times with facts and documents. The average person WOULD conclude this judge is,

for some unknown, strange reason, not only biased against me, he has DEFINITLY VIOLATED and VOIDED my constitutional rights of freedom of speech, freedom of press and freedom of expression. How can this judge condemn my websites of facts, documents, news articles and ABC News video, but allow other sites to post the same information? In #6 of plaintiff's memorandum, he claims I waited too long to file. At the time, the case was stopped because I had filed for bankruptcy only because of loss of money due to nitv's worthless lawsuit. After the bankruptcy was dismissed, the deadlines were allowed to stand by this judge, so the deadline was missed.

Will someone please tell nitv's shisters to stop their very juvenile and unprofessional name calling of me in their documents. They have used names of "rambling" to describe my very factual responses and calling me "paranoid" which is libel because neither desousa or dloughy have ever met me and have NO training in psychology to make such a claim. "Shister" is not name calling since looking at the total lack of merits of this lawsuit and the others they have filed against others, including Baker (because he won a huge judgement against nitv but still unpaid by nitv after 9 years), the threatening letters they have sent to others, including antipolygraph.org, to Roebuck demanding money from him for pictures nitv does not own, cvsa association IACVSA, etc has proved the name seems to be quite deserving.

In conclusion, the damages, including financial, loss of my time on this meritless lawsuit for a year and current loss of my constitutional rights because this judge has not done his "due diligence", cannot be forgotten, ignored or excused. A NEW judge MUST be appointed who WILL review this case, closely examine the massive number of documents on my website www.nitvcvsaexposed.com which is now back up forever thanks to antipolygraph.org and the ABC News investigation video from 2006 proving the nitv/cvsa has only been a fraud and a international criminal enterprise since 1988 by humble, kane, their wives AND their paid staff who are well aware it is a scam.

I CHALLENGE AGAIN HUMBLE, KANE, DESOUSA, OR DLOUGHY TO PROVIDE THE FULL CONTACT INFORMATION OF THE SO-CALLED "JOURNAL" CRIMINALISTICS AND COURT EXPERTISE TO PROVE THAT JOURNAL ACTUALLY EXISTS WHERE THE SO CALLED 14 PAGE CHAPMAN STUDY WAS PRINTED IN 2012 THAT CLAIMS CVSA IS "98% ACCURATE", EVEN THOUGH CVSA AND NITV IS NEVER MENTIONED IN THE 'STUDY'. IF THEY DO NOT PROVIDE THAT INFORMATION TO THIS COURT AND MYSELF, THEN IT PROVES NITV/OWNERS ARE GUILTY OF FALSE ADVERTISING AND STILL HAVE NO INDEPENDENT STUDYS PROVING CVSA IS A REAL LIE DETECTOR AND AS SUCH, HAVE BEEN COMMITING FRAUD ON LAW ENFORCEMENT AND AGAINST THE TAXPAYERS PAYING FOR THEM FOR 30 YEARS. IN SUCH A CASE OF NON-COMPLIANCE, THIS LAWSUIT MUST BE DISMISSED.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on July 12, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring
400 E. Station Ave
Coopersburg Pa 18036

U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
W. Palm Beach, FL 33401

33401-511352