IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :    9:18-cv-80994-DLB
      Plaintiff
                          :

vs
                          :

ARTHUR HERRING III, AND
DEKTOR CORPORATION   :
      Defendants   :

FILED BY cob D.C.
JUL 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

--------

Supplement to Reply to Plaintiffs Memorandum in Opposition to Herring's Motion to Demand Removal of Judge Brannon as Incompetent

    I, Arthur Herring III, Defendant filing Pro Se am filing this Supplement Reply to plaintiff's memo above.

    For 30 years, I have used many ways to prove and expose a massive scam on law enforcement, U.S. military and the taxpayers involving, what amounts to, a fake "voice lie detector" called cvsa and made up training that has never had ANY independent studies that prove it is better than a coin toss. The cvsa gadget is sold by "proven conmen", humble and kane, plus their wives (kane's wife is CFO of nitv), who use many lies about themselves, their made up cvsa gadget and their made up training to snatch buyers using massive advertising for 30 years. Nitv, by any definition, is a international criminal enterprise involving fraud and false advertising as their business. The scam has ruined millions of criminal cases and those extremely unreliable results were used by law enforcement to falsely accuse probably as many innocent people. This scam has cost the taxpayers about $30 million.

    In July 2018, Nitv and its owners filed a major lawsuit against my company of 18 years Dektor and myself only to try to waste my money and hopefully put me and my company out of business. Dektor CI/S is the only name that invented the real technology of Voice Stress Analysis used in the PSE instrument for lie detection and the only proven training for the PSE. I have always used the exact same technology in the PSE I have sold at Dektor Corporation for 18 years as owner and the exact same training that the original Dektor CI/S created in 1969. I used the PSE in my lie detection testing business for 20 years before becoming owner of Dektor Corporation in 2000. Through their lawyers, nitv were able to file a completely made up and meritless lawsuit, the same type of worthless lawsuits nitv/lawyers have filed against other people they did not like or wanted out of business, including ex-employees and sellers of other unreliable "voice lie detectors.

    Despite many, many serious attempts to have this case thrown out because it has no merit, this judge has not only refused to look at my documents and video proving it has not merit and was filed using the court as a weapon, but this judge demanded and got me to takedown ALL information, documentation proving nitv/cvsa is a fraud and ordered me to basically never mention the words nitv, cvsa, humble, etc, in any way whatsoever, including websites, emails, brochures, letters, etc, clearly violating my constitutional rights of freedom of speech and freedom of press.

    I can finally reveal now, with the blessing of Florida's Attorney General Moody, that Florida AG's office will very soon be filing criminal charges against humble, kane and their wives for fraud and false advertising. Those charges possibly may include nitv lawyers, desousa and d'loughy, for knowingly aiding and protecting the scam, financially benefiting from nitv's scam and helping to funnel those illegal funds out of the country into secret bank accounts in Panama and possibly Belize and Cayman Islands for many years. For the record, one of nitv's lawyers, d'loughy brags on his website advisorlaw.com, that he is an expert on hiding assets from lawsuits and from the government so the person

does not have to pay income taxe on their money. After spending about 8 months sending many emails and many, many hours on the phone giving information to the AG's office, including them copying all of the documents on my former news website nitvcvsaexposed.com, I am very pleased now that the nitv scam will soon come to a close. That will leave 49 other Attorney Generals to seek indictments of nitv owners and staff who also actively participated in and financially benefitted from the scam for many years.

I can only hope that now Judge Brannon will reverse all of his decisions against me, but also do what is necessary, which is to totally dismiss this lawsuit because it has no credibility in a court of law and to sanction and suspend those lawyers for filing this case that never had any merit.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

## CERTIFICATE OF SERVICE

I certify that on July 14, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring
400 E. Station Ave
Coopersborg Pa 18036

PHILADELPHIA PA 150
16 JUL 2019 PM 9 L

U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
W. Palm Beach, FL 33401

33401-511352