IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR HERRING, III,

    Defendants.

## NOTICE OF FILING HERRING E-MAIL

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby gives notice of the filing of the attached August 22, 2019 e-mail from defendant Arthur Herring III (subject: "lie detector scam") to Chief Sean M. Marschke of the Sturtevant Police Department.  Notwithstanding the Court's May 17, 2019 Order on Motions for Final Default Judgment and Permanent Injunction Against Dektor Corporation [D.E. 95], Herring appears to be continuing his series of "lie detector scam" e-mails that were the principal subject of the permanent injunctive relief already entered by the Court.  Given Herring's wholesale refusal to participate in discovery (the subject of Plaintiff's pending motion for sanctions, D.E. 103), Plaintiff only becomes aware of such continuing e-mails when their recipients choose to forward the e-mails to Plaintiff's representatives.

August 26, 2019.

    Respectfully submitted        Respectfully submitted,

    ADVISORLAW PLLC        DESOUZA LAW, P.A.
    2925 PGA Boulevard        101 NE Third Avenue
    Suite 204        Suite 1500

|  |  |
|---|---|
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, FL 33301 |
| Telephone: (561) 622-7788 | Telephone:  (954) 603-1340 |
| Jdloughy@advisorlaw.com | DDesouza@desouzalaw.com |
| By:/s/ James D'Loughy | By: /s/ Daniel DeSouza, Esq._____ |
| James D'Loughy, Esq. | Daniel DeSouza, Esq. |
| Florida Bar No: 052700 | Florida Bar No.:  19291 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.  I further certify that on August 26, 2019, I served the foregoing document via US Mail to Dektor Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

/s/ Daniel DeSouza___

Daniel DeSouza, Esq.

4841-1795-7485, v. 1