# Daniel DeSouza

| | |
|---|---|
| **From:** | JAMES D'LOUGHY <JDLOUGHY@advisorlaw.com> |
| **Sent:** | Friday, August 23, 2019 1:57 PM |
| **To:** | Daniel DeSouza |
| **Subject:** | FW: lie detector scam - from Herring |
| **Attachments:** | image001.png |

# REDACTED

---------- Forwarded message ----------
From: "**Stacy**" <stacy@cvsa1.com>
Date: Fri, Aug 23, 2019 at 11:24 AM -0500
Subject: RE: lie detector scam - from Herring
To: "'Sean Marschke'" <MarschkeS@sturtevant-wi.gov>
Cc: <NITVFS@cvsa1.com>, "'Stacy'" <stacy@cvsa1.com>

Hello Sean,

Thank you very much for bringing this matter to our attention.  Dr. Humble and our Directors are copied above.

Take care,

Stacy Parsons
Training Administrator
NITV Federal Services
(561) 798-6280
stacy@cvsa1.com

---

**From:** Sean Marschke [mailto:MarschkeS@sturtevant-wi.gov]
**Sent:** Friday, August 23, 2019 12:19 PM
**To:** stacy@cvsa1.com
**Subject:** FW: lie detector scam

Stacy,

I received this email below from this individual. The WCPA will not be accepting his email for distribution. I wanted to send it to you for Dr. Humble's and your information.

Have a great weekend.

Sean

Chief Sean M. Marschke
Sturtevant Police Department
2801 89th Street
Sturtevant, WI  53177
(262) 886-7229
www.sturtevant-wi.gov
President
Wisconsin Chiefs of Police Association



**From:** Arthur Herring III <admin@dektorpse.com>
**Sent:** Thursday, August 22, 2019 11:22 PM
**To:** Sean Marschke <MarschkeS@sturtevant-wi.gov>
**Subject:** lie detector scam

Dear Chief Marschke,
    Last year, I contacted your association about a very serious scam that has been used on various law enforcement nationwide since 1988. I never got a response from your association.
    For about 30 years, a fake "voice lie detector" scam has been existing nationwide and it is solely directed at law enforcement types: police, sheriff, internal affairs, prosecutors, prisons, college police, probation and even targeted the U.S. military.
    Nationwide, police and sheriff offices use a fake "voice lie detector" gadget called Cvsa (Computer voice stress analyzer). Nitv (National Institute for Truth Verification) is the Florida "company" that has sold Cvsa nationwide since 1988. Nitv claims about 2,500 various law enforcement types nationwide have bought Cvsa and training. For the past 8 months, I and about 8 others have been assisting the Florida's attorney general, Moody, with information and documents to build a case on the business and owners operating the scam.
    To date, there are NO independent studies that show Cvsa is any better than a coin toss, about 50%. About $1 million was spent by the U.S. military in about 2002 to buy some Cvsa's and training. But, within several years of use, the U.S. military BANNED the Cvsa from all military branches because of Cvsa's very poor accuracy. Each Cvsa costs $10,000. Training is $1,400 per person, PLUS "recertification fees" of $400 per Cvsa examiner, every 2 years, for LIFE!  The departments usually buy at least two Cvsa's, the larger ones buy 5, 6 or more of them and two examiners, per Cvsa, are trained. Nitv is owned by Charles Humble, wife Lourdes Humble, James Kane and wife Olga Kane (CFO, Chief Financial Officer).
    Nitv only sells to law enforcement types because Nitv knows Cvsa will be used in criminal investigations. Nitv only hires former high level law enforcement types (lieutenants, captains, police chiefs, etc) as their sales people or training instructors. They use their former law enforcement titles to get other law enforcement to buy Cvsa. In June, 2018, Nitv hired a very disgraced ex-sheriff's deputy, Crotty, as their new director of law enforcement sales. For many years, Nitv has also been using a high level Erie (Pennsylvania) police officer as part of their sales department. Nitv knows when

Cvsa buyers finally realize the Cvsa gadget is not accurate for lie detection, the buyers will not ask for their money back and not sue Nitv. That is because those buyers will realize their department, city and the Cvsa examiners themselves will be sued by the people they falsely accused of lying. Those innocent people who failed Cvsa tests might have pled guilty just to get shorter jail time, might have gone to jail, had their reputations ruined, lost their jobs and also wasted much money on lawyer fees because of Cvsa's poor accuracy. So, the buyers let Nitv keep the money and just stop using Cvsa or the buyers use Cvsa only as a "prop" and tell everyone who take the tests they flunked and hope they scare the person to confess, even if those accused are not guilty. Nitv also makes all Cvsa buyers sign a legal agreement that says the buyers will NEVER sue Nitv. The agreement also says the buyer cannot sell or even give away the cvsa if the buyer does not want them.

