IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC :          9:18-cv-80994-DLB
      Plaintiff

                :

vs

                :

ARTHUR HERRING III, AND

DEKTOR CORPORATION          :

      Defendants          :

FILED BY _cos_ D.C.

SEP 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

......................................................................................................................................................................

Reply to Notice of Filing Herring Email

I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's memo above.

      Oh Boy! The circus is back in town. The circus brought the clowns and elephants again. Instead of wearing their colorful outfits and funny hats, the two clowns are wearing two piece suits and have briefcases. The two clowns were hired to clean up after the elephants. We all know what elephants do. The problem is the elephants leave so much on the ground, the clowns do not have the shovels and buckets big enough to clean up the elephants big messes. Many people continue to step into the elephant's mess, even after 30 years.

      Nitv/lawyers continue to make and submit empty accusations that never have truth behind them, such as this lawsuit and their recent submission. To Nitv/lawyers, it is not about proving the defendant guilty with FACTS. Nitv lawyers cannot do that because they never had any facts or documents to back up their empty charges. Instead, the defendant has to continually provide the facts and documents that prove himself innocent of each various claim Nitv lawyers keep making up throughout the case. After the lawyers are proven wrong on one claim, they make up another claim. These Nitv/lawyer's tactics have caused a severe financial loss to defendant and wasted a year of the defendant's time.

      This latest motion Nitv lawyers filed claim I have violated a court order in some way by sending out a email about Nitv, Humble, etc. Completely false! The email the lawyers are referring to was sent out as myself, a private person, using a email account that has been used as both a general email account and used for business for 18 years. The email in question represented my own beliefs, based on facts documented by the various news media and Nitv itself for 30 years that prove Nitv is a international criminal enterprise committing fraud by selling a fake "voice lie detector" and made up training. The phone number I use for Dektor is also used and has been used for 18 years as a private, personal number for myself for various matters. Dektor will be using a different name that has existed as a business for 15 years because I am expanding the services Dektor will be offering. The Dektor site has been down for renovations for about a month.

      Nitv has NEVER had any independent studies for accuracy that prove Cvsa and Nitv's made up training are any better than a coin toss for accuracy in lie detection. In fact, Nitv owner, Humble, ADMITTED on ABC News, on national TV in 2006, there were NO studies that proved his (humble) Cvsa gadget was any more accurate than a coin toss, about 50%. ABC News also proved Humble's "Dr" title that he uses to make people think he is a genius was actually BOUGHT from a one room store in 1987 called Indiana Christian University that sells fake education titles. ABC News also proved the U.S. military spent almost $1 million to buy some Cvsa's and training in 2002. After a few years of using Cvsa' for lie detection, Cvsa was BANNED from the entire military because of its very poor accuracy. Expressing my beliefs is a right guaranteed under the Constitution of the U.S. NO exceptions! Nitv/lawyers is, has and continues to use its various

financial powers in various ways to try to take that freedom away from me, including by causing financial losses through legal fees and by stealing business sales using lies about themselves and their fake Cvsa gadget by using claims of "98% accurate" that have been PROVEN to be lies, even after 30 years. In fact, I am acting as a Friend of the Court in becoming a whistle blower, with the intention of protecting the rights and threatened loss of property and/or guaranteed freedoms and defense extended to everyone accused of a crime, in which due process is tainted by the introduction of the Cvsa that Nitv has sold to law enforcement agencies and in which the justice system has become blinded to. I have been formally presenting the introduction of exculpatory evidence to assist those accused and whose defense is troubled by Nitv's believed and opinioned, false gadget and procedures. Federal funding has been received by the agencies I have contacted and that I believe as a citizen of the U.S. and as a allowed whistleblower to notify the funded recipients that using the federal funds to investigate, conduct lie detection exams with perceived and opinioned bogus equipment and training in order to prosecute suspected violators of the law is an injustice and gross misuse of granted U.S. funds received from the U.S Department of Justice. Because of the Nitv fraud, I/Dektor have suffered severe adverse consequences through coercion and financial loss and intellectual property theft as a result of my reporting the wrongdoings by Nitv/owners and their lawyers, who are knowingly acting in association in the Nitv scam only for their personal enrichment by using billing hours and by filing a made up lawsuit that they know is false.

Nitv/lawyers are now complaining about a email I sent to a law enforcement department as myself, not connected to Dektor. The emails I send out have always been 100% truthful and factual. Nitv/owners are GUILTY of sending out emails against Dektor, PSE and myself, ESPECIALLY TO LAW ENFORCEMENT for many years. Copies of some of Nitv emails insulting and lying about Dektor, PSE and myself are in the exhibits. The big difference between me and Nitv is Nitv emails are filled with lies. Nitv's emails and faxes have been sent out millions of times containing lies about Dektor, PSE and myself that have been proven as lies in my various websites for the 18 years I have owned Dektor. My websites and documents have been exposing Nitv/owners as only a scam on law enforcement and the taxpayers paying for the scam. There were many examples of Nitv/owners email lies about Dektor/myself posted on the nitvcvsaexposed website that Nitv lawyers got this court demand me to take it down. By forcing me to take down the websites and their information and documents, the court is now HIDING the facts and PROTECTING a international criminal enterprise.

Nitv has been and continues to post lies (until about June, 2019) on their Nitv website about Dektor, PSE and myself. Nitv's website posted various, made up lies by Dirt Bell for 18 years. Bell, a person that most people would agree, should be put into a padded room for his own safety based on the vile and disgusting emails Bell has sent to Dektor/myself for 18 years. Bell NEVER had any information that he claimed were facts about Dektor, PSE or myself, but Nitv still allowed Bell to post those lies anyway. That is liable and defamation of character. Nitv NEVER contacted Dektor or myself to verify anything Bell claimed. Nitv, until about May 2019, also posted outright lies by Groveport Police (OH) about Dektor/myself/PSE on their Nitv website. That is liable and defamation of character. Nitv NEVER contacted Dektor or myself to verify any Groveport's claims. The big difference between me and Nitv: I provide facts and documents to back them up, Nitv only prints lies to get sales and files worthless lawsuits to waste people's money to put those being sued out of business. Nitv continues to post on their website that they got a summary judgement against Dektor. Lie! It was a simple default judgement. The two are extremely different. Pay your $800,000 judgement Nitv owners that you have owed Baker for 8 years!

How much longer will Nitv owners Humble, Kane, their wives and their lawyers not accept the obvious: a very poorly copied device and made up training with NO independent proof that it is accurate beyond a coin toss is a fraud, a felony. Advertising a fake gadget as real is called false advertising, a felony. How many times did Nitv/owners do that? Using the U.S. mail to promote their fraud is called mail fraud. That is a felony. How many millions of times did Nitv/owners and their staff do that, Stacy? Nitv, used the federally protected Great Seal as their symbol. That is a felony. How many millions of times and in various ways did Nitv/staff do that? For 30 years, Nitv/owners have been promoting their fake, coin toss proven gadget and their made up training for 30 years as "98% accurate" for lie detection, but Nitv still has NO independent studies that prove it. About 2007, Nitv/owners began to claim there were two "studies" by the U.S. military Nitv claims showed Cvsa and training were "98% accurate. But, those so-called "studies" never had any contact information as to who did the "studies" and where to verify that they were real and credible. It has been established that those two military "studies" were simply made up by Nitv to get desperately needed sales. Since 2012, Nitv/owners have been using another made up, 14 page article (referred to as the Chapman Study) claiming the

Chapman Study proves Cvsa and its made up training are "98% accurate" for lie detection. BUT, the article NEVER mentions Cvsa or Nitv. How can Nitv/owners claim it proves accuracy for Cvsa when it NEVER mentions Cvsa or even Nitv. Nitv cannot make that claim or any claim that the Chapman article "proves" anything about Cvsa, especially accuracy . Nitv/owners claim the Chapman Study was published in a "scientific journal, 2012 annual edition, issue 57" called Criminalistics and Court Expertise. Chapman worked at Nitv for 20 years, so if he did any type of study, it could not be considered unbiased or accurate. Chapman actually died in 2011. So, WHO wrote the Chapman article? It did have a co-author called Marigo Stathis. She works at the John Hopkins University in Maryland. When contacted by phone, she hangs up on people and refuses to emails. Stathis is paid by Nitv to travel around the country promoting the Cvsa using the Chapman article as "proof" Cvsa is a lie detector. Nobody has ever been able to find that "journal", who publishes it or any past or future issues of it, including the Library of Congress, major university librarys and tons of hours of Google searches. Using outright lies, ex-high level law enforcement as instructors and sales people, plus made up "studies" to swindle law enforcement into buying fake lie detectors and made up training that have NO independent proof that they are accurate for lie detection, is a scam and a felony. Joseph Goebels, Hitlers propaganda minister, created the tactic "Tell a big enough lie, people will believe it. Tell the lie long enough people will believe it". Nitv/owners have followed Goebel's advice to the letter for 30 years and made about $30 million by using it. The fact is, in 1999, Nitv admitted in court Cvsa was NOT a lie detector and should never be used as one.

