IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC          :          9:18-cv-80994-DLB
    Plaintiff

                             :

vs

                             :

ARTHUR HERRING III, AND
DEKTOR CORPORATION          :
    Defendants          :

FILED BY_____D.C.

OCT 3 [ ] 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

...........................................................................................................................................

Objection to Plaintiff's Final Default Judgement and Permanent Injunction against Defendants

I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's filing above.

Background

    A judge ONLY has the power to enforce laws and rule on lawsuits based on the Constitution. From the moment this case was filed by nitv and their paid legal "whores" have known their case had no merit and was filed only to waste my money and try to put me out of business so nitv could have more of the lie detection market, just as they have done for about 20 years. This lawsuit has clearly violated the Constitution and my Constitutional rights of freedom of speech, freedom of expression and freedom of the press.

    This lawsuit has centered on three things: me exposing the fraud by nitv for 30 years, the constitution and using the courts as weapons by the plaintiffs/plaintiffs lawyers. Nitv/lawyers have been using the courts as their private army for decades to waste people's money and/or ruin their business.  Fake lawsuits have massive financial benefits for nitv owners and nitv lawyers. Those lawsuits help support nitv owner/wives lavish lifestyles. Those same lavish lifestyles that every conman wants when they do any scam. Nitv lawyers clearly have known nitv is a scam and a international criminal business from the beginning of this lawsuit because those lawyers had read the same documents that they demanded the court order removed from my Dektor website and from my news website www.nitvcvsaexposed.com . By reading my posted documents, those current and former nitv lawyers ONLY conclusion could be that nitv is a scam and a criminal business for 30 years. Those same current nitv lawyers are financially benefitting by their massive billing hours to nitv for the cases those lawyers have been working on and receiving money that was made from nitv's international criminal business. After nitv lawyers read my factual documents proving nitv was a criminal business, nitv lawyers should have withdrawn from the case as the ethics for lawyers dictate when they saw as fact that nitv was only a criminal business and nitv's lawsuit had no merit. Nitv lawyers had no legal binds that demanded they stay on as lawyers. But, those nitv lawyers stayed on the case out of their greed for easy money from criminals who had the bank account to pay their massive legal bills. In addition, the lawyers were fulfilling nitv's obsession for revenge against others. Nitv STILL OWES about $800,000 from the lawsuit they lost 10 years ago. Where does nitv get the money to pay their lawyers in this case and the other cases for nitv? Nitv lawyer d'loughy probably knows because he brags on his website he is an expert at hiding people's money from the IRS and from lawsuit judgements.

    Fraud, in this case, is selling a fake product as a real "voice lie detector" without ANY independent proof that the product and training is real. A fake product is also called a counterfeit. Selling counterfeits is a felony. The US government spends hundreds of millions of dollars each year seizing counterfeit products. Nitv has bragged in their ads for 30 years their "voice lie detector" gadget called cvsa and its self-admitted made up training is "98% accurate". But,

nitv has never had ANY independent studies that back that claim. As part of their scam, Nitv only hires former high level law enforcement to be their sales people, directors and instructors because those law enforcement types convince potential law enforcement cvsa buyers the cvsa gadget is real and the nitv claims in ads are real. The fact has always been, including today, nitv has NO, repeat NO, independent studies that its gadget and made up training are any better for lie detection than a coin toss, about 50%. The original owner of nitv, humble, ADMITTED on nationwide TV, on the ABC News investigation on nitv/cvsa/humble scam in 2005 that there were NO independent studies proving any cvsa accuracy, especially the "98%" accuracy claimed by nitv for 30 years. Humble and his employees have also admitted that fact in various news stories for the past 30 years. When humble admitted there were no studies proving his claim of "98% accuracy" in that 2005 ABC News interview, he was admitting he has been and still was committing fraud. Humble advertised his fraud in law enforcement magazines using massive two full page ads each month for 15 years. That is called false advertising, a felony. As recently as 2016, nitv's co-owner kane sent out a signed letter claiming cvsa was "98% accurate". Again, NO independent proof to date to back that lie up. Nitv used the US mail for 30 years promoting their fraud. That is called mail fraud, a felony. How many millions of times did nitv/owners do that? Two federal court cases in the early 1980's pertained to two different businesses, Telstar and Omnitronics, selling their own type of voice lie detectors. Both owners were charged with mail fraud. The judges asked them what independent proof did they have proving their lie detectors worked as they claimed. The owners replied they said they worked and that was the proof. The two different judges found them both guilty of mail fraud. The US government spends hundreds of millions of dollars each year trying to stop the import and sales of counterfeit products. Most fake products are everyday items that have no dangerous results if used. But other fake products cause injury or death, such as fake medicine, car brakes, etc. In this case, fake lie detectors, having been used by law enforcement for 30 years in criminal investigations and the buyers believing the total accuracy lies by nitv, have caused maybe about one million people to be falsely accused, as many criminal cases ruined, people had their lives ruined, maybe went to jail, wasted money on lawyer fees, maybe lost their jobs and probably have a criminal record for life. All the while, nitv/owners are living a extremely wealthy lifestyle, including private helicopters, multi-million dollar mansion in Panama, multi million dollar condo's, new Mercedes and other luxury objects. In a massive civil lawsuit that nitv lost in 1999 that was based on the fake cvsa, nitv's director, David Hughes (former police captain), ADMITTED on record, cvsa was not a lie detector and should not be used as a lie detector. But, that nitv admission has not stopped nitv from still falsely claiming cvsa is a "voice lie detector" to this day. When a conman has no real proof that his fake lie detector is real, what does he do? He MAKES UP fake studies/surveys to scam buyers. After the 2005 nationwide ABC News investigation PROVING: cvsa was a fraud, humble used a fake title of "Dr" (PhD) and the US military BANNED the use of cvsa after it was proven cvsa had no reliable accuracy, nitv owners started to make up studies that they claimed were done by the U.S. military that "proved" cvsa/training was "98% accurate". To this day, nitv refuses to disclose who made those so-called studies. Clearly proving they were made up by nitv to get buyers. About 2005, humble was convicted by the U.S. government of selling cvsa's to countries not considered friendly to the U.S. Humble paid a enormous fine for doing that. In 2012, nitv made up another fake study, in a fake, made up "scientific journal" (nitv's words) called Criminalistics and Court Expertise, 2012 Annual Issue, #57. The "study" was ONLY a 14 page article (nicknamed Chapman Study) that NEVER, repeat NEVER mentions cvsa or nitv at all. So how can nitv claim it proves cvsa and its made up training is "98% accurate"? Nitv CANNOT! The article only has various graphs and talk of how useful lie detection can be in investigations. Also, Chapman WORKED at nitv for 20 years before he died in 2011. No study can be considered valid if it was done by a person working at a business, especially for 20 years. Nobody knows if Chapman ever wrote the article. The fact is, the so-called "journal" DOES NOT EXIST ANYWHERE! Nobody has been able to find it or get the publishers contact information. Nitv AND their lawyers REFUSED to give me or anyone that contact information. Why? Because the "journal" does not exist and was made up by nitv only to make buyers THINK the fake study proved cvsa was a real voice lie detector. The information about the fake chapman study had been given to this court months ago and that fact alone should have made the court realize nitv was a fraud and this case had no merit and must be thrown out. This court should also have thrown out nitv's lawsuit because a person cannot be sued for repeating information that had previously been revealed, especially by news stories. Fraud is fraud. Independent facts, documents and various news stories submitted by me months ago have proven beyond any doubt nitv/owners have been committing fraud, mail fraud, false advertising and using the Great Seal of the U.S as nitv's symbol (felony) for 30 years. Because of me contacting the attorney general's office, since January the Florida attorney

general has been building a case of fraud and false advertising against nitv/owners. I have been deposed by them (as others have been) and spent countless hours on the phone with them and submitted about 1,000 documents proving their case. Those massive documents included those that were posted on my news website that nitv's lawyers demanded be removed and this court ordered the documents removed. Again, violation of my constitutional rights.

The constitution and the gross abuse of it in this lawsuit proves why this lawsuit has NO merit and my constitutional rights have been clearly violated by its filing. This case should never have been filed. The courts are for the people, not just lawyers. The courts must treat those without a lawyer the same as the person with one. It is the INFORMATION that must be evaluated, no matter who says it and provides it. This court refused to read my many filings and read the documents submitted that proved there was no credibility to this lawsuit and the court should have dismissed the case completely.  The constitution GUARENTEES freedom of speech, freedom of expression and freedom of the press. That speech CANNOT be stopped or banned because someone does not like it. The news media would not exist if every person could stop a story about them because they did not like it. Politicians would be the first to try. Slander and liable are causes for legal action, but nitv has never sued me for that. Nitv has NEVER supplied any FACTUAL, independent documents contradicting any statement or document posted by me. They simply claimed things were not true. How can actual documents from nitv own website, news articles and other published information be claimed by nitv/lawyers as being false?  The fact is, for the 18 years I have owned Dektor, nitv has posted statements on their website by a police department that were lies and lies by a person, dirt bell, on nitv website under the title "Posers and Imposters". Bell has never met me and had no knowledge about me or my company. But, Nitv posted dirt bell's lies only to make nitv look better. That is liable and defamation of character.  Nitv/owners have revealed themselves by their own words and by news media stories that nitv/owners have been doing a scam on law enforcement and the tax payers for 30 years. A scam only for a lavish lifestyle for themselves and their wives, who also are knowingly part of the scam. In court papers, nitv co-owner humble's wife lourdes was shown to be actively involved in the scam. They seemed to show she was trying to put a seller of his voice lie detector type business to commit possible illegal activities.  Co-owner kane's Russian wife, olga, is CFO (chief financial officer) of nitv. Selling a gadget for lie detection, with NO independent proof that it is real is a counterfeit, a fraud. Every word on my Dektor website about nitv, owners, cvsa and their training were compiled by various news articles, court papers, ex-nitv employees and nitv websites for over 30 year. On my news website: www.nitvcvsaexposed.com  ACTUAL documents were always posted. Those documents cannot be disputed and proves nitv is a scam. Nitv has refused to sue ANY news media that has also revealed those facts for the past 30 years. Why? Because nitv would be sued by any media nitv tried to silence and the media would always win on the basis of their rights in the Constitution. Nitv has never sued the APA (American Polygraph Association) for their postings of nitv/cvsa that proved nitv/cvsa was a scam for 30 years. Why not? Nitv has never sued another news website, antipolygraph.org, for also posting information about nitv, cvsa and humble for 20 years that proved nitv/cvsa was a scam. Why not? Suddenly, nitv sues Dektor/myself last year after I have been posting facts about the nit/cvsa fraud for 30 years. It is laughable that nitv/owners are NOW claiming huge losses caused by my exposing them, but IGNORING any so-called "harm" to nitv owners the other news media has caused nitv/owners who exposed nitv as a fraud for 30 years. Nitv/lawyers have totally ignored the harm humble did himself by admitting nationwide on ABC News in 2005 that he, cvsa and nitv was a scam.  The facts are basic and clear: if you sell a product, you must have independent proof it works. Nitv has never had any such proof for 30 years.

No court or judge allows their court to be used as a weapon by one person to punish someone else. The court's only purpose is to decide real legal matters that need to be decided.  Nitv has used the courts and their lawyers as weapons only to financially ruin people and to put them out of business in hopes that nitv will be the ONLY seller of "voice lie detectors". That is the only purpose of this lawsuit against me.  Nitv/lawyers have sued other businesses selling unproven voice lie detectors and even ex-employees to "get back" at them and/or to create a monopoly for themselves. It has been well documented nitv lawyers, just like nitv owners, have made many claims before and during this fake lawsuit about myself, Dektor and our system PSE.  Their money wasting tactics have been used many times against others. For example, about 3 years ago, sued another seller of a unproven "voice lie detector" only because that person had sued nitv 10 years ago for liable and won about $500,000. Nitv has refused to pay the judgement that is today about $800,000. The Florida Supreme court ruled nitv had to pay the judgement. Nitv sued him only for revenge to waste his money because he sued nitv for liable and won. Another case involves nitv suing another business selling

another "voice lie detector" in about 2005. Nitv claimed that business, operated by some former nitv employees, stole nitv's cvsa program. Nitv had NO proof they did, but only wanted to waste the defendents money and eliminate them as a player in the voice lie detector market. The vice president of that company told me their legal fees were about $2 million. The result: the judge stated clearly nitv had no case and it was thrown out. But, nitv still got what they wanted: wasting money of another business and to eliminate them from competing with nitv. The SAME thing nitv is doing to me with this made up case. Many documents proving the nitv scam were on my news website www.nitvcvsaexposed.com that nitv lawyers demanded be shut down and ordered so by this court. A clear violation of my constitutional right of freedom of the press. This court has constantly ignored the massive amount of factual information and documents that proved nitv never had any legal case. By doing so, this court has helped and protected a international criminal business to achieve its three goals with this made up lawsuit: waste my money, put me out of business and revenge against me for exposing nitv's scam for 30 years.

<p align="center">Responding to Plaintiffs claims of Findings of Fact</p>

1. The truth and facts are what they are. Somebody may not like them, but people, media, etc, cannot be sued because the information was disclosed. The constitution has the Bill of Rights. Plaintiff and their legal "whores" should read it sometimes. NOTHING done by Defendant has ever been grounds for any legal action by plaintiff.

2. False. CVSA and nitv's made up training has NEVER been proven to be a "lie detector", just an expensive coin toss. Humble admitted that in 2005 on ABC News and nitv/owners still has no independent proof today.

3. False. NO evidence of any type was ever submitted by nitv/lawyers proving as many buyers AND how many still use it. Plaintiff REFUSED to provide such proof in discovery. See my Discovery list that nitv lawyers refused to provide answers

B. 5. False. Dektor Counter-Intelligence NEVER went out of business. In 1989, the sole owner, Allen Bell, CHANGED the NAME to Allen Bell Enterprises. In 2000, shortly before his death, Bell gave me the blueprints of the PSE and other information because he wanted me to continue sales and training of his invention of 1969. Plaintiff has NEVER known the facts about this matter, only relied on the babbling antics from a person of very unstable mental health, dirt bell (db), son of PSE co-inventer Allen Bell. Nitv NEVER contacted Dektor in any way to verify db's information. Nitv even gave db his own section on nitv's website to post anything about Dektor/PSE/Herring db wanted. To this day, in my business of 18 years owning Dektor, I still use the same proven training, technology, test formats and chart analysis techniques as the original Dektor business from 1969.

C. 8. FALSE. As explained, I did receive such information and documentation from Allen Bell. Again, plaintiff's lawsuit has always been based on made-up claims without any facts or documentation to back them up just to waste my money and to try to put me out of business.

9. FALSE. I/Dektor have NEVER lied to customers or in our advertising in any way as to the proven quality of our technology or training since we have always used those proven items created by the original Dektor in 1969. Both names Dektor and PSE were legally trademarked by a lawyer in 2000. Nitv/lawyers issue about this has no basis.

10. True/false. Dektor sells the only PROVEN system of Voice Stress Analysis and the proven training invented by the original Dektor in 1969. A competitor has something of near equal quality. Nitv has NO proven lie detection system and NO proven training. A fraud and scam that nitv/cvsa/owners have proven to be for 30 years is NOT a competitor.

D. 13. False. The truth is the truth. Hurt feelings by the truth is not a cause of any legal action. Plaintiffs created their own mess by their lies for 30 years. Those lies have been independently documented.

14. See #13. Every person attending the TDLR meeting was allowed 15 minutes to speak. There were many polygraph examiners there who also condemned nitv, cvsa and humble. Nitv was given 45 minutes to speak about their scam. Facts are facts. Nitv cannot erase the lies they have made for 30 years.

15. For 30 years, the plaintiff has shown his gadget, business and himself are only a scam because of the many news stories, lawsuits and facts about himself, including from his own and nitv's website. Repeating those facts is NOT a cause for legal action. The constitution makes that point very clear.

16, 17, 18,19, 20. See #15.

