IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



NITV FEDERAL SERVICES, LLC     :          9:18-cv-80994-DLB
    Plaintiff

                      :

vs

                      :

ARTHUR HERRING III, AND
DEKTOR CORPORATION          :
    Defendants          :

......................................................................................................................................................

### Defendants Objections to Plaintiffs Motion for Default Final Judgement Against Defendants

I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's memo above.

### Exhibit 1 Humble statement he perjures himself

This court and judge has constantly ignored the clear facts and documents submitted by the Defendant throughout this made up lawsuit by plaintiff/lawyers that prove all statements made by defendant, documents submitted and posted by defendant prove plaintiff and their business have only been a scam for the entire 30 years of plaintiff's business. This court was obligated to dismiss this case long ago after examination of Defendant's documents prove Plaintiff has been doing a scam by selling fake "voice lie detectors" for 30 years. Independent news media, various other documents and massive times nitv/owners used documents that proved to be false have proven that it is and has been only a scam. The Constitution guarantees freedom of speech, even if someone does not like it. Documents submitted by defendant prove Plaintiff has been the one on the almost 20 year campaign of lying about Defendant with letters, mail, emails, posting lies on his website and allowing others to post those lies on Plaintiff's website with NO desire to check with Defendant the accuracy of such information before posting it. Plaintiff and their lawyers have only used the court as a weapon to waste defendant's money and to try to put him out of business. A tactic used by plaintiff and their lawyers on others for more than 20 years. Plaintiff still owes about $800,000 from a 10 year old lawsuit that the Florida Supreme Court ruled had to be paid.

Facts and actual documents, posted both on Dektor's website for 18 years and a massive news website named nitvcvsaexpose.com prove nitv/cvsa/owners have been operating a international criminal enterprise for 30 years. The documents, the 15 minute video by ABC News in 2005 and many other independent news articles prove beyond any doubt that nitv/owners have been conducting a scam by knowingly selling a fake "voice lie detector" and made up training, with no independent proof for 30 years, that their gadget and made up training are any better than a coin toss.

Enclosed will be responses to Plaintiffs submitted documents and Exhibits on this matter.

### Declaration by charles humble

1 2. False. Humble gave himself the title by buying a fake certificate by a store selling fake educational titles in 1987. He is only "licensed" to be a polygraph examiner in Indiana. Anyone can be. He claims he went to a polygraph school that the American Polygraph Association says never existed.

3. False. Humble NEVER made any new lie detector. He only bought a used PSE and hired a person, torfino, to try to copy it so humble could sell it as his own. Previous documents submitted prove it. Torfino never copied the PSE correctly and it puts out unreliable patterns. Humble made up his training and terms to make himself look real. The

first Cvsa, "computer" voice stress analyzer sold for 10 years NEVER had a computer in it. That is called fraud. Humble tried to copy the idea from the first real computerized PSE system, called Verimetrics, that the co-creator of the PSE, McQuiston invented in 1980. Computers are digital. Humble admitted years later the first cvsa was only analog. The software cvsa program created from that fake copy of PSE has never worked correctly according to buyers. NO proof ever given that humble EVER did 14,000 lie detector tests. Humble's title of "Dr" (PhD) is as fake as a $3 bill.

4. False. Never proven in any way. Humble only makes up claims as gimmicks to sell his fake gadget, made up training and his fake body language course for lie detection called AIS that also has NO independent proof it is better than a coin toss for accuracy.

5. False. NO proof at all for claim. Documents by nitv submitted by Defendant shows nitv lies about claims that 1,900 law enforcement users dropped polygraph for cvsa. Is nitv claiming 1,900 out of 2,500 cvsa buyers were all polygraph users? No proof by nitv that is true.

6. False. More made up claims by nitv. Patents DO NOT PROVE something works. Patents only legally protect an idea.

7. False. Plaintiff NEVER had any independent proof his gadget or training was not affected by drugs, alcohol, medical conditions or counter-measures that he has claimed for 30 years in ads and his website.

8. No proof of statements by plaintiff of any contents of #8 by cvsa.

9. False. Plaintiff has refused to show any proof of real buyers by names, just numbers that cannot be verified. Facts prove many cvsa buyers have stopped using cvsa because of poor accuracy.


II    False as worded.

12. False.  PSE NEVER disappeared from the market. Complete lie by plaintiff only to deceive buyers and insult the only real system of Voice Stress Analysis: PSE. Plaintiff used lies about himself, fake gadget and fake studies in police magazines to make cvsa buyers think cvsa was a real voice lie detector.

14. True. Dektor Corporation NEVER claimed it was or had been connected to Dektor C/S.

15. False. Plaintiff has NO abilities to make such claims as it never had any inside information as to how Dektor Inc was operating, its training or its technology. For the record, Defendant uses the exact same proven technology, training, test formats and chart analysis as the original Dektor C/S. Defendant does NOT make up lies about itself like plaintiff has done for 30 years about its fake voice lie detector, made up training.

16. No deception was made by defendant as to its PSE and training quality. See 15.

17. 18. 19. True.

IV   20. False. Defendant has only stated documented facts from news media and other sources proving nitv/owners scam and lies for 30 years

21. False. Defendant was exercising his constitutional rights of freedom of speech by handing out flyers on a public sidewalk telling people how the college professor had conned me of $35,000 for a worthless software program. It is called freedom of speech. Defendant never tried to demand money from the college in any way. Professor used his contacts with the court to get the fake charge of harassment. I sued the professor in a civil lawsuit. College professor admitted in emails software was useless. What does that have to do with this lawsuit?  BTW- Plaintiff was convicted of unemployment fraud in 1976 and copyright fraud in 1988. Court records proved plaintiff refused to pay child support to his four children in the 1990's while he was flying around in his private helicopter and living in a multi million dollar mansion.

22. False. Stating proven facts is NOT disparagement. Documented facts, from previous documents submitted, prove it has been plaintiff that has lied and attacked Defendant, especially with this made up lawsuit, and lies about Defendant on plaintiffs website for 18 years to take sales away from Defendant.

