IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :         9:18-cv-80994-DLB
    Plaintiff
                                 :

vs
                                 :

ARTHUR HERRING III, AND
DEKTOR CORPORATION    :
    Defendants    :



FILED BY ___ D.C.
NOV 08 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

Motion to Deny Claim of Damages

    I, Arthur Herring III, Defendant filing Pro Se am filing this Motion stated above.

    During this entire made up trial, that the Plaintiff/lawyers have used the court only as a weapon to waste Defendant's money and to try to put Defendant out of business, Defendant has constantly been submitting independent news articles, documents (including from plaintiff's own website) and the full ABC News investigation video of 2005, that prove the "business" nitv, the gadget cvsa and the owners have been a scam since nitv started in 1988. Their scam involves selling a independently proven fake "voice lie detector" and made up training to various law enforcement types ONLY to make money. Several times in the news media, nitv owner humble admitted himself his gadget was a fraud and even two of humbles instructors admitted in a major news article they have never seen any studies proving cvsa was real.
    A product, without independent proof that it works, is called a fake or fraud. Selling a fraud is a felony. If that product is trying to pretend it is the same as the real product, that fake product is called a counterfeit. Selling a counterfeit is a felony. The U.S. government seizes billions of dollars of counterfeit products each year. Most fake products are harmless, such as fake cream to remove wrinkles or for growing hair. Some fakes, like fake prescription medicine, can be deadly and cause much pain, long term serious damage or death if they are used.
    This made up (fake) lawsuit, by greedy lawyers failed to do their legal due diligence to establish any credibility of their client's lawsuit BEFORE those lawyers filed it. This fake lawsuit has done as much financial damage and suffering to the Defendant as the harm almost any fake medicine could do to a person. Cvsa have been proven for 30 years by various news articles, independent studies and documents to only be a gadget with NO better accuracy than a coin toss, about 50%. Independent documents, posted by the Defendant for 18 years on my company website and my news website nitvcvsaexposed.com, have proven beyond any doubt the Plaintiff has been selling a fake "voice lie detector" and made up training to 2,500 (current nitv's numbers) various law enforcement types in the U.S. and some worldwide.
    For some unknown reason, this court either has refused to read or to even look at those massive documents Defendant has submitted. If this court did, they would have dismissed this worthless case about a year ago and sanctioned the lawyers for filing it.
    Only because the Defendant ran out of money because his original lawyers thought their only job was to create worthless invoices of billing hours for their own financial benefit and Defendant was representing himself for about 8 months, did nitv lawyers get all the decisions they wanted. Nitv lawyers never proved anything with facts, they were simply given favors they asked for by this court.
    Now, nitv/lawyers want millions of dollars claiming they suffered damages of lost sales. Lost sales of fake lie detectors and made up training that nitv claims for 30 years? Really? No independent proof that nitv's gadgets and

made up training give any better accuracy than a coin toss, but nitv/owners want money for sale losses? Really? Nitv gadgets that cost $10,000 each, made up training at $1,400 per person, worthless "recertification fees" of $400 per person, every 2 years, for life. How pathetic and unjustified this nitv/lawyer claim is.

