IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :      9:18-cv-80994-DLB
    Plaintiff
                               :
vs
                               :
ARTHUR HERRING III, AND
DEKTOR CORPORATION    :
    Defendants    :

FILED BY ___ D.C.
NOV 08 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

Motion for Court to Sanction Nitv Lawyers d'sousa and d'loughy.

    I, Arthur Herring III, Defendant filing Pro Se, am filing this Motion above.

    During this entire trial, Defendant has produced a massive amount of documents and information that have been independently verified as being truthful. That information included 49 pages on my Dektor® website that had been up for 18 years of me owning Dektor® exposing nitv/cvsa/owners as a scam. Nitv/owners NEVER objected to that huge section until this lawsuit filed in 2018, about 18 years later. There are other sections on the Dektor website that contains many pages about the major polygraph problems and their scandals. There is a section about imitation "voice lie detectors" beside cvsa. Some fake "voice lie detector" gadgets were listed by their names. Usually, the actual sources were named for the information posted. After nitv/owners filed their fake lawsuit, I put up a massive news website of actual documents and the full ABC News video proving how nitv/cvsa/owners have been only a money making scam for 30 years. Those actual documents have NEVER been fake by nitv/owners/lawyers. The documents proved it has been nitv/owners that have lied about Dektor, PSE and myself for the past 18 years. Nitv/owners posted those lies on their website, emails and faxes by the millions for 30 years. Nitv website also allowed people to post their lies about Dektor, PSE and Defendant. Those lies by nitv/owners posted and had spread have cost Dektor many millions of dollars in sales and training.

    There is no doubt that polygraph, other fake "voice lie detectors" and their sellers did not like the truth about them being made public. Just as any product or person would not want information about them revealing their dirty side and problems. Revealing a product that does not perform as claimed, would impact sales and income of that seller. Various news media, for 30 years that nitv has existed, has documented the many ways nitv/owners has lied. Several times, nitv founder, humble, has admitted himself on camera and quoted in print stating his gadget cvsa and his made up training had NO independent studies proving any cvsa accuracy better than a coin toss. The fact is, independent studies have proven cvsa accuracy is NO better than a coin toss, about 50%. Because nitv/owners had NO cvsa accuracy studies proving cvsa was accurate for lie detection, nitv decided to makeup "studies/surveys" to get law enforcement to buy them. Nitv/owners claimed one fake study in 2012 was published in a "scientific journal" that has been proven nitv/owners only made it up. That "study" was ONLY a 14 page article that never mentioned cvsa or nitv. Nitv and their lawyers have refused to ever give any contact information to prove that "journal" exists. Why? Other made up "studies/surveys" nitv claims were done by the military. How interesting since NO contact information has ever been given as to where or who did those military cvsa "studies/surveys".

    It has been extremely clear, since the beginning of this lawsuit, that this court has either refused to look at and/or totally ignored the massive amount of documents, news articles, ABC News investigation video submitted by Defendant and posted at nitvcvsaexposed.com that PROVE, beyond any doubt, that this fake, made up nitv/lawyer lawsuit has NO

credibility and NO merit. Its ONLY purpose was to use the court as a weapon to waste the Defendant's money and put him out of business. That tactic has been used many times before by nitv/owners who were able to find sleazy lawyers who were desperate for money to carry out nitv's thug like tactics to waste other people's money. Some of those lawsuits were against nitv's ex-employees. Other thug tactics are used every day by organized gangs to get their way to make money. Those gangs do not use lawyers. They use actual violence and murder to get their ways. Those gangs say: It's nothing personal, it's just business. Nitv/owners have never had any real, quality product and training to sell, so they simply make up lies about them to get sales.

    Before the lawsuit was filed, nitv lawyers never contacted the Defendant to discuss the matter, either by phone, mail or email. Professional lawyers do that to try to avoid a waste of time and money by everybody. Instead, nitv lawyers simply made up lies to be able to file the lawsuit. But, within a month of that lawsuit filing, Defendant put up the massive website nitvcvsaexposed.com with actual documents, ABC News video of 2006 and detailed explanations of each of those documents proving nitv/cvsa/owners were only a money making scam. The same nitv lawyers on this lawsuit READ ALL the documents and saw the ABC News video on my news website nitvcvsaexposed.com proving nitv/cvsa/owners were only scam. They knew then the nitv/owners lawsuit was a fraud. Nitv lawyers, knowing now the lawsuit was not justified, STILL later demanded my news website be removed. That demand and approved by this court, clearly violated my constitutional rights of freedom of press, freedom of speech and freedom of expression. Nitv lawyers could clearly see the documents were real. Since this was a civil lawsuit, not a criminal case, nitv lawyers had NO, repeat NO legal obligation to stay with the case, especially since nitv lawyers knew the lawsuit now should NEVER have been filed. The lawyers, from two separate law firms, refused to withdraw because they only wanted the huge payout they expected from their massive billing hours in a federal lawsuit. The same huge payout they were getting suing the same person who SUED nitv and won a massive lawsuit, about $800,000 and still unpaid by nitv, after 9 years .

    As officers of the court, those lawyers were legally obligated, if just for ethics alone, to withdraw because nitv was a criminal business proven by the documents and video on my news website and the lawsuit had no merit. To this day, those lawyers continue to lie to this court, including demanding legal decisions that are not justified and those decisions have severely harmed this Defendant financially in this made up lawsuit. Nitv lawyers also demanded sanctions and punishment to this Defendant, not because they were justified, but only for the psychologically sick and mentally unbalanced nitv owners/wives who demanded this fake lawsuit to eliminate the person that was exposing their scam. Nitv/owners/wives cherish and worship money, material items and a lavish lifestyle at the painful expense of those innocent people falsely accused (many convicted) by nitv's fake "voice lie detector" and nitv's made up training.

