IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

**PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO MOTION TO DENY CLAIM OF DAMAGES**

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby files this memorandum in opposition to defendant Arthur Herring, III's ("Herring") Motion to Deny Claim of Damages (the "Motion") [D.E. 145], and states as follows:

1.    The Motion is the latest diatribe/attack piece from Herring. This time, Herring wedges an assault on Plaintiff's damages in the midst of his familiar personal insults/attacks and appears to argue that the Court should reduce or entirely disallow the damages being sought by Plaintiff in its pending Motion for Default Final Judgment [D.E. 135].

2.    The Motion is improper and does not merit a response. First, as with Herring's other filings, the Motion is devoid of the requisite Local Rule 7.1(a)(3) certification (as Herring has ***never*** conferred with undersigned counsel on ***any*** of his multitude of motions). Second, and more importantly, the Motion is essentially a rehash of Herring's Objection to Plaintiff's Final Default Judgment and Permanent Injunction Against Defendants [D.E. 138]. Plaintiff has already responded fully to Herring's arguments stated therein in Plaintiff's reply memorandum in support

of its default judgment motion [D.E. 140]. In the interest of judicial economy, no further substantive response to Herring's ramblings is necessary.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order denying the Motion and for such further relief as the Court deems proper.

|  |  |
|---|---|
| Respectfully submitted | Respectfully submitted, |
| ADVISORLAW PLLC<br>2925 PGA Boulevard<br>Suite 204<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 622-7788<br>Jdloughy@advisorlaw.com | DESOUZA LAW, P.A.<br>101 NE Third Avenue<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 603-1340<br>DDesouza@desouzalaw.com |
| By:/s/ James D'Loughy<br>  James D'Loughy, Esq.<br>  Florida Bar No: 052700 | By: /s/ Daniel DeSouza, Esq._____<br>  Daniel DeSouza, Esq.<br>  Florida Bar No.: 19291 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on November 21, 2019, I served the foregoing document via US Mail to Dektor Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.

4841-1795-7485, v. 1