IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC : 9:18-cv-80994-DLB
    Plaintiff
    :

vs
    :

ARTHUR HERRING III, AND
DEKTOR CORPORATION :
    Defendants :

FILED BY Cbs D.C.
NOV 26 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

---

Request for More Time During Hearing on Damages

I, Arthur Herring III, Defendant filing Pro Se am filing this request.

After carefully reviewing the massive amount of documents I have pertaining to the made up lawsuit filed by Nitv, I am asking the court for much more time than the two hours the court is currently providing for this hearing. I would not be able to present my defense, with those documents, in such a short time since the plaintiff will also be using that time. At this time, I have about 2,635 new documents that must be presented by me. Those documents will prove Nitv's made up claims have no merit. The only true purpose of those made up claims by plaintiff was to create and file a frivolous lawsuit whose sole purpose was to waste Defendant's money and to try to put him out of business so plaintiff could be a sole monopoly in the "voice lie detector" business. Plaintiff has a long and documented history of threatening worthless lawsuits and filing worthless lawsuits for that purpose. Defendant needs at least 6 hours of time to be able to properly defend himself using those documents. Any time less than that, will be depriving him of his Constitutional rights to a fair trial.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on November 22, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring, LLL
400 E. Station Ave. #225
Coopersburg, Pa 18036

US District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
West Palm Beach, FL 33401

33401-511352

23 NOV 2019 PM 4 L