IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

## NOTICE OF FILING DECLARATION OF KEVIN R. FOYTECK IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby gives notice of the filing of the attached December 5, 2019 Declaration of Kevin R. Foyteck (the "Foyteck Decl.") in further support of Plaintiff's Motion for Default Final Judgment Against Defendants (the "Default Judgment Motion") [D.E. 135]. Mr. Foyteck is a certified public accountant employed by Ellrich, Neal, Smith & Stohlman, P.A. ("ENSS") who performed the expert damages analysis together with Matt Smith. Due to an unavoidable conflict, Mr. Smith will not be able to testify at the forthcoming hearing on December 10, 2019, and therefore Mr. Foyteck will testify in his place and has submitted the attached declaration in substantially the same form as the prior declaration submitted by Mr. Smith (other than ¶ 2, the remainder of the declaration remains the same).

December 5, 2019.

| Respectfully submitted | Respectfully submitted, |
|---|---|
| ADVISORLAW PLLC<br>2925 PGA Boulevard | DESOUZA LAW, P.A.<br>3111 N. University Drive |

|  |  |
|---|---|
| Suite 204 | Suite 301 |
| Palm Beach Gardens, FL 33410 | Coral Springs, FL 33065 |
| Telephone: (561) 622-7788 | Telephone: (954) 603-1340 |
| Jdloughy@advisorlaw.com | DDesouza@desouzalaw.com |
| By:/s/ James D'Loughy | By: /s/ Daniel DeSouza, Esq._____ |
| James D'Loughy, Esq. | Daniel DeSouza, Esq. |
| Florida Bar No: 052700 | Florida Bar No.: 19291 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on December 5, 2019, I served the foregoing document via US Mail to Dektor Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

/s/ Daniel DeSouza\_\_\_
Daniel DeSouza, Esq.

4841-1795-7485, v. 1