United States District Court
December 9th 2019
Case Number 9:18-CV-80994-DLB

NITV v Dektor Corporation

Judge Brannon

Arthur Herring III  Defendant Pro Se

Motion for Allowing Tablet and cell phone to Court

I have a exhibit video on a ~~cell phone~~ small tablet. I need to bring my cell phone, on vibrate, because my mother has a heart condition and in a emergency I need to be contacted.

Submitted to Court Clerk in person

*Arthur Herring III*

FILED BY MEG D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.