✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

NITV Federal Services, LLC

## EXHIBIT AND WITNESS LIST

V.

Dektor Corporation, et al.

Case Number: 18-cv-80994-DLB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| Dave Lee Brannon | Daniel DeSouza & James D'Loughy | Arthur Herring, III (pro se) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/10/2019 | Ilona Lupowitz | Stephanie Payne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 12/10/2019 | Y | Y | 10/11/19 Declaration of Charles W. Humble |
| 2 | | 12/10/2019 | Y | Y | 12/5/19 Declaration of Ken Foyteck |
| 3 | | 12/10/2019 | Y | Y | Kevin Foyteck Curriculum Vitae |
| 4 | | 12/10/2019 | Y | Y | Sales Analysis Prepared by Ellrich, Neal, Smith & Stohlman, P.A. |
| 13 | | 12/10/2019 | Y | Y | 6/18/19 e-mail from Arthur Herring, III to Daniel DeSouza ("I did not know") |
| 15 | | 12/10/2019 | Y | Y | Printout of Dektor website |
| | | | | | |
| | A | 12/10/2019 | Y | Y | NITV EULA |
| | GGGG | 12/10/2019 | Y | Y | Ads by NITV in law enforcement magazines |
| | WWWW | 12/10/2019 | Y | Y | Sales numbers CVSA 2019 |
| | | | | | |
| | | | | | Charles W. Humble (witness) |
| | | | | | Kevin Foyteck (witness) |
| | | | | | Arthur Herring, III (witness) |
| | | | | | |
| | | | | | Court took judicial notice of (1) website "cvsa1.com", (2) Great Seal of the United |
| | | | | | States and (3) Docket Entry 95. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages