IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :      9:18-cv-80994-DLB
    Plaintiff

                             :

vs

                             :

ARTHUR HERRING III, AND
DEKTOR CORPORATION   :
    Defendants   :

FILED BY _____ D.C.
DEC 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## Reply to Plaintiffs Notice of Herring's Filing Email

    I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to Plaintiff's Notice above.

    Just like with Plaintiff's previous filings in this made up lawsuit for over 1.5 years, their so-called "facts" in their latest filing, just like their client's fake voice lie detector, have very little accuracy.

    As owner of Dektor Corporation for 19 years, I have followed the court's rulings pertaining to removing various information proving nitv has been a scam for 30 years on my Dektorpse.com website. That also included removing the 2006 ABC News investigation of nitv's owner humble confessing on national TV that there were no independent studies proving his cvsa gadget had any accuracy better than a coin toss. That same story proved the US military banned the cvsa in 2005 due to poor accuracy and the store bought title of "Dr" (PhD) that humble bought from a one room store calling itself a "university" selling fake education titles. I also took down my massive news website nitvcvsaexposed.com that contained almost 1,000 actual documents further proving the nitv/cvsa/humble/kane fraud. That site also contained various news articles proving the nitv/cvsa/humble/kane fraud. Shortly before the site was taken down, the owner of another news website archived that site and now it will be on the internet forever. It cannot be removed. The ABC News investigation of the nitv fraud mentioned earlier was also archived, will be seen forever and cannot be removed. As the owner of Dektor Corporation, I have not posted or emailed information pertaining to the nitv/cvsa/humble/kane fraud as owner of Dektor Corporation as ordered.

    As I stated in court, I have other businesses with the name Dektor that have existed for several years. Any emails I have sent out have been as owner of one of those other Dektor named businesses or as a private citizen, exercising my guaranteed constitutional rights of freedom of speech, freedom of expression and freedom of the press exposing the massive scam by nitv/owners on law enforcement departments nationwide. This also includes using the same phone number that I use for all of my other Dektor named businesses.

    So far, about 1,904 various law enforcement departments nationwide have been scammed. The number of 1,904 was obtained from nitv's website by counting the "purchasers" listed on the nitv chart of the various states. That number cannot be considered real due to the constant documented lying by nitv/owners. That number of 1,904 is still on the nitv website as of late November 2019. This court was told by nitv's CPA Foytek, nitv had 2,703 "customers". That is a huge difference in number. Those nitv "customers" were listed only as numbers that could not be verified as being actual "purchasers", whether those "purchasers" still used cvsa, how many cvsa gadgets each customer bought, how many people were trained and how many were still recertified. All of which would possibly determine any type of statistics pertaining to any possible loss of business, if any. Nitv NEVER produced any documents of letters in court that stated that because of me, they did not buy cvsa. Nitv simply said to the court "take our word for it". Foytek admitted in court NONE of those so-called "customers" listed by nitv were ever contacted to verify they were real because no

contact information was ever given for them by nitv. ALL such "customer" information had to have been also given to me long before the trial for me to verify since I am the defendant. As proven in court by me, the numbers on nitv websites and in their ads for 20 years do not add up correctly during those years. Just like with other scams, especially financial scams, fake documents are created all the time to deceive people.

It has been proven, for 25 years, various nitv lawyers have massively abused the legal system and the courts, specifically weaponized them, to waste people's money and to put any business they feel is a threat to them out of business just to create a monopoly for nitv owners. The results are nitv owners enjoy their earnings by fraud in their lavish lifestyle. But, when the courts rule against nitv/owners, as the Supreme Court of Florida did 8 years ago and ordered nitv to pay Baker (now about $800,000), nitv refuses to pay. About 3 years ago, nitv sued Baker for revenge on using up claims, like in my lawsuit. According to documents provided by Baker's lawyers, nitv has been shuffling their assets around between about 5 different nitv named businesses and between owners Humble, Kane, Lourdes Humble and Olga Kane, also CFO of nitv FS. Baker's lawyers have spent years trying to "pierce the corporate veil" with little success. Nitv uses lawyers, such as Bergman and d'loughy, who brag on their websites they "hide" assets from legal judgements and from the IRS. Nitv has used the threat of a lawsuit against many other people, including antipolygraph.org owner Maschke, to force him to remove all items he posted proving the nitv/cvsa/humble fraud for the past 20 years just to reshape nitv's image. Letter included. Nitv knows they have the tens of millions of dollars for lawyers to get their way that other people do not have. Organized crime uses thugs to get their way. They say: "It's nothing personal, it's just business".

