IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :     9:18-cv-80994-DLB
    Plaintiff
                            :

vs

ARTHUR HERRING III, AND
DEKTOR CORPORATION   :
    Defendants   :

FILED BY ___cbs___ D.C.

FEB 06 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

---

Motion for Detailed Explanation of Courts Order Pertaining to Disclosure of Information .

    I, Arthur Herring III, Defendant filing Pro Se am filing this Motion for an explanation as stated above.

    After contacting Ms. Payne, of Judge Brannon's office about a needed clarification, I was informed by her I need to have my request as a Motion. This Motion is for that purpose.
    To review. In 2019, this court issued an order to Dektor Corporation and its owner that made many, many demands pertaining to the disclosure of any information to the public and law enforcement. The order, as written, clearly violates the Constitution and my Constitutional rights. The order pertained to informing and educating various entities about a well-known, 30 year scam on law enforcement by a international criminal enterprise. That scam has been documented in various, worldwide news media for almost 30 years. That criminal enterprise consists of a so-called "business" called nitv (national institute of truth verification) selling a fake "voice lie detector" called cvsa (computer voice stress analyzer) and its made up training, as admitted by nitv.
    Today, after 30 years, there is still NO independent study that proves the cvsa gadget and training are any better than about 50% accurate, a coin toss. Nitv/owners have claimed for 30 years cvsa is "98% accurate" but refuse to provide any facts to back it up. Nitv/owners have also made up many other claims about cvsa. These include no counter-measures will change the results and cvsa is not affected by drugs, alcohol or manual manipulations. Nitv/owners have NEVER produced any independent studies or facts to prove those claims. Nitv/owners have also stated cvsa does not have any attached wires, a reference to polygraph having attached wires. Again, nitv lies. Cvsa DOES have a attached wire. The cvsa microphone must be ATTACHED to the person to record his vocal responses.
    For the past 1.5 years, many documents and exhibits were submitted by Dektor in this fake lawsuit. Also provided to the court was huge 49 page section about the nitv/cvsa scam on the Dektor Corporation website and the massive news website nitvcvsaexposed.com, with massive amount of documents and the 2006 ABC News video investigation story about nitv, cvsa and humble. Those documents and video ALL verified that nitv/cvsa/owners have been only a worldwide scam on the public and law enforcement for 30 years. It is estimated at least a million criminal cases have been ruined because of the scam and as many innocent people were falsely accused because of fake "voice lie detector" tests. A fake gadget, sold as real, is called fraud, a felony. Advertising that fraud is called false advertising, a felony. Using the US mail for that fraud is called mail fraud, a felony. Using a phone, fax machine, email, etc, as part of that fraud is called wire fraud, a felony. Using the Great Seal of the U.S. as their personal symbol and to make people think their business is a part of the U.S. government for 30 years is a felony. How many MILLIONS of times did nitv/owners/staff/directors/sales people/instructors do that over 30 years? Those are just a few of the many crimes committed by nitv owners humble, kane, their wives olga and lourdes, nitv directors crotty and mosquera, nitv secretaries stacy and carol, cvsa instructors and sales people, nitv's cvsa member association called nacvsa, its directors

cox, merchant and bennigson during the past 30 years. Humble has admitted twice in the news media, as late as 2006, that he had NO such accuracy studys on cvsa and his made up training since nitv/cvsa started in 1988. A few of nitv's current/former staff and instructors have also said they have never seen any type of accuracy study proving cvsa/training is better than a coin toss, never mind the wild and unsubstantiated claim by nitv owners humble and kane, that cvsa/training is "98% accurate". Kane actually sent out a letter in 2016 stating cvsa/training is "98% accurate". But, in about 2000, in federal court, nitv's director admitted cvsa was NOT a lie detector and should not be used as one. Nitv/owners do not seem to remember they ever said that.

