IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

---

**PLAINTIFF'S MOTION FOR ORDER DIRECTING
<u>DEFENDANTS TO COMPLETE FACT INFORMATION SHEET</u>**

Plaintiff NITV Federal Services, LLC ("<u>Plaintiff</u>") hereby moves the Court for entry of an Order directing defendants Dektor Corporation ("<u>Dektor</u>") and Arthur Herring, III ("<u>Herring</u>") (collectively, the "<u>Defendants</u>") to complete the attached Fact Information Sheets and, in support thereof, states as follows:

1. On December 16, 2019, the Court entered its Order of Final Default Judgment and Permanent Injunction Against Both Defendants (the "<u>Final Judgment</u>") [D.E. 163]. The Court entered judgment against Defendants (jointly) in the amount of $849,347.92.

2. Plaintiff's judgment against Defendants remains unsatisfied.

3. Federal Rule of Civil Procedure 69 provides generally that this Court should accord with the procedure of the State of Florida in connection with enforcement of the Final Judgment to the extent not governed by a federal statute.

4. Pursuant to Florida Rule of Civil Procedure 1.560(b), Defendants may be directed by this Court to complete a Fact Information Sheet within forty-five (45) days from the date of the

Final Judgment, order of the Court, or such other reasonable time as determined by the Court.

5. Attached hereto as Exhibit "A" is a Fact Information Sheet, patterned after Florida Rule of Civil Procedure Form 1.977, for Dektor (a corporate entity).

6. Attached hereto as Exhibit "B" is a Fact Information Sheet, patterned after Florida Rule of Civil Procedure Form 1.977, for Herring (an individual).

7. The Court has authority to order Defendants to complete these Fact Information Sheets within the time specified by the Florida Rules of Civil Procedure. See, e.g. Richardson v. Virtuoso Sourcing Grp., L.L.C., No. 8:15-cv-2198-T-17JSS, 2016 U.S. Dist. LEXIS 74026, at *2 (M.D. Fla. June 7, 2016) (ordering defendant to complete Fact Information Sheet within 45 days); Whitwam v. JetCard Plus, Inc., No. 14-CIV-22320-BLOOM/Valle, 2014 U.S. Dist. LEXIS 163063, at *4 (S.D. Fla. Nov. 13, 2014) (requiring defendant to complete Fact Information Sheet within 45 days).

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order:

A. Requiring Defendants to complete the Fact Information Sheet attached hereto as Exhibit "A" within 45 days of service thereof; and

B. Granting such other relief as is necessary and proper.

Dated: February 12, 2020.

| | |
|---|---|
| ADVISORLAW PLLC | DESOUZA LAW, P.A. |
| 2925 PGA Boulevard | 3111 N. University Drive |
| Suite 204 | Suite 301 |
| Palm Beach Gardens, FL 33410 | Coral Springs, FL 33065 |
| Telephone: (561) 622-7788 | Telephone: (954) 603-1340 |
| Jdloughy@advisorlaw.com | DDesouza@desouzalaw.com |
| By: /s/ James D'Loughy | By: /s/ Daniel DeSouza, Esq. |
| James D'Loughy, Esq. | Daniel DeSouza, Esq. |
| Florida Bar No: 052700 | Florida Bar No.: 19291 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on February 12, 2020, I served the foregoing document via US Mail to Dektor Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

By: /s/ Daniel DeSouza\_\_\_
Daniel DeSouza, Esq.