IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR HERRING, III,

    Defendants.

_____

**FACT INFORMATION SHEET
FOR JUDGMENT DEBTOR
(Corporation or Other Business Entity)**

Name of entity: _____

Name and title of person filling out this form: _____

Telephone number: _____

Place of business: _____

_____

Mailing address (if different): _____

_____

Gross/taxable income reported for federal income tax purposes last three years:

    $_____/$_____        $_____/$_____        $_____/$_____

Taxpayer identification number: _____

Is this entity an S corporation for federal income tax purposes? _____Yes _____No

Average number of employees per month _____

Name of each shareholder, member, or partner owning 5% or more of the entity's common

stock, preferred stock, or other equity interest:

_____

_____

_____

_____

_____

Names of officers, directors, members, or partners:

_____

_____

_____

_____

_____

Checking account at: Account #_____

Savings account at: Account #_____

Does the entity own any vehicles? _____Yes _____No

For each vehicle please state:

    Year/Make/Model: _____ Color: _____

    Vehicle ID No: _____ Tag No: _____

    Mileage: _____

    Names on Title: _____

    Present Value: $_____

    Loan Owed to: _____

    Balance on Loan: $_____ Monthly Payment: $_____

Does the entity own any real property? _____Yes _____No

If yes, please state the address(es):

_____

_____

_____

_____

_____

Please check if the entity owns the following:
_____ Boat
_____ Camper
_____ Stocks/bonds
_____ Other real property
_____ Other personal property

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3 years.
2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.
3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.
4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.
5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.
6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.
7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.
8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.
9. Resolutions of the entity's members, partners, shareholders, or board of directors

passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor's Designated
Representative /Title

STATE OF FLORIDA
COUNTY OF _____

The foregoing instrument was acknowledged before me on _____, 20\_\_\_\_, by \_\_ _____, who is personally known to me or has produced _____ as identification and who did _____ did not\_\_\_\_\_ take an oath.

WITNESS my hand and official seal, this _____ day of _____, 20\_\_\_.

_____
Notary Public, State of Florida
Printed Name
My Commission expires: ....................

**THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.**