IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR HERRING, III,

    Defendants.

**FACT INFORMATION SHEET
FOR JUDGMENT DEBTOR
(Individual)**

Full Legal Name: _____

Nicknames or Aliases: _____

Residence Address: _____

Mailing Address (if different: _____

Telephone Numbers: (Home) _____ (Business) _____

Name of Employer: _____

Address of Employer: _____

Position or Job Description: _____

Rate of Pay: $ _____ per _____. Average Paycheck: $ _____ per _____

Average Commissions or Bonuses: $ _____ per _____.

Commissions or bonuses are based on _____

Other Personal Income: $ _____ from _____
(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____   Birthdate: _____

Driver's License Number: _____

Marital Status: _____ Spouse's Name: _____

*************************************************************************

*Spouse Related Portion*

Spouse's Address (if different): _____

Spouse's Social Security Number: _____   Birthdate: _____

Spouse's Employer: _____

Spouse's Average Paycheck or Income:  $_____  per _____

Other Family Income: $_____ per _____
(Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

*************************************************************************

Names and Ages of All Your Children (and addresses if not living with you):

_____

_____

_____

_____

Child Support or Alimony Paid:  $_____ per _____

Names of Others You Live With: _____

_____

Who is Head of Your Household?  You _____  Spouse _____  Other Person _____

Checking Account at: Account #_____

2

Savings Account at: Account # _____

For Real Estate (land) You Own or Are Buying:

    Address: _____

    _____

    All Names on Title: _____

    _____

    Mortgage Owed to: _____

    Balance Owed: _____

    Monthly Payment: $_____

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:

    Year/Make/Model: _____  Color: _____

    Vehicle ID #: _____  Tag No: _____
    Mileage: _____

    Names on Title: _____

    Present Value: $_____

    Loan Owed to: _____

    Balance on Loan: $_____  Monthly Payment: $_____

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? _____  Amount Owed: $_____

Name and Address of Person Owing Money: _____

Reason money is owed: _____

Please attach copies of the following:

    a.    Your last pay stub.
    b.    Your last 3 statements for each bank, savings, credit union, or other financial account.
    c.    Your motor vehicle registrations and titles.
    d.    Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.
    e.    Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.
    f.    Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF FLORIDA
COUNTY OF _____

    The foregoing instrument was acknowledged before me this _____ day of _____, 20__, by _____, who is personally known to me or has produced _____ as identification and who did ____ did not ____ take an oath.

    WITNESS my hand and official seal, this _____ day of _____, 20___.

_____
Notary Public, State of Florida
Printed Name:
My Commission expires: ....................

**THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.**