IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

## NOTICE OF FILING HERRING FEBRUARY 12, 2020 E-MAIL

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby gives notice of the filing of the attached February 12, 2020 e-mail from defendant Arthur Herring III (subject: "lawsuit") to undersigned counsel. Plaintiff brings this e-mail to the Court's attention for two reasons. First, notwithstanding the Court's recent Paperless Order denying Mr. Herring's Motion "for Detailed Explanation…," Mr. Herring continues to flaunt that he will continue the very behavior that resulted in imposition of a permanent injunction against him. While undersigned counsel agrees that the Court's "Order speaks clearly for itself,"[1] Mr. Herring has yet to fully grasp the message.

Second, and more disturbing, is that Mr. Herring is now weaving direct threats against Plaintiff, its officers/members, and undersigned counsel into his rambling diatribes in an apparent effort to obtain a 'settlement' from Plaintiff (i.e. Plaintiff, who has a judgment against Mr. Herring in excess of $849,000.00, should pay Herring 'hush money' or else – which is consistent with Mr. Herring's earlier written statements). In this latest iteration, Mr. Herring is now threatening that "You [presumably Daniel DeSouza, Esq. who the e-mail is sent to] will be going to jail for many

---

[1]     See D.E. 172.

years." Mr. Herring then goes on to reference undersigned counsel's wife, children, parents, etc. These threats, combined with Mr. Herring's demands for payment, likely constitutes a felony of the second degree under Fla. Stat. § 836.05 (Threats; extortion), which provides in relevant part:

> Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense,… with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

If Mr. Herring's conduct continues in this regard, Plaintiff and undersigned counsel will likely be forced to seek further relief from the Court.

February 12, 2020.

| Respectfully submitted | Respectfully submitted, |
|---|---|
| ADVISORLAW PLLC<br>2925 PGA Boulevard<br>Suite 204<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 622-7788<br>Jdloughy@advisorlaw.com | DESOUZA LAW, P.A.<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone:  (954) 603-1340<br>DDesouza@desouzalaw.com |
| By:/s/ James D'Loughy<br>    James D'Loughy, Esq.<br>    Florida Bar No: 052700 | By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.:  19291 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on February 12, 2020, I served the foregoing document via US Mail to Dektor

Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.

4841-1795-7485, v. 1