IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :        9:18-cv-80994-DLB
    Plaintiff
                            :

vs
                            :

ARTHUR HERRING III, AND
DEKTOR CORPORATION            :
    Defendants                :

FILED BY ___CPS___ D.C.

FEB 18 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Reply to Notice of Filing February 12, 2012 Email

    I, Arthur Herring III, Defendant filing Pro Se am filing this Reply to plaintiff's memo above.

    Every lawyer knows there are two sides to every case. In this case, there is the truth and then there is nitv and their lawyers.
    It was said, the bigger the lies, more people will tend to believe them and the more often those lies are told, more people will believe them. That is the core of this case with nitv lawyers in this made up lawsuit, based on a lie detector scam by nitv/owners.
    It seems very clear throughout this entire, meritless lawsuit, lawyers (I use the term very loosely)) Desousa and D'loughy never seemed to have outgrown their terrible twos, such as throwing temper tantrums, making up lies and using baby names like "ramblings" to refer to my documented facts in my Motions. Do law schools really teach their students to be so unprofessional? Are their law degrees only as real as Chuckie Humble's fake, self-serving, one room store (calling itself a "university"), bought title of "Dr." (PhD)?
    This lawsuit has proven a very few lawyers will constantly use the courts as weapons only to enrich themselves by bulking up billing hours to their clients. In this case, nitv/owners, have made an estimated $70 million through their proven scam of selling fake "voice lie detectors" and made up training for 30 years. By 2020, nitv still has NO, repeat NO independent studies that prove their cvsa gadget and their self-admitted, made up training are any better for lie detection than a coin toss.
    Nitv/owners have the "deep pockets" to pay their lawyers to achieve nitv's long time goal of suing anybody and everybody, including ex-employees, only to someday create a monopoly for themselves in the lie detection business. Checking the court docket will show the many worthless lawsuits filed by nitv's lawyers for decades just to waste people's money and hopefully put those people out of business. Checking the court docket will also prove nitv still owes and REFUSES to pay Baker the $850,000 judgement from 9 years ago, despite the Florida Supreme Court ordering nitv to pay Baker. Why does nitv refuse to obey the courts, but USES courts as their weapons to sue?
    Nitv still claims on their website and in their ads their cvsa gadget is "98% accurate". In a 2016 letter, nitv owner Kane, still claimed cvsa was "98% accurate". If nitv's product does not have proof it is real, then it is a fraud. Fraud is a felony, along with the other felonies that go along with nitv's scam, including mail fraud, wire fraud, income evasion, bank fraud, money laundering, using the Great Seal as their company seal, false advertising and others. Everyone of those crimes nitv/owners and their current lawyers could be charged with. Federal court cases, Omnitronics and Telestar, prove my point. Those cases involved two different owners of companies selling fake voice lie detectors. Both owners went to jail for fraud and mail fraud because they could not prove in court their gadgets were real lie detectors. Humble ADMITTED his cvsa gadget did NOT have any studies proving it had any accuracy in the 2006 ABC News

investigation on nitv, cvsa and humble. Humble ADMITTED the same thing in the 2005 Arizona Republic article of his gadget. ABC News also proved the military banned the cvsa because of very poor accuracy back in about 2005 after wasting almost $1 million buying them and ABC also proved humble's store bought "Dr" title was not earned with education. No proof since 2006 has ever been shown by nitv/owners to prove cvsa and nitv's made up training are "98% accurate" as nitv/owners still falsely claim today.

    Lawyers Desousa and D'loughy knowingly filed a FAKE affidavit in the beginning of this lawsuit to keep the lawsuit in Florida. That is called perjury. But, the court took NO action on Desousa or D'loughy when I PROVED to the court the lawyers submitted a fake document. The document was filed as Mosquera. Those lawyers knowingly lied when they said Mosquera had NO connection to nitv. Mosquera is in charge of Latin America sales for nitv for many years.  Nitv lawyers put a section of my website in their Complaint where I had said nitv stopped most advertising by 2005 because of a severe drop of cvsa sales. The sales drop was because the word was spreading of very poor cvsa accuracy. But, those lawyers said in their response that nitv had NO, repeat NO drop of law enforcement sales. So WHY did nitv sue me for $17 million of lost sales if, as they claim, nitv had no drop in cvsa sales? I proved at the damage hearing in December that nitv had NO, repeat NO proof their 2,700 customers even existed, how many people nitv trained or how many cvsa gadgets were ever bought. I also proved nitv's claim that 1,900 law enforcement departments stopped using polygraph and changed to cvsa. According to the APA (American Polygraph Association) there are only 1,300 of those polygraph departments worldwide. Two different nitv law firms, using their hand picked CPA did not think that PROOF of cvsa "buyers", how many cvsa's bought and people trained were needed to claim damages in court? Really? As this court recalls, in the matter of my damaged hard drive and my laptop, I demanded a INDEPENDENT person to examine them so the results could be accepted as real. But, this court refused to pick an independent expert, even though it knew at that time, because of my massive amount of documents on my news website nitvcvsaexposed.com that proved nitv was only a scam and a international, criminal business of 30 years. This court clearly thought a proven criminal business could be trusted to hire their own person for something as important as hard drive analysis for court. This court took that nitv's IT person findings as fact, a very bad decision. I never tampered with or deleted any information. The hard drive did crash and was replaced as my receipt of a new one proves. The so-called document signed by my former IT person was made ONLY after nitv lawyers threatened to sue him. He signed only because he is a single parent with two small children.

