**EXHIBIT "1"**

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Daniel DeSouza |
| **Sent:** | Thursday, February 20, 2020 11:02 AM |
| **To:** | JAMES D'LOUGHY; Arthur Herring III |
| **Cc:** | Denise Aguilar |
| **Subject:** | RE: Depostion Scheduling |

Mr. Herring,

This is the **final** attempt to schedule the depositions in aid of execution without involving the Court. You have ignored each of our prior attempts to communicate with you. I also left you a voicemail this morning and asked that you get back to me by 4pm EST as we will be filing a motion to compel thereafter. While my preference is always to avoid wasting valuable court resources, you're really leaving us no choice by the continued refusal to cooperate.

**Daniel DeSouza**

DeSouza Law, P.A.
3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)
101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301
954.603.1340 (office) | 954.551.5320 (mobile)
ddesouza@desouzalaw.com | www.desouzalaw.com

---

**From:** Daniel DeSouza
**Sent:** Tuesday, February 18, 2020 9:01 AM
**To:** 'JAMES D'LOUGHY' <JDLOUGHY@advisorlaw.com>; 'Arthur Herring III' <admin@dektorpse.com>
**Cc:** 'Denise Aguilar' <daguilar@advisorlaw.com>
**Subject:** RE: Depostion Scheduling

Mr. Herring,

This is the **third** time we are reaching out to you for purposes of scheduling your deposition in Pennsylvania with respect to post-judgment matters. I am doing my best to not involve the Court in what should be a simple scheduling issue, but your refusal to provide the courtesy of a response is going to necessitate the filing of a motion to compel and, if successful, a court order requiring you to appear on a date chosen by us (rather than a mutually-convenient date).

---

**From:** Daniel DeSouza
**Sent:** Wednesday, February 12, 2020 10:55 AM
**To:** 'JAMES D'LOUGHY' <JDLOUGHY@advisorlaw.com>; Arthur Herring III <admin@dektorpse.com>
**Cc:** Denise Aguilar <daguilar@advisorlaw.com>
**Subject:** RE: Depostion Scheduling

Mr. Herring,

Please provide available dates as requested below. We would prefer not to file a motion to compel the depositions, but we need the courtesy of a response from you so we can coordinate the depositions on a mutually-convenient date.

**Daniel DeSouza**

DeSouza Law, P.A.
3111 N. University Drive | Suite 301 | Coral Springs, FL 33065 (Mailing Address)

101 NE Third Avenue | Suite 1500 | Fort Lauderdale, FL 33301
954.603.1340 (office) | 954.551.5320 (mobile)
ddesouza@desouzalaw.com | www.desouzalaw.com

---

**From:** JAMES D'LOUGHY <JDLOUGHY@advisorlaw.com>
**Sent:** Tuesday, February 11, 2020 11:16 AM
**To:** Arthur Herring III <admin@dektorpse.com>
**Cc:** Daniel DeSouza <ddesouza@desouzalaw.com>; Denise Aguilar <daguilar@advisorlaw.com>
**Subject:** Depostion Scheduling

Dear Mr. Herring,
Please provide dates within the next 45 days that are you convenient for you to sit for deposition in aid of execution of NITV's judgement against you, individually, and your company, Dektor Corporation. The depositions will be take place in the State of Pennsylvania.
Thank you for you anticipated cooperation.
Respectfully,
James D'Loughy



**James D'Loughy,** Partner

2925 PGA Boulevard, Suite 200
Palm Beach Gardens, Florida 33410, United States

T +1-561-622-7788
F +1-800-734-5289

web:   www.advisorlaw.com

*****PLEASE NOTE MY NEW EMAIL ADDRESS*****



This transmission is being sent by an attorney and all legal related communications are (i) subject to Attorney-Client Privilege, (ii) attorney Work Product and/or (iii) strictly confidential.

 PLEASE CONSIDER THE ENVIRONMENT BEFORE CHOOSING TO PRINT THIS E-MAIL.

This e-mail is intended for the use of the person or persons to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the reader of this e-mail is not the intended recipient or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at 561-622-7788 and return the original message to us at the listed e-mail address.  Thank you.
**Debt Collection Disclosure**: This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will used for that purpose.
**Bankruptcy Disclosure**: Please be advised that if you are a debtor in bankruptcy or have been discharged in bankruptcy, this email does not represent, and is not intended to be a demand for payment. In such cases, this email is provided for information purposes only and is not an attempt to collect a debt. You should consult legal counsel regarding your obligations, if any, to pay the delinquency. If you previously received a discharge in a bankruptcy case involving the purported debt and did not sign a reaffirmation agreement, then this email is not an attempt to collect a debt from you personally. This law firm is seeking solely to collect/foreclose on the Association's lien on real estate and this law firm will not be seeking a personal money judgment against you,

**Tax Advice Disclosure:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. Please be advised that our normal letters and e-mails to you are not intended to meet the "Covered Opinion" Test.