IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DLB

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR HERRING, III,

    Defendants.

## SUGGESTION OF BANKRUPTCY

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby provides notice to the Court that, on April 28, 2020, defendant Arthur Herring, III ("Herring") filed a Chapter 7 petition for relief under Title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 20-12141). Mr. Herring's bankruptcy attorney requested that the undersigned file this Suggestion of Bankruptcy. To undersigned counsel's knowledge, defendant Dektor Corporation has not filed a bankruptcy petition as of this date.

Dated: April 30, 2020.

| | |
|---|---|
| ADVISORLAW PLLC | DESOUZA LAW, P.A. |
| 2925 PGA Boulevard | 3111 N. University Drive |
| Suite 204 | Suite 301 |
| Palm Beach Gardens, FL 33410 | Coral Springs, FL 33065 |
| Telephone: (561) 622-7788 | Telephone: (954) 603-1340 |
| Jdloughy@advisorlaw.com | DDesouza@desouzalaw.com |
| By: /s/ James D'Loughy | By: /s/ Daniel DeSouza, Esq. |
| James D'Loughy, Esq. | Daniel DeSouza, Esq. |
| Florida Bar No: 052700 | Florida Bar No.: 19291 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on April 30, 2020, I served the foregoing document via US Mail to Dektor Corporation and Arthur Herring, III, 400 E. Station Avenue, Coopersburg, PA 18036 and via e-mail to admin@dektorpse.com.

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.