**Daniel DeSouza**  **EXHIBIT "3"**

---

| | |
|---|---|
| **From:** | JAMES D'LOUGHY <JDLOUGHY@advisorlaw.com> |
| **Sent:** | Tuesday, November 2, 2021 5:24 PM |
| **To:** | Daniel DeSouza |
| **Subject:** | FW: Another letter - for immediate action |
| **Attachments:** | letter.pdf; envelope.pdf |
| | |
| **Importance:** | High |



**James D'Loughy,** Partner

3910 RCA Boulevard, Suite 1015
Palm Beach Gardens, Florida 33410
  United States of America

T +1-561-622-7788
F +1-800-734-5289

web:   www.advisorlaw.com

**\*\*\*\*\*PLEASE NOTE MY NEW EMAIL ADDRESS\*\*\*\*\***



This transmission is being sent by an attorney and all legal related communications are (i) subject to Attorney-Client Privilege, (ii) attorney Work Product and/or (iii) strictly confidential.

 PLEASE CONSIDER THE ENVIRONMENT BEFORE CHOOSING TO PRINT THIS E-MAIL.

 This e-mail is intended for the use of the person or persons to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the reader of this e-mail is not the intended recipient or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at 561-622-7788 and return the original message to us at the listed e-mail address.  Thank you.

**Debt Collection Disclosure**: This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will used for that purpose.

**Bankruptcy Disclosure**: Please be advised that if you are a debtor in bankruptcy or have been discharged in bankruptcy, this email does not represent, and is not intended to be a demand for payment. In such cases, this email is provided for information purposes only and is not an attempt to collect a debt. You should consult legal counsel regarding your obligations, if any, to pay the delinquency. If you previously received a discharge in a bankruptcy case involving the purported debt and did not sign a reaffirmation agreement, then this email is not an attempt to collect a debt from you personally. This law firm is seeking solely to collect/foreclose on the Association's lien on real estate and this law firm will not be seeking a personal money judgment against you,

**Tax Advice Disclosure:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. Please be advised that our normal letters and e-mails to you are not intended to meet the "Covered Opinion" Test.

**Sent:** Tuesday, November 2, 2021 4:58 PM
**To:** JAMES D'LOUGHY <JDLOUGHY@advisorlaw.com>
**Subject:** FW: Another letter - for immediate action
**Importance:** High

# REDACTED

Sent from my Verizon, Samsung Galaxy tablet

-------- Original message --------
From: stacy@cvsa1.com
Date: 11/2/21 3:40 PM (GMT-05:00)
To: 'drcharleshumble' <drcharleshumble@aol.com>, 'charleshumble2' <charleshumble2@gmail.com>, 'charles' <charles@charleshumble.com>
Cc: stacy@cvsa1.com, chumble@cvsa1.com
Subject: FW: Another letter - for immediate action

Dr. Humble:

Please forward this email and Attachments accordingly.

Thank you,

Stacy

**From:** Tamra Alstatt <talstatt@garcosheriff.com>
**Sent:** Tuesday, November 2, 2021 3:21 PM
**To:** Stacy Parsons <stacy@cvsa1.com>
**Subject:** Another letter

Good afternoon Stacy.  I received this letter today addressed to the National Internal Affairs Investigators Association, which I am the Treasurer for…….

*Tamra Alstatt, Detective*

Professional Standards Division

Garfield County Sheriff's Office

107 8th Street

Glenwood Springs, CO  81601

Desk   (970)945-1377 ext. 4641

Cell     (970)987-4289

Fax     (970)384-3603

talstatt@garcosheriff.com

