# WORLD NEWS DAILY : REPUBLICAN DONOR SCAMMING LAW ENFORCEMENT

WorldNewsDaily.net has uncovered and gathered massive documents that detail an ongoing, 31 year scam by a Florida business on various law enforcement types nationwide, including the U.S. military. Its owners are major, longtime Republican donors. The scam involves selling fake "voice lie detectors" and their made up training. This scam has ruined millions of criminal cases, falsely accused millions of people and wasted about $75 million of tax payer's money. News media and lawsuits have documented this scam.

Since 1988, a Florida business called Nitv (National Institute of Truth Verification) has been selling extremely unreliable "voice lie detectors" called Cvsa (Computer Voice Stress Analyzer) and made up training to various law enforcement types. "Buyers" include police, sheriff, prisons, college police, district attorneys, probation and others Almost all of "buyers" are in the U.S. About 2001, the U.S. military bought about $1 million worth from Nitv, but several years later completely banned the Cvsa from the military because of its very poor accuracy. Nitv has claimed about 2,700 different Cvsa "buyers". Nitv has claimed many thousands of Cvsa examiners were trained. The seller claims Colorado has 31 police and other law enforcement types who bought Cvsa.

Nitv's website is www.cvsa1.com. Nitv is owned by Charles Humble, his fourth wife Lourdes, James Kane and his Russian wife Olga (CFO). Nitv owners are hard core Republicans. Documents indicate they have been giving millions of dollars to various high level Republican politicians and Republican causes for decades to get state, federal and military contracts. Humble is a life time member of a special, private Republican club called the Senatorial Trust. It costs $15,000 a year to be a member. Nitv uses many variations of the "Nitv" name. Those names include Nitv Federal Services, Nitv Government Services, etc. When Nitv is sued and loses (as often happens), their assets can be shuffled to another "Nitv" named entity so Nitv will never lose any money or assets. Nitv has a law firm, Advisor Law, who specializes in hiding assets in offshore banks. Nitv also has a Cvsa member association called NACVSA. Nitv claims it is in Delaware. But, the "address" is only a mailbox in a stationary store. The phone number listed for the association in Delaware actually rings in Nitv's office in Florida. It was reported by a former Nitv employee that Delaware is used to avoid paying taxes on member's dues in Florida.

Each Cvsa is $10,000, training is $1,400 per person and "recertification fees" are $400, per Cvsa examiner, every two years for life. Small departments usually buy 2 Cvsa's, medium size buy 3 or 4 and larger ones buy 6 or more. Nitv only allows two people per Cvsa, forcing departments to buy more Cvsa's than they want. After Nitv gets their money from a customer for the Cvsa's and training, Nitv makes them sign a "buyer's agreement". The agreement has many demands. They include Cvsa can never be used for any accuracy study of Cvsa and if the department does not want their Cvsa's anymore, the Cvsa's must be given back to Nitv for free. Nitv then resells those Cvsa's as new to the next "buyer". Departments think they are buying the Cvsa for $10,000, but in fact they never own it.

Nitv hires only former high level law enforcement types (chiefs, captains, detectives, etc) as sales people, instructors and sales directors. Their former titles are used to convince other law enforcement to buy Cvsa.

Documents show ABC News was contacted about the Nitv scam in about 2005 by a whistle blower. In 2006, ABC did a major investigation on the scam which aired nationally in 2006. Humble admitted on camera, after about 20 years (1988-2006) of sales, he still had no independent studies that proved Cvsa was any better for lie detection than a coin toss, about 50%. ABC News proved Humble's title of "Dr" (PhD) was a store bought fake. ABC News also proved after the U.S. military spent about $1 million buying Cvsa's and training (in about 2002) to be used in Iraq to test Taliban suspects, the U.S. military banned Cvsa from the military several years later because of its very poor accuracy. Documents showed the person who approved the Cvsa military purchase admitted later of taking bribes. Documents show, because of the whistle blower, in January 2019 Florida Republican Attorney General Moody opened a criminal case against Nitv and its owners. The case includes fraud, mail fraud, wire fraud, money laundering and cocaine smuggling from Panama. Humble has a large mansion in Panama. According to Nitv, Florida has 175 police and sheriff departments who bought Cvsa. By February 2021, Moody still has not charged the business or owners in any way. Why? Her office was contacted, but it

has not returned calls. Was Republican Moody paid off by those Republican owners of Nitv? The scam goes on, law enforcement wastes more (taxpayer) money, more criminal cases ruined and more people falsely accused.

