**EXHIBIT "5"**

WorldNewsDaily.net

NIAIA
PO Box 2763
Glenwood Springs, CO 81602

PHILADELPHIA PA 190
27 OCT 2021 PM 6 L

FOREVER / USA
2021 ENERGY

81602-276363

CONFIDENTIAL