EXHIBIT "6"

**Daniel DeSouza**

| | |
|---|---|
| **From:** | JAMES D'LOUGHY <JDLOUGHY@advisorlaw.com> |
| **Sent:** | Wednesday, November 3, 2021 10:24 AM |
| **To:** | Daniel DeSouza |
| **Subject:** | FW: lie detection scam |
| **Attachments:** | __attachment_message__1532362095887.eml; __attachment_message__1532362095899.eml |
| **Importance:** | High |

**From:** Tamra Alstatt [mailto:talstatt@garcosheriff.com]
**Sent:** Monday, July 23, 2018 11:36 AM
**To:** Stacy
**Subject:** FW: lie detection scam

Just wanted to let you know that I received this over the weekend……..just as a FYI

"Traveling~ it leaves you speechless, then turns you into a storyteller" -Ibn Battuta

# Tamra Alstatt, Detective

Professional Standards Division

Garfield County Sheriff's Office

107 8th Street

Glenwood Springs, CO  81601

Desk   (970)945-1377 ext. 4641

Cell     (970)987-4289

Fax     (970)384-3603

talstatt@garcosheriff.com

1



**From:** Arthur Herring III [mailto:admin@dektorpse.com]
**Sent:** Sunday, July 22, 2018 9:52 AM
**To:** Tamra Alstatt <talstatt@garcosheriff.com>
**Subject:** lie detection scam

Dear Ms. Alstatt,

    It has come to my attention that about 1,500 law enforcement department types (police, sheriff, prison, prosecutors, college police, etc.) nationwide have been using a so-called "voice lie detector" called cvsa. It is sold by a Florida company called nitv. Since 1990, when nitv first sold cvsa, the news media and the courts have shown the nitv, cvsa and their "creator/seller/owner" humble are not what they claim. For example, very recently, nitv hired a former ICAC investigator, Crotty, who was dismissed/fired as a sheriff deputy(see attached articles). ICAC investigates crimes against children. Crotty now is Director of Law Enforcement Sales at nitv.

    My company, Dektor Corporation, is the sole inventor of the PSE and Voice Stress Analysis system for lie detection. PSE was first sold by Dektor in 1969. About 10 years later, various imitation "voice lie detectors" were sold. Some used blinking lights, meters, numbers, patterns, etc, to indicate "lies". None of them used our exclusive and invented system of Voice Stress Analysis and training for lie detection. Those gadgets had no accuracy that was better than a coin toss, about 50%. Most of those gadgets never made their sellers any money.

    To give you some background information on nitv, cvsa and humble, about 1990 an ex-police patrol officer called, charles humble, began to sell his gadget he called cvsa: computer voice stress analyzer. The joke was there was no computer in it.  It was not until about 1998 that a cvsa software program was sold in a laptop. Humble has used a fake title of "Dr" (PhD) to impress people. Various news media have proven it is only a store bought type diploma. Cvsa/nitv has never used Dektor's invented system of Voice Stress Analysis that only Dektor invented in 1969. Nitv/cvsa never has used our proven training, test formats and our proven chart analysis techniques. Nitv/humble only sell to law enforcement types (police, sheriff, prosecutors, probation, prisons, college police, military, etc.).

    On our homepage  www.dektorpse.com  under the section "News Media Exposes Nitv", click "News Media Quotes About Nitv, Cvsa and Humble". You will see many quotes, by various people, that prove cvsa, nitv training and their claims give no better accuracy than a coin toss. Nitv hires only ex high level law enforcement types as a way to trick law enforcement into buying cvsa and training. Humble, being a cop for only a few years, knows the slogan: "cops don't lie to other cops". Because of that, he knows law enforcement cvsa buyers would believe the many untruths about cvsa accuracy being "98%" being told to them by the ex-high level law enforcement sales people at nitv. Nitv has always claimed cvsa was "98" accurate since cvsa was first sold in 1990. Even though various studies, facts and admissions by humble and others at nitv and former employees of nitv that show cvsa accuracy was only about 50% in real crimes, just a coin toss. For the past several years, humble/nitv have bragged about a so-called "study" called the Chapman Study

that claims cvsa is 98% accurate. The FACT is, chapman WORKED at nitv for about 20 years. That is hardly a independent study. Plus, chapman died a few years before the study was released. One can only wonder how much information in the study was changed to make cvsa look reliable.

Humble only sells to law enforcement types because he knows even when the cvsa buyers realized their test results were not reliable, they would not sue nitv because the cvsa buyers would have to reopen and reinvestigate all of the cases they used cvsa on. The buyers would have to reveal they never checked out the cvsa before they bought them, then wasted taxpayers money buying them, training all of their cvsa examiners and paying a very wasteful $300 "recertification fee" per cvsa examiner, per year, for LIFE! Every cvsa law enforcement, city and  detective would also be sued for falsely accusing people of crimes. Lawsuits have happened through the years to law enforcement because of cvsa and unreliable training. The cvsa scam was put together very well and protects the seller completely. Nitv also demands every cvsa buyer sign a document that says the cvsa buyer will not hold nitv responsible for any lawsuits resulting from cvsa/training use. Most would read that as  nitv saying cvsa/training are unreliable and Cover Your Ass (CYA).

I have used PSE for 37 years: 20 years using PSE for testing nationwide and 17 years as owner of Dektor. Since 1982, I have been trained by the four top PSE experts, including two former government trained polygraph examiners and the co-inventor of the PSE system.  I have learned to be an expert on all devices and techniques for lie detection, including the ones that claim they are "voice lie detectors". Those "voice lie detector" gadgets and training include ones sold by former sales people from nitv selling their own. I am also extremely familiar with the various computer polygraph machines.

Our website also has a 28 page section about cvsa, nitv and humble.  We also have the full news investigation story and the short video that ABC News did on cvsa/nitv/humble in 2006. Our website also has a large section discussing various imitation "voice lie detectors". We have attached the full article about crotty that was written in the Bradenton Herald recently and nitv's hiring of crotty to this email.  People continue to try to make money by selling fake devices and techniques for lie detection. Those gadgets and techniques do serious harm to investigations, innocent people's lives and law enforcement officers when they are accused of wrong doing.

Lie detection accuracy does not start at 0%. It starts at 50%. A person is either lying or telling the truth. A coin toss will get the right answer 50% of the time. More and more departments with cvsa are either not using it anymore or they use it only as a prop: telling everyone they flunked the test and hoping for a confession. Because of the lack of cvsa sales and "recertification fees", for the past 10 years nitv has been selling a body language course for lie detection called AIS for about $500 for a 3 day course. There are no studies that can be found that show accuracy for AIS. As a matter of fact TSA, in 2013, stopped training TSA airline screeners after they wasted almost $1 billion in 7 years teaching their screeners body language(not humble's course). They stopped teaching body language because they found it did not have any credibility for accuracy.

This matter is NOT about competition. It is about a different type of money making scam by people lying and cheating law enforcement, ruining criminal cases and destroying the lives of innocent people.

Accurate lie detection solves crimes and protects the innocent people when they are accused. Today, the PSE system still has the proven superiority over every device, including computer polygraph, for truth verification in criminal cases, employment screening and psychological evaluations.

I am in my office for consultation at 215.631.1448(est) from 9am to 12 noon if you want to discuss this matter in more detail or by email.

Sincerely

Arthur Herring III, President

Dektor Corporation