UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR HERRING III

DEBTOR **EXHIBIT "7"** CASE NO. : 20-12141- MDC
CHAPTER 7

FILED

JAN 30 2021

TIMOTHY McGRATH, CLERK
DEP. CLERK
BY

REPLY TO nitv, fs MEMORANDUM IN OPPOSITION

TO DEBTORS MOTION FOR SANCTIONS

---

**REPLY TO NITV'S OPPOSITION TO DEBTOR'S MOTION FOR SANCTIONS**

1 a. Denied. Contrary to nitv's all THREE law firms claims, this Motion to Sanction DEMANDS, not only to be heard, but also to be enforced to the fullest extent of this court's ability on those named . The fact was, nitv used the federal courts as a weapon on Debtor by filing their made up lawsuit and filed fake documents they knew were fake, including their fake affidavit by Mosquera. Originally TWO, (now THREE) Nitv's law firms knew the suit was made up and ADMITTED that in their Complaint by saying nitv had not lost any law enforcement sales. Those lawyers later lied and claimed Nitv had lost money from lost sales caused by Debtor. Which is it boys?

b. In Debtor's case, they used the federal court to sue only to shut Debtor up (SLAPP) from revealing (as many other newsmedia have also done for 31 years) nitv/owners were a scam. Nitv lawyers also wanted to waste Debtor's money, ruin his 41 year business and now in federal bankruptcy court to again use the courts, to waste as much of the court's time as without justification, only to further legally harass debtor and to prolong the proceedings to rack up more billing hours for themselves .

c. Nitv/lawyers NEVER contacted Defendant/Debtor to discuss the matter before they filed their admitted fake lawsuit, as all professional lawyers do. Instead, nitv/lawyers only wanted to use the courts as weapons, with a client of unlimited monies to do so and to also eliminate Debtor as a business for the sole purpose of giving nitv owners a monopoly in the voice lie detection field.

d. Within a month of the lawsuit filing, Debtor was deposed. Nitv/lawyers learned Debtor was selling only about 2 or 3 PSE lie detection systems a year, a income value of only about $20,000 a year for the previous 5 years. Those lawyers also learned at age 65, Debtor only had 2 old cars, a 40 year old mobile home and some savings.

e. At Debtor's first bankruptcy in early 2019, those lawyers saw again that Debtors assets and income of only about $20,000 a year. Nitv lawyers knew Debtor did not have "deep pockets to defend himself and certainly not any assets to pay any judgement of any amount.

f. Nitv lawyers knew any judgement against Debtor would go instantly to bankruptcy court as it had been before in this past lawsuit.

g. Any professional law firm would have told their client a lawsuit would be a total waste of money since Defendant had no assets to pay for any judgement. Instead, nitv only wanted to use the court as a weapon against Debtor, including now in bankruptcy.

h. Every state has strict rules governing lawyer's actions in lawsuits. The THREE nitv law firms have admitted they read the thousands of documents, many exhibits that were submitted by Debtor during the trial and posted on Debtors news website www.nitvcvsaexposed.com and also saw the 2006 ABC News investigation exposing the nitv/cvsa/owners scam.

i. The lawyers read those documents because they demanded the documents be deleted from that website and Debtors Dektor website. Those documents proved their client was a conman and his business was a fraud, including all those people involved with Nitv, mainly the two owners and their wives.

j. Those rules governing lawyers, both in Pennsylvania and Florida, dictate lawyers must remove themselves from the case if the case is of fraud and/or refuse to submit any fake documents in a lawsuit.

g. Nitv lawyers think I should be sanctioned for "wasting valuable judicial resources, unprofessional personal attacks and for attacking the Florida courts judgement.

h. It is nitv/owners and law firms that filed the made up lawsuit, continued to drag out the lawsuit only to waste defendant's money, ruin his business, rack up thousands of billing hours for themselves and NOW are dragging out this very simple and basic bankruptcy, thus wasting this federal court's time and denying the court to others in need.

i. Recently, trustee Bonnie Finkle, was extremely surprised to learn nitv/lawyers were offered a guaranteed minimum of $50,000 6 months ago to settle, but nitv's THREE law firms turned it down. That money was to be from a lawsuit to be filed against Debtor's original bankruptcy lawyer who ruined Debtor's first bankruptcy and possibly other lawyers, including Debtor's recent lawyer Nahrgang who quit without cause and kept a second check of $5,000 that was paid to Nahrgang, thus depriving Debtor of any more legal representation in this bankruptcy. To date, Hahrgang has refused to respond to Debtor's phone calls or emails pertaining to him keeping the check without any just cause.

j. Now, nitv/lawyers want to be excluded from the bankruptcy and even have it canceled only to use the court for a lifetime of legal harassment on Debtor. At my age of 67, in bankruptcy and no business, do those so-called lawyers really think I will have their $850,000 someday to pay? Nitv still has not paid THEIR judgement of about $750,000 from ten years ago to Baker. Nitv owners were recently deposed again to provide the location of assets to pay Baker.

k. For the ENTIRE trial, the damage hearing and now this bankruptcy, Nitv's first TWO, now THREE law firms, have NEVER proven one document Debtor submitted was false. Those documents proved nitv/owners were a scam. If the documents are not fake, then they are real and factual.

l. Some of documents came from the news media that proved nitv/cvsa/owners were a scam. Some documents came from nitv's website over the years proving they were a scam.

m. In the Arizona Republic paper, in 2005, HUMBLE ADMITTED he was selling his cvsa, but it had NO studies that proved his cvsa gadget was a real lie detector. HUMBLE ADMITTED then his gadget was a fraud. As a matter of fact, in 1999, nitv admitted in federal court that cvsa was NOT a lie detector. But, nitv continues to claim cvsa is a lie detector and is "98% accurate".

n. In 2006, on ABC News, on NATIONAL TV, HUMBLE ADMITTED he had no studies that proved his cvsa gadget had any accuracy better than a coin toss, about 50%. Humble was CONDEMNING his own gadget as being worthless.

o. On the same ABC show (the full version can be seen on the internet), humble said he thought it was honest to claim his store bought title of "Dr" was real. It was sold by a one room store calling itself Indiana Christian University that sold other types of fake education degrees.

p. Nitv/lawyers seem to be so sensitive to exhibits of facts that they refer to as "insults". Never mind that a nitv lawyer, in a federal document, called Debtor "paranoid", even though that lawyer never met Defendant and has no training in psychological expertise. That is called liable and defremation.

q. Every dollar those lawyers got for the past 2.5 years is from nitv crimes: fraud, cocaine smuggling from Panama, mail fraud, wire fraud, false advertising, money laundering and using the Great Seal as nitv's company symbol. There are rules in every state that govern lawyers, their conduct in court, in lawsuits. All THREE law firms deliberately violated them, before and now in this bankruptcy.

r. The judgement against Dektor was only because (as Pro Se during that time) under the law, the owner of a company cannot respond or defend anything said about his company or to it. Therefor, all actions by nitv lawyers had to go unanswered. Judge Brannon implied I did not care to act on those actions, a total lie.

s. As per my condemning the Florida judgement, it was judge Brannon who made these statements:
   1. "Court has an obligation to assure there is a legitimate basis for any damage award it enters".
   2. "In the beginning of 2019, plaintiff wanted $1,360,000 and then tripled it to $4,080,000".
   3. "Court noted record was devoid of any evidentiary materials to support those claimed damages".
   4. "For the court to simply adopt nitv's estimated damages would be an act of pure speculation".
   5. "Plaintiff now seeks 5,990,659.12 and wants it tripled to $17,871,977.36"
   6. "Plaintiff relies on declaration and testimony of humble and the declaration and testimony of CPA Foyteck".
   7. "Evidence presented simply does not support the requested amount sought by Plaintiff".
   8. "Amount of damages has changed from $1.3 million to $5.99million in less than a year".
   9. "Humble speculates Herring/Dektor are responsible for 85%-90% of lost sales".
      a. Remember Nitv lawyers said in their Complaint there were NO loss of sales to nitv.
   10. "Perhaps court should use 50%, but the court would be speculating.
   11. "Court accepts as reliable hearsay the evidence of loss of business in El Paso County sheriff of $37,000 and $5,660.83 and $6,513.13 from the two conferences of crimes against children in 2018 and 2019. total of $49,673.96."

