UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In re:

# EXHIBIT "8"

Arthur Herring III                    Case No: 20-12141-MDC

   Debtor                                 Chapter 7

nitv fs, llc                                                    NOV 17

   plaintiff

### CERTIFICATE OF SERVICE

Arthur Herring III, Pro Se hereby certifies that this Motion to Sanction Chucky Humble, Lourdes Humble, Jimmy Kane, Olga Kane, Dean Weisgold, Danny Desousa, Jimmy D'loughy, Advisor Law, Desousa Law, Weisgold Law and all Nitv Named Entities was served by first class mail to this court.

ARTHUR HERRING III, PRO SE

By: _Arthur Herring III_

Arthur Herring III

PO Box 43

Earlington, PA 18918

215.960.6229

Herthur20@protonmail.com

ted:  November 18, 2020

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Arthur Herring III, Pro Se                                     Case No. 20-12141-MDC
     Debtor                                                        Chapter 7

---

Nitv, fs
 Plaintiff
vs.
 Arthur Herring III
 Defendant

---

ORDER

And now this _____ day of _____, 2020 upon consideration of Debtor's Motion for Sanctions Against

Chucky Humble, Lourdes Humble, Jimmy Kane, Olga Kane, Dean Weisgold, Danny Desousa, Jimmy d'Loughy, Advisor

Law, Desousa Law, Weisgold Law and all Nitv Named Entities

   It is ORDERED that the Debtor's Motion is GRANTED.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Arthur Herring III, Pro Se                     Case No. 20-12141-MDC
  Debtor                                       Chapter 7

---

nitv, fs
  Plaintiff
vs.                                            NOV 17 2020
  Arthur Herring III
  Debtor

---

MOTION FOR SANCTIONS AGAINST CHUCKY HUMBLE, LOURDES HUMBLE, JIMMY KANE, OLGA KANE,
DEAN WEISGOLD, DANNY DESOUSA, JIMMY D'LOUGHY, ADVISOR LAW, DESOUSA LAW, WEISSGOLD LAW AND
ALL NITV NAMED ENTITIES

I, Arthur Herring III, Debtor, filing Pro Se am filing this Motion for Sanctions against the above named
individuals and their businesses.

BACKGROUND

1. In 1982, Debtor was specially trained in an advanced type of lie detection using the voice. The system was called Voice
Stress Analysis. The instrument was called PSE. Debtor had a 20 year business, from 1982 to 2000, performing various
lie detection tests nationwide using the PSE. The original PSE was a analog instrument. The PSE and its proven
training were invented in 1969 by a business called Dektor C/S. Dektor C/S was created by two former U.S. Army
Colonels of Counter-Intelligence.

2. In about 2000, shortly before his death, the last owner of Dektor C/S gave Debtor permission to sell the PSE and
train various types of people, businesses and law enforcement worldwide. Debtor's company was called Dektor
Corporation. About 2002, Debtor had a software writer create a new, advanced software program of the PSE to sell.

3. About 1975, various people started to sell various gadgets that they claimed were "just like" PSE. None of those
gadgets had any better accuracy than a coin toss, about 50%. Almost none of them had any training or test formats
to use to give lie detection tests.

4. None of those gadgets ever had independent proof their gadgets were real lie detectors. When a product has no
proof it is real, it is a fraud, a crime. Advertising it is called false advertising and it is a crime.

5. About 1987, a person called "Chucky" Humble, went to a one room store in Indiana that sold fake education
"diplomas". The store was called Indiana Christian University (ICU).

6. ICU only sold fake educational "diplomas": Master's, BA, PhD, etc, on various subjects. Those type of stores are called
"diploma mills" and their only purpose is to make money by selling fake diplomas to people so those buyers can use
their fake diplomas to get better jobs and more pay without going to college.

Case 20-03041-mvl   Document 54   Filed 11/25/20   Entered 11/25/20 10:40:44   Desc Main
Document      Page 6 of 44

7. In 1987, humble bought a fake diploma of "Dr" of Psychology from ICU for the sole purpose of using it for his new lie detection business. Humble wanted to make people think he was a genius, especially as a lie detector inventor. Humble tries to claim his fake "diploma" is a "honorary" one. But, humble went to the store knowing it sold ONLY fake educational diplomas.

8. In early 1988, humble was convicted of copyright fraud.

9. Later in 1988, Humble began his new lie detection business called: nitv (national institute of truth verification). Nitv primarily sells so-called "voice lie detectors" called cvsa (computer voice stress analyzer) and humble's made up training for cvsa. In about 2005, nitv/humble began to also sell a body language course called ais. Various news media and independent studies have proven cvsa has no better accuracy than about 50%, a coin toss.

10. There have been NO independent studies, including by nitv, to prove ais has any accuracy for lie detection.

11. Since 1988, humble only sells cvsa (later ais) and training to various law enforcement, government and military types worldwide: police, sheriff, prisons, district attorneys, college police, etc, for lie detection in criminal matters, probation, internal affairs and for employment screening.

10. Humble's only sells to law enforcement types because he knows law enforcement will not sue nitv/humble for their money back for the cvsa's and training they bought when law enforcement realize their cvsa's are only about 50% accurate, a coin toss. Humble knows law enforcement will not sue him because law enforcement knows they will be sued themselves by those people law enforcement falsely accused of crimes with a unreliable cvsa. Law enforcement would also realize they had never asked for any proof of cvsa accuracy before they wasted money on cvsa and training.

11. Each cvsa is $10,000, training is $1,400 per examiner and recertification fees are $400 per examiner, every two years for LIFE.

12. Any product sold, with no proof it is real, is called a fraud. That is a crime.

13. Humble claims he invented cvsa, but humble has NO experience or training in electronics, electrical engineering or software writing. From 1988 to 1998, cvsa was a analog device. Since 1998, cvsa has been a software program. According to many cvsa software buyers, even the latest cvsa, cvsa III, the program has many glitches and crashes often.

14. About 2006, humble admitted on his website he only hired a person to copy the analog PSE to sell as his "new" type of lie detector. Humble sold his analog cvsa from 1988 to 1998. Humble LIED to those cvsa analog buyers by telling them cvsa (COMPUTER voice stress analyzer) were computers when cvsa was only analog. Computers are digital. The analog cvsa never even looked like a computer. Lying about what a product is and selling it is fraud, a crime.

15. After 31 years, nitv, cvsa and its owners have been proven to be only a scam on law enforcement and the public, who pays for them. Humble had admitted in various news media (Arizona Republic, ABC News 2006) his business basically is a scam by stating he had NO independent studies proving his claim cvsa was "98% accurate" and "cvsa was not affected by drugs, alcohol or counter-measures".

16. As of November 2020, there are NO, repeat NO, independent studies that have proven cvsa and nitv training are any better than a coin toss. Millions of criminal cases have been ruined because of the very poor accuracy of the cvsa. Millions of innocent people have been falsely accused of crimes because they flunked cvsa tests in criminal

matters. Those falsely accused had their lives ruined.

17. Humble has always claimed cvsa is the "gold standard" for lie detection.

18. Since about 2005, Humble has claimed his three patents proved his cvsa is accurate. Patents ONLY prove no one else had ever legally protected an idea. Patents do not prove something works.

19. Nitv/owners use "gotcha" type titles for "studies", articles that nitv/owners pay people to write, etc. Those "gotcha" type titles give false and/or misleading information about nitv and cvsa to make buyers think nitv is a huge business and cvsa is a "98% accurate" "voice lie detector".

20. Just in the U.S, there are about 15,000 police and sheriff departments. That does not include prisons, district attorneys, college police, etc. There are tens of thousands more of them worldwide. Nitv/owners claimed in a 2019 court hearing they had a worldwide total of 2,703 "customers" with cvsa. Nitv/humble NEVER offered any proof they had those "customers" at the court hearing or in their website after 31 years.

