**Daniel DeSouza**  **EXHIBIT "10"**

| | |
|---|---|
| **From:** | herthur20 <herthur20@protonmail.com> |
| **Sent:** | Thursday, November 4, 2021 10:45 AM |
| **To:** | Daniel DeSouza |
| **Subject:** | RE: NITV v Herring |

   I gave you my answer yesterday. The legal matter was over December 2019 and the discharge was approved in March 2021. I have no interest in humble or his activities. I will consider any more contact to me and/or any more libelous accusations by you or your lawyers as harrassment and I will turn the matter over to the county district attorney. The county has at least 6 police departments with your clients device. The district attorney may take a deeper interest in your client's activities or turn it over to the attorney general or the FBI since your client claims Pennsylvania has 73 police and 6 district attorney offices who had bought those devices over the past 31 years.
arthur herring III


------- Original Message -------
On Thursday, November 4th, 2021 at 8:39 AM, Daniel DeSouza <ddesouza@desouzalaw.com> wrote:

> Mr. Herring,
>
> I'm just trying to do what is required under the Local Rules. If you are refusing to confer on the matter, we will indicate that in our motion.
>
> Thank you,
>
> - Dan
>
> **Daniel DeSouza**
> DeSouza Law, P.A.
> 3111 N. University Drive | Suite 301 | Coral Springs, FL 33065
>
> 954.603.1340 (office) | 954.551.5320 (mobile)
> ddesouza@desouzalaw.com | www.desouzalaw.com

1

**From:** herthur20 <herthur20@protonmail.com>
**Sent:** Wednesday, November 3, 2021 8:34 PM
**To:** Daniel DeSouza <ddesouza@desouzalaw.com>
**Subject:** Re: NITV v Herring

Stuff it desousa. I have no idea what you are talking about. I am busy doing other things and could not care less about humble.

    arthur herring III


------- Original Message -------

On Wednesday, November 3rd, 2021 at 6:43 PM, Daniel DeSouza <ddesouza@desouzalaw.com> wrote:

    Mr. Herring,

    I am writing pursuant to Local Rule 7.1(a)(3) in an effort to confer on our forthcoming motion for order to show cause why you should not be held in contempt of the Permanent Injunction. This relates to your starting to send letters again to law enforcement agencies in which you make disparaging/defamatory statements. Please let me know when we can discuss.

    **Daniel DeSouza**
    DeSouza Law, P.A.
    3111 N. University Drive | Suite 301 | Coral Springs, FL 33065

    954.603.1340 (office) | 954.551.5320 (mobile)
    ddesouza@desouzalaw.com | www.desouzalaw.com