UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80884-CV-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION, et al.,

    Defendants.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court upon Plaintiff's Motion for Order to Show Cause (DE 187), filed on November 5, 2021. Pursuant to Southern District of Florida Local Rule 7.1(c)(1), the deadline for Defendant Arthur Herring, III ("Defendant Herring") to respond to Plaintiff's Motion was November 19, 2021, but no response has been filed.

Plaintiff seeks an Order to Show Cause why Defendant Herring should not be held in civil or criminal contempt for violating a permanent injunction I issued on December 16, 2019. (DE 163). Based on the representations in Plaintiff's Motion and Defendant Herring's failure to respond, I will grant Plaintiff's Motion in part and reserve ruling in part. The Motion is granted to the extent that Plaintiff requests an Order to Show Cause. However, I will reserve ruling on Plaintiff's contempt arguments until Defendant Herring has an opportunity to respond to this Order. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion (DE 187) is **GRANTED IN PART.**

(2) **No later than December 7, 2021**, Defendant Herring shall **SHOW CAUSE**, in writing, as to why he should not be held in civil or criminal contempt based on the allegations in Plaintiff's Motion.

(3) Defendant Herring is advised that failure to comply with this Order may itself provide a basis to hold Defendant in contempt.

**SIGNED** in Chambers at West Palm Beach, Florida, this 30 day of November, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record