UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80994-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION, et al.,

    Defendants.

_____/

## ORDER SCHEDULING CONTEMPT HEARING

THIS CAUSE is before the Court upon Defendant Arthur Herring, III's failure to respond to the Court's Order to Show Cause why Defendant should not be held in civil or criminal contempt, issued on November 30, 2021. (DE 189).

On December 16, 2019, I entered an Order of Final Judgment and Permanent Injunction in favor of Plaintiff and against Defendants. (DE 163). As part of that Judgment, Defendants were enjoined from "sending or transmitting any e-mails, text messages, letters, or other written correspondent to any entity . . . which contains any false or disparaging remarks or statements about Plaintiff." (*Id.* at 18).

On November 5, 2021, Plaintiff filed a Motion for Order to Show Cause informing the Court that it appears that Defendant Herring has violated the terms of this permanent injunction by sending a letter containing defamatory remarks about Plaintiff to a detective at the Garfield County Sheriff's Office. (DE 187 at ¶ 10). Plaintiff requested an Order to Show Cause why Defendant should not be held in civil or criminal contempt for violating the injunction; I issued an

Order to Show Cause requiring Defendant to respond by December 7, 2021; and Defendant failed to do so. (*Id.*; DE 189).

Plaintiff has made a prima facie showing of a violation of the terms of the injunction, and now the burden shifts to Defendant "to produce evidence explaining his noncompliance" at a show cause hearing. *Citronelle–Mobile Gathering, Inc. v. Watkins*, 943 F.2d 1297. 1301 (11th Cir. 1991). Accordingly, it is **ORDERED AND ADJUDGED** that

(1) A hearing on why Defendant Herring should not be held in civil or criminal contempt is **SCHEDULED** for **January 21, 2022 at 10 a.m.** in West Palm Beach, Florida.

(2) Defendant Herring shall serve and file any declaration or memorandum of law in opposition on or before **December 27, 2021**, and if Defendant Herring files such opposition, Plaintiff shall serve and file any reply papers on or before **January 7, 2022**.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of December, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record