## AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80994

Plaintiff:
NITV FEDERAL SERVICES, LLC,

vs.

Defendant:
DEKTOR CORPORATION and ARTHUR HERRING, III,

For:    **James D'Loughy, Esq.**
        **Advisor Law PLLC**
        **3910 RCA Boulevard, Suite 1015**
        **Palm Beach Gardens, FL 33410**

Received by Advisor Law PLLC on December 20, 2021 at 12:21 pm to be served on **Arthur Herring, III, 26 Chancery Court, Souderton, PA 18964.**
**I, Jeffrey Nugent, a competent adult, not a party to this case, do hereby certify Under penalty 18 P.S. §4904 that I caused true and correct copies of the within Order on Arthur Herring, III.**

I, Jeffrey Nugent, being duly sworn, depose and say that on the **21ˢᵗ day of December, 2021 at 5:45 pm**, I:

**PERSONALLY SERVED** the **Order Scheduling Contempt Hearing** upon Arthur Herring, III, at 26 Chancery Court, Souderton, PA 18964.

**Additional Comments:**
Successful attempt: 12/21/21 at 5:45 pm EST at 26 Chancery Court, Souderton, PA 18964 received by Arthur Herring, III. Age: 60's__; Ethnicity: Caucasian; Gender: Male; Weight: 130lbs approx_; Hair: short light colored; Other:height approx 5'5".

I am over the age of 18 years, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Jeffrey Nugent                          12-22-21
T and J Subpoena Services               Date
6007 Dickens Ct
Norristown, PA 19403
(610) 745-3376

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public: _____ Date: 12-23-2021

My Commission Expires:



Commonwealth of Pennsylvania - Notary Seal
DEBRA A SMITH - Notary Public
Montgomery County
My Commission Expires Jun 23, 2024
Commission Number 1154732