January 4, 2022

*FILED by ___ D.C.*
*JAN 11 2022*
*ANGELA E. NOBLE*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. – W.P.B.*

Honorable Judge Donald Middlebrooks

Dear Sir,

    Last week, I found the enclosed documents taped to my mother's front window at her house. I do not know what that matter is about. I called several times last week and yesterday to (561)514-3720 and left messages for a person on the answering service by the name of Jennifer Norwalk, but I never received any replies.

    At this time, I do not have a reliable mailing address as my mother is under severe medical attention and she has not lived here for a long while. I will probably be moving soon because of her condition. My phone number is 215.960.4447. My email is tomlinher1925@tutanota.com

    I would appreciate if I can receive a reply to this matter so I may give attention to it, if needed.

Sincerely,

*[signature]*

Arthur Herring III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80994-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION, et al.,

    Defendants.
_____/

## ORDER SCHEDULING CONTEMPT HEARING

THIS CAUSE is before the Court upon Defendant Arthur Herring, III's failure to respond to the Court's Order to Show Cause why Defendant should not be held in civil or criminal contempt, issued on November 30, 2021. (DE 189).

On December 16, 2019, I entered an Order of Final Judgment and Permanent Injunction in favor of Plaintiff and against Defendants. (DE 163). As part of that Judgment, Defendants were enjoined from "sending or transmitting any e-mails, text messages, letters, or other written correspondent to any entity . . . which contains any false or disparaging remarks or statements about Plaintiff." (*Id.* at 18).

On November 5, 2021, Plaintiff filed a Motion for Order to Show Cause informing the Court that it appears that Defendant Herring has violated the terms of this permanent injunction by sending a letter containing defamatory remarks about Plaintiff to a detective at the Garfield County Sheriff's Office. (DE 187 at ¶ 10). Plaintiff requested an Order to Show Cause why Defendant should not be held in civil or criminal contempt for violating the injunction; I issued an

Order to Show Cause requiring Defendant to respond by December 7, 2021; and Defendant failed to do so. (*Id.*; DE 189).

Plaintiff has made a prima facie showing of a violation of the terms of the injunction, and now the burden shifts to Defendant "to produce evidence explaining his noncompliance" at a show cause hearing. *Citronelle–Mobile Gathering, Inc. v. Watkins*, 943 F.2d 1297. 1301 (11th Cir. 1991). Accordingly, it is **ORDERED AND ADJUDGED** that

(1) A hearing on why Defendant Herring should not be held in civil or criminal contempt is **SCHEDULED** for **January 21, 2022 at 10 a.m.** in West Palm Beach, Florida.

(2) Defendant Herring shall serve and file any declaration or memorandum of law in opposition on or before **December 27, 2021**, and if Defendant Herring files such opposition, Plaintiff shall serve and file any reply papers on or before **January 7, 2022.**

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of December, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

**EXTREMELY URGENT**

Please Rush To Addressee

**PLEASE PRESS FIRMLY**

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online

PLEASE PRE





1007   33401



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Envelope
Visit us at usps.com

**EXTREMELY URGENT**

Please Rush To Addressee

PLEASE
When us
declarat



UNITED STATES POSTAL SERVICE ®   PRIORITY MAIL EXPRESS®

EJ 862 238 675 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (215) 960 4447
Arthur Herring III

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service Acct No.

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: PH50
Scheduled Delivery Date (MM/DD/YY): 1/6/22
Postage: $

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

Date Accepted (MM/DD/YY): 1/5/2022
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 10:12   ☑ AM  ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

TO: (PLEASE PRINT)   PHONE (561) 514 3720
Paul Rogers Federal Building
Judge Donald Middlebrooks
701 Clematis St #257
W. Palm Beach, FL

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 26.35

Weight   ☑ Flat Rate   Acceptance Employee Initials: MB
lbs.   ozs.

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 4 0 1 -

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM   Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

PEEL FROM THIS CORNER

PS10