IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DMM

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby submits this trial witness and exhibit list for as follows:

## WITNESS LIST

| | |
|---|---|
| 1 | Detective Tamra Alstatt<br>Garfield County Sheriff's Office<br>Glenwood Springs, CO |
| 2 | Charles Humble<br>NITV Federal Services, LLC<br>c/o DeSouza Law, P.A.<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065 |
| 3 | Arthur Herring, III |
| | Jeffrey Nugent<br>T and J Subpoena Services<br>6007 Dickens Court<br>Norristown, PA 194033 |

## EXHIBIT LIST

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | DEFENDANT'S OBJECTIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1. | | | | November 2, 2021 e-mail chain (subject: FW: Another letter – for immediate action) |
| 2. | | | | Copy of Envelope (from "World News Daily") |
| 3. | | | | World News Daily letter |
| 4. | | | | July 2018 Herring email |
| 5. | | | | Herring's Motion for Sanctions [D.E. 54] |
| 6. | | | | Debtor's Reply Memorandum re Motion for Sanctions [D.E. 65] |
| 7. | | | | Herring Motion to Deny Summary Judgment [D.E. 16] |
| 8. | | | | Email Chain to Herring re Pre-Motion Conferral |
| 9. | | | | Herring November 12 email |
| 10. | | | | Affidavit of Service |
| 11. | | | | Any exhibits identified by Arthur Herring, III |

Dated: January 14, 2022.

Respectfully submitted,        Respectfully submitted,

| | |
|---|---|
| ADVISORLAW PLLC | DESOUZA LAW, P.A. |
| 3910 RCA Boulevard | 3111 N. University Drive |
| Suite 1015 | Suite 301 |
| Palm Beach Gardens, FL 33410 | Coral Springs, FL 33065 |
| Telephone: (561) 622-7788 | Telephone: (954) 603-1340 |
| Jdloughy@advisorlaw.com | DDesouza@desouzalaw.com |
| | |
| By:/s/ James D'Loughy | By: /s/ Daniel DeSouza, Esq._____ |
| James D'Loughy, Esq. | Daniel DeSouza, Esq. |
| Florida Bar No: 052700 | Florida Bar No.:  19291 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

DESOUZA LAW, P.A.
/s/ Daniel DeSouza, Esq._____