IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994-DMM

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR
HERRING, III,

    Defendants.

## PLAINTIFF'S RESPONSE TO HERRING'S NOTICE TO THE COURT

Plaintiff NITV Federal Services, LLC ("Plaintiff") hereby files this response to defendant Arthur Herring, III's ("Herring") Notice to the Court (the "Notice") [D.E. 193], and states as follows:

1. The Notice was served by Herring in connection with the forthcoming January 21, 2022 contempt hearing (see D.E. 190) in this matter.

2. According to the Notice, Mr. Herring "found the enclosed documents [the Order Scheduling Contempt Hearing] taped to my mother's front window at her house" on some undisclosed date "last week."

3. While undersigned counsel cannot determine what "last week" refers to, the Affidavit of Service [D.E. 191] filed in this case shows that Herring was *personally* served with the Order Scheduling Contempt Hearing on December 21, 2021.

4. Such personal service is further confirmed by the attached January 12, 2022 Declaration of Jeffrey Nugent (the process server who effectuated service). As reflected by the Declaration, Mr. Nugent identified himself to Herring who "did not feel comfortable opening the

door." Following their conversation, Mr. Nugent then attached the service papers to the front door handle.

5. The Notice appears to suggest that Herring was not aware of the January 21, 2022 contempt hearing until some time recently when the reality is that he was personally served (at great expense to NITV as Herring has failed to provide his current contact details) on December 21, 2021.

6. Indeed, during a January 13, 2022 telephone call between Herring and undersigned counsel (Daniel DeSouza, Esq.), Herring remarked that he 'had no recollection' of ever speaking to a process server, that he leaves his mother's house through the garage, and that perhaps anything left on the front porch would have 'blown away' in the wind.

Dated: January 14, 2022.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ADVISORLAW PLLC<br>3910 RCA Boulevard<br>Suite 1015<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 622-7788<br>Jdloughy@advisorlaw.com | DESOUZA LAW, P.A.<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (954) 603-1340<br>DDesouza@desouzalaw.com |
| By:/s/ James D'Loughy<br>James D'Loughy, Esq.<br>Florida Bar No: 052700 | By: /s/ Daniel DeSouza, Esq.<br>Daniel DeSouza, Esq.<br>Florida Bar No.: 19291 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that the foregoing document was served on Herring via e-mail

(tomlinher1925@tutanota.com) on January 14, 2022.

                                                DESOUZA LAW, P.A.
                                                /s/ Daniel DeSouza, Esq._____