IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-80994

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION and ARTHUR HERRING, III,

    Defendants.

_____

### DECLARATION OF JEFFREY NUGENT

Jeffrey Nugent does hereby declare pursuant to 28 U.S.C. § 1746:

1. This declaration is based on my personal knowledge.

2. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served in the State of Pennsylvania working for T and J Subpoena Services, 6007 Dickens Court, Norristown, PA 19403

3. I was hired by Plaintiff's counsel to serve an **Order Scheduling Contempt Hearing** upon Arthur Herring, III, at 26 Chancery Court, Souderton, PA 18964 ("Residence") in the above-captioned case.

4. In furtherance of service, I had made numerous prior attempts to serve Arthur Herring, III at the Residence, each time finding him not home. In fact, because I made numerous attempts to serve Mr. Herring at the Residence, I had become familiar with some of the neighbor(s) who encountered me surveilling the Residence and asked the neighbor(s) to notify me if Mr. Herring arrives to the Residence.

5.      Late afternoon on 12/21/21, I was contacted by phone by a neighbor of Mr. Herrings who alerted me that Mr. Herring was present at the Residence. I promptly drove to the Residence.

6.      Upon arriving at the Residence, the inside lights were on and I made visible identification Mr. Herring through the front window where he was seated in front of a computer (Male; Late 60s; Caucasian; 130 lbs.; Short hair/light colored, Approximately 5'5").

7.      I knocked on the door and identified myself as a process server with service of process in connection with a federal lawsuit. He stood and walked over to the front door where we exchanged some words. He identified himself as Arthur Herring III but told me "he did not feel comfortable opening the door." I then told him he was served and attached the service of process papers to the front door handle. At that point, Mr. Herring dimmed the lights and walked away from the front door.

8.      In my experience as a process server, the above-described service was valid and effective upon Arthur Herring, III under Pennsylvania law. The affidavit of service that I submitted to Plaintiff's counsel is accurate and properly reflects my service of the Order Scheduling Contempt Hearing upon Mr. Herring.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2022

_____
Jeffrey Nugent