**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-CV-80994-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION, et al.,

    Defendants.
_____/

**ORDER REGARDING COURT COMMUNICATION**

THIS CAUSE comes before the Court upon Defendant Arthur Herring III's letter to the Court, docketed on January 11, 2022. (DE 193). In response to my Order Scheduling Contempt Hearing, the letter states that Defendant "do[es] not know what that matter is about" and requests to "receive a reply to this matter so I may give attention to it, if needed." (*Id.*). The letter also states that Defendant "do[es] not have a reliable mailing address" and provides a phone number and email address. (*Id.*). In addition to filing this letter in the court record, Defendant called my chambers on January 3, 4, and 13, 2022 and left voicemail messages relaying essentially the same information. On January 14, 2022, Plaintiff responded to Defendant's Notice, informing the Court that Defendant was personally served with the Order Scheduling Contempt Hearing on December 21, 2021. (DE 197).

As outlined in the Instructions to Pro Se Litigant, which Defendant received on November 6, 2018 (DE 45), "[l]itigants are not permitted to contact the Court directly and must communicate via motion or other appropriate pleading filed in the public court record." (*Id.* at ¶ 1). Plaintiff shall refrain from any further contact with the Court by telephone.

To the extent that Plaintiff "does not know what th[is] matter is about," he may review Plaintiff's filings and my prior Orders in the court record. If Defendant believes court action is required, he may file an appropriate motion, but he is advised that the Court cannot offer any information other than what is found in the record.

In addition, with respect to Defendant's representation that he "will probably be moving soon," Defendant has been advised that "any litigant appearing *pro se* is responsible for keeping the Court advised of his or her physical mailing address at all times." (*Id.* at ¶ 7). If Defendant wishes to receive notices of electronic filing by email address, he may fill out the Consent by Pro Se Litigant to Receive Notices of Electronic Filing form, which is attached hereto and can also be located on the court website, and mail it to the Clerk's Office.

Notwithstanding the concerns that Defendant seems to be articulating in this letter, and in the absence of a well-supported motion setting forth good cause to reschedule, the contempt hearing in this matter shall proceed as scheduled on Friday, January 21, 2022 at 10:00 a.m. Additional information and instructions will be provided to the Parties in advance of the hearing date.

**SIGNED** in Chambers at West Palm Beach, this 14th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record

   Arthur Herring, III, *Pro Se*
   26 Chancery Court
   Souderton, PA 18964

   Arthur Herring, III, *Pro Se*
   P.O. Box 43
   Earlington, PA 18918