**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-CV-80994-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

      Plaintiff,

v.

DEKTOR CORPORATION, et al.,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR NON-PARTY WITNESS TO APPEAR VIRTUALLY**

THIS MATTER is before the Court on Plaintiff's Motion to Allow Non-Party Witness to Appear Virtually ("Motion"), filed on January 12, 2022. (DE 194). Plaintiff requests that the Court permit Tamra Alstatt, a detective with the Garfield County Sheriff's Office, to testify remotely at the contempt hearing scheduled on January 21, 2022 because she lives and works in Glenwood Springs, Colorado and the current surge of COVID-19 cases presents significant health risks for airline travel. (*Id.* at 1–3).

Plaintiff has demonstrated good cause for allowing this witness to appear remotely. *See* Fed. R. Civ. P. 43(a) (allowing witnesses to testify from a different location for good cause and

with appropriate safeguards). Accordingly, after review of the Motion and the record it is

**ORDERED** that Plaintiff's Motion (DE 194) is **GRANTED.**

SIGNED in Chambers in West Palm Beach, Florida, this 14th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record

        Arthur Herring, III
        P.O. Box 43
        Earlington, PA 18918
        PRO SE