IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :        9:18-cv-80994-DLB
    Plaintiff

                        :

vs

                        :

ARTHUR HERRING III,
    Defendant, Pro Se

                        :

---

## Motion for Continuence

I, Arthur Herring III, Defendant filing Pro Se this Motion.

1. Due to a severe family medical situation starting about 8 months ago and continues today, Defendant had to change living location, phone and email.
2. About two weeks ago, Defendant became informed, only by a 2 page document taped on a window at his mother's house, that there was a legal Issue involving an alleged situation.
3. That document was signed by Judge Middlebrooks.
4. Defendant called Judge Middlebrooks chambers many times for a week and was only allowed to leave phone messages to a person who identified herself as Jennifer Norwalk on the answering machine.
4. No phone calls were ever returned.
5. Defendant then sent a copy of the two page document overnight Express Mail along with Defendant's phone number and email.
6. Plaintiff's attorney contacted Defendant by phone about a week later and the situation was explained.
7. Defendant totally denied then and now to have participated in the alleged situation.
8. Only on January 14, 2022 Defendant was provided with plaintiffs witness list and Exhibits.
9. Defendant lives in Pennsylvania and the hearing is in Florida.
10. Defendant is in need of at least a 30 day continuence to look for a Florida lawyer, to do more research on the matter, to review Plaintiffs many documents and to prepare for the hearing.
11. Plaintiff's lawyers have appeared to have many months to prepare for this hearing.
12. Without such a continuence, Defendents rights to a fair hearing will be completely denied.

WHEREFORE, Petitioner requests that this Court issue a ruling for a Continuence of 30 days on this matter so Defendant can find an attorney and help them prepare for the hearing.

Arthur Herring III, Pro Se

*/s/ Arthur Herring III, Pro Se*

## VERIFICATION

I verify that the information contained in the foregoing document is true and correct to the best of my knowledge, information or belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

1/18/22
Date

*Arthur Herring, III, Pro Se*

Arthur Herring III, Pro Se
Phone: 215.960.4447
Email: tomlinher1925@tutanota.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC   :   9:18-CV-80994-DLB

    PLAINTIFF   :

    :

VS.

    :

ARTHUR HERRING III   :

    DEFENDANT, Pro Se   :

CERTIFICATE OF SERVICE

Arthur Herring III, does hereby certify that he did make service of a true and correct copy of the Motion for Continuence upon the following persons on January 18, 2022. Service was made by email to the following persons. Service was made upon the United States District Court for the Southern District of Florida by email to:

    Judge Middlebrook

    Middlebrooks@flsd.uscourts.gov

    James d'Loughy

    Advisor Law

    Email: jdloughy@advisorlaw.com

    Daniel Desouza

    Desouza Law

    ddesouza@desouzalaw.com

*Arthur Herring III*

Arthur Herring III, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

NITV FEDERAL SERVICES, LLC    :         9:18-cv-80994-DLB

    Plaintiff

                         :

vs

                         :

ARTHUR HERRING III,

    Defendant, Pro Se

---

## ORDER  GRANTING  CONTINUENCE  OF  HEARING

=============================================================

And now, on January     2022, the MOTION for CONTINUENCE for 30 days of the matter of Nitv,FS and Arthur Herring III, Pro Se, has been reviewed.

IT IS HEREBY ORDERED AND DECREED THAT THE MOTION FOR A CONTINUENCE  is _____.

SIGNED in Chambers in West Palm Beach, Florida, this       day of January, 2022.

By the Court:

                            _____
                            Judge Donald M. Middlebrooks
                            United States District Judge