**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-CV-80994-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO CONTINUE CONTEMPT HEARING

THIS CAUSE comes before the Court upon Defendant Arthur Herring III's Motion to Continue Hearing, filed on January 19, 2022. (DE 201). The contempt hearing is presently scheduled to take place on Friday, January 21, 2022, at 10:00 a.m., in West Palm Beach. (DE 190).

Defendant's motion states that he and/or his family have been experiencing a "severe . . . medical situation" for the past 8 months which has given rise to his need to relocate. (DE 201). I note that Defendant has not provided this court with his current physical mailing address, despite being instructed to do so in at least two previous court orders. Defendant states only that he "lives in Pennsylvania," that "the hearing is in Florida," and he provides a phone number and email address as his only contact information. *Id.*

With respect to the request for a 30-day continuance, Defendant states that he requires this time to retain counsel and "do more research on the matter[s]" which are at issue in the contempt hearing. Defendant also states that he "totally denie[s] then and now to have participated in the alleged situation." (DE 201).

The Court has a strong interest in resolving this issue without unnecessary delay. The order scheduling this hearing was entered on December 13, 2021 (DE 190), and was based upon Plaintiff's

Motion for Order to Show Cause ,which was filed on November 5, 2021 (DE 187). Thus, Defendant has had sufficient time within which to retain counsel. His motion does not set forth good cause for a continuance and it is therefore denied. **The contempt hearing shall proceed as scheduled on Friday January 21, 2022 at 10:00 am.**

However, I will conduct the hearing via Zoom videoconference, rather than in person. All Parties will be provided with further instructions via email regarding how to participate in the Zoom proceeding.

**SIGNED** in Chambers at West Palm Beach, this 19th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record

Arthur Herring III
tomlinher1925@tutanota.com

Arthur Herring, III, *Pro Se*
26 Chancery Court
Souderton, PA 18964

Arthur Herring, III, *Pro Se*
P.O. Box 43
Earlington, PA 18918