UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80994-MIDDLEBROOKS

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

DEKTOR CORPORATION, et al.,

    Defendants.
_____/

## ORDER

On November 5, 2021, Plaintiff NITV Federal Services ("Plaintiff") moved for an Order to Show Cause why Defendant Arthur Herring, III ("Defendant Herring") should not be held in civil or criminal contempt for violating a permanent injunction issued by Judge Brannon on December 16, 2019. (DE 163). As part of that injunction, Defendant Herring was enjoined from "sending or transmitting any e-mails, text messages, letters, or other written correspondence to any entity . . . which contains any false or disparaging remarks or statements about Plaintiff." (*Id.* at 18). But on November 2, 2021, Detective Tamra Alstatt of the Garfield County Sherriff's Office received a letter signed under the pseudonym "Bob Ross" from a non-existent news organization that she believed was sent by Defendant Herring. (DE 187 at ¶ 10). The letter contained many of the same false and disparaging remarks about Plaintiff that provided the basis for NITV's initial lawsuit. (*Id.*).

On December 13, 2021, I found that Plaintiff had made a prima facie showing of a violation of the terms of the injunction and scheduled a contempt hearing, which was held on January 21, 2022. All Parties appeared by Zoom. Defendant Herring presented an opening statement, Detective Alstatt and Defendant Herring provided live testimony, and Plaintiff presented evidence.

In support of its argument that Defendant Herring should be held in contempt, Plaintiff highlighted that the contents of the letter Detective Alstatt received in 2021 from "Bob Ross" contained much of the same content as an email Defendant Herring sent her in 2018. (*Compare* DE 187-4 *with* DE 187-6). Plaintiff also presented an email from Defendant Herring from February 12, 2020, in which Defendant Herring wrote "[d]espite a gag order by the judge that clearly violates my constitutional rights, do you and your clients really think I am just going to give up and not do anything?" (DE 174-1).

While the letter Detective Alstatt received by mail bears striking similarities to the email Defendant Herring sent her in 2018 and I am concerned by Defendant Herring's statements in the 2020 email, I decline to hold Defendant Herring in contempt at this time based on the single seemingly harmless letter, sent by a random "Bob Ross," currently before me. However, Defendant Herring is advised that violating a final court order is a serious offense, and, if I conclude that he has violated Judge Brannon's Order in the future, the consequences will be significant.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Defendant Herring is not found in civil or criminal contempt of court at this time.

**SIGNED** in Chambers at West Palm Beach, this 28th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record

     Arthur Herring, III, *Pro Se*
     26 Chancery Court
     Souderton, PA 18964