   Since 1988, when Cvsa was first sold, Nitv/owners has always told everyone Cvsa was "98% accurate". In 2016, the co-owner of Nitv, Kane, sent out a signed and dated letter to people saying the Cvsa was "98% accurate". But, Nitv NEVER had any independent studys to back up their claim. Since 2012, Nitv has been promoting a fake, so-called "scientific study" (Nitv's words) referred to as the Chapman Study as "proof" Cvsa is "98% accurate" for lie detection.  But, the "study" is only a 14 page article that NEVER mentions Nitv or Cvsa at all. So, how can Nitv claim the Chapman Study proves Cvsa is 98% accurate if it NEVER mentions Cvsa or Nitv at all? Plus, the "journal" Nitv claims the "study" was published in is called "Criminalistics and Court Expertise". The "journal" DOES NOT EXIST anyplace. The "study" and the "journal" were made up by Nitv because Nitv still had NO independent studies by 2012 that proved Nitv's Cvsa gadget and Nitv's made up training was any better than a coin toss for lie detection after 30 years Nitv had been in business. Many, many people have looked for the "journal". But, nobody can find the "journal", including Library of Congress, major universities, thousands of hours using Google and even the college Chapman taught at part-time in New York. Chapman had worked at Nitv for 20 years until his death in 2011 so any study he did would have been biased and not trustworthy. Because Chapman died in 2011, who knows if he ever wrote the "article". The 14 page "article" can be found on the internet. The "Chapman Study" had a co-author, Marigo Stathis. She is a neuro scientist at John Hopkins University in Maryland. She is paid by Nitv to go around the country promoting Cvsa using the Chapman Study and her title to get buyers. But, when she is called, she refuses to talk and hangs up. Stathis does not respond to emails. She would lose her job if John Hopkins finds out she is committing fraud promoting Cvsa and a fake journal. About 15 years ago, Nitv made up a three day "body language" course for lie detection called AIS. Nitv sells it for $500. AIS also has NO studies at all that AIS has any accuracy.

   Nitv has a Cvsa examiner association (NACVSA) registered in Delaware to avoid paying Florida business tax on the membership fees and Cvsa "recertification fees" of $400 per Cvsa examiner, every two years. But, the address is only a PO box, NOT a office. The association phone number actually rings in the Nitv office in Florida. NACVSA is NOT registered in Florida as a business and Nitv avoids paying income tax on all that money. That is called income tax evasion. Nitv has a lawyer, d'loughy, who brags on his website he is a "asset protection" lawyer and he hides people's money from the IRS. Humble, besides owning $1 million dollar homes and private helicopters, also has a 8 bedroom mansion in Panama. Panama banks have complete privacy laws against outsiders, so it seems Humble has hidden his money in those banks to avoid paying taxes. Belize and the Cayman Islands are near Panama and they also have extremely private bank account laws. That is called income tax evasion. Nitv still owes about $800,000 from a major liable lawsuit they lost about 9 years ago, but Nitv refuses to pay. The plaintiff's lawyer still has not been able to find where Nitv hides their money. Nitv has used the US mail millions of times since 1988 to promote their scam. That is called mail fraud: Nitv sells a gadget for lie detection, but has no proof it works. For 30 years, Nitv/owners have used the Great Seal of the U.S. as their personal trademark. That is a violation of federal law that is punishable by fine and prison. In 1987, Charles Humble bought a fake title of "Dr" (PhD) from a one room store that sold fake educational titles nationwide. The store called itself "Indiana Christian University". Humble still uses the "Dr" title to make people think he is a genius and he actually invented Cvsa. In 1988, Humble was convicted of copyright fraud. In about 2005, Nitv/Humble was convicted of selling Cvsa's to countries not friendly to the USA for three years. Nitv/owners promoted their scam for decades by taking out huge ads in law enforcement magazines every month. I contacted those magazines since 1993 and told them about the Nitv/cvsa scam, but they did not care because their magazine was making huge money from those many Nitv/Humble ads. Humble has had a website glorifying himself since about 2005. It is www.charleshumble.com

   This matter is NOT about competition. I have owned the company that invented the only real system of voice lie detection called Voice Stress Analysis and the machine called PSE for 18 years. Before that, I did the testing in the private sector, using the PSE, for 20 years. I know about all the gadgets that claim they do any type of voice lie detection.