Stacy, I wonder if you ever READ my email that I sent to Chief Marschke of Sturtevant Police and president of the Wisconsin Chiefs of Police. Wisconsin has 65 police and sheriff departments with Cvsa. If you read my email, you know now you have been working for conmen all these years. Maybe you knew about the scam and maybe the other nitv staff knew Nitv was a scam and simply worked there for a paycheck. Paychecks that came from taxpayers paying for that scam and the millions innocent people who were victims of that scam. Stacy, do you and the staff realize that when the attorney generals around the country and the FBI begin to file criminal charges against Nitv/owners, the staff will be deposed and maybe face criminal charges, fines and maybe jail for many years themselves? No contact with children, husband or family. ? I wonder how many more years Nitv's staff will continue to take their paychecks made by those conmen and their scam? It seems Nitv staff are only thinking their job is just as regular a job, just another day at the office, without caring how millions of innocent people had their lives ruined and maybe in jail because of the scam by their bosses. Poor Stacy, who still calls her boss "Dr" Humble in her "thank you" letter to Chief Marschke. Is she and the other staff still totally ignorant of all the proof (some included in my email to Marschke), for 30 years, that proved their boss only bought that fake "Dr" title from a one room store in 1987 called Indiana Christian University selling fake education titles? With such stupidity and ignorance shown by Marschke, no wonder he is only the chief of a tiny 15 person department. Facts do not seem to be important to him. I am guessing he has a Cvsa.

This scam has cost the taxpayers about $30 million, ruined tens of millions of criminal cases, falsely accused as many people and ruined their lives. In addition, the real criminals got away with their crimes, including for rape and murder. A scam that has only paid for the glorious lifestyles of Nitv's owners and their wives, who are also directly involved in the scam. I was told by a former Nitv employee Kane's Russian wife Olga is CFO (Chief financial Officer). She would know where the bank accounts are and the "real" accounting books. Nitv lawyer, d'louie, brags on his website he knows how to hide people's money from the IRS and from any lawsuit judgements. It appears he is the one that created four different Nitv named businesses so nobody can find various assets of the current Nitv when Nitv/owners are sued. A former Nitv employee told me that Humble/Kane use a American Express Black Card to charge everything to help pad Nitv's tax deductions. No doubt one of d'loughy's tricks. I wonder how the IRS will look at him in any state's legal actions against Nitv/owners.

Nobody knows that Nitv/humble was actually being "protected" with their scam. The biggest protection came from a major, worldwide law enforcement association called the IACP: International Association of Chiefs of Police. They have about 25,000 members worldwide. The IACP publishes a monthly magazine called the Police Chief. Starting in about 1990, Humble took out full page ads, then double full page ads every month for about 15 years. Each full page ad was about $6,000. Do the math to see how much money IACP was making every year from the Nitv scam.  Humble promised in those ads in 1990 his Cvsa was "98% accurate", along with out wild claims that Humble/nitv NEVER had any independent studies to back up that accuracy claim or the other claims Humble put in his ads. Starting in about 1992, I contacted the director at IACP (Rosenblatt) and the editor of Police Chief (Higgenbothom) many, many times and each

new president of IACP every year. I told them how a fake lie detector was ruining criminal cases and falsely accusing innocent people, including law enforcement who took the Cvsa tests if they were accused of anything. I told them the people falsely accused would sue the department, city and the Cvsa examiners themselves. IACP NEVER did anything about it. They actually told me Humble was putting money into their organization and they did not want it to stop, even if it came from a conman. By about 2006, Humble stopped putting any ads in the Police Chief because the word had been spreading that his Cvsa gadget and training for lie detection were no better than flipping a coin. Nitv sales fell of dramatically. Humble had also taken out a few ads in other police type magazines. I also contacted them many times to tell them that those Nitv ads were getting departments to buy Cvsa and when they are used, the gadgets would be ruining criminal cases. But, just like the IACP, the magazines said they ONLY wanted the money. Those magazines did not care if the ads and gadgets were fake. They sold out their own law enforcement Brothers and Sisters.

I wonder how much longer Nitv's "shisters", as opposed to most lawyers that are honest, ethical and professional, will continue to use the court system as their personal weapons against people, with totally fake lawsuits and the THREATS of made up lawsuits, only for the purpose of enriching themselves by bulking up their billing hours. It seems name calling is allowed in legal proceedings, as indicated by d'loser actually stating in a legal document submitted to this federal court that I am paranoid. Since he has never met me, he is not trained in any way as a mental analyst and has never analyzed me in any way, then his claim is both liable and defaming to my ethical and moral character. That is very much a case for a lawsuit. In several other legal documents, d'loser referred to my facts as "ramblings". Really? To him, facts are NOT important. Just look at their lawsuit against Dektor/myself. No facts at all to justify any legal action. Did d'loser go to the same fake university as Humble to get his law degree? Actions speak louder than words.

For references as to who Nitv/shisters have threatened with lawsuits to waste people's money and/or to put them out of business, let's review. Ask a person calling himself "Roebuck" who said Nitv was demanding a huge amount of money from him for pictures Nitv did not even own. He stated Nitv/lawyers threatened him with a lawsuit if he did not pay. "Roebuck" told me his lawyer sent Nitv a stern letter to cease such false and outrageous demands. "Roebuck" claims he used to work for Nitv and knew how they lied to the buyers. Ask Wainscott, who has a Cvsa member association like humble's. Wainscott told me his lawyer had to threaten Nitv with a lawsuit because Nitv was using improper/illegal ways to steal members from Wainscott's association. Ask Vipre, another business selling another unproven "voice lie detector" by ex-high level law enforcement people that used to work at Nitv as sales people and instructors. Nitv sued Vipre in about 2006 claiming Vipre stole Nitv's Cvsa program. A trial, according to Vipre, cost Vipre almost $2 million in legal fees. The trial proved Vipre never stole any Cvsa program. But, the trial's only real purpose was for Nitv's lawyers to waste Vipre's money and hopefully put them out of business. Ask Baker, another person selling a "voice lie detector". Baker sued Nitv/humble in about 2009 for liable after Nitv/humble sent out a email to all law enforcement departments claiming Baker was a fraud. Baker sued Nitv and won. Nitv has refused to pay anything. The current judgement Nitv owes Baker is about $800,000. Nitv sued Baker three years ago with a made up lawsuit to waste Baker's money only because Baker sued Nitv/humble and WON. Why doesn't Nitv pay the judgement that the Florida Supreme Court ruled Nitv had to pay? Ask Maschke (owner www.antipolygraph.org) who was threatened by Nitv lawyers with a lawsuit if he did not remove ALL information pertaining to Nitv/cvsa/humble on Maschke's website. Maschke refused to do so and his lawyer sent Nitv a very strong letter saying Maschke would NOT remove any of that information. Ask some former Nitv employees who were sued just because Humble did not like them and Nitv made up reasons to sue them. Ask my former, 12 year IT person and former friend who was threatened by the Nitv shisters. He was recently threatened with a worthless FEDERAL LAWSUIT unless he gave my PSE program codes that he had to Nitv for FREE. That is called extortion, a felony. He refused to give them the PSE program for free, but told Nitv/lawyers they could buy the program codes. Nitv refused to pay for them.  The disgusting tactics by the Nitv/shisters then went further. They forced my former IT person to sign a statement, UNDER THREAT OF A WORTHLESS FEDERAL LAWSUIT that he will never give me back my PSE program codes to sell so I would go out of business, never do any type of IT work for me again and never talk, speak or email me in any way. He is a single parent of two small children and could not afford such a lawsuit, so he had to sign. That extortion demand by Nitv/shisters proved the only real purpose of this lawsuit was to get the only proven system of Voice Stress Analysis, PSE, for free so Nitv could sell it, instead of selling their 20 year old, problem plagued, limited use, Cvsa program. Nitv/Shisters found out later that I always kept a PSE program of

my own that I could duplicate and sell in case anything happened to my IT person. The Nitv/shister plan to put Dektor out of business blew up in their faces.

Using the courts as weapons is NOT allowed by the courts at any time. What more proof does this court need that this lawsuit has no merit, must be dismissed and Nitv's clowns must be officially sanctioned and fined heavily for their total disregard of their duties as lawyers and officers of the court? As this court knows, Nitv's clowns demanded and got this court to remove my news website www.nitvcvsaexposed.com only because it contained massive amounts of news articles, documents, video of ABC News investigation of Nitv/humble and included documents from Nitv's website through the years proving Nitv/cvsa is just a scam. That court order was a clear violation of my constitutional rights of freedom of speech and freedom of the press. Did this court ever look at the documents before it ordered them removed? If not, why not? If the court did see them, they would have seen the documents and video had constitutional protection, proved Nitv/cvsa/owners were a scam as I have stated and that this lawsuit should be dismissed because it does not have any merit or basis. Did the clowns see the documents in my two websites before they demanded the documents and ABC News video be removed? If not, why not? If the shisters did see my documents, they knew the documents proved Nitv/Cvsa a scam, therefor the Nitv lawsuit had no merit and my website was free speech protected by my constitutional rights. Nitv is desperately trying to make their elephant dropping's look like rose peddles by demanding all facts, by anyone, proving nitv/cvsa is a scam be removed to reshape and repackage the already ruined "image" of nitv/owners just to keep the few cvsa sales coming in. So far, this court has bowed down to all requests by Nitv/lawyers, with total disregard as to the facts proven by me, with independent documents, that proved this case NEVER had any merit or purpose to be filed. Are these types of shister, terrorist tactics taught in law schools? I thought the purpose of the court was to decide a case, not whose lawyers could threaten and intimidate the other the worst. Maybe these legal clowns are trying to copy organize crime's methods of getting their way: "Nothing personal, it's just business". Bang!