22. Plaintiff/plaintiff lawyers know as fact nitv/cvsa is and has been proven a scam in many ways for 30 years. I

have every right of free speech and protecting my business from conmen ruining the reputation, business and income of my business. Nitv's current director, disgraced former sheriff and ICAC investigator, crotty was to speak at a ICAC conference. ICAC learned about Crotty's disgraced history and decided, on their own, not to let Crotty speak because of Crotty's gross incompetence as a ICAC investigator. Crotty's termination as a sheriff was documented in a major newspaper article that I had no involvement in. Crotty was solely responsible for his termination and future fate, not Defendant. His actions were exposed by the news media.

23. Nitv still hired crotty as their director of sales after crotty was fired/quit. Crotty was allowed to have nitv's vendor table on display, but he was not allowed to be a speaker based on crotty's history. Defendant had no control over any money nitv spent or any decisions by ICAC. ICAC made their own decision based on facts.

24. see #23. Nitv never gave any proof of nitv's claims or claimed losses.

25. Constitution states people have freedom of speech. As stated before, defendant has the right to protect his business and its future reputation from conmen selling fake gadgets claiming to be voice lie detectors.

27. See # 25. Plaintiff clearly lies. Defendant has always participated in discovery. It is PLAINTIFF that REFUSED to submit any documents or information demanded by defendant that would prove the lies constantly stated by nitv/lawyers in this lawsuit. Defendant did send plaintiff 2 hard drives plaintiff wanted . Defendant demanded, but this court refused, to have a independent IT person analyze the hard drive. Instead, nitv (proven to lie in every way for 30 years as a business) was allowed to pick their own paid person to write a report that cannot be accepted as being factual in any way. In addition, plaintiff lawyers refused to allow, according to the law, to allow me to review the list of items from the hard drive before it was turned over to plaintiff. Because of plaintiff's total disregard of that rule/law, very private and business information was obtained by plaintiff that was not needed in the lawsuit.

28, 29,30. FALSE. Facts are facts. Making lies and repeating lies many times by nitv about their cvsa and themselves do not make them facts. That tactic was invented and used often by Joseph Goebbels, Hitlers propaganda minister. Dektor website sections and nitvcvsaexposed about nitv/cvsa/humble were taken down ONLY because of a judge's order, even though it violated my rights of speech, NOT because any information was false. All statements made were stated before in the public domain by the news media and in other forms.

30. Plaintiff FAILS to admit, at any time, during this fake lawsuit that nitv's website, for 18 years and still does today, have lies about Dektor, PSE and Defendant. Examples are attached. Nitv also FAILS to mention at any time that THEY had sent out, at least a million times, for 18 years various lies to various entity's, its members and others using emails, faxes and letters about Dektor, PSE and Herring. For example, one document nitv calls a "law enforcement alert" letter was sent out about Dektor, PSE and Herring.

31 . The judge and/or a clerk handling this case for the  judge has not seemed to have read and evaluate the defendants many, many documents submitted based on the courts actions and decisions. Neither have the various websites that have been looked at in question, including the plaintiffs to see their lies about Dektor, PSE and myself. Those various documents and their credibility could not be challenged in any way. This courts actions have clearly denied my right to a fair and impartial trial. This court and plaintiff only realized in July of this year that the Florida attorney general's office was actively pursuing a case of fraud and false advertising against nitv/owners. I and many other people were deposed and I submitted hundreds of documents and spent many, many hours on the phone with her investigators about the scam. Why would the AG's office pursue the case if nitv was a honest and ethical business???????????????????????????????????????????????????????? The AG's actions PROVE I never was guilty of any claims made by plaintiff in their lawsuit and its only purpose was, as with nitv's lawsuits against others, to waste my money and to try to put me out of business. Again proving nitv is and has used the courts only as weapons.

32. FALSE. Those documents CANNOT be challenged in any way because their sources are listed and were published for years. They prove nitv, cvsa and owners have been a scam for its 30 years of operation.

1. Plaintiffs have constantly failed for this entire case to establish ANY facts to claim the Lanham Act for damages. The Lanham Act refers to "competitor". A competitor cannot be a fake product claiming to be a real one. They are called counterfeits. Lawyers would not accept fake lawyers pretending to be real ones. Plaintiff has NEVER known the business operations of Dektor for 18 years and is in NO position to claim it has such knowledge. In 1986, humble claimed he was trained as a polygraph examiner. The APA (American Polygraph Association) stated that school NEVER existed. The facts prove nitv has claimed for 30 years it invented a "new" type of "voice lie detector". But, it has no proof it ever did or has a "perfected" training course or proven terms and ideas as nitv has claimed for 30 years. Humble has always used a fake title of "Dr" (PhD) that he bought from a one room store in 1987 called "Indiana Christian University. That lie was documented on the 2005 ABC News story on humble, nitv and cvsa and at many other locations. Plaintiff claims it was a "honorary" degree. Copy of diploma attached proves diploma was NOT honorary, just a fake, store bought paper. A major news website archived Dektor's news website www.nitvcvsaexposed.com that plaintiff demanded be removed and had been ordered removed by this court. But, all of its documents can still be seen and the full 16 minute 2005 ABC News investigation exposing the nitv scam can also be seen. Humble also was found guilty of copyright fraud in 1988. That same year he started to sell his first cvsa analog gadget that he claimed was a "computer" voice stress analyzer (cvsa). Computers are digital, NOT analog. That is fraud and false advertising, both felonies. Humble finally admitted years later the first cvsa model was only analog that he sold for 10 years. Humble also admitted years ago the PSE he always said was poor quality, he admitted on his website he simply bought a old PSE, hired a electronics person, Nick Torfino, and Torfino TRIED, repeat TRIED, to duplicate the PSE so humble could sell a voice lie detector as humbles new "invention". That analog cvsa gadget did not have the abilities to do true Voice Stress Analysis or have any quality compared to the original PSE. That unreliable cvsa was sold for 10 years before humble had someone try to make a software program, also called cvsa, from that analog cvsa. That cvsa program has been documented as very poor quality. As stated before, Dektor/Herring uses the exact same technology as the original PSE (with Allen Bell's permission in 2000), the same exact training as original Dektor, the same exact test formats as original Dektor and the same exact chart analysis techniques as original Dektor. I did increase training to 10 days (original Dektor training was 5 days), I increased chapters to 21 (original Dektor had 5) and made the technology a software program that will last forever. Dektor is a far superior and proven system of lie detection than the fake nitv's cvsa.

B. DENIED. Plaintiff still has NOT proven any of its claims in its lawsuit. It only makes accusations, with NO facts to back them up. Freedom of speech, freedom of expression and freedom of the press is legal and CANNOT be a basis of a lawsuit because someone does not like it.

C. DENIED. See B.

D.DENIED. See B. Documents prove at nitvcvsaexposed.com that it has been nitv/owners that had lied about Dektor/ Herring/PSE for 18 years and sent out various emails and letters telling potential buyers do not buy from Dektor, only buy nitv.

E. DENIED. Such horse shit from lawyers. Joseph Goebbels would be so proud of d'sousa and dloughy with their made up lawsuit. As they say "Anybody can sue anybody for anything". This case PROVES how true that expression is. When will nitv/owners PROVE their gadget and made up training is better than a coin toss for lie detection with REAL independent studies, not nitv's made up "studies/surveys/journals? When will nitv/lawyers disclose the full contact information for the publisher of the made up "journal "Criminalistics and Court Expertise" that nitv claims the 2012 Chapman study (article) is in from ?????????????????????????????? Nobody can find the publisher, the Library of Congress says the "journal" does not exist, google says it does not exist and 12 major university library databases says it does not exist. Nitv/lawyers REFUSED to provide that information and ALL information that I demanded in my 51 item discovery list 7 months ago. Why do nitv lawyers want to hide the truth?

III A, B, C, D MUST BE DENIED. Speech is protected under federal law. Plaintiffs continue to refuse to provide proof of ANY claims that has legal standing for a lawsuit. It has been established that plaintiff has done the same actions and far worse against the defendant for 18 years using emails, letters, postings on nitv websites for

18 years and in other ways. Nitv lawyers must go back to law school to realize that their demands here are beyond the abilities of the defendant. Information is on the internet and cannot be removed. Nitv keeps proving they are using the courts only as weapons against others to reshape their soiled and corrupt image of 30 years. If nitv thought the news reports about them were damaging to them, it was nitv/owners direct responsibility to "clean up their act". Nitv/owners failed to do so. All financial losses and any bad reputation nitv received was the result of nitv/owners actions and was THEIR responsibility, nobody elses. Nitv has not sued any news organization that published facts about nitv/cvsa/owners, thus allowing for that information to spread over 30 years. They have not sued ABC News in 2006 or Vancouver Sun's massive three part story in 2011 proving nitv/cvsa/owners are a scam.  Last month, nitv/lawyers threatened a major news website, www.antipolygraph.org with a federal lawsuit unless owner Maschke remove all items about nitv, cvsa, humble from his website. Maschke's lawyer sent nitv lawyers a very firm "go stuff it" response.  Nitv has never sued the APA (American Polygraph Association) for their postings on their website about cvsa being a fake lie detector for 30 years. Nitv/lawyers never sued NAS (National Academies of Science) for their 2003 book that said cvsa was not a real lie detector. Has nitv/lawyers ever sued all the other news media when they did stories proving cvsa was not a real lie detector? If not, why not? Why only sue me, but not all the others that have also been stating the same facts? The clear answer is nitv would lose and be counter- sued for filing a fake lawsuit that had no legal grounds.  The court must remember, this joke has only gone this far because I ran out of money many months ago and have no lawyer. The other news media have lawyers for free that would put nitv/owners into bankruptcy.

If my documents and information on my website, emails and brochures have been lies for 18 years, why is nitv NOW claiming it suffered these  losses that they claim are millions of dollars. The average person would have sued many years ago when the losses were much, much less.  The court must also remember nitv/lawyers REFUSED to provide any documents I demanded in my Discovery. If nitv has nothing to hide, why not provide the documents? Copy of my Discovery is attached.

IV    DENIED   Plaintiff is NOT entitled to any damages or awards. They caused their own problems being a scam promoting and selling a unproven "voice lie detector", nitv's made up training, various claims about themselves and their business for 30 years. Plaintiff has constantly failed to show how my publication of previously published and proven documents and information caused any of their loses of sales.

Plaintiff has totally failed throughout this made up lawsuit to show what impact other published facts by other news sources had on their sales. Nitv is putting ALL of their losses on me and disregarding those other publications, including on the internet.  People are free to evaluate any information and make their own decisions. Plaintiff has totally failed to consider the fact that those buyers of cvsa talk to others in law enforcement and they had told them not to buy cvsa because of cvsa coin toss accuracy. Plaintiff has refused, since 2006, to publish their cvsa buyers because the word was spreading that cvsa and training was not reliable for lie detection. Sales of cvsa were dropping off dramatically. That is why nitv stopped their monthly 2 page ads for 15 years in the international Police Chief magazine (25,000 members). But, nitv lawyers put that quote from my Dektor website that nitv stopped their  huge two page ads every month in Police Chief magazine because of a huge drop of cvsa sales because of poor cvsa accuracy and put that in their complaint. Nitv lawyers then stated I had lied about nitv losing sales to law enforcement. Since nitv ONLY sells to law enforcement, then WHERE are nitv losses they are suing me for??????????
Nitv is now using a person who wrote a paper, using only GUESS WORK and MAYBE's, trying to guess cvsa projected sales and the losses because of me. That entire paper

and ALL conclusions MUST be rejected. First, sales figures of cvsa buyers are constantly different. Nitv says 2,500 cvsa buyers. Other places in this lawsuit says 2,000. NO TIME, repeat NO TIME, has nitv provided to me, to this court or in that paper the NAMES and CONTACT information of ALL the cvsa buyers to VERIFY. Without any PROOF of how many actually bought cvsa and how many still use cvsa, any financial awards have NO basis to be given. As this court knows, the fact is, nitv and their lawyers constantly lie. As the court knows, nitv/lawyers submitted a fake affidavit in the beginning of this trial under penalty of perjury in a FEDERAL trial. This court refused to sanction, fine or even condemn lawyers d'sousa or d'loughy in any way.

Based on the constant lies and false information submitted by plaintiff/lawyers in this lawsuit, NO information or documents submitted by them should be considered as factual without independent documents supporting them, especially for damage awards.

As per any hard drive deletions, proof was submitted that my hard drive did fail and a new one was bought weeks before this lawsuit was filed. I cooperated fully in sending both hard drives to the so-called IT person that the court allowed nitv to pick. I strongly objected to allow a well-known, media established conman to pick their person that nitv knew would say what nitv wanted them to say. Nitv carefully chose bits and pieces of emails to make the court think certain conversations were about destroying evidence. Nitv "created" the impression they wanted the court to believe. As per the Vanderhoff signed document, he had no choice. He had to sign anything nitv wanted because they threatened him, a single parent of two small children, with a federal lawsuit ONLY to waste his money and put him on welfare if he did not sign what they wanted. Basically, none of that information in that document was true or accurate.

This court MUST look at and seriously REVIEW the various documents and exhibits submitted by Defendant during this trial that proves this lawsuit NEVER had any merit, the courts were used by Plaintiff in this case and other lawsuits by nitv only as weapons to fight nitv's fight to eliminate other businesses so nitv could be a monopoly as the only seller of "voice lie detectors".

Certainly, nitv is NOT entitled to any damage awards because of the independent proof from other news sources that prove nitv/cvsa/owners are only a scam selling a fake "voice lie detector" and made up training that after 30 years still has NO independent proof that cvsa has any accuracy better than a coin toss (50%) for 30 years or the "98% accuracy" nitv has claimed, (including in co-owner kanes signed letter in 2016). Nitv also claims cvsa is "not affected by drugs, alcohol or countermeasures" for 30 years, but still has NO independent proof for that claim. Nitv, cvsa and owners are only a money making scam and my massive documents enclosed and independent news stories, for 30 years about nitv, cvsa and owners, PROVE it. Nitv lawyers PROVE nitv is a scam by REFUSING to give documents in Discovery or now that would prove otherwise.

EXHIBITS

1. Many, many news media quotes about humble, cvsa and nitv proving nitv/cvsa/owners is a scam.
2. Great Seal of the U.S. that is a felony to use, but nitv has used it as there symbol for 30 years making people think nitv is a federal agency and cvsa was real.
3. Humble with store bought fake diploma for his "Dr" (PhD) in 1987. Copy of diploma PROVES it was NOT honorary as nitv/lawyers claimed, but was supposed to look like a real diploma of "Dr" (PhD).
4. Nitv suing vipre. Documents proved nitv hired tom golden, former army intelligence colonel, to plant false stories about vipre in a major news website to take sales away from vipre.
5. Nitv lawyers knowingly committed perjury by submitting a false affidavit, under penalty of perjury. Nitv lawyers tried to say mosquera had no contact with nitv to keep the lawsuit in Florida. Mosquerea was in fact in charge of nitv international sales.
6. Letter sent by nitv co-owner kane claiming in 2016 cvsa was "98% accurate" in lie detection.
7. Lawyers for nitv demanding, using extortion techniques, my PSE source codes for free or they would sue him in federal court just to waste his money. This lawsuit was to try to get my PSE program so nitv could sell it themselves because their cvsa had many operating problems.
8. In 2006, US government found humble/nitv guilty of selling cvsa's to unfriendly countries for several years. Nitv/humble paid a huge fine.
9. Independent evaluation of Chapman "study" proving it was a fake and the "journal" it was in did not exist.
10. Nitv website, for 10 years posted lies about Dektor, PSE and Herring by Groveport Police who were flunked in the Dektor course because the detectives were drunk every night and flunked the final exam. Nitv gave Groveport a free cvsa and training in exchange for their testimony against Dektor and PSE.

11. Nitv website, for 15 years, used many disgusting emails by dirt bell (db), son of PSE inventer Allen Bell, to make people think Dektor/Herring were not honest. DB NEVER met me and NEVER had any information about the operations of Dektor. Nitv gave Db his own section on the nitv website called Posers and Imposters for db to post anything db wanted against Dektor/Herring for 15 years.

12. Nitv director Hughes (former police captain) admits in court cvsa is NOT a lie detector and says cvsa should not be used as one.