23. False. Stating documented facts is free speech, not harassment.

24. False. Defendant stated facts about nitv/owners scam as revealed by news media and other documents. Plaintiff has NEVER contradicted any of those facts, only says "it's not true".

25. True. Plaintiff has done same to Defendant far worse for 18 years. Defendant submitted proof of plaintiff's many lies about defendant in emails, faxes and on nitv website.

26. Facts submitted proving victim was scammed.

27. Facts are facts. Plaintiff has NEVER proven them otherwise.

28. Facts and independent studies and analysis prove PSE and Dektor's training are the only proven and real system of Voice Stress Analysis for 50 years. There are about 20 imitation voice lie detectors like cvsa gadget.

29. Constitution guarantees freedom of speech, especially when documents back up those facts, including by news media, proving, nitv, owners, cvsa and training are only a scam on law enforcement for 30 years.

30. see 29.

31. See 29. ICAC made its own conclusion from news items proving Crotty was a loser and did not deserve a speaker's spot. ICAC did allow nitv to have a vendors table at the conference. Nitv has made its own mess for 30 years as a scam.

Reference #4. False. Plaintiff, not the court, picked their own person to examiner Defendants hard drive because plaintiff knew that person would say what nitv wanted. People delete things all the time to make room on their hard drive. Defendant never did anything illegal, contrary what plaintiff has tried to make up using a paid, hand picked  "evaluator".

32. see 29.

33. See 29.

34. See 29.

35. See 29.

36. False. Dektor provides facts and documents proving scam by plaintiffs for 30 years.

37. Defendant also has sections about problems in the polygraph business other imitation voice lie detectors with documented facts.

38. False. Plaintiff NEVER provided any documented facts proving Defendant lied about information about stated Plaintiff.

39. False. Defendant CLEARLY stated the TACTICS used by plaintiff of constantly lying about himself and his scam and making fake documents were what Goebbels invented. Get your facts straight lawyers. Defendant never said plaintiff was a nazi. Goebbels lied to his people to fight a war and plaintiff lies to law enforcement to get sales and their money for a lavish lifestyle.

40. False. Chapman "study" was only a 14 page article  with made up BS and fake graphs. Article was made up by plaintiff only to get sales. Plaintiff made up fake "journal' to make study look real. Plaintiff REFUSED all Discovery, including to provide proof that article and journal were real. To this day, plaintiff refuses to provide contact information to prove they are real. Since article NEVER mentions cvsa or nitv, how can nitv claim it proves cvsa is accurate? Article submitted about 5 years ago by a well known, 35 year investigator proves chapman article was only  BS. Chapman WORKED at nitv for 20 years so anything he said was not independent. Chapman died a year before study. Did he even write the article?

41. Plaintiff did sell his fake cvsa gadget for $13,000 for a while.

42. Documents submitted by defendant prove "dr" title was NOT "honorary", it was only bought as a "real' diploma as shown on the so-called diploma. Plaintiff has been lying only to make it sound honorary. ABC News in 2005 proved "dr title was fake and bought.

43. See 42.

44. false. Plaintiff refuses to provide ANY contact proof of buyers and only uses numbers that keep changing that cannot be verified. Why does plaintiff REFUSE to provide contact information of buyers to verify? Are they afraid the numbers are much lower and most departments refuse to use it because of its low accuracy of a coin toss? Scam, scam, scam.

45. False. See 40.

46. Defendants statements true. Judge Mondue stated that polygraph and OTHER lie detectors could be used for probation, not just the fake cvsa gadget.

47. Defendant's statement is true. Documented by TV investigation on cop in Colorado.

48. Defendant statement true. Plaintiff NEVER has independent proof that claims are factual. Defendant does have several cvsa gadgets and their trainingmanuals to make his claims.

49. Defendant statement is true documents previously submitted prove my statements.

50. See 49.

51. see 49.

52. See 48.

53. Nitv's own newsletter says that. Plaintiff should read his own newsletters.

54. see 39.

55. Nitv sued vipre (seller of another unreliable and unverified "voicelie detector) in 2006 only to waste their money. Nitv claims vipre stole their cvsa program. Vipre told me they spent $2 million for lawyers. Judge ruled nitv had no case. Nitv has alays lied, out of jealousy about Dektor, its owner and PSE system. Documents submitted have proven that.

56. If nitv NEVER lost any law enforcement sales and nitv has ONLY sold to law enforcement for 30 years, then WHY is nitv suing me for "losses"?????????? Plaintiif lawyers made that asinine statement in their Complaint. Nitv lawyers must get their facts straight or at least state facts. Lawsuit made up only to waste defendant's money and use the courts as weapons as nitv has done to many other people

V   58. Plaintiff clearly lies here.

59. See 56.

60. false.

61. Nitv has NEVER proven statement.

62. Freedom of speech. What does plaintiff have to hide?

63. See Constitutional rights in constitution.

64. See 63.

65. False. Scammers lost money because cvsa gadget and training have been proven worthless for accurate lie detection for 30 years by news media and plaintiffs own lies in documents and on their website. Why doesn't nitv sue news media if news media are telling and printing lies?????????????????????????

66. False.

67. False. Charts and information are made up only to claim damages. No independent documents have ever been submitted to Defendant in Discovery to verify plaintiffs claims. Facts prove nitv sales for the past 30 years are extremely poor. Nitv claims 2,500 sales to all types of law departments. There are 15,000 police and sheriff departments in USA. That number does NOT include prisons, college police, district attorneys, probation, state and federal departments. If cvsa is 98% accurate as nitv claims, why has ONLY 2,500 (nitv number) departments TOTAL bought cvsa after 30 years? Nitv had taken 2 full page ads, every month, for 15 years in a major police magazine of 25,000 law enforcement members worldwide. Also, why do so many cvsa buyers stop using it? Nitv REFUSES to give actual names because it would prove the many people that stopped using cvsa because cvsa is basically worthless. Nitv is a scam and the word keeps spreading.