     Let's look at some of the PROVEN FACTS about nitv, cvsa and its owners. In 1976, nitv owner humble was convicted of unemployment fraud. In 1986, humble claimed he was trained as a polygraph examiner at a polygraph school. The APA(American Polygraph Association) says NO such school humble claimed ever existed. In 1987, the "Dr"(PhD) title humble gave himself was a fake, bought from a store selling other fake diploma titles. The news media discovered humble only bought his fake diploma from a store, like a pizza. Humble claimed later the title was a "honorary" one. The fake "diploma" itself proves no word of "honorary" is on there. In 1988, nitv/humble started to sell his "cvsa". In 1988, nitv/humble used the Great Seal of the US as his symbol for nitv. That is a federal offense, with penalties of jail and fines. How many millions of times did nitv/owners do that over 30 years? In 1988, nitv/humble used the US mail to spread his scam. That is mail fraud, a felony. How many millions of times did nitv/humble do that? In 1988, the same year humble claimed HE invented the cvsa, humble was convicted of copyright fraud. It was later proven the first cvsa (COMPUTER voice stress analyzer) gadget nitv sold for 10 years had NO computer. It has been proven humble only bought a Dektor PSE 101 and had a person try, repeat try, to make it look different so humble could sell it as HIS invented "voice lie detector". Humble admitted, many years later on his website, the first cvsa gadget he sold for 10 years was ANALOG. Computers are DIGITAL. That means humble committed fraud, a felony. How many cvsa gadgets did nitv/humble sell as "computers"? Many more counts of felonies. That remade cvsa did NOT perform correctly and did not display the correct patterns for Voice Stress Analysis that only Dektor C/S invented in 1969. Dektor bought several analog cvsa's from the internet and from police departments that had bought cvsa and stopped using them because of poor accuracy in criminal cases. Dektor compared the patterns to the original PSE 101. We saw the cvsa patterns did not match PSE patterns at all. That means wrong results by cvsa on tests. The remade cvsa test formats by humble also added to the poor accuracy results. The cvsa software program, made from the first fake analog cvsa, also did not produce correct patterns and would crash and freeze on a regular basis, according to current owners years ago. In 2002, the military paid almost $1 million for cvsa's and training. Within 3 years, the military BANNED the cvsa because of poor accuracy. That was documented by ABC News in 2005. In 2005, the U.S. government found humble/nitv guilty of selling his cvsa's to countries considered not friendly to the US. Nitv was fined heavily for that. In about 2005, nitv started to make up "studies/surveys" nitv claimed were by the military that "proved" cvsa was ""98% accurate" for lie detection. NO contact information has ever been given by nitv to prove where or who did those "studies/surveys". In 2012, nitv claims the Chapman "study" proved cvsa was "98% accurate". Nitv claimed the "study" was published in a "scientific journal" (nitv's words) called Criminalistics and Court Expertise, 2012 Annual Issue, #57. The "journal" does NOT exist at all. Nobody can find it. The Library of Congress says it does not exist. Nitv and its lawyers REFUSE to provide the contact information for that journal to prove it is real. Why not? The fact is Nitv made up the "journal" and "study" only to make buyers think cvsa was accurate because NO independent study to date shows cvsa and training is any better than a coin toss for lie detection. Chapman worked for nitv for 20 years, so any study he did would not be considered unbiased. Chapman DIED in 2011, so nobody knows if Chapman even wrote it. Fact: the "study" was not a study, it was only a14 page article talking about lie detection. The article NEVER mentions cvsa or nitv at all. So how can nitv/owners claim it proves cvsa is "98% accurate"? Nitv cannot! The "study" had a co-author, Marigo Stathis. She refuses to talk on the phone or answer any emails about who published the journal. Why? Nitv still owes about $800,000 judgement they lost in a 2005 lawsuit for liable. Nitv refuses to pay it. In 2018, nitv/lawyers demanded and got this court to demand I remove a massive section of 49 pages on my Dektor website detailing the nitv/cvsa scam. A clear violation of my freedom of speech, expression and press. Nitv also demanded and got the court to demand I remove a massive NEWS website that had actual documents proving nitv/cvsa/owners have been a scam since 1988. A clear violation of my freedom of speech, expression and PRESS. Nitv tried to get another news website this year to remove all of their proof of the nitv/cvsa/owner scam. Nitv FAILED to do so because that website had a lawyer who told nitv lawyers to stuff it. Court documents show that nitv used former military intelligence officers to plant lies about a lie detector business in a major news website for years to try to put them out of business. Other court documents show that the wife of a nitv owner tried to get the owner of another lie detector business to sell his device in a illegal way. In 2019, the attorney general of Florida launched a investigation on nitv/owners for fraud and false advertising. I and many other people were deposed. I

personally gave over 2,000 documents to the AG's office about the nitv/cvsa/owners. The nitv's scam currently is nitv/lawyers using the FEDERAL court as a weapon against Dektor/Herring to get money for their fake and made up "losses". Really?  The list goes on and on proving nitv/cvsa/owners has been and still is a major scam that is international.