    After 30 years, nitv still says sales numbers prove something works (it NEVER does), nitv has 2 patents and uses "studies/surveys"  to claim cvsa works. Patents NEVER prove something works, it only legally protects an idea. Fake studies/surveys do NOT prove anything, except fraud. To this date, nitv/owners still have No, repeat NO independent study that proves their gadget and training have better accuracy than a coin toss.

    As proven a year ago, nitv/lawyers committed perjury by knowingly submitting a fake affidavit claiming Mosquera was some type of independent person and had no connection to nitv to keep the lawsuit in Florida. Defendant PROVED Mosquera was the international sales representative for nitv and website designer for nitv for many years. This court refused to sanction nitv lawyers or nitv for committing perjury. Nitv lawyers, instead of acting like professional lawyers, claim statements and documents by Defendant are only  "ramblings". Lawyer d'sousa said months ago in a court document I had "paranoia". Really? A lie in writing is called liable. Since d'sousa has never met me, never was trained as a mental health expert and never evaluated me in any way, his slimy and unprofessional insult only proves the term "shister" accurately describe him. Clearly, he and d'loughy's continuation of this scam lawsuit, only to get as much money as possible from nitv/owners, prove both of them are "shisters". They might laugh at that, but since the moment the lawyers read my documents on nitvcvsaexposed.com, they knew nitv/owners was a international criminal business selling fake "voice lie detectors" that had NO proof ever they were real, a fraud and a felony. Those lawyers were making money, made from billing hours, that they knew was from a criminal business. From the moment they read the documents on nitvcvsaexposed.com that they had to have read because they demanded the site be taken down, from that point on, the lawyers knew they were actively and criminally involved in a international, criminal enterprise, a felony. These lawyers and their law firms are as guilty as nitv owners of being involved in committing crimes. Their law

degrees do NOT give them a "get out of jail free" card. Every year, thousands of lawyers are disbarred and criminally prosecuted for various crimes as a lawyer. Just ask F.Lee Bailey.

 At NO time has nitv or their lawyers EVER produced ANY independent study proving cvsa and nitv's training are real and accurate better than a coin toss. The lawyers have always evaded that point. Why? If nitv/lawyers are suing me for me claiming cvsa is fake and nitv is a fraud, then it their duty to submit documents to convince the court my claims are false. Statements made by nitv/lawyers during this lawsuit, WITHOUT facts to back them up, have only been HEARSAY. Nitv lawyers certainly know that.  Nitv lawyers REFUSED to honor any of my 51 Discovery demands. Not one. Why? Are they afraid of what the FACTS would prove about their clients and their made up lawsuit? Hell yes!

 Nitv lawyers have NEVER proved during this lawsuit their client has a independently proven real "voice lie detector" and training in any way. They ALWAYS AVOIDED that issue. Such proof is MANDATORY if nitv/lawyers are claiming my facts and documents are false that had proved nitv/cvsa/owners is a scam and now nitv is claiming monetary damages. Nitv lawyers have FAILED, in every way, to establish their lawsuit ever had any merit. Because nitv lawyers have failed to prove cvsa is a real lie detector AND my massive documents posted proving nitv/cvsa/owners is a scam are real (nitv lawyers NEVER claimed they were made up), those nitv lawyers have completely failed to prove why nitv/owners deserve any compensation for being exposed for the scam that they have been for 30 years. That proof is needed to claim monetary damages. Would any court award Bernie Madoff ($63 billion scammed) damages because his feelings were hurt or he lost money because HE was exposed as a conman and scam?

 This court MUST sanction and fine, to the fullest extent of the court's abilities, nitv lawyers for knowing and deliberately filing a made up lawsuit only to use the court as a weapon, as nitv/lawyers have done before to many others. In this lawsuit, lawyers FAILED to do their DUE DILIGNCE to determine if the lawsuit had any merit or cause BEFORE filing the lawsuit. After they filed it, they saw and READ my massive documents on my news website that they demanded be removed. The lawyers knew then the nitv lawsuit had NO credibility and were obligated to withdraw from the lawsuit. But, the lawyers stayed ONLY because they had a client, with a huge bank account that would pay them anything they wanted with their billing hours to try to waste my money and put me out of business. If the lawyers succeeded, nitv/owners could have a monopoly as the only business selling "voice lie detectors" in the world, despite the fact nitv's cvsa gadget and training has been proven by news media, independent studies and by nitv's own admission for 30 years as being a fraud. NO proof your product works, is a fraud. Sales numbers and patents by nitv/owners do NOT prove something works. In addition, nitv lawyers tried using extortion type tactics on my former IT person to demand he turn over my PSE software codes FOR FREE or they would sue him in federal court, only to waste his money by using the court as a weapon. When he offered to sell it to them, nitv/lawyers refused. Why would nitv want Dektor's PSE program if THEIR cvsa program was so great? The clear answer is the cvsa program has been proven to be junk for 30 years and nitv wanted the only REAL and PROVEN system of Voice Stress Analysis for 50 years, PSE, to sell.

  Arthur Herring III, Defendant
  400 E. Station Ave. #225
  Coopersburg, PA 18036
   Phone: 215.631.1448
  Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on November 4, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

          Arthur Herring III