I have been exercising my rights of free speech and as a whistle blower exposing the misuse and waste of state and federal tax dollars in this massive fraud for 30 years since the nitv/cvsa fraud began. Millions of innocent people had their lives ruined because they were falsely accused by law enforcement using cvsa because cvsa buyers were told cvsa was "98% accurate" by nitv. There are about 25 other fake "voice lie detectors" sold that Dektor must make its customers aware of so they do not waste their money and ruin criminal cases.

The recent documents submitted by nitv lawyers show how much and how far certain past and current high level current and former law enforcement officers have gone to protect this scam for 30 years only for their own financial benefit. Those same individuals have tried to ignore or dismiss my massive documents and video proving the nitv scam. My information included the confession by humble on the ABC News video shown nationally (twice) in 2006 where humble himself stated cvsa accuracy was never independently proven after being sold then for 20 years. Instead, nitv now use their various made up studies to lie to people about cvsa being "98% accurate". Those "studies", including the 2012 Chapman "study" in a non-existent journal, have been proven to be totally made up by nitv/humble.

This court has seen nitv/lawyers never, repeat never submitted one independent study that proved cvsa and nitv training had better accuracy than a coin toss during this entire 1.5 year trial. Actual studies prove cvsa is only a coin toss. Sale numbers, patents and lawyers suing do not prove a lie detector gadget works. As I pointed out in court, there are about 15,000 police and sheriff departments in the U.S., not counting college police, prosecutors, prisons, state and federal agencies, etc worldwide. After 30 years of sales, with monthly, full page ads in various law enforcement magazines, nitv has admitted they only have about 2,500 or 2,700 unverified "purchasers" worldwide. That is extremely poor sales. Hardly sales for a claimed "98% accurate" lie detector.

The fact is, two different nitv law firms never produced or submitted in court at any time the actual names and contact information of nitv's "purchasers" to verify their authenticity and other documents to back up the CPA's claims of sale losses. Nitv lawyers never provided any documented proof sales were lost because of me in actual letters by potential customers, including by ICAC and Texas licensing board. About 6 years later, texas still only allows polygraph for lie detection. ICAC was free to allow nitv to speak, but the facts proved to ICAC cvsa was a fake lie detector. In business, people are allowed not to buy something for any reason. Nitv lawyers and CPA Foytek never considered the damage to cvsa sales because various news media have been exposing the nitv/cvsa/humble scam for 30 years. This included the damage done by the twice shown nationally viewed ABC News investigation of humble/nitv/cvsa in 2006. In that investigation, humble actually confessed he had no independent studies that proved cvsa had any accuracy better than a coin toss. Since then, nitv/humble/kane have only made up fake accuracy studies, including one in a non-existent journal. At trial, humble refused to provide the contact information of that so-called journal called Criminalistics

and Court Expertise to prove it was real. Nitv/lawyers/CPA <u>never</u> considered the damage done to cvsa sales because cvsa "purchasers" told others not to buy cvsa because cvsa was not accurate for lie detection.

Based on this information provided, all demands of any damage claims by nitv/lawyers claimed against Dektor/Herring must be completely denied by this court because plaintiff lawyers <u>refused/never</u> provided independent proof cvsa is a real lie detector, no documents provided (with contact information) proving nitv's sales, <u>no documents</u> proving the number of cvsa's sold, people trained and <u>no</u> documents proving how many were recertified.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: <u>Admin@dektorpse.com</u>

CERTIFICATE OF SERVICE

I certify that on December 16, 2019 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