    Lying by nitv, owners humble, kane, their wives, secretaries carol and stacy, directors mosquera and crotty, nitv instructors and sales people and nitv's cvsa association nacvsa directors cox, merchant, bennigson and nitv's made up body language course called ais and its instructors wiebe and wall continue today. For example, humble still uses the fake, store bought title of "Dr" (Phd) that he bought in 1987 to make people think he is a genius of his business. In 1988, humble started to sell his unreliable "remade" PSE's humble now called cvsa. Cvsa's that he had a person called torfino try to copy from the real PSE®. Facts proved cvsa was NEVER a correct electronic copy of the PSE. Humble planned to use that fake "dr" title to convince people he was a lie detector genius and claiming he actually invented the cvsa. The fact is, humble NEVER had any electrical, engineering or electronic training to invent anything of that nature, not even to invent a flashlight. Facts have proven, for 31 years the title "Dr" is only a store bought, fake diploma, from a one room store calling itself a university. Humble/lawyers claim the title is "honorary". In ENGLISH, the fake "diploma" says Doctorate of Psychology. That is what humble wants people to see and believe. Humble only had to listen to some religion talk for a few hours to buy that fake certificate, as documented by the ABC News video in 2006. But, on humble's fake "diploma", there is a word, in LATIN, that means honorary. Humble uses that technicality as an excuse, if he is ever challenged, to say his fake "diploma" is "honorary". Why would anyone go to a place that sells fake educational "diplomas", at a one room store, calling itself a "university" unless he was going to buy a fake education title to deceive people to make money? A year after humble got his fake "dr" title, he started selling his fake cvsa "voice lie detectors". The instructors, sales people, sales directors crotty and mosquera, the cvsa association called nacvsa, its administrator carol graham, its directors and nitv staff of carol and stacy know nitv, cvsa, training and ais is a scam, but only work there for a paycheck at the expense of the taxpayers and the at least one million, falsely accused victims. Those other nitv staff are as guilty of those various criminal offenses named previously as humble, kane and their wives who are directly involved and promoting the nitv/cvsa/ais scam. The staff of this mafia also includes humble's wife, lourdes, who is manager of nitv and kane's Russian wife, olga, who is CFO (chief financial officer) of nitv.

    The latest members of this international, criminal, nitv mafia, are nitv lawyers desousa and d'loughy. Before they filed their fake nitv lawsuit, those nitv lawyers had read the 49 page section on my Dektorpse.com website devoted specifically to the nitv/cvsa scam. Those two lawyers knew then nitv/cvsa/owners were a scam. The nitv lawyers even took several passages from the Dektorpse.com website to use in their lawsuit. Within a month of filing the fake nitv lawsuit, I put up a separate, massive NEWS website called nitvcvsaexposed.com. The site had massive amounts of <u>documents</u> and the 16 minute ABC News investigation story of the nitv/cvsa/owners scam from 2006. I had contacted ABC News in 2005 and talked directly with their investigation unit before the segment was filmed. I supplied them with almost all of the documents and information they used in the story. In that 2006 story, humble stated again he had NO independent studies that proved cvsa was better than 50% (even after almost 20 years of cvsa sales), humble's "dr" title was exposed again as fake and the US military had banned the cvsa because of the very poor cvsa accuracy after the US taxpayers had already paid almost $1 million for the fake cvsa's and training. Those nitv lawyers knew for sure, after they reviewed the nitvcvsaexposed.com website, nitv/cvsa/owners were only a scam, a criminal business. Since their lawsuit is only a civil one, not criminal, those lawyers should have realized, with my documents, that their nitv lawsuit had NO merit, nitv was a international criminal enterprise and they must excuse themselves from the case. But, nitv lawyers not only stayed on my case, but several years before those lawyers sued Baker only because Baker had sued nitv for liable and won. Baker won a current $850,000 judgement against nitv for liable in about 2007. Nitv still refuses to pay Baker today, despite the Florida Supreme Court ordering nitv to pay. According to court documents, nitv/owners/wives are involved in a "shell game" of hiding and moving nitv/owners assets around to avoid paying Baker. According to sources, one of those "shells" include a so-called "business" called Land View Lending. Among other things, Land View Lending "owns" the building nitv is located and "rents" it to nitv. Another "shell" is called Voice Biometrics. The PO box