    As to nitv's lawyers very disgusting and appalling filing today against me, I made my email extremely clear in the first line that I, as Pro Se, was conveying a serious message to nitv lawyers that the lawyers were part of that international criminal business, since both of those lawyers are getting paid money directly from nitv's crime. My detailed email explained that nitv/lawyers fake and made up lawsuit against me will have severe legal repercussions to themselves, to their clients and loved ones when law enforcement and others (state and federal) sue and/or prosecute nitv/owners for their many felonies over 30 years. That should NOT be a surprise to anyone that will happen.

    After checking with the ACLU and several Constitutional lawyers, their conclusions were all the same. No one can be deprived or denied their Constitutional rights, including free speech and freedom of press. Both of which this court demanded I give up in 2019 by ordering me to delete my 49 page section of facts about nitv, cvsa and owners on my Dektor website and my massive news website nitvcvsaexposed.com  which contained many, many documents proving the nitv scam. The fact is, another news website archived my site so it will be on the internet forever. But, this court allowed nitv to keep posting lies about myself and my company on their website depriving me of sales money. Why the double standard? Why has nitv/lawyers NOT sued all of the news media and others that have posted information about nitv/cvsa/owners proving again nitv/cvsa is a scam? Why doesn't nitv sue ABC News for their investigation story or the Vancouver Sun for their three part investigation in 2011 proving nitv's scam? Why not? Because nitv would lose and be counter-sued and lose, big time.

    In addition, this court ordered me not to tell anyone, in any way about the nitv scam, including law enforcement and government agencies. By doing so, this court is demanding I keep quiet and be a silent and willing participant in a major international scam of 30 years that steals money from law enforcement agencies, ruins their criminal cases and falsely accuses innocent people. Why? If my facts and other stories in the news media about nitv, cvsa and owners are false, why doesn't nitv provide the proof those facts are false?

    Why did nitv have to MAKE UP military "studies" and make up a fake "scientific journal" with a 14 page article nitv is claiming is a "study"? The "journal" is called Criminalistics and Court Expertise, 2012 Annual issue, #57 with the

so-called Chapman "study" that nitv claims prove cvsa is "98% accurate". The fact is, the "journal" does NOT exist anyplace. That has been documented by many for 8 years. Where are all of the other issues, past and present if the "journal" is real. The Chapman "study" is really only a 14 page article that NEVER, repeat NEVER mentions nitv or cvsa at all. If a person looks at the page numbers at the bottom of the pages, they clearly indicate the "journal" is at least a 250 page book, not a news-letter or a magazine. So how can nitv claim the Chapman article proves any cvsa accuracy? Nitv cannot say that. After 30 years, why doesn't nitv/owners have at least ONE, REAL, INDEPENDENT study that proves cvsa accuracy of 98%? So far, after 30 years, nitv/owners still say only "Take our word for it".

The "Chapman study" was written by Chapman, a 20 year employee of nitv, so anything he wrote about cvsa would be extremely biased and unreliable. Chapman DIED in 2011, so nobody knows if he even wrote it. The "study" had a co-author, Marigo Stathis. When contacted for the location of the publisher of the Criminalistics journal, Stathis hangs up or refuses to respond by email. Why? Isn't she proud of her article? Nitv pays her to talk to law enforcement and use the "study" to get law enforcement sales.

If nitv/owners are a legitimate business, why did the Florida attorney generals office open a investigation on them in January 2019? Why was I and many others deposed? I submitted about 1,000 documents. As of February 2020, AG Moody, a Republican, still has not filed any criminal charges on nitv/owners. Why not on this major scam located in Florida? Could it be because nitv owners humble and kane are hard core Republicans who have given millions of dollars to major Republicans nationwide, including former president Bush, and Republican causes for 30 years as documented on the internet and AG Moody was told to "lay off"? Could it be because humble has been a member of the very expensive and private Senate Tutorial club with contacts with major Republicans in Washington, DC and he used those contacts to get the charges dropped?