Law enforcement departments, using Cvsa, have been sued because they falsely accused people who "flunked" Cvsa lie detector tests. When sued, those departments lose big. The police department, their chief, the Cvsa detectives and the cities pay for those massive lawsuit awards. In May 2020, a former prison guard in Arkansas filed a $1 million lawsuit for fraud against Nitv because she was falsely accused by a Cvsa test.

Since 1988, Nitv has always claimed Cvsa is "98% accurate" and was "not affected by drugs, alcohol or any counter-measures". Those claims are in Nitv's ads and on their website. By February 2021, Nitv still has no independent studies that ever proved those claims. The fact is, independent studies have only shown Cvsa to be about a coin toss for accuracy, about 50%. After the 2006 ABC News investigation confirming Nitv/Cvsa was only a scam, Nitv began to make up fake "studies" claiming Cvsa was "98% accurate" and Cvsa "not affected by drugs, alcohol or any counter-measures".

One made up "study/survey" Nitv claimed was done by the DoD (Department of Defense) in about 2007. It is 58 pages, but no contact information to prove who did it. Nitv actually made up that "study/survey" so law enforcement would continue to buy Cvsa. In 2012, Nitv made up another "study". It is referred to as the Chapman "study". Nitv mainly uses that "study" now to claim "98% accuracy" for Cvsa. The Chapman "study" was only a 14 page article about using lie detection in investigations, but never mentions Cvsa or Nitv. Plus, Chapman worked for Nitv for 20 years and was a long time director of Nitv's Cvsa examiner association, NACVSA. Nitv claimed the Chapman "study" was "published" in a "scientific journal" called Criminalistics and Court Expertise, 2012 Annual issue, #57. The "journal" does not exist at all. It was completely made up by Nitv to make the fake Chapman "study" look real to sell Cvsa's. The Chapman "study" co-author is Marigo Stathis. She is paid by Nitv to promote the "study" nationwide to get Cvsa buyers. Stathis was fired in 2019 from John Hopkins University after they found out about her involvement in the Nitv fraud.

Another made up "study" was released in January 2020. It was also written by Marigo Stathis. It is called: Shadows into Light. It is about Cvsa being used to test sex offenders. That "study" claims Cvsa is 100% accurate. The "study" is in the Journal of Child Sexual Abuse. It is published by Taylor and Francis. Taylor and Francis state on their website: "Competing interests can be financial or non-financial. To ensure transparency, any associations which can be perceived as a competing interest must be declared". Stathis never declared her direct connection to Nitv, past and present. Plus, the "data" Stathis used came from a very disgraced, former Bradenton County (Fl) sheriff deputy Jerry Crotty. Crotty is director of Nitv sales. In 2018, the Bradenton Herald exposed Crotty and his activities. Crotty was in charge of his department's ICAC: Internet Crimes Against Children. Since 1988, Nitv does not allow Cvsa to be used for any accuracy studies. It is very obvious why Stathis was allowed to have a Cvsa and do those two fake "studies". Nitv desperately needed something to make their Cvsa look real to get sales. ICAC has banned the Cvsa.

Nitv/owners only sells Cvsa and its training to law enforcement and government types because Nitv knows those types of "buyers" will never sue to get their money back from Nitv. That is because the departments know they, their detectives and their city will be sued by the thousands by people they falsely accused using extremely unreliable Cvsa test results.  Many Cvsa buyers contacted stated they do not rely on Cvsa results anymore. They stated if they still use the Cvsa in any way, it is only used as a prop to try to scare people into a confession: real or made up.