12. "Court does not accept Mr. Herring is the sole reason that the state of Texas did not change its polygraph laws."

13. "Taking a minimal approach, using El Paso Sheriff as a model, Plaintiff has lost at least 10 customers for another $375,000 or total of $424,673.96"

  a. FACT. El Paso County sheriff was contacted by Debtor recently. He stated he had NEVER heard of me or my company Dektor. According to him, they dropped cvsa because it was not that reliable and bought a polygraph and had a person trained in it.

t. Brannon claimed Debtor willfully violated Lantham Act and doubled the damages to $849,347.92.

  1. For Lantham Act, damages cannot be punitive and must be based on a showing of actual harm. Nitv/lawyers NEVER showed any proof, just hearsay and documents NEVER verified by CPA Foyteck. Foyteck ADMITTED on the stand he never had any contact information of the 2,700 "customers" nitv claimed they had and Foyteck only took the word of nitv on the information they gave him.

u. The proof is clear why I would condemn a federal judge's ruling when there were no proof by nitv/lawyers/cpa that Debtor caused any damages.

2. Denied. Those THREE nitv law firms, always making funny remarks. The law and the courts belong to the people. If nitv layers do not like my performance, why don't they fix their own business so the people can use the law books, including writing those law books in plain English, making procedures in a simple format, etc. Why do people have to go to law school for three years just to defend themselves in civil or criminal court or to file a lawsuit? Small claims court is very simple for the people to use. If my two former lawyers did not waste my money, Nahrgang did not scam me out of $10,000 and quit without warning and nitv lawyers did not freeze my checks, nitv lawyers would not have to cry about my motion's formats and requests. NO money means NO lawyer.

3. Denied in part. The Mosquera affidavit was made up by nitv/lawyers and proven a fraud. Debtor got Mosquera's business card, proving he was a part of nitv, not a "unknown" as nitv/lawyers claimed in their affidavit just to keep the lawsuit in Florida. How can nitv lawyers have the stupidity to deny that? The copy of it has been submitted many times to both courts. The so-called damage "amounts" by nitv were made up by nitv and judge Brannon basically said so (See S and T). CPA Foyteck ADMITTED he never was able to verify any of nitv's information and only took their word for it, including their claim of 2,700 "customers". Debtor has also proven nitv/owners past and current claims about nitv/cvsa/owners were ALL true, backed up with indisputable documents and humble's own admissions of fraud, fake title of "dr", cvsa "accuracy", etc, on TV and in the news media. It is most important to state that not one, not one of any of the thousands of defendant/Debtors documents or ABC News video about nitv/cvsa/owners were ever proven false by any of nitv's THREE law firms.

4. Denied. Everything Debtor has brought to this court case, with testimony and mainly documents, goes directly to the authenticity of the lawsuit and the following judgement award itself. To deny that, is both foolish and stinks of stupidity. If these lawyers want to complain and whine because motions are not filed according to their rules and that people should know court procedures, then the lawyer business must rewrite those procedures, statutes, definitions, opinions, etc so the average person can understand and use them. Small claims court did just that.

5. Denied in part. As this court and the THREE law firms are aware, Defendant/debtor filed a motion to dismiss judge Brannon for gross incompetence. It must be noted that nitv's TWO law firms previously demanded, several months into the lawsuit, the first judge in the trial should be removed for incompetence. Nitv lawyers got what they wanted. I was allowed to make the same demand based on Brannon's various decisions against Defendant that clearly proved he was either ignoring or not reading the many documents I submitted that clearly proved Brannon's various decisions against Defendant were wrong. As per the lawyers themselves, Debtor will be filing complaints with the proper entity.

6. Denied in part. Since ALL THREE law firms have admitted they read the original Complaint of 2018, then they know they had admitted nitv never lost any sales to law enforcement, thus nitv never lost any money. Since that was pointed out by me for the past 2.5 years, nitv lawyers have NEVER tried to explain or justify their statement. Therefore, their statement, by their own admission is true: Nitv NEVER lost any money because of my actions exposing the nitv scam. By continuing to use the court in their case in a fraudulent way, Nitv lawyers and their clients must be severely sanctioned to the fullest extent of the court's abilities. Nitv lawyers have NEVER tried to explain why they submitted the fake Mosquera affidavit, in a federal court, under penalty of perjury just to keep the trial in Florida when they knew Defendant had NO connection to Florida in any way. Debtor proved 2.5 years ago and in these proceedings, using Mosquera's own business card, he in fact WORKED for nitv as their director of sales for Latin America. Nitv and their lawyers knew this. Nitv's THREE law firms are quite foolish to admit they have read the massive amount of documents and the ABC News video of 2006 proving their client is a conman, but still are on the case. Is it a surprise to anyone that some lawyers only care about their billing hours but not in the law, ethics or their states rules of lawyer conduct? The rules dictating lawyer's conduct in this case, in both Florida and in Pennsylvania, dictate those law firms must excuse themselves from the case because they, by their own admission in their Reply, have been definitely educated their client is using the court only for SLAPP and as weapon. Debtor has submitted the massive amount of undisputable documents, including from news media, court documents and other documents proving nitv/owners have only been a scam on law enforcement for 31 years selling a fake "voice lie detector" and made up training. Nitv's THREE law firms have NEVER supplied one independent study, in 2.5 years, proving cvsa and its made up training are "98% accurate" (as their client has claimed for 31 years) for lie detection. In fact, nitv lawyers have only used quotes by the conman claiming his gadget is real because he/nitv says so. Hardly proof the courts demand. Nitv has built its scam on various lies, just like all the other conmen and their scams. Nitv's owner humble admitted, on nationwide TV in 2006, he had NO independent studies proving his gadget worked. Humble had stated that earlier in 2005 in the newspaper Arizona Republic. In the same video, it was proven the U.S. military banned the cvsa from the entire military because of its extremely poor accuracy. In the same video, it was also proven humble bought his so-called "dr" diploma from a one room store calling itself Indiana Christian University that only sold fake education diplomas. Humble claimed in the December 2019 damage hearing it was a "honorary one". Really? A one room store calling itself a "university" that ONLY sells fake education diploma's. When asked by ABC News if he thought it was honest to claim that fake title, humble said he thought it was. Since 2006, humble/nitv owners (kane, Lourdes humble, Olga Kane (CFO) have used made up "studies", such as the Chapman article, to deceive people to think cvsa is "98% accurate" for lie detection. In January 2020, Chapman study co-author Stathis made up another "article/study" called Shadows into Light". Stathis claimed cvsa is 100% accurate. Her "information" came from nitv sales director: a disgraced former sheriff deputy Jerry Crotty. Stathis has been paid by nitv for years to travel around the country promoting cvsa to law enforcement using the Chapman study. According to the website publisher, Taylor and Francis, all authors must submit information disclosing if they have any

connection to anyone connected to their article. Stathis clearly lied to that publisher. Now, nitv/owners
have made up TWO fake studies to lie to people in their scam.