21. If cvsa is really "98% accurate" for lie detection, as nitv owners have always claimed since 1988, then after 31 years of sales worldwide, why does nitv ONLY have a total of 2,703 "customers"? Any lie detector, with "98% accuracy", would be wanted by every type of law enforcement department worldwide to solve crimes and other incidents. After 31 years of cvsa sales worldwide, ONLY 2,700 "customers" out of 15,000 police and sheriff departments (not counting prisons, district attorneys, college police, probation, etc) just in the U.S, is extremely small.

22. Nitv had advertised heavily worldwide, in every type of law enforcement, prison, insurance and other types of magazines, with full page ads, from 1988 to about 2006.

23. Nitv/owners have used full page ads, TV commercials, police conventions, fake studies, paid writers to "publish" articles praising nitv/cvsa and repeated lies about cvsa and nitv owners to convince people cvsa is a real lie detector.

24. After 2006, nitv basically stopped their advertising because the word had spread that cvsa was only an expensive Prop, a gimmick, for lie detection.

26. After the 2006 ABC News investigation proving cvsa/humble was a scam and also because of lack of any studies proving cvsa had any reliable accuracy better than a coin toss, nitv/owners started to make up study's and "surveys", with important looking names, to make law enforcement think cvsa was "98% accurate".

27. Various made up studies/surveys praising cvsa included "studies/surveys" nitv claimed were done by the Department of Defense (Dod) and by law enforcement departments . Nitv refused to put any contact information to verify those "studys" and "surveys" were real.

28. About 2006, the person that approved an almost $1 million military purchase of cvsa and training for nitv, was convicted of taking bribes. (see Exhibit)

29. About 2011, a 20 year employee of nitv, Chapman, wrote a article about lie detection. It was only 14 pages. Shortly after Chapman wrote it, he died. To this day, nitv/owners call Chapman's article a "study". Nitv/owners claim Chapman's article/study proves cvsa is "98% accurate". (see Exhibits)

30. BUT, Chapman's article NEVER mentions cvsa or nitv at all. NEVER. (see Exhibit)

31. Nitv claims the Chapman "study" was published in a "scientific journal" (nitv's words) called "Criminalistics and Court Expertise, 2012 Annual Issue, #57". All searches by Library of Congress, major universities and countless Google searches prove NO such journal exists. According to the page numbers at the bottom of Chapman's article, the "journal" itself would have been at least 250 pages. The "journal" name was made up by nitv to fool law enforcement into thinking the Chapman "study" was in a real, scientific publication and the Chapman "study" proved cvsa was "98% accurate". Nitv did this only to get sales for nitv/owners.

32. Nitv claims they do not know where the publisher is located of that fake "journal". So how did nitv know where to send the Chapman article to get it published? Why doesn't nitv have copies of that "journal" they claim is so important? In a email to me, nitv lawyer desousa said nitv does not know where the "journal" publisher is located.

33. The Chapman article had a co-author: Marigo Stathis. Nitv pays her to go around the country to promote the article to get cvsa sales from law enforcement. The same Chapman article that NEVER mentions nitv or cvsa. But, for 8 years, nitv has claimed the Chapman article proves cvsa is "98% accurate" for lie detection.

34. There are many thousands of more facts that prove the nitv scam and lies by nitv/owners for the past 31 years, with the documents to back those facts up. (see Exhibits)

35. After about 31 years, it is estimated the nitv scam has made nitv owners humble, his wife lourdes, jimmy kane and his wife olga (nitv CFO) about $75 million. Nitv constantly changes titles of those people so as not to allow any judgements to be pinned on them.

36. For about 31 years, nitv owners have used some of their money to sue people on made up claims, just to waste those people's money and to put those people out of business. Those sued included ex-employees of nitv. Nitv simply writes off their legal costs because of the vast amount of money nitv has made selling fake lie detectors. Those sued lost their savings, usually their business and maybe their homes paying their lawyers to defend them against nitv's made up law suits. Nitv usually loses, but nitv's goal is to waste the other person's money to "punish" them for some reason, if they have any lie detector business to also put it out of business to try to make the "voice lie detector" market totally for nitv/owners.

37. One of the two law firms nitv uses to sue people is advisor law, owned by d'loughy. On his website, d'loughy brags he knows how to hide people's assets from lawsuit judgements. People have sued nitv and won, but their lawyers are still trying to find nitv's assets for their clients.

38. Nitv has always used the Great Seal of the U.S. as nitv's business symbol since nitv started in 1988. That is illegal. (see Exhibit)

39. Nitv has used business names, with "nitv", to make people, law enforcement, government, military, etc, think nitv is part of the U.S. government. That is illegal. Those names include nitv federal services, nitv government services, etc. Because nitv also uses the Great Seal on their website and stationary for 31 years, people believe nitv's story of being a part of the government and nitv's cvsa gadget is real.

40. Nitv uses different nitv named businesses to shuffle their assets around so no assets will ever be found to pay any judgements against nitv.

41. Nitv has owed a person called Baker about $1 million for almost 10 years for liable. Baker is still waiting. In November 2020 Baker's lawyers are forcing nitv into court to say where nitv's assets are so Baker can be paid. About 5 years ago, nitv sued Baker on made up claims just to waste more of Baker's money on lawyer fees.

42. Nitv was sued in Arkansas several months ago for fraud by a woman falsely accused of a crime because she "flunked" a cvsa test.

43. As part of their scam, nitv only hires former, high level, law enforcement (police chiefs, captains, etc) as sales people, instructors and sales directors to convince others in law enforcement they must buy cvsa. The expression nitv sales people use is "cops don't lie to other cops" to convince law enforcement cvsa is a real lie detector to buy.

44. Law enforcement themselves are tested with cvsa when they are accused of a incident by the Internal Affairs department.

45. Humble made up cvsa lie detection tests. They have NO independent proof of reliability. Humble's test formats and the unreliable analog cvsa and the cvsa software program have proven, in real crimes, they are only about 50% accurate in real crimes, a coin toss.

45. In 1995, the IACP (International Association of Chiefs of Police), a 25,000, worldwide, law enforcement membership concluded an evaluation on cvsa and stated "whatever the cvsa may record, it is not stress". Stress is the principle behind all legitimate forms of lie detection, such as polygraph and PSE.

46. Nitv/humble, from 1988 to about 2006, took out two full page ads, every month in the IACP magazine Police Chief. That is how nitv/owners got the bulk of their sales. Every year, Debtor had contacted each new president of IACP and told them about the scam. IACP refused to stop the ads or take any action to protect their members. IACP did not care nitv/cvsa was a fraud and was scamming law enforcement because nitv/humble's ads was bringing IACP about $10,000 each month. That is about $120,000 a year, for 18 years to IACP. A total of about $2,160,000 for IACP!

47. Humble claimed he was trained as a polygraph examiner in 1986 at a polygraph school in Florida. Humble claims the school was called the International School for Lie Detection and Interrogation. The American Polygraph Association confirmed there was NEVER a polygraph school by that name.

48. After nitv/humble sells a cvsa, they send a "Buyers Agreement" to the person. Among many things, it says if the person does not want their cvsa, they must give it back to nitv for FREE. In other words, nobody ever really buys their cvsa, even after they pay $10,000 for each one. The Agreement also says the cvsa cannot be used for any type of accuracy study of cvsa. In other words, nitv/owners only want you to take THEIR word for nitv's claim of "98% accuracy".

49. Nitv sells "ranks of expertise" of cvsa to their cvsa examiners, much like those multi-level marketing scams.

50. Nitv has had a so-called cvsa member association for about 20 years. The "association" charges cvsa examiners money to be a member. It has a 800 type number and its address is in Delaware. But, the phone number rings in nitv's Florida office and the address in Delaware is a stationary store PO box. The association address is in Delaware so nitv does not have to pay taxes on the membership fees. That is called tax evasion and is a crime.


INTRODUCTION


1. The courts do not allow lawsuits, with no merit, to be used as weapons or revenge, instead of for justice.

2. Nitv, for 31 years, has hired those type of lawyers, who for the right amount of money, will be the "legal thugs" for nitv by filing made up lawsuits only to ruin people by wasting their money on lawyer fees.