This matter is about a scam, selling a fake (counterfeit) lie detector and made up training to law enforcement types worldwide. Cvsa and training have NO independent studys that they are accurate for lie detection in criminal cases, employment screening or in any other way. In 1969, only the original owners of Dektor CI/S (Dektor Technologies now owned by me) invented the real system of Voice Stress Analysis® for lie detection. Businesses everyday are fighting counterfeit goods because those fake goods cost the businesses selling the real products millions (tens of millions) of dollars of profits every year. The real products must also protect their image. I have been exposing the various fake lie detectors sold for 18 years since I have owned Dektor to protect our image, protect law enforcement from wasting their money on fake gadgets and from ruining their criminal cases. Dektor® is located in Quakertown, Pennsylvania. Because of my decades of efforts exposing the Cvsa scam, in July 2018, Nitv had their lawyers file a made up, $10 million, lawsuit against Dektor and myself just to put me out of business. Nitv claimed I made up lies about them and cost them Cvsa sales. Facts prove Nitv/owners are only running a scam on law enforcement and the public who pays for the fake Cvsa, made up training and cvsa "recertification fees" of $400, per Cvsa examiner, every two years, for life. I have lost about $50,000 in lawyer fees. Because I could not afford lawyers anymore, for the past 6 months, I have been representing myself, with poor results. I had a massive website of various documents proving the Nitv scam. Nitv lawyers got the judge to demand I take down the website and the judge ordered me to never talk about Nitv, Cvsa or its owners in any way. That clearly violates the laws protecting whistle blowers, my rights of freedom of speech and freedom of the press. I refuse to be silent because Nitv is a scam that has also cost my company millions of dollars in sales for years. Nitv has sued many people, including ex-employees or other businesses, only to waste their money. Nitv always loses, but they do not care because they have the money to waste other people's money.

I am sending you many links of documents that proves Nitv/Cvsa/owners are only a scam on law enforcment. In addition, one of Nitv's lawyers (Desousa) recently sent my longtime IT person a extortion email demanding my IT person either give Nitv my program codes for the PSE® for free (that I sell for lie detection) or Nitv will sue him only to waste his money. My IT person said no. That proved the only real reason Nitv filed the lawsuit against me was to get the real software program of PSE to sell as their own. Nitv uses the courts as weapons to get what they want. A few days later, Nitv lawyers demanded my IT person sign a agreement that says he will never give back my PSE program to sell, my IT person will never speak to me again, he will never do any work for me and never communicate with me, ever, or Nitv will sue him. My IT person is a single parent, with two small children. He had to sign it. He is not allowed to even show me the agreement. Also, recently Nitv lawyers sent a news website, www.antipolygraph.org a letter demanding they remove ALL articles and EVERYTHING that mentions Nitv, Humble or Cvsa. The owner of the site, Maschke, said no and his lawyer sent Nitv a letter stating no. Clearly, Nitv is trying to keep the facts about their scam a secret from the public. But, Nitv does not sue the other newsmedia for printing the facts about Nitv/cvsa, including ABC News that did a major investigation story in 2006 proving Nitv/cvsa/Humble is only a scam. Nitv knows they would clearly lose any lawsuit against them and would get sued in return.

This scam has ruined millions of criminal cases nationwide and as many innocent people' lives. I contacted the attorney general Shapiro's office and governor Wolf's office about 5 months ago by phone and certified mail, but they do not respond. I have contacted many other politicians, police organizations. etc, but they have done nothing or responded. The scam must be stopped by exposing this scam and having criminal charges filed against Nitv and its owners BEFORE anymore departments get scammed and criminal cases are ruined. I can be reached at this email or call me at 215.631.1448.

https://www.youtube.com/watch?v=dsufvxgLf0g     The 16 minute ABC News investigation proving the massive Nitv/Cvsa fraud published in 2006.

https://web.archive.org/web/20190518135724/http://www.nitvcvsaexposed.com/     Massive amount of documents, including ones by Nitv, proving fraud by Nitv/cvsa/owners.

https://antipolygraph.org/blog/2019/06/06/nitv-threatens-competitors-it-consultant-with-federal-lawsuit/     Article proving Nitv/owners using the courts as weapons just to silence.

https://antipolygraph.org/blog/2019/06/28/pseudoscientist-dr-charles-humble-attempts-to-censor-antipolygraph-org/   Nitv lawyers threatening news website proving nitv fraud.

     https://antipolygraph.org/documents/nitv-legal-threat/Letter%20of%20Permanent%20Injunction%20-%20Antipolygraph.org.pdf    Nitv lawyer's letter threatening news website.

     www.charleshumble.com     Nitv owner Humble's huge personal website since 2005 glorifying himself with made up information about himself, Nitv and Cvsa.

     Sincerely,
Arthur Herring III