This court, the clowns and elephants, until only recently, had no clue that 9 months ago, myself and about nine others were devoting a great deal of time helping the Florida's Attorney General Moody and her office with information, documents and depositions to build a criminal case of fraud and false advertising against Nitv/owners. Before this, my documents seemed to be regarded by this court as made up, like Nitv's accuracy "studys". Now this court must regard my massive amount of documents submitted in exhibits and former websites (now archived by antipolygraph.org and STILL available to see) as facts and indisputable. Those same facts had been independently proven by the news media for 30 years. Therefore, this lawsuit has no merit or legal reason to exist and must be dismissed, with sanctions against the Nitv lawyers for wasting about $100,000 of my money in legal fees and every day, for a year, of my time. Lawyers say: Justice delayed is justice denied. So far, justice for me in this completely fraudulent lawsuit has been totally and completely denied.

Nitv's owners, Humble and Kane, are both devoted Republicans. They have given vast amounts of money to various high level Republicans, including current U.S Republican senators, Republican congressmen and to many Republican causes. Although AG Moody is a Republican, she did not hesitate to see beyond that and create a case against Nitv/owners. It is my understanding she will soon file those charges. It is unknown at this time whether the AG's office will also charge Nitv's staff and maybe Nitv's lawyers for knowingly being a part of the scam and receiving money made from Nitv, being an international criminal enterprise of over 30 years.

If AG Moody, for some unknown reason, decides to delay or not file fraud and false advertising charges against Ntiv/owners, she will have to explain why or not. Ms. Moody will have to explain why she is allowing a proven international criminal enterprise to continue to sell and advertise a gadget for lie detection, to law enforcement types nationwide, that has NO independent proof that it is accurate beyond a coin toss, even after 30 years. Ms. Moody will then have to justify why Nitv uses made up "studies" claiming "98% accuracy" to trick law enforcement into buying them. There are 175 police and sheriff departments in Florida that bought Cvsa and Nitv is located in Florida. I am sure many Democrats also would want to know why she should delay or did not file charges if she decides not to.

As stated in my last filing, there are 49 other attorney generals who have been or will be contacted about this scam in their states. They only need to sign on to Florida's charges. Once those criminal charges are made public, there will massive lawsuits filed against Nitv/owners, various types of the law enforcement departments that bought the fake cvsa/training, their cities and the law enforcement Cvsa examiners themselves. Those massive lawsuits will be by

lawyers representing the million or more people who were falsely accused with fake Cvsa lie detector tests. Victims also include people in prison who were falsely accused by Cvsa tests and girls in colleges who were called liars when they claimed date rape or sexual assault because their college police used Cvsa. Law enforcement officers themselves were had been called liars because Cvsa were used by Internal Affairs in various matters. The recent judgement against Johnson and Johnson for almost $600 million will be small change compared to the massive judgements that will be awarded nationwide against Nitv/owners and Cvsa buyers. Those victims, who were falsely accused by the Cvsa and the tests, will finally prove they were always telling the truth. Those falsely accused who are in jail will be released and they will demand to have their convictions erased.

Chief Marschke may have to get a second job to pay for the lawsuit judgements against him for him being so incompetent/corrupt as he has shown to be after I had sent him my email detailing the Nitv/cvsa scam. How can a police chief, of any size department, be so stupid and buy a lie detector (he seems to have cvsa) and NOT verify it does what it claims, especially its accuracy? If Marschke has Cvsa, why didn't he verify Nitv's claims about Cvsa's accuracy for lie detection BEFORE wasting tax payers money buying fake equipment and training, then ruining criminal cases and falsely accusing people? After I contacted him recently with a very long and detailed email about the Nitv/cvsa/owners scam , because he is the president of the Wisconsin Chief's of Police Association, Marschke acts like nothing is wrong and contacts Nitv. He then refers to Humble as "Dr" (proven fake title for 31 years) and states he will NOT let anyone in his police chief association of Wisconsin see my email. Marschke is denying his members the right to make up their own minds about the Nitv/cvsa scam. By refusing to show my email to the members, Marschke will be allowing more criminal cases to be ruined and innocent people will be falsely accused. I will bet Marschke's time as president will be very short after his display of total ignorance and indifference to the wellbeing of his fellow law enforcement departments in Wisconsin and to their officers themselves, especially those 65 departments in Wisconsin that were scammed by buying the fake Cvsa gadget and training.

A lawyer's job is to protect their client's best interests. Several times I offered to settle with Nitv, at THEIR expense for this worthless lawsuit. Nitv's lawyers said no. Because of the lawyers short sided (read stupid and greedy) decision only to continue to enrich themselves with wasteful billing hours, now Nitv/owners/wives are facing criminal charges by Florida, with more states to follow. Orange jumpsuits for Nitv (maybe for their staff also?) and expensive malpractice lawsuits by Nitv against their lawyers for being so grossly incompetent and greedy, I am sure will be in the near future.

The Nitv lawyers cannot deny their knowledge that Nitv/owners was a scam because they cannot deny they read the 49 various documents on Dektor's website proving nitv/cvsa was a scam BEFORE they filed the Nitv lawsuit. After reading those documents, the lawyers should have realized any lawsuit against Dektor/myself had no merit or basis. They lawyers should have convinced Nitv NOT to file any lawsuit or the lawyers should have dropped Nitv as clients. Those lawyers even took a section from the Dektor website and quoted it in the Complaint. I had stated Nitv had lost many, many sales because the word was spreading Nitv/cvsa was only a scam. The lawyers actually said in their Complaint I lied about that. The lawyers stated as their response that Nitv never lost any Cvsa sales. THEN WHY DID NITV SUE ME IF THEY DID NOT LOOSE ANY MONEY BECAUSE OF ME? NITV LAWYERS NEVER EXPLAINED WHY DID NITV WAIT SO LONG AFTER THEY CLAIMED THEY LOST MILLIONS OF DOLLARS, INSTEAD OF SUING ME AFTER THEY LOST $500,000 OR $1 MILLION, INSTEAD OF CLAIMING THEY LOST $7 MILLION? Nitv lawyers have NEVER explained how or where that money was lost or from whom. The lawyers can't. That is because any money Nitv lost from sales was because the fake Cvsa and the made up training PROVED they had no credibility and reliability for lie detection. Loses were NOT because of anything I did or said. Nitv claims in their fake lawsuit that I am being sued for unfair competition. How? Because I have the REAL and PROVEN system of Voice Stress Analysis for lie detection and they only sell a very poorly written cvsa program that freezes and crashes and use made up training with no independent proof of any accuracy after 30 years? It is estimated they made about $30 million from their scam. Nitv owners have many $1 million homes, two private helicopters, Mercedes and a 8 bedroom mansion in the country of Panama, among many other items in their expensive lifestyle for 30 years. How did they suffer? They never did.

After the lawyers filed the lawsuit against Dektor/myself, about a month later I put up a huge website, with massive documents and the ABC News video called nitvcvsaexposed.com. Nitv lawyers d'loser and d'lousy demanded and got an order from this court that I had to take down the site. Another violation of my constitutional rights. Either

the lawyers read the website and saw it contained actual documents and news articles proving the Nitv/cvsa scam, thus the site was justified or the lawyers never read the website, but still demanded my website be taken down, thus deliberately violating my constitutional rights of freedom of speech and freedom of the press. If the lawyers read that website, they knew their lawsuit had NO merit. It was their duty and obligation as officers of the court to determine there were REAL reasons to file a lawsuit, UNLESS if the only real purpose of the lawsuit was to waste Dektor/Herring's money on the orders from Nitv owners Humble and Kane. Nitv/lawyers must have been very embarrassed that the website www.nitvcvsaexposed.com was archived by antipolygraph.org and now those documents and ABC News video will be on the internet forever. Does Nitv plan to sue the ENTIRE news media and demand they remove any references to nitv/cvsa/humble because those news media do not glorify the "Renaissance Man" as Humble has called himself for the past 20 years on his own website he created to worship himself called www.charleshumble.com . Why hasn't Nitv/owners/lawyers sued all the news media that have done stories for the past 30 years exposing Nitv/cvsa/owners as a scam? Either Nitv/owners/lawyers sue everybody for revealing such information or nobody. Why is Nitv/lawyers practicing selective lawsuits? By not suing everybody that reveals the Nitv scam, they are confirming they are only suing the "little" people that can't fight back, thus proving Nitv/lawyers are using the courts only as weapons, not for justice. About 15 years ago, ABC News proved Nitv/cvsa/humble scam on TV and repeated on the internet. Why haven't Nitv/lawyers sued ABC? Because ABC lawyers would squash Nitv/lawyers like little bugs and then sue Nitv/lawyers for ABC's lawyer fees and damages. Why hasn't nitv/lawyers sued the Vancouver Sun that did a major investigation on Nitv/owners scam in 2011? Same reason why Nitv never sued ABC and other news media that exposed the Nitv scam for decades: Nitv would be sued for violating the freedom of the press, freedom of speech and freedom of expression of the news media. All rights GUARENTEED in the Constitution. Nitv/owners would be sued out of business and their lawyers would get the same punishment. As they say, after the elephants poop, the poop cannot be put back in.