13. Nitv demanded a 20 year news website, antipolygraph.org (owner is Maschke) to remove all information about humble, nitv and cvsa that made them look bad or nitv would sue Maschke. Maschke's lawyer sent nitv a letter to "stuff it". Nitv is using the courts as weapons to try reshape and remold the 30 year image of nitv/cvsa/owners that proved it is only a scam to try to get sales.

14. Nitv sent this letter to millions of people stating lies about Dektor, PSE and Herring.

15. Remade cvsa from the original PSE that humble/nitv had made so humble could claim his cvsa as a "new" type of voice lie detector. The fact is humble only hired a electronics person, Nick Torfino, to try to copy the PSE. He did not succeed to copy it correctly and thus it produced faulty patterns and was not mechanically reliable.

17. News article showing current nitv director crotty was fired as a disgraced, 20 year sheriff, ICAC (children's crimes) investigator. Nitv hired crotty just after he was terminated. Nitv was proud of that hiring. ICAC refused to have crotty as a speaker at their conference in Texas last year after they found out about crotty.

18.      Nitv hires crotty and glorifies him.

19. Article on nitv website claiming chapman study is 95% accurate. Chapman article NEVER mentions nitv or cvsa, but nitv claims the chapman study proves cvsa is accurate. No independent proof ever to back up that claim of accuracy. Study proved to be made up by nitv to get sales.

20. My email to nitv lawyer d'sousa wanting contact information of fake journal Criminalistics and Court Expertise that nitv claims chapman study was in. D'sousa REFUSED to provide that information PROVING "journal" was made up by nitv because nitv had no accuracy study for cvsa and nitv's made up training of 30 years.

21. Nitv claims 1,900 departments stopped using polygraph and switched to cvsa. NO facts ever to back that claim.

22. Article stating the person who gave nitv $1 million for cvsa's and training for the US military pled guilty to taking bribes.

23. Nitv had dirt bell some how locate some of my customers worldwide and tell them they were lied to by Dektor/Herring about their PSE and they should demand their money back. Bell had never met me or had any company information for him to make any claims. Nitv gave bell his own section on nitv's website called Posers and Imposters for any postings bell wanted to write. Bell and his family wrote postings on many internet sites using lies and were finally banned by the internet.

24.  Major article by Canada newspaper Vancouver Sun in 2011 exposing the nitv/cvsa/humble scam.

25. Nitv "Law Enforcement Alert" letter sent to millions of people condemning Dektor, PSE and Herring with many lies. Nitv sent out the same type of letter about another seller of lie detectors that was false and that person sued nitv and won almost $800,000 10 years ago that nitv refuses to pay.

26. Nitv always had lie about Dektor,PSe and Herring on their website.

27. Letter sent by nitv lawyer to Dektor/Herring shortly after I took over dektor threatening me with a lawsuit if I said anything about nitv, humble or cvsa that they did not like. Facts are facts and I had every right to post anything factual: freedom of speech.

28. Nitv lawyers stating in their complaint that I had lied on my website that nitv had stopped spending money for adds because nitv sales had dropped dramatically. If nitv never lost any cvsa sales, then why is nitv suing me for loss of sales??????????????????????

29. Nitv website allowed "crazy" dirt bell to have his section to post any lies bell wanted about dektor, PSE and Herring with full permission of humble.

30. Many lies by humble. Humble NEVER said who wanted him to make a new training course or a new lie detector. Humble later changed the story and took full credit as it was HIS idea to make a new lie detector and training.

31. In 2000, humble finally admitted he never invented a "new" voice lie detector. He simply bought a old PSE, had Torfino remake it to look different so humble could sell it as his own. The first cvsa ("computer" voice stress analyzer) model sold for 10 years NEVER had any computer as humble had always claimed. That is called fraud and false advertising.

32. Article in 2005 humble admitted then he had NO studies that said cvsa was accurate better than a coin toss. He claimed he never had the money for a study, but at that time he had two private helicopters, million dollar mansions on the beach and living a very luxurious lifestyle, just like other conmen do with money from a scam.

33. Court documents in 2014 proving nitv owners AND their wives were part of the scam and were transferring money to avoid paying judgements.


Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com


CERTIFICATE OF SERVICE

I certify that on October 26, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, D'sousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Exhibit
1

INDEPENDENT NEWSMEDIA SAID THIS ABOUT NITV,
CVSA  AND  THE  OWNER!

NITV agreed to pay.... Civil penalty (almost $100,000)... in connection with
unauthorized exports of CVSA to countries not  considered friendly to the U.S.
Dept. of Commerce, 2006

"NITV acknowledges that the CVSA is not capable of lie detection"...
Indianapolis Star, November 2004

William E. Burke, 49, of Odessa, a defense contractor at SoCom, pleaded guilty to bribery... The type of Federal contracts
Burke would have overseen ranged.... To $690,000 for a field interrogation tool (CVSA) that would analyze stress in the
voice...."
St. Petersburg Times, Oct. 15, 2005

Oklahoma Department of Mental Health, 2007
Another study, using real crimes, that showed the accuracy of the CVSA
was only chance level and the system had serious design flaws.

"The Pentagon is also actively halting the use of the CVSA in the field".
American Spectator, Dec. 15 2005

"Whatever the CVSA may record, it is not stress"
IACP (International Association Chiefs of Police) Arizona Republic, Oct.
2005

"...no independent testing has demonstrated the machines integrity"
Charles Humble, owner NITV, referring to his CVSA;  Arizona Republic,
Oct. 2005

"there is no one like that"
Charles Humble, owner NITV, when asked for the name of any person that did a validity study on his CVSA
ABA Magazine, 1995

"No validity from the scientific community"
FBI, KTNV-TV, 1997

"...we have found no credible evidenc(CVSA)... for determining deception".
Department of Defense letter, 1996

"It is an honorary degree...awarded by a storefront college"
Referring to the title of "Dr" of "Dr" humble, owner of NITV.
John Wilkens, Union Tribune, 1998

1

Exhibit
1

"...the analyzer (CVSA) results were close to chance level.."
        National Academy of Sciences, 2003, referring to the study by John
           Palmatier, Certified CVSA examiner and scientist.

"NITV opted out of the study"
        Security Management Magazine, 2001, referring to NITV refusing to allow
           CVSA to be used in a validity study by the Air Force Research Lab

"Charles Humble, former ISSA member #399, was expelled from the Society for unethical conduct"...
        International Society for Stress Analysts newsletter, 1987

"Armstrong vs Maricopa County sheriff, 2005
        Another lawsuit involving CVSA and unreliable training

Virus-free. www.avast.com





Exhibit 2



**FEDERAL SERVICES**

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course ⌄   Blog   Contact Us   Visit Us

1-888-266-7263 • info@cvsa1.com     Register for Training   Español

https://www.cvsa1.com

The CVSA is sold only to law enforcement/government agencies... The CVSA is n

The phrase is used both for the physical **seal** itself, which is kept by the United States Secretary of State, and more generally for the design impressed upon it. The **Great Seal** was first used publicly in 1782. The obverse of the **Great Seal** is used as the national coat of arms of the United States.



From the U.S. Department of State (www.state.gov)

5      Use of the Great Seal of the United States is governed by Public Law 91-651, Title 18 of the United States Code. This is a criminal statute with penal provisions, prohibiting certain uses of the Great Seal that would convey or reasonably be calculated to convey a false impression of sponsorship or approval by the Government of the United States or any department, agency, or instrumentality thereof.

You can ultimately be fined and imprisoned for up to 6 months for use of the seal without written permission. You can read the details of the legislation here:

Exhibit 3





Humble Bought Fake "Dr" Title From Fake University Using Fake Accreditation Sold By Fake Accreditation Business

In 1987 Humble, now only co-owner of Nitv, bought a fake title of "Dr" (PhD) from a fake university called Indiana Christian University(ICU) in Indiana. It was NOT any kind of school. It was only a one room store in the same shopping mall as Humble's lie detection business that sold various unearned education degrees, a so-called "diploma mill".

ICU could claim it was accredited. But, it bought its "accreditation" certificate from a fake business in Southern California called Transworld Accreditation Commission International(TACI). TACI sells fake accreditation certificates to anyone who has a business with a name of school, college, university, etc., for a price. Then, that business sells fake education diploma titles, such as Masters, PhD and others just to make money.

Pictured here is Humble holding his fake diploma at the fake "university" in 1987.

# Indiana Christian University

Indianapolis PRO CHRISTO ET VERITATE Indiana

On recommendation of the Faculty and the Board of Regents

Certifies That

## Charles W. Humble

has met all requirements as prescribed by this University

and is hereby awarded the degree of

## Doctor of Psychology

In Witness Whereof, we have hereunto affixed our seal and the signatures, this 31st day of July 1987

President

Dean

Secretary

Exhibit 3

*Exhibit*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 06-81027-CIV-MARRA/JOHNSON**

NITV, LLC,

        Plaintiff,

    vs.

DAVID HUGHES; ROBERT MARTIN;
COMPUTER VOICE STRESS TESTING
& CONSULTING INC., a Florida corporation;
VIPRE SYSTEMS, LLC, a Florida limited liability
company; VIPRE-VOICE STRESS SALES &
TRAINING, LLC, a Florida limited liability
company; and INTERNATIONAL LAW
ENFORCEMENT TRAINING SOLUTIONS,
LLC, a Florida limited liability company;

        Defendants.

_____/

**DEFENDANT VIPRE SYSTEMS, LLC'S RESPONSE IN OPPOSITION**
**TO MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**
**FOR WILLIAM THOMAS GOLDEN (DOCKET NO. 268)**

    Defendant, VIPRE Systems, LLC, ("VIPRE") through counsel, hereby responds

in opposition to Plaintiff, NITV, LLC ("NITV") and third-party William Golden's Motion for

Protective Order and to Quash Subpoena (Docket No. 268), and states as follows:

I.    **INTRODUCTION**

    As part of its discovery in both this action and the earlier-filed VIPRE Action

pending in the Middle District of Florida, VIPRE seeks the deposition of NITV agent,

William Golden.  The deposition has been noticed in both cases, and because the

actions mirror each other, the parties agreed to use discovery interchangeably in the

Ryan and Mr. Flood were former defendants in this action but recently settled with NITV. NITV has taken the position in the past that Mr. Flood along with Mr. Ryan and his company were somehow involved in a RICO conspiracy with VIPRE and the other defendants to infringe NITV's copyrights. Certainly the individual who investigated Mr. Ryan for NITV - William Golden - is relevant to the issues of access and non-infringement. VIPRE seeks to close the door on any theory NITV might offer that VIPRE obtained NITV source code from Mr. Ryan, and this deposition is relevant to that pursuit. This is an issue that is directly and indisputably tied to the core issue in this case -- NITV's claim of copyright infringement.

Mr. Golden was apparently disingenuous with this Court when he stated in his sworn declaration that he has "never heard of" VIPRE. VIPRE has obtained evidence of numerous acts Mr. Golden has engaged in against VIPRE, which will provide evidence in support of an unclean hands defense and numerous claims for affirmative relief. For example, on **September 14, 2007**, Mr. Golden went onto a popular Internet blog for a website, www.antipolygraph.org, on which polygraph and voice stress products are discussed. Mr. Golden registered himself under the name Cape_Canaveral_Kid. Mr. Golden started a new thread with the message:

> Anyone know what the real deal is with VIPRE Systems? We are hearing a lot of negative comments about their system and their people and they may be out of business shortly. My department is considering VIPE along with two competitors. Does anyone have any real experience with VIPRE Systems?

(Excerpt of Web Blog, Ex. 2). Mr. Golden then went on to create at least **seven (7) other user names** and had a "conversation" about VIPRE **with his own newly created identities**. Of Course, those reading the posts would believe the comments had come

S:\AIMDOCS\VIPRE\0041717\54960.DOC

from multiple users.   In Mr. Golden's responses to his own query about VIPRE, and acting as NITV's agent, he states that the VIPRE product is a "knock off" of the CVSA, that VIPRE is under federal investigation, and that VIPRE is expected to go out of business soon.   (*Id.*).   Mr. Golden then attacks the owners of VIPRE calling them "con" men.   These communications support an unclean hands defense in this case, affirmative claims pending in the Middle District and affirmative claims to be asserted here.

VIPRE subpoenaed the website administrator and learned that the posts attacking VIPRE, while posted under different names, originated from the **same IP address**.   VIPRE then subpoenaed AT&T for the customer information associated with that IP address and discovered that it was **Mr. Golden**, NITV's "investigator."   (AT&T Response to subpoena, Ex. 3).   So while Mr. Golden has represented to the Court in his November 28, 2007 sworn declaration that he "never heard of" VIPRE, discovery has shown a different story – he, acting on NITV's behalf, tortiously interfered with VIPRE's customers, publicized false statements and attempted to use the lawsuit as a "proven" claim of infringement.

In addition to acts discussed above, VIPRE has learned that Mr. Golden was retained by NITV to disparage VIPRE and its owners in numerous other ways.   Mr. Golden has pretended to be third party competitors and police departments in distributing defamatory letters about VIPRE.   Mr. Golden relies on *Jones v. Hershfeld*, 219 F.R.D. 71 (S.D.N.Y. 2003), for the proposition that a sworn statement regarding lack of relevant knowledge can be considered in the context of a Motion for Protective Order; however, the *Jones* case involved a sworn statement from President Clinton and

4

there was certainly no evidence of the President engaging in the type of conduct Mr. Golden has on behalf of NITV. The acts of Mr. Golden for NITV clearly establish NITV's misuse of its copyrights and unclean hands as well as tortious interference and unfair competition. This is not as Mr. Golden suggests a "fishing expedition," since Mr. Golden has already been caught. VIPRE seeks testimony on the acts Mr. Golden engaged in for NITV. There is no legitimate argument that Mr. Golden has no knowledge of the dispute between VIPRE and NITV.

### B.    Golden's Claim Of Undue Burden

Mr. Golden did not appear concerned with the undue burden placed on VIPRE in having to investigate his acts against the company and its owners. Moreover, while NITV's attorneys also represent Mr. Golden, they refused to accept service of a subpoena on his behalf claiming he had not authorized them to do so, and even suggested that it might be difficult to serve Mr. Golden. (Correspondence, Ex. 4). Of Course, once VIPRE located and served Mr. Golden, NITV's attorneys are suddenly authorized to represent him again. It appears they were playing a little game to avoid discovery. Nonetheless, VIPRE did clear the date of the deposition with Mr. Golden's attorneys before serving the subpoena. (Correspondence, Ex. 4).

VIPRE also would have been willing to work with Mr. Golden's attorneys to set a place for the deposition, however, Mr. Golden and his attorney's refused to cooperate aside from providing an available date to use "if" VIPRE could serve Mr. Golden. Thus, the deposition was set in Little Rock, AR, which is well within 100 miles from Mr. Golden's residence in Hot Springs, AR, and thus within the distance dictated by Rule 45, Fed.R.Civ.Proc. Mr. Golden has made every attempt to obfuscate discovery, even

*Exhibit*

*5*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon

NITV FEDERAL SERVICES, LLC,

       Plaintiff,

v,

DEKTOR CORPORATION and ARTHUR
HERRING, III,

       Defendants,

---

## DECLARATION OF MIGUEL MOSQUERA

Miguel Mosquera does hereby declare pursuant to 28 U.S.C. § 1746:

1.    *This declaration is based on my personal knowledge.*

2.    I am not a member, owner, director, officer, manager, or employee of Plaintiff,

3.    I am a resident and citizen of the State of Florida.

4.    I have been informed that this lawsuit was filed on July 27, 2018.  Prior to that date, I accessed Dektor's website (www.dektorpse.com) from a computer within the State of Florida and viewed the material thereon concerning Plaintiff and its CVSA product.

5.    I am also aware of other individuals within the State of Florida (who are likewise not members, owners, directors, officers, managers, or employees of Plaintiff) who accessed Dektor's website and viewed the same material concerning Plaintiff and its CVSA product prior to the filing of this lawsuit,

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

①

Exhibit
5

Dated: November 16, 2018

Miguel Mosquera

②

Exhibit 5

Business card of Mosquer



**FEDERAL SERVICES**

**Miguel Mosquera**                                              Cell: 1.407.970.3349
International Sales - Advanced CVSA II Examiner              E-mail: mian243@aol.com

11400 Fortune Circle | West Palm Beach, FL 33414
*www.cvsa1.com*

*Exhibit 6*



# NITV

**FEDERAL SERVICES**

January 1, 2016

Dear Customer,

Please be advised that the National Institute for Truth Verification Federal Service (NFS) is the **Sole Source** for the Computer Voice Stress Analyzer II (CVSA® II) and its training programs.