68. False. No independent documents back up nitv claims, facts are facts.

69. see 68.

70. See 68. If cvsa was "98% accurate" or close to it, El Paso would still be using it. Maybe they do not like liars and conmen.

71. Facts are facts. Decisions made by others are not controlled by defendant.

72. No independent documents provided to be reviewed by defendant to verify nitv claims. Why not?

73. See 72.

74. See 72. Plaintiff have caused their own problems for 30 years by lying and scamming.

75. see 72.

76. See 72.

77. False. See 72. Plaintiffs so-called 'experts' NEVER included damage done by nitv to themselves by their own lies that were documented by the news media for 30 or more years proving scam by nitv/owners. ALL information claimed by Ellrich, Smith, etc CANNOT be considered reliable because of those huge omissions and considerations.

78. False. No independent documents proving claims by this fake "Dr" and proven liar for the past 40 years by

news media, various documents and his own admissions.

79. False. See 72.

80. Plaintiff humble MUST be charged with perjury here for lying about statements made in his statement. Plaintiff commited perjury in the beginning of this fake lawsuit by using a affidavit, signed under penalty of perjury by Mosquera to claim a cause for this lawsuit to stay in florida when Mosquera actually works for nitv.

### Exhibit 2 Smith Declaration

All information was given to Smith by nitv. Smith has no idea if any of that information by nitv is correct for his results and conclusions. Smith totally ignores the loss of sales by the damage caused by news media, humble's own statements of lies,  by nitv's website that has contradicts itself for 30 years and by the simple word of mouth by cvsa buyers that found cvsa is no better than a coin toss. Smith's statement must not be accepted for any purpose.

### Exhibit 2A Smith Biography

Who cares what his claimed qualifications are? Did anyone check? Humble has lied about himself for 40 years based on previous documents submitted. Nitv lied (perjured) themselves by giving fake information about their employee Mosquera on a federal affidavit as part of this federal lawsuit.

### Exhibit 2 B  Sales Analysis by humble

Really? Why would anyone take the word of a proven liar and conman for 40 years and who refused to ever turn over documents, in any way, during Discovery to be reviewed and evaluated, especially the contact information of that proven fake "journal" where the so-called Chapman article was in 10 years ago? Humble only gives the numbers of various clients. Never any name and contact information to be verified. This "report" is worthless and useless, just like the fake cvsa and made up nitv training. Nitv lawyers claim my statement, taken from my website and posted in nitv Complaint, that nitv stopped their extremely heavy advertising in in 2006 because of a huge drop in law enforcement sales was false. Nitv lawyer claims nitv never had a loss of law enforcement sales. Since nitv only sells to law enforcement and nitv is claiming there was NO loss to their cvsa sales, then why is nitv suing me for loss of sales? The numbers of "clients" keep changing. Some places it says 2,000, others say 2,500 and on the document of "clients of nitv" the number is 2,800. Unless nitv supplies the actual names and contact information for each one, this entire document must  NOT be used in any way.

### Exhibit 3 Deposition of Herring

No tape recording by stenographer ever provided to defendant to verify Defendant said what is claimed.

### Exhibit 4 Nitvcvsaexposed.com

This court must look at all the documents at this site. They are documents, proven verifiable. The site is a news website protected by freedom of the press. Some come from news articles about nitv, cvsa and owners proving they are a scam. Others deal with lies on nitv website. Other documents show how nitv has lied about Dektor, PSE and defendant for 18 years to take sales away from Dektor. Nitv has allowed a police department, Groveport, to print lies about Dektor only for nitv to get sales from Dektor and allowed a clearly wacko/psycho nut person, dirt bell, who has never met me and never has any knowledge about Dektor or its business to have his own site on nitv called Posers and Imposters to print lies about Dektor/Herring. Bell has sent me many disgusting and sick emails, despite being told not to by Herrings lawyer, a local police department and the FBI. If nitv does not like its lies posted, it can simply stop lying.

Plaintiffs Verified Expedited Motion for Permanent Injunction against Defendants

No court in this country can deprive anyone of their rights under the constitution, including freedom of speech and freedom of press. Documents submitted previously by defendant during this past year prove nitv is trying to remold its previous, proven and well established image and business of being a scam selling "fake" (no proof of accuracy better than a coin toss) lie detectors and training to an image of girl scouts selling cookies. Plaintiff have made their own fate by their actions and conduct for 30 years, but are now trying to remake its past to the public by suing everybody in their way, including news media and businesses selling any type of lie detector: fake and real. Nitv has not changed anything about their scam involving themselves, their business or their fake cvsa gadgets to make them real. Defendant submitted the letter nitv lawyers sent to another news website, antipolygraph.org, threatening a federal lawsuit to them unless that news site erases all information pertaining to the scam about nitv, cvsa and its owners. Using the court, as a weapon, is not allowed under the legal system of the US. If this court tries to prohibit defendant of his constitutional rights of freedom of speech and freedom of press by banning me from exposing an illegal scam, there will be serious legal repercussions after exposing such illegal orders. Plaintiff's lawyers must realize far more damage will result to their clients if nitv lawyer's demands are allowed by the court, then discussed and printed by various media nationwide. Nitv owners/employees will then will be facing nationwide criminal indictments themselves like nitv owners are facing now by the Florida attorney generals office. Massive civil lawsuits against plaintiff/staff will take place by people falsely accused by plaintiffs fake lie detector scam. Nitv lawyers might think lawsuits against nitv owners and staff will mean many more billing hours for themselves, but they too will be indicted for knowing nitv has been a criminal business for 30 years and profiting from its illegal monetary gains. Those lawyers had no legal obligation to continue with nitv after the defendant proved, with documents, nitv was a international criminal business. If nitv lawyers acted correctly, they would withdraw their motion against me for permanent injunction concerning their client. A fake product is a fraud, no matter what it is. Selling them is a felony. Nitv still has no independent proof its gadget has any independent credibility for accurate lie detection (better than a coin toss) after 30 years.