## Claims of Damages

ANY and ALL claims of damages and/or "losses" of sales and/or income by nitv/owners MUST be refused by this court. Nitv/owners hired their own accounting firm to "calculate losses", knowing the accounting firm would say what nitv wanted them to say. The same tactic used by nitv/owners when they were allowed by this court to chose their own IT person to make a "report" about what they found on my hard drive. But, the accounting firm FAILED to use many important facts in their calculations. Because of those omissions, the documents submitted by that firm have NO value and NO accuracy. Those various documents were GIVEN to them by nitv/owners.  If you can't trust the messenger, you certainly can't trust the message! First, nitv/owners did NOT provide the actual NAMES and contact information of their buyers to PROVE those people actually bought cvsa and training. Nitv ONLY gave numbers of buyers. Those numbers are constantly different on different nitv locations. One place nitv says 2,000 buyers of cvsa. Another place nitv says 2,500 buyers of cvsa. On documents to the accounting firm, nitv says 2,800 buyers of cvsa. Which number is correct? On nitv website for 30 years, nitv gave numbers of people they trained in government, law enforcement and others. NEVER names. The courts and their decisions are based on FACTS, not "take my word for it". Contact information is mandatory to prove they are real buyers.  Because the accounting firm NEVER had the names and contact information, they could not verify the cvsa buyers still using it. That is important to know because I have found, for 30 years, more and more cvsa buyers have stopped using cvsa because of its coin toss accuracy. That would mean loss of future purchases of cvsa and training by those former cvsa users. That also means future loss of revenue of nitv's "recertification fees" of $400 per person, every two years, for life. The accounting firm did NOT consider that. The accounting firm DID NOT consider the many times nitv owner, fake  "Dr" humble, lied about himself, his cvsa gadget and was CAUGHT in those lies by the news media, in courts and lies on nitv website that were proven as lies by possible buyers so cvsa's were not bought. The accounting firm did not consider nitv's ex-employees selling their own "voice lie detectors" that were taking sales away from nitv and from THEIR comments exposing the nitv/cvsa scam. The accounting firm did not consider the loss of sales to nitv because of other "voice lie detectors" being sold for 30 years. The accounting firm did not consider that nitv's own lawyers stated in their Complaint against me that NITV suffered NO, repeat NO loss of law enforcement sales. Since nitv states they ONLY sell to law enforcement types for 30 years and nitv's own lawyers say nitv never suffered any sales losses, then WHERE are nitv losses? The accounting firm NEVER considers the damage done to cvsa sales by the news media doing various stories, worldwide, exposing the lies by nitv about their cvsa accuracy. The accounting firm NEVER considers the damage nitv did to THEMSELVES by WAITING 18, 10 or even 5 years of my facts about nitv/cvsa/owners being posted on my Dektor website for the 18 years I have owned Dektor. The accounting firm did not consider that nitv/owners ALLOWED my emails and mailings about nitv/cvsa/owners to continue for 18 years. Why did nitv allow those mailings to continue if nitv/owners thought my mailings and postings were all lies and causing nitv loss of cvsa sales, training and "recertification fees"? The accounting firm NEVER calculated the damage nitv/owners did to themselves for nitv's responsibility of allowing the same actions (website posting, emails, mailings) by Dektor to continue for 18 years that nitv is NOW saying were lies and is claiming they lost money because of Dektor/Defendant's actions. Why did nitv wait YEARS, while they claim now they were losing millions of dollars each year? In 2003, a nitv lawyer sent Dektor/myself a letter threatening a lawsuit if I ever said anything unkind about nitv, humble or cvsa. I ignored nitv's petty threats. Now, 18 years later, nitv is claiming losses of millions of dollars? Why would anyone wait until they lost millions of dollars, instead of when they lost just $100,000, before they sued? Does nitv/owners/lawyers realize you cannot sue someone for stating facts or repeating documented facts? My news website, nitvcvsaexposed.com, ONLY, repeat ONLY, had many documents that PROVED nitv/cvsa/owners were a scam for 30 years. That same news website also had various news articles and the ABC News investigation from 2005 that proved nitv/cvsa/owners were a fraud. That same news website also had documents and copies of mailings and emails nitv/owners sent to millions of people making statements claiming Dektor, PSE and myself were not credible. All lies. That same news website nitv/owners/lawyers demanded be shut down and was approved by this court and judge. The

accounting firm did not consider the fact the since January, the attorney general's office opened a case of fraud and false advertising against nitv/owners. If my facts about nitv/cvsa/owners are all lies, then why is the AG opening a criminal case against nitv/owners. That fact has been public since July 2019.

So nitv/owners want to blame me, ONLY me, but nobody else, for all of their troubles, problems, their lies and their sales losses for 30 years of their fake cvsa lie detectors and made up training? Those same ones that never had better accuracy than a coin toss for lie detection. Will nitv/owners also blame me for a cloudy day or when their car needs repairs? Nitv/owners made their own fate with their scam. Now they will have to live with it and its legal consequences.

Several times late last year, I mentioned several settlement offers to nitv lawyers. Nitv lawyers refused. They told me if nitv settled, they would lose a lot of money from legal billing hours, by two law firms, paid by nitv. Lawyers are supposed to have their client's best interests in mind. Because nitv lawyers were so greedy, nitv/owners are now going to be criminally prosecuted by the Florida attorney general's office for fraud and false advertising. Other states attorney generals are looking into this matter. Probably, at some point, nitv/owners will be getting another lawyer and suing their current lawyers for malpractice for only caring about their own wallets, instead of their clients, nitv owners: humble, kane and their wives.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on November 5, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III