for it is located in the same building in Delaware that rents PO boxes. The same business also rents a PO box for nacvsa, nitv's cvsa member association. Its location is in Delaware to avoid paying Florida taxes, but the phone number for it rings in nitv's Florida office. That is called tax evasion. The "owner" of Voice Biometrics is kane.  D'loughy and desousa took the Baker and my case only for the massive amount of money they were making from billing hours from their very deep pockets client, nitv/owners. Money that was made and came only from a ongoing, international criminal scam of 30 years. Those lawyers are now connected directly to the various crimes as nitv/owners still commit. As was proven by me with documents, those nitv lawyers deliberately committed perjury in the beginning of my lawsuit. They submitted a false affidavit to keep the lawsuit in Florida. They lied by using a document signed by a "unknown" person, mosquera, claiming mosquera saw my dektor website on the internet. The lawyers used that to claim the lawsuit must be in Florida. Facts discovered by me PROVED mosquera was in charge of cvsa sales for Latin America and also was in charge of humble's personal website humble had made in 2005 to honor himself . Despite those lawyers committing perjury and I had demanded severe sanctions to them, the court did not punish the lawyers in any way.

    Another member of this nitv mafia family is Marigo Stathis. She was a neuro scientist at John Hopkins University. According to the university, she was fired in 2019. It is claimed she co-wrote a 14 page article, referred to as the Chapman "study". The "study" was supposedly published in a so-called "scientific journal" called Criminalistics and Court Expertise, 2012 Annual Edition, #57. But, the journal does not seem to exist because nobody can find it for the past 8 years and not any of its past or future editions. Major universitys cannot find it and the Library of Congress says it does not exist. Lawyer's desousa and d'loughy refuse to supply the contact information of that "journal" to me, despite many emails to them. Stathis refused to answer people's emails or phone calls. According to sources, stathis is paid by nitv/owners to speak to law enforcement, using the fake Chapman "study" to get cvsa sales. Nitv still claims that 14 page "study" proves cvsa is "98% accurate", but the Chapman article NEVER mentions cvsa or nitv at all. So, how can nitv/owners claim the "study" proves cvsa is "98% accurate" when it NEVER mentions cvsa or nitv? Nitv cannot! Nitv/owners have also made up other "studys/surveys" they claim were done by the military claiming they prove cvsa is "98% accurate" for lie detection. Again, nitv has NO, repeat NO contact information, after 15 years to prove those "studys" are real.

    It must also be pointed out that nitv/lawyers NEVER proved their various claims in their lawsuit. Their only "victories" were because I never had a lawyer due to lack of money. Their default judgement against Dektor was only because a person could not represent a corporation, even if that person owned it. The judgement against myself was a total rejection of their lawsuit. Nitv claimed about $17 million in damages. Nitv was allowed to hand-pick the CPA firm to "prove" nitv had lost business because of my exposing them as a fraud. In court, the CPA firm only presented a spreadsheet of nitv claimed 2,700 "customers". Upon questioning by me, the CPA admitted in court nitv NEVER gave them the names and contact information of those "customers" to verify they were real. On the CPA spread sheet, the buyers were only listed as "customer #1, customer #2, etc,". NO contact information provided by nitv. In addition, the CPA admitted in court they were NEVER able to VERIFY how many cvsa gadgets were ever bought, how many people were ever trained and how many people were still recertified. Since the CPA was not able to verify those customer "numbers", I as the defendant, was also NEVER allowed to verify those various customer "numbers". Those numbers nitv gave to the CPA were expected to be taken as fact by this court. Numbers taken on faith supplied by a business that has been selling fake "voice lie detectors" and made up training for 30 years. Those crimes are called fraud and the many other felonies that go with it that were committed by nitv owners, their wives, secretaries stacy and carol, cvsa instructors, cvsa salesmen and now nitv lawyers desousa and d'loughy. Nitv uses a former army major, golden, who does various dirty "tricks" for nitv. Since golden gets paid with nitv's "dirty" money, he is also part of the nitv mafia.  Because of me contacting the attorney general of Florida in January of 2019, AG Moody and her office opened a investigation on the nitv/owners scam that this court and nitv/lawyers only found out about in June 2019 after I was allowed to release the information. At the December 2019 trial to determine damages, I was able to prove to the court, using nitv's own sales numbers from their websites and ads over 30 years, that the REAL number (if taken as fact by nitv) of cvsa "customers" is ONLY 1,904. A huge difference of nitv's claim of 2,700 buyers that were only labeled as "customer #1, customer #2, etc", with NO contact information supplied by nitv/owners to verify their existence.