As per nitv/lawyers recent, laughable claim of "threats and extortion", the full contents of my email are made very clear that a settlement by nitv/lawyers would be in the best interest of nitv owners, their lawyers and their families. EVERY lawyer discusses settlement with the other lawyer and gives reasons why to settle. I stated in the first line I was acting as my own lawyer, as I had done for a year in this made up lawsuit. I have the right to discuss settlement as I see the facts. This court knows I had to represent myself after losing my savings to two different lawyers who had only wasted my money. By continuing their clearly revengeful actions for no purpose other than to please nitv and get more billing hours, I pointed out to nitv/lawyers they have the most to lose. Sooner or later, massive civil lawsuits by the millions will result because of the nitv/lawyer scam by those people falsely accused. Those people involved in this scam, including the lawyers and maybe their staff, will go to jail for many years. Local governments, using asset forfeiture, will seize everything from those involved in the scam. Those are facts, NOT criminal threats. Are my facts and documents, filed by me for the past year, REALLY news to anyone now about this scam?

As per who is REALLY committing extortion and using threats, nitv/lawyers only half to look in a mirror. NITV/LAWYERS are the ones that threatened a major news website, antipolygraph.org, with a federal lawsuit in 2019 unless Maschke (owner) delete EVERYTHING about nitv, cvsa, humble, etc, just so nitv can reshape and remold their image so no one can see they are still a scam. NITV/LAWYERS are the ones in 2019 that threatened my former IT person, of 13 years, with a federal lawsuit unless he give nitv my PSE program source codes to them for FREE. The IT person said he would sell them to nitv, but for a price. Nitv refused to pay anything. Nitv/lawyers do not call what they tried to do to them as extortion? Nitv lawyers made the very disgusting claim I am demanding "hush" money from nitv. I only mentioned a settlement should be discussed, nothing specific. Nitv/lawyers have demanded from me and my former lawyers many times if I wanted a settlement, "I should bring cash, lots of cash". During their entire lawsuit, nitv/lawyers NEVER, repeat NEVER proved their gadget was a real lie detector and it NEVER gave any independent studies that proved their cvsa gadget and their made up training was accurate for lie detection. Nitv NEVER, repeat NEVER proved in this entire lawsuit any of my documents on my news website nitvcvsaexposed.com were fake. Those massive documents PROVED nitv/cvsa was a fraud. Nitv/lawyers had to prove in their lawsuit they had a real lie detector and reliable training because I and many news media had been proving for decades nitv was selling fake "voice lie detectors" and made up, unreliable training. Nitv NEVER proved they had accurate lie detectors and proven training. Nitv/lawyers FAILED to prove they had a lawsuit with any merit. Nitv/lawyers and their CPA at trial FAILED to address how much the news media, over 30 years, caused nitv to lose sales. All losses were blamed on me. The REAL loser are the nitv owners who cannot prove their gadget and training are accurate. Nitv lawyers only used legalese babble and my lack of legal

training to cause me to lose by default. I have no doubt, if I had a lawyer, the outcome would have been completely in my favor. However, <u>collecting</u> from nitv, with their asset protection lawyer D'loughy hiding and shuffling nitv/owners assets, as Baker's lawyer told me after trying for 9 years to collect, would be a whole different matter.

This court must realize the severe damage nitv/lawyers made up lawsuit has caused me, both in time (almost 2 years) and money. This court must finally act to stop nitv/lawyers from continuing to use the people's court as their own private weapon and as their personal thugs on others only to enrich themselves.

As per Dsousa and D'loughy continually using baby names like "ramblings" for the past year referring to my documented facts, could they go back and reread their law school notes as to how to <u>professionally</u> describe or refer to someone's statements? They should try using facts that prove the statement is not true or not accurate. This goes along with the lawyers claiming I am paranoid in their past filings, even though they have no training in psychology and never did any type of evaluation of me. To make such a statement is liable and defamation of character. In Florida, that can get them disbarred and sued.


Arthur Herring III, Defendant
400 E. Station Ave. #225
Coopersburg, PA 18036
Phone: 215.631.1448
Email: Admin@dektorpse.com


CERTIFICATE OF SERVICE

I certify that on February 13 2020 I filed this document with the Clerk of Court by certified mail and served this document by U.S. mail to Plaintiff's lawyers, Desousa and D'loughy, to their addresses listed on their documents.

Arthur Herring III

Herring
400 E. Station Ave #225
Coopersburg Pa 18036

US District Court
Southern District of Florida
701 Clematis St
Room 202 Clerks Office
West Palm Beach, FL 33401

33401-511352