Nitv has been "protected" in their scam for decades. Nitv did all of their massive advertising in various law enforcement magazines. The main magazine was the Police Chief, published by the IACP: International Association for Chiefs of Police. IACP is worldwide with a membership of 25,000 members. From about 1988 to about 2006, Nitv took out two, full page ads, every month. Nitv ads gave IACP about $10,000 every month. According to documents, every year despite IACP knowing about the Nitv scam, IACP still kept taking those $10,000 monthly ads from Nitv. IACP refused to tell their members about the Nitv/Cvsa scam. In 1996, IACP stated in an article that whatever the Cvsa may indicate, it was not stress. Stress is the only principle behind all legitimate lie detectors, polygraph and PSE. PSE is another type of lie detection called Voice Stress Analysis. In 1969, Dektor C/S invented the original and still only proven system of Voice

Stress Analysis. IACP has never explained why they kept allowing Nitv to keep advertising a gadget IACP knew was a fraud. Money and greed seem to be the only answer. IACP was taking massive amounts of money from other people/businesses selling fake lie detectors in the Police Chief for many years. IACP never cared about the welfare of their IACP members, the millions of criminal cases Cvsa was ruining and those millions of innocent people being falsely accused because of Cvsa.

Documents show there are thousands of examples of others also "protecting" the scam. This investigation has uncovered various examples of law enforcement, politicians, district attorneys, news media nationwide, attorney generals and others who were informed about the scam in great detail, but refused to act. It is clear, no one wanted to be the "bad guy" who exposed those Cvsa buyers because of the ramifications that would follow: lawsuits, firings and massive reopening of millions of cases nationwide. For example, sources revealed about June 2019, there was a meeting with the chief of a police department who was also president of the Montgomery County(PA) police chiefs association. After only one minute, that chief called off the meeting. Later, it was determined his department had Cvsa. About July 2019, documents showed certified letters about the scam were sent twice to Pennsylvania Gov. Wolf, attorney general Shapiro and about 26 other attorney generals nationwide. None of them ever responded. Documents also show 23 various FBI offices nationwide were sent those same certified letters about the scam. None of them responded. In December 2020, documents show the Montgomery County(PA) district attorney(DA) office was contacted for a meeting about the scam. Lt. Bradbury (detective) said DA (Steel) did not want any meeting. About 15 years ago, documents show a private meeting was held with Montgomery County(PA) DA Castor and then state Representative Robert Godshall(PA) about the scam. No action was ever taken by Castor. Recently, Castor was Trumps lawyer in Trumps impeachment. In December 2020, sources revealed the Bucks County DA Weintraub(PA) was contacted to meet to discuss the scam. Ast. DA Katz was informed about the scam. He said DA Weintraub was not interested to meet. In November 2018, sources indicate Lehigh County DA Martin was contacted because his office has Cvsa. Martin tried to claim his office never had a Cvsa and threatened arrest if that person contacted his office again. According to sources, the FBI office in Ft. Washington(PA) was contacted by a person twice in the past 15 years about the scam. That FBI office only took a one sentence statement from the person. In May 2019, the same person went to the FBI office a third time. The agent in charge stated if that person ever came there again, the person would arrested for trespassing. Many mayors and city council's of those departments with Cvsa were contacted according to various sources. Sources also indicate many, police and sheriff associations nationwide were contacted about the Nitv and Cvsa scam for 30 years so they could warn their members about the scam so their members would not waste their money and ruin criminal cases. They refused to respond or do anything. The facts prove if innocent people are being falsely accused, then the REAL criminals are getting away to commit more crimes, including rape and murder.

In July 2018, according to documents, Nitv filed a major lawsuit against a 67 year old person who had been exposing the massive Nitv scam for about 30 years. According to court documents, the lawsuit was completely made up by Nitv's two different law firms only to shut the defendant up from exposing the scam anymore and to waste the defendant's money. Those type of lawsuits are called SLAPP lawsuits. Nitv/lawyers filed various fake documents during the lawsuit. Nitv has been filing those made up lawsuits against many other people, businesses and even ex-employees of Nitv for 30 years just to waste their money and/or to put them out of business. Court documents show the defendant represented himself for most of the trial. Shortly after the trial began, Nitv added a third law firm to their "team". In December, 2019, a $850,000 judgement was entered against the defendant. Nitv tried to claim they had losses of $18 million, but never had any verifiable proof at all of their losses. The federal judge stated in court documents he was only guessing at the damages because Nitv/lawyers never presented any proof of losses. The defendant had a massive 51 page section about the scam on his company's website and also a huge news website with thousands of documents proving the Nitv/Cvsa fraud. Nitv demanded the judge order the defendant to delete those sites. The judge ordered the defendant to delete them. The judge's unconstitutional actions strongly suggests the judge was helping to protect the Nitv scam. Court documents show the defendant filed for bankruptcy in early 2020. Documents show Nitv's three law firms are trying to be excluded from the bankruptcy so they can continue to use the courts as a weapon by keeping the