7. Denied. Nitv/THREE law firms have NEVER proven their claim of losing any money because of Debtor. The
fact is, Nitv/lawyers stated in their Complaint nitv NEVER lost any law enforcement type sales. Since law
enforcement type sales are the ONLY kind nitv sells to, then nitv never lost any MONEY because of Debtor.
No documents, information submitted or testimony given by humble or Foyteck was EVER verified by
Foyteck and Debtor was NEVER allowed to verify any claims or documents by nitv to be true. Foyteck
admitted on the stand and in his declaration he simply took the word of nitv of their statements and
documents. Aside from humble's own "ass kissing" of himself in his "delusional" mind, humble's claims of
being: a "renassaince man", "father of voice stress analysis", his cvsa is the "gold standard" of lie detection,
his cvsa is "98% accurate" and his claim his patents prove cvsa is real, NO documents of verified facts were
ever presented by nitv lawyers to prove any of those humble braggings. "Take my word for it" is NOT
accepted as being facts in a court of law. Nitv owners, chucky humble, wife lourdes, co-owner jimmy kane
and his Russian wife olga (CFO) are fully aware of their scam. Current sales director and disgraced former
sheriff deputy Jerry Crotty is also aware of the scam, but I forgot to include him. Nitv lawyers and their law
firms are fully aware their lawsuit was a fraud since they admitted such in their Complaint, read all of my
Exhibits, the 59 page nitv section on the Dektor website, the ABC News video of 2006 and the thousands of
documents on my former news website www.nitvcvsaexposed that those lawyers/law firms demand be
deleted. Those same individuals threatened another news website  www.antipolygraph.org with a federal
lawsuit unless that owner (Maschke) also deleted all of his information about the nitv scam. Maschke's
lawyer made it clear to nitv/lawyers what the Constitution says about free speech. NO lawsuits have ever
been filed by nitv at any of the other news media, including ABC News, Vancouver sun, Arizona Republic,
etc, for stating facts about the nitv/owners scam. Why not? Is "Selective suing" only those that do not have
the resources to defend themselves the rule for nitv THREE law firms? The information is the same no
matter who presents it. Since all of my information was documented and those documents were NEVER
proven fake or made up by nitv/lawyers, then that information is considered factual, whether they like it or
not. To sue a person to shut them up is called SLAPP.

8. Denied. Angry? You think? NITV AND LAWYERS: SHOW ME ONE, INDEPENDENT STUDY, WITH CONTACT
INFORMATION, THAT PROVES NITV'S 31 YEAR CLAIMS OF CVSA BEING 98% ACCURATE IN LIE DETECTION
AND NOT AFFECTED BY DRUGS, ALCOHOL OR COUNTER-MEASURES. When a admitted conman hires THREE
law firms to sue a person, using  a completely made up lawsuit, a fake affidavitt, only to force Defendant to
waste his money on incompentent shisters in Florida (including Debtor's previous bankruptcy attorneys),
have his 41 year business ruined and force him into bankruptcy just because the plaintiff had the money to
do so, I would think a person might be angry. To nitv lawyers, it is only billing hours for great paydays. Does
it really take THREE law firms to beat one person with no lawyer? As lawyers say: "Anybody can sue
anybody for anything". When nitv owner humble stated on nationwide TV in 2006 and in other news media
that after selling his gadget as a lie detector, claiming 98% accuracy, for 20 years (at that time) and he still
had NO independent studies proving any claims made by him as being true, that is called a scam and a
felony. Since 2006, nitv has used only fake studies/surveys to claim cvsa is "98% accurate". They include
one by DoD, Chapman "study" and the latest fake cvsa "study": Shadows into Light. Shadows into Light was
written by Marigo Stathis, co-author of the fake Chapman "Study". Stathis claimed cvsa is 100%. Stathis got
all of her "information" from Jerry Crotty, nitv's director of sales. Crotty is the disgraced, former sheriff
deputy in Florida and was documented in the news media.  Stathis is paid by nitv to travel around the country

promoting the nitv/cvsa scam using those fake "studies" to say cvsa is a perfect lie detector. In 2016, nitv
co-owner kane sent a letter to law enforcement claiming cvsa was "98% accurate" using the fake Chapman
"study". As per judge Brannon's decision, if judges were perfect and honest, why would the lawyer business
need appeal courts? About ten years ago, two state judges were sent to prison for decades for sending
children to a specific prison for kickbacks. They made millions doing it. It was called Cash for kids. Every year,
scores of judges are disbarred for corruption. For a federal judge, Brannon to admit there was no evidence
by nitv to prove any damages, but then award almost $1 million based only on the word of nitv, a CPA and
pure guesswork, with NO verification of any documents or information to prove such information is correct,
is not only gross incompetence, it stinks of corruption.

9. Denied. See sections 1-9 so far. Are these THREE law firms kidding: "Lack of decorum, ongoing personal
   attacks and childish/juvenile antics"? What do they call their fake lawsuit and using the court as their
   weapon of choice: Nothing personal, it's just business? When all THREE law firms admit they read their
   Complaint, read my information, documents and saw the ABC New video proving their clients are a scam,
   continue with their fake lawsuit and force a person into bankruptcy, is that person supposed to be grateful?
   Since ALL of the money made by the THREE nitv law firms comes from nitv's various crimes of fraud and
   cocaine smuggling from Panama (as stated by a former instructor at nitv), when the various law
   enforcement departments knock on the nitv and lawyers doors and seize their assets, homes, savings, etc,
   nitv and those law firms should remember justice is a real bitch.  As nitv and the THREE law firms
   recall, myself and 8 others were deposed and gave thousands of documents to the AG of Florida for six
   months WITHOUT nitv/lawyers knowing it. There is no law that says only ONE can be notified, of ANY type.
   LOL. Settlement anyone?

10. Denied. Modus operandi? Real fancy words. A fake lawsuit and a prolonged simple and basic bankruptcy
    by THREE law firms and by nitv ARE a waste of the court's valuable time and resources. Using the court as
    weapon and for SLAPP is a waste of the court's valuable time and resources. As per the so-called
    misspellings and name calling, do those THREE law firms remember calling my facts as "ramblings" and
    calling me "paranoid" during the lawsuit? Using that insult by shisters who have no training in psychology
    and never have met me. Do shisters expect people to pat them on the back for a job well done after
    defendants are ruined by a conman and shister's fake lawsuit? It's called chutzpah.  If the lawyer's feelings
    are hurt so easily, maybe they should find another type of job. Insults do not ruin a business, waste savings
    and waste years of a person's time. Shisters do. Once again, weisgold uses a wrong email address for me.
    Nitv law firms during the lawsuit sent bundles of documents in cheap envelopes that arrived
    torn and documents missing and other times packages arrived with large postage due. Now, those THREE
    law firms cry about some of my misspellings. Really?