3. Nitv has always been able to hide their assets so no judgements can ever be paid when nitv loses lawsuits.

4. Nitv has used various "dirty tricks" for decades to harrass people, ex-employees and others, or just to scare them because of something those people said or did that nitv did not like. Nitv tactics include threatening federal lawsuits on people and news sites unless nitv gets their way, following people to scare them, writing fake stories in news blogs to ruin businesses, sending fake emails to start problems between people, nitv falsely claiming in court nitv's former director had child porn on his computer, contacting a defense contractor and claiming a certain employee had stolen a secret laptop from nitv, suing people who had a lie detection business just to eliminate them from the market, etc.

5. The primary person nitv used for their "dirty tricks" is a retired Army captain called bill golden. (see Exhibit)

## MOTION FOR SANCTIONS

1. The original lawsuit/trial was totally made up by nitv/owners and they admitted it in their Complaint. Its purpose was only to waste Debtor's money and to ruin Debtor's business for the sole purpose of making nitv/owners the only seller of "voice lie detectors" in the world. Another example of using the courts as a weapon and revenge instead of for justice. (see Exhibit)

2. Nitv/lawyers admitted in their lawsuit Complaint Nitv/owners never lost any sales/money. So, WHY did nitv/owners sue me for loss of sales/money if nitv lawyers claim nitv never had any loss of cvsa sales/money? Nitv/lawyers always refused to answer that question. (see Exhibit)

3. Debtor had to declare bankruptcy to eliminate this totally ridiculous, made up and totally unproven court judgement that was only based on nitv's made up documents that their hired cpa, Foytect, used in court. Based ONLY on nitv's numbers given to him, Foytect said nitv had "2,703 customers". Foytect admitted in court he never, repeat NEVER, got any contact information from nitv to verify those "customers" were real, how many cvsa's they really bought or how many examiners nitv really trained. Foytect NEVER proved or explained how many sales were "lost" because of all the websites that exposed the nitv/cvsa fraud for 31 years and by all of the news media stories that have exposed the nitv/cvsa fraud over 31 years. Foytect NEVER said in court that loss of sales to a business is normal and businesses go out of business all the time because of various reasons.

4. But, at the trial, nitv/lawyers/Foytect claimed nitv lost about $5 million in sales and blamed it ALL on me.

5. Nitv NEVER produced any documents, by any "customer" or many "customers", that would come to $5 million or anything close to it. It was judge brannon who GUESSED at various numbers, arrived at about $425,000, then DOUBLED it to about $850,000 as a punishment to me because brannon claimed I had not participated at certain times and other totally unproven claims.

6. Debtor can only believe that judge brannon made his unproven judgement on me only as a punishment because 6 months earlier I filed a Motion to replace him in the trial because his rulings and statements were contradicted by the factual documents I had submitted to the court. Nitv/lawyers asked for and got the original judge, Middlebrooks,



replaced for unknown reasons.

7. Nitv/lawyers (NOW three law firms) have been dragging this bankruptcy out for months only to line their pockets with as many billing hours as possible and to satisfy nitv owners hunger to cause me as many problems as possible. Another example of using the courts as weapons and revenge instead of for justice.

8. During the entire two years of nitv/lawyers made up lawsuit against Debtor and now Debtor's bankruptcy, not one, repeat NOT ONE of Debtor's thousands of documents submitted to both courts were ever proven false, fake or made up by nitv/lawyers. Those thousands of documents PROVED nitv/owners/cvsa has been a scam since 1988.

9. Nitv/lawyers simply say my documents of facts are "ramblings" and keep repeating the same advertising  lies in their pleadings that nitv makes: cvsa is "98% accurate", humble has a "Dr" title, humble is the "father" of voice stress analysis, cvsa is the "gold standard" for lie detection, all polygraph examiners have changed to cvsa, etc. At NO time has nitv lawyers ever presented any factual documents proving their claims. All of my documents came from nitv, nitv's website of 31 years, news articles exposing the nitv/cvsa/owners scam, government documents and other proven sources exposing the nitv/cvsa/owners scam.

10. Nitv/lawyers admitted in their lawsuit Complaint their lawsuit had no merit by stating nitv had no loss of sales. In other words, no loss of income to nitv/owners in which to sue Debtor. Now, nitv/lawyers are trying to collect monies from Debtor in bankruptcy with NO justifiable reason to do so.  Another example of using the courts as weapons and for revenge instead of for justice. (see Exhibit)

11. Since 1988, on nitv's website and in nitv's ads, it states nitv only sells their cvsa gadgets and training to law enforcement types. About 2010, I posted on my website that nitv had stopped major advertising in 2006 because of loss of sales from law enforcement. Those losses were because the news media, lawsuits and the word was spreading that the cvsa had very low accuracy. Nitv/lawyers took my statement, put it in their lawsuit and stated my statement was false and that nitv never lost any law enforcement sales. Since nitv only sells to law enforcement and nitv had no loss of sales/income from law enforcement, as nitv lawyers stated in their lawsuit against me in 2018, then why did nitv sue me for loss of sales/income? At the damage hearing in Florida, in December 2019, why did nitv/lawyers claim nitv had lost about $5 million from sales because of me, but nobody else such as the many news media stories that exposed the nitv/cvsa fraud for 31 years? Why would nitv wait to sue me until nitv had lost $5 million in sales/income because of me as nitv is claiming? Why didn't nitv sue me when the amount was $100,00, $500,000 or $1 million? (see  Exhibit)

12. Nitv/lawyers have always refused to explain those facts in #11.

13. All named parties and their businesses of this Motion for Sanctions were directly involved with the filing and continuation of the fake and meritless lawsuit against Debtor and his business called Dektor Corporation in July 2018. Those same named parties and individuals are continuing the fraud of their lawsuit into Debtor's bankruptcy case with their attempts to delay and deny Debtor's bankruptcy to only cause as much punishment as possible to Debtor. Their self-admitted made up lawsuit resulted in this federal bankruptcy filing by Debtor. Those named parties were absolutely aware that nitv's lawsuit was a total fraud because they admitted that fact in their Complaint. Those parties, including their businesses, knew the only purpose of their lawsuit was to waste Debtor's money, put him out of business so nitv/owners could have a worldwide "voice lie detection" market all to themselves. That is an example of nitv/lawyers using the courts as a weapon instead of for justice. (see Exhibit )

14. Very recently, one of nitv's lawyers in this case, weisgold of weisgold law, confirmed in a email to Debtor he had read the full nitv Complaint of July 2018 and had also read the many Exhibits that were filed by Debtor in his recent Motions and Replys to Motions. Weisgold is confirming he knows nitv/lawyers deliberately filed a fraudulent lawsuit,

continues to file papers in Debtor's bankruptcy knowing Debtor's bankruptcy is a result of that fraudulent lawsuit, but nitv/lawyers (including now weisgold) continues to file documents in this federal court. This is another example of using the courts as weapons and revenge instead of for justice.

15. Such actions by weisgold and including Florida nitv lawyers/law firms working under weisgold's Pennsylvania law practice clearly violate the rules of conduct for lawyers that have been established in both Pennsylvania and Florida. Nitv's lawyers actions are extremely serious violations of those rules of conduct. (see Exhibit )

16. Nitv/lawyer's made up lawsuit resulted in wasting Debtor's money which has led to this bankruptcy filing. Debtor's losses are not just money, but also possibly 2 old cars and Debtor's trailer if nitv is excluded from the bankruptcy.

17. To date, Debtor has spent 810 days so far on nitv/lawyers made up lawsuit and this bankruptcy since nitv filed their made up lawsuit in July 2018. On the average, with and without a lawyer, Debtor spent about per 6 hours per day. At $15 per hour (Walmart pays their employees) that becomes $72,900 of unpaid time, $35,000 for the lawyer in Florida who failed to do his duties, $1,000 spent for the damage hearing in Florida in December 2019, $5,000 for the first bankruptcy lawyer Eisenberg who filed the wrong type of bankruptcy, $10,000 wasted on recent bankruptcy lawyer nahrgang and $35,000 in Debtor's cashiers checks for a total of $158,900 of BASIC direct costs and losses from nitv/lawyers made up lawsuit and this bankruptcy. For the record, when Debtor was giving PSE lie detection tests, Debtor was charging $400 per three hour sessions.