Because of the two incompetent lawyers I had, who were only wanted to pad their billing hours instead of representing my best interests and getting the lawsuit thrown out for lack of merit, the Nitv Complaint was never responded to by me. I have been the only person in Dektor Corporation (S Corporation) for the 18 years of my ownership. Nitv's claims of false advertising by Dektor/myself about our PSE system, our training and their other related false claims in their Nitv lawsuit, could only be made IF Nitv knew someone who used to work at Dektor and had inside information. Nitv NEVER had any such sources. Nitv NEVER knew anything about our technology, training, etc. Such claims by Nitv/lawyers were outright lies and were used ONLY to file a lawsuit against Dektor/myself. How could Nitv/lawyers make claims they knew nothing about? Without such inside information, that PROVES Nitv/lawyers ONLY filed a lawsuit that had no merit and was using the court only as a weapon (as they have done to others) to waste my money, put Dektor out of business and try to make Nitv the only seller of any "voice lie detector" type machine. As per Nitv's claim of product disparagement by me, THEY are the ones that admit they do NOT have any independent studies that prove their Cvsa gadget and training have any accuracy for lie detection better than a coin toss, even after 30 years. That is called FRAUD. The fake "Dr" Humble admitted he had no independent accuracy studies for Cvsa in 2006 in the ABC News investigation on Nitv/cvsa/Humble. After that humiliation on national TV, Humble began to make up fake "studys" and fake "journals", using them to lie to people to get them to buy his gadgets and made up training. Nitv has also been selling their made up body language course for lie detection called AIS for $400 per person for about 15 years. AIS also has NO studies at all pertaining to any accuracy for AIS. Fraud and false advertising by Nitv/owners, period.

The fact is, Nitv's ONLY, so-called "source", of information in this Nitv/shister, extortion plot is, what almost all people would call, a certifiable, wacko, psycho, nut job. That would be their ONLY conclusion after they read the many vile, disgusting and mentally disturbed emails he sent to Dektor/myself for 15 years. His name is Dirt Bell (DB), son of the late Allan Bell. Allan Bell was co-creator of the PSE system in 1969 and a former U.S. Army Colonel of Counter-Intelligence. A few so-called other "sources" to a much lesser extent would also include a few members of DB's family. DB NEVER did or any of DB'S related family ever work at Dektor Corporation or for me in any way, DB NEVER met me, DB NEVER knew anybody that ever worked for me in any way and DB NEVER knew anything about Dektor's technology or our training in any way. DB simply made up his claims of information. DB went to Nitv with his wild stories and Nitv printed them. Nitv/owners NEVER contacted me in any way to verify DB's claims. Documents submitted before included some of DB's clearly insane and mentally unbalanced babblings to Dektor/myself and are still posted on the archived site nitvcvsaexposed.com. Despite DB being told by my lawyer, local police and the FBI years ago to stop sending his vulgar

and disgusting emails, DB continues to harass me and send me his disgusting, vile and threatening emails. DB and his family also posted total lies on the internet and were later banned from future postings. DB is obviously connected to Nitv's plot to try to waste my money and to eliminate Dektor just for for Nitv/owners. I included a few of those vile emails by DB, with also Humbles name cc'd as far back as 2004 in my exhibits.

Pertaining to the latest filing by Nitv/clowns, I will continue to exercise my guaranteed constitutional rights of freedom of speech, freedom of expression and freedom of the press. NO judge, including the Supreme Court, can take away those rights. Prisoners in jail continue to have those rights. Nitv lawyers outright LIE when they said I refused to participate in Discovery in their latest Motion. It was Nitv/lawyers who REFUSED to provide documents and information in Discovery to me many months. About 6 months ago, I submitted a list of 52 items and questions I wanted for Discovery. Nitv/lawyers REFUSED to give me any. I completely fulfilled every Discovery request by Nitv/lawyers. I sat for a 4 hour deposition in September 2018 and submitted my 2 hard drives to a unknown IT business for analysis. Despite my openly, strong vocal and written objections to this court against Nitv, the PLAINTIFF, being allowed to pick the IT business Nitv wanted and Nitv/lawyers knew that IT business would do favors for them, including saying anything Nitv wanted them to say about the hard drive for a price. Despite my objections, Nitv was still allowed, by this court, to pick their own IT person. The COURT should have picked a completely independent IT person to examine the hard drives. The so-called "findings" by that IT person cannot be accepted as fact at all. Proof was supplied that the hard drive did crash BEFORE Nitv filed their fake lawsuit (read extortion) against Dektor/myself. As per any type of sanitizing of the hard drive, again NO independent proof was ever provided, only what the plaintiffs PAID "mouthpiece" said. Keep I mind that anything my former IT person said, was made because if he did not say what Nitv/lawyers wanted, he would be sued in a worthless lawsuit (read waste his money until he's bankrupt).

Nitv/lawyers continue to demand sanctions on me. The documented facts continue to prove it is NITV that must be sanctioned for filing this fake lawsuit and Nitv lawyers must be sanctioned and heavily fined for filing it and continuing it. If Nitv/cvsa/owners were not conducting a scam of 30 years using fake lie detectors and false advertising, then why has the Florida attorney general's office been building a massive case against Nitv/owners (maybe their staff and Nitv lawyers) for over 8 months and spending all of that time and tax payers money doing so? Florida's Attorney General Moody and her office knows Nitv/cvsa/owners have been a scam for 30 years, breaking both state laws and federal laws.

I will NOT be a part of protecting and condoning the 30 year criminal activity by a international criminal enterprise as it seems this court has been attempting by demanding I keep quiet, not tell anyone about it and not have any websites about it. There are NO constitutional grounds for those previous court decisions forbidding me from disclosing any information about Nitv, cvsa or its owners. Most of that information has been in the public for almost 50 years about Nitv, its owners, their backgrounds, Cvsa, its very poor accuracy, Nitv staff, their backgrounds, various lawsuits involving Nitv/owners, etc. NONE of that information is Classified or Top Secret in any way. As owner of Dektor, for 18 years, I have lost many millions of dollars because of the Nitv/owners scam. At some point, when Nitv is out of business and their owners are in jail because of their scam, but the reputation of Voice Stress Analysis™ is in the sewer, am I THEN supposed to make a living from it, in some way, when nobody wants it because they all think any "voice lie detector" is a scam like nitv/cvsa?

Maybe I should buy a fake law school diploma from the internet, pretend to be a lawyer and scam people that way to make money. I wonder what the American Bar Association and state bar associations would say about me doing it? Do you think THEY and their lawyer members would care about their profession being ruined by a conman? Hell yes, they would!

To see the massive amount of documents proving Nitv/cvsa/owners have been a scam, go to the archived website by antipolygraph.org, that was originally created by Dektor and that Nitv lawyers demanded be removed from the internet to try to protect the money making scam of their clients. That site removal was approved by this court.

To see that massive amount of documents, go to:

https://web.archive.org/web/20190518135724/http://www.nitvcvsaexposed.com/

Exhibit A- Law Enforcement Alert fax sent by Nitv in 2002 lying about Dektor/myself. How many millions of times were

THOSE emails sent out by Nitv to law enforcement which contained many, many lies by nitv? Does this court really think Nitv/owners are not sending out those type of emails today about Dektor/PSE myself?

HOW MANY MILLIONS OF DOLLARS DID DEKTOR/MYSELF LOSE BECAUSE OF NITV'S LIES ABOUT DEKTOR?

Exhibit B- Fake document by nitv/lawyers submitted under penalty of perjury claiming this person (Mosquera) was a unknown person to Nitv/lawyers and who claimed he (Mosquera) saw my Dektor website on the internet in Florida and thus the trial should stay in Florida. The FACT was Mosquera was really Nitv's head of international sales for Nitv and the web designer for humble's personnal website. This document was submitted before by me to this court.

THIS COURT REFUSED TO SANCTION NITV or THEIR LAWYERS FOR PERJURY. WHY NOT?

Exhibit C- Various vile and disgusting emails sent to Dektor/myself by Dirt Bell at Nitv's request. Bell even found some of my clients worldwide and sent them lies in emails about myself and PSE at Nitv/owners request to ruin Dektor.

Exhibit D- Extortion email sent to my former IT person for him to give Nitv the PSE program for free or else they would file a federal lawsuit against him just to waste his money.

Exhibit E- Letter sent by Nitv/lawyers to antipolygraph.org owner Maschke demanding he remove all references to Nitv, Humble, cvsa, etc or Nitv/lawyers would file a federal lawsuit against Machke. Maschke's lawyer sent nitv/lawyer a very stern letter saying NO! Nitv is trying to reshape the corrupt and soiled image of themselves after 30 years of being exposed in the media as a scam.

Exhibit F- Nitv website posted a message from Groveport Police (OH) and their detective lying about their dealings with Dektor/myself since 2009. Groveport/detective said what Nitv wanted them to say because Groveport was mad at me because I flunked all 3 of their detectives who took the Dektor course. They refused to tell the truth about the matter just to get a free Cvsa and training from Nitv.

Groveport detectives flunked the Dektor training course because they got drunk every night, slept in class, flunked the tests and the training course tests and the course.