NFS is the exclusive manufacturer/distributor of both the CVSA®/CVSA® II and has no US distributors. The CVSA II incorporates two US Patents: US Patent Number 7,321,855 *"Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples,"* and US Patent Number 7,571,101 *"Quantifying Psychological Stress Levels Using Voice Patterns."* NFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. The FACT® Scoring System is only offered by NFS, and can precisely quantify stress in the human voice and evaluate CVSA examination charts as Deceptive or Non-Deceptive with an accuracy level greater than 98%. Additionally, the CVSA is an approved GSA item for all US Federal Agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 US and International Law Enforcement Agencies as well as elements of the US Military and other US Federal Agencies.

For more information please visit our company website at www.cvsa1.com.

Sincerely,

James A. Kane
Executive Director

Exhibit
8

**Arthur Herring III**

**Subject:** FW: NITV - FOR SETTLEMENT PURPOSES ONLY

------- Original message -------
From: Daniel DeSouza <ddesouza@desouzalaw.com>
Date: 6/1/19 2:35 PM (GMT-05:00)

Cc: "James D'Loughy - Advisor Law PLLC (JDLOUGHY@advisorlaw.com)"
<JDLOUGHY@advisorlaw.com>
Subject: NITV - FOR SETTLEMENT PURPOSES ONLY

Mr. Vanderhoff,

This e-mail is sent pursuant to Fed. R. Civ. P. 408 and is for settlement purposes only.

I recognize and respect your prior e-mails asking that we not contact you further regarding this matter, but unfortunately this e-mail needs to be sent and it is my hope that you review it carefully (preferably with your own legal counsel). Through our review of the documents produced during the forensic investigation, conclusions reached regarding the 'damaged' hard drive, and positions taken by Mr. Herring concerning ownership of the PSE intellectual property, it is our intention to file a Complaint against both you and Vanderson Corporation in the United States District Court for the Southern District of Florida for aiding and abetting Mr. Herring in his tortious activities and for conspiring with him to engage in such activity. Please note I am not sending this e-mail to convince you that we are right or to argue the point with you back and forth – the bottom line is that our client has pushed for a lawsuit to be filed against you and your company for some time now and we agree with our client's position.

That said, I am not looking for my client to spend more money on this matter than necessary. My ex[pectation is] that the lawsuit with Mr. Herring will soon be over, with a monetary judgment against both Dekto[r and] and a permanent injunction entered. We are awaiting dismissal of Mr. Herring and Dektor's ba[nkruptcy] before we proceed in that manner. Given the above, we have 2 choices on how to proceed he[re. One] is you ignore this e-mail (your right to do so) and we proceed with suing you in Florida as [we did] Herring. The second option (which I sincerely hope you give serious thought) is that we [enter into an] agreement wherein NITV will exchange mutual releases with you and Vanderson (with[out suing] you or judgment entered against you) in exchange for: (a) the transfer of any owners[hip rights you] have in the PSE software/intellectual property/source codes etc. to NITV and (b) [your agreement to a] permanent injunction that prohibits you from further assisting Mr. Herring with[ ... and a] liquidated damages provision in the event of a violation). We would need to a[gree ...]

violation of the EAR. In 2001, LogicaCMG's predecessor company, CMG Telecommunications,
exported telecommunications equipment to Cuba via Panama without the required export license.
LogicaCMG also agreed to pay a $99,000 administrative penalty to settle charges in connection
with this export. This telecommunications equipment was controlled for national security, anti-
terrorism, and encryption reasons.

*Energy Equipment to Iran, Iraq, Libya, and Cuba* – On May 23, 2006, Dresser Inc. and its
subsidiaries were ordered to pay $1.1 million in administrative fines for EAR violations.
Between June 2000 and April 2004, Dresser and its subsidiaries made 169 exports of energy
related equipment from the U.S. to Iran, Iraq, Libya, and Cuba without the required licenses.
Dresser voluntarily self-disclosed these violations and cooperated fully with the investigation.

*Failure to Abide by Licensing Conditions on Undersea Mapping Equipment* – On September 1,
2006, WesternGeco LLC was ordered to pay an administrative penalty in the amount of
$925,000 and Western Geophysical Company of America was also ordered to pay administrative
penalties totaling $1,965,600 for failing to abide by licensing conditions between August 1998
and January 2001. During this time period, both companies failed to abide by conditions placed
on export licenses issued for underwater geophysical mapping equipment exported to the China.
This equipment was controlled for national security reasons.

*Crime Control Items to South Africa* – On September 7, 2006, the Springer MaGrath Company
was sentenced to a criminal fine of $50,000 for knowingly and willfully exporting crime control
items to South Africa without the required export license from BIS. Springer MaGrath also paid
an administrative fine of $451,000 to BIS and received a three year suspended denial of export
privileges.

*North Carolina Company President Convicted for Illegal Export of Crime Control Products* –
On March 22, 2006, John Carrington, the former President of Sirchie Fingerprint Laboratories
and a former North Carolina state Senator, was sentenced to 12 months' probation and agreed to
pay an $850,000 criminal penalty. On December 15, 2005, Carrington entered a guilty plea for
his part in illegally exporting approximately $1.2 million dollars in crime control equipment to
China through intermediaries in Italy and Hong Kong. In September 2005, Carrington settled
administrative charges by agreeing to a five year denial of export privileges. Sirchie also settled
administrative charges and agreed to pay $400,000 and accepted a five year suspended denial.

*Polygraph Machines to China* – In February 2005, Stoelting Company, of Wood Dale, Illinois,
and its president, LaVern Miller, were sentenced for criminal export violations in connection with
the illegal export of polygraph machines to China without required export licenses. These items
are restricted to China for human rights reasons. Stoelting was sentenced to two and half years'
corporate probation and a $20,000 criminal fine; while Miller was sentenced to two and a half
years' probation, including six months of electronically monitored home confinement, 500 hours
community service, and a criminal fine equivalent to the costs of his probation and monitoring,
estimated to be $18,000. In June 2004, Stoelting and Miller each agreed to pay $44,000 in
administrative penalties to BIS and Stoelting agreed to a five year suspended denial of export
privileges as part of agreements to settle charges related to these unlicensed transactions.



*Crime Control Items to South Africa and Mexico* –On April 7, 2006, the National Institute for
Truth Verification (NITV) agreed to pay a $77,000 administrative penalty to settle charges that it
violated the EAR in connection with unauthorized exports of voice stress analyzer equipment and
technology controlled for crime control reasons to Mexico and South Africa. Between March
2003 and January 2006, the NITV caused the export of computers containing voice stress

U.S. Department of Commerce                                    May 2008
BIS Export Enforcement                                          - 17 -

 analyzer software and technology specifically designed for the use of the voice stress analyzer equipment.

*Administrative Fine for Chemicals Export to Israel* – On March 22, 2006, Ameribrom, Inc. of Fort Lee, New Jersey was fined $82,500 by BIS for 11 violations of the EAR for failure to obtain and submit required end-use certificates in connection with 11 shipments of a chloropicrin based pesticide and soil fungicide, an item classified under ECCN 1C335, to Israel. EAR Section 745.2 requires that an end-use certificate from the government of the recipient of the applicable items be submitted to BIS for exports of Chemical Weapons Convention (CWC) Schedule 3 chemicals to countries not party to the CWC.

*Failure to File Shipper's Export Declarations on Aircraft Parts* – On February 16, 2007, Aviacsa Airlines of Houston, Texas was ordered to pay an administrative fine $450,000. Between February 2002 and May 2003, Aviacsa Airlines failed to file Shipper's Export Declarations on 75 separate occasions. These improperly documented exports were for aircraft parts subject to the EAR that were valued at $2,500 per Harmonized Tariff Schedule/Schedule B number to Mexico.

*Sodium Cyanide to South Africa* – On October 5, 2005, ProChem (Proprietary), Ltd., as successor corporation to Protea Chemicals (Proprietary), Ltd., based in Gauteng, South Africa, paid administrative penalties totaling $1.54 million to settle charges pertaining to unauthorized resales of U.S.-origin sodium cyanide and potassium cyanide to end users in South Africa. On 112 occasions between November 1999 and December 2003, Protea resold U.S.-origin sodium cyanide and potassium cyanide to various unauthorized business entities in South Africa. BIS further charged that Protea committed an additional 112 violations of the EAR by reselling these controlled commodities with knowledge that conditions on its Department of Commerce licenses did not authorize resale to the end users. These resales were made in violation of conditions set forth in Department of Commerce licenses issued to Protea and in violation of the EAR.

*BIS Export Enforcement: Keeping the most sensitive goods out of the most dangerous hands.*

*To Report Illegal Exports: 1-800-424-2980 or www.bis.doc.gov*

*For more information contact:*
BIS Public Affairs 202-482-2721 or www.bis.doc.gov

# The Chapman Study

## by Jim Wygant

A flurry of press releases, purportedly originating from the National Association of Computer Voice Stress Analysts (NACVSA), has recently promoted a "new" study showing 96 per cent validity for voice stress analysis. Sometimes referred to as the "Chapman Study," it is described by NACVSA in one of their press releases as:

> The 18-year field study was conducted by Professor James L. Chapman, the world's foremost authority on the application of Voice Stress Analysis technologies. The peer-reviewed study, titled "Long-Term Field Evaluation of Voice Stress Analysis In a North American Criminal Justice Setting" was ground-breaking in that it validated the tremendous decades-long success of the CVSA in the criminal justice system.

The study was published in a journal identified as *"Criminalistics and Court Expertise."* Although it is claimed by NACVSA to be a once-a-year, peer reviewed scientific journal, no trace of a publication by that name can be found on the Internet, although copies of the article itself are available.

James L. Chapman died in 2011 at the age of 69 after spending many years using and advocating voice stress analysis. His study, published in 2012, is offered as a counter to abundant research papers published in recognized peer reviewed journals, repeatedly showing results at chance levels, as good as flipping a coin, when used to assess deception. Chapman's study is sometimes misrepresented as being drawn from thousands of cases over nearly two decades. In reality, Chapman's selection process from his cases would probably

Jim Wygant has been a private polygraph examiner in the State of Oregon for over 35 years. He is also an author and has contributed many articles that have appeared in the publications of the APA. The opinions expressed in this article may not necessarily represent those of the American Polygraph Association.

not be acceptable to most known peer reviewed journals.

As Chapman explained in his report, "The original group of total case subjects (n > 3,000) tested over an 18-year period was culled for those that could be retrospectively studied, such that they met the following requirements: a confession had been a potential outcome (i.e., a crime had been committed in which the individual was implicated); there was no involvement with non-criminal statement veracity testing; no employment clearance was involved; the case was not used as a confirmation of witness testimony; and controlled testing had occurred (i.e., responses could be verified by the VSA [voice stress analysis] process by means of structured re-questioning). Following the excluded group, the cases that remained were (n=2,109)." Chapman then numbered those cases and conducted a random sampling using the numbers alone as a means of selecting files. He wrote, "From this final set of cases (n=236), there were (n=329) possible confession outcomes." There is some confusion regarding his counts, since it appears that some "cases" must have included more than one examination. Chapman excluded from his count of "possible confession outcomes" any confessions to something other than the issue being tested.

To add to the confusion about how many examinations and how many people he included in his study, he reported that the number of people was 279, ranging in age from 5 to 74, and 84 per cent male. Of that total number of people tested, 259 were suspects and 20 were alleged victims.

The testing procedure did not follow any formal routine. He described the test process as "initial VSA questions asked (9-31 questions, yes/no answers)", which was followed by "retest, as required, using reformulated questions for those issues where stress was observed until no stress was observed or stress could not be eliminated." There were only two possible conclusions to a test: "no stress indicated" meant that he had "cleared subject", while "stress indicated" led to "post-exam interview of subject to determine reason for stress." The lack of a rigid, repetitive test format, as is customary in most validity studies, is again contrary to usual practices.

Chapman concluded, "In each of the cases reviewed here (n=236), inclusive of (n=329) confession possibilities, stress was indicated in 92 per cent of the examinations (n=303), leaving 8 per cent of the exams with a no-stress result (n=26). Confessions were obtained from 89 per cent of the interviewees

(n=292), leaving an overall 11 per cent no-confession rate (n=37). Most notably, among all interviews conducted, where stress was indicated, 96.4 per cent resulted in suspects making self-incriminating confessions."

Within the small number of no-stress results (26), apparently 19 of those came from one case in which 20 people were examined for the same theft. One was reported as stress and then confessed, which would verify the no-stress results of the other 19.

If a polygraph examiner wrote a report claiming to establish the validity of his work based upon his review of his own work, no one would believe him. Polygraph validity studies that rely upon test results verified by confession are typically reviewed in a double-blind fashion: the review being done by a different examiner than the one who conducted the test, who also does not know what the original examiner decided. In other words, the charts themselves are reviewed, not just the conclusions of the original examiner.

It seems odd that 89 per cent of all of those included in Chapman's study made "self-incriminating confessions," since that figure far exceeds that norm in criminal investigations. It is well known

that the standard for what constitutes a "confession" varies among interrogators, who have a stake in establishing their expertise and might include partial admissions or even non-denials that help bolster their confession rates. Because nearly no one in this study was reported as truthful, the selection process and the determination of the accuracy of individual tests is questionable. Ultimately, ground truth was not established for these cases. Legitimate studies of VSA validity published in reputable scientific journals have been done by disinterested third parties, such as academic institutions and the federal government, which have no stake in establishing or refuting the validity of VSA. Chapman's report of 96 per cent accuracy is based entirely on his analysis of a small portion of his own work, in which he presumably maintained an interest in establishing himself as an expert. No study exists, published in any conventional scientific journal, that supports Chapman's conclusion or even comes close to the results he reported.

The results of this "study" are frequently misquoted. We have heard claims that this was a study of several thousand cases, which is untrue. We have also heard the oft repeated claim that it proves 96 per cent accuracy, which can not reasonably be concluded from the methods used.

Repeated "press releases" from NACVSA have identified Chapman as the world's foremost authority on voice stress analysis and have emphasized 96 per cent accuracy. Any claims by NACVSA are suspect, since it appears to be an arm of the National Institute of Truth Verification (NITV), the primary marketer of voice stress analysis devices in the United States. NACVSA requires that members buy classes from NITV to maintain membership. If the American Polygraph Association required that members buy classes from any equipment manufacturer to maintain membership, there might be some suspicion of collusion between the marketer and the Association.

## THE POLYGRAPH QUESTION

Countermeasure question

Who is responsible for the following quotation regarding respiratory suppression?

"In studying the influence of intellectual and emotional states upon the respiratory movements, the writer, in a series of experiments, found in general that concentration of thought, as in mathematical calculations or in reading, lessens the respiratory movements considerably."

A.    Howard Timm, 1982
B.    Cleve Backster, 1958
C.    John Reid, 1945
D.    John Larsen, 1925
E.    Vittorio Benussi, 1914
F.    Arthur MacDonald, 1905



VOTE

☑ Daniel Mangan

**APA PRESIDENT ELECT**

Screen capture of a Matte Quadri-Track ZCT. Subject is masked to protect his identity.