### August 22 email

Police chief Marshke, who does not care that a conman sold a fake lie detector to 65 police and sheriff departments in Wisconsin and as president of the Wisconsin police chiefs association, refuses to tell his members not to get scammed by buying a fake lie detector, ruining criminal cases and falsely accusing innocent people. Marschke seems to be very proud of himself. Did he get a reward, like a dog biscuit, from nitv for being a good boy? Freedom of speech by defendant.

### September 6 email

It is clear the ICAC director read my information, went to the various links I included and saw for himself nitv was a scam on law enforcement. The same conclusion others have reached. A scam is a scam. Freedom of speech by defendant

### September 17 email
See September 6 email

### September 24 email

The city attorney of Broomfield sends nitv lawyer my letter I sent to the mayor telling him about the cvsa scam and that I told him that Broomfield police has the fake cvsa. Their police chief is also the president of the Colorado police chiefs association and is refusing to tell his members about the scam so they do not get ripped off and ruin criminal cases. She signs her email using her first name to humble's attorney. She clearly is so incompetent and stupid that she does not think nitv is a scam. Did she read my very long email and look at the information at the links? Freedom of speech by defendent

## September 29 email

An email sent to the person listed about how the president of the Wisconsin police chief association does not think nitv is a scam despite my extremely long letter and various links to information. The person apparently sent my email to nitv. Did he even read my email? How could he not care that his association president is protecting a documented scam? Freedom of speech by defendant.

### Defendants Exhibits

Defendant has submitted these documents listed below and many, many more before in other motions during this trial.

1. Humble holding his fake diploma and a full copy of it proving it was NOT honorary as humble claimed after the "diploma" was exposed a fake, store bought. Fake diploma was documented in many news stories. How would nitv and other lawyers like it if people were using fake lawyer diplomas and pretending to be lawyers?
2. Nitv co-owner kane's letter claiming cvsa is 98% accurate with still no studies today proving any accuracy better than a coin toss.
3. Nitv chapman article exposed as a fraud by 35 year investigator.
4. Nitv letters sent to millions of people condemning Herring, Dektor and PSE for many years sent by fax, email and mail to take sales away from Dektor.
5. Nitv using lawyers to threaten Dektor/Herring shortly after Dektor started 18 years ago. Humble has always used lawyers as his "thugs" to try to ruin people using made up lawsuits. Why doesn't humble/kane pay the $800,000 judgement against them from 9 years ago?????????????
6. Nitv lawyer claiming Herring lied that nitv had lost many sales of cvsa. So why is nitv suing for loss of sales if there were no loss of law enforcement sales according to nitv/lawyers?
7. Humble admits finally admitted cvsa was made by copying a old PSE. That proves cvsa was NOT his invention and NOT any new type of lie detector as humble has always claimed.
8. News article in 2005 where humble admits there are no independent studies that prove cvsa is better than a coin toss.
9. Great Seal used by nitv for 30 years as nitv's symbol which is illegal under US law. Jail and fines are the punishment for doing so.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

### CERTIFICATE OF SERVICE

I certify that on October 31, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Exhibit I





Humble Bought Fake "Dr" Title From Fake University Using Fake Accreditation Sold By Fake Accreditation Business

In 1987 Humble, now only co-owner of Nitv, bought a fake title of "Dr" (PhD) from a fake university called Indiana Christian University(ICU) in Indiana. It was NOT any kind of school. It was only a one room store in the same shopping mall as Humble's lie detection business that sold various unearned education degrees, a so-called "diploma mill".

ICU could claim it was accredited. But, it bought its "accreditation" certificate from a fake business in Southern California called Transworld Accreditation Commission International(TACI). TACI sells fake accreditation certificates to anyone who has a business with a name of school, college, university, etc., for a price. Then, that business sells fake education diploma titles, such as Masters, PhD and others just to make money.

Pictured here is Humble holding his fake diploma at the fake "university" in 1987.

# Indiana Christian University

Indianapolis     Indiana

On recommendation of the Faculty and the Board of Regents

Certifies That

## Charles W. Humble

has met all requirements as prescribed by this University

and is hereby awarded the degree of

## Doctor of Psychology

In Witness Whereof, we have hereunto affixed our

seal and the signatures, this ___31 st___ Day of ___July 1987___

_____ President

_____ Secretary

Exhibit

*Exhibit 2*



**FEDERAL SERVICES**

January 1, 2016

Dear Customer,

Please be advised that the National Institute for Truth Verification Federal Service (NFS) is the **Sole Source** for the Computer Voice Stress Analyzer II (CVSA® II) and its training programs.

NFS is the exclusive manufacturer/distributor of both the CVSA®/CVSA® II and has no US distributors. The CVSA II incorporates two US Patents: US Patent Number 7,321,855 *"Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples,"* and US Patent Number 7,571,101 *"Quantifying Psychological Stress Levels Using Voice Patterns."* NFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. The FACT® Scoring System is only offered by NFS, and can precisely quantify stress in the human voice and evaluate CVSA examination charts as Deceptive or Non-Deceptive with an accuracy level greater than 98%. Additionally, the CVSA is an approved GSA item for all US Federal Agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 US and International Law Enforcement Agencies as well as elements of the US Military and other US Federal Agencies.

For more information please visit our company website at www.cvsa1.com.

Sincerely,

James A. Kane
Executive Director

11400 Fortune Circle ● West Palm Beach, Florida 33414 ● (561) 798-6280 ● Fax (561) 798-1594 ● Email NITVFS@CVSA1.com

# The Chapman Study

## by Jim Wygant

A flurry of press releases, purportedly originating from the National Association of Computer Voice Stress Analysts (NACVSA), has recently promoted a "new" study showing 96 per cent validity for voice stress analysis. Sometimes referred to as the "Chapman Study," it is described by NACVSA in one of their press releases as:

> The 18-year field study was conducted by Professor James L. Chapman, the world's foremost authority on the application of Voice Stress Analysis technologies. The peer-reviewed study, titled "Long-Term Field Evaluation of Voice Stress Analysis In a North American Criminal Justice Setting" was ground-breaking in that it validated the tremendous decades-long success of the CVSA in the criminal justice system.