    The word "buyer" must be explained. Normally, when someone buys something, they own it. With nitv, after a person pays $10,000 per cvsa, the person thinks they own it. But, under the terms of a nitv buyers agreement, if a

person does not want their cvsa's (after they find out they were scammed) they cannot resell it or even give them away. The cvsa gadgets must be given back to nitv for FREE. According to former nitv employees, nitv then resells them as being "new". It seems the $10,000 per cvsa just a "permission fee" just to use a cvsa.

     The judgement against me was based on the court using one, just ONE, letter by a sheriff department that said because of my factual information about nitv/cvsa, they decided not to buy any more cvsa's. No laws were ever broken by me. It's called freedom of speech. I have to protect the image and reputation of the only real system of Voice Stress Analysis™ called PSE® and the only PROVEN training for it sold today by Dektor Corporation since 2000. The previous seller of PSE® was by Dektor CS, that invented both in 1969. The court figured 10 other departments decided not to buy cvsa because of my contact with them and then doubled the penalty figure to about $800,000. The number was doubled as a penalty ONLY because the court thought I had erased information on my hard drive as claimed by nitv's hand picked choice to be their IT business to analyze my hard drive. I totally deny I did so or even had the knowledge to do so. As per the document and its contents my former IT person, Vanderhoff, was forced to sign, he signed it only because of the threat by nitv lawyers that if he did not sign it, they would simply sue him just to bankrupt him as a punishment for not signing. Vanderhoff is a single parent with two small children, so he had to sign. Another time, Nitv's lawyers tried but failed, even with their threat of suing Vanderhoff, that Vanderhoff GIVE the PSE® source codes to nitv for FREE. When Vanderhoff said he would sell them to nitv, nitv/lawyers said no. Why would nitv want Dektor's source codes for the PSE if nitv is claiming their cvsa is better than the PSE? The answer is that it has been well known the cvsa programs, including cvsa II and the "new" cvsa III, has many glitches and problems, including crashing and freezing. The court allowed nitv to hand pick their IT person to analyze my hard drive, despite my demanding the court pick their own IT person so no false claims could be made by nitv's hand-picked person. Especially, since nitv has been proven to be a criminal business, by their own admission, for 30 years. My request was overruled by this court.

     This lawsuit and the thug like threats by nitv/lawyers to others unless nitv/lawyers gets their way, also includes their recent threat to sue another news website, antipolygraph.org. Nitv/lawyers demanded that owner, Maschke, totally delete everything about nitv, cvsa and owners or Maschke would be sued. Maschke had his lawyer send nitv's lawyer a letter that made it clear to nitv/lawyers they better not try it. Nitv/lawyers are clearly trying to reimage, reshape and remold a 30 year, criminal business to make it look honest by having everyone and every website delete everything that would show nitv/cvsa was a scam just so nitv/lawyers can keep making more money. Nitv/lawyer demands of me to remove my websites, by court order, proves that. But, nitv/lawyers's demands clearly violate the constitution and the RIGHTS of people exercising their constitutional RIGHTS. I am sure Bernie Madoff did not like the news media calling him a conman and depriving him of stealing more billions of dollars, on top of the $63 billion he had already stolen. I estimate nitv/owners scam has made them about $75 million, most of which has been tax free because of d'loughy's claimed expertise of "hiding assets" in various ways on his website.