$850,000 judgement on the defendant for life. It is interesting to note that Nitv never sued any news organization who also exposed the Nitv fraud for the past 31 years.

According to the news media and court documents, Nitv has been sued many times and lost. Nitv routinely sues other people and businesses, using the federal courts as a weapon to force people, businesses and ex-employees to do what Nitv wants those people to do: waste their money and lose their business. The lawyers for Nitv always use the same tactic: file worthless lawsuits and use massive billing hours to waste people's money on lawyer fees. Nitv still owes almost $1 million from a lawsuit they lost for liable from 10 years ago to a person called Baker. Nitv still has refused to pay Baker. Several years ago, Nitv sued Baker just to waste his money on more lawyer fees. Because Nitv has many businesses named Nitv, they can shuffle their money and assets around to avoid paying judgements. Nitv's various names and Nitv's use of the Great Seal (Nitv's company symbol for 31 years) imply Nitv is part of the U.S. government. It is a felony every time Nitv uses the Great seal as their company symbol. Nitv has used the Great Seal as their company symbol over 11,000 days since 1988 when Nitv started.

Many news articles have been done exposing Nitv and its owners as only a scam since 1988. Nitv's original owner is Charles Humble. Facts show many lies by Humble. In 1986, Humble claims he was trained as a polygraph examiner at a school in Florida. But, the American Polygraph Association says that school never existed. Humble calls himself "Dr" (PhD). But, he bought that title in 1987 from a one room store selling fake education diplomas. It was called Indiana Christian University. Humble uses the store bought "Dr" title to convince people he is a genius. Humble was convicted of copyright fraud in 1988. Humble was caught by the U.S. government selling his Cvsa's to unfriendly countries from about 2001 to 2006. The government only fined Humble about $100,000. Humble claims he invented his "voice lie detector" and the training for it. But, Humble has no ability or training in electronics, engineering or software writing to invent or create anything. The first Cvsa (Computer voice stress analyzer), sold from 1988 to 1998, was only a analog machine. It had no computer in it. It had many defects and performance problems that were never corrected. In 1998, Cvsa became a software program in a laptop. According to some former users, it has just as many performance problems as the old analog version. Humble's training ideas have no independent studies validating his claims and ideas. Humble has claimed his three patents prove Cvsa is a accurate lie detector. But, patents only legally protect an idea. Patents never prove something works. Since about 2005, Humble has a huge website dedicated to himself. It is located at www.charleshumble.com. Humble makes many false claims about himself and his life accomplishments on his website. Humble calls himself the "Renaissance Man", "Father of Voice Stress Analysis" and says his Cvsa is the "Gold Standard" of lie detection. All lies that were made up by a self-admitted conman only to make more money from his scam. About 2006, Nitv began to sell a body language type course for lie detection called AIS. There are no studies that can be found proving AIS has any ability for lie detection. Nitv has never shown any studies. There have been many books and courses sold about body language for decades. No studies have ever shown body language is any better for lie detection than a coin toss, about 50%. A penny is much cheaper than a AIS body language course.

Millions of criminal cases have been ruined and as many people falsely accused because the Cvsa "buyers" really thought Cvsa was "98% accurate" as the "buyers" were told with all of the hype and fake studies from Nitv. Law enforcement "buyers" believed what they were taught about deciding if a person was lying based on the Cvsa results.

Go to our news website and see our massive section about this scam titled "30 Year Lie Detector Scam" at the top, center of our website. The full 17 minute, 2006, ABC News investigation video exposing the Nitv/Cvsa scam can also be seen.

Bob Ross, reporter
WorldNewsDaily.net