11. Denied. The courts are always open to facts that prove a point, especially for a defendant. Where or when
    they are presented, is not what is most important. What is MOST important and cannot be ignored or over
    looked are my FACTS and exhibits contained in this Reply, in my past Replies, Motions and Exhibits that
    contain information that has NEVER been proven false by the THREE nitv law firms in any way. Those facts
    PROVE, by the admission of the two original nitv law firms in their lawsuit Complaint, the lawsuit was made
    up only to waste Debtor's money and to shut him up from revealing the scam (SLAPP) of nitv/owners for 31
    years. Nitv and their THREE law firms NEVER proved any losses caused by me in court with any verified
    documents. Nitv and their CPA simply said "Take our word for it". Even the federal judge stated
    nitv/lawyers never presented any evidence in his decision. He admitted he was only guessing with his

amounts. For any shister to claim my Motion for sanctions against those named in it, is only to insult those named and to waste the court's time, is to be expected from those who filed the fake lawsuit for the conmen. Those same conmen who had ADMITTED they were a scam on NATIONAL TV in 2006 and in the news media. You can put lipstick on a pig, but it is still a pig and still stinks. Nitv's lawsuit is covered in lipstick. This bankruptcy is being exploited by those THREE law firms only to enrich themselves with billing hours, with the full blessing of nitv owners. In addition of wanting to be excluded from the bankruptcy, nitv/lawyers are demanding the Florida judge cite me for contempt for using public documents in my bankruptcy to defend myself and also want that judge to put me in jail. Really? Is THAT not using the court as a weapon? Don't those THREE law firms know people are murdered in jail? Is THAT how slimey those shisters are to get a person murdered just for their master? Would they expect a bonus for that? Those same shisters also violated basically every rule for lawyers that governs lawyers in every state involving filing fake documents and staying in a case those lawyers know is a fraud. There are lawyers and there are shisters. Those definitions are extremely clear and detailed. Each year, about a 1,000 lawyers are disbarred for serious misconduct and criminal activity. If the court is to refuse to "tolerate" any unprofessional conduct, as the THREE law firms say they want, it is the THREE law firms, nitv owners, their proven fake lawsuit and their continuing use of it in this bankruptcy that demand severe financial sanctions against them to the fullest extent of the court's ability. It is those THREE law firms that have been proven to have lied to the court, wasted the courts time and resources and deprived others their time in this court.

12. Denied. Not unexpected by those who are guilty and want to blame others for THEIR actions. Who will those THREE law firms blame next for their misdeeds involving creating and filing their fake lawsuit: their law school professor who told them to do whatever it takes to make money or their dog who "ate" their book of rules governing lawyer conduct? ALL of my filings have been documented with facts. No judge can condemn a person for following that rule. NONE of my documents filed in the lawsuit, Motions or Reply to Motions were ever proven false by nitv's THREE law firms that proved nitv has been a scam for 31 years on law enforcement and the public. If my documents cannot be proven false, then my documents are true, factual and MUST be accepted. Isn't that taught in lawyer school or did those THREE lawyers go to the law school at Indiana Christian University, the same place where humble got his store bought diploma of Dr (PhD). As per nitv lawyers demanding a monetary penalty on me: with what money? Two different shisters took almost $50,000 in Florida to defend me in this fake lawsuit, recently nahrgang scammed about $10,000 from me as my bankruptcy lawyer, who basically did nothing for it and the THREE nitv law firms froze my $35,000 cashier's checks. If I had money, I would have another bankruptcy lawyer. Who knows what the THREE law firms got away with the grossly incompetent bankruptcy lawyer that quit after he got $10,000 and now with my lack of knowledge of this matter.

    I repeat paragraph #8 above. Nitv lawyers: provide ONE independent, peer reviewed study, with contact information, that proves cvsa is 98% accurate for lie detection as nitv/owners have claimed for 31 years. What could the harm be doing that? Prove your client has a real "voice lie detector" and not just an expensive coin toss (about 50%) as cvsa has been proven to be, by many studies, for 31 years.

13. Denied. It seems nitv's THREE law firms also missed the course at Indiana Christian University about Constitutional law. Let me remind them: NO judge, at any level, at any time, can cancel or change the Constitutional rights of anyone, for any reason. Only the U.S. Congress can change the Constitution. If in doubt, contact the ACLU. Many judges are disbarred every year for being corrupt or grossly incompetent. All information, documents and those documents and information from nitv's own website for decades and ABC News video used by Debtor, at all times, was public for as long as 35 years. There is no law broken

or any legal action that can be taken for repeating that information, especially when their sources are named. People may not like the truth, but it cannot be legally silenced in any way. Legal action can be taken against those that try to stop it from being released or repeated. Again, it must be asked: Why hasn't nitv sued those many news media for what they have exposed about nitv/cvsa/owners being a scam for 31 years? Why just sue me? Even judge Brannon said nitv cannot blame Debtor for all of nitv income losses. People are free to buy or not buy at any time. They will not buy when word of mouth or their own experience says a product is no good. With cvsa, the accuracy was very poor and the software had many glitches. Nitv, over a year ago, had a chance to buy Dektor and our well proven software technology of Voice Stress Analysis for lie detection called PSE. PSE can be used in all laptop & desktop PC's, Android tablet, Android cell phone, Apple tablet and Apple IOS cell phone systems. The unreliable cvsa and its poor accuracy can only be used in a laptop PC.  But, nitv refused to buy Dektor and have the PSE system. Instead, nitv chose to use the court as a weapon only to sue to shut Debtor up (SLAPP) and waste his money. As per any Discovery violations, Debtor fully complied with all requests, including depositions, submitting all document requests and sending two hard drives to nitv's hand picked IT person in Florida. Nitv refused to have a independent IT analyze the hard drive in Pennsylvania under the watchful eye of my highly trained former IT person. Why? Because nitv wanted their IT person, just like their hand picked CPA Foyteck, to say only what nitv wanted them to say to win their lawsuit. One hard drive had stopped working  several months before the nitv lawsuit was filed. Nitv lawyers tried to say it was deliberately destroyed after the lawsuit was filed to hide evidence. But, a receipt was submitted proving the new hard drive was bought two months BEFORE the lawsuit was filed. The other hard drive was scanned by nitv's IT person for Dektor's customers. Dektor's clients worldwide were contacted by nitv. Those clients were told by nitv that Dektor and Herring were a scam, sold fake equipment and they should buy cvsa. Nitv's IT stated my hard drive had file erasing program on it. It is legal to buy that software. Millions of people and businesses buy it to clean out old files to free up hard drive space. All legal and honest. Too bad nitv and their THREE law firms are not that honest.