18. Debtor's bankruptcy lawyer Nahrgang wasted $10,000 of Debtor's money for just a little bit of work. Nahrgang then abruptly quit, liabled Debtor by calling him "repugnant" in his federal court filing to quit. Nahrgang quit, without just cause, in the middle of these proceedings leaving Debtor without any ability to have a lawyer represent him and leaving Debtor's bankruptcy open to wide spread abuse and prolonging by nitv lawyers, as nitv's lawyers have done many times in the past.

19. Nitv/lawyers continue to file documents, from their self-admitted fraudulent lawsuit, for the sole purpose of prolonging the bankruptcy, to harass Debtor for as long as possible and for those nitv lawyers to enrich themselves with billing hours from their client nitv/owners. Nitv/owners have given their lawyers a unlimited bank account to do so. The nitv lawyer's abuse has been documented from the start of their self-admitted made up lawsuit. This is another example of using the courts as weapons and for revenge instead of for justice.

20. The only reason for bankruptcy, for creditors, is to obtain as much money as possible towards any debts they have with a debtor.

21. Nitv/lawyers were offered many times by Debtor the ability to get hundreds of thousands of dollars (maybe millions) from malpractice lawsuits against previous lawyers of Debtor (including Debtor's original bankruptcy lawyer) to settle their judgement. Nitv/lawyers refused those offers to get money. That is another example of nitv/lawyers using the courts as a weapon and for revenge instead of for justice.

22. Nitv/lawyers are now trying to be excluded from Debtor's bankruptcy only to be able continue harassing Debtor for life by denying Debtor from owning anything. That is another example of using the courts as weapons and revenge instead of for justice.

23. Nitv/lawyers recently filed a Motion for Contempt against Debtor with the Florida judge who presided over nitv's lawsuit. Nitv/lawyers are now trying to have Debtor held in contempt of court for filing documents in this bankruptcy defending himself from the made up lawsuit that nitv/lawyers began. Those documents had been previously made public by nitv's website and the news media up to 31 years ago proving nitv/cvsa is a fraud. During the original lawsuit, nitv/owners/lawyers (because I have exposed nitv/owners/cvsa as a fraud for 31 years) asked and got the

Florida judge brannon to issue a lifetime gag order on me from ever disclosing or posting any information, including websites, emails, etc, showing nitv/cvsa/owners have been scamming law enforcement with nitv's fake cvsa gadget and nitv's made up training. That is another example of using the courts as weapons and revenge instead of for justice. (see Exhibit)

24. Despite Debtor's many objections to that gag order in June 2019, the judge refused to change his decision.

25. The judge's decision clearly violates the Constitution and my rights of freedom of speech and freedom of press.

26. The judge's decision is forcing me to be a part of a 31 year, worldwide, criminal enterprise. He is demanding I cannot let law enforcement, government or anyone else know about the scam. The judge is clearly trying to protect nitv's scam which allows nitv/owners to scam millions of dollars from law enforcement and taxpayers. The nitv/cvsa scam, by the judge's gag order on me, will continue to ruin millions of criminal cases and ruin many more innocent people's lives.

27. It should be no surprise the judge made the gag order because Debtor had filed a Motion to replace him in about june 2019 because the judge was ignoring Debtor's thousands of documents proving nitv/cvsa/owners were in fact running a scam and nitv's lawsuit was a total fraud by nitv/lawyer's own admission. The judge's decisions and statements in various matters proved he was totally ignoring my documents of facts, including ones that came from nitv's own websites and their own documents. Nitv asked for and got the first judge in the lawsuit, Middlebrooks, replaced for unknown reasons after only several months Middlebrooks was on the case.

28. Debtor is a whistleblower. Debtor acted to protect his 41 year profession in lie detection, the public and law enforcement nationwide from being gravely harmed by nitv's scam of fake "voice lie detectors" being used for criminal investigations and other matters. Law enforcement has been sued many times and lost because of their using cvsa for lie detection in criminal cases.

29. Because of Debtor's information to ABC News in 2005, ABC News did a large investigation exposing the nitv/cvsa/humble scam in 2006. The ABC News video can still be seen on the internet in full. The ABC News investigation proved: Humble uses a store bought title of "Dr" (PhD) to convince people he is a genius so they will buy his cvsa gadgets and training; humble admitted there were NO independent studies that proved his cvsa was any better than a coin toss for lie detection and the U.S. military spent almost $1 million to buy some cvsa's, but after using them for only several years, banned cvsa completely from the military because of their poor accuracy.

30. Because of Debtor's information to the attorney general (AG) of Florida, in January 2019, she opened a criminal investigation on nitv/owners for fraud, mail fraud, wire fraud, false advertising, money laundering, cocaine smuggling from Panama (where humble has a house) and for several sections under RICO (Racketeer Influenced and Corrupt Organization). (see Exhibit)

31. The Florida AG deposed Debtor and about 8 other people. Debtor submitted thousands of documents to the AG office. Her investigation is still ongoing.

32. Nitv/lawyers knew Debtor's earnings and the value of Debtor's assets from the deposition of Debtor in August 2018 and with later tax returns in this Bankruptcy. Nitv/lawyers knew from that information Debtor, at age 67, would never have the funds to pay off anything close to the unproven judgement of $850,000. Another example of using the courts as weapons and for revenge instead of for justice.

33. All named parties and their businesses, knowing their lawsuit was a fraud, continue and deliberately submit documents to this federal court under penalty of perjury just to waste Debtor's time and money. That is another

example of using the courts as weapons and revenge instead of for justice.

34. The same named parties and their businesses are now responsible for continuing and prolonging Debtor's bankruptcy still knowing their actions were and still are based on fraud. That is another example of using the courts as weapons and for revenge instead of for justice.

35. Continuous fake lawsuits by nitv, only for the purpose of silencing critics, are called SLAPP lawsuits. That is another example of using the courts as weapons and for revenge instead of for justice.

36. A strategic lawsuit against public participation (SLAPP) is a lawsuit intended to censor, intimidate and silence critics by burdening them with the cost of a legal defense until they abandon their criticism or opposition. In those typical lawsuits, the plaintiff does not normally expect to win the lawsuit. Nitv/lawyers have proven with Debtor's lawsuit and bankruptcy, as with all of the other made up lawsuits by nitv/lawyers against others over 31 years, if a person has enough money, his lawyers can be his hired thugs to use the courts as weapons and for revenge. Another example of using the courts as weapons and for revenge instead of for justice.

37. The Constitution guarantees freedom of speech in many ways and forms. Nitv, its owners and their lawyers deliberately violated Debtor's right to freedom of speech by using a federal lawsuit to silence Debtor, forcing Debtor to delete his massive websites that had thousands of documents and facts exposing the nitv scam of 31 years. Another example of using the courts as a weapon and for revenge instead of for justice.

38. By their actions, Nitv/lawyers wanted to destroy Debtor's 41 year lie detection business, financially ruin Debtor, keep nitv's scam from being known to the public and to keep nitv's future buyers ignorant of the cvsa scam. Another example of using the courts as a weapon and for revenge instead of for justice.

39. Desousa Law (owners) and Advisor Law (owners) never notified Debtor before filing their lawsuit to try to settle it without using the court. Those parties and their businesses only wanted to financially ruin Debtor and eliminate Debtor's business for their own financial benefit through massive billing hours paid by nitv. That is another example of using the court as a weapon and for revenge instead of for justice.