Exhibit G- Nitv owner Kane promises "98% accuracy" of cvsa. NO independent study to date says it is better than a coin toss, about 50%.

Exhibit H- Nitv admitting in a court lawsuit against them in 1999 their Cvsa gadget is NOT a lie detector and should not be used as one. Then why is Nitv promoting and selling Cvsa as a lie detector?

Exhibit I- Fake Cvsa "inventor" Humble holding his fake "Dr" certificate, bought from a one room store called Indiana Christian University in 1987.

Exhibit J- Nitv has violated federal law using the Great Seal as their own for 30 years. How many millions of times did they do that on their website and on their stationary?

Exhibit k- Enlargement of Humble's fake "Dr" diploma, bought from the fake, one room store called Indian Christian University in 1987 that proves it was NOT "honorary" as Nitv lawyers have claimed, but in fact looks like it is a real diploma, that was earned from a real university.

Exhibit L- Nitv claims the Cvsa was first used in the Vietnam war, but it was called the PSE at that time. That is a complete lie. The Vietnam war ended in 1974 for the US. The REAL PSE was used in the Vietnam war. Cvsa was only "invented" (poor copy made of PSE admitted by Nitv/owmers) in 1988. There was NEVER any

connection between PSE and Cvsa. More lies by Nitv/owners for 30 years just to promote their scam.

Exhibit M- Nitv lawyers OWN quote in their lawsuit Complaint against Dektor/myself. I stated in my Dektor website that by 2006 Nitv had stopped their massive advertising in a major police magazine because Nitv had not been getting cvsa sales like they had been for 15 years because word had been spreading that Cvsa was not accurate for lie detection. Because of low sales,  Nitv had stopped their massive advertising because Nitv could not afford those costs anymore. In the lawsuit Complaint, Nitv lawyers claims Nitv never lost any Cvsa sales to law enforcement. Since Nitv ONLY sells to law enforcement, WHERE DID NITV LOSE $7 MILLION THAT NITV ARE SUING ME FOR ????????????

Exhibit N- Fake affidavit submitted by Nitv lawyers, under penalty of perjury, claiming Mosquera was a "unknown" person to Nitv/lawyers in Nitv 's lawsuit against me. Nitv/lawyers tried to claim even though I had NO connections to Florida, but I advertised on the internet that went into florida, the trial should be in Florida, not in Pennsylvania where I live. Nitv/lawyers used Mosquera as a "unknown" person who claims he saw my website on the internet. FACT: Mosquera is the long time head of Nitv's international sales of cvsa and also the IT person for Humble's websites. These documents were submitted about Mosquera to this court before. WHY were NO actions/sanctions ever taken by this court against Nitv/lawyers for perjury? PERJURY is a FEDERAL OFFENSE.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on July 8, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

# Alert:

Exhibit

A

## NITV's Response To Dektor Flyer

Quite a few law enforcement agencies have received flyers from a company called Dektor, Lansdale, PA, concerning voice stress analysis and have requested a response. Unfortunately, the flyers contain false and misleading information that you should be aware of.

The voice stress analyzer (PSE) that Arthur Herring, a private investigator, is selling is used by very few, if any, law enforcement agencies. *In fact, Herring operates out of Lansdale, PA, and the Lansdale P.D. does not use Herring's PSE, they use the CVSA.* It is also unfortunate that Herring has a history of attempting to discredit the CVSA, NITV, and the NITV's founder, Dr. Humble.

It is also interesting to note that when the federal government recently decided to test voice stress analysis as a truth verification device in three separate studies, they chose the most widely used and accepted voice stress analyzer, the CVSA, not Herring's PSE. These studies are being conducted at the Air Force Laboratory, the University of Florida and at the University of Oklahoma. Additionally, many elements of the federal government use the CVSA, not Herring's PSE.

The original company named Dektor was the manufacturer of the Psychological Stress Evaluator (PSE), back in the 70's. However, because the owners did not keep up with the advances in technology and due to the fierce attacks by the polygraphers, they filed bankruptcy in 1984. After the owner passed away, Herring started his own voice stress analysis company and named it Dektor. Likewise, his voice stress analyzer is not the original PSE. Herring's literature claims to have a trademark on 'Voice Stress Analysis' and 'Filter-Scan.' A check of the trademarks shows that he has neither.

From his literature, it appears that the system that Herring is trying to sell is a very primitive voice stress analyzer that still requires the examiner to tape record the interview and then run each response through a laptop computer (not real-time analysis). It also appears that the computer displays only one response at a time.

Herring touts the fact that he requires NO re-certification/continuing education. Any examiner that is worth his or her salt will tell you that continuing education/re-certification is essential to the long-term success of conducting examinations and to not require it could be considered irresponsible. Additionally, examiners trained by the NITV may re-certify at any of the four regional associations' re-certification courses for a very nominal fee, not the "tens of thousands of dollars" that Herring mentions.

Herring also claims that imitators (anyone but Herring) use "Compensated" testimonials. The NITV lists all of our users on our Web site so that anyone may call to check how satisfied our customers are. Herring does not.

In conclusion, you may want to ask Herring why, after having the PSE on the market since 1970, there are few, if any, law enforcement agencies using it and there are more than 1,400 using the CVSA (his answer should be interesting). You may also want to ask him why the US Military and the interrogators at GTMO use the CVSA exclusively, not the PSE. You may also want to check Herring's credentials to teach law enforcement personnel.





## NATIONAL INSTITUTE FOR TRUTH VERIFICATION

Exhibit A

**Executive Director**

Capt. David Hughes (Ret.)
West Palm Beach P.D.
West Palm Beach, FL

**Board of Directors**

*Chairman & CEO*
Dr. Charles Humble
Criminologist
West Palm Beach, FL

Dr. Hugh Ridlehuber
Forensic Psychiatrist
Belmont, CA

Dr. James Vallely
Forensic Psychologist
Jacksonville, FL

Dr. Thomas Joseph
Criminologist
St. Louis, MO

Prof. James Chapman
Criminologist
Elmira, NY

Chief William Withers
New Whiteland P.D.
New Whiteland, IN

**Senior Instructors**

D/Cmdr. Bob Martin (Ret.)
Lower Twp. P.D.
Lower Twp., NJ

Lt. Michael McQuillan (Ret.)
Prince George's Co. P.D.
Landover, MD

D/Cmdr. Bill Engelman (Ret.)
Hamilton Co. S.D.
Cincinnati, OH

Chief William Endler (Ret.)
Syracuse P.D.
Syracuse, IN

D. Glen Foster, M.A.
Atlanta P.D.
Atlanta, GA

**Corporate Pilot**

Captain Takashi Yamazaki

# Law Enforcement Alert

Recently, a number of 'new' voice stress analysis devices were introduced into the market with claims such as being 'the DNA of thought'. The truth turns out to be that these are nothing more than old, failed vsa's that have been repackaged in an attempt to capitalize on the huge vsa market created by the NITV's Computer Voice Stress Analyzer (CVSA™). Although they pass out specious 'studies' conducted by polygraphers that claim that the CVSA doesn't work, they fail to explain why more than 1,400 law enforcement and federal agencies, including the U.S. Military, are now utilizing it.

## The Truster (LVA)

It has come to our attention that the manufacturers of the Truster have now changed the named of their system (as have others in the past) and are calling it "Layered Voice Analysis" (LVA) - Same technology, new players. These individuals have launched a massive ad campaign to introduce their 'new' system in hopes of convincing unsuspecting departments or purchasing agents that they are getting the 'very latest in VSA technology.' However, the developers have admitted that the LVA/TiPi is the old Truster. In reality, they are getting the same system that declared that Bill Clinton was telling the truth when he said that he didn't have sexual relations with Monica Lewinsky.

A year ago we paid $149.00 for our Truster but they are available for as little as $29.00 (Skymall.com). However, if you want the 'latest version', it will cost you $16,000.00, is sold by "V", and manufactured by Nemesysco in Israel (see our Web Site). None of the principles have any experience in truth verification. The developers claim that the Truster/LVA is "mapping the DNA of thought." In other words, it can read your mind. Nemesysco also manufactures the "Love Detector" (see their web site: www.nemesysco.com).

## Diogenes Lantern

Alfred F. Starewich, Vice President of The Diogenes Group, Criminal Justice Division, manufacturers of the Diogenes Lantern, recently appeared for the defense in court in Sandusky, Ohio. Mr. Starewich was presented by the defense as a nationally recognized expert in voice stress analysis. Mr. Starewich had reviewed a videotape of a CVSA examination conducted by Lt. Jerrett of the Sandusky P.D. on an individual that was suspected of murder. The suspect had failed two CVSA exams and subsequently confessed to the murder.

Mr. Starewich was hired by the defense to review and critique the videotape of the exam. Mr. Starewich wrote a report that criticized the testing techniques taught by the NITV and utilized by Lt. Jarrett as being so fatally flawed as to render the exam invalid. The defense was attempting to utilize Mr. Starewich's testimony as cause to suppress the confession, which could have caused the defendant to walk.

We were contacted by the Sandusky P.D. just prior to the suppression hearing and requested to assist in countering Mr. Starewich's testimony. After writing a rebuttal to Mr. Starewich's report, we decided to explore the Expert Witness Qualification Credentials provided by Mr. Starewich.