*Dedicated to Truth*

©2014 DANIEL MANGAN    A PAID POLITICAL ADVERTISEMENT

*answer on page 70*

**Make sure your contact information is correct.**
**Email: manager@polygraph.org**
**or call 1-800-APA-8037**

Case 2:13-cv-00894-DJH Document 136   Entered on FLSD Docket 10/01/2019   Page 31 of 70

 

Exhibit 10

# Groveport Police Department Discontinues Old PSE for CVSA®II

y admin | Oct 15, 2015 | News Gen. | 0 comments

roveport P.D., Groveport OH.  The Computer Voice Stress Analyzer (CVSA®) continues to dominate the truth verification market as agencies such as the Groveport olice Department abandon outdated and far less accurate technologies in favor of the patented and more technologically advanced CVSA II.  The NITV's Trade-In rogram allows departments, such as Groveport, that are not satisfied with older or less technologically advanced truth verification systems to acquire the new CV at a significant discount.

he Groveport Chief of Police stated, "I appreciate the NITV's willingness to work with the Village of Groveport and the Groveport Police Department.  After my xperience with the PSE and its owner, I am confident that the CVSA will better assist the Detective Bureau in doing their job better for the residents and businesse f our community."

ollowing graduation from the NITV's world-renowned Certified Examiners Course, Detective Delbert Dalton of the Groveport P.D. wrote to the NITV, "Having had a xperience going through PSE training with DEKTOR, NITV as well as its instructors are head and shoulders above.  The technology is up-to-date, with 1st class, nowledgeable instructors, and ultimate professionalism company-wide.  A very pleasing experience...  Thank you!"

or additional details, Detective Dalton can be contacted by telephone at 614-836-5301.

nce the introduction of the CVSA II, with the patented Final Analysis Confirmation Tool®(FACT®) scoring algorithm in 2007, the NITV has added over 500 new law nforcement agencies to its list of US clients.  This brings the total number of US agencies utilizing the CVSA to over 1,800, including many US Federal agencies as w s the US Military.  The accuracy of the CVSA II, along with its ease of operation, the NITV's superior training, and around-the-clock support by the NITV staff, has nsured NITV's continued worldwide leadership and dominance in the field of Truth Verification.

ecently, technical experts from the National Association of Computer Voice Stress Analysts (NACVSA) conducted a professional evaluation of the old PSE.  The ACVSA is now the largest professional truth verification organization in the world, with well over 1,000 members, and has more members than all other US truth erification organizations combined.  To view the results of the NACVSA's technical evaluation of the old PSE, click here.

The World Leader in Voice Stress Analysis

rovepott P.D. Drops Old PSE for CVSA® II

## Groveport Police Department Discontinues Old

*Groveport P.D., Groveport OH.* The Computer Voice Stress Analy... demands the truth verification market as agencies such as the G... attention outdated and its less accurate technologies in favor o... technologically advanced CVSA II. The NITV's Trade-In Program a... Groveport, that are not satisfied with older or less technologically ... systems to <u>acquire the new CVSA II at a significant discount</u>.

The Groveport Chief of Police stated, *"I appreciate the NITV's willingn... of Groveport and the Groveport Police Department. After my expe... owner, I am confident that the CVSA will better assist the Detective... better for the residents and businesses of our community."*

Following graduation from the NITV's world renowned Certified E... Detective Dalton of the Groveport P.D. wrote to the NITV, *"Having had ... PSE training with DEKTOR, NITV as well as its instructors are head... technology is up-to-date, with 1st class, knowledgeable instructors, a... company-wide. A very pleasing experience... Thank you!"*

<u>For additional details, Detective Dalton can be contacted by telephon...</u>

Since the introduction of the CVSA II, with the <u>patented</u> F... Tool® (F\*CT®) scoring algorithm in 2007, the NITV has added ove... agencies to its list of US clients. This brings the total number of US a... over 1,800, including many US Federal agencies as well as the US M... CVSA II, along with its ease of operation, the NITV's superior tra... support by the NITV staff, has ensured NITV's continued worldwide l... the field of Truth Verification.

Recently, technical experts from the National Association of Comp... (NACVSA) conducted a professional evaluation of the old PSE. The...



1-888-266-7263 ✉ nitvis@cvsa1.com                                                    Register for Training   Español



Home  About ⌄  Products ⌄  Training ⌄  Real Cases Solved  Resources ⌄  Science ⌄  AIS Course ⌄  Blog  Contact Us  Visit Us

# Groveport Police Department Discontinues Old PSE for CVSA®II

admin | Oct 15, 2015 | News Gen. | 0 comments

roveport P.D., Groveport OH. The Computer Voice Stress Analyzer (CVSA®) continues to dominate the truth verification market as agencies such as the Groveport olice Department abandon outdated and far less accurate technologies in favor of the patented and more technologically advanced CVSA II. The NITV's Trade-In rogram allows departments, such as Groveport, that are not satisfied with older or less technologically advanced truth verification systems to acquire the new CV. at a significant discount.

he Groveport Chief of Police stated, "I appreciate the NITV's willingness to work with the Village of Groveport and the Groveport Police Department. After my xperience with the PSE and its owner, I am confident that the CVSA will better assist the Detective Bureau in doing their job better for the residents and businesse our community."

ollowing graduation from the NITV's world-renowned Certified Examiners Course, Detective Delbert Dalton of the Groveport P.D. wrote to the NITV, "Having had a xperience going through PSE training with DEKTOR, NITV as well as its instructors are head and shoulders above. The technology is up-to-date, with 1st class, owledgeable instructors, and ultimate professionalism company-wide. A very pleasing experience... Thank you!"

or additional details, Detective Dalton can be contacted by telephone at 614-836-5301.

nce the introduction of the CVSA II, with the patented Final Analysis Confirmation Tool®(FACT®) scoring algorithm in 2007, the NITV has added over 500 new law nforcement agencies to its list of US clients. This brings the total number of US agencies utilizing the CVSA to over 1,800, including many US Federal agencies as w the US Military. The accuracy of the CVSA II, along with its ease of operation, the NITV's superior training, and around-the-clock support by the NITV staff, has nsured NITV's continued worldwide leadership and dominance in the field of Truth Verification.

ecently, technical experts from the National Association of Computer Voice Stress Analysts (NACVSA) conducted a professional evaluation of the old PSE. The ACVSA is now the largest professional truth verification organization in the world, with well over 1,000 members, and has more members than all other US truth rification organizations combined. To view the results of the NACVSA's technical evaluation of the old PSE, click here.

*Exhibit*

*10*

**Arthur Herring III**

**From:**          Me <bellda2005@gmail.com>
**Sent:**          Saturday, June 22, 2019 2:34 AM
**To:**            admin@dektorpse.com
**Subject:**       Hey Turd Face

Hey Arthur the Turd,

I like how you misidentified me as dirt bell in an official document. What a dumb ass you are. Of course that is not news.

Is it time you find a PA bridge and see if Turds float?

Best Regards,
dirt

Sent from my iPhone

1

*Exhibit*
*11*

**Arthur Herring III**

| | |
|---|---|
| **From:** | Dirk Bell <bellda2005@gmail.com> |
| **Sent:** | Saturday, May 18, 2019 5:16 PM |
| **To:** | DektorPSE |
| **Cc:** | Charles Humble; Dirk (me) |
| **Subject:** | Authur You Pathetic Liar |

Dear Authur,

I heard about your misfortune with NITV. Sucks to be you. ☺

I also found your relatively new website (www.nitvcvsaexposed.com) where you blatantly slander me (and NITV of course). When I write things about people I write the truth and let the truth lead the reader to the right conclusions. Never a lie in anything I say. I know you found the truth about yourself to be objectionable, because it showed you for who you are, or maybe you were afraid it would cost you business you should never have had. What you said about me was totally slanderous. Full of the "Arthur Herring the Turd" demented dishonesty.

If there is anything of substance left of you when NITV gets finished with you, I will hire an attorney to wring the last drop of your livelihood out you. Unfortunarely, I suspect you will be left as withered as a centenarian's balls.

You are truly a pathetic little man. You have given new meaning to the classification of LOSER.

Don't bother to erase anything on your websites, it is preserved for posterity on The Wayback Machine website, as are the previous versions of your web sites.

Regards,

Dirk

1

CVSA Maker Admits Device Cannot Detect Lies!

Exhibit 12

In addition, the manufacturer conceded in a product liability lawsuit in California that the machine can't measure whether someone is lying.

...

In San Diego, murder charges were dropped against two teenagers after it was determined their confessions were coerced after they flunked voice stress tests.

One of the boys sued the National Institute for Truth Verification, claiming the analyzer was used to get the false confession.

In a court filing, the manufacturer said: "NITV acknowledges that the CVSA is not capable of lie detection and specifically cautions its users regarding the proper use of the device."






IP Logged

George W. Maschke
*"Too Hot of a Potato"*
PGP Public Key: 2012AAF6
Skype (Internet Phone/Text Chat): GeorgeMaschke

George W. Maschke
Especially Senior User
⭐⭐⭐⭐⭐



Who will polygraph the polygraphers?

Posts: 3090

### ⚠ Re: CVSA Maker Admits Device Cannot Detect Lies!

« Reply #1 on: Dec 3rd, 2004, 1:27am »          Quote   Modify



Note that although the National Institute of Truth Verification has admitted in court that the Computer Voice Stress Analyzer "is not capable of lie detection," it continues to represent the opposite to the public via its website, which provides illustrations that purport to show the difference between lying and truth-telling and avers that "[t]he CVSA™ gets to the truth and accurately identifies deception, or validates statements in the shortest possible time..."

http://www.cvsa1.com/product.php

IP Logged

George W. Maschke
*"Too Hot of a Potato"*
PGP Public Key: 2012AAF6
Skype (Internet Phone/Text Chat): GeorgeMaschke

Reply  Notify of replies  Send Topic  Print

=> CVSA and other Voice Stress Analysis Applications

*Exhibit 13*



**ADVISORLAW**
ATTORNEYS & COUNSELORS AT LAW

June 17, 2019

Via E-mail: antipolygraph.org@protonmail.com

AntiPolygraph.org
c/o G.W. Maschke
Else Mauhslaan 39
2597 HA The Hague
The Netherlands

RE:   **ORDER AND PERMANENT INJUNCTION**
      *NITV Federal Services, LLC. v. Dektor Corporation and Arthur Herring, III*
      United States District Court, Southern District of Florida
      Case No. 9:18-cv-80994 ("Lawsuit")

Dear Mr. Maschke:

The undersigned represents NITV Federal Services, LLC and its President, Dr. Charles Humble. As the sole owner and publisher of Antipolygraph.org, we are writing you concerning the following twelve web links hosted through Antipolygraph.org:

1. https://antipolygraph.org/blog/2019/05/19/federal-judge-orders-immediate-removal-of-website-critical-of-computer-voice-stress-analysis/

2. https://antipolygraph.org/blog/2018/07/31/nitv-hires-disgraced-ex-cop-jerry-w-crotty-ii-as-director-of-law-enforcement-operations/

3. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1263627833/3

4. https://antipolygraph.org/blog/tag/cvsa/

5. https://antipolygraph.org/blog/

6. https://antipolygraph.org/blog/2018/07/08/nailing-the-pretest-interview-a-presentation-by-skip-webb/

7. https://antipolygraph.org/blog/category/voice-stress/

G.W. Maschke
AntiPolygraph.org
June 17, 2019
Page 2

8. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1298124260

9. https://antipolygraph.org/blog/2009/03/12/baker-dvsa-loses-a-customer/

10. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?action=RSSboard&board=cvsa

11. https://antipolygraph.org/blog/?s=cvsa

12. https://antipolygraph.org/blog/2019/06/06/nitv-threatens-competitors-it-consultant-with-federal-lawsuit/

The foregoing web links are being hosted in violation of the Court's May 17, 2019 Order and Permanent Injunction ("Order") entered in the above referenced case whereby it prohibits the publishing or posting of any website, blog, or other writing accessible via the internet which contains any false or disparaging remarks or statements about NITV, its CVSA product, or Dr. Charles Humble. For a detailed description of the injunction, you should refer to pages 16 through 18 of the Order which is attached hereto.

As such, you are required to permanently remove the above referenced offending web links and any other web links or materials that are governed under the Order. In addition, you are required by the Order to immediately forward a copy of this letter to all other persons or companies with custodial responsibilities to ensure compliance with the Order.

Last, you are also requested to reply to the undersigned to confirm compliance with the Order within ten (10) days of your receipt of this letter.

**ANTIPOLYGRAPH.ORG'S FAILURE TO FULLY COMPLY WITH THE ORDER AND PERMANENT INJUNCTION MAY RESULT IN THE COURT IMPOSING SEVERE SANCTIONS AGAINST ANTIPOLYGRAPH.ORG.**

We look forward to your written notification of compliance with the Court's Order. Thank you in advance for your cooperation.

Very truly yours,

James D'Loughy

JDD/da

Enclosure: May 17, 2019 Order and Permanent Injunction

2925 PGA BOULEVARD, SUITE 200
PALM BEACH GARDENS
FLORIDA 33410, USA

T +1-561-622-7788
F +1-800-734-5289
WWW.ADVISORLAW.COM

ADMITTED TO PRACTICE:
FLORIDA, GEORGIA
& DISTRICT OF COLUMBIA

*Exhibit 14*

# Alert:

## NITV's Response To Dektor Flyer

Quite a few law enforcement agencies have received flyers from a company called Dektor, Lansdale, PA, concerning voice stress analysis and have requested a response. Unfortunately, the flyers contain false and misleading information that you should be aware of.

The voice stress analyzer (PSE) that Arthur Herring, a private investigator, is selling is used by very few, if any, law enforcement agencies. *In fact, Herring operates out of Lansdale, PA, and the Lansdale P.D. does not use Herring's PSE; they use the CVSA.* It is also unfortunate that Herring has a history of attempting to discredit the CVSA, NITV, and the NITV's founder, Dr. Humble.

It is also interesting to note that when the federal government recently decided to test voice stress analysis as a truth verification device in three separate studies, they chose the most widely used and accepted voice stress analyzer, the CVSA, not Herring's PSE. These studies are being conducted at the Air Force Laboratory, the University of Florida and at the University of Oklahoma. Additionally, many elements of the federal government use the CVSA, not Herring's PSE.

The original company named Dektor was the manufacturer of the Psychological Stress Evaluator (PSE), back in the 70's. However, because the owners did not keep up with the advances in technology and due to the fierce attacks by the polygraphers, they filed bankruptcy in 1984. After the owner passed away, Herring started his own voice stress analysis company and named it Dektor. Likewise, his voice stress analyzer is not the original PSE. Herring's literature claims to have a trademark on 'Voice Stress Analysis' and 'Filter-Scan.' A check of the trademarks shows that he has neither.

From his literature, it appears that the system that Herring is trying to sell is a very primitive voice stress analyzer that still requires the examiner to tape record the interview and then run each response through a laptop computer (not real-time analysis). It also appears that the computer displays only one response at a time.

Herring touts the fact that he requires NO re-certification/continuing education. Any examiner that is worth his or her salt will tell you that continuing education/re-certification is essential to the long-term success of conducting examinations and to not require it could be considered irresponsible. Additionally, examiners trained by the NITV may re-certify at any of the four regional associations' re-certification courses for a very nominal fee, not the "tens of thousands of dollars" that Herring mentions.

Herring also claims that imitators (anyone but Herring) use "Compensated" testimonials. The NITV lists all of our users on our Web site so that anyone may call to check how satisfied our customers are. Herring does not.

In conclusion, you may want to ask Herring why, after having the PSE on the market since 1970, there are few, if any, law enforcement agencies using it and there are more than 1,400 using the CVSA (his answer should be interesting). You may also want to ask him why the US Military and the interrogators at GTMO use the CVSA exclusively, not the PSE. You may also want to check Herring's credentials to teach law enforcement personnel.



Exhibit 15

1969—2000

Exhibit 15

CVSA

1988 – 1998

COMPUTER VOICE STRESS ANALYZER





Exhibit 17

# Former supervisor of Manatee sheriff's child protection division opt to retire after demotion and facing suspension



BY JESSICA DE LEON

April 04, 2018 06:08 PM

MANATEE — A former supervisor in the Manatee County Sheriff's Office Child Protectio: Investigative Division has retired to avoid a demotion and discipline after an internal affai investigation concluded he had been inappropriate and demeaning toward child protective workers. His supervisor was suspended and reassigned after a related internal affairs investigation concluded he did nothing to stop the behavior and participated in the berati: of others.

Former Sgt. Jerry Crotty announced he would be retiring in a letter dated Feb. 4 to Capt. Brian Schnering in the Professional Standards Section. According to an internal affairs investigation concluded on Feb. 20, allegations that Crotty violated three general orders – harassment on the basis of disability, conduct unbecoming and failing to adhere to genera orders -- were sustained against him.