The study was published in a journal identified as *"Criminalistics and Court Expertise."* Although it is claimed by NACVSA to be a once-a-year, peer reviewed scientific journal, no trace of a publication by that name can be found on the Internet, although copies of the article itself are available.

James L. Chapman died in 2011 at the age of 69 after spending many years using and advocating voice stress analysis. His study, published in 2012, is offered as a counter to abundant research papers published in recognized peer reviewed journals, repeatedly showing results at chance levels, as good as flipping a coin, when used to assess deception. Chapman's study is sometimes misrepresented as being drawn from thousands of cases over nearly two decades. In reality, Chapman's selection process from his cases would probably

---

Jim Wygant has been a private polygraph examiner in the State of Oregon for over 35 years. He is also an author and has contributed many articles that have appeared in the publications of the APA. The opinions expressed in this article may not necessarily represent those of the American Polygraph Association.

not be acceptable to most known peer reviewed journals.

As Chapman explained in his report, "The original group of total case subjects (n > 3,000) tested over an 18-year period was culled for those that could be retrospectively studied, such that they met the following requirements: a confession had been a potential outcome (i.e., a crime had been committed in which the individual was implicated); there was no involvement with non-criminal statement veracity testing; no employment clearance was involved; the case was not used as a confirmation of witness testimony; and controlled testing had occurred (i.e., responses could be verified by the VSA [voice stress analysis] process by means of structured re-questioning). Following the excluded group, the cases that remained were (n=2,109)." Chapman then numbered those cases and conducted a random sampling using the numbers alone as a means of selecting files. He wrote, "From this final set of cases (n=236), there were (n=329) possible confession outcomes." There is some confusion regarding his counts, since it appears that some "cases" must have included more than one examination. Chapman excluded from his count of "possible confession outcomes" any confessions to something other than the issue being tested.

To add to the confusion about how many examinations and how many people he included in his study, he reported that the number of people was 279, ranging in age from 5 to 74, and 84 per cent male. Of that total number of people tested, 259 were suspects and 20 were alleged victims.

The testing procedure did not follow any formal routine. He described the test process as "initial VSA questions asked (9-31 questions, yes/no answers)", which was followed by "retest, as required, using reformulated questions for those issues where stress was observed until no stress was observed or stress could not be eliminated." There were only two possible conclusions to a test: "no stress indicated" meant that he had "cleared subject", while "stress indicated" led to "post-exam interview of subject to determine reason for stress." The lack of a rigid, repetitive test format, as is customary in most validity studies, is again contrary to usual practices.

Chapman concluded, "In each of the cases reviewed here (n=236), inclusive of (n=329) confession possibilities, stress was indicated in 92 per cent of the examinations (n=303), leaving 8 per cent of the exams with a no-stress result (n=26). Confessions were obtained from 89 per cent of the interviewees

(n=292), leaving an overall 11 per cent no-confession rate (n=37). Most notably, among all interviews conducted, where stress was indicated, 96.4 per cent resulted in suspects making self-incriminating confessions."

Within the small number of no-stress results (26), apparently 19 of those came from one case in which 20 people were examined for the same theft. One was reported as stress and then confessed, which would verify the no-stress results of the other 19.

If a polygraph examiner wrote a report claiming to establish the validity of his work based upon his review of his own work, no one would believe him. Polygraph validity studies that rely upon test results verified by confession are typically reviewed in a double-blind fashion: the review being done by a different examiner than the one who conducted the test, who also does not know what the original examiner decided. In other words, the charts themselves are reviewed, not just the conclusions of the original examiner.

It seems odd that 89 per cent of all of those included in Chapman's study made "self-incriminating confessions," since that figure far exceeds that norm in criminal investigations. It is well known

that the standard for what constitutes a "confession" varies among interrogators, who have a stake in establishing their expertise and might include partial admissions or even non-denials that help bolster their confession rates. Because nearly no one in this study was reported as truthful, the selection process and the determination of the accuracy of individual tests is questionable. Ultimately, ground truth was not established for these cases. Legitimate studies of VSA validity published in reputable scientific journals have been done by disinterested third parties, such as academic institutions and the federal government, which have no stake in establishing or refuting the validity of VSA. Chapman's report of 96 per cent accuracy is based entirely on his analysis of a small portion of his own work, in which he presumably maintained an interest in establishing himself as an expert. No study exists, published in any conventional scientific journal, that supports Chapman's conclusion or even comes close to the results he reported.

The results of this "study" are frequently misquoted. We have heard claims that this was a study of several thousand cases, which is untrue. We have also heard the oft repeated claim that it proves 96 per cent accuracy, which can not reasonably be concluded from the methods used.

Repeated "press releases" from NACVSA have identified Chapman as the world's foremost authority on voice stress analysis and have emphasized 96 per cent accuracy. Any claims by NACVSA are suspect, since it appears to be an arm of the National Institute of Truth Verification (NITV), the primary marketer of voice stress analysis devices in the United States. NACVSA requires that members buy classes from NITV to maintain membership. If the American Polygraph Association required that members buy classes from any equipment manufacturer to maintain membership, there might be some suspicion of collusion between the marketer and the Association.

## THE POLYGRAPH QUESTION

### Countermeasure question

Who is responsible for the following quotation regarding respiratory suppression?

*"In studying the influence of intellectual and emotional states upon the respiratory movements, the writer, in a series of experiments, found in general that concentration of thought, as in mathematical calculations or in reading, lessens the respiratory movements considerably."*

A. Howard Timm, 1982
B. Cleve Backster, 1958
C. John Reid, 1945
D. John Larsen, 1925
E. Vittorio Benussi, 1914
F. Arthur MacDonald, 1905

*answer on page 70*

## VOTE
☑ Daniel Mangan
### APA PRESIDENT ELECT

Screen capture of a Matte Quadri-Track ZCT. Subject is masked to protect his identity.