     Throughout this made up lawsuit, nitv's lawyers have liabled me, in one of their documents, as being "paranoid" without any basis or expertise to say that. In their pleadings, Nitv lawyers often referred to my facts and documents "ramblings". Really? Petty and childish insults by licensed lawyers in federal legal proceedings? Not once, REPEAT not once did those same nitv lawyers ever prove any of my facts and documents about nitv/cvsa/owners were false in any way. If something is not false, then it has to be true. In other words, I proved and continue to prove nitv/owners/office staff/nacvsa/lawyers/directors/instructors/salespeople are a scam and have been committing fraud for 30 years worldwide on the taxpayer and law enforcement. The sad part for me is that if I did have more money for a honest lawyer, instead of the two grossly incompetent ones I had, this lawsuit would have been thrown out in the very beginning. A counter-lawsuit would have been filed by my lawyer and won. My lawsuit would have proven nitv's lawsuit had no merit, except to waste a person's money and to put them out of business, which nitv/owners have done many times in 20 years. Since nitv likes the courts to sue others, why doesn't nitv/owners pay the $850,000 judgement against them ordered by the Florida Supreme Court years ago?

     While nitv/owners have cried fake tears because of the FACTS I educated people on about the nitv/cvsa/owners scam, this court must also be aware that nitv/owners have for 20 years sent out letters, brochures and emails millions of times containing absolute lies about Dektor, PSE and myself.  Those nitv/owners various claims were based on their made up ideas of what they wanted to think. Since I have been the only one that ever worked at Dektor Corporation, there would be NO way nitv/owners could have ever known about anything pertaining to Dektor, PSe or myself unless I

released such information. For 20 years, nitv has constantly had on their website a section called "Posers and Imposters" containing absolute lies by a wacko, psycho, nut job by the name of dirt bell. Nitv allowed dirt bell to post anything he wanted about Dektor Corporation, PSE and myself, even though dirt bell has NEVER met me, NEVER worked for me and NEVER knew anything about the inside business at Dektor Corporation. Nitv/owners do not care about throwing the mud at people, they just don't like having the mud thrown on them, even however justified. Nitv is sending out emails to who knows how many people about their court decision, including MY customers worldwide. Nitv sued me because I revealed facts about them for the past 20 years.

In this Motion, I am asking this court to totally dismiss its previous order on me that does not seem to allow me to discuss or mention the nitv/cvsa/owners scam in any way, to what seems to be to anyone, as it was written. As written, the order clearly violates the Constitution and my Constitutional rights of freedom of speech, freedom of expression and freedom of the press. I will never surrender my Rights. That same order is basically demanding I be a part of nitv's/owners various criminal acts as a "silent partner" and be subjected to arrest for those same criminal acts by nitv/owners because I did NOT report those nitv/owners ongoing crimes to law enforcement and others, including potential victims. This order is demanding I lose millions of dollars in sales and training because I cannot mention the scam by nitv/cvsa, thus allowing nitv lies to be believed by customers, especially since nitv IS allowed to lie about me, but I cannot defend myself/Dektor/PSE as it seems with the order. If the court does not dismiss that previous order, then I want the court to be extremely specific, in PLAIN ENGLISH on who I can discuss this scam with that does NOT violate my constitutional Rights.

Am I allowed to communicate and discuss the nitv/cvsa/owner scam with: police, sheriff, news media, attorney generals, district attorneys, prisons, college police, private investigators, general public, federal authorities, mayors, city council's, public defenders, private lawyers, various types of associations, politicians?

EXHIBITS

A. Email sent by nitv to my customers worldwide for no reason. How did they get their names?
B. Nitv lawyer letter threatening antipolygraph.org owner to remove all nitv/cvsa/owner information.
C. Nitv lawyer threatening IT Vanderhoff with lawsuit unless he gives them the PSE source codes for free.
D. nitv admits cvsa not a lie detector.
E. Mosquera declaration submitted in federal court he does not know nitv.
F. nitv business card of Mosquera proving Mosquera works for nitv.

Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com

CERTIFICATE OF SERVICE

I certify that on February 3, 2020 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

*Exhibit A*

*South Africa*

**Arthur Herring III**

| | |
|---|---|
| **From:** | neels@expertevidence.co.za |
| **Sent:** | Wednesday, January 22, 2020 3:22 PM |
| **To:** | Arthur Herring III |
| **Subject:** | Fw:Arthur Herring/Dektor Found Guilty |

Sent from my Huawei phone

-------- Original message --------
From: NITV Federal Services <nitvfs@cvsa1.com>
Date: Wed, Jan 22, 2020, 9:59 PM
To: neels@expertevidence.co.za
Subject: Arthur Herring/Dektor Found Guilty

View this email in your browser



**FEDERAL SERVICES**

**NITV Federal Services Wins Lawsuit Against Arthur Herring/Dektor Corp. Awarded Damages of**

West Palm Beach, FL, Jan. 6, 2020 — For over twenty years Arthur Herring, the owner and sole employee of Dektor C

1

specializing in the manufacture and training on a specific type of voice-type lie detection equipment, has sent emails and fa agencies across the US spreading false and defamatory information about NITV Federal Services (NFS) and its product, its owners and its employees. When questioned about the veracity of the information he was spreading, Mr. Herring wou true, why don't they sue me?" In July of 2018 NFS sued both Dektor Corporation and Arthur Herring for <u>False Advertising, D Defamation/Business Disparagement, and Tortious Interference</u>.

On Dec. 16, 2019 the US Federal District Court for the Southern District of Florida granted NITV Federal Services a c Corporation and Arthur Herring.

Besides the award for <u>nearly 1 million in damages</u>, the court entered a <u>permanent injunction against both defendants and transmitting in any way the defamatory information that brought about the lawsuit</u>. In the past Mr. Herring has stated that court. The court also stated that "*violations of the permanent injunction will be treated very seriously.*"

**The following is the Conclusion of the permanent injunction:**
Plaintiff's Motion for Entry of Permanent Injunction Against Defendants [de 134] is GRANTED. Defendants, their sha servants, employees, successors, assigns, affiliates, joint venturers, and any and all other persons in active concert, in p ENJOINED from: <u>Sending or transmitting any e-mails, text messages, letters, or other written correspondence to any e agency or government agency) or person which contains any false or disparaging remarks or statements about Pla founder/President, Charles Humble.</u> To avoid any doubt, this restriction specifically includes, but is not limited to...To r Injunction please visit <u>CVSA1.com</u>.

(e) The Court cautions that well-proven intentional violations of the permanent injunction will be treated very seriously.

**\*\* *If you or your agency receive any information from Herring/Dektor, please forward it to nitvf***

2



**ADVISORLAW**
ATTORNEYS & COUNSELORS AT LAW

June 17, 2019

Via E-mail: antipolygraph.org@protonmail.com

AntiPolygraph.org
c/o G.W. Maschke
Else Mauhslaan 39
2597 HA The Hague
The Netherlands

    RE:  **ORDER AND PERMANENT INJUNCTION**
            *NITV Federal Services, LLC. v. Dektor Corporation and Arthur Herring, III*
            United States District Court, Southern District of Florida
            Case No. 9:18-cv-80994 ("Lawsuit")

Dear Mr. Maschke:

      The undersigned represents NITV Federal Services, LLC and its President, Dr. Charles Humble. As the sole owner and publisher of Antipolygraph.org, we are writing you concerning the following twelve web links hosted through Antipolygraph.org:

1. https://antipolygraph.org/blog/2019/05/19/federal-judge-orders-immediate-removal-of-website-critical-of-computer-voice-stress-analysis/

2. https://antipolygraph.org/blog/2018/07/31/nitv-hires-disgraced-ex-cop-jerry-w-crotty-ii-as-director-of-law-enforcement-operations/

3. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1263627833/3

4. https://antipolygraph.org/blog/tag/cvsa/

5. https://antipolygraph.org/blog/

6. https://antipolygraph.org/blog/2018/07/08/nailing-the-pretest-interview-a-presentation-by-skip-webb/