Any and all sanctions against Debtor,as wanted by nitv lawyers, must be denied. Since Debtor is NOT a lawyer and has NO education in law, Debtor has done a remarkable job defending himself, PRO Se, against THREE law firms for 2.5 years against a lawsuit that was admitted by nitv's lawyers as being completely made up. Debtor has used legal formats and procedures to the best of his ability. Debtor has submitted all forms and information as requested. Debtor has complied with all deadlines during the entire lawsuit and in this bankruptcy. Debtor has submitted very lengthly and detailed Motions and Exhibits and always replied to Motions in very detailed formats. It has been nitv/lawyers that have pursued a course of prolonging a very basic and simple bankruptcy only to cause as many problems and time consumption as possible to Debtor as possible.

Based on the fact that nitv used THREE law firms and their staff for almost 2.5 years in their fake law suit that those law firms admitted in their Complaint there were no loss of sales/income to nitv and have been deliberately prolonging Debtor's bankruptcy and trying to do as much future harm to Debtor, without just cause for nitv/lawyers own financial benefit, sanctions must be of a punitive monetary nature of the size that fits the injustice that nitv and their THREE law firms have done to Debtor for 2.5 years. Such a huge sanction will send a clear message to desousa law and advisor law based in Florida and also weisgold law based in Philadelphia, never to use the people's court as a weapon and to ruin people for their own private benefit. The court must reread judge Brannon's statements in #1 S at the beginning of this Reply to see how unjust Brannon's pure guessing was to decide the massive judgement against Debtor.

Arthur Herring III, Pro Se

By: _____

    PO Box 43

    Earlington, PA  18918

    215.960.6229

    December 19, 2020

Case 9:18-cv-80994-DMM   Document 187-7   Entered on FLSD Docket 11/05/2021   Page 11 of
41
Case 20-12141-mdc   Doc 65-1   Filed 01/30/21   Entered 02/05/21 13:55:48   Desc
Certificate of Service   Page 1 of 1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In re:

Arthur Herring III                                Case No: 20-12141-MDC

   Debtor                                          Chapter 7


nitv  fs, llc

   plaintiff


CERTIFICATE OF SERVICE


Arthur Herring III, Pro Se hereby certifies that this Reply to Nitv Memorandum in Opposition to Debtor's Motion for Sanctions was served by first class mail to the U.S. Bankruptcy Court, Eastern District of Pennsylvania.


ARTHUR HERRING III, PRO SE

By: _Arthur Herring III_

Arthur Herring III

PO Box 43

Earlington, PA  18918

215.960.6229

Herthur20@protonmail.com

December 19, 2020

# EXHIBITS

1. nitv only sells to law enforcement, not the private sector.

2. Nitv says I lied about cvsa advertising sales had dropped off due to loss of cvsa. Nitv says there was no loss of sales. If there was no loss of sales/money, then why did nitv sue me claiming they lost millions of dollars?

3. Nitv claimed a "unknown" person called Mosquera, living in Florida, saw my website on the internet. Mosquera signed a affidavit, under penalty of perjury, in federal court that said he had no connection to Nitv. Nitv used that affidavit to claim the trial must be in Florida. Neither Dektor nor Herring: ever lived in florida, had a office in Florida, owned land in Florida or even had clients in Florida.

4. Business card of Mosquera working for nitv. This PROVes nitv lawyers are guilty of perjury.

5. Nitv has claimed cvsa is 95% accurate since 1988, but NO independent study has found the accuracy is any better than a coin toss, about 50%

6. Nitv director claims cvsa is 98% accurate in 2016. No independent study has ever proved cvsa is any better for lie detection than about 50%, a coin toss.

7. Nitv claims I lied about no study proves cvsa is any better than a coin toss. Nitv claims there is a "2012, peer-reviewed and published study..." proving cvsa accuracy is 99%. Nitv is referring to the made up Chapman "study" of 2012. Chapman worked for nitv for 20 years and was on their board of directors. Hardly "independent". The so-called study was about 14 pages and NEVER, repeat NEVER mentions nitv or cvsa at all. How can nitv claim it "proves" cvsa accuracy when it NEVER mentions nitv or cvsa? It can't. Plus, nitv claims the Chapman "study" was published in a "scientific journal" called Criminalistics and Court Expertise, 2012 Annual Issue, #57. That "journal" does NOT exist at all. It was made up to make cvsa look accurate to law enforcement for sales.

8. In January 2020, the co-author of the fake Chapman Study of 2012, Marigo Stathis, wrote an article claiming cvsa was 100% accurate for lie detection. Her article was about using lie detection for child abuse. Stathis has been paid by nitv to travel around the country promoting cvsa sales to law enforcement.

9. Stathis claimed she got her information for her article from independent sources. But she got it from Jerry Crotty, a disgraced former sheriff deputy in Florida and has been sales

director of nitv for several years.

10. Nitv gives out fake "Chapman Awards" to anyone that is a friend of theirs to make them look important. Crotty got one 2017.

11. Humble claims he has a "PhD" (Dr) since 1987. It is a fake one bought at a one room store that sells fake education diplomas. The store was called Indiana Christian University. He only bought it to make people think he was a genius. Humble's lie has been exposed by many news media, including ABC News in 2006. A picture of humble, in his cap and gown, holding his fake diploma.

12. a copy of humble's fake "Dr" diploma.

13. In May, 2020, nitv was sued again for fraud.

14. Since 1988, nitv has used the U.S. Great Seal as their company symbol, which is a felony. Nitv uses various names to make people think nitv is part of the government.

15. Proof that using the Great Seal is a felony. Using the Seal once a day, since nitv started in 1988, that is about 11,000 times nitv/owners have used the great seal.

16. In all states, there are rules that govern lawyers conduct. In this case, all THREE of nitv law firms have known nitv is a scam. They knew this because of all of the documents that were all true and factual I submitted in Exhibits, Dektor's website and on my news website that they demanded ( got) judge Brannon to force me to delete. Nitv lawyers NEVER proved one document of mine or information was ever false. Therefor, those documents were true and proved nitv was a scam. Nitv lawyers sued me only to shut me up (SLAPP) from revealing any more about nitv being a scam. All THREE nitv law firms have admitted they saw and read those documents proving their lawsuit was a fake. All THREE law firms continued with the lawsuit, continued to submit documents, thus cleary violating those rules that govern lawyer's conduct, in both florida and Pennsylvania. Sanctions must be given to all THREE of those law firms, the lawyers themselves, named persons and their business for using the court as a weapon. Those sanctions must be as severe as possible as allowed by this court for the damages and severe destruction those actions of the law firms and their clients have done to Debtor and his business of 41 years. Those actions have put Debtor into this bankruptcy court at age 67 only because of the totally unjustified judgement by the Florida court.

Exhibit 1

FEDERAL SERVICES

Home   About ˅   Products ˅   Training ˅   Real Cases Solved   Resources ˅   Science ˅   AIS Course ˅   Blog   Contact Us   Visit Us

CVSA III NOW AVAILABLE

ANNOUNCEMENT – Due to the worldwide Coronavirus crisis, we have been advised Dell Rugged 14 notebooks are not available until further notice. The CVSA III will continue to be available, housed in the business-grade Dell Latitude 5400. For further information please contact us.