40. The Rules for lawyers, in both Pennsylvania and Florida, dictate that when a lawyer knows his client will be filing false documents or documents in a lawsuit with no justification, the lawyer must either refuse to submit those documents or remove themselves from the case. Desousa Law and Advisor Law refused to do so during the original trial and now in Debtor's bankruptcy.

41. Recently, dean weisgold of weisgold law, confirmed to Debtor he had reviewed the Complaint from July 2018 and all of my Exhibits I submitted recently in my response to former lawyer nahrgang quitting. (see Exhibit)

42. Therefore, weisgold confirms he has been fully aware nitv's lawsuit is based on fraud since he was hired by nitv and his (weisgold) submitting documents and participation in Debtor's bankruptcy is based on that lawsuit fraud violates the rules of conduct for lawyers in Pennsylvania. (see Exhibit)

43. When desousa law (desousa) and advisor law (d'loughy) filed the lawsuit in July 2018, they knew Debtor had no connections to Florida, but still filed their lawsuit in Florida knowing Debtor would waste lawyer fees fighting the wrong location. That is another example of using the court as a weapon and for revenge instead of for justice. (see Exhibit)

44. In the Complaint of July 2018, Nitv, its owners, desousa law and advisor law and their owners knowingly filed a fake affidavit, under penalty of perjury to keep the lawsuit in Florida. Those parties used a longtime nitv employee,

mosquerra, who nitv and law firms claimed to have no connection to nitv. Facts proved nitv/lawyers knew Mosquerra was head of sales for Latin America. Debtor wasted about $8,000 on lawyer's fees to try to fight that, but had to give up because money was running out. (see Exhibit)

45. By ruining Debtor and his business with a made up lawsuit, nitv would have basically 100% of the "voice lie detection" business worldwide, even though nitv's cvsa and training are a proven fraud.

46. Nitv had used the threat of a federal court against Debtor about 20 years ago to stop Debtor from educating law enforcement about nitv's fake "voice lie detector" scam. Nitv backed away from filing that lawsuit. Another example of using the courts as a weapon and for revenge instead of for justice. (see Exhibit)

47. Nitv has never sued the polygraph business for posting on their website since 1988 some of the same information I had posted on my website proving nitv/cvsa/owners are a scam. Why not? Why did nitv only sue me for exposing them as a fraud?

48. Nitv has NEVER sued any news media that have written stories exposing the nitv/cvsa scam since 1988. Nitv never sued ABC News for their 2006 investigation story exposing the scam, never sued the Vancouver Sun for their massive three part investigation in 2011 exposing the nitv/cvsa/owners fraud, never sued the Arizona Republic article for exposing nitv as a fraud, never sued the news site www.antipolygraph.org for exposing nitv as a fraud for the past 20 years, never sued You Tube for posting the 2006 ABC News investigation story since 2006 exposing nitv as a fraud and the many, many other news articles exposing the nitv/cvsa scam since 1988. Why not? Why did nitv only sue me for exposing them as a fraud?

49. If nitv/owners were so concerned about loss of sales and money by suing me, they would have to admit that those news media exposure in local, state, national and worldwide websites, exposing nitv/owners fraud since 1988, certainly would have cost them far more loss of many millions of dollars of lost income than I ever did. Another example of using the courts as a weapon and for revenge instead of for justice.

50. In about May 2019, nitv/lawyers threatened to sue the news website www.antipolygraph.org for posting my documents about the nitv/cvsa/owners scam. The news website antipolygraph.org had been posting information for 20 years exposing the nitv/cvsa/owners scam. The website's owner, Maschke, got a lawyer who told nitv/owners that he would take legal action against nitv if nitv/lawyers ever did so. As of November 2020, nitv/lawyers have not sued Maschke or his news website. Another example of threatening to use the courts as a weapon and for revenge instead of for justice

51. The fact is, nitv only sues those people they do not like or are in the "voice lie detection business" that nitv knows they can drown them in lawyer fees. If it is a lie detection business, nitv hopes to put them out of business so nitv could try to own the "voice lie detection" market worldwide. Nitv would never sue anyone who has money for lawyers. Those lawyers would expose nitv/owners as a scam and get nitv owners put in jail for fraud. By suing me, my business Dektor and putting me out of business because I sold the only proven system of Voice Stress Analysis (PSE) and the authentic training, nitv/owners could have the "voice lie detection" market worldwide. Another example of using the court as a weapon and for revenge instead of for justice.

52. In their lawsuit, nitv claims I "disparaged" their cvsa in my website, emails and brochures . I only used documents from the news media and from nitv's website that proved nitv was lying about themselves, cvsa and their training. Since my business was selling and training the real PSE system for lie detection and there were about 25 imitation gadgets claiming they were just like PSE, I did not want to lose sales and PSE's reputation ruined because of fake "voice lie detectors" being sold.

53. I found MANY examples where nitv/owners disparaged (lied) about myself, my company and the PSE so they would get cvsa sales. They posted those lies on their website, emails and other places for decades. Nitv routinely lied about others in their website to make themselves look superior. (see Exhibit)

54. In their lawsuit, nitv claimed "tortious interference" by me. Nitv/lawyers knew at my deposition in August 2018 that I was only selling a few PSE's a year because I was losing my sales to nitv only because of nitv lies about their cvsa gadget, their training and themselves. This included lies about their staff and of humble's fake title of "Dr".

55. One of the claims by judge brannon was I refused to participate. That is totally false. I and my company Dektor Corporation were sued. After my money was wasted by my lawyer in Florida (who I never met), I had to be Pro Se. I was told that only a lawyer could represent a corporation, even it was owned by only one person, as Dektor was. So therefore, any actions or demands at or for Dektor, I could not respond. So brannon ruled against me only because I could not respond or act for Dektor.

56. Nitv/owners have made many claims for 31 years. Their "claims" have been proven all lies. Nitv/owners "claims" are about themselves, their staff, their staff size, their cvsa gadget, their made up training, their body language course called ais, the owners so-called "expertise" in lie detection, nitv's various "studies" and "surveys" that claim cvsa is "98% accurate", humble being the "father" of voice stress analysis, cvsa is the "gold standard" of lie detection, cvsa is not affected by drugs, alcohol or counter-measures, chapman study proves cvsa is "98% accurate", humble has a real "Dr" (PhD), all polygraph examiners have switched to cvsa and many more.

57. NONE of those claims by nitv were ever proven real by nitv or any other person or entity after 31 years of nitv as a business. Those claims were completely made up by nitv/owners only for the purpose of making money by fraud. The only purpose of nitv/owners fraud was so Nitv owners could enjoy a luxurious lifestyle, while ruining millions of criminal cases and innocent people being falsely accused of crimes.

58. Nitv's lawyers used nitv lies in the lawsuit against Debtor knowing they were lies because of the information and the 51 pages of documents about the nitv/cvsa/owners fraud that were posted on Debtor's website for decades. That information proved nitv/owners were a scam. Nitv's lawyers had admitted they read Debtor's massive website about nitv/cvsa/owners before the lawyers filed the lawsuit. The lawyers desousa and d'loughy knew then nitv was a scam and that the lawsuit had no merit or justification. Desousa and d'loughy deliberately ignored those facts and the rules for lawyers governing their conduct only so they could enrich themselves with billing hours while they had Debtor waste his savings and time.

59. Desousa and d'loughy continued to pursue the lawsuit until its end on behalf of nitv/owners and filed papers for more than a year in federal court knowing the lawsuit was a fraud. Those lawyers were and still are a part of the nitv/owners fraud.

60. Lawyers desousa, d'loughy and now weisgold are continuing to pursue and prolong Debtor's bankruptcy only for the purpose of enriching themselves from billing hours. At nitv/owner's directions, the lawyers by their actions, deliberately want to cause punishment to Debtor for no legal reason. Another example of using the courts as a weapon and for revenge.