1. Mr. Starewich claimed that he had been the Chief Examiner for the Detective Division of the Burlingame P.D. (CA). Since the Burlingame P.D. Utilizes the CVSA, we contacted that agency and were told by that department's chief examiner that although Mr. Starewich did conduct a

*Exhibit A*

number of PSE examinations for the department in the late 70's, he was never a sworn officer (the chief made him a Special Reserve) and certainly was not the 'Chief Examiner'. Additionally, shortly after he began conducting exams for that agency, he was arrested by the San Jose P.D. and charged with Solicitation to Commit Murder. Mr. Starewich was tried, convicted and served 3 years in prison for Conspiracy to Solicit Bodily Harm With A Deadly Weapon. (Mr. Starewich apparently failed to mention that on his Expert Witness form). *

2. Mr. Starewich also stated the he was the Chief of Police of the St. Edwards University P.D. in Texas. We contacted that agency and were told that the university has only had a police department for ten years and that the recently retired chief had held that position for the entire time. The university stated that they had no record of Mr. Starewich being Chief of Police.

This was just a cursory investigation of Mr. Starewich's background. A more thorough review would possibly reveal additional information. Please retain this information in your records in the event Mr. Starewich appears in your jurisdiction attempting to portray himself as an "Expert Witness". For further information concerning Mr. Starewich or The Diogenes Group, you may contact them at 775-825-5729.

### Dektor

The rights to produce and market the original Psychological Stress Evaluator and the company name Dektor have been acquired by a private investigator, Arthur Herring III, located in Lansdale, PA. You may recall that Dektor is the company that originally developed voice stress analysis. Unfortunately, Dektor declared Chapter 11 bankruptcy in the mid-80's and never recovered nor did they move beyond the old analog PSE.

Mr. Herring has recently sent out literature claiming that the PSE 4202 (analog - read: chart paper) is the "World's only proven system of voice stress analysis." He cites letters & information from the mid-to-late 70's.

However, what is very disturbing is that Mr. Herring claims in his literature that "Your equipment must say PSE or you have a gadget that is lying to you and your examiners. If your examiners were not trained and certified by Dektor, they are not able to perform accurate lie detection tests utilizing Voice Stress Analysis."

Mr. Herring ignores the fact that the PSE is now not generally used in law enforcement and that there are nearly 1,400 agencies, including the U.S. Military, now utilizing the CVSA. He claims that any instrument other than the PSE is a fraud.

To conduct your own investigation of the PSE and inquire as to how many law enforcement agencies are actually still utilizing the PSE since its introduction in 1971, you may write to Mr. Herring at 642 Cowpath Rd., Lansdale, PA 19446, or call him at 215-631-1648. You may also find it interesting that the Lansdale P.D. (PA) utilizes the CVSA.

### Baker DVSA

Gary Baker, a private investigator, left the employment of The Diogenes Group in 2002 and introduced his own VSA which is very similar to the Diogenes Lantern. Baker gives away the software in the form of a "grant" if the agency will pay $1,500.00 per student to be trained. Baker fails to tell prospective clients that his software is set to 'time out' after one year and the client will have to negotiate a price to re-activate it. Each student that Baker trains must pay to be re-certified each year. We acquired the Baker DVSA and conducted a comprehensive analysis of the system. We determined that the literature describing the system was very misleading.

Just as there were the "imitators" (CCS's Mark II, the Hagoth, LEA's Mark 5 and several others) when the original PSE started to develop the voice stress analysis market, we are seeing a repeat of this today. The National Institute For Truth Verification has single-handedly developed the truth verification market utilizing voice stress analysis over the past sixteen years with a little over 5,000 law enforcement examiners at 1,400 law enforcement and federal agencies throughout the U.S. The CVSA is now also deployed with military Special Operations and Intelligence Units in Iraq and has a permanent presence at Guantanamo Bay. One of the many reasons for this is the fact that the NITV maintains the highest level of training standards and has developed an unquestioned reputation for integrity.

Before you or your department invests in a truth verification system and the training that is so critical to properly conducting successful exams, it is imperative that you ask the tough questions and scrutinize the system, the company, and the training prior to making the acquisition. For more information on the Computer Voice Stress Analyzer™ or the contact numbers for any VSA on the market today, visit our web site at NITV1.com.

*Exhibit B, N*

~~EXHIBIT 2~~

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon

NITV FEDERAL SERVICES, LLC,

      Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

      Defendants.

## DECLARATION OF MIGUEL MOSQUERA

Miguel Mosquera does hereby declare pursuant to 28 U.S.C. § 1746:

1.     This declaration is based on my personal knowledge.

2.     I am not a member, owner, director, officer, manager, or employee of Plaintiff.

3.     I am a resident and citizen of the State of Florida.

4.     I have been informed that this lawsuit was filed on July 27, 2018.  Prior to that date, I accessed Dektor's website (www.dektorpse.com) from a computer within the State of Florida and viewed the material thereon concerning Plaintiff and its CVSA product.

5.     I am also aware of other individuals within the State of Florida (who are likewise not members, owners, directors, officers, managers, or employees of Plaintiff) who accessed Dektor's website and viewed the same material concerning Plaintiff and its CVSA product prior to the filing of this lawsuit.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

①

Exhibit N

Dated: November 16, 2018

Miguel Mosquera

②

Exhibit N



**MFIN**

FEDERAL SERVICES

**Miguel Mosquera**

International Sales - Advanced CVSA II Examiner

11400 Fortune Circle | West Palm Beach, FL 33414

Cell: 1.407.970.3340

E-mail: mioan249@aol.com

WWW.CVSA1.COM

Exhibit C

**Arthur Herring III**

**From:** Dirk Bell <bellda2005@gmail.com>
**Sent:** Saturday, May 18, 2019 5:16 PM
**To:** DektorPSE
**Cc:** Charles Humble; Dirk (me)
**Subject:** Authur You Pathetic Liar

Dear Authur,

I heard about your misfortune with NITV. Sucks to be you. ☺

I also found your relatively new website (www.nitvexposed.com) where you blatantly slander me (and NITV of course). When I write things about people I write the truth and let the truth lead the reader to the right conclusions. Never a lie in anything I say.  I know you found the truth about yourself to be objectionable, because it showed you for who you are,  or maybe you were afraid it would cost you business you should never have had. What you said about me was totally slanderous. Full of the "Arthur Herring the Turd" demented dishonesty.

If there is anything of substance left of you when NITV gets finished with you, I will hire an attorney to wring the last drop of your livelihood out you. Unfortunately, I suspect you will be left as withered as a centenarian's balls.

You are truly a pathetic little man. You have given new meaning to the classification of LOSER.

Don't bother to erase anything on your websites, it is preserved for posterity on The Wayback Machine website, as are the previous versions of your web sites.

Regards,

Dirk

Dirk

1

**Arthur Herring III**

**From:** Me <bellda2005@gmail.com>
**Sent:** Saturday, June 22, 2019 2:34 AM
**To:** admin@dektorpse.com
**Subject:** Hey Turd Face

Hey Arthur the Turd,

I like how you misidentified me as dirt bell in an official document. What a dumb ass you are. Of course that is not news.

Is it time you find a PA bridge and see if Turds float?

Best Regards,
dirt

Sent from my iPhone

1

Exhibit C

From: Dirk Bell [mailto:bellda2005@gmail.com]
Sent: 26 August 2014 11:27 PM
To: Neels Erasmus
Subject: Re:

Neels,

I have apparently upset Arthur with a copy of an e-mail that I wrote, as well this comment on his video
http://plus.google.com/104570569092040305428/posts/TD67FqLctA9

I electually contacted his local police deparment, and they contacted me via e-mail, but they have no authority, which they already told him. They were quite pleasant, no problems there.

I have two questions for you. First, did Arthur sell you software and a computer, or just software? Second your LinkedIn profile says you are in South Africa. Interestingly there are US export restrictions of Voice Stress Analysis equipment to South Africa. Did Arthur said anything about having to get special government approval (beyond normal exporting) to bring you or ship you the PSE equipment? I know my father sold some PSEs to customers in South Africa in the 1990s, so I believe it can be done, I am just interested if Arthur bothered to get the required authorizations.

I don't see any wray this impacts you.

Sincerely,

Dirk

Exhibit C

-------- Original message --------
From: Daniel DeSouza <ddesouza@desouzalaw.com>
Date: 6/1/19 2:35 PM (GMT-05:00)
To: Matt Vanderhoff <mvanderhoff@vanderson.net>
Cc: "James DLoughy - Advisor Law PLLC (JDLOUGHY@advisorlaw.com)" <JDLOUGHY@advisorlaw.com>
Subject: NJTV - FOR SETTLEMENT PURPOSES ONLY

Exhibit

D

Mr. Vanderhoff,

This e-mail is sent pursuant to Fed. R. Civ. P. 408 and is for settlement purposes only.

I recognize and respect your prior e-mails asking that we not contact you further regarding this matter, but unfortunately this e-mail needs to be sent and it is my hope that you review it carefully (preferably with your own legal counsel). Through our review of the documents produced during the forensic investigation, conclusions reached regarding the 'damaged' hard drive, and positions taken by Mr. Herring concerning ownership of the PSE intellectual property, it is our intention to file a Complaint against both you and Vanderson Corporation in the United States District Court for the Southern District of Florida for aiding and abetting Mr. Herring in his tortious activities and for conspiring with him to engage in such activity. Please note I am not sending this e-mail to convince you that we are right or to argue the point with you back and forth – the bottom line is that our client has pushed for a lawsuit to be filed against you and your company for some time now and we agree with our client's position.