*Exhibit*
*18*

# NEW DIRECTOR OF LAW ENFORCEMENT OPERATIONS

NITV Federal Services (NFS) is pleased to welcome Detective Jerry Crotty as its Director of Law Enforcement Operations. Jerry will oversee all aspects of law enforcement operations for NFS and provide direct advice and assistance to law enforcement agencies worldwide, as well as oversee our Technical Services Division.

Jerry joins the NSF team from the Manatee County Sheriff's Office in Florida where he served for 20 years in various positions, including supervisory positions in such specialized disciplines as Crimes Against Children, Domestic Violence and Internet Crimes Against Children (ICAC). While assigned to the State and Federal ICAC Task Force, Jerry developed ground-breaking techniques for using the CVSA® to identify and bring to justice serial child predators, which are now taught nationally. The techniques were so significant and effective that in 2015 he received the National Association of Computer Voice Stress Analysts (NACVSA) annual Professor James Chapman Award for Excellence. Jerry is considered an expert in interviewing and interrogation and has a confession rate well above 95%. He is also an expert utilizing the CVSA and is highly experienced in conducting specialized covert and structured examinations. Jerry holds a Master's Degree in Science from the University of Central Florida.

Charles Humble, Founder of NITV Federal Services and the developer of the CVSA, states "We are very excited to have an individual with the qualifications and strong moral character of Jerry Crotty joining our team. With his law enforcement background, especially in the ICAC arena, Jerry will bring a new dimension to an organization that is already recognized as the Gold Standard for our industry."

Exhibit
19

**Arthur Herring III**

---

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Saturday, June 8, 2019 9:49 AM |
| **To:** | admin@dektorpse.com |
| **Subject:** | nitv chapman study other claims |

 

**Home    About ⌄    Products ⌄    Training ⌄    Real Cases Solved    Resources ⌄    Scienc**

# 18-Year Field Study Validates Truth Verification Tech

Lewes, DE — (SBWIRE)  A newly published research study in the 2012 annual edition of the scientific journ
rate of the Computer Voice Stress Analyzer (CVSA®) is greater than 95%, an assertion long made by the s
bolstered by current US Government funded voice analysis research which has established voice technolo

The CVSA has been available to law enforcement agencies in the US since 1988, first as an analog device,
Voice Stress Analyzer in the world with two US Patents and the only system worldwide incorporating the
processes to reliably and precisely evaluate the results of CVSA examinations. The CVSA is now used by c
verification system in the US.

The 18-year field study was conducted by the recently deceased Professor James L. Chapman. The study,
in a North American Criminal Justice Setting" is the crowning achievement of Professor Chapman's legacy
authority on the application of Voice Stress Analysis technologies, and at the time of his passing he also s
National Association of Computer Voice Stress Analysts (NACVSA), the world's largest professional associ
spanned over 40 years as a criminologist, educator and researcher, during which he conducted more tha
author, Marigo Stathis, a neuroscientist and research analyst, has been the primary or co-author of 27 pu
topics related to the human brain and biology.

Professor Chapman used the CVSA to conduct the research and the results achieved were highly consiste
The study's findings revealed the CVSA, when used as an investigative support tool, can accurately predic
deceptive. The study's findings are supported by scientifically-accepted statistical models, and by the 96.
during the course of the 18-year study. According to current scientific research and meta-analyses, police
even the most experienced police interviewers only achieving a 50-55% confession rate.  Empirical data c
and US military CVSA users have long supported such findings; however, this is the first independent and
Additional studies and research are planned for the future.

1

*Exhibit 20*

## Arthur Herring III

| | |
|---|---|
| **From:** | Arthur Herring III <admin@dektorpse.com> |
| **Sent:** | Thursday, June 6, 2019 1:32 PM |
| **To:** | 'Daniel DeSouza' |
| **Subject:** | chapman study |

Mr. Desousa,

    Please contact nitv and find out the contact information for the so-called "scientific journal" called Criminalistics and Court Expertise, Annual Issue, #57 that the Chapman Study of 2012 was published in. Nobody, including Library of Congress, many hours on Google and various library huge data bases at major universities  have been able to find its location, phone number, address and/or email since nitv claimed the 14 page study was in. For that matter, none of any other issues of that "journal" can be found.

    If that information cannot be provided, than there can be no doubt that the "journal" is a complete fake and it was made up in 2012 by nitv only to make buyers (law enforcement) think cvsa is "98%" accurate" as Kane had stated in a letter about two years ago. I am sure that would be considered false advertising (lying).

Arthur herring III

# Polygraph Being Replaced with Newer Technology by US Law Enforcement

PR Newswire

LEWES, Del., Jan 27, 2014

LEWES, Del., Jan. 27, 2014 /PRNewswire/ -- Nearly 1,900 US law enforcement agencies have dropped the old polygraph in favor of the Computer Voice Stress Analyzer (CVSA®) according to the National Association of Computer Voice Stress Analysts (NACVSA), an organization representing over 2,000 law enforcement, security and military agencies worldwide.

Starting in 1989, mostly with smaller police agencies, the switch to the CVSA includes such large metropolitan police agencies as Atlanta, Nashville, New Orleans, Miami, the California Highway Patrol, as well as many state and federal agencies. According to the NACVSA, this is due to the low cost, ease of operation, adaptability, and high accuracy rate of the CVSA. Additionally, the old polygraph has been discredited at the highest levels of government because of its many high-profile failures including: NSA defector Edward Snowden, CIA traitor Aldrich Ames, the mass murderer known as the "Green River Killer," and Defense Department traitor and Cuban spy Ana Montes.

Interest in the CVSA by government agencies worldwide has increased dramatically due to a recently published research study in the 2012 annual edition of the scientific journal

DIGITAL JOURNAL

foremost authority on the application of Voice Stress Analysis technologies. The peer-reviewed study, titled "Long-Term Field Evaluation of Voice Stress Analysis In a North American Criminal Justice Setting" was ground-breaking in that it validated the tremendous decades-long success of the CVSA in the criminal justice system.

Further, a recently released book, "The Clapper Memo" by investigative journalist and author Bob McCarty, provides details about the failed efforts of the US polygraph community to maintain its relevancy based on the worldwide success of the CVSA.

NITV Federal Services, a West Palm Beach (FL) based company, is the manufacturer and sole source of the CVSA with the Final Analysis Confirmation Tool (FACT). FACT is the world's only patented and validated automated scoring algorithm for quantifying and evaluating voice stress analysis patterns and charts. For information on what over 2,000 agencies worldwide call "One of the most important investigative tools available today," visit CVSA1.com, call 561-798-6280, or Email.

For further information on the NACVSA, contact the NACVSA at Email.

Media Contact

Diana Montoya
561-798-6280

Read more news from National Association of Computer Voice Stress Analysts.

SOURCE National Association of Computer Voice Stress Analysts (NACVSA)

*Exhibit 22*

# St.Petersburg Times

## SOCom bribery scandal widening; [SOUTH PINELLAS Edition]

*PAUL DE LA GARZA, JENNIFER LIBERTO*. **St. Petersburg Times**. St. Petersburg, Fla.: Oct 15, 2005. pg. 1.A

**Abstract** (Document Summary)

William E. Burke, 49, of Odessa, a defense contractor at SOCom, pleaded guilty to bribery in a plea deal and agreed to cooperate with federal investigators and identify associates in the scheme. He could face up to 15 years in prison.

"Once SOCom completes its review of contracts Mr. Burke was involved with and receives information from any criminal investigations, we will decide the appropriate course of action on a case-by-case basis," [Sam Taylor] said.

[Steve Cole] said SOCom initiated the investigation, but declined to say when it began or what prompted it. The agencies involved include the Pentagon inspector general, criminal investigators at SOCom and the FBI.

**Full Text** (936 words)

*Copyright Times Publishing Co. Oct 15, 2005*

Faced with a widening bribery scandal, officials at Special Operations Command said Friday they would review all contracts to determine if the kickback scheme left the nation's secret military commandos with inferior war-fighting equipment.

William E. Burke, 49, of Odessa, a defense contractor at SOCom, pleaded guilty to bribery in a plea deal and agreed to cooperate with federal investigators and identify associates in the scheme. He could face up to 15 years in prison.

As word spread of other criminal targets in the investigation, panic spread among employees and private consultants.

Some scrambled to retain legal counsel, according to high- profile attorneys, including Patrick Doherty of Palm Harbor. "Innocent people are concerned," said Doherty, who has been hired to represent a consultant.

Late Friday, SOCom - based at MacDill Air Force Base - said it would review all contracts handled by Burke, who was in charge of determining which weapons and military equipment would be tested and used by special operations forces.

The type of federal contracts Burke would have overseen ranged from $115,000 for a gunfire detection system to $690,000 for a field interrogation tool that would analyze stress in the voice.

In an e-mail to the St. Petersburg Times, SOCom spokesman Col. Sam Taylor said that Burke "worked on what can best be described as soldier systems, which includes things like lightweight communications systems, ammunition, small arms, etc."

SOCom oversees special ops forces such as the Green Berets and Navy SEALS, and has been at the forefront of the war on terror since Sept. 11.

"SOCom takes all allegations of wrongdoing seriously and will, as it did in this case, ensure they are thoroughly investigated and the appropriate action is taken," Taylor wrote in the e-mail.

Burke worked for Virginia-based Sentel Corp., a multimillion- dollar company that employs about 300 people nationwide, with employees like Burke on special assignments.

Burke started working at SOCom in Tampa in 1999. His job was to test and evaluate equipment

and rank which private defense contractors deserved federal contracts.

He gave preferential treatment to defense companies that were represented by an unindicted co-conspirator in exchange for a $3,000 bribe in January, according to federal prosecutors. He also accepted another $9,000 in exchange for providing both market research and also preferential treatment for the co-conspirator, they said.

Burke's suggestions opened doors.

If a proposal was not placed on the SOCom "nomination list" to the Office of the Secretary of Defense, it could not receive congressional funding, the plea deal said.

In his e-mail to the Times, Taylor said SOCom was conducting a review to determine which contracts Burke had handled.

"Once SOCom completes its review of contracts Mr. Burke was involved with and receives information from any criminal investigations, we will decide the appropriate course of action on a case-by-case basis," Taylor said.

In addition, Taylor said SOCom was trying to determine if special operations forces had been left with inferior equipment as a result of the bribery scheme.

"SOCom will not be able to answer this question," he said, "until we have completed our review and received the applicable information from criminal investigations."

Steve Cole, a spokesman for the U.S. Attorney's Office in Tampa, said the ongoing investigation sought to answer several questions.

For example, what will happen to the companies that were given preferential treatment or awarded contracts as a result of the bribery scam? Were the companies aware that they were paying a bribe, and which companies were involved?

"Many of these questions concern the ongoing investigation we have and at this time we can't comment," Cole said in a statement.

Cole said SOCom initiated the investigation, but declined to say when it began or what prompted it. The agencies involved include the Pentagon inspector general, criminal investigators at SOCom and the FBI.

Doherty, the Palm Harbor lawyer, said one question people at SOCom are asking is what constitutes a bribe.

"What if I took five people out to Ruth's Chris Steak House, and I paid," Doherty said.

"The charge may depend on whether you had wine or not. It might come down to that, and people are concerned.".

Burke said in court Friday that he worked as a systems analyst and project manager at SOCom for Sentel, a private engineering firm ranked among the top minority-owned firms in the country.

He stopped working for Sentel in June. In a statement, Sentel president James Garrett said Burke's activities did not involve the company.

"Unbeknownst to Sentel Corp., Mr. Burke was working independently from his house with his own business," Garrett said. "Sentel has a long, successful history of working with the federal government and we do not tolerate unethical or illegal behavior from our employees."

Burke didn't appear to live a lavish life. He owns a house valued at $200,000 in Farmington

**rom:** Dirk Bell [mailto:bellda2005@gmail.com]
**ent:** 26 August 2014 11:27 PM
**o:** Neels Erasmus
**ubject:** Re:

leels,

have apparently upset Arthur with a copy of an e-mail that I wrote, as well this comment on his video
ttps://plus.google.com/104570569092040305428/posts/TD67FqLctA9.

Ie actually contacted his local police department, and they contacted me via e-mail, but they have no authority, which
ere quite pleasant, no problems there.

have two questions for you. First, did Arthur sell you software and a computer, or just software? Second your Linke
africa. Interestingly there are US export restrictions of Voice Stress Analysis equipment to South Africa. Did Arthur
pecial government approval (beyond normal exporting) to bring you or ship you the PSE equipment? I know my fathe
outh Africa in the 1990s, so I believe it can be done, I am just interested if Arthur bothered to get the required author

don't see any way this impacts you.

incerely,

)irk



📞 1-888-266-7263  ✉ nitvis@tvsa1.com



NITV
FEDERAL SERVICES

Home   About ˅   Products ˅   Training ˅   Real Cases Solved   Resources ˅

# Posers and Imposters

Inventors are eager to patent their inventions because there are always people who will attempt to reverse engineer a successful product. Such was the case with Dektor's invention.

Another company is currently using the name "Dektor® Corporation" and is selling their version of the Stress Evaluator (PSE). Their claims have been discredited by Dirk Bell—the son of Allan Bell and an original Dektor—who calls it an "imitation." This manufacturer claims to be producing the same product that the founders of Dektor Counterintelligence and Security, Inc. invented and has even credited Bell. For the men who developed *his* product. While it is a similar product, it was created by reverse engineering and claims of accuracy and superior quality should be scrutinized as most of the company's claims are. Dirk Bell—who has the full facts about this matter and posted them online for all to see.

The trademarked and patented product that the three men of Dektor invented is no longer available. We honored their invention and adapted it for the next generation. The work of Bell and his colleagues is used every day in the interview rooms of over 2,000 police agencies across the U.S. That doesn't mean we are done. Our researchers are constantly searching for new ways to improve the work processes of the law enforcement officers who work hard to protect their communities. We continue drawing from the original Dektor's legacy to push the envelope in the world of modern truth verification.

Exhibit 24

"Even if there were, there are simply too many factors to foul up reliable results. What might be viewed as voice stress might actually be due to pathological speech, natural or medication-induced tremor, illicit narcotics and so on. For all we know, a mild case of hay fever could interfere with vocal stress."

She concluded: "No product, method or technique that has the potential to alter the course of someone's life should be on the market without rigorous testing." On its website, ITV claims that clinical studies show the device, used in conjunction with the "expert interrogation techniques used and taught by ITV," is 98-per-cent accurate "with no inconclusives."

But neither ITV, nor the National Institute of Truth Verification -the Florida company that licenses the technology to ITV and makes the same boast -can produce an independent study to back up this assertion.

Fadden dismisses their claim as "preposterous .. The polygraph is probably the best we have, but there is darn good reason it's not admissible in court, either."

Despite its dubious accuracy, the device has proved to be popular, particular after the 9/11 terrorist attacks.

NITV claims the CVSA device "is used by 1,800 local, state and federal agencies," but it doesn't name the agencies, which makes this figure impossible to confirm.

NITV also claims the device is used by "U.S. Military Special Operations and Intelligence units." However, the U.S. Department of Defense prohibited the use of voice stress analyzers in 2005.

"Merely getting people to talk is not sufficient," Robert Rogalski, Acting Deputy Under Secretary of Defense (Counterintelligence and Security), explained in a March 2006 letter to the American Spectator.

"That information must be assessed for accuracy and truthfulness. . Until scientific testing adequately proves the reliability and accuracy of CVSA, the Department of Defense would be irresponsible to condone the acquisition of such an instrument."

Rogalski noted that researchers at the University of Florida had just completed a study of voice stress analysis "and we await the opportunity to review that study."



Within days, that study was released. It concluded that "neither CVSA nor [a similar device] showed any sensitivity to the presence of deception or stress."

Despite all these concerns, CVSA tests are being routinely administered in B.C. In addition to the corrections branch, the University of Victoria uses the device to screen security personnel; the Saanich and Oak Bay police forces use it to screen prospective police recruits; and sundry financial institutions use it to ferret out malfeasance.

dbaines@vancouversun.com Read David Baines' blog at www.vancouversun.com/baines

March 12: Computerized Voice Stress Analyzers are increasingly popular, but their usefulness is being questioned.