*Dedicated to Truth*

©2014 DANIEL MANGAN      A PAID POLITICAL ADVERTISEMENT

**Make sure your contact information is correct.
Email:  manager@polygraph.org
or call 1-800-APA-8037**



**Executive Director**

Capt. David Hughes (Ret.)
West Palm Beach P.D.
West Palm Beach, FL

**Board of Directors**

*Chairman & CEO*
Dr. Charles Humble
Criminologist
West Palm Beach, FL

Dr. Hugh Ridlehuber
Forensic Psychiatrist
Belmont, CA

Dr. James Vailely
Forensic Psychologist
Jacksonville, FL

Dr. Thomas Joseph
Criminologist
St. Louis, MO

Prof. James Chapman
Criminologist
Elmira, NY

Chief William Withers
New Whiteland, IN
New Whiteland, IN

**Senior Instructors**

D/Cmdr. Bob Martin (Ret.)
Lower Twp. P.D
Lower Twp., NJ

Lt. Michael McQuillan (Ret.)
Prince George's Co. P.D.
Landover, MD

D/Cmdr. Bill Engelman (Ret.)
Hamilton Co. S.D.
Cincinnati, OH

Chief William Endler (Ret.)
Syracuse P.D
Syracuse, IN

D. Glen Foster, M.A.
Atlanta P.D
Atlanta, GA

**Corporate Pilot**

Captain Takashi Yamazaki



*NITV Sent This to All Attending my Class – I can get Affidavits if necessary*

*Exhibit 4*

# NATIONAL INSTITUTE FOR TRUTH VERIFICATION

## Law Enforcement Alert

Recently, a number of 'new' voice stress analysis devices were introduced into the market with claims such as being 'the DNA of thought'. The truth turns out to be that these are nothing more than old, failed vsa's that have been repackaged in an attempt to capitalize on the huge vsa market created by the NITV's Computer Voice Stress Analyzer (CVSA™). Although they pass out specious 'studies' conducted by polygraphers that claim that the CVSA doesn't work, they fail to explain why more than 1,400 law enforcement and federal agencies, including the U.S. Military, are now utilizing it.

## The Truster (LVA)

It has come to our attention that the manufacturers of the Truster have now changed the named of their system (as have others in the past) and are calling it "Layered Voice Analysis" (LVA) - Same technology, new players. These individuals have launched a massive ad campaign to introduce their 'new' system in hopes of convincing unsuspecting departments or purchasing agents that they are getting the 'very latest in VSA technology'. However, the developers have admitted that the LVA/TiPi is the old Truster. In reality, they are getting the same system that declared that Bill Clinton was telling the truth when he said that he didn't have sexual relations with Monica Lewinsky.

A year ago we paid $149.00 for our Truster but they are available for as little as $29.00 (Skymall.com). However, if you want the 'latest version', it will cost you $16,000.00, is sold by "V", and manufactured by Nemesysco in Israel (see our Web Site). None of the principles have any experience in truth verification. The developers claim that the Truster/LVA is "mapping the DNA of thought." In other words, it can read your mind. Nemesysco also manufactures the "Love Detector" (see their web site: www.nemesysco.com).

## Diogenes Lantern

Alfred F. Starewich, Vice President of The Diogenes Group, Criminal Justice Division, manufacturers of the Diogenes Lantern, recently appeared for the defense in court in Sandusky, Ohio. Mr. Starewich was presented by the defense as a nationally recognized expert in voice stress analysis. Mr. Starewich had reviewed a videotape of a CVSA examination conducted by Lt. Jerrett of the Sandusky P.D. on an individual that was suspected of murder. The suspect had failed two CVSA exams and subsequently confessed to the murder.

Mr. Starewich was hired by the defense to review and critique the videotape of the exam. Mr. Starewich wrote a report that criticized the testing techniques taught by the NITV and utilized by Lt. Jarrett as being so fatally flawed as to render the exam invalid. The defense was attempting to utilize Mr. Starewich's testimony as cause to suppress the confession, which could have caused the defendant to walk.

We were contacted by the Sandusky P.D. just prior to the suppression hearing and requested to assist in countering Mr. Starewich's testimony. After writing a rebuttal to Mr. Starewich's report, we decided to explore the Expert Witness Qualification Credentials provided by Mr. Starewich.

1. Mr. Starewich claimed that he had been the Chief Examiner for the Detective Division of the Burlingame P.D. (CA). Since the Burlingame P.D. Utilizes the CVSA, we contacted that agency and were told by that department's chief examiner that although Mr. Starewich did conduct a

Exhibit
4

number of PSE examinations for the department in the late 70's, he was never a sworn officer (the chief made him a Special Reserve) and certainly was not the 'Chief Examiner'. Additionally, shortly after he began conducting exams for that agency, he was arrested by the San Jose P.D. and charged with Solicitation to Commit Murder. Mr. Starewich was tried, convicted and served 3 years in prison for Conspiracy to Solicit Bodily Harm With A Deadly Weapon. (Mr. Starewich apparently failed to mention that on his Expert Witness form). *

2. Mr. Starewich also stated the he was the Chief of Police of the St. Edwards University P.D. in Texas. We contacted that agency and were told that the university has only had a police department for ten years and that the recently retired chief had held that position for the entire time. The university stated that they had no record of Mr. Starewich being Chief of Police.

This was just a cursory investigation of Mr. Starewich's background. A more thorough review would possibly reveal additional information. Please retain this information in your records in the event Mr. Starewich appears in your jurisdiction attempting to portray himself as an 'Expert Witness'. For further information concerning Mr. Starewich or The Diogenes Group, you may contact them at 775-825-5729.

## Dektor

The rights to produce and market the original Psychological Stress Evaluator and the company name Dektor have been acquired by a private investigator, Arthur Herring III, located in Lansdale, PA. You may recall that Dektor is the company that originally developed voice stress analysis. Unfortunately, Dektor declared Chapter 11 bankruptcy in the mid-80's and never recovered nor did they move beyond the old analog PSE.