7. https://antipolygraph.org/blog/category/voice-stress/

G.W. Maschke
AntiPolygraph.org
June 17, 2019
Page 2

8. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?num=1298124260

9. https://antipolygraph.org/blog/2009/03/12/baker-dvsa-loses-a-customer/

10. https://antipolygraph.org/cgi-bin/forums/YaBB.pl?action=RSSboard&board=cvsa

11. https://antipolygraph.org/blog/?s=cvsa

12. https://antipolygraph.org/blog/2019/06/06/nitv-threatens-competitors-it-consultant-with-federal-lawsuit/

The foregoing web links are being hosted in violation of the Court's May 17, 2019 Order and Permanent Injunction ("Order") entered in the above referenced case whereby it prohibits the publishing or posting of any website, blog, or other writing accessible via the internet which contains any false or disparaging remarks or statements about NITV, its CVSA product, or Dr. Charles Humble. For a detailed description of the injunction, you should refer to pages 16 through 18 of the Order which is attached hereto.

As such, you are required to permanently remove the above referenced offending web links and any other web links or materials that are governed under the Order. In addition, you are required by the Order to immediately forward a copy of this letter to all other persons or companies with custodial responsibilities to ensure compliance with the Order.

Last, you are also requested to reply to the undersigned to confirm compliance with the Order within ten (10) days of your receipt of this letter.

**ANTIPOLYGRAPH.ORG'S FAILURE TO FULLY COMPLY WITH THE ORDER AND PERMANENT INJUNCTION MAY RESULT IN THE COURT IMPOSING SEVERE SANCTIONS AGAINST ANTIPOLYGRAPH.ORG.**

We look forward to your written notification of compliance with the Court's Order. Thank you in advance for your cooperation.

Very truly yours,

James D'Loughy

JDD/da

Enclosure: May 17, 2019 Order and Permanent Injunction

2925 PGA BOULEVARD, SUITE 200
PALM BEACH GARDENS
FLORIDA 33410, USA

T +1-561-622-7788
F +1-800-734-5289
WWW.ADVISORLAW.COM

ADMITTED TO PRACTICE:
FLORIDA, GEORGIA
& DISTRICT OF COLUMBIA

-------- Original message --------

From: Daniel DeSouza <ddesouza@desouzalaw.com>

Date: 6/1/19 2:35 PM (GMT-05:00)

To: Matt Vanderhoff <mvanderhoff@vanderson.net>

Cc: "James D'Loughy - Advisor Law PLLC (JDLOUGHY@advisorlaw.com)" <JDLOUGHY@advisorlaw.com>

Subject: NITV - FOR SETTLEMENT PURPOSES ONLY

Mr. Vanderhoff,

This e-mail is sent pursuant to Fed. R. Civ. P. 408 and is for settlement purposes only.

I recognize and respect your prior e-mails asking that we not contact you further regarding this matter, but unfortunately this e-mail needs to be sent and it is my hope that you review it carefully (preferably with your own legal counsel). Through our review of the documents produced during the forensic investigation, conclusions reached regarding the 'damaged' hard drive, and positions taken by Mr. Herring concerning ownership of the PSE intellectual property, it is our intention to file a Complaint against both you and Vanderson Corporation in the United States District Court for the Southern District of Florida for aiding and abetting Mr. Herring in his tortious activities and for conspiring with him to engage in such activity. Please note I am not sending this e-mail to convince you that we are right or to argue the point with you back and forth – the bottom line is that our client has pushed for a lawsuit to be filed against you and your company for some time now and we agree with our client's position.

That said, I am not looking for my client to spend more money on this matter than necessary. My expectation is that the lawsuit with Mr. Herring will soon be over, with a monetary judgment against both Dektor and Herring and a permanent injunction entered. We are awaiting dismissal of Mr. Herring and Dektor's bankruptcy cases before we proceed in that manner. Given the above, we have 2 choices on how to proceed here. The first option is you ignore this e-mail (your right to do so) and we proceed with suing you in Florida as we did with Mr. Herring. The second option (which I sincerely hope you give serious thought) is that we enter into a settlement agreement wherein NITV will exchange mutual releases with you and Vanderson (with no money to be paid by you or judgment entered against you) in exchange for: (a) the transfer of any ownership or use rights you may have in the PSE software/intellectual property/source codes etc. to NITV and (b) the agreed entry into a permanent injunction that prohibits you from further assisting Mr. Herring with his anti-NITV activities (with a liquidated damages provision in the event of a violation). We would need to agree on the language and other material terms, but that is the gist of what my client will accept in lieu of filing a lawsuit against you and seeking a money judgment therein. The above would also be contingent on the Court allowing entry of an injunction against you as a non-party – if not, we would probably need to file a lawsuit with agreement to immediately dismiss it upon entry of an injunction.

Again, I encourage you to review this with counsel, but understand that we are poised to move forward with the lawsuit if you are not willing to settle along the above terms. If you are interested, please let me know by Wednesday, June 5 at the latest. If I do not hear back from you by then, we will proceed with the lawsuit.

Daniel DeSouza

DeSouza Law, P.A.

3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)

101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301

954.603.1340 (office) | 954.551.5320 (mobile)

ddesouza@desouzalaw.com | www.desouzalaw.com

⚠️ **CVSA Maker Admits Device Cannot Detect Lies!**
Nov 7th, 2004 at 3:24pm

The National Institute of Truth Verification, which markets the Computerized Voice Stress Analyzer (CVSA), has admitted in a court filing that their device "is not cap[able of lie] detection." John Tuohy reports this in an *Indianapolis Star* article titled, "Voice analyzers draw praise, flak":

https://web.archive.org/web/20041220165055/http://www.truthinjustice.org/CVSA.ht...

Here is the relevant excerpt:

Quote:
> Police departments across Indiana and the country are spending thousands of dollars apiece on a truth verification device that some scientists say doesn't work.
>
> The Computer Voice Stress Analyzer, designed by a former Indianapolis Police Department officer, claims to help officers assess truthfulness by measuring changes in one's voice.
>
> Eighty-five Indiana police departments, including IPD, use the machines, which start at $10,700 each.
>
> The designer, Charles Humble, now is chairman and CEO of the National Institute for Truth Verification, which makes the machines. In its literature, the Palm Beach, Fla., company touts it as "a very reliable investigative tool for verifying statements of witnesses, denials of suspects and for determining the validity of allegations made against police officers."
>
> But several scientific experiments have shown the machine, which went on the market in 1988, is no more than 50 percent reliable -- in other words, a coin toss.
>
> In addition, the manufacturer conceded in a product liability lawsuit in California that the machine can't measure whether someone is lying.
>
> ...
>
> In San Diego, murder charges were dropped against two teenagers after it was determined their confessions were coerced after they flunked voice stress tests.
>
> One of the boys sued the National Institute for Truth Verification, claiming the analyzer was used to get the false confession.
>
> In a court filing, the manufacturer said: **"NITV acknowledges that the CVSA is not capable of lie detection and specifically cautions its users regarding the proper use of the device."**

EXHIBIT

Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

## DECLARATION OF MIGUEL MOSQUERA

Miguel Mosquera does hereby declare pursuant to 28 U.S.C. § 1746:

1. This declaration is based on my personal knowledge.

2. I am not a member, owner, director, officer, manager, or employee of Plaintiff.

3. I am a resident and citizen of the State of Florida.

4. I have been informed that this lawsuit was filed on July 27, 2018. Prior to that date, I accessed Dektor's website (www.dektorpse.com) from a computer within the State of Florida and viewed the material thereon concerning Plaintiff and its CVSA product.

5. I am also aware of other individuals within the State of Florida (who are likewise not members, owners, directors, officers, managers, or employees of Plaintiff) who accessed Dektor's website and viewed the same material concerning Plaintiff and its CVSA product prior to the filing of this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 16, 2018

_____
Miguel Mosquera

Exhibit F



**FEDERAL SERVICES**

**Miguel Mosquera**
International Sales - Advanced CVSA II Examiner

Cell: 1.407.970.3349
E-mail: mian243@aol.com

11400 Fortune Circle | West Palm Beach, FL 33414
www.cvsa1.com

Herring III
400 E. Station Ave #225
Coopersburg Pa 18036



U.S. District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
West Palm Beach, FL 33401