The CVSA is sold only to law enforcement/government agencies... The CVSA is now used by over 2,500 US la

*Exhibit 2*

79.   The Dektor website further states: "In late 2006, NITV began to advertise in insurance magazines with full page ads. It appears they were trying to make up for the drastic drop in CVSA sales to law enforcement. NITV tried to get insurance companies to buy CVSA and use it as a over-the-phone lie detector for insurance fraud. If they did so, millions of real claims would be denied because of the poor accuracy caused by unreliable CVSA technology. Soon, NITV was banned from advertising in those insurance magazines." (available at http://www.dektorpse.com/information/cvsa/).

80.   This statement is false.   Plaintiff did not experience any drop in sales to law enforcement and was never banned from advertising in insurance magazines.

EXHIBIT   3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-Middlebrooks/Brannon

NITV FEDERAL SERVICES, LLC,

      Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

      Defendants.

_____

## DECLARATION OF MIGUEL MOSQUERA

Miguel Mosquera does hereby declare pursuant to 28 U.S.C. § 1746:

1.   This declaration is based on my personal knowledge.

2.   I am not a member, owner, director, officer, manager, or employee of Plaintiff.

3.   I am a resident and citizen of the State of Florida.

4.   I have been informed that this lawsuit was filed on July 27, 2018. Prior to that date, I accessed Dektor's website (www.dektorpse.com) from a computer within the State of Florida and viewed the material thereon concerning Plaintiff and its CVSA product.

5.   I am also aware of other individuals within the State of Florida (who are likewise not members, owners, directors, officers, managers, or employees of Plaintiff) who accessed Dektor's website and viewed the same material concerning Plaintiff and its CVSA product prior to the filing of this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Case 9:18-cv-80994-DMM   Document 50-2   Entered on FLSD Docket 11/16/2018   Page 2 of 2

Dated: November 16, 2018

Miguel Mosquera

*Exhibit 4*

FEDERAL SERVICES

**Miguel Mosquera**
International Sales / Advanced CVSA III Examiner

Cell: 1.407.970.3349
E-mail: mian249@aol.com

11400 Fortune Circle / West Palm Beach, FL 33414
*www.cvsa1.com*

Exhibit 5

Home    About ˅    Products ˅    Training ˅    Real Cases Solved    Resources ˅    Science ˅    AIS Course ˅    Blog    Contact Us    Visit Us

FEDERAL SERVICES

CVSA III NOW AVAILABLE

ANNOUNCEMENT – Due to the worldwide Coronavirus crisis, we have been advised Dell Rugged 14 notebooks are not available until further notice. The CVSA III will continue to be available, housed in the business-grade Dell Latitude 5400. For further information please **contact us**.

...orld... CVSA is the only scientifically validated voice stress analyzer in the world and is validated to be 98% accu...

*Exhibit 6*



**NITV**

**FEDERAL SERVICES**

January 1, 2016

Dear Customer,

Please be advised that the National Institute for Truth Verification Federal Service (NFS) is the Sole Source for the Computer Voice Stress Analyzer II (CVSA® II) and its training programs.

NFS is the exclusive manufacturer/distributor of both the CVSA® CVSA® II and has no US distributors. The CVSA II incorporates two US Patents: US Patent Number 7,321,855 *"Method for Quantifying Psychological Stress Levels Using Voice Pattern Samples,"* and US Patent Number 7,571,101 *"Quantifying Psychological Stress Levels Using Voice Patterns."* NFS is the only Voice Stress Analysis (VSA) manufacturer holding patents for its VSA technologies. The FACT® Scoring System is only offered by NFS, and can precisely quantify stress in the human voice and evaluate CVSA examination charts as Deceptive or Non-Deceptive with an accuracy level greater than 98%. Additionally, the CVSA is an approved GSA item for all US Federal Agencies, has been approved by the US Federal Court System, and is used by approximately 2,000 US and International Law Enforcement Agencies as well as elements of the US Military and other US Federal Agencies.

For more information please visit our company website at www.cvsa1.com.

Sincerely,

James A. Kane
Executive Director

11400 Fortune Circle ● West Palm Beach, Florida 33414 ● (561) 798-6280 ● Fax (561) 798-1594 ● Email NITVFS@CVSA1.com

59.     The Dektor website further states that: "CVSA, its training and chart analysis techniques have not shown proven reliable accuracy better than about 50% in studies and real crimes." (available at http://www.dektorpse.com/information/cvsa/).

60.     This statement is false.  As explained above, a 2012 peer-reviewed and published study of the CVSA showed its error rate to be less than 1%.  Further, a 2007 U.S. Department of Defense survey of law enforcement users of the CVSA found that approximately 86% of the respondents indicated they thought the CVSA was either "very" or "extremely" effective in detecting stress.

*Exhibit 8*

# Stathis and Marinakis' "Shadows into Light": A Failure of Peer-Review

In January 2020, the *Journal of Child Sexual Abuse* published online an article by Marigo J. Stathis and Maria M. Marinakis purporting to show that the Computer Voice Stress Analyzer (CVSA), a quack device marketed as a lie detector by the so-named National Institute for Truth Verification (NITV), is highly useful for interrogating pedophiles who use the internet in the commission of crimes, producing no false positives and a 100% confession rate from those who failed.

The authors of "Shadows into Light: The Investigative Utility of Voice Analysis with Two Types of Online Child-Sex Predators" declared to the journal that they have no conflicts of interest to report. However, an investigation by AntiPolygraph.org reveals that both the article's primary author and the source of the data used for the study have ties to NITV that call into question the article's credibility.

The *Journal of Child Sexual Abuse* is published by Taylor & Francis, who on their web page on "competing interest" or "conflict of interest" state: "Competing interests can be financial or non-financial in nature. To en-

"Competing interests can be financial or non-financial in nature. To ensure transparency, any associations which can be perceived by others as a competing interest must also be declared."

Stathis did not disclose that she is the recipient of the National Association of Computer Voice Stress Analysts' (NACVSA's) "Chapman Award" for an article she co-authored with James L. Chapman, who until his death in 2012 was a member of the NACVSA board of directors.



Marigo J. Stathis

NACVSA is an arm of NITV, which has used the article Stathis co-authored with Chapman to claim in marketing copy that "according to an independent, peer-reviewed, published 18-year study" CVSA "has an accuracy rate of 98%." However, an earlier investigation by AntiPolygraph.org revealed that the Chapman & Stathis article was published in an obscure publication of the Ukrainian government that has dubious claim to being peer-reviewed and that, in any event, the

has dubious claim to being peer-reviewed and that, in any event, the study was not based on NITV's CVSA, but rather a different voice stress analyzer whose manufacturer went out of business some three decades ago.

In January 2013, Stathis, a resident of Maryland, gave a presentation at NITV's Advanced Continuing Education Course in Fort Lauderdale, Florida on the topic of "Current VSA Research."



NACVSA Chapman Award recipients Bob McCarty, Chad Jeansonne, and Marigo Stathis

In January 2015, Stathis was again in Florida for NITV's Advanced Examiners Conference held at Disney's Coronado Springs Resort, where she was photographed with other winners of NACVSA's Chapman Award.

In January 2017, Stathis was yet again in Florida for NITV and NACVSA's 29th Annual Professional Development and Continuing Education Conference, where she gave a lecture. NITV's description of the event characterizes her as a "valued member":

> Some of the highlights of the conference were lectures by valued members who have advanced knowledge in specialized areas. One such person was Marigo Stathis, a neuroscientist who co-authored a peer-reviewed field study of the CVSA with Professor James Chapman. Marigo has a deep understanding of the scientific workings of the CVSA, but she's also great at translating the data into everyday language. Her lecture discussed the protocols of the Chapman study and described how they discovered that the CVSA has an accuracy rate of 99.69%, a precision rate of 99.67%, and a verified confession rate of 96.4 %.