61. Lawyers desousa and d'loughy had read my documents and exhibits I posted at my Dektor website BEFORE they filed their false lawsuit against me and my company. They knew my documents, including new articles exposing the nitv/cvsa scam, could not be disputed or challenged. They also saw on my website the national, 16 minute investigation video by ABC News in 2006 exposing nitv/cvsa/owners scam. After nitv/lawyers filed their lawsuit, I created a news website with about 1,000 more documents and I also posted on my news website the full

ABC News investigation video of the nitv/cvsa/humble scam. The lawyers also read my documents and exhibits that I posted during the trial. Those documents also could not be disputed in any way. Recently, in this bankruptcy, nitv lawyers saw my documents and exhibits posted. Recently, weisgold confirmed he had read the lawsuit Complaint and had read my exhibits. Those  lawyers (now all three of them) had to have done their "due diligence" and realized nitv/owners were a scam. Those lawyers were obligated, by the rules of conduct for lawyers, to refuse to file any documents that were false or completely withdraw from the case. Those lawyers have refused to stop filing or withdraw from the lawsuit and including this bankruptcy.

62.  Those lawyers, desousa,d'loughy and weisgold, including their law firms are now and have been directly connected to the nitv/cvsa scam.  Those lawyers and their law firms must be heavily sanctioned for continuously participating in both their lawsuit and now the bankruptcy from that made up lawsuit, knowingly submitting false documents to a federal court and financially benefitting from the lawsuit and bankruptcy cases. The fraud that began at the filing of the this made up lawsuit by lawyers desousa and d'loughy. They knew their nitv lawsuit was a fraud when they filed it. Making money was far more important to those lawyers.

63.  Lawyers desousa and d'loughy took a section of my website where I said nitv stopped most of their advertising In 2006 because they had lost a lot of sales. Lawyers desousa and d'loughy said my statement was false. Nitv lawyers stated in their lawsuit Complaint nitv never lost any sales. That proves they had read my 51 page section about the nitv/cvsa scam on my Dektor website. My information on my website told them the facts and the lawyers ignored those facts only so they could line their pockets with unlimited billing hours. Another example of using the courts as a weapon and for revenge instead of for justice.

64.  The legal proceedings at the former trial and now the prolonging of this bankruptcy by nitv/owners/lawyers is just legal harassment. Another example of the court being used as a weapon and for revenge instead of for justice.

65.  Court decisions are based on laws and the Constitution. The Constitution guarantees me the rights of freedom of speech and freedom of the press. Those rights were deliberately ignored and then demanded to be canceled by nitv/owners/lawyers through using the courts. Nitv/owners only purpose for doing so is only for the financial benefit of nitv owners and their lawyers. Another example of using the courts as a weapon and for revenge instead of for justice.

66.  ALL of the money nitv/owners have made and still make today is from their 31 year fraud by selling fake "voice lie detectors", made up training and from their made up "body language" lie detector course called ais.

67.  ALL of the money lawyers desousa, d'loughy and weisgold have been paid and are paid today comes from nitv's fraud of fake "voice lie detectors" called cvsa, made up training for cvsa and nitv's made up and unproven body language course called ais.

68.  NONE, repeat NONE of my facts or documents on my Dektor website, my news website www.nitvcvsaexposed.com in my lawsuit responses or in my Exhibits were ever proven wrong or made up by nitv/owners or lawyers desousa, d'loughy or weisgold. But, nitv/owners/lawyers have continued to use the courts in their self admitted made up lawsuit that they have continued now in my bankruptcy only to further their own financial gains, as weapons and for revenge against me because I have been exposing nitv/owners fraud for 31 years. That is another example of using the courts as weapons and for revenge instead of for justice.



## CONCLUSION

To conclude, Nitv's lawsuit against myself and my 20 year company, Dektor, was based completely on fraud. Nitv/lawyers NEVER provided any verified documents proving any losses of sales or money. Nitv lawyers and nitv cpa foyteck based nitv losses ONLY on information given to them by nitv/owners of the number of nitv "customers" (nitv's word), number of cvsa's sold and the number of cvsa examiners trained. NONE of that information had any contact information to verify nitv's information, including by the court and Debtor.

Nitv/lawyers lawsuit was based on SLAPP, as explained earlier. Nitv/lawyers demanded and got the judge to issue a lifetime gag order against Debtor to silence Debtor from further exposing the nitv scam so nitv/owners would not lose any more money from sales of their fake cvsa and made up training. That gag order clearly violates my constitutional rights of free speech and free press. Nitv/lawyers also got the judge to force me to delete my massive news website containing thousands of documents proving the nitv/owners scam. Nitv/lawyers have been deliberately dragging out Debtor's bankruptcy only to line their own pockets with more billing hours and to further use the court as a weapon and for revenge against Debtor. Even though Debtor had offered very lucrative financial settlements to nitv/lawyers, they refused, only in hopes of causing Debtor more punishment for life by demanding to be excluded from Debtor's bankruptcy so to prevent Debtor from ever owning anything for life of any value. If Debtor does, nitv/lawyers can seize it to pay off a undeserved judgement from a lawsuit that was always a total fraud and admitted as such by nitv/lawyers in their Complaint.

Nitv, its owners, their lawyers and their law firms knew nitv's lawsuit was a fraud from the very beginning. Nitv/lawyers admitted it was a complete fraud in their Complaint. Nitv/lawyers read my company's massive, 59 page website section about nitv, its owners and their cvsa gadget BEFORE nitv lawyers filed their lawsuit. The proof they did so is because nitv lawyers quoted sections of my company website in their Complaint and said my statements were lies. Only Nitv lawyers know if they ever did their "due diligence" and asked nitv owners if any of my information was true. If they learned that my information was true, but still pursued the lawsuit, then those lawyers knew they had clearly violated the rules of conduct for lawyers and were violating the law by deliberately filing a lawsuit and documents into a federal court that was based on fraud.

No court would ever believe those experienced nitv lawyers did not do any "fact checking" of my posted information with nitv to confirm whether my information was true or false before the lawyers filed nitv's lawsuit.

For 31 years, nitv/owners have used the courts as weapons against ex-employees, people they did not like and people in the lie detection business only to waste their money and to put them out of business. Using the vast amounts of money nitv/owners were making from the sale of nitv's fake "voice lie detectors" and nitv's made up training, nitv hired any lawyer that would file lawsuits that no merit and were frauds. Nitv/owners never expected to win, but nitv's goal was only to waste the money of the defendant. In the meantime, nitv could say anything they wanted about other people and their business, knowing none of those people had the money to sue nitv for their lies. If anyone did win a lawsuit against nitv/owners, nitv/owners have kept their assets hidden so no one could ever get the judgement from nitv/owners. Such is the case with Baker, who won an almost $1 million judgement against nitv/owners for liable 10 years ago and Baker's lawyers are still trying to get paid.

For the many facts stated previously in this Motion and in the Exhibits attached, Nitv, their owners, lawyers weisgold, desousa, d'loughy and their law firms, must be heavily sanctioned in every way the court has at its hands. The courts are strictly regulated against this type of legal abuse by "shisters" and "ambulance chasers". With the courts as backlogged as they are now, fake lawsuits by those type of lawyers, especially in bankruptcy court, must be taken extremely seriously and those violators must be punished.

The extreme financial damage nitv/owners/lawyers have done to Debtor, his former 20 year business, Dektor and the two years of time so far wasted by Debtor on nitv's lawsuit based on fraud and now this bankruptcy, cannot be ignored by this court.

EXHIBITS

1. On nitv website, nitv states nitv ONLY sells to law enforcement and government types.

2. My statement on my website that said by 2006, because of a huge decline of cvsa sales by nitv, nitv stopped their massive advertising. Nitv said my statement was a lie and that nitv did not have any drop in law enforcement sales. Since nitv is saying they had no drop of cvsa sales to law enforcement sales and nitv ONLY sells to law enforcement types, then why did nitv sue me and claim about $5 million in lost sales/income? Nitv lawyers have refused to explain their contradictory statement in nitv/lawyers Complaint.

3. Nitv knowingly submitted this false and made up affadavitt, in federal court under penalty of perjury, to keep their lawsuit in florida. For many decades, Debtor and his business have only been in Pennsylvania. Nitv claimed a person called mosquera, who nitv claims had NO connection to nitv, saw my website on the internet. Nitv used that to claim the lawsuit must be in Florida.