1

That said, I am not looking for my client to spend more money on this matter than necessary. My expectation is that the lawsuit with Mr. Herring will soon be over, with a monetary judgment against both Dektor and Herring and a permanent injunction entered. We are awaiting dismissal of Mr. Herring and Dektor's bankruptcy cases before we proceed in that manner. Given the above, we have 2 choices on how to proceed here. The first option is you ignore this e-mail (your right to do so) and we proceed with suing you in Florida as we did with Mr. Herring. The second option (which I sincerely hope you give serious thought) is that we enter into a settlement agreement wherein NITV will exchange mutual releases with you and Vanderson (with no money to be paid by you or judgment entered against you) in exchange for: (a) the transfer of any ownership or use rights you may have in the PSE software/intellectual property/source codes etc. to NITV and (b) the agreed entry into a permanent injunction that prohibits you from further assisting Mr. Herring with his anti-NITV activities (with a liquidated damages provision in the event of a violation). We would need to agree on the language and other material terms, but that is the gist of what my client will accept in lieu of filing a lawsuit against you and seeking a money judgment therein. The above would also be contingent on the Court allowing entry of an injunction against you as a non-party – if not, we would probably need to file a lawsuit with agreement to immediately dismiss it upon entry of an injunction.

Again, I encourage you to review this with counsel, but understand that we are poised to move forward with the lawsuit if you are not willing to settle along the above terms. If you are interested, please let me know by Wednesday, June 5 at the latest. If I do not hear back from you by then, we will proceed with the lawsuit.

**Daniel DeSouza**

DeSouza Law, P.A.

3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)

101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301

954.603.1340 (office) | 954.551.5320 (mobile)
ddesouza@desouzalaw.com | www.desouzalaw.com

2







**ADVISORLAW**
ATTORNEYS & COUNSELORS AT LAW

June 17, 2019

Via E-mail: antipolygraph.org@protonmail.com

AntiPolygraph.org
c/o G.W. Maschke
Else Mauhslaan 39
2597 HA The Hague
The Netherlands

RE:   **ORDER AND PERMANENT INJUNCTION**
*NITV Federal Services, LLC. v. Dektor Corporation and Arthur Herring, III*
United States District Court, Southern District of Florida
Case No. 9:18-cv-80994 ("Lawsuit")

Dear Mr. Maschke:

The undersigned represents NITV Federal Services, LLC and its President, Dr. Charles Humble. As the sole owner and publisher of Antipolygraph.org, we are writing you concerning the following twelve web links hosted through Antipolygraph.org:

1. https://antipolygraph.org/blog/2019/05/19/federal-judge-orders-immediate-removal-of-website-critical-of-computer-voice-stress-analysis/

2. https://antipolygraph.org/blog/2018/07/31/nitv-hires-disgraced-ex-cop-jerry-w-crotty-ii-as-director-of-law-enforcement-operations/

3. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1263627833/3

4. https://antipolygraph.org/blog/tag/cvsa/

5. https://antipolygraph.org/blog/

6. https://antipolygraph.org/blog/2018/07/08/nailing-the-pretest-interview-a-presentation-by-skip-webb/

7. https://antipolygraph.org/blog/category/voice-stress/

G.W. Maschke
AntiPolygraph.org
June 17, 2019
Page 2

8. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1298124260

9. https://antipolygraph.org/blog/2009/03/12/baker-dvsa-loses-a-customer/

10. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?action=RSSboard&board=cvsa

11. https://antipolygraph.org/blog/?s=cvsa

12. https://antipolygraph.org/blog/2019/06/06/nitv-threatens-competitors-it-consultant-with-federal-lawsuit/

The foregoing web links are being hosted in violation of the Court's May 17, 2019 Order and Permanent Injunction ("Order") entered in the above referenced case whereby it prohibits the publishing or posting of any website, blog, or other writing accessible via the internet which contains any false or disparaging remarks or statements about NITV, its CVSA product, or Dr. Charles Humble. For a detailed description of the injunction, you should refer to pages 16 through 18 of the Order which is attached hereto.

As such, you are required to permanently remove the above referenced offending web links and any other web links or materials that are governed under the Order. In addition, you are required by the Order to immediately forward a copy of this letter to all other persons or companies with custodial responsibilities to ensure compliance with the Order.

Last, you are also requested to reply to the undersigned to confirm compliance with the Order within ten (10) days of your receipt of this letter.

**ANTIPOLYGRAPH.ORG'S FAILURE TO FULLY COMPLY WITH THE ORDER AND PERMANENT INJUNCTION MAY RESULT IN THE COURT IMPOSING SEVERE SANCTIONS AGAINST ANTIPOLYGRAPH.ORG.**

We look forward to your written notification of compliance with the Court's Order. Thank you in advance for your cooperation.

Very truly yours,

James D'Loughy

JDD/da

Enclosure:  May 17, 2019 Order and Permanent Injunction

2925 PGA BOULEVARD, SUITE 200      T +1-561-622-7788                ADMITTED TO PRACTICE:
PALM BEACH GARDENS                 F +1-800-734-5289                FLORIDA, GEORGIA
FLORIDA 33410, USA                 WWW.ADVISORLAW.COM               & DISTRICT OF COLUMBIA

https://www.cvsa1.com/news-gen/groveport-police-department-discontinues-old-pse-for-cvsaii/




**1-888-266-7263**   ✉ nitvfs@cvsa1.com                    Register for Training   Español

Home   About ˅   Products ˅   Training ˅   Real Cases Solved   Resources ˅   Science ˅   AIS Course ˅   Blog   Contact Us   Visit Us

# Groveport Police Department Discontinues Old PSE for CVSA®II

by admin | Oct 15, 2015 | News Gen. | 0 comments

Groveport P.D., Groveport OH.  The Computer Voice Stress Analyzer (CVSA®) continues to dominate the truth verification market as agencies such as the Groveport Police Department abandon outdated and far less accurate technologies in favor of the patented and more technologically advanced CVSA II.  The NITV's Trade-In program allows departments, such as Groveport, that are not satisfied with older or less technologically advanced truth verification systems to acquire the new CV at a significant discount.

The Groveport Chief of Police stated, "I appreciate the NITV's willingness to work with the Village of Groveport and the Groveport Police Department.  After my experience with the PSE and its owner, I am confident that the CVSA will better assist the Detective Bureau in doing their job better for the residents and businesses of our community."

Following graduation from the NITV's world-renowned Certified Examiners Course, Detective Delbert Dalton of the Groveport P.D. wrote to the NITV, "Having had a experience going through PSE training with DEKTOR, NITV as well as its instructors are head and shoulders above.  The technology is up-to-date, with 1st class, knowledgeable instructors, and ultimate professionalism company-wide.  A very pleasing experience...  Thank you!"

For additional details, Detective Dalton can be contacted by telephone at 614-836-5301.

Since the introduction of the CVSA II, with the patented Final Analysis Confirmation Tool®(FACT®) scoring algorithm in 2007, the NITV has added over 500 new law enforcement agencies to its list of US clients.  This brings the total number of US agencies utilizing the CVSA to over 1,800, including many US Federal agencies as w as the US Military.  The accuracy of the CVSA II, along with its ease of operation, the NITV's superior training, and around-the-clock support by the NITV staff, has ensured NITV's continued worldwide leadership and dominance in the field of Truth Verification.

Recently, technical experts from the National Association of Computer Voice Stress Analysts (NACVSA) conducted a professional evaluation of the old PSE.  The NACVSA is now the largest professional truth verification organization in the world, with well over 1,000 members, and has more members than all other US truth verification organizations combined.  To view the results of the NACVSA's technical evaluation of the old PSE, click here.

Exhibit F



**NITV**

**FEDERAL SERVICES**

Exhibit
G


January 1, 2016

Dear Customer,

Please be advised that the National Institute for Truth Verification Federal Service (NFS) is the **Sole Source** for the Computer Voice Stress Analyzer II (CVSA® II) and its training programs.

NFS is the exclusive manufacturer/distributor of both the CVSA®/CVSA® II and has no US distributors. The CVSA II incorporates two US Patents: US Patent Number 7,321,855 *"Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples,"* and US Patent Number 7,571,101 *"Quantifying Psychological Stress Levels Using Voice Patterns."* NFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. The FACT™ Scoring System is only offered by NFS, and can precisely quantify stress in the human voice and evaluate CVSA examination charts as Deceptive or Non-Deceptive with an accuracy level greater than 98%. Additionally, the CVSA is an approved GSA item for all US Federal Agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 US and International Law Enforcement Agencies as well as elements of the US Military and other US Federal Agencies.

For more information please visit our company website at www.cvsa1.com.