March 15: We learn that NITV's founder, Dr. Charles Humble, obtained his 'doctorate' from a diploma mill in Indiana.

today: Are job applicants being unfairly disqualified?

© Copyright (c) The Vancouver Sun

I asked Wiebe what he thought when Humble provided details of his doctorate:

"I thought it was a personal thing on him. I didn't think it had anything to do with the CVSA itself," he said.

During the ABC interview, Humble repeated the 98-per-cent accuracy claim.

Ross asked whether there had been an independent study to corroborate that.

"I don't believe that there has been an independent scientific study that shows this actually works," Humble admitted.

It does not appear that any corroborating studies have been done since the ABC interview. NITV lists 15 "studies validating voice stress analysis," but they all predate the interview. Wondering whether any studies had been done since the interview, I called NITV's office in West Palm Beach. A short while later, I received a call from somebody who introduced himself as "professor emeritus" Jim Chapman.

Chapman said he has "no real connection" to NITV. However, he is a director — along with Wiebe and several other certified CVSA examiners — of the National Association of Computerized Voice Stress Analysts.

The association is dedicated to promoting the CVSA device. Given that NITV is the "manufacturer and sole source" for the device, the association essentially acts as NITV's promotional arm.

Chapman told me he has just completed a 19-year study confirming that the CVSA device is 96.4-per-cent accurate. He also said the study has been peer reviewed, but when I asked for a copy, he said it has not yet been published, and until it is, he could not provide one.

When I asked whether he could refer me to any other study confirming a 98-per-cent accuracy rate, as advertised by NITV, he suddenly became quite angry:

"You are a dangerous man," he said. "What you are doing is putting people's lives in jeopardy. I resent that you are trying to put U.S. troops and people in [criminal enforcement] in jeopardy by casting aspersions [on the CVSA device.]"

One of the studies referenced on both NITV's and ITV's websites was conducted in 2005 by the U.S. air force Research Laboratory on behalf of the U.S National Institute of Justice.

The B.C. Corrections branch, which administers the province's correctional facilities and programs, says ITV has conducted 645 CVSA tests to screen job applicants during the past three years.

The University of Victoria campus security department says ITV has conducted about 50 similar tests on prospective security personnel during the past five years.

Sundry financial institutions have also used ITV to test employees who are suspected of internal malfeasance. ITV says it has conducted 15 to 20 such tests.

Saanich police also use the device to screen prospective recruits.

On its website, ITV states that clinical studies show the device, used in conjunction with the "expert interrogation techniques used and taught by ITV," is 98-per-cent accurate "with no inconclusives."

However, when I asked Wiebe for scientific proof, he was unable to provide any. He said he was simply relying on NITV, from which it licenses the rights to sell the device and administer the tests in Canada.

NITV lists as its founder Charles Humble, "widely considered the 'father' of modern day voice stress analysis."

Humble is a former U.S. army officer and Indianapolis police officer. In March 2006, he was the subject of an ABC Primetime News expose.

Pressed by ABC reporter Brian Ross, Humble admitted he got his "doctorate" in psychology from an unaccredited university, Indiana Christian University — which at the time was located in the same strip mall that NITV had its office — after just six hours of bible study.

"And you call yourself 'Dr.' Humble based on that?" Ross asked.

"Yes," Humble replied.

"Is that honest, do you think?"

"I think it is."

NITV must also think it's honest, because it continues to refer to him as "Dr." Humble, and he is still listed as an NITV director.

When he is not available, the force hires ITV to screen prospective applicants. To date, ITV has conducted seven such tests, all in 2009.

Sampson also contracts his services to ITV on an as-needed basis. (He has written permission from the Saanich Police Board to perform this outside work and, in any event, he does not do any work for ITV that involves Saanich police.)

Insp. Rob McColl, who is head of Saanich's detective division (and Sampson's boss) said the force stopped using the CVSA device for criminal investigations in 2007, not because they lost faith in its ability to detect lies, but because the RCMP installed a polygraph operator in Victoria, which made it more economical to use that device.

He said Saanich police still use the CVSA device to screen prospective recruits.

I asked McColl whether he has seen any scientific study to support ITV's claim that the device is 98-per-cent accurate.

"Personally, no," he replied. "I have no technical data to back it up or take issue with it. My view of these instruments [polygraphs and CVSA devices] is that any of them are only as good as the operators. It's a tool we use, and in my view, it's an effective tool."

I asked Wiebe to show me the "clinical studies" that show the device is 98-per-cent accurate, as he advertises on his website.

To my surprise, he said he had never seen any of them. He said he simply took the claim at face value from the National Institute of Truth Verification, the Florida company that manufactures the device and sold ITV the licensing rights in Canada.

NEXT: We learn that the founder of the National Institute of Truth Verification, Dr. Charles Humble, earned his PhD in a strip mall in Indiana after six hours of bible study.

dbaines@vancouversun.com Read David Baines' blog at www.vancouversun.com/baines

© Copyright (c) The Vancouver Sun





# NATIONAL INSTITUTE FOR TRUTH VERIFICATION

*N.T.V Sent This to all attending my Class — I can get affidavits if necessary*

*Exhibit 25*

## Law Enforcement Alert

Recently, a number of 'new' voice stress analysis devices were introduced into the market with claims such as being 'the DNA of thought'. The truth turns out to be that these are nothing more than old, failed vsa's that have been repackaged in an attempt to capitalize on the huge vsa market created by the NITV's Computer Voice Stress Analyzer (CVSA™). Although they pass out specious 'studies' conducted by polygraphers that claim that the CVSA doesn't work, they fail to explain why more than 1,400 law enforcement and federal agencies, including the U.S. Military, are now utilizing it.

## The Truster (LVA)

It has come to our attention that the manufacturers of the Truster have now changed the named of their system (as have others in the past) and are calling it "Layered Voice Analysis" (LVA) - Same technology, new players. These individuals have launched a massive ad campaign to introduce their 'new' system in hopes of convincing unsuspecting departments or purchasing agents that they are getting the 'very latest in VSA technology.' However, the developers have admitted that the LVA/TiPi is the old Truster. In reality, they are getting the same system that declared that Bill Clinton was telling the truth when he said that he didn't have sexual relations with Monica Lewinsky.

A year ago we paid $149.00 for our Truster but they are available for as little as $29.00 (Skymall.com). However, if you want the 'latest' version', it will cost you $16,000.00, is sold by "V", and manufactured by Nemesysco in Israel (see our Web Site). None of the principles have any experience in truth verification. The developers claim that the Truster/LVA is "mapping the DNA of thought." In other words, it can read your mind. Nemesysco also manufactures the "Love Detector" (see their web site: www.nemesysco.com).

## Diogenes Lantern

Alfred F. Starewich, Vice President of The Diogenes Group, Criminal Justice Division, manufacturers of the Diogenes Lantern, recently appeared for the defense in court in Sandusky, Ohio. Mr. Starewich was presented by the defense as a nationally recognized expert in voice stress analysis. Mr. Starewich had reviewed a videotape of a CVSA examination conducted by Lt. Jarrett of the Sandusky P.D. on an individual that was suspected of murder. The suspect had failed two CVSA exams and subsequently confessed to the murder.

Mr. Starewich was hired by the defense to review and critique the videotape of the exam. Mr. Starewich wrote a report that criticized the testing techniques taught by the NITV and utilized by Lt. Jarrett as being so fatally flawed as to render the exam invalid. The defense was attempting to utilize Mr. Starewich's testimony as cause to suppress the confession, which could have caused the defendant to walk.

We were contacted by the Sandusky P.D. just prior to the suppression hearing and requested to assist in countering Mr. Starewich's testimony. After writing a rebuttal to Mr. Starewich's report, we decided to explore the Expert Witness Qualification Credentials provided by Mr. Starewich.

1. Mr. Starewich claimed that he had been the Chief Examiner for the Detective Division of the Burlingame P.D. (CA). Since the Burlingame P.D. Utilizes the CVSA, we contacted that agency and were told by that department's chief examiner that although Mr. Starewich did conduct a

**Executive Director**
Capt. David Hughes (Ret.)
West Palm Beach P.D.
West Palm Beach, FL

**Board of Directors**

*Chairman & CEO*
Dr. Charles Humble
Criminologist
West Palm Beach, FL

Dr. Hugh Ridlehuber
Forensic Psychiatrist
Belmont, CA

Dr. James Vailely
Forensic Psychologist
Jacksonville, FL

Dr. Thomas Joseph
Criminologist
St. Louis, MO

Prof. James Chapman
Criminologist
Elmira, NY

Chief William Withers
New Whiteland P.D.
New Whiteland, IN

**Senior Instructors**
D/Cmdr. Bob Martin (Ret.)
Lower Twp. P.D.
Lower Twp., NJ

Lt. Michael McQuillan (Ret.)
Prince George's Co. P.D.
Landover, MD

D/Cmdr. Bill Engelman (Ret.)
Hamilton Co. S.D.
Cincinnati, OH

Chief William Eudler (Ret.)
Syracuse P.D.
Syracuse, IN

D. Glen Foster, M.A.
Atlanta P.D.
Atlanta, GA

**Corporate Pilot**
Captain Takashi Yamazaki

*Exhibit*

number of PSE examinations for the department in the late 70's, he was never a sworn officer (the chief made him a Special Reserve) and certainly was not the 'Chief Examiner'. Additionally, shortly after he began conducting exams for that agency, he was arrested by the San Jose P.D. and charged with Solicitation to Commit Murder.  Mr. Starewich was tried, convicted and served 3 years in prison for Conspiracy to Solicit Bodily Harm With A Deadly Weapon.  (Mr. Starewich apparently failed to mention that on his Expert Witness form).

2  Mr. Starewich also stated the he was the Chief of Police of the St. Edwards University P.D. in Texas.  We contacted that agency and were told that the university has only had a police department for ten years and that the recently retired chief had held that position for the entire time.  The university stated that they had no record of Mr. Starewich being Chief of Police.

This was just a cursory investigation of Mr. Starewich's background.  A more thorough review would possibly reveal additional information.  Please retain this information in your records in the event Mr. Starewich appears in your jurisdiction attempting to portray himself as an "Expert Witness".  For further information concerning Mr. Starewich or The Diogenes Group, you may contact them at 775-825-5729.

## Dektor

The rights to produce and market the original Psychological Stress Evaluator and the company name Dektor have been acquired by a private investigator, Arthur Herring III, located in Lansdale, PA.  You may recall that Dektor is the company that originally developed voice stress analysis. Unfortunately, Dektor declared Chapter 11 bankruptcy in the mid-80's and never recovered nor did they move beyond the old analog PSE.

Mr. Herring has recently sent out literature claiming that the PSE 4202 (analog - read: chart paper) is the "Worlds only proven system of voice stress analysis."  He cites letters & information from the mid-to-late 70's.

However, what is very disturbing is that Mr. Herring claims in his literature that "Your equipment must say PSE or you have a gadget that is lying to you and your examiners.  If your examiners were not trained and certified by Dektor, they are not able to perform accurate lie detection tests utilizing Voice Stress Analysis."

Mr. Herring ignores the fact that the PSE is now not generally used in law enforcement and that there are nearly 1,400 agencies, including the U.S. Military, now utilizing the CVSA.  He claims that any instrument other than the PSE is a fraud.

To conduct your own investigation of the PSE and inquire as to how many law enforcement agencies are actually still utilizing the PSE since its introduction in 1971, you may write to Mr. Herring at 642 Cowpath Rd., Lansdale, PA 19446, or call him at 215-631-1448.  You may also find it interesting that the Lansdale P.D. (PA) utilizes the CVSA.

## Baker DVSA

Gary Baker, a private investigator, left the employment of The Diogenes Group in 2002 and introduced his own VSA which is very similar to the Diogenes Lantern. Baker gives away the software in the form of a "grant" if the agency will pay $1,500.00 per student to be trained. Baker fails to tell prospective clients that his software is set to 'time out' after one year and the client will have to negotiate a price to re-activate it.  Each student that Baker trains must pay to be re-certified each year.  We acquired the Baker DVSA and conducted a comprehensive analysis of the system.  We determined that the literature describing the system was very misleading.

Just as there were the "imitators" (CCS's Mark II, the Hagoth, LEA's Mark 5 and several others) when the original PSE started to develop the voice stress analysis market, we are seeing a repeat of this today.  The National Institute For Truth Verification has single-handedly developed the truth verification market utilizing voice stress analysis over the past sixteen years with a little over 5,000 law enforcement examiners at 1,400 law enforcement and federal agencies throughout the U.S.  The CVSA is now also deployed with military Special Operations and Intelligence Units in Iraq and has a permanent presence at Guantanamo Bay.  One of the many reasons for this is the fact that the NITV maintains the highest level of training standards and has developed an unquestioned reputation for integrity.

Before you or your department invests in a truth verification system and the training that is so critical to properly conducting successful exams, it is imperative that you ask the tough questions and scrutinize the system, the company, and the training prior to making the acquisition.  For more information on the Computer Voice Stress Analyzer™ or the contact numbers for any VSA on the market today, visit our web site at NITV1.com.

[...] Company [...] CVSA [...] AL Corp [...] New [...] DEW [...] NCCA [...]

## [...]ice Stress Analyzer Comparisons 

### [...]vice: *Computer Voice Stress Analyzer®(CVSA®)*

**[...]nufacturer:** The National Institute for Truth Verification (NITV), West Palm Beach, Fl
**[...]e Introduced:** March, 1988. Digital version introduced April, 1997. CVSA II with FACT Scoring Algorithm introduced in January 2007.
**[...]mber of Known Law Enforcement Users:** Over 1,800 + federal agencies & U.S. Military.
**[...]ce:** $8,895.00 · US Law Enforcement/Government clients only.
**[...]st and Length of Training:** $1,295.00 per student. Certified Examiner Course is 5 days in length. Recertification ($350) required every 2 [...]
**[...]ce:** 561-798-6280
**[...]x:** 561-798-1594
**[...]bsite: www.cvsa1.com**

**[...]mments:** The CVSA was developed based on the scientific research/studies and work related to the original PSE. It has evolved over the yea[...] [...]oaded onto a state-of-art notebook computer or the military-version notebook/hand held version. An independent survey commissioned [...] [...]mand of law enforcement agencies utilizing the CVSA produced an accuracy rate of 97%. Further field studies in 2007 and 2008 by the US S[...] [...]racy rate of 98%. This finding was mirrored by the extensive testing done in 2007 with a number of major metropolitan law enforcemen[...] [...]rage accuracy level of the CVSA II with the new FACT Scoring Algorithm to be 96-98%. The CVSA is the only voice stress analyzer whose acc[...] [...]ely accepted and utilized in both the law enforcement and the U.S. military.

### [...]vice: *Psychological Stress Evaluator 5128 (PSE)*

**[...]nufacturer:** Dektor, Lansdale, PA
**[...]e Introduced:** January, 1970
**[...]mber of Known Law Enforcement Users:** 1
**[...]ce:** $5,500.00
**[...]st and Length of Training:** $2,500.00 per student, 14 days training, no re-certification required.
**[...]ce:** 215-631-1448
**[...]x:** 215-631-1449

**[...]mments:** This is the name of both the original company and the original voice stress analyzer, but that's where the similarities end. In its cu[...] [...]art. The main drawback is that it has no automatic scoring algorithm - light years behind today's technology. Anyone considering the PSE shou[...] [...] (OH). *"After my experience with the PSE and its owner, I feel confident the CVSA will better assist the Det. Bureau in doing their jobs."* Following [...] [...]tified Examiners Course, he wrote *"Having had an experience going through PSE training with DEKTOR, NITV as well as its instructors are head an[...] [...]able, with 1st class, knowledgeable instructors, and ultimate professionalism company wide. A very pleasing experience... Thank you!"* A number of [...] [...]SA II. The PSE is sold mostly to P.I.'s.



https://web.archive.org/web/20061018200155/http://www.cvsa1.com/pricing.php

//www.cvsa1.com/pricing.php   [ Go ]   **AUG**

2005

**Top Law Enforcement Endorsements**

**CVSA Training & Class Schedule**

**Advanced / Recert Training**

**Training Registration**

**Request Information**

**Contact Us**

was incorrect" Other reviews of the Trus...
Recently the franchise rights to market t...
purchased by several different individual...
several different names as "The latest in...
DNA of thought " Nemesysco also man...