Mr. Herring has recently sent out literature claiming that the PSE 4202 (analog - read: chart paper) is the "Worlds only proven system of voice stress analysis." He cites letters & information from the mid-to-late 70's.

However, what is very disturbing is that Mr. Herring claims in his literature that "Your equipment must say PSE or you have a gadget that is lying to you and your examiners. If your examiners were not trained and certified by Dektor, they are not able to perform accurate lie detection tests utilizing Voice Stress Analysis."

Mr. Herring ignores the fact that the PSE is now not generally used in law enforcement and that there are nearly 1,400 agencies, including the U.S. Military, now utilizing the CVSA. He claims that any instrument other than the PSE is a fraud.

To conduct your own investigation of the PSE and inquire as to how many law enforcement agencies are actually still utilizing the PSE since its introduction in 1971, you may write to Mr. Herring at 642 Cowpath Rd., Lansdale, PA 19446, or call him at 215-631-1448. You may also find it interesting that the Lansdale P.D. (PA) utilizes the CVSA.

## Baker DVSA

Gary Baker, a private investigator, left the employment of The Diogenes Group in 2002 and introduced his own VSA which is very similar to the Diogenes Lantern. Baker gives away the software in the form of a "grant" if the agency will pay $1,500.00 per student to be trained. Baker fails to tell prospective clients that his software is set to 'time out' after one year and the client will have to negotiate a price to re-activate it. Each student that Baker trains must pay to be re-certified each year. We acquired the Baker DVSA and conducted a comprehensive analysis of the system. We determined that the literature describing the system was very misleading.

Just as there were the "imitators" (CCS's Mark II, the Hagoth, LEA's Mark 5 and several others) when the original PSE started to develop the voice stress analysis market, we are seeing a repeat of this today. The National Institute For Truth Verification has single-handedly developed the truth verification market utilizing voice stress analysis over the past sixteen years with a little over 5,900 law enforcement examiners at 1,400 law enforcement and federal agencies throughout the U.S. The CVSA is now also deployed with military Special Operations and Intelligence Units in Iraq and has a permanent presence at Guantanamo Bay. One of the many reasons for this is the fact that the NITV maintains the highest level of training standards and has developed an unquestioned reputation for integrity.

Before you or your department invests in a truth verification system and the training that is so critical to properly conducting successful exams, it is imperative that you ask the tough questions and scrutinize the system, the company, and the training prior to making the acquisition. For more information on the Computer Voice Stress Analyzer™ or the contact numbers for any VSA on the market today, visit our web site at NITV1.com.

*Exhibit   4*

## Alert:

### NITV's Response To Dektor Flyer

Quite a few law enforcement agencies have received flyers from a company called Dektor, Lansdale, PA, concerning voice stress analysis and have requested a response. Unfortunately, the flyers contain false and misleading information that you should be aware of.

The voice stress analyzer (PSE) that Arthur Herring, a private investigator, is selling is used by very few, if any, law enforcement agencies. *In fact, Herring operates out of Lansdale, PA, and the Lansdale P.D. does not use Herring's PSE, they use the CVSA.* It is also unfortunate that Herring has a history of attempting to discredit the CVSA, NITV, and the NITV's founder, Dr. Humble.

It is also interesting to note that when the federal government recently decided to test voice stress analysis as a truth verification device in three separate studies, they chose the most widely used and accepted voice stress analyzer, the CVSA, not Herring's PSE. These studies are being conducted at the Air Force Laboratory, the University of Florida and at the University of Oklahoma. Additionally, many elements of the federal government use the CVSA, not Herring's PSE.

The original company named Dektor was the manufacturer of the Psychological Stress Evaluator (PSE), back in the 70's. However, because the owners did not keep up with the advances in technology and due to the fierce attacks by the polygraphers, they filed bankruptcy in 1984. After the owner passed away, Herring started his own voice stress analysis company and named it Dektor. Likewise, his voice stress analyzer is not the original PSE. Herring's literature claims to have a trademark on 'Voice Stress Analysis' and 'Filter-Scan.' A check of the trademarks shows that he has neither.

From his literature, it appears that the system that Herring is trying to sell is a very primitive voice stress analyzer that still requires the examiner to tape record the interview and then run each response through a laptop computer (not real-time analysis). It also appears that the computer displays only one response at a time.

Herring touts the fact that he requires NO re-certification/continuing education. Any examiner that is worth his or her salt will tell you that continuing education/re-certification is essential to the long-term success of conducting examinations and to not require it could be considered irresponsible. Additionally, examiners trained by the NITV may re-certify at any of the four regional associations' re-certification courses for a very nominal fee, not the "tens of thousands of dollars" that Herring mentions.

Herring also claims that imitators (anyone but Herring) use "Compensated" testimonials. The NITV lists all of our users on our Web site so that anyone may call to check how satisfied our customers are. Herring does not.

In conclusion, you may want to ask Herring why, after having the PSE on the market since 1970, there are few, if any, law enforcement agencies using it and there are more than 1,400 using the CVSA (his answer should be interesting). You may also want to ask him why the US Military and the interrogators at GTMO use the CVSA exclusively, not the PSE. You may also want to check Herring's credentials to teach law enforcement personnel.

EXH 1
5

# MCHALE & SLAVIN, P.A.
### ATTORNEYS AT LAW

PALM BEACH
FIRST UNION CENTER
SUITE 402, 4440 PGA BOULEVARD
PALM BEACH GARDENS, FLORIDA 33410
e-mail: palmbeach@mspatents.com
TELEPHONE (561) 625-6575
FACSIMILE (561) 625-6572

U.S. & INTERNATIONAL
PATENTS, TRADEMARKS, COPYRIGHTS,
RELATED LICENSING & LITIGATION

MIAMI
e-mail: miami@mspatents.com
TELEPHONE (305) 374-3310
FACSIMILE (305) 374-9232

CHICAGO
e-mail: chicago@mspatents.com
TELEPHONE (312) 939-2515

May 2, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Mr. Arthur Herring
Dektor Corp.
462 Cowpath, Suite 358
Lansdale, PA 19446

Dear Mr. Herring:

We represent National Institute for Truth Verification in intellectual property matters.