In response to a request for comment, Stathis denied having a "close and continuing" relationship with NITV and affirmed that "[a]ll of [her] efforts pertaining to the 'Shadows into Light' article were of a *pro-bono* nature..."

Nonetheless, a reasonable person might conclude that Stathis' above-documented association with NITV constitutes a conflict of interest that should have been declared.

In "Shadows into Light," Stathis and Marinakis write that "[t]he data contained in this paper originates from a southeastern US Internet Crimes Against Children (ICAC) Task Force, an organization that successfully uses both advanced interviewing techniques and investigative tools when eliciting disclosures." Stathis and Marinakis do not specify which ICAC Task Force produced the data on which they rely, but AntiPolygraph.org's investigation confirms that it is the Central Florida ICAC Task Force, and that the key person involved was former detective sergeant Jerry W. Crotty II of the Manatee County Sheriff's Office.

Like Stathis, Crotty is a recipient of NACVSA's "Chapman Award" (for 2015):



2015 – D/Sgt. Jerry W. Crotty

NACVSA's "Chapman Award" (for
2015):



Jerry W. Crotty II

2015 – D/Sgt. Jerry W. Crotty
II: Jerry is with the Manatee
Co. Sheriff's Office (FL) and
was the recipient of the
fourth annual Professor
James L. Chapman Award for
Excellence. He developed innovative strategies using the
CVSA to protect the safety and welfare of children in Florida
and elsewhere. Jerry is assigned to the Federal Internet
Crimes Against Children Task Force (ICAC), and he
introduced the CVSA as a screening tool during
investigations of 'Traveler and Pornography Cases.' His
efforts have resulted in more accurately determining the
past predatory histories of these offenders, and also has
directly led to the identification and recovery of multiple
'live victims' of sexual predators. As a direct result of Jerry's
innovation and creativity the CVSA has been acquired by

> innovation and creativity the CVSA has been acquired by
> many ICAC Task Forces across the USA, which have also
> adopted Jerry's specialized interviewing approach.

In February 2018, six months after the cutoff date for Stathis &
Marinakis' data sample, Detective Sergeant Crotty "retired to avoid a de-
motion and discipline." Shortly thereafter, NITV hired Crotty as "Director
of Law Enforcement Operations."

That Crotty is the source of Stathis and Marinakis' data is confirmed by
Crotty himself in an online biographical sketch:

> His work is...the subject of an article published in the
> Journal of Child Sex Abuse, where his use of the CVSA was
> analyzed in online sex traveler and child porn offenders.
> Using this technique, he was able to recover 87 unknown
> live victims of child sex abuse.

Concordantly, in "Shadows into Light," Stathis and Marinakis write, "...as
a result of voice stress analysis procedures, 87 previously undiscovered
live victims were identified."

live victims were identified."

There can be little doubt but that Stathis and Marinakis' data is based on CVSA examinations conducted primarily, and perhaps exclusively, by Jerry Crotty.

In response to a request for comment, Stathis stated, "I received the data relevant to 'Shadows into Light' in 2017 from a Southeastern US ICAC team that consisted of several individuals who originally approached me in 2016, none of whom was associated with or worked for any forensic or truth verification software/hardware company at that time."

Nonetheless, a reasonable person might conclude that Stathis and Marinakis' data source's association with NITV constitutes a conflict of interest that should have been declared.

Stathis & Marinakis' "Shadows into Light" is also beset by methodological flaws and omissions that make it difficult to generalize the authors' conclusions to any other population:

- What were the total arrest figures for the ICAC unit during the relevant period?
- How many arrestees refused all interrogation?
- How many were interrogated without CVSA, and what were their admis-

- How many were interrogated without CVSA, and what were their admission/confession rates?
- How were the CVSA charts scored? Manually by the operator? Or automatically by the CVSA software?
- How many CVSA operators were involved? (Evidence suggests that the number is one, but the authors should have included this data point.)

Stathis and Marinakis write that "[t]his study's de-identified raw data can be furnished upon reasonable request from the corresponding author." In order to better understand their research findings, AntiPolygraph.org requested this data by email to the corresponding author, Marigo Stathis, on 22 July 2020 and received no reply. However, in October 2020, following AntiPolygraph.org's request for comment for this article, Stathis wrote:

> ...we have appropriately considered your initial July 22, 2020 request for the study's raw data. However, we additionally require a detailed description of how you intend to use the data. As the corresponding co-author, I will then be able to forward your request to the agencies that comprise the US ICAC task force (that generated the data) with the stated reasonable potential use of such data in

> with the stated reasonable potential use of such data in
> order to get their consent to release the data. The latter will
> be contingent on having met specific criteria re a written
> limited rights data use agreement, with appropriate
> protection of the data and defined limited reasonable use.

Given that Stathis did not reply to our request for the study's data, only
addressing it more than two months later when asked for comment for
this article, her claim that she needs more information to entertain our
request seems disingenuous.

The late astronomer and science communicator Carl Sagan famously ob-
served that extraordinary claims require extraordinary evidence. Stathis
and Marinakis' claim that CVSA—a scientifically baseless device that
NITV itself has acknowledged in court "is not capable of lie detection"
—produced no false positives and a 100% confession rate from those
who failed is an extraordinary claim indeed.

Regrettably, the evidence of Stathis and Marinakis' "Shadows into Light"
is murky.

*Exhib 9*



Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   Science ⌄   AIS Course ⌄

**FEDERAL SERVICES**



# Utilizing the CVSA in Internet Crimes Against Children (ICAC) Investigations

*By Jerry Crotty, Director of Law Enforcement Operations, NITV FS*

The Internet Crimes Against Children Task Force Program is a national network of 61 coordinated task forces representing over 4,500 federal, state, and local law enforcement and prosecutorial agencies. These agencies are continually engaged in proactive and reactive investigations and prosecutions of persons involved in child abuse and exploitation on the internet. There are 4,500 task force agencies that are assigned to monitor an estimated 3.2 billion users world-wide from criminal activity involving children innocently using the internet.

Everyday there are multiple news stories where someone is arrested for possessing child pornography or sexually exploiting a child via the internet. There is no model of what to look for when it comes to these types of offenders. The stereotypes associated with these types of offenders can be nothing further from the truth these days. Today, offenders can hide behind electronic devices pretending to be a child in hopes to lure children into sexual situations, collecting unlawful images and exploiting children. Truth be told, it doesn't matter how much money someone makes or what their social status is, anyone anywhere can be an offender.

One of the many responsibilities the ICAC Task Force has is to locate and identify victims which are currently or previously

*Exhibit 10*

https://web.archive.org/web/20170402125550/http://www.nitv1.com/announcements.htm

Home   About ⌄   Products ⌄   Training ⌄   Real Cases Solved   Resources ⌄   AIS Course ⌄   Blog   Contact Us

**FEDERAL SERVICES**

Go

JAN APR MAY
◀ 02 ▶
2016 2017 2018



No video with supported format and MIME type found.

○ Details of the 2017 Advanced Examiner Professional Development & Continuing Education Conference have been announced.

○ The fourth annual Professor James L. Chapman Award for Excellence was presented to Detective Jerry Croty of the Manatee County (FL) Sheriff's Office during the **2016 AEC**. Detective Croty is a member of the federally-funded Internet Crimes Against Children (ICAC) Task Force for Central Florida, and he developed innovative techniques for using the CVSA to conduct truth verification examinations of suspected sexual abusers of children arrested by the Central Florida ICAC Task Force. Of major significance is the confession rate by the arrestees for unknown past sexual crimes against children, which went from zero (0%) to over 90% once the CVSA was employed as part of the investigative strategy. The subsequent conviction rate for these offenders has been an astounding 100%! Our congratulations are offered to Det. Croty, his agency and the ICAC Task Force for a job well done!

*Exhibit 11*



Exhibit 12



# CVSA Marketer NITV Sued for Fraud

Bianca Fletcher, a former Arkansas Department of Corrections employee who alleges that she "was fired, purportedly for being deceptive" on a Computer Voice Stress Analysis (CVSA) "test," has filed a federal lawsuit against NITV, LLC, NITV Federal Services, LLC, their founder, Charles Humble, NITV employee Gene Shook, and two "John Does."



NITV Federal Services logo (misappropriating the Great Seal of the United States)

Fletcher claims damages for "libel, slander, false light, illegal exaction, negligence, and products liability, in an amount exceeding that required for diversity jurisdiction."

Fletcher's 6-page Complaint, filed on 18 May 2020, alleges the following general facts:

Exhibit 14

Register for Tr

FEDERAL SERVICES

CVSA III NOW AVAILABLE

The CVSA is sold only to law enforcement/government agencies... Tl

Home  About ∨  Products ∨  Training ∨  Real Cases Solved  Resources ∨  Science ∨  AIS Course ∨  Blog  Cor

https://www.cvsa1.com

nitvfs@cvsa1.com

1-888-266-7263

*Exhibit 19*

prev | next

Legal Information Institute  LII
OPEN ACCESS TO LAW SINCE 1992

ABOUT LII ▸   GET THE LAW ▸   LAWYER DIRECTORY   LEGAL ENCYCLOPEDIA ▸   HELP OUT ▸

18 U.S. Code § 713. Use of likenesses of the great seal of the United States, the seals of the President and Vice President, the seal of the United States Senate, the seal of the United States House of Representatives, and the seal of the United States Congress

U.S. Code   Notes

(a) Whoever knowingly displays any printed or other likeness of the great seal of the United States, or of the seals of the President or the Vice President of the United States, or the seal of the United States Senate, or the seal of the United States House of Representatives, or the seal of the United States Congress, or any facsimile thereof, in, or in connection with, any advertisement, poster, circular, book, pamphlet, or other publication, public meeting, play, motion picture, telecast, or other production, or on any building, monument, or stationery, for the purpose of conveying, or in a manner reasonably calculated to convey, a false impression of sponsorship or approval by the Government of the United States or by any department, agency, or instrumentality thereof, shall be fined under this title or imprisoned not more than six months, or both.

*Exhibit 16*

< BACK TO TOP

**Withdrawal**

[24] If the lawyer's services will be used by the client in materially furthering a course of criminal or fraudulent conduct, the lawyer must withdraw, as stated in Rule 1.16(a)(1). After withdrawal the lawyer is required to refrain from making disclosure of the client's confidences, except as otherwise provided in Rule 1.6. Neither this Rule nor Rule 1.8(b) nor Rule 1.16(d) prevents the lawyer from giving notice of the fact of withdrawal, and the lawyer may also withdraw or disaffirm any opinion, document, affirmation, or the like. Where the client is an organization, the lawyer may be in doubt whether contemplated conduct will actually be carried out by the organization. Where necessary to guide conduct in connection with this Rule, the lawyer may make inquiry within the organization as indicated in Rule 1.13(b).

**Acting Competently to Preserve Confidentiality**

[25] Pursuant to paragraph (d), a lawyer should act in accordance with court policies governing disclosure of sensitive or confidential information, including the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania. Paragraph (d) requires a lawyer to act competently to safeguard information relating to the representation of a client against unauthorized access by third parties and against inadvertent or unauthorized disclosure by the lawyer or other persons who are participating in the representation of the client or who are subject to the lawyer's supervision. See Rules 1.1, 5.1, and 5.3. The unauthorized access to, or the inadvertent or unauthorized disclosure of, information relating to the representation of a client does not constitute a violation of paragraph (d) if the lawyer has made reasonable efforts to prevent the access or disclosure. Factors to be considered in determining the reasonableness of

## 3.3 Candor Toward the Tribunal

(a) A lawyer shall not knowingly:

   (1) make a false statement of material fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer;

   (2) fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel; or

   (3) offer evidence that the lawyer knows to be false. If a lawyer, the lawyer's client, or a witness called by the lawyer, has offered material evidence before a tribunal or in an ancillary proceeding conducted pursuant to a tribunal's adjudicative authority, such as a deposition, and the lawyer comes to know of its falsity, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal. A lawyer may refuse to offer evidence, other than the testimony of a defendant in a criminal matter, that the lawyer reasonably believes is false.

(b) A lawyer who represents a client in an adjudicative proceeding and who knows that a person intends to engage, is engaging or has engaged in criminal or fraudulent conduct related to the proceeding shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal.

(c) The duties stated in paragraphs (a) and (b) continue to the conclusion of the proceeding, and apply even if compliance requires disclosure of information otherwise protected by Rule 1.6.

< BACK TO TOP

## Offering Evidence

[5] Paragraph (a)(3) requires that the lawyer refuse to offer evidence that the lawyer knows to be false, regardless of the client's wishes. This duty is premised on the lawyer's obligation as an officer of the court to prevent the trier of fact from being misled by false evidence. A lawyer does not violate this Rule if the lawyer offers the evidence for the purpose of establishing its falsity.

[6] If a lawyer knows that the client intends to testify falsely or wants the lawyer to introduce false evidence, the lawyer should seek to persuade the client that the evidence should not be offered. If the persuasion is ineffective and the lawyer continues to represent the client, the lawyer must refuse to offer the false evidence. If only a portion of a witness's testimony will be false, the lawyer may call the witness to testify but may not elicit or otherwise permit the witness to present the testimony that the lawyer knows is false.

[7] The duties stated in paragraphs (a) and (b) apply to all lawyers, including defense counsel in criminal cases. In some jurisdictions, however, courts have required counsel to present the accused as a witness or to give a narrative statement if the accused so desires, even if counsel knows that the testimony or statement will be false. The obligation of the advocate under the Rules of Professional Conduct is subordinate to such requirements. See also Comment [9].

[8] The prohibition against offering false evidence only applies if the lawyer knows that the evidence is false. A lawyer's reasonable belief that evidence is false does not preclude its presentation to the trier of fact. A lawyer's knowledge that evidence is false, however, can be inferred from the circumstances. See Rule 1.0(f). Thus, although a lawyer should resolve doubts about the veracity of testimony or other evidence in favor of the client, the lawyer cannot ignore an obvious falsehood.