4. Nitv had known from the before they filed the lawsuit that I lived and my company was in only Pennsylvania. Nitv/lawyers only wanted to waste my money on my lawyer fighting the florida location. Because I was running out of money, itold my then lawyer to let it stay in florida.

5. The business card of mosquera PROVING he worked at nitv and was in charge of international sales.

6. For decades, Nitv has used lawyers and courts to harass, threaten and sue people only to waste defendants money and try to protect their cvsa fraud to make millions of dollars more. In 2003, nitv lawyer sent me a letter threatening to sue me if I continued to expose the nitv/cvsa/humble fraud. I ignored the letter and nitv never sued me until 15 years later.

7. Nitv's thug like use of lawyers and courts for 30 years, only to silence people exposing their scam protect and to eliminate any business like theirs, are legally called SLAPP lawsuits. Basically, nitv/lawyers file frivolous lawsuits and abuse civil procedures by filing their SLAPP lawsuits. With their lawsuit against me/Dektor, demanding and getting a gag order against me and my websites for life, was done only to silence me from exposing nitv's scam. Their actions clearly violates my constitutional right of freedom of speech and freedom of press. In the process, nitv's lawsuits wasted my money and forced me into bankruptcy.

8. A section from my news website www.nitvcvsaexposed.com that had thousands of pages proving the nitv/cvsa was only a scam. Nitv/lawyers demanded and got the judge in the case to order me to take down my website. That has allowed many more criminal cases to be ruined and innocent people falsely accused of crimes and taxpayers money to be wasted on those fake "voice lie detectors".

9. In about june 2019, Nitv/lawyers also threatened another news website of 20 years called www.antipolygraph.org , with a lawsuit, unless they removed all sections proving nitv is a fraud. His lawyer told nitv lawyers to go jump. So far, nitv has not sued the website. Why not?

10. Since 2012, nitv has used a "study" referred to as the chapman study, to claim cvsa and its training is "98% accurate" in lie detection. But, the chapman "study" is only a 14 page article about how lie detection can be used for investigations. The chapman article NEVER mentions nitv or cvsa at all. How can nitv claim the article proves cvsa is "98% accurate" when it NEVER mentions nitv or cvsa. Chapman worked for nitv for 20 years before he died in

2011. The so-called "journal" it was published in, Criminalistics and Court Expertise, was proven to be totally made up by nitv. The "journal" does NOT exist.

11. Since 2012, nitv has posted many references to the chapman article on nitv's website to get cvsa sales from law enforcement.

12. Another claim by nitv on their website that cvsa is accurate based on studies. There is NO independent study that shows cvsa is any better than a coin toss for accuracy.

13. James kane, co-owner of nitv since 2006, stated in 2016 cvsa accuracy is greater than "98%". NO independent studys show cvsa is any better than a coin toss, 50%. Nitv claims the 3 patents they have prove cvsa accuracy. False! Patents NEVER prove something works, patents only legally protect an idea, nothing else.

14. Nitv also uses various made up "surveys" with important looking titles to convince law enforcement to buy cvsa.

15. Nitv's website homepage claiming cvsa is the only voice lie detector "validated to be 98% accurate". False! Only Dektor C/S invented the system of Voice Stress Analysis in 1969 and is still the only system validated by independent studies to be highly accurate for truth verification in real crimes and employment screening. Debtor used the PSE for lie detection for 20 years nationwide and later sold the PSE and trained worldwide for another 21 years. Nitv has also used the U.S. Great Seal as their company symbol since 1988. The use of the Great Seal is a felony by the private sector.

16. Nitv has put thousands of ads in law enforcement magazines claiming cvsa is "98% accurate". Since 2012, nitv uses references to the chapman article to get buyers. But, the chapman article NEVER mentions cvsa or nitv.

17. Nitv lawyers took a quote from my website in their lawsuit. Nitv/lawyers claimed I lied when I said cvsa and its training was only about 50% accurate. Nitv/lawyers based their remarks from one of nitv's made up "surveys". Nitv also referred to the chapman article that nitv claims proves cvsa is accurate. But, the chapman article NEVER mentions nitv or cvsa, to claim cvsa was proven accurate in that article.

18. Nitv claims on their website cvsa accuracy is not affected by drugs or any counter-measures. Nitv still has NO independant proof to make that claim. Nitv also says the original cvsa was a analog machine. For 10 years their cvsa was analog. Cvsa stands for COMPUTER voice stress analyzer. By saying cvsa was a computer when it was not, is fraud, a felony.

19. In 2005, I contacted Brian Ross, ABC News chief of investigations. Because of my information and documents, the next year ABC News did a major investigation exposing the nitv/cvsa/humble fraud.

20. The ABC News investigation proving the nitv/cvsa/humble scam. Humble admitted he had no studies proving cvsa was accurate, his title of "Dr" (PHD) was store bought and the military had banned the cvsa after only a few years because of its very poor accuracy.

21. A MAJOR 3 part investigation in 2011 by an international newspaper exposing the nitv/cvsa/humble fraud and the chapman article fraud..

22. A article in a major Arizona newspaper in 2005. After cvsa had been sold since 1988, Humble says he still has NO studies proving cvsa has any accuracy. A international law enforcement organization called IACP, with about 25,000 members, confirming the cvsa does not record stress which is the principle behind all real lie detection systems, PSE and polygraph.

23. A major article that proves the so-called chapman article is not true. Nitv has claimed the chapman article of 2012 proves cvsa is "98% accurate". But the article NEVER mentions nitv or cvsa.

24. Starting about 1975, five years after the PSE was first sold, various people started to sell their own "voice lie detector" gadgets. Some had bells that rang or lights went on if a person "lied". None of them had any accuracy any better than a coin toss. Two different sellers of their gadgets were charged with mail fraud by selling them. When asked for proof their devices were real, they each replied they were real because they said so. Without independent proof their gadgets worked, both were convicted of mail fraud.

25. In 2006, nitv/humble finally had to admit cvsa (COMPUTER voice stress analyzer) had no computer, but was sold as being a computer, a fraud. Nitv admitted their analog cvsa was simply copied from the original analog PSE that was invented by Dektor C/S in 1969 and sold by Dektor C/S. They sold it until I was given permission to sell it in my company from 2000

26. Nitv/humble finally admitted on the nitv website in 2006 their cvsa was only a poorly made copy of the PSE invented in 1969. The cvsa lacked many of the features of the PSE.

27. In 2007, on the nitv website, nitv/humble admits again their cvsa they sold for ten years was only analog, not a computer.

28. Among one of the really wild claims by nitv was the cvsa was originally called PSE. Nitv claimed their cvsa was first used in the Vietnam War. But, humble claimed the cvsa was invented in 1988. The US left Vietnam in about 1974. The PSE was used in the Vietnam war to test viet cong suspects.

29. In May 2020, nitv was sued in Arkansas for fraud.

30. Nitv/owners have owed almost $1 million from a liable lawsuit they lost about ten years ago to a person called Baker. Nitv has refused to pay the money. This month, nitv owners have been told to go to court to say where their assets are to pay Baker.

31. In 2007, a police officer was fired for flunking a cvsa test, even though he proved himself truthful later on.

32. In 2005, a defense contractor who had given nitv almost $1 million for some cvsa's for the military was charged with taking bribes. It has been believed for many years nitv simply bribes law enforcement in some way in order to get cvsa sales. After a few years, the entire US military banned the cvsa because of very poor accuracy.

33. The gag order by the judge in the nitv lawsuit against me. During 2019, nitv/lawyers demanded a life time gag order on me prohibiting me from exposing in any way (websites, emails, etc), anything about the nitv/cvsa/owners fraud. Nitv wanted that gag order only because for 31 years, I had been exposing nitv's scam and it was costing nitv millions of dollars in lost sales. In December 2019, judge brannon gave nitv their gag order, completely denying me my Constitutional rights of free speech and free press because of my news website. His gag order is forcing me to be a partner of nitv's worldwide fraud on law enforcement. The gag order also prevents me from contacting law enforcement and government departments about the fraud. The judge is giving nitv protection to make millions of dollars more from their cvsa fraud.

34. The judge's gag order forced me to take down my news website, violating my Constitutional right of freedom of the press.

35. On nitv website, nitv owners took a picture from one of their annual meetings and made it look like it was really the huge STAFF at nitv only to make people think nitv was a huge business, a complete lie. According to humble, the training instructors were only paid when they taught a course.

36. Nitv only hires former high level law enforcement types to be their sales, instructors and sales director to convince buyers that cops like cvsa. For those ex-law enforcement, it is only a job and they know cvsa is not accurate. Nitv hired a person called crotty and praised him on nitv website, even though crotty was a very disgraced cop who was given the choice of either being fired or quit as a sheriff deputy.

37. When humble first started nitv in 1988, he used the Great Seal of the US as his company symbol. That is illegal and a felony. Humble used company names to make people think his business was part of the federal government. Humble used names such as nitv federal services, nitv government services, etc. Since 1988, humble has used the Great Seal as his company symbol about 11,500 times , once for each day humble has been in business.

38. While nitv/owners have cried that I exposed FACTS about them in various ways to various law enforcement departments to warn them about being scammed by nitv and its cvsa gadget, nitv has used lies in their website, brochures, at conventions and used "dirty tricks" to take sales away from my business for decades. One person specifically that nitv hires to do those dirty tricks is called bill golden, a former military person. Nitv used golden and other methods to ruin other people's lives and to waste those people's money, mainly with fake lawsuits.

39. Fake email sent by nitv's golden to someone I do not know just to get me mad.

40. A person who does not know me and does not know my company, was paid by nitv to make up things just to discredit me. Nitv posted those lies on nitv's website for years. During the trial, nitv demanded the judge order me to give nitv my computer hard drive. Nitv wanted to see who my customers were. They did find them and started to contact my customers worldwide to lie about me and telling them I sold them fake PSE's, a total lie.

41. Another example of nitv lying to get customers. Groveport police bought a PSE in 2015. They sent 3 detectives to be trained. Instead of studying every night, they went out and got drunk. They flunked their tests and flunked the course. Their chief told me I should have passed them. Groveport went to nitv. Nitv gave them the cvsa and trained them for free. In exchange, nitv told Groveport police to make up lies about me and my company so nitv could post them on nitv's website to take sales away from my company.

42. Nitv sent out many millions of letters and emails telling people my company and myself were a fraud, only to get sales for themselves. Nitv knew I used and sold the only proven technology for Voice Stress Analysis invented in 1969 by Dektor C/S for lie detection in the software program my company sold called PSE and the only proven training for the PSE that was also invented in 1969 by Dektor C/S.

43. During the trial, in January 2019, I contacted the Florida attorney general's office about the nitv scam. I and about 8 other people were deposed. I submitted about a thousand documents to it. The investigator I dealt with in the attorney generals office was called Niemiec. So far, no action has been taken against nitv for fraud, mail fraud, wire fraud, cocaine smuggling from Panama (humble has a house there) and other felonies.

44. In December 2019, to determine the damage award, nitv had hired a cpa, foyteck. Nitv gave him made up documents so he could say nitv had lost sales and money because of me. Foyteck admitted he NEVER verified any of the information nitv gave him. He only took their word for it. That is what the judge also did to determine nitv's so-called "loses". Nitv claimed they had 2,703 "customers". Foyteck admitted he NEVER got any contact information from nitv to verify their customers were real, how many cvsa's they bought and how many examiners nitv trained.



Foyteck admitted he read humble's Declaration, but foyteck NEVER verified any of humble's information in humbles Declaration. Foyteck definitely did not care whether his documents and testimony in a federal court was true or lies.

45. CPA foyteck's declaration at the damage hearing in December 2019.

46. Picture of humble

47. Humble's declaration at the damage hearing in December 2019. Among the MANY lies he repeats here include his claim his store bought "Dr" title is real, he invented cvsa, he invented various proven terms, his claim of his lie detection expertise, his claim he gave 14,000 lie detection tests in 14 years, his never proven claims cvsa is not affected by drugs or counter-measures, his claims that his patents prove cvsa is a real lie detector, blaming me for nitv not being allowed to sell their cvsa's in Texas, he claims cvsa is the "gold standard" for lie detection, he is regarded as the "father" of Voice Stress Analysis. In #56, humble claims, just like the lawyers claimed in the lawsuit, I lied when I said nitv stopped their major advertising in 2006 because of lack of cvsa sales because the word had spread cvsa had very poor accuracy. Humble repeats again, cvsa never lost any law enforcement sales. So, WHY did nitv/owners/lawyers sue me if nitv's only type of customers are law enforcement and nitv never lost any law enforcement sales (money)? Nitv/humble/owners have told so many lies for 31 years, they do not bother trying to back them up anymore with facts. Nitv/owners just say: "Take our word for it".

48. Picture of humble in 1987 holding his store bought diploma of "Dr" from a one room store called Indiana Christian University that only sold fake education diplomas for money.

49. Picture of humble's fake diploma. Nowhere on it does it say "honorary", as humble has claimed it was. Read the 2006 ABC News investigation story at #20 in the Exhibits.

50. Humble's "biography" at his own website he created in 2005 to glorify himself. Again, he makes many claims about himself that have been proven not to be truthful.

51. In 2006, nitv/humble was convicted by the U.S. government for selling his cvsa's to countries that are not considered friendly to the US. He was fined almost $100,000.

52. Humble was convicted of copyright fraud in 1988. The same year he started to sell his cvsa gadgets that he admits many years later on his website were really only poorly made copies of the PSE.

53. About 2004, humble had entered an agreement to pay his former lawyer almost $100,000 that humble cheated him. Humble had refused to pay his lawyer, so the lawyer had to turn the matter over to a collection business. Humble demanded his payments go for 4 years just to make his former lawyer angry.

54. About 2006, humble made a website dedicated to himself called www.charleshumble.com . He claims he wrote all of those songs he posted on his website . Humble lied. He never wrote any of those famous songs. That is called copyright fraud, something he was convicted of in 1988.

55. In November 2020, newest nitv lawyer, weisgold, confirmed in a email to me he had read nitv's original Complaint and read my Exhibits I filed in a Motion about nitv/owners. Therefore, weisgold knew the lawsuit was a fraud and nitv and its owners are also a fraud maybe much longer. Because weisgold knew that the original lawsuit was based on fraud, this bankruptcy is because of that lawsuit fraud and the bankruptcy is being prolonged by lawyers desousa and d'loughy, he, desousa and d'loughy have been and still are violating the rules of conduct for lawyers in Pennsylvania. Weisgold, just like desousa and d'loughy were obligated to remove themselves as lawyers for nitv and refuse to submit any documents from or for nitv, especially all fraudulent ones. After two years, desousa and

d'loughy certainly cannot deny they knew nitv's lawsuit was a fraud because desousa and d'loughy admitted it in their original Complaint. Those lawyers also know nitv/owners were a fraud because of all the massive documents and Exhibits I had submitted. Thousands of more documents and the ABC News video of 2006 were also on my Dektor website and my news website www.nitvcvsaexposed.com that those lawyers read. Those lawyers had to have read my documents and seen the ABC News video exposing the nitvcvsa/humble fraud because those lawyers demanded all of them be deleted. Those same documents and ABC News video that nitv lawyers also demanded be deleted by the owner of the news website www.antipolygraph.org with the threat of a federal lawsuit if he did not. The owner of that news website refused to delete those items. So far, nitv lawyers have not taken any legal action.

56. Some of the rules for lawyer conduct in Pennsylvania.

Arthur Herring III, Pro Se
PO Box 43
Earlington, PA 18918
215.960.6229
Herthur20@protonmail.com