Sincerely,

James A. Kane
Executive Director

Exhibit
G

## Lie Detection Training using the
# COMPUTER VOICE STRESS ANALYZER® (CVSA®II)
## 5-Day CERTIFIED EXAMINERS COURSE

**_The CVSA® II Instrument is used to Identify Deception, Validate Truths and Solve Crimes._**

### Upcoming Class
### Hosted by: Plainfield Police Dept.
#### Indianapolis, IN area

### June 25-29, 2018
#### Recertification class June 26-28

*To register go to   http://www.cvsa1.com/Trainingenroll.htm*

The CVSA II is used by over 2,000 local, state and federal agencies, as well as by ICAC Task Forces, US Military Special Operations and Intelligence units. The CVSA is the only voice stress analyzer with Voice Imaging™ Technology, Report Auto-Write, and a Patented scoring algorithm. Using the CVSA in conjunction with NITV Federal Services' widely acclaimed Defense Barrier Removal® interview technique ("DBR") you will find the results are swift and dramatic.

The CVSA® requires no wires to be attached to the subject being tested and only uses a microphone plugged into the computer to analyze the subject's responses. Unlike the polygraph, drugs do not affect the results of the exam. There are no known counter-measures that will cause the ubiquitous "inconclusive" results associated with the polygraph. Learn about CVSA and Polygraph cases at http://www.cvsa1.com/News.htm

Our mission is to develop the latest in truth verification instruments to identify the guilty and absolve the innocent. NITV FS is the manufacturer and sole source for the patented Computer Voice Stress Analyzer® II with the Final Analysis Confirmation Tool® (FACT®) scoring algorithm. U.S. Patent Numbers 7,321,855 and 7,571,101. The FACT was tested by major metropolitan law enforcement agencies and found to be 98% accurate in a peer reviewed study.

**_Find out why over 2,000 Law Enforcement Agencies use the CVSA®_**

Please contact NITV Federal Services at
**888-266-7263** or email nitvfs@cvsa1.com and visit NFS website at www.cvsa1.com

## LIMITED TIME SPECIAL
### Computer Voice Stress Analyzer (CVSA® II) - $8,955.00
### Includes Training for Two New Examiners (Valued at $2590.00!)

******Ask about our Trade In and Pre-Owned CVSA® Systems******

Exhibit

G



## NFV
### FEDERAL SERVICES

October 10, 2018

*Excellence in Technology, Training and Service"*

## Sole Source Letter

Dear Customer,

Please be advised NFTV Federal Service (NFS) is the **Sole Source** for the Computer Voice Stress Analyzer III (CVSA® III), the CVSA® II, the CVSA®, as well as all manufacturer-approved certification training programs related to any version of the CVSA®.

NFS is the exclusive manufacturer/distributor of the CVSA® III, CVSA® II, and CVSA® and has no US distributors. Both the CVSA® III and CVSA® II incorporate version-unique and specialized processes protected by two US Patents. US Patent Number 7,321,855 *"Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples,"* and US Patent Number 7,571,101 " Quantifying Psychological Stress Levels *Using Voice* Patterns."

NFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. The FACT scoring system is exclusively offered by NFS, and can precisely quantify stress in the human voice to evaluate CVSA® examination charts as Deceptive or Non-Deceptive with an accuracy level greater than 98%. Additionally, the CVSA® is an approved GSA item for all US Federal Agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 US and International Law Enforcement Agencies, as well as elements of the US Military and US Federal Agencies.

For more information please visit our website at www.cvsal.com or contact us by calling (561) 798-6280.

11460 Fortune Circle  •  West Palm Beach, Florida 33414  •  (561) 798-6280  •  Fax (561) 798-1554  •  Email NFS@CVSA1.com

Exhibit H

In addition, the manufacturer conceded in a product liability lawsuit in California that the machine can't measure whether someone is lying.

...

In San Diego, murder charges were dropped against two teenagers after it was determined their confessions were coerced after they flunked voice stress tests.

One of the boys sued the National Institute for Truth Verification, claiming the analyzer was used to get the false confession.



In a court filing, the manufacturer said: "NITV acknowledges that the CVSA is not capable of lie detection and specifically cautions its users regarding the proper use of the device."



IP Logged

George W. Maschke
*"Too Hot of a Potato"*
PGP Public Key: 2012AAF6
Skype (Internet Phone/Text Chat): GeorgeMaschke
[Skype me!]

**George W. Maschke**
Especially Senior User
★★★★★



Who will polygraph the polygraphers?



Posts: 3090

### ⚠ Re: CVSA Maker Admits Device Cannot Detect Lies!
« Reply #1 on: Dec 3rd, 2004, 1:27am »          ☑ Quote  ☑ Modify

Note that although the National Institute of Truth Verification has admitted in court that the Computer Voice Stress Analyzer "is not capable of lie detection," it continues to represent the opposite to the public via its website, which provides illustrations that purport to show the difference between lying and truth-telling and avers that "[t]he CVSA™ gets to the truth and accurately identifies deception, or validates statements in the shortest possible time..."

http://www.cvsa1.com/product.php

IP Logged

George W. Maschke
*"Too Hot of a Potato"*
PGP Public Key: 2012AAF6
Skype (Internet Phone/Text Chat): GeorgeMaschke
[Skype me!]

**Pages: 1**          ☑ Reply  ☑ Notify of replies  ☑ Send Topic  ☑ Print

| => CVSA and other Voice Stress Analysis Applications | ▼ |

Exhibit I




**Humble Bought Fake "Dr" Title From Fake University Using Fake Accreditation Sold By Fake Accreditation Business**

In 1987 Humble, now only co-owner of Nitv, bought a fake title of "Dr" (PhD) from a fake university called Indiana Christian University(ICU) in Indiana. It was NOT any kind of school. It was only a one room store in the same shopping mall as Humble's lie detection business that sold various unearned education degrees, a so-called "diploma mill".

ICU could claim it was accredited. But, it bought its "accreditation" certificate from a fake business in Southern California called Transworld Accreditation Commission International(TACI). TACI sells fake accreditation certificates to anyone who has a business with a name of school, college, university, etc., for a price. Then, that business sells fake education diploma titles, such as Masters, PhD and others just to make money.

Pictured here is Humble holding his fake diploma at the fake "university" in 1987.



1-888-266-7263 ● nitvfs@cvsa1.com    Register for Training    Español



Exhibit

NITV
FEDERAL SERVICES

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course ⌄   Blog   Contact Us   Visit Us

**The CVSA is sold only to law enforcement/government agencies... The CVSA is n**

The phrase is used both for the physical **seal** itself, which is kept by the United States Secretary of State, and more generally for the design impressed upon it. The **Great Seal** was first used publicly in 1782. The obverse of the **Great Seal** is used as the national coat of arms of the United States.



From the U.S. Department of State (www.state.gov)

5

Use of the Great Seal of the United States is governed by Public Law 91-651, Title 18 of the United States Code. This is a criminal statute with penal provisions, prohibiting certain uses of the Great Seal that would convey or reasonably be calculated to convey a false impression of sponsorship or approval by the Government of the United States or any department, agency, or instrumentality thereof.

You can ultimately be fined and imprisoned for up to 6 months for use of the seal without written permission. You can read the details of the legislation here:

# Indiana Christian University

Indianapolis · PRO CHRISTO ET VERITATE · Indiana

On recommendation of the Faculty and the Board of Regents

Certifies That

## Charles W. Humble

has met all requirements as prescribed by this University

and is hereby awarded the degree of

## Doctor of Psychology

(Honoris Causa)

In Witness Whereof, we have hereunto affixed our

seal and the signatures, this 31st day of July, 1987.

*President*

*Secretary*

Exhibit K

# Computer Voice Stress Analyzer

## How It Works

Since ancient times, man has tried to determine if his fellow man is telling the truth. A medieval "truth by trial" technique called for sticking a suspected liar's hand into a fire; if it was not burned, a person was judged innocent. The ancient Chinese test required a suspected wrongdoer to chew rice powder while being questioned. If the powder stayed dry, the person was condemned on the theory that tension caused by lying blocked the salivary glands. During the time of the Pilgrims, suspected liars were often thrown fully-clothed into the middle of a lake; if they drowned they were innocent; if they floated, guilty.

Technology has brought us a long way from these ancient methods of detecting lies. Today many law enforcement agencies rely on the polygraph to determine lies from truth. A less intrusive truth verification device, the CVSA, is now also in use.

The CVSA was first used during the Vietnam War by U.S. soldiers in an attempt to determine if Vietnamese prisoners were Viet Cong guerrillas or civilians. During that time it was known as the PSE, or Psychological Stress Evalutor. After the war, private developers took over the technology, but it wasn't until the late 1980s that the CVSA became a tool widely used in police investigations.

The body has two nervous systems, the Central Nervous System and the Autonomic Nervous System. The Central system can be considered as concerning itself with those physical and sensory functions which occur at, or above the threshold of awareness. In other words, we have control over this system.

The Autonomic system is concerned primarily with those functions which occur below the threshold of awareness and operates on an automatic, self-regulating basis. The beating of the heart, the rise and fall of the lungs, the digestion of food, all complex processes of the body which must continue without any conscious effort are functions of the autonomic nervous system.

The heartbeat, for example, normally occurs at a rate kept within certain bounds. However, under the influence of physical stress such

Exhibit M

http://www.dektorpse.com/information/cvsa/).

80.   This statement is false.   Plaintiff did not experience any drop in sales to law enforcement and was never banned from advertising in insurance magazines.

Herring
400 E. Station Ave
Coopersburg, Pa 18036.

U,S, District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
West Palm Beach, FL 33401

CERTIFIED MAIL

7016 1370 0000 6303 1914