*Device: Psychological Stress Evaluator 51...*
**Manufacturer:** Dektor Corporation. Lan...
**Date Introduced:** January. 1970
**Number of Known Law Enforcement...**
**Price:** $9.500.00 - $6.500.00 (software c...
**Cost and Length of Training:** $1.400 ...
**Voice:** 215-631-1448
**Fax:** 215-631-1449
**Comments:** This is the original voice st...
improved form. it still requires the exam...
go back and manually produce a chart (...
test) The examiner must then analyze ...
years behind today's technology  Some...
named Arthur Herring III acquired the PS...
P D . where Dektor is located, uses the ...
PI 's

# MCHALE & SLAVIN, P.A.

### ATTORNEYS AT LAW

**PALM BEACH**
FIRST UNION CENTER
SUITE 402, 4440 PGA BOULEVARD
PALM BEACH GARDENS, FLORIDA 33410
e-mail: palmbeach@mspatents.com
TELEPHONE (561) 625-6575
FACSIMILE (561) 625-6572

U.S. & INTERNATIONAL
PATENTS, TRADEMARKS, COPYRIGHTS,
RELATED LICENSING & LITIGATION

**MIAMI**
e-mail: miami@mspatents.com
TELEPHONE (305) 374-3311
FACSIMILE (305) 374-5232

**CHICAGO**
e-mail: chicago@mspatents.com
TELEPHONE (312) 939-2515

May 2, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Mr. Arthur Herring
Dektor Corp.
462 Cowpath, Suite 358
Lansdale, PA 19446

Dear Mr. Herring:

We represent National Institute for Truth Verification in intellectual property matters.

The company has recently filed a civil action against The Baker Group as a result of false statements being made in interstate commerce. (A copy of our Complaint is enclosed.)

You have previously made false statements against the interests of the company and its founder, Dr. Charles Humble. These statements are demonstrably false and will subject you to civil penalties, as well as punitive damages, for the malicious nature of the statements.

The company is prepared to file a civil action against you, however, it is willing to resolve this matter in the form of a written agreement, whereby you will agree to immediately cease all such further statements.

I would ask that you or your attorneys contact me within seven (7) days of receipt of this letter so that we may know your intentions.

Sincerely,

McHALE & SLAVIN, P.A.

Edward F. McHale
EFM:cac
Enclosure

79.   The Dektor website further states: "In late 2006, NITV

insurance magazines with full page ads. It appears they were trying to m

drop in CVSA sales to law enforcement. NITV tried to get insurance con

and use it as a over-the-phone lie detector for insurance fraud. If they d

claims would be denied because of the poor accuracy caused by unrelia

and unreliable NITV training. Dektor contacted the magazine and educa

Soon, NITV was banned from advertising in those insurance maga

http://www.dektorpse.com/information/cvsa/).

80.   This statement is false.   Plaintiff did not experience any

enforcement and was never banned from advertising in insurance magazin

In 1986, a nationally-recognized company made the decision to produce a new voice stress analyzer utilizing the latest in technology. In searching for an individual with the expertise to head up the project, they chose Charles Humble, a voice stress and polygraph examiner from Indianapolis, IN, who had not only built a successful lie detection business, but who had also discovered 'delayed stress reaction' while forming his own training school for voice stress analysis in 1981. Humble published his findings and restructured test formats accordingly, dramatically changing the face of voice stress analysis by greatly increasing its accuracy rate (50% of all deceptive reactions displayed in the pattern of the following question). Humble also developed an interviewing technique which he called Defense Barrier Removal (DBR). DBR incorporated the Kinesic Interviewing Technique and utilizing it greatly increased the interviewer's ability to identify guilty subjects and to then elicit confessions from them. The combination of an accurate system, validated formats and testing protocols, as well as a dynamic training program was the formula for the future success of voice stress analysis in the law enforcement community.

In 1988 the Computer Voice Stress Analyzer™ was debuted by the National Institute for Truth Verification to a market that had less than fond memories of voice stress analysis. Although it was initially difficult to convince law enforcement to take the CVSA™ seriously, many in the Midwest law enforcement community were so convinced by their previous experience with Humble that they gave it a try. Very slowly word spread throughout law enforcement that the CVSA, along with the outstanding training at the NITV, was replacing the polygraph in every agency which purchased it. Because the NITV did not advertise and relied solely on word-of-mouth for its sales, the polygraph community, disorganized by the

Exhibit

30



b.archive.org/web/20000115232354/http://www.cvsa1.com:80/

Go   NOV   JAN   FEB
      15
      2000   2001

**NATIONAL INSTITUTE**
**FOR**
**TRUTH VERIFICATION**

# VOICE STRESS ANALYZERS PRICE COMPARISON

*Device:* Computer Voice Stress Analyzer (CVSA)
*Manufacturer:* The National Institute for Truth Verification (NITV), West Palm Beach, FL
*Date Introduced:* March, 1988
*Number of Known Law Enforcement Users:* 800
*Price:* $9,250.00
*Cost and Length of Training:* $1,215.00 per student. 6 days. Re-certification required every 3 years.
*Voice:* 561-798-6280
*Fax:* 561-798-1594
*Comments:* This system was developed from the original PSE and has evolved over the years from an analog to a
a notebook computer. It is the only voice stress analyzer whose accuracy and ease of use has allowed it to be wid
community. The CVSA is sold only to certified law enforcement agencies. Recertification is required for all U.S.

Exhibit
32

Arizona Republic  10/10/05

LAW ENFORCEMENT

# Arguments rage over voice-stress lie detector

**By Dennis Wagner**
THE ARIZONA REPUBLIC

At least 20 Arizona law enforcement agencies are relying on a voice-measuring lie detector for criminal investigations even though experts say the device does not stand up to scientific scrutiny and may prompt innocent suspects to make false confessions.

The Computer Voice Stress Analyzer, or CVSA, purportedly measures FM radio waves produced by muscles around the larynx. Deceptive answers cause stressful "micro-tremors" in the voice that are charted by the device's software program, the manufacturer says.

Yet, independent experts have consistently found the in-

See **CVSA** Page A14

## CVSA
*Continued from A1*

strument to be dubious, at best, when it comes to separating truth from lies. And, while increasingly more police agencies are using it to interrogate suspects and assess witnesses, they don't use the machine for internal investigations or to screen recruits.

The Department of Defense Polygraph Institute concluded that CVSA produced "dismal results" and "no examiner did better than the chance level."

Two years ago, the National Academy of Sciences reviewed voice-stress studies and concluded there is "little or no scientific basis" to consider the device an alternative to polygraph machines.

And a report done for the International Association of Chiefs of Police found: "Whatever the CVSA may record, it is not stress. ... The poor validity for the current voice stress-technology should provide a caveat to agencies considering adding voice stress to their investigative toolboxes." 

Despite those critiques, the company behind CVSA claims its device is more accurate than a polygraph machine, and has solved hundreds of crimes across the country.

Charles Humble, chairman and chief executive officer of the business known as National Institute for Truth Verification, said voice-stress technology helps detectives target the bad guys during investigations, and clears innocent suspects who might otherwise remain under suspicion. It also is used to check witnesses' veracity.

"We believe the system is 100 percent accurate," Humble added.

### Widespread popularity

According to the institute, 1,400 American law enforcement agencies have purchased Computer Voice Stress Analyzers in recent years, at $10,760 per machine.

The device is purportedly used in Iraq by counterintelligence forces and at the military's terrorism prevention cen-

ter in Guantanamo Bay, Cuba.

In Arizona, it is employed by the state Department of Public Safety, Maricopa County Sheriff's Office and police in Mesa, Glendale, Gilbert and Avondale, to name a few. It also has been used in training programs at Fort Huachuca, the Army's intelligence training center in southern Arizona.

The institute's literature identifies research works that seem to endorse the instrument. One study found "100 percent agreement between CVSA and the polygraph." Another concluded it is "accurate when utilized as a truth verification device, and produced a confession rate of 94.8 percent." 

Humble acknowledged, however, that no independent testing has demonstrated the machine's integrity. He claimed CVSA cannot be evaluated under laboratory conditions because stressful deviations occur only when an interrogation subject is afraid of prison or the death penalty. 

"We never really had the funding to do that, to take it to a university and pay for all the researchers," he said.

### Competes with polygraph

Peoria police Detective Tom Stewart, who has administered dozens of CVSA exams, said suspects often crack when told they are facing a foolproof deception-detector.

"I don't know if this thing works," Stewart admitted. "But it works for me in getting people to see the light. ... They deny doing it right up to the point of me asking the first question. Then they break down and say, 'You don't need to do the test. I'm guilty.'"

Before CVSA, Stewart said, police departments had to pay $150 for private polygraph exams or wait days for state examiners to be available. With voice-stress testing, he said, getting confessions is faster, cheaper and easier.

CVSA technology is based on research first conducted by the Army four decades ago. A pair of retired officers took their findings to the public in 1970

Exhibit
33

## COUNT I
### (FRAUDULENT TRANSFERS UNDER THE ACT
### NITV FED, IRIMIA, HUMBLE and KANE)

Plaintiff incorporates the General Allegations in paragraphs 1-11 as set forth above.

12. Third Party Defendants, NITV FED, IRIMIA, HUMBLE and KANE

are liable under the ACT for the DEBT by virtue of any or all of the following:

      a.   The fraudulent transfer of money, or other assets from the JUDGMENT

          DEBTOR to the INSIDERS and/or **SUCCESSOR/ ALTER EGO** after the

          DATE, at a time when the JUDGMENT DEBTOR was insolvent under the

          ACT, without the JUDGMMENT DEBTOR'S receipt of reasonably

          equivalent value for the transfer; or

      b.   The fraudulent transfer of money, or other assets from the JUDGMENT

          DEBTOR to the INSIDERS and **SUCCESSOR/ ALTER EGO** after the

          DATE, without the JUDGMENT DEBTOR'S receipt of reasonably

          equivalent value for the transfer, which transfer caused the JUDGMENT

          DEBTOR to become insolvent under the ACT, and the INSIDERS knew the

          transfer would make the JUDGMENT DEBTOR insolvent; or

      c.   Further, the insiders conspired amongst themselves to fraudulently transfer

          JUDGMENT DEBTOR assets either to themselves or to **SUCCESSOR/**

          **ALTER EGO** to carry on the JUDGMENT DEBTOR's business.

13. The foregoing conduct violates either F.S. 726.105 and/or F.S. 726.106, subjecting the

insiders to liability.

**WHEREFORE** Plaintiff, BAKER, request judgment plus interest, costs and such fees as are

allowable against the Third Party Defendants, NITV FED, IRIMIA, HUMBLE and KANE, and

INSIDERS. The INSIDER, HUMBLE, breached his duty to Plaintiff by allowing the misappropriation of the assets.

e.   The INSIDER, HUMBLE , had an affirmative duty to acquire knowledge and experience to perform his director duties, and a continuing obligation to keep informed about the JUDGMENT DEBTOR'S business activities and not ignore the illegal conduct of other INSIDERS.

f.   The INSIDER, HUMBLE failed to properly capitalize the JUDGMENT DEBTOR.

WHEREFORE Plaintiff, BAKER, request judgment plus interest, costs and such fees are allowable against the Third Party Defendant, HUMBLE, and such other relief as the Court deems equitable and just.

<u>COUNT III</u>
<u>BUSINESS CONTINUATION</u>
(NITV FED)

18. Plaintiff incorporates the General Allegations in paragraphs 1-11 as set forth above.

19. The SUCCESSOR/ALTER EGO was set up by the INSIDERS, IRIMIA, HUMBLE and KANE, for the purpose of engaging in substantially the same business activities as the JUDGMENT DEBTOR.

20. The SUCCESSOR/ALTER EGO was capitalized with the assets fraudulently transferred from the JUDGMENT DEBTOR.

21. The SUCCESSOR/ALTER EGO reflects a continuity of JUDGMENT DEBTOR ownership, business operations, personnel, officers and directors, and of product sold or service rendered.

22. By virtue of the foregoing, the SUCCESSOR/ALTER EGO is either a business continuation, a successor corporation, or the surviving corporation of a de factor merger between SUCCESSOR/ALTER EGO and the JUDGMNET DEBTOR, and is liable for the JUDGMENT DEBT.

**WHEREFORE** Plaintiff, BAKER, request judgment plus interest, costs and such fees are allowable against the Third Party Defendant, IRIMIA, HUMBLE and KANE and for such other relief as the Court deems equitable and just.

Dated: May 5, 2014

STEPHEN B. GEBELOFF, P.A.
5255 N. Federal Highway
Third Floor
Boca Raton, FL 33487
561-953-4600
steve@gebelofflaw.com


STEPHEN B. GEBELOFF, ESQUIRE
FL BAR NO.: 0695947

*Exhibit B*

**Arthur Herring III**

---

**Subject:**                    FW: NITV – FOR SETTLEMENT PURPOSES ONLY

-------- Original message --------
From: Daniel DeSouza <ddesouza@desouzalaw.com>
Date: 6/1/19 2:35 PM (GMT-05:00)

Cc: "James D'Loughy - Advisor Law PLLC (JDLOUGHY@advisorlaw.com)"
<JDLOUGHY@advisorlaw.com>
Subject: NITV - FOR SETTLEMENT PURPOSES ONLY

Mr. Vanderhoff,

This e-mail is sent pursuant to Fed. R. Civ. P. 408 and is for settlement purposes only.

I recognize and respect your prior e-mails asking that we not contact you further regarding this matter, but unfortunately this e-mail needs to be sent and it is my hope that you review it carefully (preferably with your own legal counsel). Through our review of the documents produced during the forensic investigation, conclusions reached regarding the 'damaged' hard drive, and positions taken by Mr. Herring concerning ownership of the PSE intellectual property, it is our intention to file a Complaint against both you and Vanderson Corporation in the United States District Court for the Southern District of Florida for aiding and abetting Mr. Herring in his tortious activities and for conspiring with him to engage in such activity. Please note I am not sending this e-mail to convince you that we are right or to argue the point with you back and forth – the bottom line is that our client has pushed for a lawsuit to be filed against you and your company for some time now and we agree with our client's position.

That said, I am not looking for my client to spend more money on this matter than necessary. My expectation is that the lawsuit with Mr. Herring will soon be over, with a monetary judgment against both Dektor and Herring and a permanent injunction entered. We are awaiting dismissal of Mr. Herring and Dektor's bankruptcy cases before we proceed in that manner. Given the above, we have 2 choices on how to proceed here. The first option is you ignore this e-mail (your right to do so) and we proceed with suing you in Florida as we did with Mr. Herring. The second option (which I sincerely hope you give serious thought) is that we enter into a settlement agreement wherein NITV will exchange mutual releases with you and Vanderson (with no money to be paid by you or judgment entered against you) in exchange for: (a) the transfer of any ownership or use rights you may have in the PSE software/intellectual property/source codes etc. to NITV and (b) the agreed entry into a permanent injunction that prohibits you from further assisting Mr. Herring with his anti-NITV activities (with a liquidated damages provision in the event of a violation). We would need to agree on the language and other material terms, but that is the gist of what my client will accept in lieu of filing a lawsuit against you and seeking a money judgment therein. The above would also be contingent on the Court allowing entry of an

injunction against you as a non-party – if not, we would probably need to file a lawsuit with agreement to immediately dismiss it upon entry of an injunction.


Again, I encourage you to review this with counsel, but understand that we are poised to move forward with the lawsuit if you are not willing to settle along the above terms.  If you are interested, please let me know by Wednesday, June 5 at the latest.  If I do not hear back from you by then, we will proceed with the lawsuit.


**Daniel DeSouza**

DeSouza Law, P.A.

3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)

101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301

954.603.1340 (office) | 954.551.5320 (mobile)
ddesouza@desouzalaw.com | www.desouzalaw.com