The company has recently filed a civil action against The Baker Group as a result of false statements being made in interstate commerce. (A copy of our Complaint is enclosed.)

You have previously made false statements against the interests of the company and its founder, Dr. Charles Humble. These statements are demonstrably false and will subject you to civil penalties, as well as punitive damages, for the malicious nature of the statements.

The company is prepared to file a civil action against you, however, it is willing to resolve this matter in the form of a written agreement, whereby you will agree to immediately cease all such further statements.

I would ask that you or your attorneys contact me within seven (7) days of receipt of this letter so that we may know your intentions.

Sincerely,

McHALE & SLAVIN, P.A.

Edward F. McHale
EFM:cac
Enclosure

Exhibit
6

79. The Dektor website further states: "In late 2006, NITV began to advertise in insurance magazines with full page ads. It appears they were trying to make up for the drastic drop in CVSA sales to law enforcement. NITV tried to get insurance companies to buy CVSA, and use it as a over-the-phone lie detector for insurance fraud. If they did so, millions of real claims would be denied because of the poor accuracy caused by unreliable CVSA technology and unreliable NITV training. Dektor contacted the magazine and educated them about NITV. Soon, NITV was banned from advertising in those insurance magazines." (available at http://www.dektorpse.com/information/cvsa/).

80. This statement is false. Plaintiff did not experience any drop in sales to law enforcement and was never banned from advertising in insurance magazines.

Arizona Republic 10/10/05

## LAW ENFORCEMENT

# Arguments rage over voice-stress lie detector

**By Dennis Wagner**
THE ARIZONA REPUBLIC

At least 20 Arizona law enforcement agencies are relying on a voice-measuring lie detector for criminal investigations even though experts say the device does not stand up to scientific scrutiny and may prompt innocent suspects to make false confessions.

The Computer Voice Stress Analyzer, or CVSA, purportedly measures FM radio waves produced by muscles around the larynx. Deceptive answers cause stressful "micro-tremors" in the voice that are charted by the device's software program, the manufacturer says.

Yet, independent experts have consistently found the in-

See **CVSA** Page A14

## CVSA
*Continued from A1*

strument to be dubious, at best, when it comes to separating truth from lies. And, while increasingly more police agencies are using it to interrogate suspects and assess witnesses, they don't use the machine for internal investigations or to screen recruits.

The Department of Defense Polygraph Institute concluded that CVSA produced "dismal results" and "no examiner did better than the chance level."

Two years ago, the National Academy of Sciences reviewed voice-stress studies and concluded there is "little or no scientific basis" to consider the device an alternative to polygraph machines.



And a report done for the International Association of Chiefs of Police found: "Whatever the CVSA may record, it is not stress. ... The poor validity for the current voice stress-technology should provide a caveat to agencies considering adding voice stress to their investigative toolboxes."

Despite those critiques, the company behind CVSA claims its device is more accurate than a polygraph machine, and has solved hundreds of crimes across the country.

Charles Humble, chairman and chief executive officer of the business known as National Institute for Truth Verification, said voice-stress technology helps detectives target the bad guys during investigations, and clears innocent suspects who might otherwise remain under suspicion. It also is used to check witnesses' veracity.

"We believe the system is 100 percent accurate," Humble added.

### Widespread popularity

According to the institute, 1,400 American law enforcement agencies have purchased Computer Voice Stress Analyzers in recent years, at $10,760 per machine.

The device is purportedly used in Iraq by counterintelligence forces and at the military's terrorism detention cen-

ter in Guantanamo Bay, Cuba.

In Arizona, it is employed by the state Department of Public Safety, Maricopa County Sheriff's Office and police in Mesa, Glendale, Gilbert and Avondale, to name a few. It also has been used in training programs at Fort Huachuca, the Army's intelligence training center in southern Arizona.

The institute's literature identifies research works that seem to endorse the instrument. One study found "100 percent agreement between CVSA and the polygraph." Another concluded it is "accurate when utilized as a truth verification device, and produced a confession rate of 94.8 percent."

Humble acknowledged, however, that no independent testing has demonstrated the machine's integrity. He claimed CVSA cannot be evaluated under laboratory conditions because stressful deviations occur only when an interrogation subject is afraid of prison or the death penalty.

"We never really had the funding to do that, to take it to a university and pay for all the researchers," he said.

### Competes with polygraph

Peoria police Detective Tom Stewart, who has administered dozens of CVSA exams, said suspects often crack when told they are facing a foolproof deception-detector.

"I don't know if this thing works," Stewart admitted. "But it works for me in getting people to see the light. ... They deny doing it right up to the point of me asking the first question. Then they break down and say, 'You don't need to do the test. I'm guilty.' "

Before CVSA, Stewart said, police departments had to pay $150 for private polygraph exams or wait days for state examiners to be available. With voice-stress testing, he said, getting confessions is faster, cheaper and easier.

CVSA technology is based on research first conducted by the Army four decades ago. A pair of retired officers took their findings to the public in 1970





*Exhibit 9*



1-888-266-7263   nitvfs@cvsa1.com          Register for Training   Español

**FEDERAL SERVICES**

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course ⌄   Blog   Contact Us   Visit Us

The CVSA is sold only to law enforcement/government agencies... The CVSA is n

The phrase is used both for the physical **seal** itself, which is kept by the United States Secretary of State, and more generally for the design impressed upon it. The **Great Seal** was first used publicly in 1782. The obverse of the **Great Seal** is used as the national coat of arms of the United States.



From the U.S. Department of State (www.state.gov)

5    Use of the Great Seal of the United States is governed by Public Law 91-651, Title 18 of the United States Code. This is a criminal statute with penal provisions, prohibiting certain uses of the Great Seal that would convey or reasonably be calculated to convey a false impression of sponsorship or approval by the Government of the United States or any department, agency, or instrumentality thereof.

You can ultimately be fined and imprisoned for up to 6 months for use of the seal without written permission. You can read the details of the legislation here: